IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAIL KERNAGHAN, | : |
| | : |
| Plaintiff, | : C.A. No. 05-402 (GMS) |
| | : |
| v. | : |
| | : |
| METROPOLITAN LIFE INSURANCE COMPANY, as fiduciary and administrator of The IBM Long-Term Disability Plan, | : |
| | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Paul A. Bradley of McCarter & English, LLP as attorney for defendant Metropolitan Life Insurance Company ("Defendant"). Defendant reserves the right to assert all defenses and does not waive any defense.

McCARTER & ENGLISH, LLP

BY:   /s/ Paul A. Bradley
      Paul A. Bradley (ID #2156)
      919 N. Market Street, Suite 1800
      P. O. Box 111
      Wilmington, DE  19899
      (302) 984.6300
      Attorney for Defendant Metropolitan
      Life Insurance Company

DATED: August 4, 2005

WL1: 109542.01