## **CERTIFICATE OF SERVICE**

      I, Paul A. Bradley, hereby certify that on August 4, 2005 two copies of the foregoing Entry of Appearance were served via first class mail, postage prepaid upon the following counsel of record:

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

                                                         /s/ Paul A. Bradley
                                                      Paul A. Bradley (ID #2156)

WL1: 109546.01