## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on August 12, 2005, I caused a copy of the foregoing Defendant's Answer to Complaint and Affirmative Defenses to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)