```
                    FERRY, JOSEPH & PEARCE, P.A.
                          Attorneys at Law
                    824 Market Street, Suite 904
                            P.O. Box 1351
                     Wilmington, DE 19899-1351
                           (302)575-1555
                        (302) 575-1714 (fax)
```
Rick S. Miller
rmiller@ferryjoseph.com


                              November 8, 2005

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

    Re:   *Kernaghan v. Metropolitan Life Ins. Co.*
           <u>C.A. No. 05-402 (GMS)</u>

Dear Judge Sleet:

    The parties have agreed to the entry of the attached scheduling order. If the Court has any questions, I would be pleased to answer them.

                                Respectfully submitted,

                                /s/Rick S. Miller
                                Rick S. Miller (#3418)

cc:   Gail Kernaghan
       Tanya Jefferis, Esquire
       Clerk of the Court (e-filed)