IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAIL KERNAGHAN, ) | |
| ) | C.A. No. 05-402 (GMS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, as fiduciary and administrator of ) | |
| The IBM Long-Term Disability Plan, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

Please take notice that two copies of the Plaintiff's First Set of Interrogatories Directed to Defendant were served on December 12, 2005 by hand delivery to Tanya Jefferis, Esquire, McCarter & English, LLP, Suite 1800, 919 N. Market Street, Wilmington, DE 19801.

FERRY, JOSEPH & PEARCE, P.A.

/s/Rick S. Miller
_____
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555
Attorney for Plaintiff

Dated: December 12, 2005