IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GAIL KERNAGHAN, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-402 (GMS) |
| | : | |
| v. | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE | : | |
| COMPANY, as fiduciary and administrator of The | : | |
| IBM Long-Term Disability Plan, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, Tanya Pino Jefferis, hereby certify that on December 19, 2005, I caused the foregoing

Defendant Metropolitan Life Insurance Company's Answers To Plaintiff's First Request For

Production Of Documents Directed To Defendant to be served via first class mail, postage

prepaid upon the following counsel of record:

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE  19899

**McCARTER & ENGLISH, LLP**

/s/Tanya Pino Jefferis
Paul A. Bradley (DE ID No. #2156)
Tanya Pino Jefferis (DE ID No. #4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware  19899
(302) 984-6300
Attorneys for Defendant Metropolitan Life
Insurance Company

Date:  December 19, 2005