IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAIL KERNAGHAN, | : |
| | : |
| Plaintiff, | : C.A. No. 05-402 (GMS) |
| | : |
| v. | : |
| | : |
| METROPOLITAN LIFE INSURANCE COMPANY, as fiduciary and administrator of The IBM Long-Term Disability Plan, | : |
| | : |
| Defendant. | : |

## NOTICE OF SERVICE

I, Tanya Pino Jefferis, hereby certify that on December 29, 2005, I caused the foregoing Defendant Metropolitan Life Insurance Company's Amended Answers To Plaintiff's First Request For Production Of Documents Directed To Defendant to be served via by hand upon the following counsel of record:

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

McCARTER & ENGLISH, LLP

/s/Tanya Pino Jefferis
Paul A. Bradley (DE ID No. #2156)
Tanya Pino Jefferis (DE ID No. #4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant Metropolitan Life Insurance Company

Date: December 29, 2005