## CERTIFICATE OF SERVICE

I, Tanya Pino Jefferis, hereby certify that on December 29, 2005, I caused a copy of the

foregoing Defendant Metropolitan Life Insurance Company's Amended Answers to Plaintiff's

First Request For Production of Documents Directed to Defendant to be served upon the

following by hand delivery:

Rick S. Miller, Esquire
Ferry Joseph & Pearce, P.a.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE  19899-1351

                    Tanya Pino Jefferis
                    Tanya Pino Jefferis (DE Bar ID # 4298)