IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAIL KERNAGHAN,<br><br>      Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, as fiduciary and administrator of The IBM Long-Term Disability Plan,<br><br>      Defendant. | :<br>:<br>:  C.A. No. 05-402 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Tanya Pino Jefferis, hereby certify that on January 11, 2006, I caused the foregoing Defendant Metropolitan Life Insurance Company's Answers To Plaintiff's First Set of Interrogatories Directed To Defendant to be served via first class mail, postage prepaid upon the following counsel of record:

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19899

                            **McCARTER & ENGLISH, LLP**

                            /s/Tanya Pino Jefferis
                            Paul A. Bradley (DE ID No. #2156)
                            Tanya Pino Jefferis (DE ID No. #4298)
                            919 North Market Street, Suite 1800
                            P.O. Box 111
                            Wilmington, Delaware 19899
                            (302) 984-6300
                            Attorneys for Defendant Metropolitan Life
                            Insurance Company

Date: January 11, 2006