Tanya Pino Jefferis

Associate
302.984.6326
Fax 302.984.6399
tjefferis@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
302.984.6300
fax 302.984.6399
www.mccarter.com



M<sup>c</sup>CARTER
ENGLISH
ATTORNEYS AT LAW

February 3, 2006

**VIA EFILE**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE  19801

Re:   Kernaghan v. Metropolitan Life Insurance Company, et al.
       United States District Court for the District of Delaware, C.A. No. 05-402 (GMS)

Dear Judge Sleet:

   The parties have agreed to amend the Scheduling Order that was previously entered on November 8, 2005. The discovery deadline is being extended because the parties are currently engaged in meaningful settlement negotiations. Also, because the mediation was scheduled for June 19, 2006, the parties agreed that it would be judicially economical to conduct briefing on dispositive motions after the mediation. Enclosed please find an Amended Scheduling Order to which the parties have agreed. I am available at the convenience of the Court should it have any questions.

Very truly yours,

TANYA PINO JEFFERIS

TPJ/ds
*Enclosure*

cc:     Rick S. Miller, Esquire (w/encl)
         Paul A. Bradley, Esquire (w/encl)