IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAIL KERNAGHAN, | : |
| Plaintiff, | : C.A. No. 05-402 (GMS) |
| v. | : |
| METROPOLITAN LIFE INSURANCE COMPANY, as fiduciary and administrator of The IBM Long-Term Disability Plan, | : |
| Defendant. | : |

## ORDER AMENDING THE NOVEMBER 8, 2005 SCHEDULING ORDER

**AND NOW**, this ____ day of February, 2006, Plaintiff and Defendant having STIPULATED and AGREED that the Scheduling Order previously entered on November 8, 2005 should be amended as follows:

1. **Discovery**  All discovery in this case shall be initiated so that it will be completed on or before **April 3, 2006**.

2. **Case Dispositive Motions**  All case dispositive motions and an opening brief and affidavits, if any, in support of the motions shall be filed on or before **August 1, 2006**. Briefing will be presented pursuant to the Court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any requests for extensions of time as set forth in this scheduling order must be accompanied by an explanation or your requests will be denied.

**Date:** _____

_____
**The Honorable Gregory M. Sleet**
**United State District Judge**

ME1\5477828.1