IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                :
                                              :
        Plaintiff,                            :    C.A. No. 05-402 (GMS)
                                              :
        v.                                    :
                                              :
METROPOLITAN LIFE INSURANCE                   :
COMPANY, as fiduciary and administrator of The:
IBM Long-Term Disability Plan,                :
                                              :
        Defendant.                            :
                                              :

## <u>NOTICE OF SERVICE</u>

I, Tanya Pino Jefferis, hereby certify that on February 28, 2006, I caused the foregoing

Defendant Metropolitan Life Insurance Company's Supplemental Answers To Plaintiff's First

Set of Interrogatories Directed To Defendant to be served via first class mail, postage prepaid

upon the following counsel of record:

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE  19899

                    **McCARTER & ENGLISH, LLP**


                    /s/Tanya Pino Jefferis
                    Paul A. Bradley (DE ID No. #2156)
                    Tanya Pino Jefferis (DE ID No. #4298)
                    919 North Market Street, Suite 1800
                    P.O. Box 111
                    Wilmington, Delaware  19899
                    (302) 984-6300
                    Attorneys for Defendant Metropolitan Life
                    Insurance Company