IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAIL KERNAGHAN, ) | |
| ) | C.A. No. 05-402 (GMS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, as fiduciary and administrator of ) | |
| The IBM Long-Term Disability Plan, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(c), plaintiff hereby moves for summary judgment. In support of this motion, plaintiff has filed herewith her Opening Brief in Support of Motion for Summary Judgment.

                                          FERRY, JOSEPH & PEARCE, P.A.

                                          /s/Rick S. Miller
                                          _____
                                          Rick S. Miller (#3418)
                                          824 Market Street, Suite 904
                                          P.O. Box 1351
                                          Wilmington, DE 19899-1351
                                          (302) 575-1555
                                          Attorney for Plaintiff

Dated: March 30, 2006

**CERTIFICATE OF SERVICE**

  I, Rick S. Miller, Esquire state under penalty of perjury that I caused two copies of the foregoing Plaintiff's Motion for Summary Judgment to be served via hand delivery on March 30, 2006 to the following:

Tanya Jefferis, Esquire
McCarter & English, LLP
Suite 1800
919 N. Market Street
Wilmington, DE 19801

        /s/Rick S. Miller
        RICK S. MILLER, ESQUIRE (#3418)