IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAIL KERNAGHAN,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, as fiduciary and administrator of The IBM Long-Term Disability Plan,<br><br>    Defendant. | :<br>:<br>:<br>: C.A. No. 05-402 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by and between the parties that the date by which defendant Metropolitan Life Insurance Company must file its Motion for Summary Judgment and Opening Brief in Support Thereof is extended to April 3, 2006. This extension is requested because unavoidable conflicts in schedules have prevented review of the brief by necessary parties. Counsel for plaintiff has no objection to this extension.


**FERRY, JOSEPH & PEARCE, P.A.**

By:  /s/ Rick S. Miller
     Rick S. Miller (DE ID No. 3418)
     824 N. Market Street, Suite 824
     Wilmington, DE 19801
     Attorney for Plaintiff
     Gail Kernaghan

**McCARTER & ENGLISH, LLP**

By:  /s/ Paul A. Bradley
     Paul A. Bradley (DE ID No. 2156)
     919 N. Market Street
     Suite 1800
     P.O. Box 111
     Wilmington, DE 19899
     Attorney for Defendant
     Metropolitan Life Insurance Co.

SO ORDERED, this _____ day of _____, 2006.

_____
Honorable Gregory M. Sleet

ME1\5576858.1
WL1: 72849.01