Aug 27 04 01:07p    Eleanor Miller         215-632-1687           p.9
040827F06623

RE: Kernaghan, Gail
    Page 8
    August 23, 2004

| | | |
|---|---|---|
| No. of Employees at Occupation | : | Six |
| Consultant's Assessment | : | They prefer someone with customer service call center experience, but they are willing to consider other experience. She would be considered qualified for this position. |
| D/Available | : | This position has been available within the past six months. |

Position No. 8:

| | | |
|---|---|---|
| Position | : | Employment Agency Manager |
| Employer | : | Superior Staffing |
| Location | : | Newark, DE |
| Telephone | : | 610-941-9350 |
| Contact | : | Mary Kay, Plymouth Meeting, PA, indicated that they are hiring to open a new office in Newark, DE. |
| Wage | : | $40,000-$50,000 per year |
| Educational Requirements | : | Bachelor of Arts or Science Degree; prior management or staffing experience. Must have valid driver's license and good driving record as well as a serviceable car. |
| Physical Requirements | : | This is a sedentary to light duty position. It does require some travel within the general geographic area. She would be able to move around as well as sit in an office environment. |
| No. of Employees at Occupation | : | One at this location, but there are several throughout the United States. |
| Consultant's Assessment | : | This employer is preferring someone with previous experience since this will be a new office. The hired person would be responsible for recruiting, hiring, supervising and managing a proper on-site staff of recruiting and administrative employees. Must be able to promote sales and contacts with business. |
| D/Available | : | This position is currently available. |

ML00046

040827F06623

RE: Kernaghan, Gail
    Page 9
    August 23, 2004

**SUMMARY**

While some employers wanted specific software knowledge, other employers preferred industry-specific knowledge. However, there may be times when this would not be required from yet other employers.

Based on this labor market survey, it appears that she would be qualified to perform as a procurement management, customer service manager and employment manager within the Delaware geographic area, earning between $40,000-$60,000 per year. These positions are considered to be sedentary and within her physical capabilities. The only deterrent to employers would be the fact that she has been out of the workforce for many years.

CRAWFORD AND COMPANY


Jennifer Weinstein, M.Ed., C.R.C., C.C.M.
Vocational Services Consultant

JW:edm

ML00047

Metropolitan Life Insurance Company

# MetLife®

P.O. Box 14590
Lexington, KY 40511-4590

May 14, 2004

Dr Ugadhyay,
830 Walker Road,
Dover, Delaware 19901

Long Term Disability
Claim # 699501171006
Group 35750
Regarding: Gail Kernaghan

Dear Dr Ugadhyay,

I am a Nurse Consultant for Metropolitan Life Insurance Company-Disability Group Insurance. I am currently in the process of reviewing Ms Gail Kernaghan long-term Disability claim file. Our records indicate that you are Ms Kernaghan Physical Medicine and Rehab Specialist and that you are treating her Neuropathy and Radiculopathy.

As you know, Ms. Kernaghan continues to be on leave from her own job at IBM as a Business Consultant and as of January 5, 1996 she must be totally disabled from any occupation for which she is fit based on her education, training and experience. Ms. Rodriquez has some college with a MS/CICS degree in Computer Science and Business.

Please see the attached report, dated May 14, 2004 pertaining to a Functional Capacity Evaluation, done by Dorothy Brown, PT, regarding your patient's condition. This report is based upon medical information submitted by you as well as by Ms Brown comprehensive examination. Please feel free to share this report with your patient at your discretion.

Please be advised that your patient, Ms Kernaghan is receiving Long Term Disability benefits under her former employer's disability plan, the IBM Contract Plan administered by MetLife. We would like to bring to your attention provisions contained in this Group Plan. Claimants must be under appropriate care and treatment as follows:

"Appropriate Care and Treatment" means medical care and treatment that meet all of the following:

1. It is received from a Doctor whose medical training and clinical experience are suitable for treating your Disability;
2. It is necessary to meet your basic health needs and is of demonstrable medical value;
3. It is consistent in type, frequency and duration of treatment with relevant guidelines of national medical, research and health care coverage organization and governmental agencies;
4. It is consistent with the diagnosis of your condition; and
5. Its purpose is maximizing your medical improvement.

