Re: Gail Kernaghan                        5                    5 June 1997

    If the back pain were to be generated by the fragments of the L3 fractured vertebra, I would think that this lesion, four years and four months after the onset, should be totally fused. This seems to be confirmed by the MRI findings. Thus, if the surgery was initially discussed and proposed for fusion of the broken vertebra, it is obvious that she does not need it four and a half years later when that fusion has already taken place by natural means.

If the "possible pain generators" were to be a disc herniation, an infectious process, (osteomyelitis) neoplasm, etc., these findings should be obvious on the MRI study which in my opinion is normal.

In summary, in my opinion her prognosis for relief of her persistent back pain will depend on her ability to follow through with the further recommendations by the pain center in Philadelphia who suggested the "consideration of lumbar epidural steroid injections and possibly spinal cord stimulation." I would entirely agree that if the patient still has a back pain syndrome, she should have all the available medical diagnostic and therapeutic medical avenues to diagnose and try to treat these problems.

Whether she will be able " to return to work" is a difficult proposition whose solution will hinge on many variables, medical as well as non-medical, personal, legal, etc.

Returning back to the primary request of why I am examining her ("radiculopathy L5-S1 and chronic lower back pain"), my opinion is that there is no neurologic damage during my evaluation that could be producing a radiculopathy of the L5-S1 level, which is two segments below the injured vertebral body.

I hope that these thoughts will help you to find the best solution for this unfortunate patient.

                              Very truly yours,

                              J. Rafael Yañez, M.D., F.A.C.S.

JRY:sew

ML00248

Metropolitan Life Insurance Company

Disability Management Services
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**MetLife**

January 20, 1995

Gail Kernaghan          RE:   Long Term Disability
21 Edgewood Drive         Claim No.: 94097630
Rhinebeck, NY 12572       Group No.: 35750
                                      S.S. No.: 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
                                      Serial No.: 142425

Dear Ms. Kernaghan

We are pleased to advise you that your claim for Long Term Disability benefits under the IBM Disability Benefits Plan has been approved. Payments will be issued the last week of the month and are payable on the last day of the month provided you continue to qualify for benefits.

The amount of your Long Term Disability monthly benefit is $2,983.48 which equals 66⅔% of your regular monthly compensation.

Your Long Term Disability effective date is January 5, 1995. Therefore, payment for the month of January must be prorated at 19/22 days for a payment of $2,576.64.

The amount of your basic monthly benefit is reduced by Estimated Primary Social Security Benefits from March 1, 1995 through August 2017. A copy of the Primary Social Security Award or the denial notice must be sent to us as soon as it is received so we may adjust your claim.

Please refer to the enclosed Notice of Approval which indicates your benefit schedule.

To prevent any incorrect disability payments, you should notify us promptly if:

- You return to work (regardless of the kind of work to which you return); or

- Your doctor advised you that your condition has improved and that you are able to return to your own occupation or some other type of work; or

- You receive "Other Income Benefits" such as Social Security, Workers' Compensation, State Disability Insurance, and any other income benefits as described in your Summary Plan Description.

ML00378

- 2 -

We will be requesting an updated medical statement in June 1995 to certify continued disability as defined in your plan.

If you should have any questions or concerns, please feel free to contact our office.

Yours truly

Doreen Heinrich
Disability Management Specialist
Disability Management Services
1-800-638-0064


DH/dlm

Enclosure

cc:   Kevin Dorney
cc:   Occupational Health Services

**MetLife®**
MetLife Disability
P.O. Box 14590
Lexington, KY 40511
Fax: 1-866-690-1264

Medical / Vocational Index

Claim #: 699501171006

# UNIVAL

DATE: ~~4-23-02~~ 5-7-02

TO: Theresa Zanniello / Kathleen Teipo

FROM: Ellen Harhold

FAX: 1-866-690-1264

RE: **Independent Medical Examination Report**

Claimant Name: Gail Kernaghan

SS Number: 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

DOB: 8/15/52

Employer Name: IBM

Date of Service: 4-15-02

Number of Pages (including cover): ~~3~~ 4

Comments:

ML00482

PHYSICAL THERAPY PHYSICIANS
JAMES F. BONNER, M. D.
WILLIAM C. MURPHY, D. O., LPT
PETER B. BANDERA, M. D.
217 KEDRON AVENUE
FOLSOM, PA 19033

