IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAIL KERNAGHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, as fiduciary and administrator of The<br>IBM Long-Term Disability Plan,<br><br>　　　　Defendant. | :<br>:<br>:　C.A. No. 05-402 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Metropolitan Life Insurance Company hereby moves the Court for an Order granting summary judgment in its favor since there is no genuine issue of material fact under Federal Rule of Civil Procedure 56. The grounds for this Motion are more fully set forth in Defendant Metropolitan Life Insurance Company's Opening Brief in Support of Its Motion for Summary Judgment filed contemporaneously herewith.

**McCarter & English LLP**

/s/ Paul A. Bradley
Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware  19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date:  April 3, 2006

MEI\5576275.1