IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAIL KERNAGHAN, | : |
| Plaintiff, | : C.A. No. 05-402 (GMS) |
| v. | : |
| METROPOLITAN LIFE INSURANCE COMPANY, as fiduciary and administrator of The IBM Long-Term Disability Plan, | : |
| Defendant. | : |

## ORDER

AND NOW, this ____ day of _____, 2006, the Court having heard and considered Defendant Metropolitan Life Insurance Company's Motion for Summary Judgment and responses thereto

IT IS HEREBY ORDERED that summary judgment is granted in favor of Defendant Metropolitan Life Insurance Company.

_____
J.

ME1\5576275.1