IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                    :
                                                   :
            Plaintiff,                             :   C.A. No. 05-402 (GMS)
                                                   :
      v.                                           :
                                                   :
METROPOLITAN LIFE INSURANCE                        :
COMPANY, as fiduciary and administrator of The    :
IBM Long-Term Disability Plan,                     :
                                                   :
            Defendant.                             :
                                                   :

## VOLUME II OF V

### APPENDIX TO
### DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S OPENING BRIEF
### IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

**MCCARTER & ENGLISH LLP**

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date:   April 3, 2006

# TABLE OF CONTENTS

**TITLE**                                                                                                                **PAGE**

Excerpts of the Administrative Record (ML00001-ML00719)...........................................A56-A110

i

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 3, 2006, I caused a copy of the foregoing Appendix to Defendant's Motion for Summary Judgment and Opening Brief in Support of Its Motion for Summary Judgment to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)



## Delaware Back Pain & Sports
### rehabilitation Centers

*Depend on us to get you better faster.*

▶ **Depend on teamwork for better health:**
- Physical medicine & rehabilitation
- Interventional pain management/ injections
- EMG
- Chiropractic care
- Rehabilitation therapy
- Exercise physiology
- Psychology/pain management counseling
- Massage therapy
- Wellness/nutrition programs
- QFCEs

▶ **Nonsurgical solutions:**
- Auto, work & sports injuries
- Back & neck pain
- Shoulder pain
- Leg, ankle & foot pain
- Hand & wrist pain (carpal tunnel syndrome)
- Arm pain
- Arthritis, neuritis & bursitis pain
- Headaches

▶ **Effective rehabilitation:**
- Musculoskeletal injury
- Nerve injury
- Postsurgical rehabilitation
- Sciatica
- Stroke
- Postpolio syndrome
- Spinal cord & brain injury
- Joint replacement

# FAX COVER SHEET

**Date:** 11/20/03

**To:** Kathleen Jeeps, RN

**Fax No.:** (815) 792-2490

**From:** Rokkie

**Our Phone Number:** (302) 730-8848
**Our Fax Number:** (302) 730-8846

**Number of pages including this cover sheet:** 2

**Special Message:** Cln # 699501716066

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender by either fax address or telephone number above and discard this fax. Thank you.

RA03-5DV

### Five convenient locations:

Foulk Road Office Park Plaza: (302) 529-0783 • 2006 Foulk Road, Suite B, Wilmington, DE 19810 • Fax: (302) 529-7470
Medical Arts Complex: (302) 764-0271 • 700 Lea Boulevard, Suite 102, Wilmington, DE 19802 • Fax: (302) 762-4076
Omega Professional Center: (302) 733-0980 • 87-B Omega Drive, Newark, DE 19713 • Fax: (302) 733-7495
Glasgow Medical Center: (302) 832-8894 • 2600 Glasgow Avenue, Suite 210, Newark, DE 19702 • Fax: (302) 832-8897
Walker Square: (302) 730-8848 • 830 Walker Road, Suite 11-1, Dover, DE 19901• Fax: (302) 730-8846

**www.delawarebackpain.com**

A56

ML00105

Claim # : LH45017016

## Physical Capacities Evaluation        MetLife

**Name of Claimant** Gail Kernaghan    **SSN** 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

**Important: Please complete the following items based on your clinical evaluation of the claimant and other testing results. Any items that you do not believe you can answer should be marked n/a (not answerable).**

**Note: In terms of an 8 hour workday "occasionally" equals 0% to 33%; "frequently," 34% to 66%; "continuously," 67% to 100%.**

I.   In an 8-hour workday, claimant can: (Circle full capacity for each activity)

|   |   | No |   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |   |
|---|---|----|---|---|---|---|---|---|---|---|---|---|
| A.) | Sit - | No | - | 1 | 2 | 3 | 4 | 5 | (6) | 7 | 8 | (hrs.) |
| B.) | Stand - | No | - | 1 | (2) | 3 | 4 | 5 | 6 | 7 | 8 | (hrs.) |
| C.) | Walk - | No | - | 1 | (2) | 3 | 4 | 5 | 6 | 7 | 8 | (hrs.) |

II.  Claimant can lift:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Up to 10 lbs. | ( ___ ) | ( ___ ) | ( ✓ ) | ( ___ ) |
| B.) | 11 - 20 lbs. | ( ___ ) | ( ✓ ) | ( ___ ) | ( ___ ) |
| C.) | 21 - 50 lbs. | ( ___ ) | ( ___ ) | ( ___ ) | ( ___ ) |
| D.) | 51 - 100 lbs. | ( ✓ ) | ( ___ ) | ( ___ ) | ( ___ ) |
| E.) | 100 + lbs. | ( ✓ ) | ( ___ ) | ( ___ ) | ( ___ ) |

III. Claimant can carry:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Up to 10 lbs. | ( ___ ) | ( ✓ ) | ( ___ ) | ( ___ ) |
| B.) | 11 - 20 lbs. | ( ✓ ) | ( ___ ) | ( ___ ) | ( ___ ) |
| C.) | 21 - 50 lbs. | ( ✓ ) | ( ___ ) | ( ___ ) | ( ___ ) |
| D.) | 51 - 100 lbs. | ( ✓ ) | ( ___ ) | ( ___ ) | ( ___ ) |
| E.) | 100 + lbs. | ( ✓ ) | ( ___ ) | ( ___ ) | ( ___ ) |

IV.  Claimant can use hands for repetitive action such as:

| | | Simple Grasping | | Pushing & Pulling | | Fine Manipulating | |
|---|---|---|---|---|---|---|---|
| A.) | Right | ( ✓ ) Yes | ( ___ ) No | ( ___ ) Yes | ( ✓ ) No | ( ✓ ) Yes | ( ___ ) No |
| B.) | Left | ( ✓ ) Yes | ( ___ ) No | ( ___ ) Yes | ( ✓ ) No | ( ✓ ) Yes | ( ___ ) No |

V.   Claimant can use feet for repetitive movements as in operating foot controls:

Right ( ___ ) Yes ( X ) No    Left ( X ) No ( ___ ) Yes    Both ( X ) No

VI.  Claimant is able to:

| | | Not at all | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Bend | ( ___ ) | ( ✓ ) | ( ___ ) | ( ___ ) |
| B.) | Squat | ( ___ ) | ( ✓ ) | ( ___ ) | ( ___ ) |
| C.) | Crawl | ( ✓ ) | ( ___ ) | ( ___ ) | ( ___ ) |
| D.) | Climb | ( ✓ ) | ( ___ ) | ( ___ ) | ( ___ ) |
| E.) | Reach above shoulder level | ( ___ ) | ( ✓ ) | ( ___ ) | ( ___ ) |

VII. Restriction of activities involving:

| | | None | Mild | Moderate | Total |
|---|---|---|---|---|---|
| A.) | Unprotected heights | ( X ) | ( ___ ) | ( ___ ) | ( ___ ) |
| B.) | Being around moving machinery | ( ___ ) | ( X ) | ( ___ ) | ( ___ ) |
| C.) | Exposure to marked changes in temperature & humidity | ( ___ ) | ( X ) | ( ___ ) | ( ___ ) |
| D.) | Driving automotive equipment | ( X ) | ( ___ ) | ( ___ ) | ( ___ ) |
| E.) | Exposure to dust, fumes & gases | ( ___ ) | ( ___ ) | ( X ) | ( ___ ) |

**Remarks (on above, on other functional limitations):** mad prolonged sit 30 min

**Date** 8/25/02    **Signature of Physician** _____

no change 3/31/03

no change 11/20/03

*** TOTAL PAGE.02 ***

A57                                                          ML00106

# CONCENTRA
## MANAGED CARE SERVICES

| | | | |
|---|---|---|---|
| Client: | Gail Kernaghan | Diagnosis: | Radiopathy |
| Age: | 47 | Soc. Security #: | 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 |
| Claim Number: | 699501171006 | Employer: | IBM Corporation |
| Referral Source: | Lisa Screen Housley | Occupation: | Advisory Programmer |
| | | | 11/23/94 |
| Account: | Met Disability | DOI: | |
| Address: | P.O. Box 3017 | Referral Date: | |
| | Utica, NY 13504 | | |
| Policy Type: | 35750 | CONCENTRA Referral Number: | 237445 |
| | | REPORT DATE: | 10/9/00 |
| Telephone #: | 302-424-4245 | Education: | MS Computer/ Information Science |

## LTD ACTIVITY REPORT # 4

**SIGNIFICANT OUTCOME:**
- Job search/job development continues in injured worker's (IW) geographical area.
- Continue to forward job opportunities to Ms. Kernaghan for her to apply.

**ACTION TAKEN:**
- On 09/18, 09/25, 10/06/00, job search/job development continued in Ms. Kernaghan's geographical area.
- Employment opportunity was located at Del Tech & Community College, Owens Campus on 09/06/00 for a part-time instructor position. Job duties include basic computer knowledge including application in Windows and Microsoft Office.
- Ms. Kernaghan was notified via written correspondence of this job offer.
- Ms. Kernaghan was requested that she contact the college to apply for this position.

**CASE MANAGER'S ASSESSMENT/GOALS:**
- Case Manager will continue to document job opportunities within Ms. Kernaghan geographical area.
- In the 90 days that this file has been open, eight employment opportunities were located on behalf of Ms. Kernaghan. It cannot be determined if Ms. Kernaghan has applied for any of these positions identified as she has not contacted this Case Manager.
- Continue to job search/job develop in Ms. Kernaghan's geographical area regarding full time and part time employment opportunities.

**ACTION PLAN:**                                                      **DATE FOR COMPLETION**
1. Job search/job development in Ms. Kernaghan's geographical area.       10/23, 11/06/00
2. Inform Ms. Kernaghan of employment opportunity via telephonic          10/23, 11/06/00
   correspondence.
3. Contact carrier to discuss number of jobs identified to date and number of   10/24/00
   jobs necessary to finalize placement activities.

**Next Report Date: 11/09/00**

*Barbara Stevenson* m/p

Barbara Stevenson, CRC, CCM
*Case Manager*
Dictated but not read
BS/cal  676588.doc

**OCT 2 7 2000**

ML00134

56 WEST MAIN STREET, SUITE 201, CHRISTIANA, DE 19702, (302) 454-8900, FAX (302) 454-1677

**CONCENTRA**
MANAGED CARE SERVICES



October 6, 2000

Gail A. Kernaghan
10 East Saratoga Road
Milford, DE 19963

Dear Gail,

Another position was located on your behalf at Delaware Tech and Community College. Please submit an employment application with this employer.

| | |
|---|---|
| Employer: | Delaware Tech and Community College |
| | Owens Campus |
| | Georgetown, DE |
| Position: | Corporate and Community Programs |
| Job Requirements: | Seeking qualified experienced part time instructors knowledgeable in basic computer applications, Window and Microsoft Office. |
| Contact person: | Beverly Roupp |
| Phone: | (302) 855-5987 or e-mail at broupp@outland.dtcc.edu. |

Please contact me upon the receipt of this letter so we can discuss your job search efforts. Should you have any questions or need assistance please call me at (302) 454-8900 Ext. 3009.

