IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN, :
:
Plaintiff, :   C.A. No. 05-402 (GMS)
:
v. :
:
METROPOLITAN LIFE INSURANCE :
COMPANY, as fiduciary and administrator of The :
IBM Long-Term Disability Plan, :
:
Defendant. :
:

## VOLUME IV OF V

## APPENDIX TO
## DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S OPENING BRIEF
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

**McCarter & English LLP**

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date: April 3, 2006

## TABLE OF CONTENTS

**TITLE**                                                                                    **PAGE**

Excerpts of the Administrative Record (ML00001-ML00719) ........................................ A159-A197

i

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 3, 2006, I caused a copy of the foregoing Appendix to Defendant's Motion for Summary Judgment and Opening Brief in Support of Its Motion for Summary Judgment to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

| Clm #: 699501171006 | Owner Id: U816 | Report #: 36750 | Plan: 000 | Subpoint: 0037 |
| SN: 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 | Dt Last Wrk: | Cov: 8040 | Subcode: 0001 | GM Plant: |

[U270] - On 05/26/1995 12:14 - For 699501171006
Call-Up For: [U043] - On 06/01/19   Call-Up Complete: [U043] - On 06/12/1995

```
SUGGESTIONS RE F/U PER AUDIT
CLMT APPLIED SSD 2/95, SHOULD CONTINUE TO F/U AND PROVIDE ASSISTANCE
IF NEEDED. SUGGEST F/U NOW FOR DECISION ON INITIAL. HAD TELECLAIM
APPT ON 2/6/95. IF DENIED, MAY STILL BE IN 60 DAY PERIOD.
```

M100] - On 06/21/1995 10:50 - For 699501171006
Call-Up For: [U043] - On 06/21/19   Call-Up Complete: [U043] - On 06/26/1995

```
STAT OF ACCOUNT FORM RECD
```

M100] - On 06/23/1995 11:55 - For 699501171006
Call-Up For: [U043] - On 06/23/19   Call-Up Complete: [U043] - On 06/26/1995

```
SUPP STAT OF CLMT, SS NOTICE RECD
```

M100] - On 07/24/1995 14:51 - For 699501171006
Call-Up For: [U257] - On 07/24/19   Call-Up Complete: [U257] - On 07/25/1995

```
04 TURNAROUND RECD
```

[U257] - On 07/31/1995 12:06 - For 699501171006

```
LTR TO DR GREENHOUSE STATING IT IS EE'S RESPONS FOR HAVING APSFC
COMPLETED W/O EXPENCE TO US. ENCLOSED A COPY OF THE BILL. SUGGESTED
CONTACT W EE FOR PAYMENT
PLAN: FOLLOW IN ONE MONTH FOR MED
```

J257] - On 07/31/1995 12:09 - For 699501171006
Call-Up For: [U257] - On 08/27/19   Call-Up Complete: [U257] - On 08/29/1995

```
FOLLOW LTR TO DR GREENHOUSE
```

J111] - On 08/15/1995 08:50 - For 699501171006
Call-Up For: [U059] - On 08/15/19   Call-Up Complete: [U059] - On 09/08/1995

```
LETTER RE REQUEST FOR HEARING DOCUMENTS RECD
```

M100] - On 08/23/1995 08:36 - For 699501171006
Call-Up For: [U059] - On 08/23/19   Call-Up Complete: [U059] - On 09/08/1995

```
DIR DEPO FORM RECD
```

J059] - On 09/14/1995 09:07 - For 699501171006

```
43 YR. OLD, PROGRAMMER 8 YRS OF SERVICE
DX: PAIN RESULTING FROM L3 BURST FRACTURE. DIABETES, DEPRESSION
DLM:12/2/94. 1/17/93 X-RAY SPINE,1/26/93 BONE SCAN,MRI LUMBAR SPINE
& THORACIC SPINE,5/93-12/93 PT,11/15/93 HIP JOINT INJ.,1/3/94 BONE
SCAN,3/24/94 3D CAT SCAN,8/16/94-9/27/94 FACET BLOCKS.
WAS WORKING PART-TIME W/ IBM THEN STOPPED. EE CONTEMPLATING SURGERY.
RN ON STAFF REVIEWED CLM WANTS TO REVIEW UPDATED MED.
TRANS. 1/96.       SS AGENCY CLM - ALJ PENDING
PLAN: REQUEST UPDATED MED & PC FORM FROM DR. CARL & GREENHOUSE.
REQ. PPE & SURGERY STATUS FROM EE. ASSESS ANY OCC ELIGIBILITY ONCE
MED. INFO REC'D.
```

J059] - On 09/19/1995 11:11 - For 699501171006

```
MAILED LETTERS TO EE, DR.CARL & DR. GREENHOUSE
```

M100] - On 10/09/1995 11:53 - For 699501171006
Call-Up For: [U059] - On 10/09/19   Call-Up Complete: [U059] - On 10/09/1995

```
PPE RECD
```

ML00660

[U059] - On 10/16/1995 09:01 - For 699501171006

EE ADVISED US THAT HER NEW AP IS DR.SHAHLA MOUSAUI.
PLAN: REQ UPDATE MED FROM DR.MOUSAUI

[U059] - On 10/26/1995 09:14 - For 699501171006

MAILED LETTER TO DR.MOUSAUI REQ. MED. & INFORMED EE.
PLAN: FOLLOW FOR MED. THEN REFER TO PAM(BSN) AS REQUESTED.

[M100] - On 11/06/1995 11:10 - For 699501171006
Call-Up For: [U059] - On 11/06/19   Call-Up Complete: [U059] - On 12/05/1995

PRPC RECD

[M102] - On 11/13/1995 09:59 - For 699501171006

FILE AUDITED

[M100] - On 12/01/1995 12:14 - For 699501171006
Call-Up For: [U059] - On 12/01/19   Call-Up Complete: [U059] - On 12/06/1995

LETTER RE FILE RECD

[U059] - On 12/06/1995 09:20 - For 699501171006

TRANSITION 1/96: MED UPDATE 9/19/95 FROM DR.MOUSAUI.
FRACTURE OF L-3 IN 1993.
TX: EFEXOR 37.5 BID FLEXORIL 10 MG PO TID & DEHYDROCORTISON (DHC)
TWO TABLETS EVERY 4 HOURS PRN.PT. ALSO INSULLIN DEPENDENT DIABETIC
& IS ON TEN UNIT NPH IN THE MORNING & PM.EE IS IN PAIN MGT. PROGRAM
AND RTW IS UNKNOWN
PLAN: REFER TO DNS

[U059] - On 12/06/1995 09:27 - For 699501171006

SS UNIT REFERRAL: PLEASE HANDLE CRA MAIL & CORRECT SS TYPE ON
LTD SCREEN.
PLAN: RETURN CLM BACK TO ME TO REFER TO DNS FOR TRANSITION.

[M017] - On 12/11/1995 09:19 - For 699501171006
Call-Up For: [M017] - On 08/15/19   Call-Up Complete: [M027] - On 02/23/1996

GAIL KERNAGHAN/FU CRA IN VIRGINIA CRA OFFICE

[U059] - On 12/12/1995 08:55 - For 699501171006
Call-Up For: [U059] - On 12/21/19   Call-Up Complete: [U059] - On 01/12/1996

DNS REFERRAL FOR TRANSITION: TRANS 1/96,PLEASE REVIEW MEDICAL & PPE
IN FILE,SEE DIARY 12/6,10/16 & 09/14.DO YOU FEEL WE HAVE ENOUGH
MEDICAL TO DETERMINE IF EE IS TD FOR ANY OCC?

[U012] - On 01/08/1996 14:00 - For 699501171006

REVIEW OF MEDICAL FOR TRANSITION. THIS IS A 43 YR OLD
ADVISORY PROGRAMER FOR IBM. DX: L3 BURST FX, DIABETES,
DEPRESSION. SUGGEST REQUEST FROM AP :
* COPY OF OFFICE NOTES
* COPY OF LABS SCANS TESTS P X-RAYS SUPPORTIVE OF DX
* TX PLAN INCLUDE MEDS, DOSE, FREQ
* PROGNOSIS
* RTW AT ANY /ALL OCC DATE
REFER TO VOC FOR TSA.

[U059] - On 01/12/1996 08:34 - For 699501171006
Call-Up For: [U059] - On 01/31/19   Call-Up Complete: [U059] - On 02/29/1996

L.SCREEN REFERRAL: PLEASE DO A TSA FOR TRANSITION.
PLAN:FOLLOW FOR TSA REPORT,MAKE TRANS DECISION,CALL EE.

ML00661

[M029] - On 01/19/1996 13:56 - For 699501171006
Call-Up For: [U059] - On 01/19/19    Call-Up Complete: [U059] - On 01/19/1996

SS LETTER RECD

[U059] - On 01/19/1996 14:31 - For 699501171006

SS UNIT REFERRAL ED H.: PLEASE HANDLE CRA MAIL.
EE PH#914 876-2095.

[U231] - On 02/21/1996 12:02 - For 699501171006
Call-Up For: [U059] - On 02/21/19    Call-Up Complete: [U059] - On 03/06/1996

RC RESPONSE: GAIL KERNAGHAN'S CONDITION DOES'NT APPEAR TO BE
STABLE ACCORDING TO AP DATED 9/19/95 DR. MOUSAVI, AND NOTE DATED
1/11/96 CONVERSATION W/EE. REQUEST UPDATED MEDICAL 6MONTHS, SEND
FOR VOC REVIEW.  LISA SCREEN

[U231] - On 02/21/1996 12:05 - For 699501171006
Call-Up For: [U231] - On 08/21/19    Call-Up Complete: [U231] - On 08/16/1996

RC RESPONSE: REVIEW UPDATED MEDICAL FOR RTW POTENTIAL.

[M027] - On 02/23/1996 09:23 - For 699501171006
Call-Up For: [M017] - On 02/11/19    Call-Up Complete: [M017] - On 11/15/1996

G KERNAGHAN\CRA FU JEO

[U059] - On 03/01/1996 08:58 - For 699501171006
Call-Up For: [U059] - On 04/11/19    Call-Up Complete: [U059] - On 04/23/1996

PLAN: PER RC DIARY,APP CLM FOR 2ND PHASE REQ MED UPDATE FROM AP.
FOLLOW FOR MED THEN REFER BACK TO L.SCREEN.

[U059] - On 04/26/1996 11:01 - For 699501171006
Call-Up For: [U059] - On 05/31/19    Call-Up Complete: [U059] - On 06/12/1996

MAILED LETTERS TO DR.MOUSAVI & EE REQ UPDATED MED.
PLAN:FOLLOW FOR MED THEN REFER TO L.SCREEN(RC)   AS REQUESTED

[M100] - On 05/03/1996 12:50 - For 699501171006
Call-Up For: [U059] - On 05/10/19    Call-Up Complete: [M027] - On 05/03/1996

SS LETTER RECD

[M027] - On 05/03/1996 14:15 - For 699501171006

MAIL RECV'D. CASE IS CURRENTLY PENDING AT JPO LEVEL.

[M054] - On 05/22/1996 10:45 - For 699501171006
Call-Up For: [U059] - On 05/29/19    Call-Up Complete: [U059] - On 06/12/1996

DR RPT OF PHYSICAL CAP RECD

[M054] - On 06/05/1996 14:03 - For 699501171006
Call-Up For: [U059] - On 06/12/19    Call-Up Complete: [U059] - On 06/05/1996

LTR FROM CRA RECD

[U059] - On 06/05/1996 15:31 - For 699501171006
Call-Up For: [M017] - On 06/06/19    Call-Up Complete: [M027] - On 06/06/1996

SS UNIT REFERRAL(E.HERRIN) : PLEASE HANDLE CRA MAIL

[M027] - On 06/06/1996 08:35 - For 699501171006

MAIL RECV'D. HEARING DATE HAS YET TO BE SCHEDULED.

[U059] - On 06/12/1996 09:35 - For 699501171006
Call-Up For: [U231] - On 06/14/19    Call-Up Complete: [U231] - On 08/16/1996

RC FOLLOW-UP REFERRAL(L.SCREEN) : UPDATED PC FORM,DLM:5/28/96.
PLEASE REVIEW AS YOU REQUESTED(2/21/96 DIARY).

ML00662

A161

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

Jul 05, 2005

Page 4 of 49

[U231] - On 08/16/1996 14:48 - For 699501171006

Call-Up For: [M061] - On 08/16/19    Call-Up Complete: [M061] - On 08/30/1996

```
RC RESPONSE: UPDATE MEDICAL WAS REQUESTED, AND RECEIVED. AP
CONTINUES TO REPORT EE IS TD WITH A TOLERANCE TO WORK 8HRS A DAY,
LIMITS/RESTRIC ARE BASICALLY ON SIT/STAND, ANY MEDICAL RECOMMENDATIO
NS ?TSA WILL NOT IDENTIFY OCCS DUE TO SEVERE REACHING, SIT/STAND
LIMITS.
LISA SCREEN MS,CRC
```

[M061] - On 08/30/1996 13:43 - For 699501171006

Call-Up For: [M061] - On 09/12/19    Call-Up Complete: [M061] - On 08/30/1996

```
RN FOLLOW UP. TELEPHONE CALL RECEIVED FROM CORVEL CASE
MANAGER, SHE HAS AN APPT WITH EE FOR TUESDAY 9-3 IN THE AM
SHE INDICATED THAT EE STATES THAT HE SEES AN INTERNIST MONTHLY,
A CHIROPRACTOR WEEKLY AND AP MONTHLY.
MARION LYONS RN, BA, MPS.
```

[M061] - On 08/30/1996 14:22 - For 699501171006

```
PLEASE DISREGUARD PREVIOUS DIARY ENTRY.
```

[M061] - On 08/30/1996 15:25 - For 699501171006

Call-Up For: [U059] - On 08/30/19    Call-Up Complete: [U059] - On 09/05/1996

```
RN REPLY. SEE DIARY DATED 1-8-96. PLEASE REQUEST ALL INFORMATION
INDICATED FROM ALL OF THE PHYSICIANS EE IS CURRENTLY SEEING. EE
LIVES IN DELAWARE AND HAS A PHYSICIAN IN ALBANY,NY? SHE MUST HAVE
A PHYSICIAN LOCALLY AS WELL. EE ALSO HAS DIABETIS WE WILL NEED AN
UP DATE ON THIS CONDITION ALSO.
WHEN YOU RECEIVE THIS INFORMATION REFER BACK.
MARION  LYONS RN, BA, MPS.
```

[M061] - On 08/30/1996 15:27 - For 699501171006

Call-Up For: [M061] - On 09/30/19    Call-Up Complete: [M061] - On 10/11/1996

```
FOLLOW UP MEDICAL. MARION LYONS RN, BA, MPS.
```

[M100] - On 09/10/1996 15:33 - For 699501171006

Call-Up For: [U059] - On 09/10/19    Call-Up Complete: [U059] - On 09/11/1996

```
SS LETTER RECD
```

[U059] - On 09/11/1996 09:54 - For 699501171006

Call-Up For: [M017] - On 09/12/19    Call-Up Complete: [M017] - On 09/16/1996

```
SS UNIT REFERRAL:PLEASE HANDLE SS MAIL
```

[M011] - On 09/17/1996 10:51 - For 699501171006

Call-Up For: [M017] - On 09/17/19    Call-Up Complete: [M017] - On 09/17/1996

```
LTR RE SS HEARING  RECD
```

[U059] - On 09/27/1996 12:38 - For 699501171006

Call-Up For: [U059] - On 11/18/19    Call-Up Complete: [U059] - On 11/21/1996

```
MED:MAILED LETTERS TO DR.MOUSAVI & EE REQ MED.
PLAN:MED FU REFER BACK TO RN
```

[M017] - On 10/10/1996 11:10 - For 699501171006

```
ALJ HEARING HELD 9/26/96
```

[M061] - On 10/11/1996 15:33 - For 699501171006

Call-Up For: [M061] - On 12/30/19    Call-Up Complete: [M061] - On 01/27/1997

```
RN FOLLOW UP ON MEDICAL.
MARION LYONS RN, BA,MPS.
```

[M045] - On 11/14/1996 13:57 - For 699501171006

Call-Up For: [U059] - On 11/14/19    Call-Up Complete: [U059] - On 11/14/1996

```
LTR RE SS CLM, SS DCSN NTC  RECD
```

ML00663

Claim #:699501171006   Name: GAIL KERNAGHAN

Status: Ended

[U059] - On 11/14/1996 15:15 - For 699501171006

Call-Up For: [M017] - On 11/15/19   Call-Up Complete: [M017] - On 11/15/1996

SS UNIT REFERRAL: PLEASE HANDLE AGENCY MAIL

[M017] - On 11/15/1996 09:53 - For 699501171006

Call-Up For: [M017] - On 11/15/19   Call-Up Complete: [M078] - On 12/02/1997

ALJ DENIAL, APPEALS COUNCIL PENDING/MWC

[U059] - On 11/22/1996 09:52 - For 699501171006

Call-Up For: [U059] - On 02/26/19   Call-Up Complete: [U059] - On 02/03/1997

MED: MAILED 2ND REQ LETTERS TO DR.MOUSAUI & EE REQ MED

PLAN: MED FU-REFER BACK TO RN

[M061] - On 01/27/1997 14:56 - For 699501171006

Call-Up For: [U059] - On 01/27/19   Call-Up Complete: [U059] - On 01/29/1997

RNC FOLLOW UP. PLEASE FOLLOW UP ON REQUESTED MEDICAL. THANKS.

MARION LYONS RN,BA,MPS.

[M061] - On 01/27/1997 14:57 - For 699501171006

Call-Up For: [M061] - On 02/27/19   Call-Up Complete: [M061] - On 03/27/1997

RNC FOLLOW UP ON REQUESTED MEDICAL. MARION LYONS RN,BA,MPS.

[U059] - On 02/03/1997 11:27 - For 699501171006

Call-Up For: [U059] - On 02/26/19   Call-Up Complete: [U059] - On 02/20/1997

MED: MAILED SUSPEND LETTER(EFF 2/1/97) TO EE.REQUESTED MED FROM

DR.MOUSAUI ON 9/27/96 & 11/21/96 NO RESPONSE.

PLAN: MED FU-IF RECD REFER TO RN. IF NOT RECD TERM CLM

[U059] - On 02/07/1997 11:51 - For 699501171006

MED: SW EE- SHE HAS CALLED HER AP SEVERAL TIMES. SHE WILL GO DOWN

TO HER DOCTORS OFFICE HERSELF TO MAKE SURE WE GET INFO.

[M011] - On 02/14/1997 10:02 - For 699501171006

Call-Up For: [U059] - On 02/14/19   Call-Up Complete: [U059] - On 02/20/1997

MED NOTES  RECD

[M011] - On 02/17/1997 13:45 - For 699501171006

Call-Up For: [M017] - On 02/17/19   Call-Up Complete: [M017] - On 02/20/1997

M.W.C.K.& A. LTR  RECD                           a

[U059] - On 02/20/1997 14:18 - For 699501171006

MED:RECD MED UPDATE FROM DR.MOUSAUI,DLM 1/7/97.

EE STATES SHE IS STILL HAVING PAIN,EE HAD BLOCK DONE IN REGION,

WITHOUT BENEFIT.

TX: CONTINUE PROCET,PT & HYPOTHERAPY.

PLAN: REINSTATE CLM THEN REFER BACK TO RNC.

[U257] - On 02/21/1997 12:01 - For 699501171006

*CYCLE CHECK* CM REINSTATED CLM WHEN MED UPDATE WAS REC'D. UPDATED

MED INFO APPEARS TO INDICATE CONT TD. AGREE W CM DECISION AND WILL

MAIL BENE NOTICE TO EE.

ELAINE

[U059] - On 02/21/1997 12:09 - For 699501171006

Call-Up For: [M061] - On 02/24/19   Call-Up Complete: [M061] - On 03/27/1997

RNC FOLLOW-UP REFERRAL: PLEASE REVIEW UPDATED MED AS YOU REQUESTED.

PLEASE SEE 2/20/97 DIARY.

THANKS

SAL M.

[M061] - On 03/27/1997 16:46 - For 699501171006

Call-Up For: [U059] - On 03/27/19   Call-Up Complete: [U059] - On 04/10/1997

RNC FOLLOW UP. REVIEW OF ADDITIONAL MEDICAL INDICATES THAT EE WAS RE

ML00664

Claim #:699501171006    Name: GAIL KERNAGHAN

Jul 05, 2005

Status: Ended

Page 6 of 49

[M061] - On 03/27/1997 16:46 - For 699501171006

Call-Up For: [U059] - On 03/27/19   Call-Up Complete: [U059] - On 04/10/1997

REFERRED TO JEFFERSON PAIN CLINIC.SHE VISITED THERE ON 10-96
EPIDURAL INJECTIONS WERE RECOMMENDED. EE WAS HESITANT. A EMG DONE
2-15-96INDICATES THAT THERE WAS EVIDENCE COMPATIABLE WITH
RADICULOPATHY OF L5-S1. AN MRI DONE 3-96 INDICATES THAT THERE IS
NO EVIDENCE OF REDICULOPATHY. BONE SCAN WAS NEGATIVE. EE SINCE
HAS HAD EPIDURAL BLOCK WITHOUT RESULTS. FROM DOCUMENTATION RECEIVED
IT APPEARS THAT THERE WAS NO VISITS TO A PHYSICIAN FROM 10-96 &
1-7-97. SUGGEST THAT YOU REQUEST UPDATE MEDICAL FROM JEFFERSON
PAIN CLINIC AND ALSO DO A NEURO IME. BE SURE TO SEND EMG,MRI &
BONE SCAN REPORTS TO IME. REQUEST FOR RECOMMENDATIONS AS WELL AS
RTW OWN AND ANY/ALL OCC. PLEASE SEND JOB DESCRIPTION ALSO.PLEASE
REFER BACK WHEN INFORMATION IS RECEIVED. MARION LYONS RN,BA,MPS.