"Doctor" means a person whom: (I) is legally licensed to practice medicine; and (ii) is not related to you. A licensed medical practitioner will be considered a Doctor:
1. if applicable state law requires that such practitioners be recognized for the purposes of certification of disability; and
2. the care and treatment provided by the practitioner is within the scope of his or her license.

We would like you to review the attached report and you may wish to provide us with your comments. Based on your review of the Functional Capacity Evaluation would Ms Kernaghan be able to return to work at a sedentary position as stated in the report. According to her disability plan she is entitled to vocational rehabilitation assistance and would like your opinion regarding this. If you do not agree with this report, you may want to provide us with office notes and objective documentation to support your position. If we do not receive a response from you by May 31, 2004, we will assume that you agree with the Functional Capacity Evaluation report.

If you have any questions, please do not hesitate to contact me by telephone at 1-800-300-4296, Ext2348. Any response to this letter may be sent to the above address.

Sincerely,


Kathryn Snell RN, CCM
Nurse Consultant
Metropolitan Life Insurance Company


cc: Gail Kernaghan
    File

# CLIENT'S CURRENT
# PHYSICAL DEMAND LEVEL CAPABILITIES

Claimant Name: __Gail Kernaghan__

Claimant Claim Number: __699501171006__

__X__ Client gave maximum effort.

_____ Client did not give maximum effort (client self-limited), therefore, a physical demand level cannot be determined. Refer to the FCE Grid for effort client was willing to give.

## FCE PROVIDER:

If your client has performed to maximum effort level on the FCE, please fill out this form. Select the best statement indicative of the employee's performance.

This form is intended to reflect the client's PDL abilities and restrictions, NOT recommendations or accommodations.

If you check (✓) choice #1 or #2, please note that you can also (✓) #3. Indicate the level the client could perform in if a specific restriction were observed and document that restriction.

1) _____ UNABLE TO MEET SEDENTARY REQUIREMENTS OF THE DOT

2) __X__ Employee is completely able to perform at this physical demand level for 8 hours a day, for a 5-day work week: (circle highest level of capability)

   (SEDENTARY)          LIGHT          MEDIUM          HEAVY

3) _____ Employee can perform work in the below circled physical demand level for 8 hours per day, for a 5-day work week if the specific functional restrictions listed are observed: (circle highest level of capability)

   SEDENTARY          LIGHT          MEDIUM          HEAVY

**Specific Restrictions:**
_Alternate frequent (33-66% of day)_
_sitting with stand and walk._

ML00082

# CLIENT HISTORY FORM

## HISTORY

CLIENT NAME: Gail Kernaghan

ADDRESS: 363 Valley Mist Drive, Clayton, DE  19938

PHONE NUMBER: 302-659-1293

DATES OF FCE (month/day/year): 04/26/04 and 04/27/04

DATE OF BIRTH: 08/15/52

REFERRAL SOURCE: MetLife Disability

PHYSICIAN: Dr. Ugadhyay

EMPLOYER: N/A

ATTORNEY: N/A

REHABILITATION CONSULTANT: Case Manager-- Kathryn Snell

INSURANCE: MetLife Disability

PRIMARY DIAGNOSIS: Chronic low back pain, right shoulder pain, Lumbar Facet Syndrome

SECONDARY DIAGNOSIS: N/A

TYPE OF INJURY: Sledding accident

DATE OF INJURY: 11/22/94

PERTINENT SURGERY: N/A

i

Kernaghan,Client history,04/26/04

ML00083

# WORK STATUS

**TIME OFF WORK (months):** 10 years

**MODIFICATION OF WORK:** The client tried to work part time several years ago but states that she was unable to on a consistent basis due to pain. The client also states that she has also tried to work from at home but was still unable to meet the dead lines required due to pain.

**OCCUPATION:** Program manager

**PREVIOUS TREATMENT:** Physical therapy, injections, pool exercise class

**CURRENT MEDICATIONS:** Insulin Norolog and Lantog, Neurontin, Zanaflex, Prozac, Zonagran, Lidocaine Patches

**IS THIS CLIENT IN THE RETURN TO WORK PROCESS WHEN REFERRED FOR FCE?**
- ____1.  Yes, there is a target job identified and it is currently available.
- ____2.  Yes, there is a target job identified and it is not currently available.
- ____3.  Yes, but there is no targeted job.
- ____4.  Yes, this referral will serve as an entry point to a treatment program.
- _X__5.  No, the client was referred for settlement/disability or medical-legal reasons.
- ____6.  No, other.