TELEPHONE (610) 532-2633   FAX (610) 532-7856

April 15, 2002

Unival
2890 Carpenter Road
Suite 1400
P.O. Box 130770
Ann Arbor, MI 48113-0770

RE:         GAIL KERNAGHAN
CL#:        699501171006
SS#:        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
DOB:        8/15/52
EMPLOYER:   IBM

Dear Unival;

The above named patient was seen today, 4/15/02. As you know, she is a 49-year-old, female who reports that she suffered an injury while sledding in 1993 and suffered a burst fracture of the third lumbar vertebrae. At that time, she states that she was a diabetic, but it was diet controlled. Since that time she has continued to have back pain and some intermittent right lower extremity pain with intermittent paresthesias. She also reports that she has had some cognitive changes due to the various medications. Her present medications include Zanaflex, Neurontin, and Vicodin.

She has not worked in any capacity for quite some time and states that initially following this injury she did return to work on a part-time basis, but was unable to continue at a full time level.

She states that she was treating with a pain management physician who apparently left the country and has not returned and she just recently started with someone else.

I have had the opportunity to review a number of medical records concerning Gail. These include the records of Metlife attending physician statement of functional capacity as completed on 3/7/01. I also reviewed this form as completed on 2/19/02 and the rehab note as completed by Lisa Housley. I also reviewed the form by Concentra Managed Care Services Disability Home visit 6/29/00 through 7/14/00. In addition, I reviewed the physician consultant review with the diagnosis of chronic hip and back pain as completed by Jeffrey Kahn, M.D. I also reviewed the medical record review summary which indicated that the patient had chronic pain. I reviewed further functional capacity reports with the diagnosis being depression also. I also reviewed the report of Allegheny University Hospital compression fracture L3 with lumbar myelogram and report of Dr. Yanez dated 6/5/97.

On physical examination I found a conscious, alert, overweight, white female who states that she has gained 60 pounds since this accident. She also states her inactivity has caused her to become insulin dependent.

Examination of the head was found to be normocephalic and atraumatic. The extraocular movements were intact. There was no nystagmus. Examination of the neck revealed a full range of motion of the cervical spine. Deep tendon reflexes were symmetric in the upper extremities at the biceps, triceps, brachioradialis, knees, absent at the ankles. Straight leg raising was positive on the right at 70 degrees, negative on the left.

ML00483

Unival
Page 2
Re: Gail Kernaghan

There was a moderate degree of guarding in the lumbar spine in the area of L3, 4 and 5 and in the right greater sciatic notch, as well as the right sacroiliac joint. There was also right greater trochanteric tenderness.

She was able to ambulate independently without any assistive devices and was able to come within four inches of touching her toes, although did have complaints of discomfort. She had limited right lateral flexion with full left lateral flexion, extension was also limited due to pain.

Sensation was intact to light touch.

In summary, this patient has evidence of chronic pain syndrome secondary to burst fracture of L3 with ongoing evidence of lumbar radiculopathy. She also has evidence of some cognitive dysfunction secondary to medication. In addition, she is an insulin dependent diabetic. Presently, her objective findings do correlate with her subjective complaint and she was a credible historian with no evidence of inappropriate pain behavior. This patient remains disabled from her occupation. Her physical capacities would fall in the classification of sedentary/light with the ability to get up and move around, but is significantly limited by her present medications.

If you should have any questions concerning my evaluation and/or review, please do not hesitate to contact me.

Sincerely yours,

James F. Bonner, M.D.

JFB/tg

**MetLife**
Met DisAbility
P.O. Box 3017
Utica, NY 13504-3017

C20312 J04665



99819 99544 0000003575029952929 1000

GAIL A. KERNAGHAN
363 VALLEY MIST DRIVE
CLAYTON DE 19938

Group/Contract Number   0035750

Employee Identification Number   299529291

In accordance with the terms of your Group Plan, we request that you complete the Supplemental Statement of Claimant below. If an asterisk (*) appears here ( * ), you must also have your physician complete the enclosed Attending Physician's Statement of Functional Capacity.

This information is essential to the further processing of your claim. If we do not receive a reply within a reasonable time, we will assume that no further benefits are being claimed.

It is the responsibility of the claimant or the beneficiary to notify MetLife of any change in disability status. This would include return to work, recovery or death.