Sincerely,

*Barbara Stevenson m/p*

Barbara Stevenson CRC, CCM
Case Manager

cc:    Lisa Screen Housley, Met Disability

A59                                    ML00135



**CONCENTRA**

MANAGED CARE SERVICES, INC.

130 SECOND AVE.
WALTHAM, MA 02154-1100
(781) 290-5350

IRS # 04-2658593

**INVOICE NO.**      **30608506**

Page 1 of 1

| | |
|---|---|
| **DATE** | 9/8/00 |
| **ACCOUNT NO.** | 181 |
| **REFERRAL NO.** | 237445 - 1 |
| **CLIENT NAME** | GAIL KERNAGHAN |
| **CLAIM NO.** | 699501171006 |
| **EMPLOYER / INSURED** | IBM CORP. |
| **DATE OF INJURY** | 11/22/94 |

MET DISABILITY
P.O. BOX 3017

UTICA, NY 13504
ATTN: LISA HOUSLEY

| DATE | ACTIVITY | CODE | PROF HOURS | T and W HOURS | MILES | EXPENSE | SUB TOTAL |
|---|---|---|---|---|---|---|---|
| 08/14/00 | JOB SEARCH | 033 | 0.90 | | | | 61.20 |
| 08/14/00 | CALL CLIENT | 020 | 0.10 | | | | 6.80 |
| 08/14/00 | LETTER TO CLIENT | 040 | 0.30 | | | | 20.40 |
| 08/21/00 | JOB SEARCH | 033 | 0.80 | | | | 54.40 |
| 08/31/00 | JOB SEARCH | 033 | 0.70 | | | | 47.60 |
| 09/06/00 | CALL CLIENT | 020 | 0.10 | | | | 6.80 |
| 09/06/00 | LETTER TO CLIENT | 040 | 0.30 | | | | 20.40 |
| 09/06/00 | OFFICE PHONE & POSTAGE | 060 | | | | 6.50 | 6.50 |
| 09/08/00 | PROGRESS REPORT | 055 | 0.50 | | | | 34.00 |
| | EXPENSES | | | | | 6.50 | 6.50 |
| | SPECIALIST HOURS   68.00/hours | | 3.70 | | | | 251.60 |

THIS INVOICE IS DUE AND PAYABLE UPON RECEIPT.
PLEASE RETURN ONE COPY WITH YOUR REMITTANCE.

ML00136

CUMULATIVE TOTAL:   798.23          **PLEASE PAY THIS AMOUNT** ———▶   | 258.10 |


# CONCENTRA
## MANAGED CARE SERVICES

| | | | |
|---|---|---|---|
| **Attention:** | Lisa Screen Housley | | |
| **Client:** | Gail Kernaghan | **Claim #:** | 699501171006 |
| **Age:** | 47 | **Insured:** | IBM Corporation |
| **DOI:** | 11/23/94 | **Concentra File #:** | 237445 |
| **S.S.#:** | 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 | **Policy #:** | 35750 |
| **Telephone #:** | 302-424-2425 | | |
| **Occupation:** | Advisory Programmer | | |
| **Education:** | MS in computer & information sciences | | |
| **Diagnosis:** | Radiculopathy | | |

### LTD ACTIVITY REPORT #3

**SIGNIFICANT OUTCOME:**
- Job search/job development continues in injured worker's geographical area. Continue to forward job opportunities to Ms. Kernaghan for her to apply.

**ACTION TAKEN:**
- On 08/14/00, 08/17/00 and 08/31/00, job search/job development was conducted in Ms. Kernaghan's geographical area.
- An employment opportunity was located at Delaware Tech and Community College, Terry Campus in Dover on 08/14/00 for a part time instruction position. Job duties include periodic corporate training sessions to teach various Microsoft applications. Daytime availability required. Pay is $25/hour.
- Ms. Kernaghan was notified via phone message and written correspondence. Job search/job development continues in injured worker's geographical area.
- On 08/31/00, another employment opportunity was located at Delaware Tech and Community College as an office system instructor at the Owens Campus in Georgetown, Delaware. Full time, contractual 10 month teaching position.
- Ms. Kernaghan was informed regarding this job opportunity. Ms. Kernaghan contacted the college regarding the second position.

**CASE MANAGER'S ASSESSMENT/GOALS:**
- Case manager will continue to document job opportunities within Ms. Kernaghan's geographical area. It is encouraging that Ms. Kernaghan applied for both positions identified. To date it cannot be determined if Ms. Kernaghan has applied for any of the positions that have been identified on her behalf.
- Continue work with Ms. Kernaghan regarding part time to full time employment.

| **ACTION PLAN:** | **COMPLETION DATE:** |
|---|---|
| 1. Job search/job development in client's geographical area. | 8/15, 8/22/00 |
| 2. Inform Ms. Kernaghan of employment opportunities via telephone/correspondence. | 9/18, 9/25/00 |
| 3. Contact carrier with progress. | 9/18, 9/25/00 |

**Next Report Date:** 10/09/00

*Barbara Stevenson* w/p                                                          ML00137

Barbara Stevenson, CRC, CCM
Case Manager
Dictated but not read
BS/asi          642599.doc                          A61          **SEP 2 0 2000**



**CONCENTRA**

MANAGED CARE SERVICES, INC.

130 SECOND AVE.
WALTHAM, MA 02154-1100
(781) 290-5350

IRS # 04-2658593

**INVOICE NO.    30608377**

Page 1 of 1

| | |
|---|---|
| DATE | 8/17/00 |
| ACCOUNT NO. | 181 |
| REFERRAL NO. | 237445 - 1 |
| CLIENT NAME | GAIL KERNAGHAN |
| CLAIM NO. | 699501171006 |
| EMPLOYER / INSURED | IBM CORP. |
| DATE OF INJURY | 11/22/94 |

MET DISABILITY

P.O. BOX 3017

UTICA, NY 13504
ATTN: LISA HOUSLEY

| DATE | ACTIVITY | CODE | PROF HOURS | T and W HOURS | MILES | EXPENSE | SUB TOTAL |
|---|---|---|---|---|---|---|---|
| 07/31/00 | JOB SEARCH | 033 | 0.50 | | | | 34.00 |
| 08/09/00 | JOB SEARCH | 033 | 0.50 | | | | 34.00 |
| 08/10/00 | JOB SEARCH | 033 | 1.00 | | | | 68.00 |
| 08/11/00 | CALL CLIENT | 020 | 0.30 | | | | 20.40 |
| 08/11/00 | LETTER TO CLIENT | 040 | 0.30 | | | | 20.40 |
| 08/11/00 | OFFICE PHONE & POSTAGE | 060 | | | | 7.50 | 7.50 |
| 08/11/00 | PROGRESS REPORT | 055 | 0.50 | | | | 34.00 |
| | EXPENSES | | | | | 7.50 | 7.50 |
| | SPECIALIST HOURS  68.00/hours | | 3.10 | | | | 210.80 |

THIS INVOICE IS DUE AND PAYABLE UPON RECEIPT.
PLEASE RETURN ONE COPY WITH YOUR REMITTANCE.

ML00138        CUMULATIVE TOTAL:  540.13        **PLEASE PAY THIS AMOUNT** ——▶ | 218.30

| 4 | 3 | 7 | 0 | 0 | 6040-0124R |
|---|---|---|---|---|---|
| COST CENTER | | | | | GL Account Number in Dot Charged |

Invoice Description - 15 Character

Requestor's Printed Name

Approver's Printed Name

Contact Person

*Person responsible for this transaction and warrants the propriety of this appropriate bonafide business purpose. Requestor cost n... tr (r 'r+)-i

ML00139



# CONCENTRA
. MANAGED CARE SERVICES

| | | | |
|---|---|---|---|
| **Attention:** | Lisa Screenhousely | | |
| **Client:** | Gail Kernaghan | **Claim #:** | 699501171006 |
| **Age:** | 47 | **Insured:** | IBM Corporation |
| **DOI:** | 11/23/94 | **Concentra File #:** | 237445 |
| **S.S.#:** | 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 | **Policy #:** | 35750 |
| **Telephone #:** | (302) 424-2425 | | |
| **Occupation:** | Advisory Programmer | | |
| **Education:** | Masters Degree in Computer and Information Science | | |
| **Diagnosis:** | Radiculopathy | | |

## MET DISABILITY PROGRESS REPORT

**BRIEF INTRODUCTION:**
At the request of the carrier job placement services were initiated to assist Ms. Kernaghan in locating part time employment.

**SUMMARY:**
Contact was established with several employers in the area to locate part time employment applications on behalf of Ms. Kernaghan. Since Ms. Kernaghan was interested in staying in her field, i.e., Computer Network or either teaching at a higher education level, contact was established with Delaware State University, Delaware Technical and Community College, and State of Delaware. The contact at Delaware Technical and Community College was on vacation the week of 08/07/2000. Contact was established with Maureen Madden with the State of Delaware. She informed me that she would locate all part time employment opportunities within the state meeting Ms. Kernaghan's classifications. I am waiting for Ms. Madden to return with this information. Contact was established with Delaware State University and two part time positions were identified. These positions were that of a web master and a junior systems analyst. Ms. Kernaghan was informed of these positions. Ms. Kernaghan indicated for a web master she would need additional education or training. She was not specific on the type of education or training or that she needed. I requested Ms. Kernaghan contact the employer and complete an employment application and forward her resume to them. It is hoped that Ms. Kernaghan follows through with this employer.

**ACTION TAKEN:**
Contacted job search , job development in client's geographic area to locate part time employment opportunities for her. Follow-up with Ms. Kernaghan and Delaware State University to ascertain if Ms. Kernaghan did apply. Discussed file status, ongoing with carrier for file direction.

Respectfully submitted by,

*Barbara Stevenson* r/p

Barbara Stevenson, BS, CRC, CCM
Case Manager
Dictated but not read
BS/vw          612967.doc

**AUG 2 2 2000**

A64

ML00140



**CONCENTRA**
MANAGED CARE SERVICES

August 9, 2000

CERTIFIED AND REGULAR MAIL

Gail A. Kernaghan
10 East Saratoga Road
Milford, DE 19963

Dear Gail,

As per our conversation, I have contacted Delaware State University, Del Tech and Community College and State of Delaware. So far, Delaware State University was the only one who has gotten back to me. Delaware State University had two jobs that you could have qualified for and they are interested in receiving an application from you.