M061] - On 03/27/1997 16:47 - For 699501171006

Call-Up For: [M061] - On 05/02/19   Call-Up Complete: [M061] - On 05/28/1997

RNC FOLLOW UP ON JEFFERSON PAIN CLINC NOTES AND NEURO IME.
MARION LYONS RN,BA,MPS.

U059] - On 04/14/1997 10:58 - For 699501171006

Call-Up For: [U034] - On 05/16/19   Call-Up Complete: [U257] - On 05/20/1997

MED: MAILED LETTERS TO DR.RATNER AT THE JEFFERSON PAIN CLINIC AND
EE REQUESTING MED.
PLAN: MED FU THEN REFER BACK TO RNC.

U257] - On 04/24/1997 14:20 - For 699501171006

Call-Up For: [U034] - On 05/12/19   Call-Up Complete: [U257] - On 05/20/1997

IME: MAILED NEURO IME REQUEST TO UNIVAL, PER RNC REQUEST.
PLAN: IME FU THEN REFER BACK TO RNC

M011] - On 04/30/1997 09:35 - For 699501171006

Call-Up For: [U034] - On 04/30/19   Call-Up Complete: [U257] - On 05/20/1997

COPY BILL, MED NOTES  RECD

Z058] - On 05/02/1997 17:11 - For 699501171006

Call-Up For: [U816] - On 05/10/20   Call-Up Complete: [U816] - On 11/26/2002

MISCELLANEOUS/ REFER TO FILE

U257] - On 05/20/1997 11:16 - For 699501171006

*SR CASE MGR REFERRAL* PLEASESEE MED BILL FROM PAIN CENTER FOR
$25.41.
THANKS
E CANCELINO

J257] - On 05/20/1997 11:18 - For 699501171006

*MEDICAL UPDATE* REC'D RESPONSE TO MED REQ FROM DR RATNER.
WILL F/U FOR IME RESULTS FROM UNIVAL.
WHEN ALL INFO REC'D , WILL REFER BACK TO RNC.
E CANCELINO

J257] - On 05/20/1997 11:32 - For 699501171006

Call-Up For: [U034] - On 05/30/19   Call-Up Complete: [U257] - On 05/21/1997

*F/U FOR IME APPT DATE*
CALLED UNIVAL AND SPOKE W PAM WHO ADVISED THAT SHE WILL FAX A
CONFIRMATION OF APPT TO US.
E CANCELINO

M043] - On 05/21/1997 09:22 - For 699501171006

Call-Up For: [U034] - On 05/21/19   Call-Up Complete: [U257] - On 05/21/1997

UNIVAL LETTER, COPY OF LETTER SENT TO EE, COPY OF LETTER SENT TO DR.
, AND IME SUMMARY REQUIREMENTS RECD

ML00665

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[U257] - On 05/21/1997 16:21 - For 699501171006

Call-Up For: [U034] - On 06/20/19    Call-Up Complete: [U034] - On 07/08/1997

*F/U FOR REPORT FROM 6-5-97 IME SCHEDULED W DR YANEZ AT 10:00 AM*

[8B10] - On 05/22/1997 00:58 - For 699501171006

Call-Up For: [U059] - On 05/22/19    Call-Up Complete: [U046] - On 05/22/1997

EFT PAYMENTS HAVE STARTED FOR THIS CLAIM
PAYMENTS WILL BE MADE VIA EFT UNTIL FURTHER NOTICE

[M061] - On 05/28/1997 16:14 - For 699501171006

Call-Up For: [M061] - On 06/24/19    Call-Up Complete: [M061] - On 07/18/1997

RNC FOLLOW UP ON INFORMATION REQUESTED FROM PAIN CLINIC AND NEURO
IME TO BE DONE 6-5-97. MARION LYONS RN,BA,MFS.

[M043] - On 06/13/1997 13:35 - For 699501171006

Call-Up For: [M017] - On 06/13/19    Call-Up Complete: [M078] - On 06/16/1997

LETTER FROM SS ADVOCACY RECD

[U034] - On 07/08/1997 17:01 - For 699501171006

Call-Up For: [U034] - On 07/10/19    Call-Up Complete: [U034] - On 07/17/1997

F/U AGAIN WITH UNIVAL 800-332-4463 PAM OR ANN MARIE (RN)
FOR THE STATUS OF THIS REPORT. PAM STATES ON 7-8-97 THAT
THERE WAS SOME SORT OF A PROBLEM AND SHE WOULD LOOK INTO IT
FOR ME. AND GET BACK TO US.
K SCHALLER

[6TKL] - On 07/08/1997 17:03 - For 699501171006

Call-Up For: [U816] - On 07/15/20    Call-Up Complete: [U816] - On 07/28/2003

AGE 65 NEXT MONTH - CHECK PLAN

[U034] - On 07/17/1997 08:43 - For 699501171006

Call-Up For: [U034] - On 07/18/19    Call-Up Complete: [U034] - On 07/24/1997

FAXED IME REPORT RECEIVED FROM UNIVAL.

[M043] - On 07/18/1997 10:20 - For 699501171006

Call-Up For: [U034] - On 07/18/19    Call-Up Complete: [U034] - On 07/24/1997

UNIVAL STATEMENT, EXAM, REPORT, AND VOUCHER RECD

[M061] - On 07/21/1997 10:02 - For 699501171006

Call-Up For: [U034] - On 07/21/19    Call-Up Complete: [U034] - On 07/24/1997

RNC FOLLOW UP. NEURO IME.
REVIEW OF NEURO IME PERFORMED BY DR J RAFAEL YANEZ ON 6-5-97.
THE EXAM INDICATES THAT THERE ARE NO OBJECTIVE FINDINGS THAT
WOULD KEEP EE FROM WORKING. EE IS CURRENTLY INVOLVED WITH THREE
PHYSICIANS DR GRAY OF MIDDLEFORD,DELEWARE, DR ERIC RATNER OF THE
JEFFERSON PAIN CLINIC AND DR SHAHLA V, MOUSAVI.PLEASE SHARE IME WITH
THEM ANDREQUEST A RELEASE TO RTW A/A OCC AS WELL AS A CURRENT
PHYSICIANS STATEMENT OF FUNCTIONAL CAPACITY.PLEASE PLACE STATEMENT
THAT IF NOT HEARD FROM WITH IN THIRTY DAYS WE WILL ASSUME THAT THEY
AGREE WITH IME AND THAT EE CANBE EMPLOYED.SHOULD THEY NOT AGREE
WITH IME PLEASE PROVIDE US WITH OBJECTIVE DOCUMENTATIONSUPPORTING
DISABILITY. PLEASE REFER BACK WHEN RECEIVED. MARION LYONS RN,BA,MFS

[M061] - On 07/21/1997 10:03 - For 699501171006

Call-Up For: [U422] - On 10/30/19    Call-Up Complete: [U422] - On 11/19/1997

RNC FOLLOW UP. REQUESTED MEDICAL.
MARION LYONS RN,BA,MFS.

[M043] - On 07/23/1997 13:53 - For 699501171006

Call-Up For: [M017] - On 07/23/19    Call-Up Complete: [M078] - On 07/23/1997

LETTER FROM SS ADVOCACY RECD

[M078] - On 07/23/1997 14:29 - For 699501171006

MWC AGENCY SAID CASE STILL PENDING AT APPEALS LEVEL DUE TO

ML00666

M078] - On 07/23/1997 14:29 - For 699501171006

| CURRENT BACKLOG. |
| --- |

U034] - On 07/24/1997 16:38 - For 699501171006

Call-Up For: [U034] - On 08/21/19   Call-Up Complete: [U122] - On 09/11/1997

| REQUESTED MEDICAL:   SENT A COPY OF IME TO DR RATNER AND MOUSAVI. |
| --- |
| ALSO ASKED FOR CURRENT RESTRICTIONS, RTW, APSFC. NEED COMMENTS |
| ON IME IF NOT RECEIVED IN 30 DAYS MEANS THEY CONCUR WITH REPORT. |
| K SCHALLER |

U034] - On 07/24/1997 16:39 - For 699501171006

Call-Up For: [U044] - On 07/25/19   Call-Up Complete: [U044] - On 07/29/1997

| SENIOR REFERRAL: |
| --- |
| PLEASE PAY UNIVAL IME BILL OF $735.00 DONE ON 6-5-97. |
| ALSO PAY BILL TO RECORDEX FOR MEDICAL ALREADY RECEIVED. |
| K SCHALLER |

U044] - On 07/29/1997 10:05 - For 699501171006

Call-Up For: [U034] - On 07/29/19   Call-Up Complete: [U034] - On 07/29/1997

| SR REPLY |
| --- |
| BILL TO RECORDEX FOR 25.41 SENT FOR PAYMENT |
| BILL TO UNIVAL FOR 735.00 SENT TO ACCOUNTING |
| VALERIE KESSLER |

U034] - On 08/04/1997 14:35 - For 699501171006

| EE CALLED TO SAY THAT SHE HAS NOT SEEN DR RATNER IN OVER 1 YR AND |
| --- |
| THAT WE SHOULD NOT EXPECT A RESPONSE FROM HIM. SHE IS STILL SEEING |
| DR MOUSAVI AND HE SHOULD RESPOND TO US. |
| K SCHALLER |

U034] - On 08/18/1997 09:32 - For 699501171006

| RECEIVED A REQUEST FOR PRE-PAYMENT OF $150.00 FOR REQUEST FOR |
| --- |
| UPDATED MEDICAL. AS EE HAS INFORMED US THAT SHE HAS NOT SEEN |
| THIS DR IN OVER 1 YR. I INFORMED DR RATNER'S OFFICE THAT WE |
| WOULD NOT BE SENDING IN PAYMENT. |
| WE WILL NOT BE  LOOKING FOR THE COMPLETED MEDICAL. |
| K SCHALLER |

U122] - On 09/12/1997 11:38 - For 699501171006

Call-Up For: [U034] - On 10/27/19   Call-Up Complete: [U034] - On 11/05/1997

| FOLLOW MED NARRATIVE LETTER(2ND REQ) |
| --- |
| UPDATED MED INFO REQUESTE FROM AP, DR. MOUSAVI, R/L, RTW, PHY CAP FO |
| RM. EE ADVISE OF THIS. ADDTLY PROVIDED AP WITH COPIESOF IME REPORT |
| FOR REVIE W/COMMENT. EE ADVISED THAT SINCE THIS IS OUR SECOND REQUES |
| T IT MAY RESULT IN SUSPENSION OF BENEFITS IF INFO IS NOT RECVD. |
| ACTION PLAN: |
| - REFER IME REPORT TO DNS FOR REVIEW. |
| - SUSPEND CLAIM TODAY IF MED INFO NOT RECVD. |
| D.RUIZ |

J034] - On 09/17/1997 16:20 - For 699501171006

| MEDICAL STATUS-CALL FROM EE: |
| --- |
| EE CALLED TO SAY SHE RECEIVED  NOTICE THAT WE WERE SENDING A |
| 2ND REQUEST TO DR MOUSAVI FOR UPDATED MEDICAL AND COMMENTS ON |
| THE IME. SHE INDICATED THAT SHE HAS AN APPOINTMENT WITH A |
| SPECIALIST- DR SCHWARTZMAN A NEUROGOLIST ON 10-16-97. |
| DR MOUSAVI HAS SENT HER FOR A 2ND OPINION AFTER READING THE |
| IME REPORT. SHE WILL MAKE SURE THAT WE GET COPIES OF THE REPORT |
| FROM THIS DR. |
| K SCHALLER |

J034] - On 11/05/1997 11:09 - For 699501171006

| MEDICAL STATUS CALL TO EE:   CALLED EE AT 302-424-2425. |
| --- |

ML00667

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

Jul 05, 2005

Page 9 of 49

[U034] - On 11/05/1997 11:09 - For 699501171006

> DID YOU SEE DR SCHWARTZMAN, YES. HE HAS REFERRED HER TO A NEURO
> SURGEON FOR POSSIBLE SURGICAL INTERVENSION. SHE HAS HAD TESTING DONE
> AND WILL F/U WITH THE DRS TO MAKE SURE I GET A COPY OF THEM.
> I TOLD HER THAT I NEEDED IT WITHIN 2 WKS. SHE TOLD ME SHE WAS GOING
> TO THE DRS OFFICE TODAY AND WOULD MAKE SURE IT IS SENT.

[U034] - On 11/05/1997 11:12 - For 699501171006
Call-Up For: [U034] - On 12/16/19   Call-Up Complete: [U034] - On 01/10/1998

> TEST RESULTS ARE TO BE SENT TO US.
> MEYLOGRAM WAS DONE ON 11-4-97 RESULTS ARE TO BE SENT TO US.

[U231] - On 11/10/1997 14:54 - For 699501171006
Call-Up For: [U034] - On 11/10/19   Call-Up Complete: [U034] - On 11/11/1997

> PHYS REPORT OF PHYS CAP RECD

[U034] - On 11/11/1997 13:36 - For 699501171006

> PHYSICIAN'S REPORT OF PHYSICAL CAPACITY COMPLETED BYDR MOUSAVI:
> EE CAN WALK 5-6HRS PER DAY. STAND 3-4HRS, SIT,CLIMB,REACH OVER SHOUL
> DER 1HR. TWIST,CROUCH,KNEEL,BALANCE,PUSH/PULL,RIGHT FOOT REPETITIVE
> 0HRS. OCCASSIONALLY LIFT UP TO 5LBS. CAN DRIVE WHEN NOT ON RX.
> CAN NOT RTW. PATIENT IS NOT INVOLVED WITH ANY PROGRAMS.
> HE HAS REFERRED HER TO DR SCHWATZMANN.
> NO OFFICE NOTES OR OBJECTIVE EVIDENCE SUBMITTED.
> PLAN: WILL AWAIT DR SCHWATZMANN'S INFORMATION THAT I WAS TOLD WAS ON
> THE WAY.

[U422] - On 11/19/1997 18:04 - For 699501171006
Call-Up For: [U034] - On 12/16/19   Call-Up Complete: [U034] - On 01/10/1998

> RRN REHAB / UPDATE
> REVIEW OF SUBMITTED PHYSICIANS STATEMENT OF FUNCTIONAL CAPACITY
> APPEARS TO BE SOMEWHAT RESTRICTIVE IN VIEW OF THE FACT THAT IT
> HAS BEEN THREE YEARS THAT EE HAS BEEN OOW AND IME FROM DR YANEZ
> INDICATES THAT ALL OBJECTIVE TESTING IS WNL. VERTEBRAL FX IN THIS
> AMOUNT OFTIME SHOULD HAVE BEEN FUSED AS STATED BY DR YANEZ IS
> EVIDENCED ON MRI. PLEASE ATTEMPT TO OBTAIN CURRENT INFORMATION FROM
> DR SCHWATZMAN IF EE HAS SEEN HIM. ALSO REFER THIS FILE TO DR LIM
> FOR FILE REVIEW. THEN REFER BACK. DEPENDING ON INFORMATION RECEIVED
> MAY CONSIDER A TSA FOR POSSIBLE TERM.

[U422] - On 11/19/1997 18:05 - For 699501171006
Call-Up For: [U422] - On 03/03/19   Call-Up Complete: [U422] - On 03/23/1998

> RRN FOLLOW UP ON FILE REVIEW.

[U231] - On 11/25/1997 12:06 - For 699501171006
Call-Up For: [M017] - On 11/25/19   Call-Up Complete: [M078] - On 12/02/1997

> LETTER FROM SS ADVOCACY W/ ACTION OF APPEALS RECD

[M078] - On 12/02/1997 08:31 - For 699501171006
Call-Up For: [M078] - On 05/25/19   Call-Up Complete: [M078] - On 05/19/1998

> F/U W/MC NEILL AGCY REAPPLICATION FILED ABOUT 11/17/97. APPEALS
> CPUNCIL DENIED 09/25/97 AND AGENCY AND CLAIMANT AGREED TO RE-FILE.

[U034] - On 12/03/1997 10:05 - For 699501171006

> EE CALLED TO SAY THAT WE SHOULD RECEIVE THE MYLEGRAM DONE IN NOVEMBE
> R BY MIDDLE OF DEC. SHE WILL BE SEEING A NEURO-SURGEON NEXT WEEK AND
> SHE WILL MAKE SURE THAT WE GET IT.

[U034] - On 01/12/1998 10:48 - For 699501171006
Call-Up For: [U034] - On 01/19/19   Call-Up Complete: [U034] - On 02/06/1998

> MEDICAL STATUS: CALL TO EE TO GET A COPY OF MYLOGRAM DONE IN 11-97.
> SHE STATED SHE HAD A COPY AND WOULD SEND IT RIGHT OFF TO US.
> SHE IS NOT GOING TO HAVE SURGERY DONE AT THIS TIME. SHE DID SEE A
> NEURO SURGEON AND HE THEN RECOMMENDED THAT SHE SEE AN ORTHO SURGEON.

ML00668

[U034] - On 01/12/1998 10:48 - For 699501171006

Call-Up For:  [U034] - On 01/19/19  Call-Up Complete:  [U034] - On 02/06/1998

> SHE IS IN THE PROCESS OF SETTING UP THE EXAM WITH A DR BALTERSTONE.
> WILL F/U WITH EE AS TO THE DATE OF THE EXAM.

[U034] - On 01/12/1998 10:50 - For 699501171006

Call-Up For:  [U034] - On 02/24/19  Call-Up Complete:  [U034] - On 02/06/1998

> F/U WITH EE AS TO THE STATUS OF MEDICAL EXAM WITH ORTHO SURGEON
> DR BALTERSTONE. WHEN IS APPOINTMENT?  WHAT ARE HIS FINDINGS?

[U231] - On 01/20/1998 10:17 - For 699501171006

Call-Up For:  [U034] - On 01/20/19  Call-Up Complete:  [U034] - On 02/06/1998

> COPY OF RADIOLOGY REPORT RECD

[U034] - On 02/10/1998 13:12 - For 699501171006

> LUMBAR MYELOGRAM SUBMITTED BY DR SCHWARTZMAN.
> DX-LUMBAR RADICULAPATHY.
> IMPRESSION: THERE IS A BURST COMPRESSION FRACTRUE AFFECTING THE L3
> VERTEBRAL BODY. THERE IS MILD RETROPULSION OF THE POSTERIOR ASPECT O
> F THE SUPERIOR END-PLATE OF THIS VERTEBRAL BODY INTO THE CENTRAL CAN
> AL, PRODUCING MILD CENTRAL STENOSIS. THE REST OF THE EXAM IS ESSENTI
> ALLY UNREMARKABLE IN APPREARANCE.
> THIS WAS DONE ON 11-4-97.    K SCHALLER

[U034] - On 02/10/1998 13:14 - For 699501171006

Call-Up For:  [U034] - On 04/07/19  Call-Up Complete:  [U034] - On 04/16/1998

> MEDICAL STATUS:   CALL TO EE AT 302-424-2425.
> WHAT IS YOUR CURRENT STATUS AS FAR AS SEEING THE ORTHO DR?
> SHE CHANGED HMO'S AT THE BEGINNING OF THE YEAR AND THE DR SHE HAD
> ORGINALLY BEEN REFERRED TO IS NO LONGER IN THE AREA. SHE MUST GO
> BACK TO THE NEURO DR FOR ANOTHER REFERRAL. SHE WILL GET BACK TO US
> WHEN THIS IS DONE.   KSCHALLER

[U231] - On 02/25/1998 14:24 - For 699501171006

Call-Up For:  [M078] - On 02/25/19  Call-Up Complete:  [M078] - On 02/28/1998

> LETTER FROM SS ADVOCACY RECD

[M078] - On 02/28/1998 08:56 - For 699501171006

> MC NEILL AGENCY ADVISED THAT WE SHOULD ALLOW ANOTHER 90 DAYS FOR
> AN SS DECISION AT THE INITIAL SS LEVEL. ED PETER

[U422] - On 03/23/1998 17:47 - For 699501171006

Call-Up For:  [U034] - On 06/15/19  Call-Up Complete:  [U034] - On 07/06/1998

> RRN REHAB/ INHOUSE FILE REVIEW.
> PLEASE HAVE DR LIM REVIEW THIS FOR EE'S ABILITIES.
> REFER BACK WHEN COMPLETED THANKS. MARION LYONS RN,BA,MPS.

[U422] - On 03/23/1998 17:48 - For 699501171006

Call-Up For:  [U422] - On 08/04/19  Call-Up Complete:  [U422] - On 08/31/1998

> RRN REHAB / FU ON DR LIMS REVIEW. MARION LYONS RN,BA,MPS.

[U113] - On 05/13/1998 12:57 - For 699501171006

Call-Up For:  [M078] - On 05/13/19  Call-Up Complete:  [M078] - On 05/19/1998

> LTR FROM MWCK&A RECD

[U015] - On 05/19/1998 09:24 - For 699501171006

> UPDATED FILE MEDICAL SENT TO MCNEILL AGENCY FOR SOCIAL SECURITY
> DEVELOPMENT.