# PATIENT REPORT

**FUNCTIONAL LEVEL:** The client is independent in activities of daily living. She can do dishes and laundry. She can not vacuum or other heavier cleaning activities or yard work. Her daughter and son in-law help her with house and yard work.

**PAIN LEVEL:** The client states that on most days her pain is between a 4 and a 7 on the pain scale. Increased activity causes her pain to go higher on the pain scale which is only relieved by pain medication and bed rest.

**GOALS:** The client states that she does not have goals any more. She states that she had goals for the first five years after the accident but not any more.

Copyright 1989, Isernhagen Work Systems, Duluth, MN

ii                                Kernaghan, Client history, 04/26/04

ML00084

MAY-03-2004 10:41        7METLIFE   DCN=040503013885                    P.10

# PHYSICAL EXAMINATION FORM

**NAME:** Gail Kernaghan

**BLOOD PRESSURE:** 118/68

**RESTING HEART RATE:** 80

**WEIGHT:** 200 pounds

**HEIGHT:** 5'5"

**GAIT:**
1. Normal gait
2.
3.

**POSTURE:**
1. Good posture
2.
3.

**COORDINATION:**
Within Normal Limits: X
Other (explain):

**MOVEMENT CHARACTERISTICS (speed, smoothness, posturing):**
Within Normal Limits: X
Other (explain):

Kernaghan.PHYSEXAM.04/26/04

ML00085

| NECK: | RANGE OF MOTION | | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
|  | Normal | Right | Left | Right | Left |
| Flexion | 45 | WNL | | 5/5 | |
| Extension | 45 | WNL | | 5/5 | |
| Lateral flexion | 45 | 40 | 40 | 5/5 | 5/5 |
| Rotation | 90 | 50 | 60 | 5/5 | 5/5 |

Day two: Lateral flex: 35/35, Rotation: 45/60

| TRUNK: | RANGE OF MOTION | | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
|  | Normal | Right | Left | Right | Left |
| Flexion | 80 | 70 | | 5/5 | |
| Extension | 30 | WNL | | 5/5 | |
| Lateral Flexion | 35 | WNL | WNL | 5/5 | 5/5 |
| Rotation | 45 | WNL | WNL | 5/5 | 5/5 |

Day two: Flex: 60, Lat. Flex. 30/30

| SHOULDER: | RANGE OF MOTION | | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
|  | Normal | Right | Left | Right | Left |
| Forward Flexion | 180 | 170 | WNL | 4+/5 | 4+/5 |
| Extension | 60 | 30 | WNL | 4+/5 | 4+/5 |
| Abduction | 180 | 170 | WNL | 4+/5 | 4+/5 |
| Internal rotation | 70 | 20 | WNL | 4-/5 | 4+/5 |
| External rotation | 90 | 80 | WNL | 4-/5 | 4+/5 |

Day two: Flex and abd: 165, Ext. 30, Int. rot. 15, Ext. rot. 70

| ELBOW: | RANGE OF MOTION | | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
|  | Normal | Right | Left | Right | Left |
| Flexion | 150 | WNL | WNL | 4/5 | 5/5 |
| Extension | 0 | WNL | WNL | 4-/5 | 5/5 |

| FOREARM: | RANGE OF MOTION | | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
|  | Normal | Right | Left | Right | Left |
| Pronation | 80 | WNL | WNL | 4/5 | 5/5 |
| Supination | 80 | WNL | WNL | 4/5 | 5/5 |

2                                        Kernaghan.PHYSEXAM.04/20/04

ML00086

|  | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|
| **WRIST:** Normal | Right | Left | Right | Left |
| Flexion 80 | WNL | WNL | 4/5 | 5/5 |
| Extension 70 | WNL | WNL | 5/5 | 5/5 |
| Ulnar Deviation 30 | WNL | WNL | 5/5 | 5/5 |
| Radial Deviation 20 | WNL | WNL | 5/5 | 5/5 |