Disability Management Services

## Supplemental Statement of Claimant

Is the above address correct?   **yes**

If you are confined to a hospital or other institution, please give its name and address.   **No**

(a) Have you at any time since the beginning of this disability, or are you now, engaged in any work or business?   (a) **No**
(b) If so, in what work or business?   (b) **N/A**

During what period have you been so engaged?   **N/A**

Name and address of your employer. If self-employed, give business address.   **N/A**

Date: 2/17/02

Signature of insured: *Gail A. Kernaghan*

ML00490

# MetLife
## Attending Physician's Statement of Functional Capacity

The information provided is to be used for claims evaluation and auditing purposes only.
The patient is responsible for having this form completed without expense to Metropolitan or the Employer.

C20312 104665

99819 99545 00000035750299529291001

Met DisAbility
P.O. Box 3017
Utica, NY 13504-3017

| Patient Name | | | Group Number | Social Security # |
|---|---|---|---|---|
| First: GAIL | Middle: A | Last: KERNAGHAN | 0035750 | 299529291 |

### History and Diagnosis

A. Date symptoms first appeared/or accident occurred: 1/93
B. Date patient ceased work: 1/95
C. Date of most recent examination: 2/19/02
D. Frequency of visits: q 3 mth
E. Past history: L3 burst fx
F. Subjective symptoms: back pain
G. Objective findings (including test results): LS facet pain, ⊕ SI joint pain

H. Primary diagnosis affecting work ability: back pain
I. Secondary diagnosis affecting work ability: SI joint pain
J. Present and future course of treatment: medication, home exercise
K. Other known injuries or presently active diseases that may affect work abilities:

Does patient's medical condition allow exposure to the following; please check appropriate box and explain any limitation below:

| | No Limitation | Some Limitation | Avoid Completely | Cannot Determine |
|---|---|---|---|---|
| Dust/Gases/Fumes | ✓ | | | |
| Chemicals/Solvents | ✓ | | | |
| Temperature Extremes | | | ✓ work indoors | |
| Noise Levels | ✓ | | | |
| Allergenic Agents | ✓ | | | |
| Stairs/Ladders | | | ✓ | |
| Scaffolds/Heights | | | ✓ | |
| Enclosed Spaces | | | ✓ | |
| Drafts/Damp Areas | | | ✓ | |

Explanation:

Because of the patient's medical conditions, are there any limitations on any of the following activities; please check appropriate box and explain any limitation below.

| | No Limitation | Some Limitation | Avoid Completely | Cannot Determine |
|---|---|---|---|---|
| Transportation | | ✓ | | |
| Standing | | ✓ | | |
| Sitting | | ✓ | | |
| Change of Position (sitting/standing) | ✓ | | | |
| Assuming Cramped/Unusual Positions | | | ✓ | |
| Reaching (forward/overhead) | | ✓ | | |
| Pushing/Pulling/Twisting (arm/leg controls) | | ✓ | | |
| Grasping/Handling | ✓ | | | |
| Finger Dexterity | ✓ | | | |
| Repetitive Movement (hands/feet) | | ✓ | | |
| Climbing (stairs/ladders/scaffolds) | | | ✓ | |
| Balancing (exposure to falling) | | | ✓ | |
| Bending/Stooping/Squatting | | | ✓ | |
| Operating Truck/Dolly/Small Vehicle | | | ✓ | |
| Operating Heavy Equipment | | | ✓ | |
| Operating Electrical Equipment | | | ✓ | |
| Concentrated Visual Attention | ✓ | | | |
| Other | | | | |

Explanation: may sit 30 min – 60 min
max stand 30 min.

K85508.SCRE(09/00)

ML00491

Evaluation of carrying and lifting abilities includes both the intensity and frequency of the activity. For each weight class listed below, please indicate the reasonable top limit of frequency. Please provide an explanation below with any additional comments regarding limitations on duration, handlability and distance (in front of body and above shoulder).

| Intensity in Pounds | Frequency: Percentage of Workday | | | |
|---|---|---|---|---|
| | Never | Less than 20% | 20% – 60% | Greater than 60% |
| 0-15 | | ✓ | | |
| 16-30 | ✓ | | | |
| 31-45 | ✓ | | | |
| Greater than 45 | | | | |

Explanation:

Is there a past or present psychological problem that might interfere with patient's ability to work? If yes, please list your findings according to the DMS-III multiaxial classification.