Please apply at this employer in person by August 15th:

| | |
|---|---|
| Employer: | Delaware State University |
| | 1200 N. DuPont Hwy. |
| | Dover, DE |
| Position: | Webmaster |
| Phone: | (302) 857-6261 |
| Contact: | Dr. Charles Fletcher |

| | |
|---|---|
| Employer: | Delaware State University |
| | 1200 N. Dupont Hwy. |
| | Dover, DE |
| Position: | Jr. Network System Analyst |
| Phone: | (302) 857-6261 |
| Contact: | Dr. Charles Fletcher |

You need to apply between 9 a.m. and 3 p.m. and take two forms of ID with you.

Should you have any questions or need assistance please call me at (302) 454-8900 Ext. 3009.

Sincerely,

Barbara Stevenson

Barbara Stevenson CRC, CCM
Case Manager

cc:     Lisa Screen Housley, Met Disability          A65          ML00141

66 WEST MAIN STREET, SUITE 201, CHRISTIANA, DE 19702, (302) 454-8900, FAX (302) 454-1677



# CONCENTRA
## MANAGED CARE SERVICES

August 14, 2000

REGULAR/CERTIFIED MAIL

Gail A. Kernaghan
10 East Saratoga Road
Milford, DE 19963

Dear Gail,

Another position was located on your behalf at Delaware Tech and Community College. Please submit an employment application with this employer by August 18th:

| | |
|---|---|
| Employer: | Delaware Tech and Community College |
| | Terry Campus |
| | Dover, DE |
| Position: | Part Time Instructor |
| Job Duties: | Instructors for periodic corporate training sessions to teach various Microsoft applications. Daytime availability required. |
| Phone: | (302) 741-2881 |
| Contact: | Mr. S. Stawikey |
| Salary: | $25 hr. |

Should you have any questions or need assistance please call me at (302) 454-8900 Ext. 3009.

Sincerely,

*Barbara Stevenson* m/p

Barbara Stevenson CRC, CCM
Case Manager

cc:    Lisa Screen Housley, Met Disability

56 WEST MAIN STREET, SUITE 201, CHRISTIANA, DE 19702, (302) 454-8900, FAX (302) 454-1677



## CONCENTRA
### MANAGED CARE SERVICES, INC.

130 SECOND AVE.
WALTHAM, MA 02154-1100
(781) 290-5350

IRS # 04-2658593

**INVOICE NO.**    **30608238**

**Page 1 of 1**

DATE
7/14/00

ACCOUNT NO.
181

REFERRAL NO.
237445 - 1

CLIENT NAME
GAIL KERNAGHAN

CLAIM NO.
699501171006

EMPLOYER / INSURED
IBM CORP.

DATE OF INJURY
11/22/94

MET DISABILITY

P.O. BOX 3017

UTICA, NY 13504
ATTN: LISA HOUSLEY

| DATE | ACTIVITY | CODE | PROF HOURS | T and W HOURS | MILES | EXPENSE | SUB TOTAL |
|------|----------|------|-----------|---------------|-------|---------|-----------|
| 06/29/00 | CALL CLIENT | 020 | 0.10 | | | | 6.80 |
| 06/29/00 | FILE REVIEW | 031 | 0.40 | | | | 27.20 |
| 06/29/00 | CALL CARRIER | 024 | | | | | |
| 07/05/00 | CALL CLIENT | 020 | 0.30 | | | | 20.40 |
| 07/07/00 | CALL CLIENT | 020 | 0.20 | | | | 13.60 |
| 07/12/00 | VISIT CLIENT | 001 | 1.50 | | | | 102.00 |
| 07/12/00 | VISIT CLIENT (TRAVL) | 002 | | 1.50 | | | 51.00 |
| 07/12/00 | MILEAGE | 061 | | | 93.00 | | 28.83 |
| 07/13/00 | CALL CARRIER | 024 | | | | | |
| 07/13/00 | OFFICE PHONE & POSTAGE | 060 | | | | 4.00 | 4.00 |
| 07/14/00 | INITIAL REPORT | 053 | 1.00 | | | | 68.00 |
| | EXPENSES | | | | | 4.00 | 4.00 |
| | MILEAGE  00.31/miles | | | | 93.00 | | 28.83 |
| | SPECIALIST HOURS  68.00/hours | | 3.50 | | | | 238.00 |
| | TRAV & WAIT HOURS 34.00/hours | | | 1.50 | | | 51.00 |

JUL 25 2000

THIS INVOICE IS DUE AND PAYABLE UPON RECEIPT.
PLEASE RETURN ONE COPY WITH YOUR REMITTANCE.

CUMULATIVE TOTAL:  321.83        **PLEASE PAY THIS AMOUNT** ➤        321.83

A67        ML00143



# CONCENTRA
MANAGED CARE SERVICES, INC.

| | | | |
|---|---|---|---|
| **CLIENT:** | Gail Kernaghan | **DIAGNOSIS:** | Healed Fracture L3 Radiculopathy |
| **CLAIM#:** | 6995011711006 | **INSURED:** | IBM |
| **REFERRAL SOURCE:** | Lisa Houshey | **D.O.I.:** | 1/18/93 |
| **ACCOUNT:** | Met Disability | **REFERRAL DATE:** | 11/12/98 |
| **ADDRESS:** | P.O. Box 3017 | **CMC FILE #:** | 2256284-2 |
| | Utica, NY 13504 | **REPORT DATE:** | 11/25/98 |
| **Length of Time File Open:** | 8 days | | |

## INITIAL VOCATIONAL REPORT/MET DISABILITY HOME VISIT

**Referral Request:**

File initially referred for home visit vocational assessment to clarify vocational potential of the claimant. After meeting with claimant and discussing file with account, a Labor Market Survey was requested to be included with initial report information.

**Medical History:**

Claimant injured back in a sledding accident on January 18, 1993 and has ongoing severe pain since that time. In addition, Mrs. Kernaghan is a diabetic and has a history of rheumatic fever and depression.

**Treating Physicians:**

Joseph Raezes, D.O., South Side Family Practice
1078 South State Street, Dover, Delaware 19901
1-302-735-8855

Mousavi Shahla, M.D., 701 Middleford Road
Seaford, Delaware 19973
1-302-645-2703

Richard Plotzeker, M.D.
611-A West 15th Street
Wilmington, Delaware 19802
1-302-658-7012

ML00161

Listed below are the claimant's current medications:

| Vicoden | 500mg | 3 times a day | Prescribed by Dr. Mousavi |
| Bacolfen | 10mg | 2 times a day | Prescribed by Dr. Mousavi |
| Valiu | 5mg | As needed | Prescribed by Dr. Mousavi |
| Prozac | 10mg | Once a day | Prescribed by Dr. Raezes |
| Ambelian | 10mg | Once a night | Prescribed by Dr. Raezes |
| Insulin | | 10 units NPH and 5 units Regular in the morning | |
| | | 5 units regular at dinner | |
| | | 10 units NPH at night | |

All insulin prescribed by Dr. Plotzker.

Mrs. Kernaghan reported her treatment history to include wearing a body cast, having epidural and facet block injections. She has also attended physical therapy, utilized a TENS unit and acupuncture.

## Current Medical Treatment:

Mrs. Kernaghan reported that she has constant pain in her back and right hip.

Weather, physical activity or any over stimulation triggers pain.

Current treatment consists of taking medications, as prescribed, using a heating pad and laying down every two to three hours for at least half an hour at a time.

Twice a week she is scheduled for a water walking class at the YMCA, claimant reported that she cannot always attend the class, because sometimes her pain will not allow her to travel the twenty minute drive to the facility.

Mrs. Kernaghan perceives her disability as in a state in which she will not improve anymore beyond her current functional ability.

Mrs. Kernaghan reported that she is up and able to move about for approx. two hours and then has to lay down because the pain level has increased. The claimant also reported that her memory and concentration are effected by her pain tolerance and her medications. If she has to drive somewhere, she will not take the valium or other medications that make her drowsy.

A medical report from Rafel Yanez, M.D. neurosurgeon, indicates that the claimant is capable of sedentary work.

## Daily Activities/Physical Appearance:

Mrs. Kernaghan reported that she gets up around 9:00 a.m. and it takes her a while to function.

Claimant reported that her body is very stiff first thing in the morning and does not loosen up until around 10:00 a.m. after her medication has taken affect.

Her daily activities consist of reading, watching T.V., dusting and cooking meals on a good day. On a bad day she will lay down with her heating pad, take medications and may use her TENS unit.

Mrs. Kernaghan reported that prior to being prescribed her current sleeping medications she would only get three to four hours of sleep; she now gets seven hours of sleep a night.

Prior to her disability , Mrs. Kernaghan reported that she would go to the local YMCA at 6:00 a.m., run up to three miles, go to work, do housework, grocery shop and work full-time.

Mrs. Kernaghan sat at her kitchen table throughout the hour and half interview. She stated that the day we met was a "good day". The claimant answered the presented questions in an orderly fashion and was willing to provide any information as requested. Her home was very clean, neat, organized and attractive.

ML00162

The claimant was neatly dressed in jeans and a casual top and sweater. Mrs. Kernaghan does not utilize any braces or hearing aides. She does wear glasses.

The claimant also reported that she has gained 30 pounds since the onset of her injury, due to the fact that she is home and snacks. She reported that she is independent to care for herself, however, her husband, who is an LPN cares for her feet because of her diabetics. Ms. Kernaghan did report that she forgets more often now than before her injury.

Mrs. Kernaghan lives with her husband and daughter in a two story colonial type home. She reported that her husband does most of the housework and her eighteen year old, college freshmen daughter also helps out with the household chores and shopping. If Mrs. Kernaghan returned to work, her family is independent and can care for themselves.

The claimant has a home computer that she says that she hardly ever uses. Again she reads a lot.

### Education:

Mrs. Kernaghan reported that she has a Master's Degree in Computer Information Science; a Bachelor's Degree in Biology and certified as a MT(ASCP) - Medical Technologist. She has no military experience.

### Work History:

The claimant reported her work history as follows:

| IBM | July 1985 to January 1995 |
| --- | --- |
| Position | Program Manager - Managed people and projects; negotiated contracts with vendors. was sedentary in regards to physical demands. |

| St. Joseph's Hospital | 1975 to 1985 |
| --- | --- |
| lab; | Hematology, ISOTOPE Technician & week-end supervisor - Supervised staff in hospital operated equipment to test blood for specific procedures. Wage $20,0000/yr. |

Mrs. Kernaghan reported that she would like to return to labor market but does not know what she could do that would allow her to rest during the day and be sensitive to her condition when her pain was so bad that she could not go to work one or two days during the week.