[M078] - On 05/19/1998 12:15 - For 699501171006

> REAPPLICATION DENIED 4/30/98

ML00669

Claim #:699501171006   Name: GAIL KERNAGHAN

Status: Ended

[MO78] - On 05/19/1998 12:17 - For 699501171006
Call-Up For: [MO78] - On 11/19/19   Call-Up Complete: [MO78] - On 06/19/1998

> F/U W/MWC AGCY RECON DECISION FILED 5/7/981-800-677-0531

[U034] - On 05/19/1998 14:49 - For 699501171006
Call-Up For: [U034] - On 06/08/19   Call-Up Complete: [U034] - On 06/12/1998

> REQUESTED MEDICAL:  EE HAS INFORMED US THAT SHE HAS BEEN
> REFERRED TO DR PHILLIP MAURER FOR EVALUATION. HE HAS PERFORMED
> A MYELOGRAM, THEY TOLD HER THAT A FUSION WILL NOT WORK AS THE
> DISC IS NOT HERIBATED. SHE DOES HAVE JOINT HIP PAIN.
> WILL REQUEST OFFICE NOTES AND TEST RESULTS. K SCHALLER

[U149] - On 06/02/1998 07:47 - For 699501171006
Call-Up For: [U034] - On 06/02/19   Call-Up Complete: [U034] - On 07/06/1998

> CONSULTATION RECD

[U149] - On 06/18/1998 07:44 - For 699501171006
Call-Up For: [MO78] - On 06/18/19   Call-Up Complete: [MO78] - On 06/19/1998

> LTR FROM SS ADVOCACY W/SS INFO RECD

[MO78] - On 06/19/1998 07:39 - For 699501171006

> RECON DENIED 6/6/98

[MO78] - On 06/19/1998 07:39 - For 699501171006

> ALJ FILED 6/12/98

[MO78] - On 06/19/1998 07:41 - For 699501171006
Call-Up For: [MO78] - On 06/12/19   Call-Up Complete: [MO78] - On 09/23/1998

> F/U W/MWC ALJ HEARING DATE FILED 6/12/98 1-800-825-7734
> ED PETERS

[U034] - On 07/07/1998 10:16 - For 699501171006
Call-Up For: [U034] - On 07/14/19   Call-Up Complete: [U034] - On 07/23/1998

> F/U ON IN-HOUSE PHYSICIAN FILE REVIEW.  K SCHALLER

[U285] - On 07/08/1998 14:14 - For 699501171006
Call-Up For: [MO78] - On 07/08/19   Call-Up Complete: [MO17] - On 07/09/1998

> RECD LETTER FROM WILKINS

[MO17] - On 07/09/1998 12:13 - For 699501171006

> ATTY WILKIN REPORTS ALJ NOT SET YET.

[U034] - On 07/23/1998 12:00 - For 699501171006

> IN-HOUSE FILE REVIEW DR LIM ORTHO:
> INTRO: 45 Y/O FEMALE ADVANCED PROGRAMMER FOR IBM, DIABETIC SINCE AGE
> 20, HAD RHEUMATIC FEVER AGE 6, SUSTAINED L3 VERTEBRA BURST FRACTURE
> IN A SLEDDING ACCIDENT 1-17-93. TREATED CONSERVERTLY, DID RTW, UNTI
> L DLW OF 11-21-94. ETE: 16+ BS IN BIOLOGY, MBA. PRIOR HOSPITAL LAB T
> ECH, IBM SINCE 1985. SSDIB DENIED, MOST RECENTLY 6-6-96.
> CLINICAL: INITIALLY CONSERVATIVE TREATMENT AND PT FOR L3 BURST FRACT
> URE. SHE DID RTW DID NEED SOME JOB ACCOMODATIONS TILL DLW 11-21-94.
> DETAILED ORTHO REPORT BY DR ALLEN CARL, ALBANY 12-2-94 NOTED, DISCUS
> SES SURGICAL FUSION AS OPTION. IME BY NEUROSURGEON DR J. RAFACEL
> YANEZ DATED 6-5-97 NOTED, 'NO NEUROLOGICAL FOUNDATION FOR HER INABIL
> ITY TO WORK'.
> AT ISSUE: LTD ANY OCC.........CONTINUED...........
> CONTINUED.........
> OPINION: CONFUSION TO ME IN DR CARL'S NOTE (ON PRESCRIPTION BLANK)
> DATED 4-13-93. 'S.P. PSF'. IT APPEARS OTHERWISE SHE DID NOT HAVE SPI
> NAL FUSION. BASED IN LARGE EXTENT DR CARL'S REPORT 12-2-94 AND DR
> YANEZ'S IME 6-5-97, IT IS MY OPINION SHE COULD RETURN TO SOME FORM O
> F GAINFUL EMPLOYMENT. HER ETE IS EXTENSIVE. MANY CASES OF BURST FRAC
> TURE DO WELL CLINICALLY.

ML00670

[U034] - On 07/23/1998 12:00 - For 699501171006

| DR GEORGE LIM ORTHO.  7-21-98.          K SCHALLER |

[U034] - On 07/23/1998 12:46 - For 699501171006
Call-Up For: [U422] - On 07/24/19   Call-Up Complete: [U422] - On 08/27/1998

| REHAB REFERRAL: |
| PLEASE REVIEW DR LIM'S REVIEW OF THIS CLAIM AND ADVISE. K SCHALLER |

[M819] - On 07/27/1998 15:51 - For 699501171006
Call-Up For: [U422] - On 08/27/19   Call-Up Complete: [U422] - On 08/27/1998

| CCO: EE WANTS TO RTW PART TIME |
| EE WANTED TO DISCUSS PART TIME RTW WITH CM, TRANSFERRED CALL AND |
| SHE REC'D VOICEMAIL. |

[U422] - On 08/27/1998 16:39 - For 699501171006
Call-Up For: [M231] - On 08/27/19   Call-Up Complete: [M231] - On 10/08/1998

| RRN REHAB/ TRANSFER |
| REVIEW OD ADDITIONAL MEDICAL SUBMITED AND DR LIMS REVIEW. |
| BOTH IN HOUSE PHYSICIANCONSULT - DR LIMAND IME AGREE THAT EE CAN |
| WORK PART TIME. E/T/E BASIC PROGRAMER EDUCATION,MBA COMPUTER SCIENCE |
| SHE HAS BEEN A ADVISOR PROGRAMER FOR IBM SINCE 7-1-95 TO PRESENT. EE |
| HAS THE FOLLOWING JOB EXPERIENCESPROGRAMER, SERVICE PLANNER AND |
| PROGRAM SERVICE MANAGER.PLEASE EVALUATE AND ASSIST WITH PLACEMENT. |
| EE HAS CALLED AND EXPRESSED AND INTEREST IN PARTTIME EMPLOYMENT. |
| MARION LYONS RN,BA,MPS. |

[U422] - On 08/27/1998 16:40 - For 699501171006
Call-Up For: [U422] - On 10/12/19   Call-Up Complete: [U422] - On 11/18/1998

| RRN REHAB / F/U WITH VOCATIONAL |
| MARION LYONS RN,BA,MPS. |

[U231] - On 09/10/1998 11:59 - For 699501171006
Call-Up For: [M078] - On 09/10/19   Call-Up Complete: [M078] - On 09/23/1998

| LETTER FROM SS ADVOCACY RECD |

[J811] - On 09/10/1998 13:51 - For 699501171006

| CCO: GENERAL REQUEST |
| EE WOULD LIKE EFT CHANGE FORM FAXED TO HER. |
| WILL DO TODAY |

[J231] - On 09/17/1998 13:29 - For 699501171006
Call-Up For: [U034] - On 09/17/19   Call-Up Complete: [U034] - On 09/17/1998

| AUTH FOR EFT W/ PHOTO COPIES OF FORMS RECD |

[M078] - On 09/23/1998 14:47 - For 699501171006

| ALJ HEARING DATE 10/9/98 |

[M078] - On 09/23/1998 14:47 - For 699501171006
Call-Up For: [M078] - On 01/09/19   Call-Up Complete: [M078] - On 01/05/1999

| F/U W/MWC ALJ DECISION FOR 10/09/98 HEARING |

[M231] - On 10/08/1998 17:25 - For 699501171006
Call-Up For: [M231] - On 10/19/19   Call-Up Complete: [M231] - On 10/29/1998

| RC REVIEW/PLAN: EE IS A 46 YR OLD PROGRAMER ADVISOR FOR IBM APPROX |
| 10YRS. SHE HAS A BS DEGREE IN BIOLOGY, AND A MBA DEGREE IN COMPUTER |
| SCIENCE. EE PREVIOUS WORK HX. INCLUDES SERVICE PLANNER, PROGRAMMER |
| AND SERVICE MANAGER. SHE IS DX LUMBAR RADICULAPATHY AS A RESULT OF A |
| SLEDDING ACCIDENT 1/93. EE ATEMPTED TO RTW W/ACCOMODATIONS BUT WAS |
| NOT SUCCESSFUL. EE HAS RECEIVED CONSERVATIVE TX AND PT. SHE COMPLAIN |
| S OF HIP PAIN, AND REPORTS DIFFICULTY SITTING, STANDING FOR PERIODS |
| OF TIME, AS WELL ASREACHING DIFFICULTIES. EE HAS BEEN DENIED SSDI |
| ON 2 APPEALS. SHE REPORTS INTEREST IN PT RTW. PREDISAB WAGE $4,475 |
| MNTH, BASE $2983.48MNTH. |
| RC PLAN: ACCEPT FOR REHAB, CONTACT EE DISCUSS RTW PLANS,DEVELOP |

ML00671

Diary Review - Report

Claim #:699501171006   Name: GAIL KERNAGHAN

Status: Ended

Jul 05, 2005

Page 13 of 49

[M231] - On 10/08/1998 17:25 - For 699501171006
Call-Up For: [M231] - On 10/19/19   Call-Up Complete: [M231] - On 10/29/1998

> WRITTEN PLAN.
> LISA S. HOUSLEY,MS,CRC

[M231] - On 10/08/1998 18:04 - For 699501171006

> RC UPDATE: TC TO EE TO DISCUSS RTW OPTIONS. EE REPORTS SHE IS NOT
> SURE IF SHE IS CAPABLE OF PERFORMING ANY TYPE OF WORK CONSISTENTLY.
> SHE HAS ATTEMPTED A GRADUAL RTW PROGRAM WITH IBM APPROX. 4YRS AGO
> AND WAS UNSUCCESSFUL, MOSTLY BECAUSE PAIN AND DISCOMFORT WAS SO
> ERATIC. SHE HAS GOOD DAYS AND BAD DAYS, GOOD 3-4DAYS, BAD 7DAYS.
> SHE IS SEEING A COUNSELOR TO ASSIST W/ADJUSTMENT ISSUES, AND IS
> TAKING A ANTI DEPRESSANT, AS WELL AS PAIN MEDICINE, WHICH MAKES IT
> DIFFICULT TO FUNCTION AND DRIVE. SHE HAS ATTEMPTED WATER THERAPY
> BUT COULD NOT ATTEND CONSISTENTLY. SHE EXPERIENCES PAIN IN R/HIP
> RADIATES DOWN LEG. EE WORKED AS A PROGRAM MANAGER, MS INFO SYSTEMS.
> EE HAS A COMPUTER/WORK STATION AT HOME, ATTEMPTED AT HOME SET UP
> W/IBM DID NOT WORK BECAUSE THEY WORK CREATING WORK FOR HER, WAS
> NOT VALUE ADDEDD. EE APPEARS TO NEED A FLEXIBLE ENVIRONMENT,
> SCHEDULE, IS NOT LIMITING SELF TO HOME, BUT IT IS A RURAL AREA, 20MI
> FROM DOVER, 1 1/2HR FROM WILLMININGTON.
> RC PLAN: IDENTIFY VENDOR, EXPLORE ER, PT/FLEXIBLE, DEVELOP WRITTEN
> PLAN.
> LISA S. HOUSLEY,MS,CRC

[U231] - On 10/15/1998 13:14 - For 699501171006
Call-Up For: [M078] - On 10/15/19   Call-Up Complete: [M078] - On 10/26/1998

> LETTER FROM SS ADVOCACY RECD

[MO78] - On 10/26/1998 07:21 - For 699501171006

> MWC AGENCY SAID THAT THEY ATENDED THE 10/09/98 ALJ HEARING AND
> AWAIT THE DECISION. THEY WILL CONTINUE TO KEEP US ADVISED.

[MO78] - On 10/26/1998 07:22 - For 699501171006

> SOCIAL SECURITY REPRESENTATIVE IS:
> MC NEILL, WILKIN, COLELLA, KUPENS & ASSOCIATES
> 312A UNION WHARF, BOSTON, MA. 02109
> PHONE 1-800-825-7734   FAX   617-367-1243
> ED PETERS

[M231] - On 10/29/1998 12:12 - For 699501171006
Call-Up For: [M231] - On 11/11/19   Call-Up Complete: [M231] - On 11/12/1998

> RC UPDATE: FILE HAS BEEN REFERRED TO CONCENTRA CARE TO BE ASSIGNED
> TO VOC, CRC TO MEET W/ EE, EXPLORE LMS FOR FEASIBLE RTW OPTIONS.
> LISA S. HOUSLEY,MS,CRC

[U231] - On 11/05/1998 12:00 - For 699501171006
Call-Up For: [M231] - On 11/05/19   Call-Up Complete: [M231] - On 11/12/1998

> CONCENTRA LETTER RECD

[M231] - On 11/12/1998 16:38 - For 699501171006
Call-Up For: [M231] - On 12/06/19   Call-Up Complete: [M231] - On 12/14/1998

> RC UPDATE: TC AND LETTER FROM CONCENTRA VOC CMASSIGNED TO FILE,
> APPARENTLY FILE WAS REFERRED TO WRONG OFFICE, WILL BE RE-REFERRED.
> LISA S. HOUSLEY,MS,CRC

[J231] - On 11/17/1998 10:15 - For 699501171006
Call-Up For: [M231] - On 11/17/19   Call-Up Complete: [M231] - On 11/18/1998

> INVOICE W/ CLOSURE REPORT RECD

[M231] - On 11/17/1998 17:27 - For 699501171006

> RC UPDATE: TC FROM BARBARA BAYNARD MALLARD 302-454-8900,
> EXT 3010. SHE HAS SCHEDULED TO MEET W/EE TOMORROW 11/18/98.

ML00672

Diary Review - Report

Claim #:699501171006   Name: GAIL KERNAGHAN

Status: Ended

Jul 05, 2005

Page 14 of 49

**[M231] - On 11/17/1998 17:27 - For 699501171006**

RC SHARED WORK BACKGROUND, PREVIOUS ATTEMPT TO RTW, AND
PLAN OF ACTION/JOB DEVELOPMENT, PT-FULL-TIME RTW.
LISA S. HOUSLEY,MS,CRC

**[M231] - On 11/18/1998 13:42 - For 699501171006**

RC UPDATE: CLOSURE REPORT RECEIVED FROM FERN SCHOR FILE HAD
BEEN TRANSFERRED TO THE WRONG OFFICE, CORRECT TEL# AND ADDRESS
WAS OBTAINED FROM RC, AND FILE WAS FOWARDED. FILE IS ASSIGNED
IN DELAWARE OFFICE. INVOICE/BILL $33.00 WILL BE DISPUTED, WAS NOT
A MET ERROR.LEY,MS,CRC
LISA S. HOUSLEY,MS,CRC

**[U231] - On 12/11/1998 07:24 - For 699501171006**

Call-Up For: [M231] - On 12/11/19   Call-Up Complete: [M231] - On 12/14/1998

JOB CHARACTERISTICS W/ OPTIONS RECD

**[M231] - On 12/14/1998 17:21 - For 699501171006**

Call-Up For: [M231] - On 01/07/19   Call-Up Complete: [M231] - On 12/24/1998

RC UPDATE: JOBS IDENTIFIED THROUGH JOB EXPLORATION/ANALYSIS WERE
IDENTIFIED AND FAXED, THESE ARE BASED ON EE PREVIOUS WORK EXP. AS
A SYSTEMS ANALYST, AND MEDICAL TECH. A NARRATIVE DESCRIPT. WILL BE
MAILED. RC WILL FOLLOW, JOB ALTERNATIVES, AND POSSIBLE REHAB EMPLOY
MENT.
LISA S. HOUSLEY,MS,CRC

**[U231] - On 12/15/1998 07:42 - For 699501171006**

Call-Up For: [M231] - On 12/15/19   Call-Up Complete: [M231] - On 12/24/1998

VOC REPORT W/ INVOICE RECD

**[M231] - On 12/24/1998 11:47 - For 699501171006**

RC CLOSURE:INITIAL REPORT/HOME VISIT RECEIVED FROM CONCENTRA VOC
SPECIALIST/BARBARA BAYNARD, INVOICE $524.69. EE REPORTS THAT SHE HAS
CONSTANT PAIN IN HER BACK AND R/HIP, WEATHER, PHYSICAL ACTIVITY OR A
NY OVER STIMULATION TRIGGERS PAIN. SHE CURRENTLY TAKES MEDICATIONS
(SEE REPORT), USES A HEATING PAD AND LAYS DOWN EVERY 2-3HRS FOR AT
LEAST HALF AN HOUR AT A TIME. SHE TAKES WATER WALKING AT THE YMCA, B
UT CANNOT ALWAYS ATTEND DUE TO THE PAIN OF TRAVELING THE 20MINUTES.
SHE ALSO REPORTS THE MEDICATION MAKES HER DROWSY, IN THE PAST SHE HA
S WORN A BODY CAST, HAD EPIDURAL AND FACET BLOCK INJECTIONS, AS WELL
AS ATTENDED PT, UTILIZED A TENS UNIT AND ACUPUNCTURE. A LMS WAS PERF
ORMED BASED ON ETE, LAB ASSIST, TECH SUPPORT SPECIALIST, PROGRAM AID
AND COMPUTER OPERATOR, BASED ON DELAWARE AREA, LAB ASSIST/AVG $9.54H
TECH SUPPORT $9.87HR, COMPUTER OPERATOR $10.92HR. EE BASE BENEFIT
EXCEEDS WAGES AVAILABLE IN LMS.
RC PLAN: PER CONFERENCE WITH CMS, IT APPEARS EE HAS POOR POTENTIAL
FOR RTW AT GAINFUL/FULLTIME WAGES. EE BELIEVES SHE IS ONLY CAPABLE
OF 2-3HRS MAX WORK DAILY. REHAB FILE WILL CLOSE BASED ON LIMITED
WORK CAPACITY AND LESS THAN COMMENSURATE WAGES IN LABOR MARKET.
LISA S. HOUSLEY,MS,CRC

**[M231] - On 12/24/1998 11:49 - For 699501171006**

Call-Up For: [U034] - On 12/28/19   Call-Up Complete: [U034] - On 01/28/1999

RC CLOSURE: SEE PREVIOUS HOMEVISIT SUMMARY, EE HAS POOR POTENTIAL
FOR RTW PER OUR PREVIOUS DISCUSSION.
LISA S. HOUSLEY,MS,CRC

**[M231] - On 12/24/1998 11:52 - For 699501171006**

RC UPDATE: TC TO MS. MALLORY/CONCENTRA TO DISCUSS DIRECTION OF FILE,
MESSAGE LEFT.
LISA S. HOUSLEY,MS,CRC

ML00673

Claim #:699501171006   Name: GAIL KERNAGHAN

Status: Ended

Jul 05, 2005

Page 15 of 49

[U800] - On 01/04/1999 09:50 - For 699501171006

CCO: RC ONLY
TRANSFERRED TO VM.

[U015] - On 01/04/1999 13:52 - For 699501171006
Call-Up For: [M078] - On 01/04/19   Call-Up Complete: [M078] - On 01/05/1999

NOTICE OF DENIAL REC'D FROM MCNEILL AGENCY.

[M078] - On 01/05/1999 13:51 - For 699501171006

ALJ DENIED 12/11/98

[M078] - On 01/05/1999 13:52 - For 699501171006

APPEALS COUNCIL REQUEST FILED 12/29/98

[M078] - On 01/05/1999 13:53 - For 699501171006
Call-Up For: [M078] - On 12/29/19   Call-Up Complete: [M078] - On 08/16/1999

F/U W/HWC APPEALS COUNCIL DECISION FILED 12/29/98

[M231] - On 01/12/1999 14:30 - For 699501171006

RC UPDATE: TC TO VENDOR, DISCUSSED VOC FILE CLOSURE BASED ON LABOR
MARKET, AND EE/MEDICAL REPORT OF LIMITED PHYSICAL CAPACITY.
LISA S. HOUSLEY,MS,CRC

[U026] - On 01/21/1999 09:56 - For 699501171006

A BILL IN THE AMOUNT OF $524.69 WAS SENT FOR PAYMENT.
RTK

[U034] - On 01/28/1999 16:29 - For 699501171006
Call-Up For: [U034] - On 02/01/19   Call-Up Complete: [U034] - On 03/09/1999

ACTION PLAN:
REVIEW CLAIM AS RC HAS CLOSED.   K SCHALLER

[U034] - On 03/09/1999 12:53 - For 699501171006

ACTION PLAN:   REQUEST FINANCIAL LETTER THEN SEND FOR UPDATED
MEDICAL FROM AP'S.
AS PER REHAB CLOSURE, EE IS NOT A GOOD CANDIATE FOR REHAB AS
THERE ARENOT POSITIONS IN HER AREA THAT ARE COMMUSERATE TO HER
WAGES. WILL CONTINUE TO F/U MEDICAL.
K SCHALLER

[U034] - On 03/09/1999 13:05 - For 699501171006
Call-Up For: [U034] - On 04/06/19   Call-Up Complete: [U034] - On 04/15/1999

F/U WITH EE FRO COMPLETED FINANCIAL LETTER W/AUTHORIZATION.
PLAN:   SEND 2ND REQUEST IF NOT RECEIVED.   K SCHALLER

[U003] - On 04/15/1999 10:29 - For 699501171006
Call-Up For: [U034] - On 04/15/19   Call-Up Complete: [U034] - On 04/29/1999

LTD INFO RECD

[U034] - On 04/29/1999 07:34 - For 699501171006

FINANCIAL LETTER RECEIVED:
NO OTHER INCOME.
NO TO REHAB.
NO TO WORKING.
DR TREATING: DR S. MOUSAVI.
ADDRESS AND PHONE CORRECT.
K SCHALLER

ML00674

Diary Review - Report

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

Jul 05, 2005

Page 16 of 49

[U034] - On 04/29/1999 07:43 - For 699501171006
Call-Up For: [U034] - On 07/16/19    Call-Up Complete: [U034] - On 07/14/1999

REQUESTED MEDICAL:    SENT REQUEST TO DR MOUSAVI FOR UPDATE.
ASKING FOR OFFICE NOTES AND COMPLETE APSFC.
PLAN:    SEND 2ND REQUEST IF NOT RECEIVED.    K SCHALLER

[U003] - On 05/10/1999 13:22 - For 699501171006
Call-Up For: [U034] - On 05/10/19    Call-Up Complete: [U034] - On 05/17/1999

MED BILL RECD

[U034] - On 05/17/1999 14:11 - For 699501171006
Call-Up For: [X079] - On 05/18/19    Call-Up Complete: [X079] - On 05/17/1999

SENIOR REFERRAL: PAY PRE-PAYMENT BILL.
PLEASE PAY BILLS TO DR MOUSAVI $50.00 FOR OFFICE NOTES AND $20.00
FOR DR TO COMPLETE ATTENDING PHYSICIANS FORM.
TOTAL OF $70.00.    K SCHALLER

[X079] - On 05/17/1999 15:05 - For 699501171006
Call-Up For: [U034] - On 05/18/19    Call-Up Complete: [U034] - On 05/18/1999

SENT FOR PAYMENT
PREPAYMENT REQUEST FOR 70.00 TO DR MAUSAVI
V. KESSLER

[U003] - On 07/09/1999 13:48 - For 699501171006
Call-Up For: [U034] - On 07/09/19    Call-Up Complete: [U034] - On 07/20/1999

APSS AND MED INFO RECD

[U015] - On 07/19/1999 10:11 - For 699501171006
Call-Up For: [M078] - On 07/19/19    Call-Up Complete: [M078] - On 07/23/1999

COPY OF LETTER TO CLAIMANT REC'D FROM MCNEILL AGENCY.