**GROSS HAND MOTION:** WNL

| WFL: | WFL: | WFL: | WFL: |
|---|---|---|---|
| NOT WFL: | NOT WFL: | NOT WFL: | NOT WFL: |

**COMMENTS:**

|  | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|
| **HIP:** Normal | Right | Left | Right | Left |
| Flexion (K.ext.) 90 | 45 | 70 | 3+/5 | 5/5 |
| Flexion (K.flex.) 120 | WNL | WNL | 5/5 | 5/5 |
| Abduction 45 | 40 | WNL | 5/5 | 5/5 |
| Adduction 30 | 10 | WNL | 5/5 | 5/5 |
| Extension WNL | 30 | 15 | 4/5 | 4/5 |
| Internal rotation 45 | 10 | 15 | 4-/5 | 4-/5 |
| External rotation 45 | WNL | WNL | 4-/5 | 4-/5 |

Day two: Pain with 45 degree SLR on right.

|  | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|
| **KNEE:** Normal | Right | Left | Right | Left |
| Flexion 135 | WNL | WNL | 4-/5 | 5/5 |
| Extension 0 | WNL | WNL | 4-/5 | 5/5 |

|  | RANGE OF MOTION | MUSCLE STRENGTH |
|---|---|---|

3                                    Kernaghan.PHYSEXAM.04/26/04

ML00087

| ANKLE: | Normal | Right | Left | Right | Left |
|---|---|---|---|---|---|
| Plantar Flexion | 50 | 50 | 50 | 5/5 | 5/5 |
| Dorsiflexion | 20 | 10 | 10 | 5/5 | 5/5 |
| Inversion | 35 | WNL | WNL | 5/5 | 5/5 |
| Eversion | 15 | WNL | WNL | 5/5 | 5/5 |

TOE RISES (10) - __10__ Reps Right __10__ Reps Left

KNEE SQUATS (5) - __5__ Reps

**COMMENTS:**

*** Reference: *American Academy of Orthopedic Surgeons*

WNL = within normal limits
WFL = within functional limits

**ATROPHY/EDEMA:**

| No deficiency noted: X |
| Deficiency noted: |

| GIRTH MEASUREMENTS ||| 
|---|---|---|
| Body Part | Involved | Uninvolved |
|  |  |  |
|  |  |  |

**MUSCLE TONE/SPASMS:** WNL

**NEUROLOGICAL TESTING:** WNL

**Sensory Testing:**

| No obvious reports or problems: |

4

Kernaghan.PHYSEXAM.04/26/04

ML00088

Other (explain): Client reports decreased light touch in medial arch of right foot.

**Reflex Testing:**

No obvious problems: X

Knee Jerk: 2 and equal bilaterally

Ankle Jerk: 2 and equal bilaterally

Upper extremities: 2 and equal bilaterally

Balance:

| Right foot (10 seconds): 10 seconds | Left foot (10 seconds): 10 seconds |
|---|---|
| No obvious problems: X | No obvious problems: X |
| Other (explain): | Other (explain): |

**Other Special Tests:**

### FIRST DAY SUMMARY OF PHYSICAL ASSESSMENT:

1. Some limitations in ROM in right extremities.
2. Some decreased muscle strength in right extremities.
3. Pain a level 5 before FCE on day one.
4.
5.

### PHYSICAL ASSESSMENT CHANGES NOTED ON SECOND DAY:

#### Items tested or repeated:

1. Minimal changes in ROM of right extremities.
2. Pain a level 8 before FCE on day two.
3.

5

Kernaghan.PHYSEXAM.04/26/04

ML00089

# FUNCTIONAL CAPACITY EVALUATION SUMMARY REPORT

Brown & Associates PT
1404-B Forrest Ave.
Dover, DE 19904
302-741-0200

Following is a summary of the complete Functional Capacity Evaluation and functional test results. Client history, physical examination results, and comprehensive functional capacity form are available in client's chart.

| | |
|---|---|
| **NAME:** | Gail Kernaghan |
| **ADDRESS:** | 363 Valley Mist Drive, Clayton, DE 19938 |
| **TEST DATES:** | 04/26/04 and 04/27/04 |
| **DATE OF BIRTH:** | 09/15/52 |
| **PHYSICIAN:** | Dr. Upadhyay |
| **REFERRAL SOURCE:** | MetLife Disability |
| **DIAGNOSIS:** | Chronic Low Back Pain, right Shoulder Pain, Lumbar Facet Syndrome. |

**DESCRIPTION OF TEST DONE:** Gail Kernaghan participated in a standardized IWS Functional Capacity Evaluation. The results of this FCE have been quantified through a 13-point consistency checklist.

| | |
|---|---|
| X | The client gave maximum, consistent effort |
| | The client did not give maximum consistent effort in tests |

## THERAPIST OBSERVATIONS

**COOPERATION:** Gail Kernaghan was cooperative during all aspects of the test and was willing to work to her maximal ability for all test items.