Yes ☐    No ☒    Not Determined ☐

Explanation:

If you have any additional information that is relevant to patient's work ability, please indicate below.

medications will cause sedation + ↓ concentration

**Progress Evaluation**

☐ Recovered    ☐ Improved    ☑ Unimproved    ☐ Retrogressed
(Please check appropriate box and explain below:)
Explanation: stable on medications, permanent injury

**Disability Evaluation**

|  | For Any Occupation | For His/Her Occupation |
|---|---|---|
| Is patient now totally disabled? | Yes ☑  No ☐  Cannot Determine ☐ | Yes ☑  No ☐  Cannot Determine ☐ |
| If No, when was patient able to resume work activities? | Cannot Determine ☐ | Cannot Determine ☐ |
| If Yes, when do you think patient will be able to resume work activities? | | |

Approximate Date:
Indefinite:
Never:
Cannot Determine:

Name of Physician: ASIT UPADHYAY DD    Board Certified Specialty: Physical Medicine + Rehabilitation

Address: 830 Walker Rd    City or Town: Dover    State: DE    19901

Phone Number: (302) 730 8848    Date: 4/19/02    Signature: [signature]

MM3128.SCRE(09/00)

ML00492

010713014968

# PHYSICIAN CONSULTANT REVIEW

**DATE OF REVIEW:** June 20, 2001

**CLAIMANT NAME:** KERNAGHAN, GAIL

**CLAIM NUMBER:** 699501171006

**CLAIMANT SS#:** 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

**REFERRAL SOURCE:** Stephanie Seely, Utica office.

**Diagnosis:** Chronic hip and back pain.

**File History/Summary:**
This claimant was initially injured in a sledding accident in 1993, and underwent extensive medical treatment since that time. The majority of the information in this file is quite outdated, including both vocational and medical records. We were able to find an attending physician statement of functional capacity dated 03/07/01 using the ACS system. Under section 2 of the form, there are no limitations listed. Under section 3 it state she can use transportation and stand for up to thirty minutes. She can sit for up to ten minutes, change positions every 30-60 minutes, and can perform grasping and handling as well as finger activities. Repetitious movements of the hands is limited by pain and it is advised that she does not climb, balance, bend, or use any vehicles.

Lifting of up to ten pounds is listed. Despite the fact that she obviously has some retained capabilities, the attending physician writes that her condition is unimproved, and she is disabled for both her own and any occupation, which is clearly contradictory to the information noted above.

She had a desire to return to work in a teaching capacity, and in fact worked with a vocational counselor to the point where she apparently registered for a course during the spring 2001 semester at the University of Delaware.

**Questions Posed and Answers:**
1. Q: Would an FCE or IME be appropriate to assess restrictions and limitations? A: FCE would be appropriate if there was a concern regarding her capabilities to perform at more than a light or sedentary duty level. If it is not anticipated that she will potentially return to work in a physical demand level greater than these noted, an FCE would not be necessary. With regard to an IME, given the fact that her injury is now eight years old, there is vague medical information, and the attending physician statements are not consistent, I feel that an IME may be valuable with regard to getting a more objective and overall assessment of the long-term implications of her condition with a definitive medical statement with regard to her capability to pursue vocational efforts.

*Independent Physician Consultant Review For MetLife Disability*
MED / IPC RPT

ML00493

0107130149868

# PHYSICIAN CONSULTANT REVIEW

June 20, 2001
KERNAGHAN, GAIL
Claim Number: 699501171006
Page 2

2. Q: Is claimant totally disability for her own or any occupation based on the medical information? A: I do not believe that she is totally disabled for any occupation, and since I am not familiar with her usual and customary job which she has obviously not performed in almost seven years, cannot comment with regard to her own occupation.

3. Q: Would you recommend any further diagnostic test or medical therapies? A: In the absence of the ability to perform a physical examination and in the absence of current detailed medical records, I cannot make any specific recommendations at this time. However, those questions should certainly be posed to any independent medical examiner who may come in contact with the claimant.

4. Q: Could the claimant work part-time in a sedentary position? A: It would appear based on the information provided, her known activity level, her enrollment in classes, and her desire to return to work presumably in a sedentary type position, that part-time work in a sedentary position would be appropriate.