### Motivation/Potential for Return to Work

There does not appear to be any medical reason that would impede the claimant to return to work. She is not a surgical candidate, her condition is not terminal and no new treatment regimes are being initiated.

I believe Mrs. Kernaghan is not currently disabled from any occupation. If she cannot work full-time then she would be disabled from her own occupation, because it would require full-time work with ongoing mental concentration.

Mrs. Kernaghan is motivated to return to work in a part-time position, in which she can only work one to two hours a day, for three to four days a week

Mrs. Kernaghan's daughter is a college freshmen and independent in care. The claimant did report that she was concerned about losing her benefits if she started a part-time job and could never get up to full-time hours.

I believe that Mrs. Kernaghan would be cooperative with vocational rehabilitation.

Mrs. Kernaghan's husband is employed full-time as a State of Delaware Employee. He is an LPN in a State Hospital that is approximately 25 miles from his residence. Her daughter is employed partite and attends a local

ML00163

community college and lives at home.  The Kernaghan's are purchasing their home in a modern, rural community.  Her husband is a former IBM employee.

## Summary Of Assets /Limitations In Regards to Return To Work

Mrs. Kernaghan's assets are her education, experience and remarkable work history.

Mrs. Kernaghan has accepted the fact that she will not be able to return to her former employment because her pain level will not allow her to concentrate to perform her job duties on a full-time basis.

Her limitations consist of not foreign herself capable of working full-time,  and her pain tolerance .

## Areas of Further Investigation

Per the account's request a Labor Market Survey and Vocational Exploration was conducted in order to determine the potential for placement in Mrs. Kernaghan's local labor  within  her physical capabilities. The following occupational alternatives are feasible based upon transferable skills and physical limitations:

| Job Title | D.O.T. # | Physical Demands |
|---|---|---|
| 1.  Laboratory Assistant | 024.381-010 | Light |
| 2.  Technical Support Specialist | 033.162-018 | Light |
| 3.  Program Aide | 195.270-010 | Light |
| 4.  Computer Operator | 213.362-010 | Sedentary |

Mrs. Kernaghan would qualify to provide training in the above areas as an adjunct teacher and/or a consultant. Research was conducted from November 20, 1998 to November 24, 1998 utilizing the local newspaper, employer listings and the Department of Labor.

The potential employers identified reports that job duties fall within sedentary to light demand levels. According to the Occupational Outlook Handbook, the growth rate of employment opportunities is expected to increase about as fast as the average for all occupations through the years 2005.  Based upon the Delaware Department of Labor statistics for Sussex County a laboratory assistant,  earns an average of $9.54 an hour, Technical Support Specialists earn  an average of $9.87 an hour and Computer Operators earn an average of $10.92 an hour.

## *LOCAL LABOR SURVEY INFORMATION:*

| | |
|---|---|
| **JOB TITLE:** | Laboratory Assistant/Instructor |
| **EMPLOYER:** | Delaware State University |
| **ADDRESS:** | 1200 N. Dupont Highway |
| | Dover, DE 19901-2277 |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | Degree (B.S.) and previous experience |
| **PREFERRED QUALIFICATIONS:** | 5 years experience |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Light - assist students and professor with lab work; reports |
| **HOURLY WAGE:** | $10.50 |

ML00164

**HIRING FREQUENCY:** One-two per year
**# OF POSITIONS WITH EMPLOYER:** 30 throughout different departments

**JOB TITLE:** Technical Support Specialist
**EMPLOYER:** University of Delaware
**ADDRESS:** Newark, DE 19716 (positions located in Lewes & Georgetown, DE)

**POTENTIAL OPENING:** Yes
**REQUIRED QUALIFICATIONS:** B.S. Degree, previous experience
**PREFERRED QUALIFICATIONS:** 3-5 years experience
**JOB DUTIES/PHYSICAL DEMANDS:** Light - provide assistance to students taking comput courses; assist in computer lab.

**HOURLY WAGE:** $10-$11
**HIRING FREQUENCY:** One-two per year
**# OF POSITIONS WITH EMPLOYER:** 15 - employer has various off campus sites; two site the claimant's area.

**JOB TITLE:** Laboratory Assistant
**EMPLOYER:** Delaware Department of Health & Social Services
**ADDRESS:** 1901 N. Dupont Highway
New Castle, DE 19720(locations in Dover, Milford Georgetown, DE)

**POTENTIAL OPENING:** Yes
**REQUIRED QUALIFICATIONS:** B.S. Degree, previous experience
**PREFERRED QUALIFICATIONS:** N/A
**JOB DUTIES/PHYSICAL DEMANDS:** Light - obtain information from clients; assist in lab clients of procedures.

**HOURLY WAGE:** $8-$10
**HIRING FREQUENCY:** Six - seven per year
**# OF POSITIONS WITH EMPLOYER:** 20 in claimant's area - this is a statewide employer

**JOB TITLE:** Computer Operator/Instructor
**EMPLOYER:** Wesley College
**ADDRESS:** 120 North State Street
Dover, DE 19901

**POTENTIAL OPENING:** Yes
**REQUIRED QUALIFICATIONS:** A.A. or B.S. Degree
**PREFERRED QUALIFICATIONS:** 5-10 years experience in field
**JOB DUTIES/PHYSICAL DEMANDS:** Light-Sedentary; Operate computer in computer lab students in computer lab; instruct (teach) basic com

**HOURLY WAGE:** $10-$12
**HIRING FREQUENCY:** five-six per year
**# OF POSITIONS WITH EMPLOYER:** 10

ML00165

| | |
|---|---|
| **JOB TITLE:** | Computer Operator/Instructor |
| **EMPLOYER:** | Delaware Technical & Community College |
| **ADDRESS:** | P.O. Box 610 |
| | Georgetown, DE |
| **POTENTIAL OPENING:** | Yes |
| **REQUIRED QUALIFICATIONS:** | B.S. or A.A. Degree |
| **PREFERRED QUALIFICATIONS:** | 4-6 years experience |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - operate computer in tutoring lab; assist with computer; instruct students on basic computer |
| **HOURLY WAGE:** | $10-$12 |
| **HIRING FREQUENCY:** | six-seven per year |
| **# OF POSITIONS WITH EMPLOYER:** | 10-15 |

| | |
|---|---|
| **JOB TITLE:** | Computer Operator |
| **EMPLOYER:** | Bay Health Center |
| **ADDRESS:** | 640 S. State Street |
| | Dover, DE 19901 |
| **POTENTIAL OPENING:** | Yes |
| **REQUIRED QUALIFICATIONS:** | Previous experience - 3-5 years |
| **PREFERRED QUALIFICATIONS:** | Degree - additional years of experience |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - operate computer in lab for research |
| **HOURLY WAGE:** | $9-$11/hr |
| **HIRING FREQUENCY:** | One-two per year |
| **# OF POSITIONS WITH EMPLOYER:** | 5 |

| | |
|---|---|
| **JOB TITLE:** | Program Aide |
| **EMPLOYER:** | Delaware Department of Social Services |
| **ADDRESS:** | 1901 N. Dupont Hwy. |
| | New Castle, DE 19720 (locations in Dover, Milford Georgetown, DE) |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | A.A. Degree |
| **PREFERRED QUALIFICATIONS:** | 3-5 years experience |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - assist case manager with program infor |
| **HOURLY WAGE:** | $8.32 - $9.51 |
| **HIRING FREQUENCY:** | As needed |
| **# OF POSITIONS WITH EMPLOYER:** | N/A |

| | |
|---|---|
| **JOB TITLE:** | Technical Support Specialist |
| **EMPLOYER:** | Wilmington College |
| **ADDRESS:** | 320 Dupont Highway |
| | New Castle, DE 19720 (locations in Dover & Georg |

ML00166

| | |
|---|---|
| POTENTIAL OPENING: | Yes |
| REQUIRED QUALIFICATIONS: | B.S. or M.S. Degree - 5-10 years work experience |
| PREFERRED QUALIFICATIONS: | N/A |
| JOB DUTIES/PHYSICAL DEMANDS: | Teach basic computer class to undergraduate and se students. |
| HOURLY WAGE: | $12-$14 |
| HIRING FREQUENCY: | One-two per year |
| # OF POSITIONS WITH EMPLOYER: | 4-5 |
| | |
| JOB TITLE: | Computer Operator/Instructor |
| EMPLOYER: | Department of Air Force |
| ADDRESS: | Dover Air Force Base |
| | Dover, DE 19901 |
| POTENTIAL OPENING: | No |
| REQUIRED QUALIFICATIONS: | 3-5 years experience |
| PREFERRED QUALIFICATIONS: | 5-10 years experience and degree |
| JOB DUTIES/PHYSICAL DEMANDS: | Sedentary - Teach basic computer to seminar studen |
| HOURLY WAGE: | $9.50-$10.50 |
| HIRING FREQUENCY: | One-two per year |
| # OF POSITIONS WITH EMPLOYER: | 5-6 |
| | |
| JOB TITLE: | Technical Support Specialist |
| EMPLOYER: | City of Dover |
| ADDRESS: | P.O.Box 7100 |
| | Dover, DE 19903-7100 |
| POTENTIAL OPENING: | No |
| REQUIRED QUALIFICATIONS: | 3-5 years experience |
| PREFERRED QUALIFICATIONS: | A.A. or B.S. Degree |
| JOB DUTIES/PHYSICAL DEMANDS: | Sedentary - Teach basic computer course to city resi provide support to computer staff. |
| HOURLY WAGE: | $8.23-$9.82 |
| HIRING FREQUENCY: | One-two per year as needed |
| # OF POSITIONS WITH EMPLOYER: | 3-4 |
| | |
| JOB TITLE: | Technical Support Specialist |
| EMPLOYER: | Capitol School District |
| ADDRESS: | 945 Forest St. |
| | Dover, DE 19901 |
| POTENTIAL OPENING: | No |
| REQUIRED QUALIFICATIONS: | B.S. Degree |
| PREFERRED QUALIFICATIONS: | 5-10 years work experience |
| JOB DUTIES/PHYSICAL DEMANDS: | Sedentary - teach basic computers to district teacher |
| HOURLY WAGE: | $10.54 to $11.21 |