[U034] - On 07/20/1999 13:32 - For 699501171006

APSFC COMPLETED BY DR MOUSAVI (NEUROLOGY)
NO HISTORY OR DX GIVEN.
LIMITATIONS ARE LISTED AS AVOID COMPLETELY OR SOME ON ALL. SHOULD
NEVER LIFT. HAS DEPRESSION. PROGRESS EVALUATION IS UNIMPROVED.
IS CONSIDERED DISABLED FOR ANY OCCUPATION. IS OUT INDEFINITELY.
DR SHAHLA MOUSAVI    NEUROLOGY.    K SCHALLER

[U034] - On 07/20/1999 13:51 - For 699501171006
Call-Up For: [U034] - On 08/03/19    Call-Up Complete: [M065] - On 09/01/1999

F/U WITH DR MOUSAVI FOR COMPLETED APSFC.
NEED TO COMPLETE SECTION #1.
PLAN:    SEND 2ND REQUEST IF NOT RECEIVED.    K SCHALLER

[U034] - On 07/20/1999 13:52 - For 699501171006
Call-Up For: [U034] - On 04/01/20    Call-Up Complete: [U034] - On 03/07/2000

POSSIBLE SUSPEND

[M078] - On 07/23/1999 08:50 - For 699501171006

SSS NOTE: MWC SENT US A COPY OF THEIR LETTER TO THE CLAIMANT
GIVING THE CLAIMANT A CHOICE OF EITHER STAYING WITH THEY AS THEIR
SS REPRESENTATIVE OR GOING WITH WILLIAM WILKIN (NORMANDY GROUP IN
HERNDON, VIRGINIA)IN VIEW OF WILKIN LEAVING THEIR FIRM.

[U231] - On 07/27/1999 13:11 - For 699501171006
Call-Up For: [M231] - On 07/27/19    Call-Up Complete: [M231] - On 07/29/1999

PAST DUE INVOICE RECD

[M078] - On 08/16/1999 13:40 - For 699501171006
Call-Up For: [X096] - On 05/29/20    Call-Up Complete: [X096] - On 01/03/2001

F/U W/THE NORMANDY GROUP APPEALS COUNCIL DECISION FILED 12/28/99

ML00675

Daily Review - Report

**[M078] - On 08/16/1999 13:40 - For 699501171006**

```
THE SOCIAL SECURITY ATTORNEY IS
THE  NORMANDY GROUP
P.O. BOX 5099
HERNDON, VA. 20172-5099
PHONE #1-800-677-0531
THEI CLAIMANT CHOSE TO GO
WITH THE NORMANDY GROUP
AFTER THEY SPLIT FROM THE MWC AGENCY
```

**[M078] - On 08/16/1999 13:42 - For 699501171006**

```
NOTE FROM MWC SAID THAT AS OF 8/12/99 THERE WAS NO DECISION FROM
THE APPEALS COUNCIL.
```

**[M065] - On 09/01/1999 11:40 - For 699501171006**
**Call-Up For: [U034] - On 09/15/19   Call-Up Complete: [U034] - On 10/11/1999**

```
FOLLOW UP WITH DR. SHAHLA'S OFFICE BY PHONE IN REFERENCE TO OUR REQU
EST FOR THE COMPLETION OF THE FUNCTIONAL CAPACITY FORM THAT WAS SENT
TO HIM TWICE. 302-629-0266
```

**[U026] - On 09/02/1999 11:42 - For 699501171006**

```
A BILL IN THE AMOUNT OF $33.00 WAS SENT FOR PAYMENT.
```

**[M078] - On 11/15/1999 12:55 - For 699501171006**

```
PER REPORT, THE NORMANDY GROUP STILL AWAITS THE AUDIOCASSETTE
FROM SS FOR THE ALJ DENIAL OF 12/29/98.
```

**[U231] - On 03/06/2000 13:48 - For 699501171006**
**Call-Up For: [U034] - On 03/06/20   Call-Up Complete: [U034] - On 03/07/2000**

```
APSFC W/ ADDRESS VER RECD
```

**[U034] - On 03/07/2000 11:09 - For 699501171006**

```
APSFC COMPLETED BY DR MOUSANIN.
DLV: 3-1-00.   DX: BACK PAIN.
TREATMENT: PAIN MANAGMENT.
HAD LISTED SOME TO AVIOD COMPLETELY FOR ALL LIMITATIONS.
UNABLE TO LIFT ANY WEIGHT.
YES DOES HAVE SOME PSYCHOLOGICAL PROBLEMS.
PROGRESS EVALUATION IS UNIMPROVED.
IS TD ANY OCC AND IS OUT INDEFINITE TIME.
DR MOUSANIN,   PAIN MANAGEMENT.
K SCHALLER
```

**[U034] - On 03/07/2000 11:11 - For 699501171006**
**Call-Up For: [U034] - On 04/01/20   Call-Up Complete: [U034] - On 04/05/2001**

```
POSSIBLE SUSPEND
```

**[U034] - On 03/07/2000 11:13 - For 699501171006**
**Call-Up For: [U034] - On 12/01/20   Call-Up Complete: [U034] - On 01/18/2001**

```
SENT EE THE ANNUAL FINANCIAL LETTER W/AUTHORIZATION.
K SCHALLER
```

**[U022] - On 04/18/2000 17:44 - For 699501171006**

```
UNIT REVIEW- UNIT MANAGER
```

**[U022] - On 04/19/2000 11:43 - For 699501171006**
**Call-Up For: [M231] - On 04/20/20   Call-Up Complete: [M231] - On 05/18/2000**

```
UNIT MG NOTE/VOC REFERRAL- AS DISCUSSED WITH NC AND UM PLEASE
CALL EE- PREVIOUSLY INTERESTED IN TRYING TO RETUR TO WORK-HER
FEELINGS ON TRYING THIS AGAIN? RONDA AUSTIN
```

ML00676

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[X096] - On 06/05/2000 07:56 - For 699501171006

```
F/U INTERVIEW W/NORMANDY GROUP. THEY STILL WAIT FOR AUDIO-CASSETTE
FROM SS FOR THE ALJ HEARING SO THEY CAN PREPARE THEIR BRIEF FOR
THE APPEAL AT THE APPEALS COUNCIL LEVEL.
```

[M231] - On 06/22/2000 13:40 - For 699501171006

Call-Up For: [M231] - On 06/27/20    Call-Up Complete: [M231] - On 06/22/2000

```
RC REREVIEW/PLAN: EE IS A 47 YR OLD PROGRAMMER ADVISOR FOR IBM APPRO
10YRS. SHE HAS A BS DEGREE IN BIOLOGY, AND A MBA DEGREE IN COMPUTER
SCIENCE. EE PREVIOUS WORK HX. INCLUDES SERVICE PLANNER, PROGRAMMER
AND SERVICE MANAGER. SHE IS DX LUMBAR RADICULAPATHY AS A RESULT OF A
SLEDDING ACCIDENT 1/93. SHE ATEMPTED TO RTW W/ACCOMODATIONS BUT WAS
NOT SUCCESSFUL. EE HAS RECEIVED CONSERVATIVE TX AND PT. SHE COMPLAIN
S OF HIP PAIN, AND REPORTS DIFFICULTY SITTING, STANDING FOR PERIODS
OF TIME, AS WELL AS REACHING DIFFICULTIES. EE HAS BEEN DENIED SSDI
ON 2 APPEALS. PREDISAB WAGE $4,475MNTH. BASE BENEFIT $2983.48MNTH.
RC PLAN: 2ND ATTEMPT TO CONTACT EE, MESSAGE LEFT, SEND LETTER IF NO
REPLY. IBM NOW OFFERS PERM. PT WILL EXPLORE RTW OPTIONS, CURRENT
MEDICAL STATUS.
LISA S. HOUSLEY,MS,CRC
```

[M231] - On 06/22/2000 16:20 - For 699501171006

Call-Up For: [M231] - On 07/07/20    Call-Up Complete: [M231] - On 07/05/2000

```
RC UPDATE: RTC FROM EE. SHE INDICATES THAT SHE HAS RECENTLY
ATTEMPTED TO FORCE HERSELF INTO FOLLOWING A DAILY PATTERN,
WAKING-UP, AND GOING TO BED AND HAS NOT BEEN VERY SUCCESSFUL. SHE
HAS ALSOBEEN VOLUNTEERING AT A LOCAL LIBRARY AND ASSIST. SENIORS
WITH ACCESSING THE INTERNET. SHE HAS A 5YR OLD COMPUTER AT HOME. SHE
REPORTS SHE USUALLY HELPS AT THE LIBRARY 1DAY FOR 3HRS, SHE HAS NOT
BEEN ABLE TO ALWAYS FOLLOW THROUGH W/SCHEDULE DUE TO FLARE-UPS OF
BACK PAIN, USUALLY REQUIRES HER TO LAY DOWN. SHE HAD ATTEMPTED TO
WORK FROM HOME FOR IBM BUT FOUND THAT SHE WAS NOT PRODUCTIVE, BECAUS
E SHE WOULD HAVE TO TAKE BREAKS AFTER 2HRS. THOUGH SHE WORKED AS A
PROGRAMMER/TITLE SHE HAS NO COMPUTER EXPERTISE-SHE WORKED AS A MANAG
ER. SHE IS INTERESTED IN EXPLORING PART-TIME RTW OPTIONS, SHE HAS
BEGUN TO SAVE NEWSPAPER CLIPPINGS OF INTERESTING JOBS, BUT NEEDS
ASSISTANCE WITH EXPLORING OPTIONS. SHE THINKS SHE COULD BE A GOOD
TEACHER/INSTRUCTOR, POSSIBLY MATH WHICH SHE IS GOOD AT.
REHAB PLAN: REFER FILE TO SPECIALIST, ASSESSMENT TOOLS FOR INTEREST
TESTING, IDENITFY APPROPIRATE OCCUP. THAT WOULD ALLOW FLEXIBILITY.
LISA S. HOUSLEY,MS,CRC
```

[M231] - On 07/05/2000 10:15 - For 699501171006

Call-Up For: [M231] - On 07/16/20    Call-Up Complete: [M231] - On 07/17/2000

```
RC UPDATE: TC FROM BARBARA STEVENSON/CONCENTRA VOC COUNSELOR, SHE
WILL BE CONTACTING EE TO SCHEDULE ASSESSMENT AND INTEREST INVENTORY.
RC DISCUSSED MEDICAL BACKGROUND AND TIME OOW, WILL EXPLORE SHORT
TERM TRAINING PROGRAMS TO OPTAIN JOB SKILS. PER INFO. FROM EE SHE
WORKED AS A MANAGER AND HAS OUTDATED COMPUTER SKILLS/10YRS.
RC PLAN: FOLLOWASSESSMENT.
LISA S. HOUSLEY,MS,CRC
```

[U231] - On 07/06/2000 09:31 - For 699501171006

Call-Up For: [M231] - On 07/06/20    Call-Up Complete: [M231] - On 07/17/2000

```
CONCENTRA LETTER RECD
```

[M231] - On 07/17/2000 09:56 - For 699501171006

Call-Up For: [M231] - On 07/30/20    Call-Up Complete: [M231] - On 08/03/2000

```
RC UPDATE: TC FROM STEVENS/CRC VENDOR. SHE REPORTS THAT SHE MET W/EE
AND EE APPEARS MOTIVATED TO PURSUE PT WORK. EE DID NOT APPEAR IN ANY
PHYSICAL DISTRESS. HOME WAS EMACCULATE AND HAS AN ELABORATE COMPUTER
SET UP. SHE APPEARS TO HAVE MAINTAINED PROGRAMMING KNOWLEDGE PER DIS
CUSSION OF TROUBLE SHOOTING, AND DATA BASES. EE INDICATES PARAMETERS
FOR RTW, PT, NO PEOPLE CONTACT. SHE APPEARS HAPPY STAYING AT HOME/
CONTENT. STEVENS FEELS SKILLS MAY BE ALITTLE RUSTY, BUT OTHER THAN
DESIRE UNSURE WHAT PRECLUDES EE FROM WORKING FULL-TIME. CRC DOES
NOT BELIEVE EE WILL COOPERATE IN FULL-TIME RTW PLAN. REHAB PLAN WILL
BE TO IDENTIFY PART-TIME RTW OPTIONS W/POTENTIAL FOR FULL-TIME. RC
AND CRC/VENDOR AGREE FUTHER MEDICAL INVESTIGATION MAY BE WARRANTED.
```

ML00677

Diary Review - Report

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

Jul 05, 2005
Page 19 of 49

[M231] - On 07/17/2000 09:56 - For 699501171006
Call-Up For:  [M231] - On 07/30/20   Call-Up Complete:  [M231] - On 08/03/2000

STEVENS/302-378-7450.
LISA S. HOUSLEY,MS,CRC

[U486] - On 07/25/2000 08:47 - For 699501171006
Call-Up For:  [M231] - On 07/25/20   Call-Up Complete:  [M231] - On 07/27/2000

RECD DOC BILL

[M231] - On 07/27/2000 15:56 - For 699501171006

RC UPDATE: CONCENTRA INVOICE $321.83 AND REPORT PREVIOUSLY
DIARED. LISA S. HOUSLEY,MS,CRC

[M231] - On 08/04/2000 10:23 - For 699501171006
Call-Up For:  [M231] - On 08/17/20   Call-Up Complete:  [M231] - On 08/23/2000

RC UPDATE: FOLLOW JOB EXPLORATION, LISA S. HOUSLEY,MS,CRC

[U026] - On 08/09/2000 13:38 - For 699501171006

A BILL IN THE AMOUNT OF $321.83 WAS SENT FOR PAYMENT.

[U231] - On 08/22/2000 10:19 - For 699501171006
Call-Up For:  [M231] - On 08/22/20   Call-Up Complete:  [M231] - On 08/23/2000

INVOICE W/ PROGRESS REPORT RECD

[M231] - On 08/23/2000 12:31 - For 699501171006
Call-Up For:  [M231] - On 09/28/20   Call-Up Complete:  [M231] - On 10/05/2000

RC UPDATE: TC FROM EE 8/10 TO CLARIFY REHAB EMPLOYMENT PROVISION.
SHE WANTED TO GAIN A BETTER UNDERSTANDING OF AT WHAT POINT BENEFITS
COULD TERMINATE.
LISA S. HOUSLEY,MS,CRC

[M231] - On 08/23/2000 12:38 - For 699501171006

RC UPDATE: CONCENTRA INVOICE $218.30 AND PROGRESS REPORT RCVD/SEE
REPORT FOR DETAILS. EE IS INVOLVED IN JOB PLACEMENT TO IDENTIFY
PART-TIME EMPLOYMENT OPPORTUNITIES IN THE COMPUTER NETWORK OR TEACHI
NG AREA. PER PREVIOUS CONVERSATION W/EE SHE IS CONCERNED THAT SKILLS
ARE OUTDATED. SHE WILL CONTINUE JOB SEARCHAND CLARIFY ABILITY TO
PERFORM JOBDURING EMPLOYER CONTACT. CONTACT HAS BEEN MADE W/THE STA
TE DEPT. OF DELAWARE FOR EMPLOYMENT LOPPORTUNITIES.
LISA S. HOUSLEY,MS,CRC

[U026] - On 08/29/2000 16:53 - For 699501171006

A BILL IN THE AMOUNT OF $218.30 WAS SENT FOR PAYMENT.

[U231] - On 09/20/2000 11:07 - For 699501171006
Call-Up For:  [M231] - On 09/20/20   Call-Up Complete:  [M231] - On 09/21/2000

INVOICE W/ ACTIVITY REPORT RECD

[M231] - On 10/20/2000 10:25 - For 699501171006

RC UPDATE: RTC TO BARBARA STEVENS/CONCENTRA/302-378-7450 TO DISCUSS
JOB SEARCH STATUS AND DIRECTION OF FILE. EE HAS BEEN PROVIDED W/APP.
ROX. 8 JOB LEADS MOSTLY TEACHING ENTRY LEVEL COMPUTER SKILLS. VC/
CONCENTRA REP. INDICATES THAT SHE HAS HAD SOME DIFFICULTY CONTACTING
EE TO FOLLOW-UP ON JOBS. SHE HAS ATTEMPTED BY PHONE, RCVD. BUSSY
MESSAGE, AND HAS GOTTEN NO RESPONSE FROM LETTERS. SHE HAS NOT SPOKEN
TO EE IN APPROX. 6WEEKS. SHE IS QUESTIONING EE MOTIVATION TO RTW,
FEELS SKILLS SHE BE APPROPRIATE FOR AT LEAST ENTRY LEVEL.
RC PLAN: FOLLOW-UP WITH EE, DISCUSS STATUS OF JOB SEARCH.
LISA S. HOUSLEY,MS,CRC

ML00678

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[M231] - On 10/20/2000 10:34 - For 699501171006

Call-Up For: [M231] - On 11/13/2C    Call-Up Complete: [M231] - On 11/16/2000

> RC UPDATE: TC TO EE TO DISCUSS JOB SEARCH AND STATUS. EE REPORTS
> THAT SHE IS NOT CURRENTLY SEARCHING FOR EMPLOYMENT OPPORTUNITIES
> DUE TO CONTUSION/BACK S1 VERTABRAE, AND LACK OF RESPONSE FROM
> JOB LEADS. EE CONTINUES TO BELIEVE SKILLS ARE NOT CURRENT, SHE WOULD
> LIKE TO ALLOW HER BACK TO REST, BUT WOULD BE INTERESTED IN HAVING
> SKILL LEVEL ASSESSED. SHE REPORTS SHE HAS NO PROBLEMS WORKING W/
> VENDOR THOUGH HAS NOT HAD MUCH TELEPHONIC CONTACT. EE WILL NEED TO
> OBTAIN ASSESSMENT TO DETERMINE TRAINING DIRECTION FOR JANUARY.
> RC UPDATE: RTC TO BARBARA STEVENS CLARIFIED DIRECTION OF THE FILE
> REQUESTED ASSESS/SKILL TRAINING EXPLORATION. SHE WILL CONTACT COMMUN
> ITY COLLEGE AND RTC TO EE.
> RC PLAN: FOLLOW-UPDATED SKILLS EXPLORATION, POSSIBLE COURSES/AUTHOR.
> LISA S. HOUSLEY,MS,CRC

[U231] - On 10/27/2000 08:24 - For 699501171006

Call-Up For: [M231] - On 10/27/2C    Call-Up Complete: [M231] - On 11/02/2000

> INVOICE W/ ACTIVITY REPORT RECD

[UO26] - On 11/06/2000 10:17 - For 699501171006

> A BILL IN THE AMOUNT OF $258.10 WAS SENT FOR PAYMENT.

[M231] - On 11/16/2000 17:40 - For 699501171006

Call-Up For: [M231] - On 12/14/2C    Call-Up Complete: [M231] - On 12/19/2000

> RC UPDATE: CONCENTRA INVOICE $229.90 AND REPORT RCVD FROM
> BARBARA STEVENS/CRC, SEE REPORT AND PREVIOUS DIARY NOTE.
> LISA S. HOUSLEY,MS,CRC

[U231] - On 11/21/2000 11:38 - For 699501171006

Call-Up For: [M231] - On 11/21/2C    Call-Up Complete: [M231] - On 12/07/2000

> INVOICE W/ ACTIVITY REPORT RECD

[U231] - On 11/22/2000 14:37 - For 699501171006

Call-Up For: [M231] - On 11/27/2C    Call-Up Complete: [M231] - On 12/07/2000

> FAXED CONCENTRA INVOICE RECD

[XO96] - On 11/30/2000 12:49 - For 699501171006

> F/U INTERVIEW W/THE NORMANDY GROUP. THEY STILL FOLLOW WITH SS
> FOR A/C DECISION FILED 12/28/99 AND WILL CONTINUE TO KEEP US ADVISED

[UO26] - On 12/04/2000 16:47 - For 699501171006

> A BILL IN THE AMOUNT OF $229.90 WAS SENT FOR PAYMENT.