**CONSISTENCY OF PERFORMANCE:**
- Gail demonstrated consistency of performance among FCE items and between day one and day two.
- The client's functional limitations are consistent with the physical findings of the musculoskeletal exam.
- The client's perceived abilities were consistent with those objectively evaluated in the FCE.

1   Kernaghan, FCE Summary, 04/26/04

ML00090

MAY-03-2004 10:42   7METLIFE   DCN=040503013885   P.16

**PAIN BEHAVIOR:** Pain behaviors included shifting of weight during prolonged sitting and standing. This was consistent with the time sitting in the interview section of the FCE. The client reported a perceived pain level of 5 on the pain scale on day one, which increased to a level of 7 by the end of the tasks. The client reported a perceived pain level of 8 on day two. The client completed all test items regardless of reported pain.

**SAFETY:** The client demonstrated safe performance, including body mechanics, although she occasionally needed verbal cueing. The client also demonstrated appropriate pacing and now has a good general awareness of safe techniques for most activities.

**QUALITY OF MOVEMENT:** The client demonstrated smooth and coordinated movement throughout the test items.

**SIGNIFICANT ABILITIES:** Gail demonstrates:
- Excellent abilities in elevated work, rotational activities, crawling, kneeling and crouching.
- Good abilities in forward bending, repetitive squat and sitting tolerance.
- Excellent abilities in standing tolerance, and ambulation activities.

**SIGNIFICANT DEFICITS:** Gail demonstrates:
- Well below average grip strength.
- Slightly below average hand coordination.

**JOB DESCRIPTION EXPLORED:** N/A

**RECOMMENDATIONS:**

1. These work projections are for 8 hours per day, 40 hours per week at the levels indicated on the FCE form.
2. The client meets the U.S. Department of Labor Physical Demand Levels of Sedentary.
3. The client's sitting tolerance over an 8 hour day is "frequently" ( 33- 66% of day ) and would need to be alternated with walk and stand.

| Signature: | *Dorothy M. Brown PT* |
| Title: | *Physical Therapist* |

0405:1030786



Healthcare Management
Vicki C. Bussmann
Branch Manager

February 11, 2004

Deanna Denmead
Met Life Disability
P.O. Box 14592
Lexington, KY 40511

| | | |
|---|---|---|
| Re: | Referred Person : | Gail Kernaghan |
| | Employer : | IBM |
| | Job Title : | Software Project Office Program Manager |
| | Met Life Claim No. : | 699501171006 |
| | SSN : | 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 |
| | Age : | 8/15/52, 51 Years |
| | DOD : | 11/22/94 |
| | D/Referral : | 1/29/04 |
| | Diagnosis : | Chronic low back pain, right shoulder pain, lumbar facet syndrome |
| | Claimant's Salary : | $55,000.00 |
| | Vendor Tax I.D. : | 58-0506554 |
| | Our File No. : | 306-13967 |

## HOME VISIT/MEDICAL ASSESSMENT

### INTRODUCTION

Crawford Healthcare Management Services has been requested by Deanna Denmead to perform a home visit/medical assessment on the above-captioned claim.

At the request of Deanna Denmead, I did not contact the claimant initially, as I was requested to hold off on claimant contact until I had received word that the claimant had been notified of my involvement. Once I received word that the claimant had been contacted, I then proceeded to contact the claimant and scheduled an appointment to meet with her in her home on Tuesday, 2/10/04. There were no problems with the scheduling of this appointment.

The claimant was friendly and cooperative and demonstrated an understanding of the interview purpose. Although her sister and brother-in-law were visiting during my visit, they were not present during the interview.

The claimant was dressed casually in pants and a top and comfortable shoes. I observed that at times, she required change of position and ambulated slowly, appearing to have some low back discomfort on ambulation. Mrs. Kernaghan states that she has difficulties performing some

600 Reed Road ♦ Broomall PA 19008 ♦ PH: 610-359-1860 ♦ FX: 610-359-1491

ML00097