**Summary of Activity:**
The comprehensive medical file was reviewed, including DCS documents. The attending physician was not contacted at this point in time as there did not appear to be any significant information, which would otherwise be obtained through that contact.

JEFFREY KAHN, M.D., F.A.A.P.M.R., C.I.M.E.
Diplomate, American Board of Physical Medicine and Rehabilitation
Fellow, North American Spine Society
Certified, American Board of Independent Medical Examiners

JK/JT

*Independent Physician Consultant Review For MetLife Disability*
MED / IPC RPT

ML00494

## MetLife®

### Attending Physician's Statement of Functional Capacity

The information provided is to be used for claims evaluation and auditing purposes only.
The patient is responsible for having this form completed without expense to Metropolitan or the Employer.

Met DisAbility
P.O. Box 3017
Utica, NY 13504-3017

| Patient Name | | | Group Number | Social Security # |
|---|---|---|---|---|
| First: GAIL | Middle: A | Last: KERNAGHAN | 0035750 | 299529291 |

### History and Diagnosis

A. Date symptoms first appeared/or accident occurred: Jan 1993
B. Date patient ceased work: Jan/95
C. Date of most recent examination: 03/07/01
D. Frequency of visits: Every 3 months
E. Past history: NA
F. Subjective symptoms: tenderness at L3 & L5 region, spasm of PS.M. +SLR
G. Objective findings (including test results): ✓ low & hip pain

H. Primary diagnosis affecting work ability:

I. Secondary diagnosis affecting work ability:

J. Present and future course of treatment:

K. Other known injuries or presently active diseases that may affect work abilities:

Does patient's medical condition allow exposure to the following; please check appropriate box and explain any limitation below:

| | No Limitation | Some Limitation | Avoid Completely | Cannot Determine |
|---|---|---|---|---|
| Dust/Gases/Fumes | ✓ | | | |
| Chemicals/Solvents | ✓ | | | |
| Temperature Extremes | ✓ | | | |
| Noise Levels | ✓ | | | |
| Allergenic Agents | ✓ | | | |
| Stairs/Ladders | ✓ | | | |
| Scaffolds/Heights | ✓ | | | |
| Enclosed Spaces | ✓ | | | |
| Drafts/Damp Areas | ✓ | | | |

Explanation:

Because of the patient's medical conditions, are there any limitations on any of the following activities; please check appropriate box and explain any limitation below.

| | No Limitation | Some Limitation | Avoid Completely | Cannot Determine |
|---|---|---|---|---|
| Transportation | 30 min | | | |
| Standing | 30 | | | |
| Sitting | 10 min | | | |
| Change of Position (sitting/standing) | 30 min — 60 m | | | |
| Assuming Cramped/Unusual Positions | O | | | |
| Reaching (forward/overhead) | NO | | | |
| Pushing/Pulling/Twisting (arm/leg controls) | NO | | | |
| Grasping/Handling | Yes | | | |
| Finger Dexterity | OK | | | |
| Repetitive Movement (hands/feet) | Hands OK feet no (pain) | | | |
| Climbing (stairs/ladders/scaffolds) | NO | | | |
| Balancing (exposure to falling) | NO | | | |
| Bending/Stooping/Squatting | NO | | | |
| Operating Truck/Dolly/Small Vehicle | NO | | | |
| Operating Heavy Equipment | NO | | | |
| Operating Electrical Equipment | NO | | | |
| Concentrated Visual Attention | 30 min | | | |
| Other | NA | | | |

Explanation:

K85508.SCRE(09/00)

ML00501

Evaluation of carrying and lifting abilities includes both the intensity and frequency of the activity. For each weight class listed below, please indicate the reasonable top it of frequency. Please provide an explanation below with any additional comments regarding limitations on duration, handlability and distance (in front of body and above or).

| Intensity in Pounds | Frequency: Percentage of Workday | | | |
|---|---|---|---|---|
| | Never | Less than 20% | 20% - 60% | Greater than 60% |
| 0-15 | <10 lb | | | |
| 16-30 | NA | | | |
| 31-45 | | | | |
| Greater than 45 | | | | |

lanation:

Is there a past or present psychological problem that might interfere with patient's ability to work? If yes, please list your findings according to the DMS-III multiaxial classification.

Yes ☐   No ☑   Not Determined ☐

Explanation:

f you have any additional information that is relevant to patient's work ability, please indicate below.