**HIRING FREQUENCY:**
**# OF POSITIONS WITH EMPLOYER:**

| | |
|---|---|
| **JOB TITLE:** | Technical Support Specialist |
| **EMPLOYER:** | Delaware Department of Public Instruction |
| **ADDRESS:** | Townsend Building |
| | 401 Federal St., Dover, DE 19901 |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | B.S. Degree |
| **PREFERRED QUALIFICATIONS:** | M.S. Degree |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - teach computer basics to local instructor |
| **HOURLY WAGE:** | $12.37 to $13.84 |
| **HIRING FREQUENCY:** | One-two per year |
| **# OF POSITIONS WITH EMPLOYER:** | 3-4 |

| | |
|---|---|
| **JOB TITLE:** | Laboratory Assistant/Instructor |
| **EMPLOYER:** | Polytech |
| **ADDRESS:** | 823 Walnut Shade Road |
| | Woodside, DE 19980 |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | 3-5 years previous experience |
| **PREFERRED QUALIFICATIONS:** | 5-10 years experience, A.A. or B.S. Degree |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Light - Teach lab techniques to clients and non-tradi students. |
| **HOURLY WAGE:** | $9.54 - $11.32 |
| **HIRING FREQUENCY:** | One-two per year |
| **# OF POSITIONS WITH EMPLOYER:** | 3 |

| | |
|---|---|
| **JOB TITLE:** | Lab Assistant/Instructor |
| **EMPLOYER:** | Sussex Vo-Tech |
| **ADDRESS:** | P.O. Box 351, Route 9 |
| | Georgetown, DE 19947-0351 |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | 3-5 years previous experience |
| **PREFERRED QUALIFICATIONS:** | 5-7 years experience, B.S. Degree |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Light - Instruct CNA students on lab terminology a |
| **HOURLY WAGE:** | $9.37 to $10.52 |
| **HIRING FREQUENCY:** | One-two per year |
| **# OF POSITIONS WITH EMPLOYER:** | 2 |

| | |
|---|---|
| **JOB TITLE:** | Computer Operator |
| **EMPLOYER:** | Lake Forest School District |
| **ADDRESS:** | 5423 Killens Pond Road |

ML00168

| | |
|---|---|
| **POTENTIAL OPENING:** | Felton, DE 19943 |
| **REQUIRED QUALIFICATIONS:** | No |
| **PREFERRED QUALIFICATIONS:** | 2-4 years experience |
| **JOB DUTIES/PHYSICAL DEMANDS:** | A.A. Degree |
| **HOURLY WAGE:** | Sedentary - operate computer in district office |
| **HIRING FREQUENCY:** | $9.88 to $10.57 |
| **# OF POSITIONS WITH EMPLOYER:** | As needed |
| | 3 |

**Conclusion**

Four alternative occupations: Laboratory Assistant, Technical Support Specialist, Program Aide and Computer Operator were identified during this Labor Market Survey that would provide the claimant the opportunity to return to the labor market on a part time basis and allow for periods of rest. The identified job opportunities are within a 20 to 60 mile radius of the claimant's home. A total of fifteen employment opportunities were identified to show job availability.

The above information is a sampling of the positions for which Mrs. Kernaghan would qualify in her local labor market.

Thank you for the opportunity of providing this information. If I can be of further assistance, please contact me at (302)454-8900 Ext. 3010.

Sincerely,

Barbara Baynard Mallory, M.S. CDMS
Sr. Case Manager

ML00169

**SOCIAL SECURITY ADMINISTRATION**

**Refer to: 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**

**Office of Hearings and Appeals**
**Union Center Plaza II**
**820 First Street, N.E.**
**Washington, D.C. 20002**
**Telephone: (202) 523-0408**
**Date:**

DEC 1 1 1998

Gail A. Kernaghan
10-E SARATOGA ROAD
MILFORD, DE 19963

## NOTICE OF DECISION – UNFAVORABLE

I have made the enclosed decision in your case.  Please read
this notice and the decision carefully.

### If You Disagree With The Decision

If you do not agree with my decision, you may file an appeal
with the Appeals Council.

### How To File An Appeal

To file an appeal you or your representative must request that
the Appeals Council review the decision.  You must make the
request in writing.  You may use our Request for Review form,
HA-520, or write a letter.

You may file your request at any local Social Security office
or a hearing office.  You may also mail your request to the
Appeals Council, Office of Hearings and Appeals, 5107 Leesburg
Pike, Falls Church, VA  22041-3255.  Please put the Social
Security number shown above on any appeal you file.

### Time To File An Appeal

To file an appeal, you must file your request for review **within
60 days** from the date you get this notice.

The Appeals Council assumes you got the notice 5 days after the
date shown above unless you show you did not get it within the
5-day period.  The Council will dismiss a late request unless
you show you had good cause for not filing it on time.

See Next Page

ML00181

## Time To Submit New Evidence

You should submit any new evidence you wish to the Appeals Council to consider with your request for review.

## How An Appeal Works

Our regulations state the rules the Appeals Council applies to decide when and how to review a case. These rules appear in the Code of Federal Regulations, Title 20, Chapter III, Part 404, Subpart J.

If you file an appeal, the Council will consider all of my decision, even the parts with which you may agree. The Council may review your case for any reason. It will review your case if one of the reasons for review listed in our regulations exists. Section 404.970 of the regulations lists these reasons.

Requesting review places the entire record of your case before the Council. Review can make any part of my decision fully or partially favorable or unfavorable to you.

On review, the Council may itself consider the issues and decide your case. The Council may also send it back to an Administrative Law Judge for a new decision.

## The Appeals Council May Review The Decision On Its Own

The Appeals Council can review my decision even without your request to do so. If it decides to do that, the Council will mail you a notice about its review within 60 days from the date of this notice.

## If No Appeal And No Appeals Council Review

If you do not appeal and the Council does not review my decision on its own motion, you will not have a right to court review. My decision will be a final decision that can be changed only under special rules.

## New Application

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with my decision and you file a new application instead of appealing, you might lose some benefits, or not qualify for any benefits. My decision could also be used to deny a new application for insurance benefits, if the facts and issues are the same. So, if you disagree with this decision, you should file an appeal within 60 days.

ML00182

**If You Have Any Questions**

    If you have any questions, you may call, write or visit any Social Security office.  If you visit an office, please bring this notice and decision with you.  The telephone number of the local office that serves your area is 302-674-5162.  Its address is Federal Building, 300 S. New Street, Dover, DE 19904.

DAVID C. HARTY
Administrative Law Judge

Enclosures

cc:  WILLIAM E. WILKIN
     1144-F WALKER ROAD
     GREAT FALLS, VA  22066

ML00183

Gail KERNAGHAN.

Consultant's Response:

CLINICAL. Initially conservative treatment and PT for
L3 burst fracture. She did RTW, did need some job
accomodations til dlw 11-21-94.
　Detailed ortho report by Dr Carl, Albane, 12.2.94
noted, discusses surgical fusion as option.
　IME by neurosurgeon Dr J. Rafael YANEZ dtd 6.5.97
noted, noting "no neurological foundation for her inability
to work."
　At issue: LTD Any Occ

OPINION. Confusion to me in a Carl's note (on prescription blank)
dtd 4.13.93 "S.P. PSF." It appears otherwise she did
NOT have surgical fusion.
　Based in large extent Dr Carl's report 12-2-94 and Dr
Yanez's IME 6-5-97, it is my opinion she could
return to some form gainful employment. Her ETE
is extensive. Many cases of burst fracture do well
clinically
　　　　07-21-98　George Lim, MD
　　　　　　GEORGE LIM, MD, ORTHOPEDICS

Consultant's name: _____  Date: _____
Signature: _____

A80　　　　　　　　ML00193

SOCIAL SECURITY ADMINISTRATION

RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE

Notice of Reconsideration

Telephone: (302) 674-5162

Date:               JUN  5 1998

Claim Number: 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   HA

GAIL A KERNAGHAN
10-E SARATOGA ROAD
MILFORD  DE    19963

You asked us to take another look at your claim for Social Security disability benefits. Someone who did not make the first decision reviewed your case, including any new facts we received, and found that our first decision was correct.

**The Decision on Your Case**

The following report(s) were used to decide your claim in addition to those listed on our previous notice:

RICHARD BALDERSTON,      report received  06/02/98

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

You said you are unable to work because of back pain.

The medical evidence shows that you have been treated for pain in your back and right leg since you were injured in 1993. Although you continue to have discomfort, there is no evidence of any signficant loss of strength, sensation, or reflexes. The records do not show a condition that would prevent you from being able to stand, walk, or move about in a satisfactory manner.

Based on your description of the job you performed as program manager, we have concluded that you have the ability to return to this job as it is usually performed in the national economy.

If your condition gets worse and keeps you from working write, call or visit any Social Security office about filing another application.

ML00200

A81

(SSA-L928)

SOCIAL SECURITY . ∪MINISTRATION

**RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE**

Notice of Disapproved Claims

Telephone: (302) 674-5162

Date: APR 3 0 1998

Claim Number: 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 HA

GAIL A KERNAGHAN
10-E SARATOGA ROAD
MILFORD  DE    19963

We are writing about your claim for Social Security disability benefits.
Based on a review of your health problems you do not qualify for benefits
on this claim.  This is because you are not disabled under our rules.

ML00203

## About the Decision

Doctors and other trained staff looked at this case and made this decision. They work for the state but used our rules. The trained staff who decided this case work for the state but used our rules.

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in this case.

## The Disability Rules

You must meet certain rules to qualify for disabled worker's Social Security benefits. You must have the required work credits and your health problems must:

   o    keep you from doing any kind of substantial work (described below), and

   o    last, or be expected to last, for at least 12 months in a row, or result in death.

## Information About Substantial Work

Generally, substantial work is physical or mental work a person is paid to do. Work can be substantial even if it is part-time. To decide if a person's work is substantial, we consider the nature of the job duties, the skills and experience needed to do the job, and how much the person actually earns.

Usually, we find that work is substantial if gross earnings average over $500 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness.

A person's work may be different than before his/her health problems began. It may not be as hard to do and the pay may be less. However, we may still find that the work is substantial under our rules.

If a person is self-employed, we consider the kind and value of his/her work, including his/her part in the management of the business, as well as income, to decide if the work is substantial.

## Other Benefits

Based on the application you filed you are not entitled to any other benefits besides those you may already be getting. In the future, if you think you may be entitled to benefits, you will need to file again.

## If You Disagree With The Decision

ML00204

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decisions will decide your case.

(SSA-L443)

o      You have 60 days to ask for an appeal.

o      The 60 days start the day after you get this letter.  We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

o      You must have a good reason for waiting more than 60 days to ask for an appeal.

o      You have to ask for an appeal in writing.  We will ask you to sign a form SSA-561-U2, called "Request for Reconsideration." Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question The Decision Made on Your Social Security Claim".  It contains more information about the appeal.If you disagree with these decisions, you have the right to request a hearing.  A person who has not seen your case before will look at it.  That person will review your case again and consider any new facts you have before deciding your case.

o      You have 60 days to ask for a hearing.

o      The 60 days start the day after you get this letter.  We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

o      You must have a good reason for waiting more than 60 days to ask for an appeal.

o      You have to ask for a hearing in writing.  We will ask you to sign a form HA-501-U5, called "Request for Hearing."  Contact one of our offices if you want help.