[M231] - On 12/07/2000 15:44 - For 699501171006

Call-Up For: [M231] - On 12/21/2C    Call-Up Complete: [M231] - On 12/19/2000

> RCUPDATE: CONCENTRA REPORT AND INVOICE $241.50 RCVD FROM
> BARBARA STEVENSON. RESEARCH WAS CONDUCTED INTO REFRESHER COURSES
> THAT WOULD ALLOW EE TO OBTAIN SKILLS SHE PERCEIVES THAT SHE NEEDS
> TO BECOME EMPLOYABLE. SEVERAL FACILITIES WERE CONTACTED, AND DISCUSS
> ED W/COMPUTER SERVICE DEPT. AT DEL TECH AND COMMUNITY COLLEGE. CHAIR
> FEELS THAT EE NEED NOT TAKE CREDITCOURSES, HOWEVER SHE COULD OPTAIN
> ON LINE OR NO CREDIT COURSES. EE APPEARED DEFFENSIVE REGARDING ON-LI
> E CORSES, INDICATING DIFFICLTY SITTING FOR PERIODS OF TIME, THOUGH
> THIS WOULD BE A FLEXIBLE SITUATION. EE REEORTSBEING KNOWLEDGEABLE
> ABOUT THESE PROGRAMS. IT WAS DIRECTED THAT EE DISCUSS SITUATION
> DIRECTLY W/CHAIR.
> RC UPDATE: SEVERAL CONTACTS TO EE BYVENDOR/CRC BUT NO RTC BY EE.
> RC PLAN: FOLLOW W/EE FOR CONCERNS AND PLANS.    LSH

[U231] - On 12/18/2000 09:13 - For 699501171006

Call-Up For: [M231] - On 12/18/2C    Call-Up Complete: [M231] - On 12/19/2000

> INVOICE W/ ACTIVITY REPORT RECD

ML00679

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[U026] - On 12/21/2000 09:20 - For 699501171006

> A BILL IN THE AMOUNT OF $241.50 WAS SENT FOR PAYMENT.

[U015] - On 01/02/2001 11:26 - For 699501171006
Call-Up For: [X096] - On 01/02/20    Call-Up Complete: [X096] - On 01/03/2001

> SS INFO REC'D FROM THE NORMANDY GROUP

[X096] - On 01/03/2001 06:51 - For 699501171006

> APPEALS COUNCIL DENIED 12/14/00 AND NORMANDY GROUP HAS DECIDED NOT
> TO PURSUE ANY FURTHER.TO SURVIVE FEDERAL COURT REVIEW, THE GOV.ONLY
> HAS TO ESTABLISH THAT THEIR DENIAL IS SUPPORTED BY WHAT SS CALLS SUB
> SUBSTANTIAL EVIDENCE. THAT MEANS THAT ALL OF THE EVIDENCE DOES NOT
> HAVE TO SUPPORT THE DENIAL FOR THEM TO SURVIVE A COURT CHALLANGE.
> USING THAT STANDARD, THE ALJ DECISION MAY BE SUPPORTED BY SUFFICIENT
> EVIDENCE TO MEET THAT TEST. IN THIS CASE, THE NORMANDY GROUP ALSO
> POINTS TO THE ADDITIONAL BURDEN OF PROVING THE SEVERITY OF THE
> CLAIMANT'S DISABILITY PRIOR TO HER DATE LAST INSURED. THEIR FILE
> IS NOW CLOSED IN ITS ENTIRETY.

[X096] - On 01/03/2001 06:54 - For 699501171006

> SSS NOTE: I HAVE CODED THE SS STATUS CODE 'NL' AS WE ARE NOW POST
> THE DATE LAST INSURED FOR SSDIB AND FURTHER SS PURSUIT WOULD
> NOT BE FEASIBLE.

[X096] - On 01/03/2001 06:59 - For 699501171006
Call-Up For: [U022] - On 01/03/20    Call-Up Complete: [U034] - On 01/11/2001

> PER OUR INSTRUCTIONS, ALL SS APPEALS COUNCIL DENIALS WHERE
> SS WILL NO LONGER BE PURSUED MUST BE REFERRED TO THE UNIT MANAGER
> FOR A REVIEW OF THE FILE TO BE SURE CLAIMANT REMAINS T/D FOR OUR LTD
> PURPOSES. THEI CLAIMANT WAS DENIED AT THE A/C LEVEL ON 12/14/2000
> AND THE NORMANDY GROUP WILL NO LONGER PURSUE SSDIB. CLAIMANT IS
> ALSO NOW POST DATE LAST INSURED FOR SSDIB SO FURTHER SS PURSUIT
> IS NOT FEASIBLE. PLEASE REVIEW FILE AND HANDLE ACCORDINGLY.
> THANKS
> ED PETERS

[M231] - On 01/05/2001 10:30 - For 699501171006
Call-Up For: [M231] - On 01/16/2(    Call-Up Complete: [M231] - On 01/31/2001

> RC UPDATE: TC FROM BARBARA STEVENSON/VRC VENDOR REGARDING THE STATUS
> OF FILE. EE CONTINUES TO PUT UP BARRIERS REGARDING PURSUING TRAINING
> NEEDED TO MAKE HER EMPLOYABLE. SHE HAS SPOKEN W/EE SEVERAL TIMES THE
> LAST MONTH AND EE INITIAL REPORTED INCREASE IN PAIN COMPLAINTS, MORE
> RECENTLY HAS NOT OBTAINED EXPECTED COURSE INFO. TO PURSUE TRAINING.
> EE HAS PREVIOUS DISAGREED W/VENDORS RECOMMENDATIONS FOR JOBS AND TRA
> INING INDICATING THAT THEY WOULD NOT SUFFICIENTLY PREPARE HER FOR RT
> W. SHE HAS MOST RECENTLY PURSUED INFO. FROM UNIVERSITY LEVEL AS
> OPPOSED TO THE COLLEGE LEVEL, BUT REPORTEDLY HAS GOTTEN NO RESPONSE.
> VRC/VENDOR QUESTIONSEE MOTIVATION. RC HAS SPOKEN TO EE WHO ALSO
> INDICATES SHE HAS NOT YET DETERMINED APPROPRIATE COURSEWORK.
> RC PLAN: DISCUSS FILE DIRECTION W/CMS, CONTACT EE TO DISCUSSBARRIER
> S AND SLOW PROGRESSOF GOAL.   LISA S. HOUSLEY,MS,CRC

[U034] - On 01/18/2001 11:06 - For 699501171006
Call-Up For: [U034] - On 02/15/20    Call-Up Complete: [U034] - On 02/14/2001

> CASE MANAGER FOLLOW UP EE FOR COMPLETED AFI LETTER WITH
> AUTHORIZATION.
> PLAN:   SEND 2ND REQUEST IF NOT RECIEVED, REQUEST MEDICAL.
> K SCHALLER

[J231] - On 01/31/2001 13:40 - For 699501171006
Call-Up For: [U034] - On 01/31/20    Call-Up Complete: [U034] - On 02/14/2001

> FINANCIAL LETTER RECD

ML00680

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

**[M231] - On 01/31/2001 15:01 - For 699501171006**

| |
|---|
| RC UPDATE: TC TO BARBARA STEVENS/CONCENTRA REQUESTING VENDOR |
| FILE TO CLOSE. EE HAS BEEN WORKING ON OWN TO IDENTIFY APPROPRIATE |
| TRAINING OPTIONS, WAS NOT CONSULTING W/VRC/VENDOR, MESSAGE LEFT. |
| RC PLAN: FOLLOW W/EE FOR RTW POTENTIAL AND MOTIVATION. |
| LISA S. HOUSLEY,MS,CRC |

**[M231] - On 01/31/2001 15:11 - For 699501171006**

Call-Up For:  [M231] - On 02/14/2C   Call-Up Complete:  [M231] - On 02/05/2001

| |
|---|
| RC UPDATE: TC FROM EE, WHO INDICATES THAT SHE HAS DETERMINED THAT |
| SHE HAS NO SKILLS TO BECOME EMPLOYABLE. SHE HAS MET W/ADVISING |
| DEPT. AND IT WAS DETERMINED THAT W/COUPLE MEDIA CLASSESS MAY BE |
| CAPABLE OF TEACHING. |
| RC PLAN: FOLLOW W/EE FOR REQUEST FOR TRAINING. |
| LISA S. HOUSLEY,MS,CRC |

**[M231] - On 01/31/2001 15:14 - For 699501171006**

| |
|---|
| RC UPDATE: RTC TO EE/302-424-2425, MESSAGE LEFT. |
| LISA S. HOUSLEY,MS,CRC |

**[M231] - On 02/05/2001 13:31 - For 699501171006**

Call-Up For:  [M231] - On 02/12/2C   Call-Up Complete:  [M231] - On 03/08/2001

| |
|---|
| RC UPDATE/REHAB PLAN: PER RTC FROM EE 2/1/01 EE IS INTERESTED ENROLL |
| ING A PART-TIME DOCTORAL TEACHING PROGRAM/ACCESS TO COMPUTERS. SHE |
| INDICATES THAT PROGRAM IS APPROX. 24CREDITS AND CAN ULTIMATELY LEAD |
| TO SELF SUSTAINING EMPLOYEMENT FREEING HER FROM DISABILITY. SHE HAS |
| DISCOVERED PROGRAM AFTER TALKING WITH ACADEMIC DEANS, AND INSTRUCTOR |
| S. COMPUTER/TEACHING PROGRAM IS HELD THROUGH STATE UNIVERSITY, COST |
| OF PROGRAM APPROX. $6500 FOR TUITION. EE IS INTERESTED IN ENROLLING |
| I  FIRST CLASS STARTING 2/5/01. PER DISCUSSION W/CMS AND CLAIMS TEAM |
| AT ADJUDICATION RC WILL AUTHORIZE INTIAL COURSE FOLLOW PERFORMANCE, |
| REQUEST PROGRAM INFO, COMPLETE LMS/EMPLOYABILITY DETERMINE APPROVAL |
| COURSE BY COURSE, COMPLETE WRITTEN REHAB PLAN. |
| RC UPDATE: FOLLOW TEL. MESSAGE LEFT W/EE FOR COURSE ENROLLMENT AND |
| PROGRAM INFO.    LISA S. HOUSLEY,MS,CRC |

**[M231] - On 02/05/2001 15:34 - For 699501171006**

| |
|---|
| RC UPDATE: AUTHORIZATION TO PAY FOR COURSE EDU 685-435 (3CREDIT |
| COURSE) MULTI MEDIA LITERACY TOTAL COST NOT TO EXCEED $775.00. |
| COURSE IS PREREQUISITE FOR ADMISSION IN EDUC. & TECHN. PROGRAM, |
| LETTER FAXED TO BRENDA FORAFER/302-831-0701. |
| RC PLAN: LISA S. HOUSLEY,MS,CRC |

**[M231] - On 02/07/2001 15:18 - For 699501171006**

| |
|---|
| RC UPDATE: CONCENTRA ACTIVITY REPORT#5 11/20-12/06 $70.00, |
| INDICATES THAT E WAS PROVIDED INFORMATION REGARDING A REFRESHER COUR |
| SE AT DEL TECH AND COMMUNITY COLLEGE. PER DISCUSSION W/CSI DEPT. |
| CHAIR AT DEL TECH EE ONLY REQOIRES REFRESHER COURSES REGARDING HER |
| PROFESSION. EE WAS CONTACTED SEVERAL TIMES BUT, NEVER RESPONDED. |
| LISA S. HOUSLEY,MS,CRC |

**[U034] - On 02/14/2001 13:47 - For 699501171006**

| |
|---|
| LETTER FROM EE AFI RECEIVED: |
| NO OTHER INCOMES. |
| NO TO REHAB AND WORKING. |
| TREATING ONLY WITH DR MOUSAVI. |
| ADDRESS AND PHONE CORRECT. |
| K SCHALLER |

**[U034] - On 02/14/2001 13:48 - For 699501171006**

Call-Up For:  [U034] - On 03/15/20   Call-Up Complete:  [U034] - On 04/05/2001

| |
|---|
| ACTION PLAN: |
| F/U FOR APSFC FROM AP. REVIEW TO SEE IF ADDITIONAL INFORMATION IS |
| NEEDED. |

ML00681

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[U034] - On 02/14/2001 13:48 - For 699501171006

Call-Up For: [U034] - On 03/15/20    Call-Up Complete: [U034] - On 04/05/2001

```
K SCHALLER
```

[U026] - On 02/27/2001 17:05 - For 699501171006

```
REHAB EXPENSE: A BILL IN THE AMOUNT OF $70.00 WAS SENT FOR PAYMENT
CONCENTRA INV#30608898
```

[X264] - On 03/16/2001 10:45 - For 699501171006

Call-Up For: [U034] - On 03/16/01    Call-Up Complete: [U034] - On 04/05/2001

```
MED/VOC INDEX DCN 010316000344
```

[X234] - On 03/19/2001 08:03 - For 699501171006

Call-Up For: [M231] - On 04/04/20    Call-Up Complete: [M231] - On 04/16/2001

```
MED/VOC INDEX DCN 010314000463
```

[U034] - On 04/05/2001 09:00 - For 699501171006

Call-Up For: [M231] - On 04/05/20    Call-Up Complete: [M231] - On 04/16/2001

```
REFERRAL TO VOC REHAB COORDINATOR:
UPDATED MEDICAL HAS BEEN RECEIVED FROM AP, PLEASE REVIEW UNDER
DCN# 010316000344.
K SCHALLER
```

[U034] - On 04/05/2001 09:02 - For 699501171006

Call-Up For: [U816] - On 04/01/20    Call-Up Complete: [U816] - On 03/08/2002

```
POSSIBLE SUSPEND
```

[U034] - On 04/05/2001 09:03 - For 699501171006

Call-Up For: [U034] - On 08/09/20    Call-Up Complete: [U034] - On 09/29/2001

```
ACTION PLAN/STATUS:
F/U WITH VOC REHAB AS TO STATUS OF THERE ASSISTANCE.
K SCHALLER
```

[M231] - On 04/16/2001 15:38 - For 699501171006

Call-Up For: [U034] - On 04/17/20    Call-Up Complete: [U034] - On 06/07/2001

```
REHAB NOTE: ATTENDING PHYSICIAN'ST STATEMENT OF FUNCTIONAL CAPACITY
RCVD FROM AP/MOUSARI 3/7/01. AP CONTINUES TO INDICATE THAT EE CAN
STAND 30MIN, SIT 30MIN, CHANGE POSITION EVERY 30-6-MIN, NO REACHING,
NO PUSH/PULL, NO CLIMBING, BENDING/STOOPING/SQUATTING AND ONLY
CONCNETRATED VISUAL ATTENTION 30MIN. SHE CAN GRASP/HANDLE AND USE
FINGER DEXTERITY. SHE CAN LIFT LESS THAN 10LBS, IS UNIMPROVED AND IS
TD ANY AND ALL OCCUPATION.
PLAN: PER DISCUSSION W/NC MEDICAL RCVD FROM AP DOES NOT APEAR TO BE
SUPPORTED AND CONTRADICTS WHAT EE IS ACTUALLY DOING, SUCH AS WALKING
FOR MILES, ATTENDING CLASS, AND DRIVING. RC RECOMMENDS IPC FOR
RECOMMENDATIONS FOR IME OR FCE. RC WILL NOT AUTH. PURSUE ADDITIONAL
TRAINING W/OUT MEDICAL CLARIFICATION, FULL TSA WARRANTED W/CURRENT
RESTRIC.
LISA S. HOUSLEY,MS,CRC
```

[M231] - On 04/16/2001 15:40 - For 699501171006

Call-Up For: [U390] - On 05/28/20    Call-Up Complete: [U390] - On 06/01/2001

```
REHAB PLAN: FOLLOW MEDICAL INVESTIGATION, FOR FURTHER REHAB ACTION.
LISA S. HOUSLEY,MS,CRC
```

[M231] - On 04/16/2001 15:43 - For 699501171006

```
REHAB EXPENSE: UNIVERSITY OF DELAWARE INVLICE FOR COURSE TUITION AND
REGISTRATION FEE RCVD $768.00 WILL BE SUBMITTED FOR PAYMENT.
LISA S. HOUSLEY,MS,CRC
```

[M231] - On 04/16/2001 15:45 - For 699501171006

```
REHAB CALL: TC TO EE TO FOLLOW STATUS OF TECHNOLOGY TEACHING COURSE,
MESSAGE LEFT.
```

ML00682

Claim #:699501171006    Name: GAIL KERNAGHAN                    Jul 05, 2005

Status: Ended                                                   Page 24 of 49

[M231] - On 04/16/2001 15:45 - For 699501171006

> LISA S. HOUSLEY,MS,CRC

[U390] - On 05/09/2001 13:53 - For 699501171006
Call-Up For: [U390] - On 06/25/20   Call-Up Complete: [U390] - On 06/25/2001

> REHAB NOTE. UNIV OF DELAWARE HAS SENT URGENT/PAST DUE TUITION BILL
> FOR SPRING TERM. I WILL PROCESS IMMEDIATELY BUT IT WILL STILL TAKE 2
> WEEKS TO BE RELEASED. TOTAL AMOUNT OF INVOICE 768.00 SUBMITTED TO
> REHAB UNIT CLERK. S. SEELY

[U390] - On 05/23/2001 08:57 - For 699501171006
Call-Up For: [U034] - On 05/24/20   Call-Up Complete: [U034] - On 07/26/2001

> REHAB NOTE. KATHY, THIS FILE WAS DISCUSSED WITH SALLY MCSWEEN AND
> JANINE HOLLAND ABOUT CONCERNS REGARDING EMPLOYABILITY AND REHAB THAT
> HAS BEEN DEVELOPED TO ASSIST EE WITH REFRESHER COURSE/S TO PROVIDE
> EE WITH UPDATING SKILLS NECESSARY TO FIND EMPLOYMENT. AT THIS POINT
> WE NEED A MEDICAL UPDATE FROM DOCTOR AND RELEASE FOR FCE IS COMPLETE
> ED RESTRICTIONS AND LIMTIATIONS ARE SEVERE, TO ASSESS IF EE CAN RTW
> AT THIS TIME. POSSIBLE TSA AND LMS WILL BE DONE WITH EE'S CURRENT
> FUNCTIONING, EDUCATION, TRAINING, AND WORK HISTORY.  PLEASE SEND
> LETTER TO AP REQUESTING THE MEDICAL. THANK YOU  S. SEELY CRC

[U026] - On 05/24/2001 11:25 - For 699501171006

> MISCELLANEOUS ACTION:  A BILL IN THE AMOUNT OF $768.00 WAS SENT FOR
> PAYMENT.

[U390] - On 06/06/2001 13:34 - For 699501171006

> REHAB NOTE. ANOTHER UNIV OF DELAWARE NOTICE FROM STUDENT ACCOUNT
> THAT AMOUNT FOR SPRING TUITION IN AMOUNT OF $768 REMAINS DUE.
> APPEARS BILL HAS BEEN PROCESSED AND SENT FOR PAYMENT. NOTIFY SCHOOL
> PAYMENT HAS BEEN MADE. S. SEELY CRC

[U034] - On 06/07/2001 13:39 - For 699501171006
Call-Up For: [U034] - On 06/07/20   Call-Up Complete: [U034] - On 07/26/2001

> ACTION PLAN:
> F/U WITH VOC REHAB AS TO STATUS OF THIS CLAIM. DID WE PAY BILL
> CLASSES?   DO WE STILL WANT AN IME OR FCE?
> K SCHALLER

[U390] - On 06/08/2001 14:23 - For 699501171006
Call-Up For: [U390] - On 06/24/20   Call-Up Complete: [U390] - On 06/25/2001

> REHAB NOTE. REFERRED FOR IPC/UTICA OFFICE. S. SEELY CRC

[U026] - On 06/21/2001 15:00 - For 699501171006

> REHAB EXPENSE:  A BILL IN THE AMOUNT OF $768.00 WAS SENT FOR PAYMENT
> 06/21/01.   RTK

[U231] - On 06/22/2001 08:28 - For 699501171006
Call-Up For: [U390] - On 06/22/20   Call-Up Complete: [U390] - On 06/22/2001

> MEDICAL TRANSCRIPTION RECD

[U390] - On 06/25/2001 10:15 - For 699501171006
Call-Up For: [U034] - On 06/26/20   Call-Up Complete: [U034] - On 07/26/2001

> REHAB NOTE. MEDICAL FROM IPC REPORT SHOULD BE AVAILABLE BUT I HAVE
> NOT REVIEWED. TRANSCRIPTION NOTES WERE NOTED TO BE RECEIVED. F/U
> WITH DOCTOR REVIEW. S. SEELY CRC

[U390] - On 06/26/2001 09:37 - For 699501171006
Call-Up For: [U034] - On 06/27/20   Call-Up Complete: [U034] - On 07/11/2001

> REHAB NOTE. PCR REPORT/SUMMARY. MAJORITY OF FILE INFORMATION IS
> QUITE OUTDATED INCLUDING MEDICAL RECORDS. UNDER THE FUNCTIONAL
> CAPACITY DATED 3/7/01 SECTION 2 GIVES NO LIMITATIONS AND UNDER
> SECTION 3 IT STATES EE CAN USE TRANSPORTATION AND STAND FOR UP TO 30

ML00683

Claim #: 699501171006    Name: GAIL KERNAGHAN

Status: Ended

Jul 05, 2005
Page 25 of 49

[U390] - On 06/26/2001 09:37 - For 699501171006
Call-Up For: [U034] - On 06/27/20    Call-Up Complete: [U034] - On 07/11/2001