NA

Progress Evaluation

☐ Recovered   ☐ Improved   ☑ Unimproved   ☐ Retrogressed
(Please check appropriate box and explain below:)
Explanation:

Disability Evaluation

|  | For Any Occupation | For His/Her Occupation |
|---|---|---|
| s patient now totally disabled? | Yes ☑  No ☐  Cannot Determine ☐ | Yes ☑  No ☐  Cannot Determine ☐ |
| f No, when was patient able to resume work activities? | Cannot Determine ☐ | Cannot Determine ☐ |
| f Yes, when do you think patient will be able to resume work activities? | unknown | |
| Approximate Date: | NA | |
| Indefinite: | | |
| Never: | | |
| Cannot Determine: | | |

S. Mousavi                              Neurology
e of Physician                          Board Certified Specialty

01 Riverside Dr.        Seaford              DE  19973
t Address               City or Town          State

02, 629-0266       03/07/01      S. Mousavi
hone Number        Date           Signature

MM3128-SCRE(09/00)

ML00502

**MetLife**®
Met DisAbility
P.O. Box 3017
Utica, NY 13504-3017

99776 99347 0000003575029952929100
010316 000344

GAIL A. KERNAGHAN
10 EAST SARATOGA RD
MILFORD DE 19963

Group/Contract Number   0035750

Employee Identification Number   299529291

In accordance with the terms of your Group Plan, we request that you complete the Supplemental Statement of Claimant below. If an asterisk (*) appears here ( * ), you must also have your physician complete the enclosed Attending Physician's Statement of Functional Capacity.

This information is essential to the further processing of your claim. If we do not receive a reply within a reasonable time, we will assume that no further benefits are being claimed.

It is the responsibility of the claimant or the beneficiary to notify MetLife of any change in disability status. This would include return to work, recovery or death.

Disability Management Services

---

### Supplemental Statement of Claimant

Is the above address correct?   yes

If you are confined to a hospital or other institution, please give its name and address.

(a) Have you at any time since the beginning of this disability, or are you now, engaged in any work or business?   (a) NO
(b) If so, in what work or business?   (b)

During what period have you been so engaged?   N/A

Name and address of your employer. If self-employed, give business address.   N/A

Date: 3/7/01
Signature of insured: [signed] Gail Kernaghan

ML00503



**Statement of Employee**

**MetLife**

**Application for Long Term Disability Benefits**

All sections of this statement must be completed by the employee. If the employee is mentally incompetent, the statement should be completed by the employee's legal guardian.

**Statement Of Employee**

Employee Serial Number: 8A 142425

1. Full name (Last) Kernaghan (First) Gail (Middle) A

Social Security Number: 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

2. Mailing Address: 21 Edgewood Drive     City     State     Zip Code

Telephone Number: (914) 876-2095

3. Home Address (if other than above): Rhinebeck NY 12572     Telephone Number: ( ) —

4. Date of Birth: 8/15/52 Mo. Day Yr.

5. Sex: ☐ Male ☒ Female

6. Marital Status: ☐ Single ☒ Married

7. Educational Background: ☐ 1-8 ☐ 9-12 ☐ Some College ☐ College Grad ☒ Advanced Degree ☐ Specialized Training

8. Job Title: Advisory Programmer     Job Responsibilities: Co-ordinate & manage activities to ensure AIX/ESA product maintenance, execute projects assigned to support service organization's goals of

9. Are you able to perform the important duties of your job on a regular basis? Yes ☐ No ☒
If no, which duties are you unable to perform? When do you expect to be able to perform the important duties of your job?
All. Illness precludes me from attending work on a consistent enough basis to complete job assignments in a timely enough fashion. I find it difficult to deal with co-workers in adversarial/negotiational situations.

10. Are you able to perform the duties of some other job on a regular basis? Yes ☐ No ☒
If yes, list the other job(s) you believe you are qualified to perform. If no, when, if ever, do you believe you will be able to return to some other job?
A "Regular Basis" job seems an impossibility at this point in life. Currently undergoing additional testing to determine if surgery can provide any relief.