## How the Hearing Process Works

First, an Adjudication Officer (AO) will look at your case.  The AO is responsible for making sure we have all the facts and information we need to decide your case.  Also, the AO can approve your claim based on the facts and information in your case.  If the AO cannot approve your claim, we will send your case to an Administrative Law Judge (ALJ) for a hearing.

If we send your case for a hearing, the ALJ will mail you a letter at least 20 days before your hearing to tell you its date, time and place.  The letter will explain the law in your case and tell you what has to be decided.  Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the ALJ why you disagree with the decision in your case.  You can give the ALJ new evidence and bring people to testify for you.  The ALJ also can require people to bring important papers to your hearing and give facts about your case.  You can question these people at your hearing.

ML00205

(SSA-L443)

Please read the enclosed information "Your Right To Question the Decision Made on Your Claim." It has more information about the Adjudication Officer and the hearing.

## It Is Important To Go To The Hearing

It is very important that you go to the hearing. If for any reason you can't go, contact the ALJ as soon as possible before the hearing and explain why. The ALJ will reschedule the hearing if you have a good reason.

If you don't go to the hearing and don't have a good reason for not going, the ALJ may dismiss your request for a hearing.

## New Application

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

o   you might lose some benefits, or not qualify for any benefits, and

o   we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

## If You Want Help With Your Appeal

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

ML00206

(SSA-L443)

## If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (302) 674-5162. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> DOVER,DE
> FEDERAL BLDG.
> 300 S NEW STREET
> DOVER, DE 19901

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

> Larry G. Massanari
> Regional Commissioner

Enclosures:
SSA Pub. No. 05-10058Your Right To Question the Decision Made on Your Claim

c:
William E Wilkin
McNeill,Wilkin,Colella,Kuppens
1144 Walker Road
Suite F
Great Falls, VA 22066-1837

CWINTE

## TELEPHONE MEMORANDUM

☐ Return File to: _____     ☐ Drop In     ☐ Rush

Call Received from: _____ Phone #: (    )
                          *title*

Call Made to: _____ Phone #: (    )
                        *title*

Firm and Group Number: _____     302-424-2425

Employee: _Gail Kernaghan_____

Claim Number: _____ Social Security Number: _____

☐ Please Return Call          ☐ Returned Your Call

**MESSAGE**  What is your current medical status.

You had told us that you were changing Hmo's
and would be getting a new Dr.?  name, Address & phone.

Call Received/Made by: _Kathy Schaller_ Date: _4/16/98_ Time: _____

REPLY  left message 4-16-98  10:30 Am

Richard Balderstone - orth.

✓ referred

W Maurer MD - orthoped - antisa work.

1800 Lombard St
Phil, PA 19146
888-678-4632

ML00210

Call Returned by: _____     _____/_____ Time: _____

A87

## TELEPHONE MEMORANDUM

☐ Return File to:_____     ☐ Drop In     ☐ Rush

Call Received from:_____     Phone #: (   )
_____title_____

Call Made to:_____     Phone #: (   )
_____title_____

Firm and Group Number:_____ 302-424-2425

Employee: Gail Kernaghan _____

Claim Number:_____ Social Security Number:_____

☐ Please Return Call          ☐ Returned Your Call

**MESSAGE**   Did you see ortho Dr. yet?

what were his findings

15-762-7090

Call Received/Made by: K. Scheer _____ Date: 2 6 98 Time: _____

**REPLY** left message with male 2-10-98.

A88

ML00213

Call Returned by: _____ Date: ___/___/___ Time: _____

mm3181 GRN 2/89

## TELEPHONE MEMORANDUM

☐ Return File to:_____    ☐ Drop In    ☐ Rush

Call Received from:_____    Phone #: (    )
<small>title</small>

Call Made to:_____    Phone #: (    )
<small>title</small>

Firm and Group Number:_____    302-424-2425

Employee:__Gail Kernaghan_____

Claim Number:_____    Social Security Number:_____

☐ Please Return Call    ☐ Returned Your Call

**MESSAGE** Who has report of mylogram? has copy.
Are you going to have surgy? not at this time.

Neuro Surgeon? - Did see one and he thought
a ortho surgeon would be best.
In the process of setup exam with
Dr Baltgstone

Call Received/Made by:___K. Schaller___    Date:___1/12/98___ Time:_____

**REPLY**

ML00216

Call Returned by:_____    Date:___/___/___ Time:_____

mm3181.GRN 2/89

SOCIAL SECURITY ADMINISTRATION

Refer to: TAHBN
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

SEP 2 5 1997

Office of Hearings and Appeals
5107 Leesburg Pike
Falls Church, VA 22041-3255

## ACTION OF APPEALS COUNCIL ON REQUEST FOR REVIEW

Ms. Gail A. Kernaghan
10-E Saratoga Rd.
Millford, DE 19963

Dear Ms. Kernaghan:

The Appeals Council has considered the request for review of the Administrative Law Judge's decision issued on October 24, 1996.

Social Security Administration regulations provide that the Appeals Council will grant a request for review where: (1) there appears to be an abuse of discretion by the Administrative Law Judge; (2) there is an error of law; (3) the Administrative Law Judge's action, findings, or conclusions are not supported by substantial evidence; or (4) there is a broad policy or procedural issue which may affect the general public interest. The regulations also provide that where new and material evidence is submitted with the request for review, the entire record will be evaluated and review will be granted where the Appeals Council finds that the Administrative Law Judge's actions, findings, or conclusion is contrary to the weight of the evidence currently of record (20 CFR 404.970).

The Appeals Council has concluded that there is no basis under the above regulations for granting your request for review. Accordingly, your request is denied and the Administrative Law Judge's decision stands as the final decision of the Commissioner of Social Security in your case. In reaching this conclusion, the Appeals Council has considered the applicable statutes, regulations, and rulings in effect as of the date of this action.

The Appeals Council has also considered the contentions raised in your representative's letter dated July 20, 1997, but concluded that the contentions do not provide a basis for changing the Administrative Law Judge's decision.

If you desire a court review of the Administrative Law Judge's decision, you may commence a civil action by filing a complaint in the United States District Court for the judicial district in which you reside within sixty (60) days from the date of the receipt of this letter. It will be presumed that this letter is received within five (5) days after the date shown above unless a reasonable showing to the contrary is made. The complaint should name the Commissioner of Social Security as the defendant and should include

A90

ML00219

REPRESENTATIVE

2

the Social Security number(s) shown at the top of this notice. The right to court review is provided for in section 205(g) of the Social Security Act, as amended (42 U.S.C. 405(g)).

If you cannot file your complaint within 60 days, you may ask the Appeals Council to extend the time in which you may begin a civil action. However, the Council will only extend the time if you provide a good reason for not meeting the deadline. Your reason(s) must be set forth clearly in your request.

If a civil action is commenced, the Commissioner must be served by sending a copy of the summons and complaint by registered or certified mail to the General Counsel, Social Security Administration, Room 611, Altmeyer Building, 6401 Security Boulevard, Baltimore, MD 21235. (See rules 4(c) and (i) of the Federal Rules of Civil Procedure). In addition, you must serve the United States Attorney for the district in which you file your complaint and the Attorney General of the United States, as provided in the Federal Rules of Civil Procedure.

Sincerely yours,

*original signed by*
Ellan R. Hylton
Administrative Appeals Judge

cc:
William E. Wilkin

A91

ML00220

**REPRESENTATIVE**

# TELEPHONE MEMORANDUM

☐ Return File to:_____    ☐ Drop In    ☐ Rush

Call Received from:_____    Phone #: (    )
                                    title

Call Made to:_____    Phone #: (    )
                                    title

Firm and Group Number:_____    302-424-2425

Employee: _Gail Kernaghan_____

Claim Number: _____    Social Security Number: _____

☐ Please Return Call        ☐ Returned Your Call

**MESSAGE**  Did you see Dr. Schwartzman on 10-16-97?

Did he respond to Dr. Mousavi as to your condition?

must have a response from either of these Dr's or
I will have to suspend the claim.

Call Received/Made by: _____K. Schaller_____ Date: ___1115 / 97_ Time: _____

**REPLY**

≡ myelogram ≡
compression where break is,
more surgical intervention is needed, Dr Schwartzman
wants to send her to a neuro surgeon.

ML00225

A92

Call Returned by: _____    Date: ___/___/___ Time: _____

mm3181 GRN 2/89

Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**MetLife®**

July 28, 1997

Shahla Mousavi, M.D.          RE:   Long Term Disability
701 Middleford Rd.                  Claim No.: 699501171006
Seaford, DE  19973                  Group No.: 35750
                                    S.S. No.:  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
                                    Claimant:  Gail Kernaghan

Dear Dr. Mousavi

We are the Long Term Disability carrier for your patient, Gail
Kernaghan, and we need additional information from you.  Please
respond to the following:

1)    What are her current restrictions and limitations?  What
      activities is she able to perform?

2)    Please indicate the prognosis for this patient returning to
      work in her previous occupation or in any other occupation.

3)    Please complete the attached Physician's Report of Physical
      Capacity.

Attached you will find a copy of an Independent Medical Exam
performed by Dr. J. Rafael Yanez on June 5, 1997.  Would you
please review and comment on his findings.  We will assume that
if we do not receive a reply from you within thirty days that you
concur with Dr. Yanez's findings.

An authorization for release of this information is enclosed.

Thank you for your cooperation.  Should you have any questions,
please contact me at 1-800-638-0064.

Yours truly

*Kathy Schaller*

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064

ltdhKSgk.3/gec

Enclosure

ML00232

Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**MetLife®**

July 28, 1997

Eric Ratner, M.D.                RE:  Long Term Disability
Jefferson Pain Center                 Claim No.:  699501171006
834 Chestnut St.                      Group No.:  35750
Ben Franklin House, Suite T150        S.S. No.:   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
Philadelphia, PA  19107-5127          Claimant:   Gail Kernaghan

Dear Dr. Ratner

We are the Long Term Disability carrier for your patient, Gail
Kernaghan, and we need additional information from you.  Please
respond to the following:

1)   What are her current restrictions and limitations?  What
     activities is she able to perform?

2)   Please indicate the prognosis for this patient returning to
     work in her previous occupation or in any other occupation.

3)   Please complete the attached Physician's Report of Physical
     Capacity.