MINUTES, PERFORM GRASPING AND HANDLING AS WELL AS FINGER ACTIVITEES.
REPETITVE MOVEMENT OF HANDS IS LIMITED DUE TO PAIN AND EE ADVISED TO
AVOID CLIMBING, BALANCE, BENDING, OR USE OF ANY VEHICLES. LIFTING UP
TO 10 LBS IS LISTED. DESPITE THE FACT EE IS RETAINED CAPABILITIES (
ATTENDING SCHOOL TRAINING AND COURSE WORK) HER AP WRITES CONDITION
IS UNIMPROVED WHICH IS CLEARLY CONTRADICTORY TO INFORMATION NOTED
ABOVE. IN ADDITION EE INDICATES DESIRE TO RTW TO TEACH AND HAS TAKEN
ADVANCED LEVEL COURSEWORK. PHYSICIAN CONSULTANT SUGGESTS IF EE IS
NOT ANTICIPATED TO RETURN TO WORK IN A PHYSICAL DEMAND LEVEL GREATER
THAN THESE NOTED, AN FCE WOULD NOT BE NECESSARY.   TEACHING OF COURSE
WOULD REMAIN SEDENTARY LEVEL.  WITH REGARD TO AN IME, AND EE'S
INJURY BEING NOW OVER 8 YEARS, PCR OPINIONS THAT IME WOULD BE MORE
VALUABLE TO GETTING A MORE OBJECTIVE AND OVERALL ASSESSMENT OF LONG
TERM IMPLICATIONS WITH A DEFINITIVE MEDICAL STATEMENT OF EE'S
CAPABILITY TO PURSUE RTW EFFORTS. PC DOESN'T BELIEVE EE IS TO FOR
ANY OCCUPATION, HOWEVER CANNOT COMMENT ON EE'S OWN OCCUPATION SINCE
SHE HAS NOT PERFORMED THIS IN ALMOST 7 YEARS.  PART TIME WORK IN A
SEDENTARY POSITION WOULD BE APPROPRIATE ACCORDING THE PCR REPORT. AP
WAS NOT CONTACTED AS IT WAS FELT LITTLE OR NO SIGNIFICANT
INFORMATION WOULD BE OBTAINED THROUGH THIS CONTACT. RC OPINIONS THAT
EE IS SUITABLE FOR RTW IN PART TIME SEDENTARY POSTION. HOWEVER CM
MAY WANT TO CONSIDER IME FOR MORE OBJECTIVE FINDINGS. S. SEELY CRC

[X219] - On 06/28/2001 07:53 - For 699501171006

OCG INDEX DCN 010626025109, 06282001

[X221] - On 07/17/2001 10:46 - For 699501171006

OCG INDEX DCN 010713014968, 07172001

[U390] - On 07/19/2001 14:16 - For 699501171006
Call-Up For: [U034] - On 07/20/20    Call-Up Complete: [U034] - On 07/26/2001

REHAB NOTE. PLEASE SEE THAT NC REVIEWS THE PCR THAT HAS BEEN DONE
RECENTLY AND PROVIDE INPUT IF AN IME IS APPROPRIATE. S. SEELY CRC

[U034] - On 07/26/2001 15:14 - For 699501171006
Call-Up For: [U034] - On 07/26/20    Call-Up Complete: [U034] - On 09/29/2001

ACTION PLAN:
REVIEW ENTRIE FILE, REFERR TO VOC REHAB NOTES FOR ACTIONS TO BE
TAKEN.
K SCHALLER

[U390] - On 09/10/2001 15:49 - For 699501171006
Call-Up For: [U034] - On 09/12/20    Call-Up Complete: [U034] - On 09/29/2001

REHAB CONSULT. NEED TO ADJUDICATE OR REFER BACK TO NC FOR MEDICAL
REVIEW FOR IME. PCR INDICATED THAT DOCTOR FELT THIS MAY VE VALUABLE
IN REGARD TO GETTING AMROE OBJECTIVE AND OVERALL ASSESSMENT OF LONG
TERM IMPLICATION OF HER CONDITION IN REGARDS TO EE CAPABILITY TO
PURSUE VOC EFPORTS. S. SEELY CRC

[U034] - On 09/29/2001 08:49 - For 699501171006
Call-Up For: [U132] - On 10/01/20    Call-Up Complete: [U132] - On 11/19/2001

REFERRAL TO NURSE CONSULTANT:
THIS FILE HAS BEEN WITH VOC REHAB, EE HAS BEEN ATTENDING CLASSES AND
WE HAVE BEEN ASSISTING HER.
REHAB HAD A IPC REVIEW WITH DR KAHN DONE
COULD YOU PLEASE REVIEW AND COMMENT.
K SCHALLER

[U034] - On 09/29/2001 08:51 - For 699501171006
Call-Up For: [U034] - On 10/26/20    Call-Up Complete: [U132] - On 11/19/2001

ACTION PLAN:
F/U FOR NC REVIEW, WHAT IS PLAN, IME, FCE? MAY WANT TO TAKE TO ADJ.
MEETING.

ML00684

Claim #:699501171006   Name: GAIL KERNAGHAN

Status: Ended

Jul 05, 2005

Page 26 of 49

---

[U034] - On 09/29/2001 08:51 - For 699501171006

Call-Up For: [U034] - On 10/26/20   Call-Up Complete: [U132] - On 11/19/2001

> K SCHALLER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[U390] - On 11/08/2001 14:15 - For 699501171006

Call-Up For: [U816] - On 01/02/20   Call-Up Complete: [U816] - On 01/16/2002

> REHAB NOTE. PLS REFER BACK TO LISA SCREEN HOUSELY FOR ADJUDICATION
> OR REVIEW OF EE'S REHAB POTENTIAL. S. SEELY CRC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[U390] - On 11/08/2001 14:16 - For 699501171006

Call-Up For: [M231] - On 02/25/20   Call-Up Complete: [M231] - On 02/15/2002

> REHAB NOTE. RC PUT A CALL UP FOR CM TO REVIEW WITH VOC ONCE MEDICAL
> IS CLARIFIED. YOU HAVE BEEN ACTIVE WITH EE'S REHAB EFFORTS/ F/U FOR
> OUTCOME. S. SEELY CRC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[U132] - On 11/19/2001 17:12 - For 699501171006

Call-Up For: [U816] - On 01/02/20   Call-Up Complete: [U816] - On 01/16/2002

> NC INITIAL REVIEW / RECOMMENDATION FOR A LTD CLAIM. EE IS A 49 YR.
> OLD FEMALE ADVISORY PROGRAMMER FOR IBM FOR 9 YEARS WITH MBA IN
> COMPUTER SCIENCE. DX: BACK PAIN, S/P SLEDDING ACCIDENT. I HAVE
> REVIEWED IPC REPORT AS WELL AS HOME VISIT REPORT OF 6/29/00. I AGREE
> WITH IPC RECOMMENDATION OF IME WITH SPECIALIST IN PM&R FOR HIS/HER
> OPINION OF EE'S CURRENT CONDITION, HER FUNCTIONALITY, TREATMENT AND
> PROGNOSIS. ASK FOR ANY RECOMMENDATIONS FOR TREATMENT, THERAPIES OR
> TESTS. ALSO ASK FOR SPECIFIC CAPABILITIES AND LIMITATIONS, BASED ON
> PHYSICAL EXAM FINDINGS AND OBJECTIVE DOCUMENTATION. AND ASK IME
> DOCTOR TO CHECK FOR ANY WADDELL'S SIGNS AND DOCUMENT. REFER BACK TO
> NC WHEN IME REPORT IS RECEIVED. K. TEEPS RN BA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[UZ27] - On 12/13/2001 15:43 - For 699501171006

Call-Up For: [U034] - On 12/13/20   Call-Up Complete: [U034] - On 12/14/2001

> CRC: CHANGE OF ADDRESS
> EE HAS MOVED
> NEW ADDRESS 363 VALLEY MIST DR
>            CLAYTON, DE 19938
> NEW PHONE # 302-659-1293

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[U816] - On 01/16/2002 14:16 - For 699501171006

Call-Up For: [U816] - On 03/18/20   Call-Up Complete: [U816] - On 03/15/2002

> ACTION PLAN: IME REFERRAL
> PER NC RECOMMENDATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[U816] - On 01/16/2002 14:18 - For 699501171006

Call-Up For: [U816] - On 05/14/20   Call-Up Complete: [U816] - On 05/08/2002

> FOLLOW UP WITH VRC
> ONCE IME RESULTS REC'D, DISCUSS REHAB POTENTIAL WITH VRC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[U816] - On 02/26/2002 14:39 - For 699501171006

> NOTE TO CLAIM: WILL NOT REFER TO SHU FOR REVIEW AT THIS TIME
> AWAITING IME RESULTS, THEN POSSIBLE REHAB
> T ZAMMIELLO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[ACS1] - On 03/13/2002 08:28 - For 699501171006

Call-Up For: [U816] - On 03/13/20   Call-Up Complete: [U816] - On 03/13/2002

> MED/VOC INDEX DCN 020312004665

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[J816] - On 03/13/2002 13:16 - For 699501171006

> SUMMARY OF DCN 020312004665- APSFC FROM DR UPADNYAY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[J816] - On 03/15/2002 14:55 - For 699501171006

> SUBMITTED IME REFERRAL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ML00685

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[U816] - On 03/15/2002 14:56 - For 699501171006

Call-Up For:  [U816] - On 05/14/20    Call-Up Complete:  [U816] - On 05/08/2002

FOLLOW UP IME RESULTS

[U231] - On 03/25/2002 08:52 - For 699501171006

Call-Up For:  [U816] - On 03/25/20    Call-Up Complete:  [U816] - On 03/27/2002

IME APPT
4/8/02 @ 1:00 PM
DR. JAMES BONNER
(610) 532-2633

[ACS1] - On 04/01/2002 09:54 - For 699501171006

Call-Up For:  [U816] - On 04/01/20    Call-Up Complete:  [U816] - On 04/01/2002

MED/VOC INDEX DCN 020329031057

[U816] - On 04/01/2002 14:27 - For 699501171006

IME APPT
4/15/02
1:00 PM

[ACS1] - On 05/07/2002 19:52 - For 699501171006

Call-Up For:  [U816] - On 05/07/20    Call-Up Complete:  [U816] - On 05/08/2002

MED/VOC INDEX DCN 020507025482

[U816] - On 05/08/2002 10:06 - For 699501171006

Call-Up For:  [U132] - On 05/08/20    Call-Up Complete:  [U132] - On 06/27/2002

REFERRAL TO NURSE CONSULTANT: IME RESULTS REC'D
PLEASE REVIEW IME RESULTS, DCN 020507025482
T ZAMMIELLO

[U816] - On 05/08/2002 10:07 - For 699501171006

Call-Up For:  [U816] - On 07/10/20    Call-Up Complete:  [U816] - On 06/27/2002

FOLLOW UP FOR NC RECOMMENDATION

[U132] - On 06/27/2002 08:49 - For 699501171006

Call-Up For:  [U816] - On 06/28/70    Call-Up Complete:  [U816] - On 06/27/2002

NC IME SUMMARY. IME WAS DONE ON 4/15/02 BY DR. BONNER, WHO IS PM&R
PHYSICIAN. HE EXAMINED EE, REVIEWED MEDICAL HISTORY AND RECORDS
SUBMITTED BY METLIFE AND EE. DR. BONNER DOES NOT FEEL THAT EE CAN
PERFORM HER OWN OCCUPATION AS AN ADVISORY PROGRAMMER, BUT DOES NOT
STATE EXACTLY WHY. HE GOES ON TO STATE THAT HE FEELS THAT EE IS
CAPABLE OF SEDENTARY/LIGHT WORK WITH THE CAPABILITY TO GET UP AND
MOVE AROUND AS NEEDED. HE FEELS THAT SHE IS SIGNIFICANTLY LIMITED BY
HER PRESENT MEDICATIONS, WHICH INCLUDE ZANAFLEX, NEURONTIN AND
VICODIN. K. TEEPS RN BA

[U132] - On 06/27/2002 08:59 - For 699501171006

Call-Up For:  [U816] - On 06/28/70    Call-Up Complete:  [U816] - On 06/27/2002

NC REVIEW/RECOMMENDATIONS FOR A LTD CLAIM. SEE PREVIOUS NC REVIEWS
AS WELL AS NC SUMMARY OF IME. IME M.D. HAS STATED THAT EE HAS THE
CAPABILITY TO WORK AT A SEDENTARY/LIGHT JOB WITH THE ABILITY TO GET
UP AND MOVE AS NEEDED. HE DOES HAVE CONCERNS ABOUT THE MEDICATIONS
THAT EE TAKES. THESE MEDICATIONS CAN BE VERY SEDATING. RECOMMEND
REFERRAL TO SIU NOW FOR FIRST PART OF 7/02. THIS WOULD BE AN
EXCELLENT WAY TO DETERMINE EE'S NATURAL FUNCTIONAL ABILITIES GIVEN
DR. BONNER'S CONCERNS ABOUT HER MEDICATIONS. K. TEEPS RN BA

[U132] - On 06/27/2002 09:03 - For 699501171006

Call-Up For:  [U132] - On 06/28/20    Call-Up Complete:  [U132] - On 06/27/2002

NC ACTION PLAN / OPEN FOR CO-MANAGEMENT. I AM OPENING FOR
CO-MANAGEMENT. ACTION PLAN: 1. DISCUSS WITH CMS ABOUT SIU. 2. WHEN
SIU COMPLETED, EVALUATE RESULTS. 3. CONSIDER SUBMITTING TO IME M.D.
TO DETERMINE IF THIS CHANGES HIS OPINION IN ANY WAY. 4. CONSIDER
TSA. K. TEEPS RN BA

ML00686

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[U816] - On 06/27/2002 12:18 - For 699501171006
Call-Up For:  [U816] - On 07/30/20    Call-Up Complete:  [U816] - On 07/31/2002

ACTION PLAN: F/U FOR REPORT

[U816] - On 07/31/2002 09:16 - For 699501171006
Call-Up For:  [U816] - On 08/09/20    Call-Up Complete:  [U816] - On 08/06/2002

FOLLOW UP FOR NC RECOMMENDATIONS RE: REPORT

[U132] - On 07/31/2002 11:02 - For 699501171006
Call-Up For:  [U816] - On 08/01/20    Call-Up Complete:  [U816] - On 08/29/2002

NCREVIEW/RECOMMENDATIONS FOR A LTD CLAIM. SEE PREVIOUS NC ENTRIES. I
HAVE REVIEWED SIU REPORT AS WELL AS IME REPORT. I HAVE CONTACTED SIU
IN REGARDS TO OUR CONVERSATION. EE'S AP APPT. IS TOMORROW, TIME
UNKNOWN. RECOMMEND THAT YOU SEND EE A PPE TO FILL OUT AND ALSO TO
REQUEST MEDICAL INFORMATION FROM AP- TEL. NUMBER IS 302-730-8848,
FAX NUMBER IS 302-730-8846. DR. UPADKJAY. K. TEEPS RN BA

[U042] - On 07/31/2002 13:24 - For 699501171006
Call-Up For:  [U816] - On 08/14/20    Call-Up Complete:  [U816] - On 08/19/2002

FOLLOW UP FOR REPORT FROM MT PROSPECT

[U816] - On 08/29/2002 09:51 - For 699501171006

OUTGOING CORRESPONDENCE: FAXED MED REQUEST TO DR UPADNYAY, FAX#
302-730-8846, REQUESTING PCE, OVN& TEST RESULTS FROM 4/02-PRESENT

T ZAMMIELLO

[U816] - On 08/29/2002 09:52 - For 699501171006

OUTGOING CORRESPONDENCE: PPE, MED AUTH, & LTR SENT TO EE ADVISING
THAT MED INFO HAS BEEN REQUESTED FROM AP, PLEASE F/U TO INSURE THAT
THIS INFO IS SUBMITTED W/IN 14 DAYS.  ALSOM PLEASE SUBMIT PPE & MED
AUTH W/IN 14 DAYS.

T ZAMMIELLO

[U816] - On 08/29/2002 09:53 - For 699501171006
Call-Up For:  [U816] - On 09/12/20    Call-Up Complete:  [U816] - On 10/01/2002

FOLLOW UP FOR MED INFO FROM DR UPADNYAY & PPE/MED AUTH FROM EE- IF
NOT REC'D, SEND 2ND REQUEST

T ZAMMIELLO

ACS1] - On 08/29/2002 19:07 - For 699501171006
Call-Up For:  [U816] - On 08/29/20    Call-Up Complete:  [U816] - On 08/30/2002

MED/VOC INDEX DCN 020829029635

[U816] - On 08/30/2002 16:12 - For 699501171006
Call-Up For:  [U816] - On 09/09/20    Call-Up Complete:  [U816] - On 09/17/2002

DCN 020829029635 IS PCE & PARTIAL INVOICE FROM AP- NEED INVOICE, TAX
ID #, ETC- CMS WILL CALL APO

ACS1] - On 08/30/2002 17:03 - For 699501171006

OGC INDEX DCN 020830023398

[U816] - On 09/17/2002 14:03 - For 699501171006
Call-Up For:  [U816] - On 10/17/20    Call-Up Complete:  [U816] - On 10/24/2002

2ND REQUEST FAXED TO AP FOR OVN & TEST RESULTS- ALSO ASKED FOR
INVOICE, TAX ID #, AND NAME AND ADDRESS TO SEND PYMET TO.

T ZAMMIELLO

ML00687

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[U298] - On 10/03/2002 15:58 - For 699501171006

REHAB CLOSURE FILE BEING CO MANAGED BY NC FOR FURTHER MEDICAL
DEVELOPMENT. VOC TO CLOSE AT THIS TIME. S.MCSWEEN

[U816] - On 10/24/2002 10:26 - For 699501171006

OUTGOING CORRESPONDENCE- 30 DAY SUSPEND LTR SENT TO EE, ADVISNG THAT
BENEFITS WILL BE SUSPENDED IF ALL MED INFO REQUESTED AND PPE/MED
AUTH ARE NOT REC'D W/IN 30 DAYS

[U816] - On 10/24/2002 10:27 - For 699501171006

Call-Up For: [U816] - On 11/25/20    Call-Up Complete: [U816] - On 11/25/2002

ACTION PLAN-SUSPEND CLAIM 11/25/02 IF ALL REQUESTED INFO NOT REC'D

[ACS1] - On 10/25/2002 14:34 - For 699501171006

OGC INDEX DCN 021025014212

[ACS1] - On 11/08/2002 14:34 - For 699501171006

Call-Up For: [U816] - On 11/08/20    Call-Up Complete: [U816] - On 11/15/2002

MED/VOC INDEX DCN 021108021795

[U816] - On 11/15/2002 07:41 - For 699501171006

REC'D DUPLICATE PCE, COMPLETED 8/29/02 BY DR UPADNYAY- STILL NEED
ALL OVN & TEST RESULTS COVERING DATES OF TX FROM 4/02 TO PRESENT, AS
WELL AS PPE AND MED AUTH FROM EE, IN ORDER TO AVOID SUSPENSION OF
BENEFITS.  EE IS AWARE OF THIS, AS THE INFO NEEDED WAS DESCRIBED IN
DETAIL IN HER 30 DAY SUSPEND LTR.

T ZAMMIELLO

[U816] - On 11/25/2002 16:17 - For 699501171006

CLAIM DECISION: SUSPENDED CLAIM- REQUESTED INFO NOT REC'D:

STILL NEED ALL OVN & TEST RESULTS COVERING DATES OF TX FROM 4/02 TO
PRESENT, AS WELL AS PPE AND MED AUTH FROM EE, IN ORDER TO AVOID
TERMINATION OF BENEFITS.