11. Are you now, or have you at any time since becoming disabled, engaged in any other employment or self employment outside IBM?
☐ Yes ☒ No   If yes, show name, address and phone:
Name (Company or Firm)     Address     Business Phone Number ( )

12. Date symptoms of your illness or your injury began: 1 / 17 / 93

13. Is your illness or injury as a result of your occupation at IBM? ☐ Yes ☒ No
If yes, have you filed a Workers' Compensation Claim? ☐ Yes ☒ No

ML00631

14. Date you were first treated for your illness or injury: 1 / 17 / 93

15. Describe the symptoms of your illness or how and when your injury occurred.
Back pain, nausea & depression caused by sledding accident which burst L3 vertebrae. As day progresses 2 vertebrae begin to rub against one another causing severe pain.

AUG 2 9 1994

Additional Information and Signatures Required on Reverse Side

18000106344-A (1292) Printed in U.S.A.

Metropolitan Life Insurance Company

DR. JOHN A.  ___  Kingston, NY
(Disabled)

List all physicians who have treated you since the beginning of this disability.        Dates of Treatment

| Name | Address | Phone Number | From | To |
|---|---|---|---|---|
| DR. Allen Carl | Albany Medical Center Suite A280 New Scotland Ave Albany, NY 12208 | (518) 262-5636 | 1-17-93 | Current |
| Dr. Barry Greenhouse | Pain Mgmt Center 3 Columbia Circle Albany, NY 12203 | 518-464-0091 | 1-94 | Current |
|  |  | (   ) |  |  |

Benefits payable under the IBM Long Term Disability Plan will be reduced by benefits you are eligible to receive from other sources. Please complete the following:

|  | Applied (Yes) (No) | Date Applied Mo./Day/Yr. | Status Approved/Pending Denied | Amount Approved | Date Benefits Begin |
|---|---|---|---|---|---|
| Primary Social Security Disability | N |  |  |  |  |
| Workers' Compensation | N |  |  |  |  |
| Income replacement under no fault. | N |  |  |  |  |

Please submit a copy of any Workers' Compensation Award, Social Security Award Certificate, Social Security Disability Denial Notice or other correspondence received from Workers' Compensation, Social Security or any other provider of a disability benefit which reduces the LTD benefit. If not yet received, submit a copy when received.

Please attach any information you have regarding liens, garnishments, court orders, etc. which may affect the amount of the Long Term Disability payment.    N/A

Certification

I know it is a crime to fill out this form with facts I know are false or to leave out facts I know are important.

I have read the above and provided complete answers to all questions and said answers are true and correct to the best of my knowledge.

Authorization

I authorize any medical professional, hospital or other medical-care institution, insurance support organization, pharmacy, governmental agency, insurance company, group policyholder, employer or benefit plan administrator to provide Metropolitan or an agent, attorney, consumer reporting agency or independent administrator, acting on its behalf, information concerning advice, care or treatment provided the patient, employee or deceased names below, including information relating to mental illness, use of drugs or use of alcohol. I also authorize my employer, group policyholder or benefit plan administrator to provide Metropolitan with financial or employment-related information.

I understand that such information will be used by Metropolitan for the purpose of evaluating my claim for insurance benefits and that I or any authorized representative will receive a copy of this authorization upon request.

This authorization is valid from the date signed for the duration of the claim.

_____        8/21/94
Employee's Signature (or Legal Guardian if applicable)    Date Signed (Mo./Day/Year)

ML00632

**IBM**  **Statement of Employer**                                    **MetLife**
To be completed by Line Manager   **Application For Long Term Disability Benefits**

## Employee Information

| Full Name (Last) | (First) | (Middle) | Employee Serial Number |
|---|---|---|---|
| Kernaghan, | Gail | A. | 142 425 |

| Date of Hire (On-Board) | Division Number | L.O.B. | Work Location | Employee Telephone Number |
|---|---|---|---|---|
| 7/1/85 | 37 | PPS | Kingston | 914-876-2095 |

## Disability Information

**Sickness and Accident**
☐ Sickness and Accident Expiration Date  12/94 ?
Attach copy of Sick Day Calculation Obtained from Payroll

**4. Workers' Compensation Claim Information**
Has a Workers' Compensation Claim been filed?
☐ Yes   ☑ No
If yes, Date filed _____

**Wage Information**
☐ Benefit is based on earnings of
monthly  4475.00 , weekly _____ .

☐ Monthly benefit (before reduction) _____ .