Attached you will find a copy of an Independent Medical Exam
performed by Dr. J. Rafael Yanez on June 5, 1997.  Would you
please review and comment on his findings.  We will assume that
if we do not receive a reply from you within thirty days that you
concur with Dr. Yanez's findings.

An authorization for release of this information is enclosed.

Thank you for your cooperation.  Should you have any questions,
please contact me at 1-800-638-0064.

Yours truly

*Kathy Schaller*

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064

ltdhKSgk.2/gec

Enclosure

*GK called to say that she has not seen this Dr for over 1 yr. He should not be responding to request. LS 8-4-97*

ML00233

'Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**✺ MetLife®**

July 25, 1997

Gail Kernaghan                    RE:    Long Term Disability
10 E. Saratoga Rd.                       Claim No.:  699501171006
Milford, DE  19943                       Group No.:  35750
                                         S.S. No.:   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
                                         Serial No.: 142425

Dear Ms. Kernaghan

We are writing in reference to your claim for Long Term
Disability Benefits.

This is to advise you that we have requested additional medical
information from your doctors, Eric Ratner, M.D. and Shahla
Mousaui, M.D.  Please contact their offices within the next
thirty days to be sure that the requested information is
submitted on behalf of your claim.

This information is needed in order to evaluate your claim for
continuance of benefits.

If you have any questions, please contact our office.

Yours truly

*Kathy Schaller*

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064


ltdhKSgk/gec

A95                                                    ML00234

**J. RAFAEL YANEZ, M.D., F.A.C.S.**
NEUROLOGICAL SURGERY
1001 S. Bradford Street
Suite 9
Dover, DE 19901

302 674-9100 · FAX: 302 674-9114

5 June 1997

Ms. Pam Brzozowski
Administrative Assistant
UNIVAL
2890 Carpenter Road, Suite 1400
P. O. Box 130770
Ann Arbor, Michigan 48113-0770

Re: Gail Kernaghan

Dear Ms. Brzozowski:

The patient is evaluated at your request with specific attention to "radiculopathy L5-S1 and chronic lower back pain and any other physical complaints the patient has, within your specialty."

Her reason for this consultation she stated:

"1/93 burst L3 fracture, incomplete fusion, prior. Pain is of distinctive types:
1) musculature - tightness in whole of back
2) pressure from bones rubbing . Can be as small as an uncomfortable ache to as severe as an overwhelming nausea, prevents one from thinking/acting clearly
3) right hip pain/ache
4) intermittent sciatica right side"

She feels that her back pain is constant, meaning daily, exacerbated by standing, sitting or walking and accompanied by intermittent right hip pain which is "deep inside". The back pain would occur three and a half to four days out of a week and the pain in the hip 25% of those days. The pain in the hip goes below into the anterior lateral aspect of the leg into the last two toes with a sensation of pins, needles and tingling. She feels in general, considering her condition from the onset following the accident on January 7, 1993, she is worse. She tells me she is not working and on disability since January 1995. She feels she is not able to work because of the pain in the back. She feels she is able to sit for an hour but at the end of it she has to change or lay down and eventually in this way she gets better. She does a lot of reading in bed, walks three or four times a day approximately a total of a mile, she assists to fitness class to the "aqua-fit" two days a week, spends time on the phone, watching television in bed and she drives approximately half an hour a day.



A96

ML00236

Re: Gail Kernaghan                      2                         5 June 1997

She denies any problems with the left leg or lower left back or increase in the pain with increased abdominal pressure (Valsalva).

I received the following records:

     1) Evaluation and follow-up by her neurologist, Dr. Mousavi of Seaford, Delaware, from the initial consultation 8/16/95 to the last visit 1/7/97.

     2) A Thomas Jefferson Pain Center evaluation, 10/8/96 by Dr. Eric Ratner attending anesthesiology dictated by Tom McGrath, M.D., Fellow Jefferson Pain Center.

     3) A four and a half page office record of December 2, 1994 from Dr. Allen Carl, M.D. apparently her orthopedist in Albany.

     4) A letter from UNIVAL May 15, 1997 requesting this evaluation and asking nine questions to be answered.

     5) IBM statement of employer asking of application for long-term disability benefits to Met Life 6/16/94; a form of "training, education and experience statement" of Met Life of 2/18/95; a "personal profile evaluation" to Metropolitan Life Insurance of 10/2/95; a statement of attending physician for application for long-term disability benefits IBM signed by Allen Carl, M.D., orthopedics on 10/25/94; another form for long term disability benefits signed by the same Dr. Carl on 8/4/94; another disability evaluation, part of a form (signed by a Barry Greenhouse, M.D., anesthesiologist Albany 6/10/94) and two "physician's report for physical capacity, illegible signature, non-dated, with the specialty "neurology".

Missing from your packet were the EMG report, the MRI lumbo-sacral spine report, any information regarding the accident, no records from her initial family physician and no x-ray films or reports of any kind.

The patient brought the MRI films and they were returned to her. They were not accompanied by any reports.

The patient presented by herself and was examined in the presence of my nurse and my findings and opinions were not discussed with her.

My examination revealed a pleasant, middle aged lady of medium build, black hair cut short, eye glasses, revealing her chronologic forty-four years of age who states she is right handed. She was dressed casually in shorts. She has no difficulty in expressing herself quite clearly and pleasantly. She walks without any obvious difficulty or abnormalities of gait. After unrobing, the spinal curvatures were seen totally normal without evidence of any congenital or acquired stigmata. The tiptoe and heel walking was normal. The

ML00237

Re: Gail Kernaghan                    3                    5 June 1997

range of motion of the back forward produces some pain in the mid lumbo-sacral area, bending backward the pain is more accentuated. Left lateral bending produces more pain than right lateral bending. All of this is concentrated in the lumbo-sacral area without radiation into the hips or legs.

There is moderate amount of tenderness about the mid-lumbar spinous processes (approximately L3-4) but the severe tenderness was encountered at the lumbo-sacral area. No sciatic notch tenderness was found. Tiptoe and heel walking was normal.

The sitting and supine straight leg raising bilaterally is totally negative.

The reflexes were 1+ to 2+ in the knees and ankles quite symmetric.

On testing for Patrick maneuver she complained of pain in the groin or the ipsilateral tested leg.

The muscle development is normal without signs of atrophy, fasciculations, tone or abnormal movements.

The sensory testing to touch, pinprick, proprioception and vibration was entirely normal.

Peripheral and femoral pulses were excellent. No femoral or abdominal bruits were heard.

I reviewed the MRI which shows clearly the multiple fragmented fracture of the body of L3 without any displacement either anterior or posterior into the spinal canal. I found no evidence of any herniations or stenosis.

The patient tells me that she has had the following medical procedures from different medical institutions. She listed them as follows:

    1958 ? Cleveland Clinic - rheumatic fever - heart murmur
    1984 - tubal ligation Lakewood Ohio
    1989 - D & C Kingston, New York
    2/94 - TENS unit
    10/93 - 6/94 - PT
    1/94 - Bone scan, osteomyelitis
    2/94 - Acupuncture - Dr. Bock: Rhinebeck Health
    8/94 & 9/94 - Facet blocks, Dr. Carl, Albany, New York
    5/95 - Joslin Diabetes Center: Boston
    9/95 - Dr. Mousavi - pain management
    11/96 - Facet Block: Thomas Jefferson Pain Center, Philadelphia
    1/3/96 - PT Milford Memorial - ultrasound

Re: Gail Kernaghan                          4                          5 June 1997

She tells me she is diabetic, doesn't smoke, doesn't drink, is allergic to Sulfa.

Presently she is taking Humulin insulin R + NPH sliding scale, Percocet, Baclofen, Luvox, and Ambien

Her father was dead at the age of 69 of massive heart attack. The mother living at the age of 66 suffering of high pressure, diverticulosis and LBS. One brother and one sister and a seventeen year old child in good health.

She tells me that all her heavy house chores are done by her husband.

The records reveal that in 1996, February an EMG was "suggestive of an L5-Sl radiculopathy" and an MRI in March of 1996 did not show any evidence of radiculopathy, a bone scan was negative for osteomyelitis. The same records from Jefferson Hospital revealed that her physician is Dr. Gray in Middleford, who is her primary physician and has been since August, 1995 to the present time . Jefferson's records reveal also that she indicated she had diabetic neuropathy of all her toes bilaterally and that she had VBC during surgery for tubal ligation and was observed in the CCU for one day. I read the four and a half page office record from her orthopedist, Dr. Allen Carl, as well as the listed records from her neurologist, Dr. Mousavi.

My examination does fail to show any evidence of lumbo-sacral (L5-Sl) radiculopathy. The patient has a history of chronic axial lower back pain without neurological involvement, with normal MRI and reportedly normal EMG and normal bone scan. The only positive findings on my evaluation were her subjective pain in each groin when the ipsilateral leg was tested for Patrick maneuvers and pain on bending backwards and to the left more than forward and to the right, and finally tenderness over the mid lumbar and lumbo-sacral midline spinous processes.

With regard to her ability to work at "her own job at this time" she answers "No, because of the back pain." In regard to your question number 5 of physical capacities and restriction, I would say that her inability to work is due solely and purely to a subjective complaint of constant, daily, low back pain with intermittent radiation into the right leg.

When I questioned whether she could do any other job for which she would be "reasonably qualified", her answer is not because of the back pain.

When asked if a job were given to her whereby she would not have to sit for any period of time, where she could do it while at home without going to any specific office at specific times, in other words at a job that she could do at her own leisure, her answer was "No, because of the back pain." In regard to your last question of prognosis for this patient including return to work and plan of treatment that I would recommend, I would state the following:

ML00239

Re: Gail Kernaghan                          5                         5 June 1997

If the back pain were to be generated by the fragments of the L3 fractured vertebra, I would think that this lesion, four years and four months after the onset, should be totally fused. This seems to be confirmed by the MRI findings. Thus, if the surgery was initially discussed and proposed for fusion of the broken vertebra, it is obvious that she does not need it four and a half years later when that fusion has already taken place by natural means.

If the "possible pain generators" were to be a disc herniation, an infectious process, (osteomyelitis) neoplasm, etc., these findings should be obvious on the MRI study which in my opinion is normal.

In summary, in my opinion her prognosis for relief of her persistent back pain will depend on her ability to follow through with the further recommendations by the pain center in Philadelphia who suggested the "consideration of lumbar epidural steroid injections and possibly spinal cord stimulation." I would entirely agree that if the patient still has a back pain syndrome, she should have all the available medical diagnostic and therapeutic medical avenues to diagnose and try to treat these problems.

Whether she will be able " to return to work" is a difficult proposition whose solution will hinge on many variables, medical as well as non-medical, personal, legal, etc.