T ZAMMIELLO

[6TKL] - On 11/25/2002 16:35 - For 699501171006

Call-Up For: [U816] - On 12/09/20    Call-Up Complete: [U816] - On 11/26/2002

FOLLOW REQ. FOR OTHER INFO

[U816] - On 11/26/2002 07:23 - For 699501171006

OUTGOING CORRESPONDENCE: SUSPEND LTR SENT TO EE, ADVISING THAT CLAIM
WILL BE TERMINATED IN 30 DAYS IF ALL REQUESTED INFO IS NOT REC'D

[U816] - On 11/26/2002 07:24 - For 699501171006

Call-Up For: [U816] - On 12/26/20    Call-Up Complete: [U816] - On 12/11/2002

ACTION PLAN: TERMINATE CLAIM IF ALL INFO NOT REC'D

[ACS1] - On 11/27/2002 16:29 - For 699501171006

OGC INDEX DCN 021127025871

[ACS1] - On 12/03/2002 16:07 - For 699501171006

Call-Up For: [U816] - On 12/03/20    Call-Up Complete: [U816] - On 12/11/2002

MED/VOC INDEX DCN 021203015843

ML00688

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[ACS1] - On 12/03/2002 16:12 - For 699501171006
Call-Up For: [U816] - On 12/03/20    Call-Up Complete: [U816] - On 12/11/2002

MED/VOC INDEX DCN 021203015868

[ACS1] - On 12/10/2002 09:18 - For 699501171006
Call-Up For: [U816] - On 12/10/20    Call-Up Complete: [U816] - On 12/11/2002

MED/VOC INDEX DCN 021210002368

[U816] - On 12/11/2002 11:10 - For 699501171006

MED AUTH, PPE, AND OVN/TEST RESULTS REC'D- REINSTATED BENEFITS

[U816] - On 12/11/2002 11:11 - For 699501171006
Call-Up For: [U132] - On 12/12/20    Call-Up Complete: [U132] - On 01/16/2003

REFERRAL TO NC- UPDATED MEDICAL REC'D, AS WELL AS PPE, PLEASE REVIEW
AND PROVIDE RECOMMENDATIONS FOR DIRECTION

T ZAMMIELLO

[U816] - On 12/11/2002 11:11 - For 699501171006
Call-Up For: [U816] - On 01/24/20    Call-Up Complete: [U816] - On 01/31/2003

FOLLOW UP WITH NC FOR RECOMMENDATIONS

[U132] - On 01/16/2003 11:17 - For 699501171006
Call-Up For: [U816] - On 01/17/20    Call-Up Complete: [U816] - On 02/07/2003

NC REVIEW/RECOMMENDATIONS FOR A LTD CLAIM. SEE PREVIOUS NC REVIEWS.
I HAVE REVIEWED MEDICAL INFORMATION RECEIVED. I NOTE ALSO THAT EE
HAS BEEN DENIED TWICE SSDI AT ALJ LEVEL. THERE ARE SOME CONCERNS
REGARDING OFFICE NOTES FROM DR. UPADHYAY AS HE INDICATES IN HIS
OFFICE NOTES OF 4/22/02 THAT EE'S SED RATE IS ELEVATED BUT LAB
REPORT DATED 4/8/02 SHOWS IT WAS 10, WHICH IS WNL. AP ALSO INDICATES
THAT EE HAS A POSITIVE ANA, WHEN IN REALITY, IT IS NOT POSITIVE BUT
BORDERLINE AT 1:80. I ALSO NOTE THAT MRI OF THE RIGHT SHOULDER
SHOWED MINIMAL FINDINGS OF LOW-GRADE BURSITIS AND TENDINOSIS, BUT AP
WAS GOING TO SEND EE TO AN ORTHOPEDIST AND PREDICTED THAT EE WOULD
NEED SURGERY. LAST OFFICE NOTE IS DATED 10/01/02, IN WHICH EE'S
SHOULDER PAIN HAS NOW BECOME MYOFASCIAL SHOULDER PAIN. EE ALSO HAS
CHRONIC LOW BACK PAIN WITH NO RADICULAR SYMPTOMS AND NO BOWEL OR
BLADDER PROBLEMS. AP HAS FILLED OUT PCE, DATED 8/29/02 WITH
CAPABILITIES OF SITTING FOR 4 HOURS, STAND AND WALK FOR 2 HOURS
EACH. AP HAS STIPULATED THAT EE SHOULD NOT SIT FOR PERIODS OF LONGER
THAN 30' AT A TIME. RECOMMEND SEND ALL MEDICAL INFORMATION TO IPC IN
PM&R FOR HIS REVIEW AND OPINION OF EE'S PRESENT CONDITION,
FUNCTIONALITY, TREATMENT AND PROGNOSIS. WE ARE CONTEMPLATING DOING
TSA ON LIMITATIONS/RESTRICTIONS ON PCE, AS WE FEEL THAT
SEDENTARY/LIGHT OCCUPATIONS WILL PROBABLY BE IDENTIFIED. DO YOU FEEL
THAT THESE LIMITATIONS/RESTRICTIONS ARE EE'S MINIMAL CAPABILITIES,
BASED ON MEDICAL INFORMATION IN FILE AND/OR DO YOU FEEL THAT EE MAY
BE CAPABLE OF PERFORMING SEDENTARY/LIGHT WORK ACTIVITIES UNDER LESS
LIMITATIONS/RESTRICTIONS THAN THESE(FOR EXAMPLE, DO YOU AGREE THAT
EE IS NOT ABLE TO SIT FOR LONGER THAN 30' AT A TIME)?  DO YOU HAVE
ANY RECOMMENDATIONS FOR CLAIM MANAGEMENT? DO YOU FEEL THAT AP
CONTACT IS INDICATED(IF SO, PLEASE CONTACT DR. UPADHYAY)? REFER BACK
TO NC WHEN IPC REPORT IS RECEIVED. K. TEEPS RN BA

[U816] - On 02/07/2003 12:11 - For 699501171006
Call-Up For: [U132] - On 03/07/20    Call-Up Complete: [U132] - On 03/28/2003

ACTION PLAN: REFER TO IPC IN PM & R PER NC RECOMMENDATION

[U816] - On 03/06/2003 10:28 - For 699501171006
Call-Up For: [U086] - On 03/06/20    Call-Up Complete: [U086] - On 03/07/2003

PLEASE COPY ALL MEDICAL FROM ACS AND RTN TO 0132 (NC- KATHLEEN
TEEPS) FOR IPC REFERRAL

[U970] - On 03/07/2003 10:16 - For 699501171006
Call-Up For: [N143] - On 03/07/20    Call-Up Complete: [N143] - On 03/11/2003

CRC: GENERAL INQUIRY

ML00689

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[U970] - On 03/07/2003 10:16 - For 699501171006
Call-Up For: [N143] - On 03/07/20    Call-Up Complete: [N143] - On 03/11/2003

```
CALLER IS EE//
MET SENDS W2 PER MASTER TAX // CONF ALL INFO IS CORRECT //
PLS SEND DUP //


GAVE KY ADDRESS
```

[N143] - On 03/11/2003 08:32 - For 699501171006
Call-Up For: [U816] - On 03/11/20    Call-Up Complete: [U816] - On 03/12/2003

```
DUP W-2 DID NOT PRINT
```

[UZ49] - On 03/13/2003 16:05 - For 699501171006
Call-Up For: [MRCQ] - On 03/13/2    Call-Up Complete: [N143] - On 03/13/2003

```
CRC: TRX TO VM***N143***

PROCESSES DUPLICATED FOR EE.  STILL WANTED TO SPEAK TO PERSON IN
CHARGE.
```

[N143] - On 03/13/2003 16:24 - For 699501171006
Call-Up For: [U816] - On 03/14/20    Call-Up Complete: [N267] - On 03/14/2003

```
PLEASE RE REQUEST DUP W-2 IT DID NOT PRINT
```

[ACS1] - On 03/17/2003 15:00 - For 699501171006
Call-Up For: [U816] - On 03/17/20    Call-Up Complete: [U816] - On 03/24/2003

```
MED/VOC INDEX DCN 030317013167
```

[UY34] - On 03/18/2003 12:01 - For 699501171006

```
CRC: CLAIM STATUS

XFER EE TO CM N119
```

[U936] - On 03/18/2003 12:16 - For 699501171006

```
CRC: INQUIRY ON W-2

CRC SPOKE WITH TL, N119, THERESA JENKINS.  SHE ADVISED CRC THAT W-2
SHOULD BE REISSUED AND TL STATED THAT SHE WOULD KEEP AN EYE OUT FOR
THE W-2 TO BE SENT TO EE.  SPOKE WITH EE AFTER TL HUNG UP.  ADVISED
EE THAT NEW W-2 WOULD BE ISSUED AND THAT TL WOULD WATCH OUT FOR IT.
EE ASKED WHEN IT WOULD BE MAILED.  ADVISED EE THAT W-2 WOULD BE
MAILED THE DAY AFTER IT PRINTED.  EE UNDERSTOOD.
```

[U936] - On 03/18/2003 12:18 - For 699501171006
Call-Up For: [N143] - On 03/19/20    Call-Up Complete: [N143] - On 03/19/2003

```
CRC: DUPLICATE W-2 REQUESTED

EE CLD TO STATE THAT PREVIOUS REQUEST FOR W-2S HAD NOT BEEN RCV'D.
VERIFIED EE'S HOME ADDRESS IS CORRECT IN MASTERTAX.  PLEASE REISSUE
THIS W-2.
```

[J816] - On 03/24/2003 10:38 - For 699501171006

```
ADJUSTMENTS MADE TO SYSTEM- APPLIED NEW EFT ACCT # PER DCN
030317013167
```

[J132] - On 03/28/2003 11:59 - For 699501171006
Call-Up For: [U816] - On 03/31/20    Call-Up Complete: [U816] - On 03/31/2003

```
NC RECOMMENDATIONS. AS PER OUR CONVERSATION, I AM FIRST GOING TO
SEND PCE TO AP FOR HIS REVIEW AND TO RESIGN IT IF THESE LIMITATIONS
ARE STILL VALID. IF THIS IS SO, I HAVE DISCUSSED WITH VRC. SHE FEELS
THAT THESE LIMITATIONS ARE WITHIN SED/LIGHT OCC THAT EE CAN DO.IF AP
RETURNS PCE WITH SAME LIMITATIONS, WE WILL THEN DO EMPLOYABILITY
```

ML00690

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[U132] - On 03/28/2003 11:59 - For 699501171006
Call-Up For: [U816] - On 03/31/20   Call-Up Complete: [U816] - On 03/31/2003

ANALYSIS. IF NOT, IPC MAY STILL BE BEST OPTION. K. TEEPS RN BA

[U132] - On 03/28/2003 12:00 - For 699501171006
Call-Up For: [U132] - On 04/14/20   Call-Up Complete: [U132] - On 04/24/2003

NC CALLUP. F/U FOR RESPONSE FROM AP. K. TEEPS RN BA

[ACS1] - On 04/02/2003 08:38 - For 699501171006
Call-Up For: [U132] - On 04/20/20   Call-Up Complete: [U132] - On 04/24/2003

MED/VOC INDEX DCN 030401008860

[U132] - On 04/24/2003 12:40 - For 699501171006
Call-Up For: [M077] - On 04/25/2C   Call-Up Complete: [M077] - On 05/28/2003

NC REFERRAL TO VRC FOR EMPLOYABILITY ASSESSMENT AS WE HAD DISCUSSED
PREVIOUSLY. AP HAS RESIGNED PCE AND INDICATED THAT THIS IS STILL A
VALID ASSESSMENT OF HER FUNCTIONALITY. K. TEEPS RN BA

[M077] - On 05/28/2003 17:19 - For 699501171006

EMPLOYABILITY ASSESSMENT - EE IS 50 YO FORMER ADVISORY PROGRAMER WHO
HAS BEEN OOW SINCE 11/21/1994. ETE= BS DEGREE IN BIOLOGY AND A
MASTER'S DEGREE IN COMPUTER AND INFORMATIONAL SCEINCE. PER EE
STATEMENT SHE NOTES SHE COMPLETED BASIC PROGRAMMING EDUCATION. SHE
HAS PRIOR WORK HISTORY AS A LAB TECHNOLOGIST. DX = S/P BURST FX OF
L3 WITH LUMBAR RADICULOPATHY. SHE IS ALSO AN INSULIN DEPENDENT
DIABETIC. ACCORDING TO IME REPORT DATED 4/15/02, SHE HAS CHRONIC
PAIN WHICH LIMITS RIGHT LATERAL FLEXION AND EXTENSION. SHE HAS FULL
ROM OF CERVICAL SPINE AND FULL LEFT LATERAL FLEXION. ACCORDING TO FC
FORM AP SIGNED ON 3/31/03 EE HAS THE ABILITY TO DO SEDENTARY WORK
AS LONG AS SHE IS ABLE TO CHANGE POSITION AS NEEDED, WITH MAXIMUM
SIT OF 30 MIN. AN IME EXAM AND SEVERAL IPC REVIEWS HAVE BEEN DONE ON
THIS CLAIM THAT ACKNOWLEDGE SHE HAS PAIN BUT NO PHYSICAL IMPAIRMENT
PRECLUDING HER FROM SEDENTARY WORK. HOME VISIT REPORTS BY DIFFERENT
2 SEPARATE VENDORS, (1998 AND 2002) ALSO INDICATE THERE IS NO MEDICAL
REASON ESTABLISHED THAT PREVENTS EE FROM WORKING. EMPLOYABILITY
ASSESSMENTS WITH LABOR MARKET REVIEWS WERE DONE BOTH TIMES WITH
OCCUPATIONS AND EMPLOYERS IDENTIFIED EACH TIME. APPARENTLY EE DID
TAKE SOME CLASSES, BUT NEVER RETURNED TO WORK ALTHOUGH SOME JOB
PLACEMENT WAS PROVIDED. EE HAS MANY MARKETABLE SKILLS BASED ON HER
EDUCATION AND WORK EXPERIENCE. SHE HAS THE ABILITY TO DO HER OWN
OCCUPATION, ALONG WITH OTHER OCCUPATIONS IDENTIFIED IN PRIOR
ASSESSMENTS THAT SHE HAS THE FUNCTIONAL CAPACITY TO PERFORM. IT IS
NOTED THAT BOTH EVALS (1998 AND 2002) DID CONSIDER THE LENGTH OF
TIME SHE HAS BEEN OOW. SSDI HAS BEEN DENIED. HER BB = $2,983.48
PLEASE SEE ME IF YOU NEED ANY FURTHER INFORMATION. D.D./VRC

[M077] - On 05/28/2003 17:20 - For 699501171006
Call-Up For: [M077] - On 11/20/2C   Call-Up Complete: [M077] - On 10/23/2003

F/U FOR VOC CLOSURE

[ACS1] - On 06/09/2003 09:18 - For 699501171006

OGC INDEX DCN 030606052223

[U816] - On 07/22/2003 12:26 - For 699501171006
Call-Up For: [U132] - On 07/22/20   Call-Up Complete: [U132] - On 07/22/2003

REFERRAL TO NC- PLEASE SEE EMPLOYABILITY ASSESSMENT SUMMARY FROM
VRC- PLEASE PROVIDE RECOMMENDATIONS TO CMS-

T ZAMIELLO

[U816] - On 07/22/2003 12:26 - For 699501171006
Call-Up For: [U816] - On 07/28/20   Call-Up Complete: [U816] - On 07/28/2003

FOLLOW UP WITH NC FOR RECOMMENDATIONS

ML00691

[U132] - On 07/22/2003 14:38 - For 699501171006

Call-Up For: [U816] - On 07/23/20   Call-Up Complete: [U816] - On 08/15/2003

NC REVIEW OF EMPLOYABILITY ASSESSMENT BY VRC. I HAVE REVIEWED AND
AGREE THAT MEDICAL DOCUMENTATION NO LONGER SUPPORTS EE'S INABILITY
TO PERFORM HER OWN OR SEVERAL OTHER OCCUPATIONS, WHICH E.A. HAS
DETERMINED ARE COMENSURATE AND WITHIN EE'S FUNCTIONAL CAPACITY. K.
TEEPS RN BA

[U816] - On 08/15/2003 14:13 - For 699501171006

Call-Up For: [U816] - On 09/19/20   Call-Up Complete: [U816] - On 09/24/2003

ACTION PLAN- TERMINATE CLAIM, COMPOSE TERM LTR

[M077] - On 10/23/2003 13:43 - For 699501171006

Call-Up For: [U816] - On 10/27/20   Call-Up Complete: [U816] - On 10/30/2003

REHAB NOTE TO CMS - PER OUR DISCUSSION PLEASE BRING FILE TO ATM.

[M077] - On 10/23/2003 13:45 - For 699501171006

Call-Up For: [M077] - On 11/20/20   Call-Up Complete: [M077] - On 12/19/2003

REHAB NOTE - WAITING ON CLAIMS TO TERMINATE CLAIM AND CLOSE FOR VOC.

[U816] - On 10/30/2003 13:47 - For 699501171006

Call-Up For: [U816] - On 11/03/20   Call-Up Complete: [U816] - On 11/10/2003

REFERRAL TO ADJUDICATION TEAM MEETING- F/U FOR ACTION PLAN

[U132] - On 10/30/2003 15:42 - For 699501171006

Call-Up For: [U816] - On 11/10/20   Call-Up Complete: [U816] - On 11/10/2003

NC CALL TO AP OFFICE DR. UPADNYAY #302-730-8848. I SPOKE WITH LORRIE
AND EXPLAINED THAT I WOULD BE SENDING A PCE TO THEIR OFFICE FOR AP
TO SIGN IF THERE HAS BEEN NO CHANGE IN EE'S CONDITION. IF THERE HAS
BEEN A CHANGE, PLEASE ASK AP TO PROVIDE DOCUMENTATION TO SUPPORT
THAT CHANGE. I WILL FAX FORM FOR AP TO SIGN, IN A FEW MINUTES.
LORRIE STATED TO FAX IT TO HER ATTENTION. THANK YOU, K. TEEPS RN BA

[U816] - On 11/10/2003 17:00 - For 699501171006

Call-Up For: [U816] - On 12/02/20   Call-Up Complete: [U816] - On 12/02/2003

ACTION PLAN PER ATM- F/U FOR UPDATED PCE FORM FROM AP, RTN FILE TO
ATM

[ACS1] - On 11/17/2003 07:32 - For 699501171006

OGC INDEX DCN 031114041247

[ACS1] - On 11/20/2003 12:49 - For 699501171006

Call-Up For: [U132] - On 12/03/20   Call-Up Complete: [U132] - On 12/29/2003

MED/VOC INDEX DCN 031120026243

[U816] - On 12/02/2003 15:44 - For 699501171006

Call-Up For: [U816] - On 12/17/20   Call-Up Complete: [U816] - On 12/18/2003

ACTION PLAN: BRING FILE TO ATM

[U816] - On 12/18/2003 15:20 - For 699501171006

Call-Up For: [U816] - On 12/22/20   Call-Up Complete: [U816] - On 12/29/2003

SUMMARY OF ATM DISCUSSION- 12/18/03

FILE DISCUSSED, AP HAS PROVIDED UPDATED ADDENDUM TO PCE- R & L'S
HAVE NOT CHANGED.  IT APPEARS THAT EE IS CAPABLE OF PERFORMING THE
DUTIES OF HER OWN OCCUPATION.  NC WILL PROVIDE SUMMARY OF
RECOMMENDATIONS ONCE SHE HAS REVIEWED PCE AND MED RECS ON FILE.  VRC
WILL LOOK OVER LMA TO SEE IF ONE IN FILE NEEDS TO BE UPDATED.

[M077] - On 12/19/2003 11:48 - For 699501171006

Call-Up For: [M077] - On 01/07/20   Call-Up Complete: [M077] - On 01/07/2004

REHAB REVIEW FOR EA/LMS DATA PER ATM

ML00692

A191

Diary Review - Report

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

Jul 05, 2005

Page 34 of 49

[U132] - On 12/29/2003 15:39 - For 699501171006
Call-Up For: [U816] - On 12/30/20    Call-Up Complete: [U816] - On 12/29/2003

NC REVIEW/RECOMMENDATIONS FOR A LTD CLAIM. SEE PREVIOUS NC ENTRIES.
I HAVE REVIEWED PCE WHICH WAS RE-SIGNED BY AP ON 11/20/03. EE IS
CAPABLE OF SITTING FOR 6 HOURS, WALKING, STANDING FOR 2 HOURS EACH.
SHE CAN LIFT UP TO 20 OCC. AND CARRY 10 LB. THESE APPEAR TO BE
REASONABLE AND SUPPORT EE'S ABILITY TO PERFORM SEDENTARY/LIGHT LEVEL
WORK ACTIVITIES. NC RECOMMENDS REFERRAL TO VRC FOR UPDATED
EMPLOYABILITY ASSESSMENT. K. TEEPS RN BA

[U816] - On 12/29/2003 16:46 - For 699501171006
Call-Up For: [M077] - On 12/30/20    Call-Up Complete: [M077] - On 01/07/2004

REFERRAL TO VOC REHAB COORDINATOR FOR UPDATED EA/LMS PER NC AND ATM
RECOMMENDATIONS

[U816] - On 12/29/2003 16:46 - For 699501171006
Call-Up For: [U816] - On 01/12/20    Call-Up Complete: [U816] - On 01/09/2004

FOLLOW UP FOR EA/LMS

[UZ55] - On 12/31/2003 11:37 - For 699501171006
Call-Up For: [URCQ] - On 12/31/20    Call-Up Complete: [U816] - On 12/31/2003

CRC: CALL BACK REQUEST TO:U816

EE IS REFINANCING HER HOUSE AND NEEDS A HARD/FAXED COPY OF HER
BENEFITS STATEMENT (FOR AT LEAST THE LAST 2 MONTHS)

EE WOULD APPRECIATE IT IF THIS CAN BE FAXED TO:
WELLS FARGO HOME MORTAGE
ATTN: GINA
F: (302) 734-2599
P: (302) 678-5557

IF CM HAS ANY QUESTIONS PLEASE CONTACT EE DIRECTLY @ (302) 659-1293

[U816] - On 12/31/2003 14:00 - For 699501171006

NO CALL BACK NECESSARY/REQUESTED- EE JUST NEEDS STMT OF BENEFITS
FAXED TO HER MORTGAGE COMPANY/ TZ

[U816] - On 12/31/2003 14:01 - For 699501171006
Call-Up For: [U816] - On 01/05/20    Call-Up Complete: [U816] - On 01/05/2004

ACTION PLAN- FAX EOB LTR TO MORTGAGE COMPANY PER EE REQUEST:

EE IS REFINANCING HER HOUSE AND NEEDS A HARD/FAXED COPY OF HER
BENEFITS STATEMENT (FOR AT LEAST THE LAST 2 MONTHS)
EE WOULD APPRECIATE IT IF THIS CAN BE FAXED TO:
WELLS FARGO HOME MORTAGE
ATTN: GINA
F: (302) 734-2599
P: (302) 678-5557

[M077] - On 01/07/2004 14:52 - For 699501171006
Call-Up For: [M077] - On 01/08/20    Call-Up Complete: [M077] - On 01/12/2004

REHAB CONSULT - REVIEW OF MEDICAL AND 2 VENDOR REPORTS WITH DIARY
NOTES. WILL DO WALK-UP CONSULT W/ IPC IN PM&R TO DETERMINE
DIRECTION. D.D./VRC

[U816] - On 01/09/2004 09:11 - For 699501171006
Call-Up For: [U816] - On 01/16/20    Call-Up Complete: [U816] - On 01/13/2004

FOLLOW UP OUTCOME OF ATM DISCUSSION WITH UM

[M077] - On 01/12/2004 15:46 - For 699501171006
Call-Up For: [U816] - On 01/13/20    Call-Up Complete: [U816] - On 01/16/2004

REHAB CONSULT - W/ UM RE CLAIM DIRECTION AND SUBJECTIVE INFORMATION
THAT AP PROVIDES TO SUPPORT CONTINUED DISABILITY. WILL DO HOME VISIT
BY RN WITH STRONG VOC BACKGROUND TO ASSESS BOTH COGNITIVE AND SIT

ML00693

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[M077] - On 01/12/2004 15:46 - For 699501171006
Call-Up For: [U816] - On 01/13/20    Call-Up Complete: [U816] - On 01/16/2004

TOLERANCES.  D.D./VRC

[M077] - On 01/12/2004 15:46 - For 699501171006
Call-Up For: [M077] - On 01/15/2(    Call-Up Complete: [M077] - On 01/16/2004