## Educational and Employment Background for Rehabilitation Evaluation

**Educational Background**
Grade Completed   ☐ 1-8   ☐ 9-12   ☐ Specialized Training _____
☐ Some College   ☑ College Grad   ☑ Advanced Degrees  MBA Computer Science

**Work Experience**
Previous jobs held with IBM  Programmer, Service Planner, Programming Service Manager

Other Formal or informal Training  Basic Programmer Education

Supervisory Functions if applicable _____

**Current Job Responsibilities**
Attach copies of employees last Two (2) Performance Plans.
Is a job description attached?   ☑ Yes   ☐ No
If no, briefly describe employee's job responsibilities (e.g. activities, environment, unusual conditions, etc.)

ML00634

## Job Requirements

Please check appropriate box to indicate current occupation requirements.
When more than one exposure or activity is listed per line, cross out that which does not apply.

| Exposure to: | Percent of Work Day | | | | Exposure to: | Percent of Work Day | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0% | 1-19% | 20-60% | 61-100% | | 0% | 1-19% | 20-60% | 61-100% |
| Dust/gas/fumes | ✓ | | | | Extended reach forward/overhead | | ✓ | | |
| Chemicals/solvents | ✓ | | | | Push/pull/twist | | ✓ | | |
| Temperature extremes | ✓ | | | | Grasp/handle | | ✓ | | |
| High noise levels | ✓ | | | | Bend/stoop/squat | | ✓ | | |
| Allergenic agents | ✓ | | | | Fine hand dexterity | | ✓ | | |
| Enclosed spaces | ✓ | | | | Highly repetitive motion | | ✓ | | |
| Wet conditions | ✓ | | | | Forceful wrist twisting | | ✓ | | |
| Reduced lighting levels | ✓ | | | | Operate truck/dolly/small vehicle | ✓ | | | |
| Electrical sources | ✓ | | | | Operate heavy equipment | ✓ | | | |
| Other | | | | | Fine visual auditory attention | | ✓ | | |
| Required Activities: | | | | | Precise verbal/written communication | | ✓ | | |
| Sitting | | | ✓ | | Carrying & Lifting Requirements | | ✓ | | |
| Standing | | | ✓ | | Intensity in Pounds: | | | | |
| Walking | | | ✓ | | 0 - 15 | | | | |
| Climb stairs/ladder/scaffold | | ✓ | | | 16 - 30 | | | | |
| Balancing (Exposure to falling) | ✓ | | | | 31 - 45 | | | | |
| Cramped/Unusual positions | ✓ | | | | > - 45 | | | | |

Other significant factors or comments: _____

_____

_____

_____

Please provide the name and telephone number of the IBM Site/Area Physician who may have information regarding the claimant.

Site/Area Physician's Name _____ Telephone Number _____

Line Manager  Kevin G. Dorney  (Name)   _____ (Signature)

Telephone Number  914-385 8220   Date 6/16/98

ML00635

Authorized Countersigner  M. Estain  (Name)   Marilyn ___ (Signature)

Telephone Number  914-385 0261   Date 6/16/98

*Performance Plan is same last 7 times.*

# IBM

# PERFORMANCE PLANNING, COUNSELING & EVALUATION

✓ ANNUAL PERFORMANCE EVALUATION
_ APPRAISAL RATING CONFIRMATION

## EMPLOYEE:

|  |  |
|---|---|
| Name: | Kernagahn, Gail A. |
| Serial Number: | 142425 |
| Location: | KGN |
| Div/Dept: | 37/84TA |

## POSITION:

|  |  |
|---|---|
| Title: | Advisory Programmer |
| 4 Digit Code: | 5967 |
| Date in Position: | 09/16/92 |

## PERFORMANCE DATES:

|  |  |  |  |
|---|---|---|---|
| Date Assigned to Appraiser: | 06/01/93 | | |
| Performance Period: | From 01/01/93 | To | 01/27/94 |
| Date Performance Plan Reviewed with Employee: | 02/26/93 | | |
| Date of Performance Evaluation: | 01/27/94 | | |

## ORGANIZATION MISSION/OBJECTIVES:

Gail is an Advisory Programmer assigned to the AIX/ESA Customer Service department. She is responsible for the duties as outlined in her performance plan.

## NOTE:

- For Managers; Include People Management Section
- All Dates should be entered as MM/DD/YY

ML00638

IBM Confidential