Returning back to the primary request of why I am examining her ("radiculopathy L5-S1 and chronic lower back pain'), my opinion is that there is no neurologic damage during my evaluation that could be producing a radiculopathy of the L5-S1 level, which is two segments below the injured vertebral body.

I hope that these thoughts will help you to find the best solution for this unfortunate patient.

Very truly yours,

J. Rafael Yañez, M.D., F.A.C.S.

JRY:sew



Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**MetLife®**

April 11, 1997

Eric R. Ratner, M.D.                    RE:   Long Term Disability
Jefferson Pain Center                         Claim No.:  94097630
834 Chestnut Street                           Group No.:  35750
Ben Franklin House, Suite T150                S.S. No.:   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
Philadelphia, PA 19107-5127                   Claimant:   Gail Kernaghan

Dear Dr. Ratner

We are currently reviewing the Long Term Disability claim for,
Gail Kernaghan.  Additional information is needed at this time to
assist us in our ongoing management of this claim.  We have
enclosed an authorization permitting the release of the requested
information.

Please provide us with the following.

1.    Copies of current
      a.    Office notes from November 1996 through the present
      b.    Test results
      c.    Medications and dosage
      d.    Labs
2.    Treatment plan and patients response to treatment.
3.    List of limitations and restrictions
4.    Prognosis
5.    Return to work date
6.    Date last seen

Thank you in advance for your cooperation.  Should you have any
questions, please contact me.

Yours truly

Sal Marchese
Case Management Specialist II
Met DisAbility
1-800-638-0064

ltdhSMgk/cn

4-23-97
**RECORDEX**
Date _____  Req. # 1776
#PGS __1__  Initials DB

A101

ML00262

Metropolitan Life Insurance Company

Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

 **MetLife®**

April 11, 1997

Gail Kernaghan          RE:    Long Term Disability
10 East Saratoga Rd.           Claim No.:  94097630
Milford, DE 19963              Group No.:  35750
                               S.S. No.:   299529291


Dear Ms. Kernaghan

We are writing in reference to your Long Term Disability
claim.

This is to advise you that we have requested additional
medical information from, Dr. Ratner at Jefferson Pain
Center, to evaluate your claim for continuation of
benefits.

We ask that you contact his office within the next thirty
days to be sure this information is submitted on behalf
of your claim.

The cost for providing this information remains your
responsibility.

Your cooperation is appreciated.

Sincerely

*Sal Marchese*

Sal Marchese
Case Management Specialist II
Met DisAbility
1-800-638-0064


SM/cn

ML00268

Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY  13504

**MetLife®**

April 11, 1997

Eric R. Ratner, M.D.                    RE:   Long Term Disability
Jefferson Pain Center                         Claim No.:  94097630
834 Chestnut Street                           Group No.:  35750
Ben Franklin House, Suite T150                S.S. No.:   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
Philadelphia, PA 19107-5127                   Claimant:   Gail Kernaghan

Dear Dr. Ratner

We are currently reviewing the Long Term Disability claim for,
Gail Kernaghan.  Additional information is needed at this time to
assist us in our ongoing management of this claim.  We have
enclosed an authorization permitting the release of the requested
information.

Please provide us with the following.

1.    Copies of current
      a.    Office notes from November 1996 through the present
      b.    Test results
      c.    Medications and dosage
      d.    Labs
2.    Treatment plan and patients response to treatment.
3.    List of limitations and restrictions
4.    Prognosis
5.    Return to work date
6.    Date last seen

Thank you in advance for your cooperation.  Should you have any
questions, please contact me.

Yours truly

Sal Marchese
Case Management Specialist II
Met DisAbility
1-800-638-0064


ltdhSMgk/cn

ML00269

Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

*mailed 2/10/77*

**MetLife®**

November 21, 1996

SECOND REQUEST

Dr. Mousaui                          RE:   Long Term Disability
701 Middleford Rd.                         Claim No.:   94097630
Seaford, DE 19973                          Group No.:   35750
                                           S.S. No.:    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
                                           Claimant:    Gail Kernaghan

Dear Dr. Mousaui

We are currently reviewing the Long Term Disability claim for
your patient, Gail Kernaghan.  Additional information is needed
at this time to assist us in our ongoing management of this
claim.  We have enclosed an authorization permitting the release
of the requested information.

Please provide us with the following.

1.    Copies of current
      a.    Office notes from 5/96
      b.    Medications and dosage
      c.    Labs
2.    Treatment plan and patients response to treatment.
3.    List of limitations and restrictions
4.    Prognosis
5.    Return to work date

Thank you in advance for your cooperation.  Should you have any
questions, please contact me.

Yours truly

Sal Marchese
Case Management Specialist II
Met DisAbility
1-800-638-0064


ltdhSMgk/cn

ML00271

Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

January 30, 1997                          **MetLife®**


Gail Kernaghan              RE:   Long Term Disability
10 East Saratoga Rd.              Claim No.: 94097630
Milford, DE 19963                 Group No.: 35750
                                  S.S. No.:  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
                                  Serial No: 142425


Dear Ms. Kernaghan

We are writing in reference to your Long Term Disability claim.

We wrote to you on September 27, 1996 and November 21, 1996
advising you we have requested additional medical information
from your attending physician, Dr. Mousaui to evaluate your
claim.  To date, we have not received a reply.

As we still have not received the required medical information
showing your present condition, we can only assume that you are
not claiming further benefits.  Therefore, no further benefits
will be payable starting February 1, 1997.

If the required information is not received within a reasonable
length of time, we will have no alternative but to terminate your
claim.

Enclosed is a return envelope for your convenience in replying.

Yours truly


Sal Marchese
Case Management Specialist II
Met DisAbility
1-800-638-0064

ltdhSMgk.2/djr

Enclosure

ML00288

Metropolitan Life Insurance Company

Met DisAbility
Cosby Manor Road
P.O. Box 3043
Utica, NY 13504

**MetLife®**

November 21, 1996

SECOND REQUEST

Gail Kernghan                    RE:   Long Term Disability
10 E. Saratoga Rd.                     Claim No.:   94097630
Milford, DE   19963                    Group No.:   35750
                                       S.S. No.:    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
                                       Serial No.: 142425

Dear Ms. Kernaghan

We are writing in reference to your Long Term Disability
claim.

This is to advise you that we have requested additional
medical information from your attending physician, Dr.
Mousaui, to evaluate your claim for continuation of
benefits.

We ask that you contact his office within the next thirty
days to be sure this information is submitted on behalf
of your claim.

The cost for providing this information remains your
responsibility.

Your cooperation is appreciated.

Sincerely

Sal Marchese
Case Management Specialist II
Met DisAbility
1-800-638-0064

SM/gec

A106

ML00289

Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**≋ MetLife®**

November 21, 1996

SECOND REQUEST

Dr. Mousaui                    RE:    Long Term Disability
701 Middleford Rd.                    Claim No.:  94097630
Seaford, DE 19973                     Group No.:  35750
                                      S.S. No.:   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
                                      Claimant:   Gail Kernaghan


Dear Dr. Mousaui

We are currently reviewing the Long Term Disability claim for
your patient, Gail Kernaghan. Additional information is needed
at this time to assist us in our ongoing management of this
claim. We have enclosed an authorization permitting the release
of the requested information.

Please provide us with the following.

1.    Copies of current
      a.    Office notes from 5/96
      b.    Medications and dosage
      c.    Labs
2.    Treatment plan and patients response to treatment.
3.    List of limitations and restrictions
4.    Prognosis
5.    Return to work date

Thank you in advance for your cooperation. Should you have any
questions, please contact me.

Yours truly

Sal Marchese
Case Management Specialist II
Met DisAbility
1-800-638-0064


ltdhSMgk/cn

ML00290

**SOCIAL SECURITY ADMINISTRATION**

**Refer to:** 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

**Office of Hearings and Appeals**
1601 Market Street, 9th Floor
Philadelphia, PA  19103
Telephone: (215) 656-3990
Date: OCT 2 4 1996

### NOTICE OF DECISION -- UNFAVORABLE

Gail A. Kernaghan
10-E Saratoga Road
Millford, DE 19963

I have made the enclosed decision in your case.  Please read this notice and the decision carefully.

**If You Disagree With The Decision**

If you do not agree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must request that the Appeals Council review the decision.  You must make the request in writing.  You may use our Request for Review form, HA-520, or write a letter.

You may file your request at any local Social Security office or a hearing office.  You may also mail your request to the Appeals Council, Office of Hearings and Appeals, 5107 Leesburg Pike, Falls Church, VA  22041-3255.  Please put the Social Security number shown above on any appeal you file.

**Time To File An Appeal**

To file an appeal, you must file your request for review **within 60 days** from the date you get this notice.

The Appeals Council assumes you got the notice 5 days after the date shown above unless you show you did not get it within the 5-day period.  The Council will dismiss a late request unless you show you had good cause for not filing it on time.

### See Next Page

ML00292

## Time To Submit New Evidence

You should submit any new evidence you wish to the Appeals Council to consider with your request for review.

## How An Appeal Works

Our regulations state the rules the Appeals Council applies to decide when and how to review a case. These rules appear in the Code of Federal Regulations, Title 20, Chapter III, Part 404, Subpart J.

If you file an appeal, the Council will consider all of my decision, even the parts with which you may agree. The Council may review your case for any reason. It will review your case if one of the reasons for review listed in our regulations exists. Section 404.970 of the regulations lists these reasons.

Requesting review places the entire record of your case before the Council. Review can make any part of my decision fully or partially favorable or unfavorable to you.

On review, the Council may itself consider the issues and decide your case. The Council may also send it back to an Administrative Law Judge for a new decision.

## The Appeals Council May Review The Decision On Its Own

The Appeals Council can review my decision even without your request to do so. If it decides to do that, the Council will mail you a notice about its review within 60 days from the date of this notice.

## If No Appeal And No Appeals Council Review

If you do not appeal and the Council does not review my decision on its own motion, you will not have a right to court review. My decision will be a final decision that can be changed only under special rules.

## New Application

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with my decision and you file a new application instead of appealing, you might lose some benefits, or not qualify for any benefits. My decision could also be used to deny a new application for insurance benefits, if the facts and issues are the same. So, if you disagree with this decision, you should file an appeal within 60 days.

ML00293

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

**If You Have Any Questions**

If you have any questions, you may call, write or visit any Social Security office.  If you visit an office, please bring this notice and decision with you.  The telephone number of the local office that serves your area is 302-674-5162.  Its address is 300 S. NEW STREET, P.O. BOX BB, DOVER, DE  19901.

Linda M. Bernstein
Administrative Law Judge

Enclosures

cc:
  William E. Wilkin

  1144 Walker Road, Suite F
  Great Falls, VA  22066

A110

ML00294