F/U FOR VENDOR REFERRAL

[U816] - On 01/16/2004 16:39 - For 699501171006
Call-Up For: [U816] - On 03/12/20    Call-Up Complete: [U816] - On 03/04/2004

FOLLOW UP FOR VRC REVIEW/ HOME VISIT REPORT

[M077] - On 01/16/2004 16:44 - For 699501171006
Call-Up For: [M077] - On 01/20/2(    Call-Up Complete: [M077] - On 01/29/2004

REHAB VENDOR REFERRAL - CALL TO SHERRY PALISH,RN, WITH CRAWFORD AT
(215) 643-9509; (FAX IS THE SAME #). THEIR.CONTACT SAYS SHE HAS 23
YEARS NURSING EXPERIENCE, IS VERY FOCUSED ON RTW. LEFT MSG. ON HER
MACHINE TO CALL ME RE A POSSIBLE REFERRAL.  D.D./VRC

[M077] - On 01/29/2004 13:19 - For 699501171006
Call-Up For: [M077] - On 02/12/2(    Call-Up Complete: [M077] - On 02/17/2004

REHAB VENDOR REFERRAL - DOCUMENTS FORWARDED TO SHERRI PALISH, RN @
CRAWFORD (610-359-1491 FAX). MSG. LEFT ON HER V. MAIL (610-359-1860)
THAT THEY HAVE BEEN FAXED TO LET ME KNOW IF SHE HAS ANY QUESTIONS.
D.D./VRC

[U132] - On 02/03/2004 13:59 - For 699501171006

NC CALL TO EE #(302) 659-1293. I LEFT VM MESSAGE THAT A NURSE WILL
BE CONTACTING HER FOR A HOME VISIT. THE RECORDING THEN CUT ME OFF.
K. TEEPS RN BA

[M077] - On 02/17/2004 13:21 - For 699501171006
Call-Up For: [M077] - On 02/24/2(    Call-Up Complete: [M077] - On 03/02/2004

REHAB CALL - FROM VENDOR. 2 MSGS. LEFT ASKING FOR MORE MEDICAL INFO,
SPECIFICALLY A REPORT THAT SHE ONLY HAS 1 PAGE FROM.  RC TO HER BUT
GOT A MSG. THAT SHE WAS OUT OF THE OFFICE FOR 10 DAYS, AND NOT TO
LEAVE A MSG. BECAUSE THE MACHINE COULD ONLY ACCEPT FAXES.  TRIED TO
FAX HER, BUT IT WOULD NOT GO THROUGH. TRY AGAIN NEXT WEEK.  D.D./VRC

[ACS1] - On 03/01/2004 14:42 - For 699501171006
Call-Up For: [M077] - On 03/01/2(    Call-Up Complete: [M077] - On 03/02/2004

APPEAL MAIL DCN 040301030786

[M077] - On 03/02/2004 15:46 - For 699501171006
Call-Up For: [M077] - On 03/18/2(    Call-Up Complete: [M077] - On 03/11/2004

REHAB VENDOR HOME VISIT REPORT SUMMARY - DETAILED VOC AND MEDICAL
HISTORY IS SUMMARIZED BY RN CCM.  EE'S HUSBAND IS DIVORCING HER
BECAUSE HE DOES NOT WANT TO LIVE W/ AN INVALID.  SUGGESTIONS INCLUDE
DOING A FCE AND TRANSFERABLE SKILLS ANALYSIS W/ LMS. SENT EMAIL TO
NC AND CMS TO REVIEW AND THEN WILL DISCUSS DIRECTION.  D.D./VRC

[U816] - On 03/04/2004 13:06 - For 699501171006
Call-Up For: [U816] - On 03/08/20    Call-Up Complete: [U816] - On 03/22/2004

FOLLOW UP ATM DISCUSSION

[M077] - On 03/11/2004 16:18 - For 699501171006
Call-Up For: [U132] - On 03/12/20    Call-Up Complete: [U132] - On 03/26/2004

REHAB CONSULT - ATM SUMMARY: REVIEW OF HOME VISIT VENDOR REPORT. NC
WILL CONTACT AP FOR FCE RX.  EE WILL BE ADVISED THAT SHE NEEDS TO
GIVE HONEST EFFORT DUE TO VALIDITY MEASUREMENTS W/IN THE TESTING
PROCESS.  RESULTS WILL BE USED TO DETERMINE IF EA IS APPROPRIATE.
D.D./VRC

ML00694

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[M077] - On 03/11/2004 16:19 - For 699501171006
Call-Up For: [M077] - On 05/17/20  Call-Up Complete: [M077] - On 05/27/2004

> F/U FOR FCE RESULTS

[U816] - On 03/22/2004 09:54 - For 699501171006
Call-Up For: [U816] - On 05/14/20  Call-Up Complete: [U816] - On 05/17/2004

> FOLLOW UP FOR FCE RESULTS-
> REFER TO VRC FOR TSA WITH LMS

[U132] - On 03/26/2004 10:10 - For 699501171006
Call-Up For: [U322] - On 04/11/20  Call-Up Complete: [U322] - On 04/15/2004

> FOLLOW UP: PERMISSION FOR FCE FAXED TO DR. UPADHYAY'S OFFICE.
> AWAITING RESPONSE BY 4/10/04. K. TEEPS RN BA

[ACS1] - On 04/05/2004 17:33 - For 699501171006
Call-Up For: [U322] - On 04/05/20  Call-Up Complete: [U322] - On 04/15/2004

> MED/VOC INDEX DCN 040405020871

[U322] - On 04/15/2004 09:32 - For 699501171006

> FORM FROM DR. UPADHYAY'S
> THIS IS A FORM, SIGNED BY EE'S AP FOR PERMISSION TO HAVE AN FCE DONE.
> KSNELL RN

[U322] - On 04/15/2004 11:13 - For 699501171006
Call-Up For: [U003] - On 04/15/20  Call-Up Complete: [U003] - On 04/16/2004

> REFERRAL TO VENDER FOR FCE EVAL.
> MEDICAL DOCUMENTATION REFERRED FOR FCE ALONG WITH THE AP'S  (DR
> UDAHYAY) SIGNED AUTHORIZATION FOR FCE. NC WILL REVIEW WHEN REPORT IS
> RECEIVED. NC WILL CALL EE WHEN APPT IS SET UP TO LET EE KNOW ABOUT
> THE EVALUATION. KSNELL RN

[U322] - On 04/15/2004 11:15 - For 699501171006
Call-Up For: [U322] - On 04/30/20  Call-Up Complete: [U322] - On 05/10/2004

> NC ACTION PLAN / OPEN FOR CO-MANAGEMENT
> CALL EE WHEN FCE APPT IS SET UP TO LET HER KNOW ABOUT THE APPT. WILL
> REVIEW FCE REPORT WHEN COMPLETED.

[U322] - On 04/15/2004 11:16 - For 699501171006
Call-Up For: [U322] - On 04/19/20  Call-Up Complete: [U322] - On 04/20/2004

> NC CALL TO EE REGARDING FCE EVAL APPT. KSNELL RN

[U003] - On 04/20/2004 08:32 - For 699501171006
Call-Up For: [U322] - On 04/20/20  Call-Up Complete: [U322] - On 04/20/2004

> FAX RECD: FCE APT INFO
>
> DATES: 4/26/04 @ 7:45 AM AND 4/27/04 @ 8:00 AM
>
> PLACE: BROWN & ASSOCIATES ORTHO PT, PA
>        1404 -B FORREST AVENUE
>        DOVER, DE 19904
>
> PHONE: 302-741-0200
>
> CONTACT PERSON: TERRI STANLEY

[U003] - On 04/20/2004 08:32 - For 699501171006
Call-Up For: [U322] - On 04/21/20  Call-Up Complete: [U322] - On 04/20/2004

> F/U WITH EE REGARDING FCE APT DATES

[U003] - On 04/20/2004 08:33 - For 699501171006
Call-Up For: [U003] - On 05/04/20  Call-Up Complete: [U003] - On 04/20/2004

> F/U REPORT FROM ERGO

ML00695

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[U003] - On 04/20/2004 08:33 - For 699501171006
Call-Up For: [U003] - On 05/04/20   Call-Up Complete: [U003] - On 05/03/2004

| F/U REPORT FROM IHS |
|---|

[UZ79] - On 04/20/2004 10:24 - For 699501171006
Call-Up For: [URCQ] - On 04/20/2(   Call-Up Complete: [U816] - On 04/20/2004

| CRC: CALL BACK REQUEST TO:0816 |
|---|
| |
| EE CLD |
| INQ ON NC REFERAL FOR FCE EVAL |
| EE RCVD CALL FROM LOCAL PHYSICAL THERAPY GROUP |
| NO ONE FROM METLIFE INFORMED HER OF THIS APPT BEING SET UP |
| TRANSFERRED TO CM |
| IBM COMPANY |

[U816] - On 04/20/2004 11:32 - For 699501171006
Call-Up For: [URCQ] - On 04/20/2(   Call-Up Complete: [U816] - On 04/20/2004

| REDIRECTED RETURN CALL TO U322: EE IS CALLING REGARDING FCE- I |
|---|
| FORWARDED HER VM TO YOU WITH HER QUESTIONS. THANKS/ TZ |

[U322] - On 04/20/2004 11:42 - For 699501171006
Call-Up For: [U322] - On 04/21/20   Call-Up Complete: [U322] - On 04/22/2004

| NC CALL TO EE ATTEMPTED AT (302) 659-1293 |
|---|
| I CALLED EE'S HOUSE TO DISCUSS WITH HER THE FCE DATE/TIME AND TO |
| RETURN HER PC. REACHED A VM MESSAGE AT WHICH TIME I LEFT MY NAME, PH |
| NUMBER, MESSAGE THAT I WAS RETURNING HER PC TO DISCUSS THE FCE THAT |
| IS SCHEDULED FOR: |
| DATES: 4/26/04 @ 7:45 AM AND 4/27/04 @ 8:00 AM |
| PLACE: BROWN & ASSOCIATES ORTHO PT, PA |
|       1404 -B FORREST AVENUE |
|       DOVER, DE 19904 |
| PHONE: 302-741-0200 |
| CONTACT PERSON: TERRI STANLEY |
| KSNELL RN* |

U322] - On 04/20/2004 11:45 - For 699501171006

| NC CALL FROM TERRI SHANLY PT WHO IS TO DO THE FCE |
|---|
| SPOKE WITH TERRI REGARDING THE FCE AND THE MESSAGE REGARDING EE PC |
| WITH THEM ABOUT THE FCE. SHE STATED THAT THEY CALLED EE AND TOLD HER |
| ABOUT THE FCE AND THE DATE AND EE TOLD HER SHE CAN'T MAKE IT THAT |
| DAY. SHE DIDN'T SAY WHY SHE COULDN'T AND THAT SHE WANTED IT AT |
| ANOTHER TIME. STATED I WILL BE CALLING EE TO DISCUSS THE FCE WITH |
| HER. KSNELL RN |

KA38] - On 04/21/2004 16:07 - For 699501171006
all-Up For: [URCQ] - On 04/21/2(   Call-Up Complete: [U816] - On 04/21/2004

| CRC: CALL BACK REQUEST TO:U816 |
|---|
| |
| EE CALLED, UPSET BECAUSE NC CALLED & GAVE HER TIME & DATE FOR FCE |
| WITHOUT DISCUSSING WHEN SHE (EE) WAS AVAILABLE FIRST. WANTS A C/B |
| FROM CM. XFER TO U816 |

J816] - On 04/21/2004 16:17 - For 699501171006

| INCOMING CALL FROM EE- CONCERNED ABOUT FCE- |
|---|
| |
| CMS DISCUSSED FCE PROCESS WITH EE AND ADVISED THAT WE DID CONTACT |
| HER AP FOR PERMISSION TO SEND HER FOR AN FCE. WHEN THIS PERMISSION |
| WAS OBTAINED, THE FCE WAS SET UP, AND THE VENDOR CONTACTED HER TO |
| ADVISE OF THE DATE AND TIME, ETC.   STANDARD CLAIMS PRACTICE |
| GUIDELINES WERE FOLLOWED AND THIS WAS EXPLAINED TO EE.  EE IS |
| CONCERNED THAT SHE WAS NOT CONTACTED BY METLIFE PRIOR TO THE FCE |
| BEING SET UP, TO CONSULT WITH HER BEOFORE THE TEST WAS SCHEDULED. |
| CMS EXPLAINED THAT WE GENERALLY DO NOT DO THIS UNTIL AFTER THE TEST |
| IS SCHEDULED- IF THE TIME/DATE POSES AN IMPOSSIBLITY OR |
| INCONVENIENCE TO THE CLAIMANT AT THAT POINT, THEY CAN REQUEST THAT |
| IT BE RESCHEDULED. EE STATED TAHT SHE WILL DEFINITELY BE ABLE TO |
| PARTICIPATE IN THE FCE AS SCHEDULED, SO THIS IS NOT A PROBLEM.  SHE |

ML00696

A195

Claim #:699501171006   Name: GAIL KERNAGHAN

Status: Ended

[U816] - On 04/21/2004 16:17 - For 699501171006

```
WAS JUST NOTING HER CONCERN THAT THIS FCE CAME AS SOMEWHAT OF A
SURPRISE. / TZ
```

[U322] - On 04/22/2004 17:58 - For 699501171006

```
PHONE RECORD RETURN CALL FROM EE
EE LEFT A MESSAGE ON MY VM REGARDING THE FCE AND TO CALL HER BACK AT
302-659-1293. KSNELL RN
```

[U322] - On 04/22/2004 18:00 - For 699501171006

Call-Up For: [U322] - On 04/22/20   Call-Up Complete: [U322] - On 05/03/2004

```
LEFT MESSAGE ON EE'S VM AT 302-659-1293
REACHED EE'S VM AT WHICH TIME I LEFT MY NAME, PH NUMBER REGARDING
FCE AND HER CALL TO ME. ASKED HER TO CALL ME BACK IF SHE HAD FURHTER
QUESTIONS. K SNELL RN
```

[U322] - On 04/22/2004 18:05 - For 699501171006

```
PHONR CALL FORM TERRI SHANLY, PT REGARDING FCE 302-741-0200
ASKED IF THE FCE WAS STILL ON OR NOT AS UNSURE IF EE WAS GOING TO
ATTEAND OR NOT. READ THE PC EE HAD WITH THE CMS AND EE TOLD HER SHE
WOULD ATTEND. TERRI STATED SHE WOULD CONFIRM IT AND LET THE PERSON
WHO IS DOING IT KNOW. KSNELL RN
```

[U322] - On 05/03/2004 10:22 - For 699501171006

Call-Up For: [U322] - On 05/07/20   Call-Up Complete: [U322] - On 05/10/2004

```
NC FOLLOW UP FOR FCE REPORT.
WILL REVIEW FCE REPORT WHEN IT IS RECEIVED. KSNELL RN
```

[ACS1] - On 05/03/2004 14:09 - For 699501171006

Call-Up For: [U322] - On 05/03/20   Call-Up Complete: [U322] - On 05/14/2004

```
MED/VOC INDEX DCN 040503013885
```

[U322] - On 05/14/2004 11:25 - For 699501171006

```
NC REVIEW OF FCE COMPLETED ON 4-19-04
EE ATTENDED FCE THAT WAS COMPLETED ON  4-19-04. BASED ON THE FCE EE
DID GIVE MAXIMUM EFFORT TO PERFORM EVALUATION AND STATED EE IS ABLE
TO PERFORM MAXIUM JD AT A SEDENTARY LEVEL FOR AN 8 YR DAY 5 DAYS A
WEEK WITH SPECIFIC RESTRICTIONS TO ALTERNATE FREQUENT (33-67% OF THE
DAY) SITTING, STANDING AND WALKING. STATED EE DEMONSTRATED SAFE
PERFORMANCE INCLUDING BODY MECHANICS ALTHOUGH SHE DID NEED SOME
VERBAL CUEING. SHE DEMONSTRATED APPROPRIATE PACING AND NOW HAS GOOD
AWARENESS OF SAFETY TECHNIQUES FOR MOST ACTIVITY. STATES EE
DEMONSTRATED SMOOTH AND COORDINATED MOVEMENT THROUGHOUT THE TEST
ITEMS. PAIN BEHAVIORS EXHIBITED INCLUDED SHIFTING OF WEIGHT WHILE
SITTING, STANDING WAS CONSISTENT AND EE HAD A PERCIEVED PAIN LEVEL
OF 5 OUT OF 10. STATES EE WAS COOPERATIVE DURING ALL ASPECTS OF THE
TEST. EES FUNCTIONAL LIMITATION ARE CONSISTENT WITH THE PHYSICAL
FINDINGS OF THE MUSCULOSKELETAL EXAM. EE'S PERCIEVED WERE CONSISTENT
WITH THOSE OBJECTIVELY EVALUATED DURING THE FCE. STATES EES
ABILITIES DEMONSTRATED INCLUDE EXECELLANT ABILITIES IN ELEVATED
WORK, ROTATIONAL ACTIVITIES, CRAWLING, KNEELING AND CROUCHING, GOOD
ABILITES IN FORWARD BENDING, REPETITIVE SQUAT AND SITTING TOLERANCE
ALSO EXCELLENT ABILITIES IN STANDING TOLERANCE AND AMBULATION
ACTIVITIES. SIGNIFICANT DEFICITS DEMONSTRATED BY EE WERE WELL BELOW
AVERAGE GRIP STRENGTH AND SLIGHTLY BELOW AVERAGE HAND COORDINATION.
RECOMMENDATIONS PROVIDED WERE THESE WORK PERJECTIONS ARE FOR AN 8 HR
PER DAY, 40 HRS PER WEEK AT THE LEVELS INDICATED. SHE MEETS THE US
DEPARTMENT OF LABOR PHYSICAL DEMAND LEVEL OF SEDENTARY. EE'S SITTING
TOLERANCE OVER AN 8 HR WORK DATY IS FREQUENTLY (33-66% OF DAY) AND
WOULD NEED TO ALTERNATE WITH WALK AND STAND. R/L GIVEN. KSNELL RN
```

[U322] - On 05/14/2004 13:05 - For 699501171006

Call-Up For: [U816] - On 05/14/20   Call-Up Complete: [U816] - On 05/17/2004

```
OUTGOING CORRESPONDENCE LETTER TO DR JGADHYAY
```

ML00697

Claim #:699501171006    Name: GAIL KERNAGHAN

Status: Ended

[U322] - On 05/14/2004 13:05 - For 699501171006

Call-Up For: [U816] - On 05/14/20    Call-Up Complete: [U816] - On 05/17/2004

```
FAXED FCE REPORT TO AP FOR HIS REVIEW AND RECOMMENDATION OF FCE
REPORT AND IF EE IS REHAB IS APPROPRIATE AT THIS TIME TO BE SUBMITTED
BY 5-31-04. KSNELL RN
```

[U322] - On 05/14/2004 13:06 - For 699501171006

```
OUTGOING CORRESPONDENCE MAIL LETTER TO EE TO LET HER KNOW THAT THE
FCE REPORT WAS SENT TO HER AP FOR HIS REVIEW AND RECOMMENDATIONS.
KSNELL RN
```

[U322] - On 05/14/2004 13:07 - For 699501171006

```
OUTGOING CORRESPONDENCE CONFIRMATION OBTAINTED THAT THE FCE REPORT
AND AP LETTER WAS SUBMITTED TO THE DRS OFFICE. KSNELL R N
```

[U322] - On 05/14/2004 13:08 - For 699501171006

Call-Up For: [U322] - On 05/31/20    Call-Up Complete: [U322] - On 06/07/2004

```
NC ACTION PLAN / OPEN FOR CO-MANAGEMENT\
F/U FOR AP'S RESPONE TO THE FCE REPORT TO BE SUBMITTED BY 5-31-04
```

[U322] - On 05/14/2004 13:11 - For 699501171006

```
APS ADDRESS/PH NUMBER, FAX NUMBER
DR UGADHYAY
830-WALKER RD
DOVER DE 19961
FAX NUMBER IS 302-730-8846
```

[U816] - On 05/17/2004 09:10 - For 699501171006

Call-Up For: [U816] - On 07/02/20    Call-Up Complete: [U816] - On 07/08/2004

```
FOLLOW UP FOR NC RECOMMENDATIONS
```

[ACS1] - On 05/17/2004 16:51 - For 699501171006

Call-Up For: [U322] - On 05/19/20    Call-Up Complete: [UA32] - On 05/26/2004

```
MED/VOC INDEX DCN 040517054960
```

[ACS1] - On 05/19/2004 17:29 - For 699501171006

```
OGC INDEX DCN 040519049389
```

[ACS1] - On 05/19/2004 17:29 - For 699501171006

```
OGC INDEX DCN 040519049390
```

[UB48] - On 05/24/2004 08:57 - For 699501171006

Call-Up For: [U322] - On 05/24/20    Call-Up Complete: [UA32] - On 05/26/2004

```
RTND MAIL RECD
```

[UA32] - On 05/26/2004 09:20 - For 699501171006

```
NC SUMMARY OF MED DCN# 040517054960  - IS A BILL FROM DELAWARE BACK
PAIN AND SPORTS REHABILITATION CENTERS.  REC'D FROM LORRIE IS BILL
FOR $80 FOR PROCESSING AND MAILING REQUESTED REPORT, $200 FEE FOR
REPORT DUE TO AP DETAILED REVIEW OF CHART, DICTATION, TRANSCRIPTION
AND PROCESSING OF REPORT.  PAYMENT IS REQUESTED PRIOR TO OFFICE
SUBMITTING REPORT.

NC FAXED LORRIE STATEMENT COST IS RESPONSIBILITY OF CLAIMANT.\
BWILSON RN/NC
```

[UA32] - On 05/26/2004 09:26 - For 699501171006

```
OUTGOING CORRESPONDENCE / FAX TO LORRIE AT DELAWARE BACK PAIN &
SPORTS REHAB CENTER
```

ML00698