IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                    :
                                                   :
            Plaintiff,                             :   C.A. No. 05-402 (GMS)
                                                   :
      v.                                           :
                                                   :
METROPOLITAN LIFE INSURANCE                        :
COMPANY, as fiduciary and administrator of The    :
IBM Long-Term Disability Plan,                     :
                                                   :
            Defendant.                             :
                                                   :
                                                   :

**VOLUME I OF X**

**APPENDIX TO**
**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWERING**
**BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**MᴄCᴀʀᴛᴇʀ & Eɴɢʟɪsʜ LLP**

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date:   April 13, 2006

## TABLE OF CONTENTS

<u>**TITLE**</u>                                                                                           <u>**PAGE**</u>

Excerpts of the Administrative Record ....................................................................B1-B51

i

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 13, 2006, I caused a copy of the foregoing Appendix to Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899


/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)

ME1\5600684.1

0412C3007846

**Met Life Disability**                                    November 10, 2004

To whom it may concern:

I have been married to Gail Kernaghan for twenty years, and am probably the best-fit person to discuss her disability. We were married for ten years before the accident. Gail was a good wife great mom a happy person and a great problem solver. One of her greatest strengths was her ability to multi-task and to do each task with great speed. She was super-mom & super-wife. She could think in abstract ways that left me in the dust but was able to simplify these complex decisions so anyone could understand. The accident and the aftermath left the entire family with a big hole.

I was left with a woman who lost mail forgot to pay bills and left items burning on the stove. I thought that I would have to fill-in temporarily but over time it became apparent that these changes are permanent. Gail has never been a slacker, but her ability to perform normal daily tasks has come into question. Her daughter and I took over complete responsibility for the household cooking cleaning bill paying, and setting appointments. If Gail was able to we would give her something to do but always-ultimate responsibility lay with Emily or me.

The extra household work was hard but the emotional drain really affected us more. You cannot tell by looking at Gail what pain level she is at. So I would try to carry on normal conversations that often ended up with my wife in tears screaming at me or slamming doors. The medication leaves her forgetful at best and in a haze at worst. The unpredictability of this situation began to be a burden too great for me to bear. It ate away at our marriage, and early in 2003, I moved into the 2nd floor loft above our garage. I was still close enough to assist with the daily tasks while attempting to allow Gail the chance to try and stand on her own two feet. This did not work well & early in 2004, I moved completely out. I am too young to be married to an invalid. She is now the responsibility of her daughter Emily and son-in-law Don.

We could no longer enjoy common interests. NASCAR racing was out because she could not tolerate the seats and the long day. Horseback riding was not practical because of the friction caused by the horses' gait. Camping was impossible because of the lack of a firm bedding support. Even the personal intimate side of the marriage went into the drain and became non-existent. Who can make love to someone who is grimacing?

I hope that you can provide her some assistance because I know she could use it. I just can't be the person to provide it any longer. I cannot believe that you think she can work, when there are days on end when she can't even get dressed.

Sincerely,

John T. Kernaghan, II

ML00012

## ACS, Metlife Disability. Mail Tracking Barcoding.

Tracking Number:



70031010000470564163

| | |
|---|---|
| **Sender:** | Gail Kernaghan |
| **Status:** | Scanned |
| **Carrier:** | Certified |
| **Office:** | |
| | |
| **Comments:** | appeals |

**Process Date**     12/3/2004 9:37:00 AM

OGC

041126020102

Metropolitan Life Insurance Company

**MetLife**®

MetLife Disability
PO Box 14592
Lexington, KY 40511-4592

November 24, 2004

Gail Kernaghan
363 Valley Mist Drive
Clayton, DE 19938

Claim #:       699501171006
Employer:      IBM Corporation
Report #:      35750

Dear Ms. Kernaghan

We have received your appeal request for review of your disability claim.

You indicated that additional information in support of your appeal was available. You must submit any additional information you wish to have considered within 180 days from your receipt of the notice of your claim of denial or termination. Once your complete appeal has been submitted, your claim will be referred for an independent claim review.

Please notify us at 800-300-4296 when you are finished submitting information for your appeal and would like for us to begin our review of your appeal.

MetLife will evaluate all of the information and advise you of our determination of appeal within 45 days. If there are special circumstances requiring additional time to complete our review, we may take up to an additional 45 days, but only after notifying you of the special circumstances in writing.

Sincerely,

Kathy Casey

Kathy Casey
Met Disability - Appeals Unit
1-800-300-4296

041119000368



**Delaware Back Pain & Sports Rehabilitation Centers**

*Depend on us to get you better faster.*

**Depend on teamwork for better health:**
- Physical medicine & rehabilitation
- Interventional pain management/ injections
- EMG
- Chiropractic care
- Rehabilitation therapy
- Exercise physiology
- Psychology/pain management counseling
- Massage therapy
- Wellness/nutrition program
- QFCEs

**Nonsurgical solutions:**
- Auto, work & sports injuries
- Back & neck pain
- Shoulder pain
- Leg, ankle & foot pain
- Hand & wrist pain (carpal tunnel syndrome)
- Arm pain
- Arthritis, acutis & bursitis pain
- Headaches

**Effective rehabilitation:**
- Musculoskeletal injury
- Nerve injury
- Postsurgical rehabilitation
- Sciatica
- Stroke
- Paraplegia syndrome
- Spinal cord & brain injury
- Joint replacement

October 29, 2004

Kathryn Snell, R.N.
P.O. Box 14590
Lexington, Kentucky 40511-4590

RE:   **Gail Kernaghan  (DOB: 8/15/52)**

Dear Ms. Snell:

This is a redictation of the original dictation dated 5/17/04. That note was dictated, lost, and is not recovered yet.

Gail Kernaghan was seen by me in initial consultation on January 4, 2002. She was referred by her primary care physician, Dr. David Reyes. At that time, she reported being a 49-year-old female with a ten year history of low back problems. She sustained an L3 burst fracture that was treated conservatively. Since that time, she has had chronic low back pain. She underwent approximately six months of therapy in her initial treatment. Subsequent to that, she had been treated with Vicodin and Baclofen and was taking Ambien, a benzodiazepine, for sleep. The patient was switched over to OxyContin from Vicodin and continued on Baclofen.

Her remaining history shows pertinence including diabetes, and a history of rheumatic fever with subsequent heart murmur. She had a strong family history of coronary artery disease and hypertension. Socially and occupationally, the patient worked as a program manager for IBM, which was a desk job, however, she was not working at the time of my initial visit because of low back pain.

My initial impression was that the patient suffered from chronic low back pain, status post L3 compression burst fracture along with mechanical low back pain and SI joint dysfunction with right greater trochanteric bursitis and iliotibial band syndrome. The patient was additionally diagnosed with anxiety disorder secondary to chronic illness along with diabetes. Her initial treatment was primarily pharmacologic.

Six convenient locations:

Fowlk Road Office Park Plaza: (302) 529-8783 • 2006 Foulk Road, Suite B, Wilmington, DE 19810 • Fax: (302) 529-7470
Medical Arts Complex: (302) 764-0271 • 700 Lea Boulevard, Suite 102, Wilmington, DE 19802 • Fax: (302) 762-4076
Omega Professional Center: (302) 733-0980 • 87-B Omega Drive, Newark, DE 19713 • Fax: (302) 733-7493
Glasgow Medical Center: (302) 832-8894 • 2600 Glasgow Avenue, Suite 210, Newark, DE 19702 • Fax: (302) 832-8397
Walker Square: (302) 730-8884 • 850 Walker Road, Suite 114, Dover, DE 19901 • Fax: (302) 730-8846
Smyrna: (302) 389-2225 • 29 N. East Street • Smyrna, DE 19977 • Fax: (302) 389-1005
www.delawarebackpain.com

041119000368

RE:  Gail Kernaghan
Date: 10/29/04
Page  2

The complete details of my initial visit with Ms. Kernaghan can be noted in the typed report of 1/04/02. Gail Kernaghan was seen in follow up evaluation by me on 1/22/02, 2/19/02, 4/05/02, 4/22/02, 6/06/02, 8/01/02, 8/29/02, 10/01/02, 3/05/03, 5/28/03, 7/24/03, 10/16/03, 1/08/04, 6/04/04, 9/13/04. It is suggested that these notes are reviewed in their entirety.

When the patient was last seen by me, she continued to complain of chronic low back pain and was taking several medications including but not limited to Neurontin, Prozac, Vicodin, and Zanaflex.

Her most recent renal and hepatic screens were noted to be normal. Most recent MRI available to us, is dated October 12, 2002, which reads out as a right S1 sacral region bone contusion with compression fracture and end plate fractures or Schmorl's nodes at L3. An x-ray of the LS spine dated 9/14/00 demonstrated 25% destruction of the L3 vertebral body with disc degeneration at the two levels above at L2-3 and L3-4.

In preparing for this report, I had an opportunity to review a functional capacity evaluation dated 5/03/04. While this summary is rather elaborate, thorough and lengthy in nature, it is inaccurate. This functional capacity evaluation does not include or test the effects of prolonged sedentary activity, such has prolonged sitting, standing, and work place environment activities for more than a four hour period. It also does not test day in and day out, week upon week effect of this type of work duty on the patient's low back condition. This test therefore is inadmissible.

In conclusion, Gail Kernaghan suffers from chronic lumbosacral spine pain secondary to an L3 burst fracture with resulting disc disruption at L2-3 and L3-4 resulting in discogenic lumbar spine pain. Her injuries are permanent in nature.

Occupationally, Ms. Kernaghan is unable to work in any capacity due to her lumbar spine condition. She should be restricted at home to sedentary duty activities.

All of the expert medical opinions above have been given to within a reasonable degree of medical probability. If you have any further questions regarding this matter, please contact me in writing at the Dover address.

Sincerely,

Asit P. Upadhyay, D.O., FAAPMR

APU/mc



**Delaware Back Pain & Sports Rehabilitation Centers**

*Depend on us to get you better faster.*

● **Depend on teamwork for better health:**
  - Physical medicine & rehabilitation
  - Interventional pain management/ injections
  - EMG
  - Chiropractic care
  - Rehabilitation therapy
  - Exercise physiology
  - Psychology/pain management counseling
  - Massage therapy
  - Wellness/nutrition programs
  - QFCEs

● **Nonsurgical solutions:**
  - Auto, work & sports injuries
  - Back & neck pain
  - Shoulder pain
  - Leg, ankle & foot pain
  - Hand & wrist pain (carpal tunnel syndrome)
  - Arm pain
  - Arthritis, neuritis & bursitis pain
  - Headaches

● **Effective rehabilitation:**
  - Musculoskeletal injury
  - Nerve injury
  - Postsurgical rehabilitation
  - Sciatica
  - Stroke
  - Postpolio syndrome
  - Spinal cord & brain injury
  - Joint replacement

# FAX COVER SHEET

**Date:** 11/15/04

**To:** Kathryn Snell RN, CCM

**Fax No.:** (800) 230-9531

**From:** Lorrie

**Our Phone Number:** (302) 730-8848
**Our Fax Number:** (302) 730-8846

**Number of pages including this cover sheet:** 3

**Special Message:** _____

_____

_____

_____

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender by either fax address or telephone number above and discard this fax. Thank you.

RA03-5DV



**Five convenient locations:**
Foulk Road Office Park Plaza: (302) 529-8783 • 2006 Foulk Road, Suite B, Wilmington, DE 19810 • Fax: (302) 529-7470
Medical Arts Complex: (302) 764-0271 • 700 Lea Boulevard, Suite 102, Wilmington, DE 19802 • Fax: (302) 762-4076
Omega Professional Center: (302) 733-0900 • 87-B Omega Drive, Newark, DE 19713 • Fax: (302) 733-7495
Glasgow Medical Center: (302) 832-8894 • 2600 Glasgow Avenue, Suite 210, Newark, DE 19702 • Fax: (302) 832-8897
Walker Square: (302) 730-8848 • 830 Walker Road, Suite 11-1, Dover, DE 19901 • Fax: (302) 730-8846
www.delawarebackpain.com



ML00017

041/10 033372

**Metropolitan Life Insurance Company**

**MetLife®**

**MetLife Disability**
**PO Box 14590**
**Lexington, KY 40511-4590**

November 8, 2004

Gail Kernaghan
363 Valley Mist Dr.
Clayton, DE 19938

RE: Long Term Disability
Claim No: 699501171006
Group No: 35750/ IBM

Dear Ms. Kernaghan:

Per your request, we have enclosed a copy of the file for your Long Term Disability
Claim.

This includes all claim documents and correspondence.

If you need any further information, or have any questions regarding this matter,
please feel free to call the number listed below.

Sincerely,

Theresa Zammiello
Case Management Specialist
Met Disability
1-800-638-0064
1-800-230-9531 fax

B7

ML00020

041028F05644

# FAX COVER SHEET

**Gail Kernaghan**
**363 Valley Mist Drive**
**Clayton, DE 19938**
**phone 302-659-1293**

| Send to:  Met Disability | From:  Gail Kernaghan |
|---|---|
| Attention: Theresa Zammiello<br>    Case Management  Specialist<br>    1-800-638-0064 ext 2473 | |
| Office location: P.O. Box 14592<br>         Lexington, KY 40511-4592 | address: 363 Valley Mist Drive<br>         Clayton, DE 19938 |
| Fax number: 1-800-230-9531 | Phone number:  302-659-1293 |

☒ Urgent   ☐ Reply ASAP   ☐ Please comment   ☐ Please review   ☐ For your information

Total pages, including cover: 2 (1 cover + 1 text letter)

**Comments:**

ML00021

041028F05644

## Gail A. Kernaghan
363 Valley Mist Drive
Clayton, Delaware 19938
302-659-1293

October 26, 2004

Theresa Zammiello
Case Management Specialist
Met Disability
P.O. Box 14592
Lexington, KY 40511-4592

Re: Files from Long Term Disability
    Claim No.: 699501171006
    Group No.: 35750/IBM
    Serial No.: 142425
    Social Security No.: 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

Dear Ms. Zammiello:

    In order to present a reasonable appeal to my termination from IBM's Long Term Disability, I am requesting a copy of all documents, records, or other information available to Metropolitan, which is relevant to my claim, as well as the identity of any medical or vocational expert(s) whose advice, was obtained in connection with my claim.

    This unexpected action has left me in a very awkward position financially. I would appreciate any effort on your part to expedite this request. If feasible, I am giving you permission to FAX this information to Dianomite Copy Services (FAX: 440-988-5843) attn: Gail Kernaghan. The owner of this Copy Shop has been informed of the potential arrival of a Fax from you. If necessary, you may contact either a Mary Jo Dindino or a Diana Lyon at phone number 440-988-9992. If faxing is not permissible, please forward the information to my home address.

    I thank you in advance for your assistance in this difficult situation. Please contact me at home if there is any problem.

Cheers,

*Gail A. Kernaghan*

Gail A. Kernaghan

10/24/04

ML00022

# BILLING
# DOCUMENT



August 30, 2004

Invoice for LTD / STD Services from
    Our PHILADELPHIA, PA DISABILITY MANAGEMENT Office

| | | | |
|---|---|---|---|
| **Policy:** | N/A | **Invoice:** | 00306-013798 |
| **Claim:** | 699501171006 | **Our File:** | 00306-014228 |
| **Beneficiary:** | KERNAGHAN GAIL | **Program:** | 013281 |
| **Disab Dt:** | 11/22/1994 | | METLIFE DISABILITY - CT |
| **Services:** | LTD-LABOR MKT SURV | **Insured:** | IBM |
| **Soc Sec Num:** | 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 | | |
| **ICD-9:** | 847.1 | | |

Flat Rate Services                                           $450.00


                              Final Bill


       **    Customer Copy - Use remittance copy for terms and payment   **
         1.5% INTEREST PER MONTH WILL BE CHARGED TO ALL PAST DUE ACCOUNTS
                      Federal Identification # 58 0506554
       *  Crawford & Company  *  P.O. Box 105159  *  Atlanta, GA  30348-5159  *

ML00035

# BILLING DOCUMENT



August 30, 2004

Send Payment To:

    Crawford & Company
    P.O. Box 105159
    Atlanta, GA 30348-5159

For LTD / STD Services from
    Our PHILADELPHIA, PA DISABILITY MANAGEMENT Office
    Phone: 610-359-1860

```
***********************************************************************
*                                                      PAYMENT        *
*     PAYMENT IDENTIFICATION CODE                      AMOUNT DUE      *
***********************************************************************
*                                                                     *
*          306-13798                          $        450.00         *
*                                                                     *
*                 INVOICE DUE DATE   09/29/2004                       *
*                                                                     *
***********************************************************************
```

CLIENT SERVICE INFORMATION:

| | | | |
|---|---|---|---|
| | | Invoice: | 00306-013798 |
| Policy: | N/A | Our File: | 00306-014228 |
| Claim: | 699501171006 | Program: | 013281 |
| Beneficiary: | KERNAGHAN GAIL | | METLIFE DISABILITY - CT |
| Disab Dt: | 11/22/1994 | Insured: | IBM |
| Soc Sec Num: | 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 | | |
| ICD-9: | 847.1 | | |

REMITTANCE INSTRUCTIONS:

   - Please enclose remittance copy with payment OR

   - Include above PAYMENT IDENTIFICATION CODE on check/attachment

   Thank you for your business.
   We appreciate your prompt payment.

REMITTANCE COPY
1.5% Interest per month will be charged to all past due accounts
Federal Identification # 58 0506554
* Crawford & Company * P.O. Box 105159 * Atlanta, GA  30348-5159 *

ML00036

# BILLING DOCUMENT



August 18, 2004

Itemization of Charges                                                    Page  1

| Policy: | N/A | | Invoice: | 00306-013798 |
|---------|-----|---|----------|--------------|
| Claim: | 699501171006 | | Our File: | 00306-014228 |
| Beneficiary: | KERNAGHAN GAIL | | Program: | 013281 |
| Disab Dt: | 11/22/1994 | | | METLIFE DISABILITY - CT |
| Soc Sec Num: | 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 | | Insured: | IBM |
| ICD-9: | 847.1 | | Bus Code: | 425 LTD-LABOR MKT SURV |

| Date of Service | Explanation of Service or Expense |
|-----------------|-----------------------------------|
| 07/23/2004 | File Review |
| 07/27/2004 | Trans Skills Analysis |
| 07/27/2004 | Review/Analysis New Info |
| 07/27/2004 | Labor Market Survey |
| 07/28/2004 | Labor Market Survey |
| 08/05/2004 | Labor Market Survey Telephone Emp Other |
| 08/05/2004 | Telephone - No Charge |
| 08/06/2004 | Labor Market Survey Telephone Emp Other |
| 08/12/2004 | Labor Market Survey |
| 08/23/2004 | Closure Report/Letter |

FLAT RATE          450.00

Final Bill

Federal Identification # 58 0506554

*  Crawford & Company  *  P.O. Box 105159  *  Atlanta, GA  30348-5159  *

B12                                                          ML00037

Aug 27 04 01:05p    Eleanor Miller    215-632-1687    p.1

040027F00623

RE:  Kernaghan, Gail
     Page 10
     August 23, 2004



**Crawford**®

Healthcare Management
Vicki C. Bussmann
Branch Manager


### FAX TRANSMISSION


TO:      Deanna Denmead
         Met Life Disability
         Via Fax:  315-792-2490

FROM:    Jennifer Weinstein, M.Ed., C.R.C., C.C.M.
         Vocational Services Consultant

DATE:    August 27, 2004

RE:      Claimant            :    Gail Kernaghan
         Met Life Claim No.  :    699501171006
         Employer            :    IBM
         DOD                 :    11/22/94
         Our File No.        :    306-14228


### FOR YOUR INFORMATION


Ten pages, including this one


THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION MAY BE
PRIVILEGED AND CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER
APPLICABLE LAW.  IT IS INTENDED ONLY FOR THE USE OF THE
INDIVIDUAL OR ENTITY NAMED ABOVE.  IF YOU ARE NOT THE INTENDED
RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO
THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE TO
ARRANGE FOR RETURN OF THE MATERIAL TO US.

600 Reed Road ♦ Broomall PA 19008 ♦ PH: 610-359-1860 ♦ FX: 610-359-1491

ML00038

040809 009908



**Crawford**®

**Healthcare Management Services**
Vicki C. Bussmann
Branch Manager

July 23, 2004

**Acknowledgement of Assignment**

Deanna Denmead
Metlife Insurance Co.
P.O. Box 14592
Lexington, Kentucky 40511

RE:     Claim Number:        699501171006
        Insured:            IBM
        Claimant:           Gail Kernaghan
        Date of Loss:       11/22/1994
        Our File #:         00306-000014228

Type of Assignment:     √   Client Specific Billing Arrangement
                       ____  Time & Expense Billing Method with Fixed Standard Administrative Fees
                       ____  Fee Scheduled Assignment
                       ____  Limited Assignment Menu of Services

Client Program #:  010447

We acknowledge receipt of your assignment for  Gail Kernaghan  dated  07/23/2004 . We have assigned this claim to:
Jennifer B. Weinstein .

The assignment will be billed in accordance with your specific program instructions (if applicable) or per Crawford's Standard Billing Policies (U.S.) which can be viewed at Crawford's web site: www.crawfordandcompany.com. If you have chosen Crawford's Limited Assignment Menu of Services, this is also located on our web site. A hard copy of the Billing Policies and Limited Assignment Menu is available upon request.

We appreciate your selection of Crawford & Company for this assignment.

Sincerely,
CRAWFORD & COMPANY
Healthcare Management Services

Vicki C. Bussmann
Branch Manager

600 Reed Rd   Ste 140 • Broomall • Pennsylvania • 19008 • (610) 359-1860 • Fax (610) 359-1491
www.crawfordandcompany.com

B14

ML00048



**Crawford**®
Vicki Bussmann, Mgr.
Healthcare Management Svcs.
610-359-1860



# Fax

| To: | Deanna Denmead | From: | Jennifer Weinstein |
|---|---|---|---|
| Fax: | 315-792-2490 | Pages: | 9  , INCLUDING COVER SHEET |
| Phone: | | Date: | 7/27/04 |
| Re: | Sample LMS report | CC: | |

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

As you requested, I have enclosed a sample labor market survey report that I have done on a previous Met Life file.  Please let me know if this format is good for you. My e-mail address is jennifer_weinstein@us.crawco.com. My fax number is 610-359-1491 and my telephone number is 610-359-1860 ext. 111.  If you have a report in a different layout that you like, please feel free to send a copy and I will follow the format.   Thank you for the referral on Gail Kernaghan Claim # 699501171006.  I will keep you advised as to how the labor market survey is progressing.

The documents in this facsimile transmission may contain confidential health information that is privileged and legally protected from disclosure by federal law, the Health Insurance Portability and Accountability Act (HIPAA).  This information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this facsimile is strictly prohibited.  If you have received this information in error, please notify the sender immediately at 610-359-1860 and destroy this facsimile.

040530007130

*************** -COMM. JOURNAL- *************** DATE MAY-26-2004 ***** TIME 09:32 ********

```
MODE = MEMORY TRANSMISSION          START=MAY-26 09:30    END=MAY-26 09:32

    FILE NO.=459

STN    COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                    PAGES    DURATION
NO.            ABBR NO.

001    OK      &            913027308846                           004/004   00:01:25
```

-?METLIFE

***************************************** -3151740        - ***** -                  - **********

Metropolitan Life Insurance Company

**MetLife** Disability, PO Box 14590, Lexington KY 40511-4590
Phone: 800-300-4296        Fax: 1-800-230-9531               **MetLife**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Lorri | **From:** | Blenda Wilson RN/NC |
| | Delaware Back Pain & Sports Rehab | | |
| **Fax:** | 302-730-8846 | **Pages:** | 4, including this cover page |
| **Date:** | 05-26-2004 | **Claim #:** | 699501171006 |
| | | **DOB:** | |

****Any fees associated with this disability claim is the responsibility of the claimant.****

**PLEASE FAX RESPONSE BACK TO 800-230-9531 with this cover sheet.**

Please call 800-300-4296, ext. 2395 if there are problems in receiving this fax.

Re: Gail Kernaghan
Please Respond By:

Lorrie, please note the letter you received has the notation: Any fees associated with this disability claim is the responsibility of the claimant.

I will notify Ms. Kernaghan of your request for $280 to submit the requested response to the FCE report and ask Ms. Kernaghan to contact your office.

Blenda Wilson, RN
MetLife Disability Nurse Consultant

The information contained in the following pages is confidential and intended only for the individual named above. ANY OTHER USE, DISSEMINATION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND IS A TORTUOUS INTERFERENCE WITH OUR CONFIDENTIAL BUSINESS RELATIONSHIPS. If this document was erroneously sent to you, please notify us immediately at the number listed above and then destroy this document.

ML00050

*********** -COMM. JOURNAL- ***************** DATE MAY-14-2004 ***** TIME 13:00 **

MODE = MEMORY TRANSMISSION          START=MAY-14 12:54    END=MAY-14 13:00

    FILE NO.=065

STN    COMM.   ONE-TOUCH/   STATION NAME/TEL. NO.                    PAGES     DURATION
NO.            ABBR NO.

001    OK      ﹩            913027308046                            019/019   00:05:05

-7METLIFE                -

************************************* -3151740      - ***** -        - *********

                                                    16 Pg^

Metropolitan Life Insurance Company

# MetLife®

P.O. Box 14590
Lexington, KY 40511-4590

May 14, 2004

Dr Ugadhyay,
830 Walker Road,
Dover, Delaware 19901

Long Term Disability
Claim # 699501171006
Group 35750
Regarding: Gail Kernaghan

Dear Dr Ugadhyay,

I am a Nurse Consultant for Metropolitan Life Insurance Company-Disability Group Insurance. I am currently in the process of reviewing Ms Gail Kernaghan long-term Disability claim file. Our records indicate that you are Ms Kernaghan Physical Medicine and Rehab Specialist and that you are treating her Neuropathy and Radiculopathy.

As you know, Ms. Kernaghan continues to be on leave from her own job at IBM as a Business Consultant and as of January 5, 1996 she must be totally disabled from any occupation for which she is fit based on her education, training and experience. Ms. Rodriguez has some college with a MS/CICS degree in Computer Science and Business.

Please see the attached report, dated May 14, 2004 pertaining to a Functional Capacity Evaluation, done by Dorothy Brown, PT, regarding your patient's condition. This report is based upon medical information submitted by you as well as by Ms Brown comprehensive examination. Please feel free to share this report with your patient at your discretion.

Please be advised that your patient, Ms Kernaghan is receiving Long Term Disability benefits under her former employer's disability plan, the IBM Contract Plan administered by MetLife. We would like to bring to your attention provisions contained in this Group Plan. Claimants must be under appropriate care and treatment as follows:

"Appropriate Care and Treatment" means medical care and treatment that meet all of the following:

ML00051



Metropolitan Life Insurance Company
Met DisAbility

# MetLife®

P.O. Box 14590
Lexington, KY 40511-4590

April 14, 2004

Gail Kernaghan
363 Valley Mist Drive,
Clayton, DE  19938

Long Term Disability
Claim # 699501171006
Group 35750

Dear Ms Kernaghan,

Please see the enclosed letter that was sent to your attending physician Ugadhyay, regarding an Functional Capacity Evaluation that was done April 26th and April 27th, 2004 and submitted to MetLife regarding your Long Term Disability Claim.  We are sending a copy of the letter that we sent to the above doctors so that you are aware and may review the letter.

Please do not hesitate to contact me with any questions at 1-800-300-4296, Ext. 2348.  Your case manager, Theresa Zammiello is also available to answer any questions.

Sincerely;


Kathryn Snell, RN, CCM
Nurse Consultant
MetLife Disability



Cc: File

ML00054

********** -COMM. JOURNAL- ********** DATE MAY-14-2004 ***** TIME 13:00 ***** 049619 049389

MODE = MEMORY TRANSMISSION          START=MAY-14 12:54    END=MAY-14 13:00

    FILE NO.=065

STN    COMM.    ONE-TOUCH/    STATION NAME/TEL. NO.              PAGES    DURATION
NO.             ABBR NO.

001    OK       ⌷            913027300846                      019/019    00:05:05


                                    -7METLIFE            -

********************************** -3151740      - ***** -            - ********

Metropolitan Life Insurance Company

# MetLife

P.O. Box 14590
Lexington, KY 40511-4590

May 14, 2004

Dr Ugadhyay,
830 Walker Road,
Dover, Delaware 19901

Long Term Disability
Claim # 699501171006
Group 35750
Regarding: Gail Kernaghan

Dear Dr Ugadhyay,

I am a Nurse Consultant for Metropolitan Life Insurance Company-Disability Group Insurance. I am currently in the process of reviewing Ms Gail Kernaghan long-term Disability claim file. Our records indicate that you are Ms Kernaghan Physical Medicine and Rehab Specialist and that you are treating her Neuropathy and Radiculopathy.

As you know, Ms. Kernaghan continues to be on leave from her own job at IBM as a Business Consultant and as of January 5, 1996 she must be totally disabled from any occupation for which she is fit based on her education, training and experience. Ms. Rodriquez has some college with a MS/CICS degree in Computer Science and Business.

Please see the attached report, dated May 14, 2004 pertaining to a Functional Capacity Evaluation, done by Dorothy Brown, PT, regarding your patient's condition. This report is based upon medical information submitted by you as well as by Ms Brown comprehensive examination. Please feel free to share this report with your patient at your discretion.

Please be advised that your patient, Ms Kernaghan is receiving Long Term Disability benefits under her former employer's disability plan, the IBM Contract Plan administered by MetLife. We would like to bring to your attention provisions contained in this Group Plan. Claimants must be under appropriate care and treatment as follows:

"Appropriate Care and Treatment" means medical care and treatment that meet all of the following:

ML00055



Brown & Associates
**Sports &
Orthopaedic**
Physical Therapy, PA

## FAX COVER LETTER

475-6393

**Confidential**
This message is intended only for the use of the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential, and exempt from disclosure under the law.
If you receive this communication in error, please notify us immediately by telephone, and return the
original message to us at the above address.  Thank You."

**DATE:**  5/3/04

**FAX NO:**  215 - 742 - 1940

**TO:**  Michele McCann

**FROM:**  Terri / Dorothy Brown

**NUMBER OF PAGES (INCLUDING COVER SHEET):**  18

**COMMENTS:**  RE: C. Bernaghan

---

Glenn F. Brown, MMSc, PT, ATC, SCS

Christopher Bethard, MPT, ATC            George Edelman, MPT, MTC
Amy Blansfield, ATC                      Jennifer Ferguson, MPT, CSCS
Raina Domneys, MPT                       Mary Mundrane-Zweiacher, MPT, ATC, CHT
Julia C. Gorman, MPT                     Kelly E. Neal, PTA
Richard J. Hayward, PT, OMPT, OCS        Carol K. Sheats, PT, OCS
Anna Husfelt, PTA                        Kristen C. Whiteman, ATC
Joelle Rubino, ATC
Dorothy M. Brown, PT

SOUTH DOVER
1288 S. Governors Avenue
Dover, Delaware 19904
Phone (302) 677-0100
Fax (302) 677-0267

WEST DOVER
1404-B Forrest Avenue
Dover, Delaware 19904
Phone (302) 741-0200
FAX (302) 741-0245

ML00056

MAY-03-2004 10:40    METLIFE    DCN=040503013885    040519049389
PAGE 7/37

Medical/Vocational Index

Claim Number:    699501171006

**MetLife**

## ISERNHAGEN WORK SYSTEMS
## FUNCTIONAL CAPACITY REPORT

Claimant Name:          Gail Kamaghan

Social Security Number:     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

Date of Birth:           8/15/52

Employer:               IBM

DOS:

Isernhagen Work Systems
11 East Superior Street Suite #370
Duluth, MN  55802

{JB00300H}

ML00057

MAY-03-2004  10:40     METLIFE     DCN=040503013885     040513049389



**Isernhagen Work Systems**
**11 E. Superior Street, Ste 370**
**Duluth, MN  55802**
**P: (218) 728-6455**
**F: (218) 728-6454**
**E: iws@workwell.com**
**www.isernhagen.com**

## FACSIMILE TRANSMITTAL SHEET

DATE:  *5/3/04*

TO:  Laurie Johnson/Diana Ream/Laurie Strand

FROM:  *Dottie Brown*

SUBJECT:  FCE FINAL REPORT

FAX NUMBER:  218-728-6454

NUMBER OF PAGES (including cover sheet): _____

This is to confirm that the FCE for *Gail Kernaghan*
                                                    (client)
is complete and has been faxed/sent to MET LIFE. Upon receipt of this fax
and the reimbursement form, Isernhagen Work Systems will begin billing
process for this FCE.

Facility Name  *Brown & Associates, P.*

Therapist Name  *Dorothy Brown*

Therapist Signature  *Dorothy M. Brown PT*

# TCE REIMBURSEMENT FORM

| | |
|---|---|
| **REFERRAL DATE:** | 4/19/04 |
| **PROVIDER NAME:** | |
| **PROVIDER BILLING ADDRESS:** | Brown & Associates Ortho PT, PA |
| | 1404-B Forrest Avenue |
| | Dover, DE 19904 |
| **PATIENT NAME:** | Gail Kernaghan |
| **PATIENT SOCIAL SECURITY #:** | 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 |
| **METLIFE REPORT #:** | 35750 |
| **METLIFE CLAIM #:** | 699501171006 |
| **METLIFE REFERRAL OFFICE:** | Oriskany, NY - Utica |
| **METLIFE SCHEDULER:** | Michele McCann |
| **DEPARTMENT CODE:** | |
| **PRODUCT CODE:** | |
| **GENERAL LEDGER CODE:** | |

## PROVIDER TO COMPLETE FOR PROMPT REIMBURSEMENT

| | |
|---|---|
| *PROVIDER TAX ID #: | 52-1729459 |
| *TYPE OF SERVICE PROVIDED: | 2 Day FCE |
| *THERAPIST PERFORMING SERVICE: | Dorothy Brown |
| *DATE OF SERVICE: | 4/26/04 : 4/27/04 |
| *CANCELLATION DATE (IF APPLICABLE): | |
| *REASON FOR CANCELLATION (IF APPLICABLE): | |
| *TOTAL FEE: | $750.00 |

*Provider, please complete this form and fax it to 218-728-6454 for prompt reimbursement.*

*Please note, there will be a $20 service charge to process billing for all services except a Full FCE.*

## FAX THIS FORM TO:
### 218-728-6454
### ISERNHAGEN WORK SYSTEMS
### 11 EAST SUPERIOR STREET SUITE #370
### DULUTH, MN 55802



## Isernhagen Work Systems

11 East Superior Street Suite 370
Duluth MN 55802
P: (218) 728-6455
F: (218) 728-6454


**TO:**

**FROM:**

**DATE:**

**SUBJECT:** Functional Capacities Evaluation (FCE) Summary Report


The attached Functional Capacities Evaluation Summary Report has been critiqued by clinical staff at Isernhagen Work Systems (IWS). All areas of the report have been completed and meet the quality assurance criteria set by IWS.

Signature _Laurie J Johnson_, PT


**\*NOTE: PLEASE COMPLETE TOP PORTION OF THIS FORM AND SEND TO APPROPRIATE REFERRER WITH YOUR FINAL VERSION FCE REPORT. THANK YOU.**

MAY-03-2004  16:40   METLIFE   DCN=040503013885                         04051904938
ILL NO.935 04-19  04 07:34  ID:DANFSEN RON. SYSTEMS   FAX:1 218 728 6454   PAGE   8  37



# CLIENT'S CURRENT
# PHYSICAL DEMAND LEVEL CAPABILITIES

Claimant Name:           Gail Kernaghan

Claimant Claim Number:   699501171006

____X____ Client gave maximum effort.

_____ Client did not give maximum effort (client self-limited), therefore, a physical demand level cannot be determined. Refer to the FCE Grid for effort client was willing to give.

## FCE PROVIDER:

If your client has performed to maximum effort level on the FCE, please fill out this form. Select the best statement indicative of the employee's performance.

This form is intended to reflect the client's PDL abilities and restrictions, NOT recommendations or accommodations.

If you check (✓) choice #1 or #2, please note that you can also (✓) #3. Indicate the level the client could perform in if a specific restriction were observed and document that restriction.

1) _____   UNABLE TO MEET SEDENTARY REQUIREMENTS OF THE DOT

2) ___X___   Employee is completely able to perform at this physical demand level for 8 hours a day, for a 5-day work week: (circle highest level of capability)

(SEDENTARY)          LIGHT               MEDIUM              HEAVY

3) _____   Employee can perform work in the below circled physical demand level for 8 hours per day, for a 5-day work week if the specific functional restrictions listed are observed: (circle highest level of capability)

SEDENTARY            LIGHT               MEDIUM              HEAVY

**Specific Restrictions:**

_Alternate frequent (33.66% of day) sitting with stand and walk._

ML00061

# CLIENT HISTORY FORM

## HISTORY

CLIENT NAME: Gail Kernaghan

ADDRESS: 363 Valley Mist Drive, Clayton, DE   19938

PHONE NUMBER: 302-659-1293

DATES OF FCE (month/day/year): 04/26/04 and 04/27/04

DATE OF BIRTH: 08/15/52

REFERRAL SOURCE: MetLife Disability

PHYSICIAN: Dr. Ugadhyay

EMPLOYER: N/A

ATTORNEY: N/A

REHABILITATION CONSULTANT:  Case Manager-- Kathryn Snell

INSURANCE: MetLife Disability

PRIMARY DIAGNOSIS: Chronic low back pain, right shoulder pain, Lumbar Facet Syndrome

SECONDARY DIAGNOSIS: N/A

TYPE OF INJURY: Sledding accident

DATE OF INJURY: 11/22/94

PERTINENT SURGERY: N/A

Kernaghan.Client history.04/26/04

ML00062

DCN=040503013885

040513049389

# WORK STATUS

**TIME OFF WORK (months): 10 years**

**MODIFICATION OF WORK:** The client tried to work part time several years ago but states that she was unable to on a consistent basis due to pain. The client also states that she has also tried to work from at home but was still unable to meet the dead lines required due to pain.

**OCCUPATION:** Program manager

**PREVIOUS TREATMENT:** Physical therapy, injections, pool exercise class

**CURRENT MEDICATIONS:** Insulin Norolog and Lantog, Neurontin, Zanaflex, Prozac, Zonagran, Lidocaine Patches

**IS THIS CLIENT IN THE RETURN TO WORK PROCESS WHEN REFERRED FOR FCE?**

| | | |
|---|---|---|
| _____1. | Yes, there is a target job identified and it is currently available. |
| _____2. | Yes, there is a target job identified and it is not currently available. |
| _____3. | Yes, but there is no targeted job. |
| _____4. | Yes, this referral will serve as an entry point to a treatment program. |
| __X__5. | No, the client was referred for settlement/disability or medical-legal reasons. |
| _____6. | No, other. |

# PATIENT REPORT

**FUNCTIONAL LEVEL:** The client is independent in activities of daily living. She can do dishes and laundry. She can not vacuum or other heavier cleaning activities or yard work. Her daughter and son in-law help her with house and yard work.

**PAIN LEVEL:** The client states that on most days her pain is between a 4 and a 7 on the pain scale. Increased activity causes her pain to go higher on the pain scale which is only relieved by pain medication and bed rest.

**GOALS:** The client states that she does not have goals any more. She states that she had goals for the first five years after the accident but not any more.

Copyright 1989, Isernhagen Work Systems, Duluth, MN

ii

Kernaghan,Client history,04/26/04

ML00063

DCN=040503013885

040519049389

# PHYSICAL EXAMINATION FORM

**NAME:** Gail Kernaghan

**BLOOD PRESSURE:** 118/68

**RESTING HEART RATE:** 80

**WEIGHT:** 200 pounds

**HEIGHT:** 5'5"

**GAIT:**

1. Normal gait
2. 
3. 

**POSTURE:**

1. Good posture
2. 
3. 

**COORDINATION:**

Within Normal Limits: X

Other (explain):

**MOVEMENT CHARACTERISTICS (speed, smoothness, posturing):**

Within Normal Limits: X

Other (explain):

Kernaghan.PHYSEXAM.04/26/04

ML00064

| | | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| **NECK:** | Normal | Right | Left | Right | Left |
| Flexion | 45 | WNL | | 5/5 | |
| Extension | 45 | WNL | | 5/5 | |
| Lateral flexion | 45 | 40 | 40 | 5/5 | 5/5 |
| Rotation | 90 | 60 | 60 | 5/5 | 5/5 |

Day two: Lateral flex: 35/35, Rotation: 45/60

| | | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| **TRUNK:** | Normal | Right | Left | Right | Left |
| Flexion | 80 | 70 | | 5/5 | |
| Extension | 30 | WNL | | 5/5 | |
| Lateral Flexion | 35 | WNL | WNL | 5/5 | 5/5 |
| Rotation | 45 | WNL | WNL | 5/5 | 5/5 |

Day two: Flex: 80, Lat. Flex. 30/30

| | | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| **SHOULDER:** | Normal | Right | Left | Right | Left |
| Forward Flexion | 180 | 170 | WNL | 4+/5 | 4+/5 |
| Extension | 60 | 30 | WNL | 4+/5 | 4+/5 |
| Abduction | 180 | 170 | WNL | 4+/5 | 4+/5 |
| Internal rotation | 70 | 20 | WNL | 4-/5 | 4+/5 |
| External rotation | 90 | 80 | WNL | 4-/5 | 4+/5 |

Day two: Flex and abd: 165, Ext. 30, Int.rot. 15, Ext. rot. 70

| | | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| **ELBOW:** | Normal | Right | Left | Right | Left |
| Flexion | 150 | WNL | WNL | 4/5 | 5/5 |
| Extension | 0 | WNL | WNL | 4-/5 | 5/5 |

| | | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| **FOREARM:** | Normal | Right | Left | Right | Left |
| Pronation | 80 | WNL | WNL | 4/5 | 5/5 |
| Supination | 80 | WNL | WNL | 4/5 | 5/5 |

1                          Kemaghan.PHYSFXAM.04/26/04

MAY-03-2004  18:42    METLIFE    DCN=040503013885    040519049389

| WRIST: | | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | Normal | Right | Left | Right | Left |
| Flexion | 80 | WNL | WNL | 4/5 | 5/5 |
| Extension | 70 | WNL | WNL | 5/5 | 5/5 |
| Ulnar Deviation | 30 | WNL | WNL | 5/5 | 5/5 |
| Radial Deviation | 20 | WNL | WNL | 5/5 | 5/5 |

**GROSS HAND MOTION:** WNL

| WFL: | WFL: | WFL: | WFL: |
|---|---|---|---|
| NOT WFL: | NOT WFL: | NOT WFL: | NOT WFL: |

**COMMENTS:**

| HIP: | | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | Normal | Right | Left | Right | Left |
| Flexion (K.ext.) | 90 | 45 | 70 | 3+/5 | 5/5 |
| Flexion (K.flex.) | 120 | WNL | WNL | 5/5 | 5/5 |
| Abduction | 45 | 40 | WNL | 5/5 | 5/5 |
| Adduction | 30 | 10 | WNL | 5/5 | 5/5 |
| Extension | WNL | 30 | 15 | 4/5 | 4/5 |
| Internal rotation | 45 | 10 | 15 | 4-/5 | 4-/5 |
| External rotation | 45 | WNL | WNL | 4-/5 | 4-/5 |

Day two:  Pain with 45 degree SLR on right.

| KNEE: | | RANGE OF MOTION | | MUSCLE STRENGTH | |
|---|---|---|---|---|---|
| | Normal | Right | Left | Right | Left |
| Flexion | 135 | WNL | WNL | 4-/5 | 5/5 |
| Extension | 0 | WNL | WNL | 4-/5 | 5/5 |

| | | RANGE OF MOTION | MUSCLE STRENGTH |
|---|---|---|---|

3                    Kernaghan.PHYSEXAM.04/26/04

ML00066

Case 1:05-cv-00402-GMS    Document 31    Filed 04/13/2006    Page 34 of 54

Other (explain):  Client reports decreased light touch in medial arch of right foot.

**Reflex Testing:**

No obvious problems:  X

Knee Jerk: 2 and equal bilaterally

Ankle Jerk: 2 and equal bilaterally

Upper extremities: 2 and equal bilaterally

Balance:

| Right foot (10 seconds): 10 seconds | Left foot (10 seconds): 10 seconds |
|---|---|
| No obvious problems:  X | No obvious problems:  X |
| Other (explain): | Other (explain): |

**Other Special Tests:**

### FIRST DAY SUMMARY OF PHYSICAL ASSESSMENT:

1.  Some limitations in ROM in right extremities.
2.  Some decreased muscle strength in right extremities.
3.  Pain a level 5 before FCE on day one.
4.
5.

### PHYSICAL ASSESSMENT CHANGES NOTED ON SECOND DAY:

#### Items tested or repeated:

1.  Minimal changes in ROM of right extremities.
2.  Pain a level 8 before FCE on day two.
3.

5                    Kernaghan.PHYSEXAM.04/26/04

# FUNCTIONAL CAPACITY EVALUATION SUMMARY REPORT

**Brown & Associates PT**
**1404-B Forrest Ave.**
**Dover, DE 19904**
**302-741-0200**

Following is a summary of the complete Functional Capacity Evaluation and functional test results. Client history, physical examination results, and comprehensive functional capacity form are available in client's chart.

| |
|---|
| **NAME:** Gail Kernaghan |
| **ADDRESS:** 363 Valley Mist Drive, Clayton, DE 19938 |
| **TEST DATES:** 04/26/04 and 04/27/04 |
| **DATE OF BIRTH:** 09/15/52 |
| **PHYSICIAN:** Dr. Upadhyay |
| **REFERRAL SOURCE:** MetLife Disability |
| **DIAGNOSIS:** Chronic Low Back Pain, right Shoulder Pain, Lumbar Facet Syndrome. |

**DESCRIPTION OF TEST DONE:** Gail Kernaghan participated in a standardized IWS Functional Capacity Evaluation. The results of this FCE have been quantified through a 13-point consistency checklist.

| | |
|---|---|
| X | The client gave maximum, consistent effort |
| | The client did not give maximum consistent effort in tests |

## THERAPIST OBSERVATIONS

**COOPERATION:** Gail Kernaghan was cooperative during all aspects of the test and was willing to work to her maximal ability for all test items.

**CONSISTENCY OF PERFORMANCE:**
- Gail demonstrated consistency of performance among FCE items and between day one and day two.
- The client's functional limitations are consistent with the physical findings of the musculoskeletal exam.
- The client's perceived abilities were consistent with those objectively evaluated in the FCE.

**PAIN BEHAVIOR:** Pain behaviors included shifting of weight during prolonged sitting and standing. This was consistent with the time sitting in the interview section of the FCE. The client reported a perceived pain level of 5 on the pain scale on day one, which increased to a level of 7 by the end of the tasks. The client reported a perceived pain level of 6 on day two. The client completed all test items regardless of reported pain.

**SAFETY:**  The client demonstrated safe performance, including body mechanics, although she occasionally needed verbal cueing.  The client also demonstrated appropriate pacing and now has a good general awareness of safe techniques for most activities.

**QUALITY OF MOVEMENT:**  The client demonstrated smooth and coordinated movement throughout the test items.

**SIGNIFICANT ABILITIES:** Gail demonstrates:
- Excellent abilities in elevated work, rotational activities, crawling, kneeling and crouching.
- Good abilities in forward bending, repetitive squat and sitting tolerance.
- Excellent abilities in standing tolerance, and ambulation activities.

**SIGNIFICANT DEFICITS:** Gail demonstrates:
- Well below average grip strength.
- Slightly below average hand coordination.

**JOB DESCRIPTION EXPLORED: N/A**

2          Kernaghan, FCE Summary, 04/26/04

**RECOMMENDATIONS:**

1.  These work projections are for 8 hours per day, 40 hours per week at the levels indicated on the FCE form.
2.  The client meets the U.S. Department of Labor Physical Demand Levels of Sedentary.
3.  The client's sitting tolerance over an 8 hour day is "frequently" ( 33- 66% of day ) and would need to be alternated with walk and stand.

| | |
|---|---|
| Signature: | *Dorothy M. Brown PT* |
| Title: | *Physical Therapist* |

3          Kernaghan, FCE Summary, 04/26/04

040519 049389

# Brown & Associates Physical Therapy
FCE FORM
1404-B Forrest Avenue
Dover, DE  19904
302-741-0200
FAX 741-0245

FREQUENCY/DURATION DEFINITION
Constant – 67-100%; greater that 200 reps/day
Frequent – 34-66% of day; 33-200 reps/day
Occasional – 0-33% of day; 6-32 reps/day
Rare – 1-5% of day; 1-5 reps/day

| CLIENT NAME:  Gail Kernaghan |
| DATE:  04/26/04 and 04/27/04 |

### "THESE SCORES ASSUME THAT THE WORKPLACE IS ERGONOMICALLY CORRECT AND SAFE"

| Item | 0 | 1-5 | 6-33 | 34-66 | 67-100 | Restrictions | Recommendations |
|---|---|---|---|---|---|---|---|
| **WEIGHT CAPACITY IN LBS.** | | | | | | | |
| Floor to waist lift | | 15 | 12.5 | 7.5 | 5 | General right extremity weakness is noted. | |
| Waist to overhead lift | | 12.5 | 10 | 7.5 | 5 | | |
| Horizontal lift | | 20 | 15 | 10 | 5 | | |
| Push (Static) | | 26 | 20 | 13 | 6.5 | | |
| Pull (Static) | | 38 | 29 | 19 | 10 | | |
| Right carry | | 15 | 10 | 5 | 0 | | |
| Left carry | | 20 | 15 | 10 | 5 | Losing grip above 15#. | |
| Front carry | | 20 | 15 | 10 | 5 | | |
| Right hand grip (Static) | | 18 | 14 | 10 | 5 | Significantly below average of 65.8 ft.lbs | Optimal grip circumference is 5 inches. |
| Left hand grip (Static) | | 35 | 26 | 18 | 9 | Significantly below average of 57.3 ft.lbs | Optimal grip circumference is 5 inches. |
| **FLEXIBILITY/POSITIONAL** | | | | | | | |
| Elevated work | | | | | x | | |
| Forward bending/sitting | | | | x | | Client reports increased pain. | |
| Forward bending/standing | | | | x | | Client reports increased pain. | |

ML00071

| Item | Percent of 8 Hour Workday | | | | | Restrictions | Recommendations |
|---|---|---|---|---|---|---|---|
| | 0 | 1-5 | 6-33 | 34-66 | 67-100 | | |
| Rotation sitting | | | | | x | | |
| Rotation standing | | | | | x | | |
| Crawl | | | | | x | | |
| Kneel | | | | | x | | |
| Crouch - deep static | | | | | x | | |
| Repetitive Squat | | | | x | | Client reports increased pain. | |
| STATIC WORK | | | | | | | |
| Sitting tolerance | | | | x | | Client reports increased pain. | |
| Standing tolerance | | | | | x | | |
| AMBULATION | | | | | | | |
| Walking | | | | | x | | |
| Stair climbing | | | | | x | | |
| Step ladder climbing | | | | | x | | |
| Balance | | | | | x | | |
| COORDINATION | | | | | | | |
| Right upper extremity | | | | | x | Slightly below average. | |
| Left upper extremity | | | | | x | Slightly below average. | |

| Evaluator: Dorothy M. Brown PT | Date: 4/27/04 |
|---|---|

ML00072



**Delaware Back Pain & Sports** rehabilitation Centers

*Depend on us to get you better faster.*

▶ **Depend on teamwork for better health:**
- Physical medicine & rehabilitation
- Interventional pain management/ injections
- EMG
- Chiropractic care
- Rehabilitation therapy
- Exercise physiology
- Psychology/pain management counseling
- Massage therapy
- Wellness/nutrition programs
- QFCEs

▶ **Nonsurgical solutions:**
- Auto, work & sports injuries
- Back & neck pain
- Shoulder pain
- Leg, ankle & foot pain
- Hand & wrist pain (carpal tunnel syndrome)
- Arm pain
- Arthritis, neuritis & bursitis pain
- Headaches

▶ **Effective rehabilitation:**
- Musculoskeletal injury
- Nerve injury
- Postsurgical rehabilitation
- Sciatica
- Stroke
- Postpolio syndrome
- Spinal cord & brain injury
- Joint replacement

# FAX COVER SHEET

Date: ___5/17/04___

To: ___Kathryn Snell___

Fax No.: ___(800) 230-9531___

From: ___Lorrie___

Our Phone Number:   (302) 730-8848
Our Fax Number:      (302) 730-8846

Number of pages including this cover sheet: ___3___

Special Message: ___Report dictated 5/17/04___
___Long Term Disability___
___Clm # 699501171006___
___Group # 35750___

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender by either fax address or telephone number above and discard this fax.
Thank you.

RA03-5DV

**Five convenient locations:**

Foulk Road Office Park Plaza: (302) 529-8783 • 2006 Foulk Road, Suite B, Wilmington, DE 19810 • Fax: (302) 529-7470
Medical Arts Complex: (302) 764-0271 • 700 Lea Boulevard, Suite 102, Wilmington, DE 19802 • Fax: (302) 762-4076
Omega Professional Center: (302) 733-0900 • 87-B Omega Drive, Newark, DE 19713 • Fax: (302) 733-7495
Glasgow Medical Center: (302) 832-8894 • 2600 Glasgow Avenue, Suite 210, Newark, DE 19702 • Fax: (302) 832-8897
Walker Square: (302) 730-8848 • 830 Walker Road, Suite 11-1, Dover, DE 19901 • Fax: (302) 730-8846



**Delaware Back Pain & Sports Rehabilitation Centers**

*Depend on us to get you better faster.*

**Depend on teamwork for better health:**
- Physical medicine & rehabilitation
- Interventional pain management injections
- EMG
- Chiropractic care
- Rehabilitation therapy
- Exercise physiology
- Psychology pain management counseling
- Massage therapy
- Wellness nutrition programs
- QFCEs

**Nonsurgical solutions:**
- Auto, work & sports injuries
- Back & neck pain
- Shoulder pain
- Leg, ankle & foot pain
- Hand & wrist pain (carpal tunnel syndrome)
- Arm pain
- Arthritis, neuritis & bursitis pain
- Headaches

**Rehabilitation:**
- Musculoskeletal injury
- Nerve injury
- Postsurgical rehabilitation
- Sciatica
- Stroke
- Postpolio syndrome
- Spinal cord & brain injury
- Joint replacement

Metlife
Kathryn Snell, RN
P.O. Box 14590
Lexington, KY 40511-4590

Please Reply to the Dover Site
Date: 3/17/04
RE: David Kerrington

Dear Ms. Snell,

Pursuant to your request for medical records regarding the above named patient/client, it is our office policy to submit a charge of $80.00 for processing and mailing of the same.

Upon receipt of your payment, the records will be forwarded to you immediately. If you have any questions regarding this matter, please feel free to contact me.

Sincerely,

Loxxie Lavish

Correspondence Secretary

** Please make check payable to Rehabilitation Associates**

Six convenient locations:
Feulk Road Office Park Plaza: (302) 529-8783 • 2006 Foulk Road, Suite B, Wilmington, DE
Medical Arts Complex: (302) 764-0211 • 
Omega Professional Center: (302) 733-0980 • 87-B Omega Drive, Newark, DE
Glasgow Medical Center: (302) 832-8494 • 2600 Glasgow Avenue, Suite 210, Newark, DE
Walker Square: (302) 730-8848 • 850 Walker Road, Suite H-1, Dover, DE
Smyrna: (302) 389-2225 • 29 N. East Street • Smyrna, DE

www.delawarebackpain.com



**Delaware Back Pain & Sports Rehabilitation Centers**

*Depend on us to get you better faster.*

● **Depend on teamwork for better health:**
- Physical medicine & rehabilitation
- Interventional pain management injections
- EMG
- Chiropractic care
- Rehabilitation therapy
- Exercise physiology
- Psychology-pain management-counseling
- Massage therapy
- Wellness-nutrition program
- QFCEs

● **Nonsurgical solutions:**
- Auto, work & sports injuries
- Back & neck pain
- Shoulder pain
- Leg, ankle & foot pain
- Hand & wrist pain (carpal tunnel syndrome)
- Arm pain
- Arthritis, neuritis & bursitis pain
- Headaches

● **Effective rehabilitation.**
- Musculoskeletal injury
- Nerve injury
- Postsurgical rehabilitation
- Sciatica
- Stroke
- Postpolio syndrome
- Spinal cord & brain injury
- Joint replacement

MetLife
Kathryn Snell, RN
P.O. Box 14590
Lexington, KY 40511-4590

Date: 5/17/04
Account # 35357
RE: Gail Kernaghan

Dear Ms Snell,

Pursuant to your request for a narrative medical report regarding the above named patient/client, it is our office policy to submit a charge of $ 200.00 for this report. This fee must be paid in advance.

This charge covers the physician's detailed review of the chart, dictation, transcription and processing of the report. Please forward your payment as soon as possible so there is no delay in handling your request.

If you have questions concerning this matter, please feel free to contact me.

Sincerely,



Correspondence Secretary
Dover Site

* Please make check payable to Rehabilitation Associates and forward to our Glasgow address – Thank You *



**Six convenient locations:**
Foulk Road Office Park Plaza: (302) 529-8783 • 200 6 Foulk Road, Suite B, Wilmington, DE • 19810 • Fax (302) 529-8785
Medical Arts Complex: (302) 764-0271 • 700 Lea Boulevard, Suite 102, Wilmington, DE • 19802 • Fax (302) 762-1075
Omega Professional Center: (302) 733-0980 • 87-B Omega Drive, Newark, DE 19713 • Fax (302) 733-1305
Glasgow Medical Center: (302) 832-8894 • 2600 Glasgow Avenue, Suite 210, Newark, DE • 19702 • Fax (302) 832-8887
Walker Square: (302) 730-8848 • 860 Walker Road, Suite D-1, Dover, DE 19904 • Fax (302) 730-8810
Smyrna: (302) 389-2225 • 29 N. East Street • Smyrna, DE 19977 • Fax (302) 389-1004
www.delawarebackpain.com

ML00075

# Vendor Report

**Medical/Vocational**

Claim # 6995011710006

ML00076



**Brown & Associates**
**Sports &**
**Orthopaedic**
Physical Therapy, PA

## FAX COVER LETTER

**Confidential**

This message is intended only for the use of the individual or entity to whom it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under the law. If you receive this communication in error, please notify us immediately by telephone, and return the original message to us at the above address. Thank You."

DATE: 5/3/04

FAX NO: 215-792-1940

TO: Michele McCann

FROM: Terri / Dorothy Brown

NUMBER OF PAGES (INCLUDING COVER SHEET): 18

COMMENTS: RE: G. Kernaghan

---

Glenn P. Brown, MMSc, PT, ATC, SCS

| | |
|---|---|
| Christopher Bethard, MPT, ATC | George Edelman, MPT, MTC |
| Amy Blansfield, ATC | Jennifer Ferguson, MPT, CSCS |
| Raina Domneys, MPT | Mary Mundrane-Zweiacher, MPT, ATC, CHT |
| Julia C. Gorman, MPT | Kelly E. Neal, PTA |
| Richard J. Hayward, PT, OMPT, OCS | Carol K. Sheats, PT, OCS |
| Anna Husfelt, PTA | Kristen C. Whiteman, ATC |
| Joelle Rubino, ATC | |
| Dorothy M. Brown, PT | |

SOUTH DOVER
1288 S. Governors Avenue
Dover, Delaware 19904
Phone (302) 677-0100
Fax (302) 677-0267

WEST DOVER
1404-B Forrest Avenue
Dover, Delaware 19904
Phone (302) 741-0200
FAX (302) 741-0245

ML00077

Medical/Vocational Index

Claim Number: 699501171006

**MetLife**

## ISERNHAGEN WORK SYSTEMS
## FUNCTIONAL CAPACITY REPORT

Claimant Name:      Gail Karnaghan

Social Security Number:    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

Date of Birth:    8/15/52

Employer:    IBM

DOS:

Isernhagen Work Systems
11 East Superior Street Suite #370
Duluth, MN 55802

(JB00380W)

ML00078



Isernhagen Work Systems
11 E. Superior Street, Ste 370
Duluth, MN 55802
P: (218) 728-6455
F: (218) 728-6454
E: iws@workwell.com
www.isernhagen.com

## FACSIMILE TRANSMITTAL SHEET

DATE: 5/3/04

TO: Laurie Johnson/Diana Ream/Laurie Strand

FROM: Dottie Brown

SUBJECT: FCE FINAL REPORT

FAX NUMBER: 218-728-6454

NUMBER OF PAGES (including cover sheet): _____

This is to confirm that the FCE for (Gail Kernaghan)
(client)
is complete and has been faxed/sent to MET LIFE. Upon receipt of this fax
and the reimbursement form, Isernhagen Work Systems will begin billing
process for this FCE.

Facility Name    Brown & Associates P.

Therapist Name    Dorothy Brown

Therapist Signature    Dorothy M. Brown PT

ML00079

# FCE REIMBURSEMENT FORM

| | |
|---|---|
| REFERRAL DATE: | 4/19/04 |
| PROVIDER NAME: | |
| PROVIDER BILLING ADDRESS: | Brown & Associates Ortho PT, PA |
| | 1404-B Forrest Avenue |
| | Dover, DE 19904 |
| PATIENT NAME: | Gail Kernaghan |
| PATIENT SOCIAL SECURITY #: | 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 |
| METLIFE REPORT #: | 35750 |
| METLIFE CLAIM #: | 699501171006 |
| METLIFE REFERRAL OFFICE: | Oriskany, NY - Utica |
| METLIFE SCHEDULER: | Michele McCann |
| DEPARTMENT CODE: | |
| PRODUCT CODE: | |
| GENERAL LEDGER CODE: | |

## PROVIDER TO COMPLETE FOR PROMPT REIMBURSEMENT

*PROVIDER TAX ID # __52-1729459__

*TYPE OF SERVICE PROVIDED: __2 Day FCE__

*THERAPIST PERFORMING SERVICE: __Dorothy Brown__

*DATE OF SERVICE: __4/26/04 : 4/27/04__

*CANCELLATION DATE (IF APPLICABLE): _____

*REASON FOR CANCELLATION (IF APPLICABLE): _____

*TOTAL FEE: __$750.00__

Provider, please complete this form and fax it to 218-728-6454 for prompt reimbursement.

Please note, there will be a $20 service charge to process billing for all services except a Full FCE.

### FAX THIS FORM TO:
### 218-728-6454
ISERNHAGEN WORK SYSTEMS
11 EAST SUPERIOR STREET SUITE #370
DULUTH, MN 55802

ML00080



**Delaware**
**Back Pain**
**& Sports**
**rehabilitation Centers**

*Depend on us to*
*get you better faster.*

▶ **Depend on teamwork**
**for better health:**
- Physical medicine & rehabilitation
- Interventional pain management/ injections
- EMG
- Chiropractic care
- Rehabilitation therapy
- Exercise physiology
- Psychology/pain management counseling
- Massage therapy
- Wellness/nutrition programs
- QFCEs

▶ **Nonsurgical solutions:**
- Auto, work & sports injuries
- Back & neck pain
- Shoulder pain
- Leg, ankle & foot pain
- Hand & wrist pain (carpal tunnel syndrome)
- Arm pain
- Arthritis, neuritis & bursitis pain
- Headaches

▶ **Effective rehabilitation:**
- Musculoskeletal injury
- Nerve injury
- Postsurgical rehabilitation
- Sciatica
- Stroke
- Postpolio syndrome
- Spinal cord & brain injury
- Joint replacement

# FAX COVER SHEET

**Date:** 4/5/04

**To:** Kathleen Jeeps, RN

**Fax No.:** (315) 792-2490

**From:** Lorrie

**Our Phone Number:** (302) 730-8848
**Our Fax Number:** (302) 730-8846

**Number of pages including this cover sheet:** 2

**Special Message:** _____

_____

_____

_____

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender by either fax address or telephone number above and discard this fax.
**Thank you.**

RA03-5DV

**Five convenient locations:**
Foulk Road Office Park Plaza: (302) 529-8783 • 2006 Foulk Road, Suite B, Wilmington, DE 19810 • Fax: (302) 529-74ﾞ0
Medical Arts Complex: (302) 764-0171 • 700 Lea Boulevard, Suite 102, Wilmington, DE 19802 • Fax: (302) 762-4076
Omega Professional Center: (302) 733-0980 • 87-B Omega Drive, Newark, DE 19713 • Fax: (302) 733-7495
Glasgow Medical Center: (302) 832-8894 • 2600 Glasgow Avenue, Suite 210, Newark, DE 19702 • Fax: (302) 832-889ﾞ
Walker Square: (302) 730-8848 • 830 Walker Road, Suite 11-1, Dover, DE 19901 • Fax: (302) 730-8846
www.delawarebackpain.com

ML00095

CLAIM # 699501171006

**MetLife**

Metropolitan Life Insurance Company
Met DisAbility
PO Box 14590
Lexington, KY 40511-4590

KATHLEEN TEEPS RN, BA, ABDA
NURSE CONSULTANT

**\*\*Return Phone:** (315) 792-2553
**\*\*Return Fax:** (315) 792-2490
**MARCH 26, 2004**

## TO: DR. UPADHYAY'S OFFICE

## REGARDING: GAIL KERNAGHAN DOB-8/15/52
## CLAIM #699501171006

## TELEPHONE: 302-730-8848

## FAX: 302-730-8846

**PAGES INCLUDING COVER:** 2
## THIS INFORMATION IS CONFIDENTIAL

**MESSAGE:**
We would like Dr. Upadhyay's permission for Ms. Kernaghan to have a
2-day FCE(Functional Capacity Evaluation) performed at a local P.T.
facility to assist in objectively determining her present functional
abilities and limitations. Please indicate any restrictions Dr. Upadhyay
feels should be observed during the evaluation.

_____X_____ YES. My patient has my permission to participate in an FCE.
_____ NO. My patient does not have my permission for an FCE.
If NO, please provide objective documentation supporting your
patient's inability to participate.
Signed _____ Asit Upadhyay, D.O.
License # _____DE___C2000 56 48_____
Limitations/Restrictions _light duty, limit regret
push pill stoop bend + twist

ML00096

# BILLING
# DOCUMENT



February 17, 2006

Invoice for LTD / STD Services from
Our PHILADELPHIA, PA DISABILITY MANAGEMENT Office

| | | | |
|---|---|---|---|
| | | Invoice: | 00306-012837 |
| Policy: | N/A | Our File: | 00306-013967 |
| Claim: | 699501171006 | Program: | 013281 |
| Beneficiary: | KERNAGHAN GAIL | | METLIFE DISABILITY - CT |
| Disab Dt: | 11/22/1994 | Insured: | METLIFE |
| Services: | LTD-MED CASE MGT | | |
| Soc Sec Num: | 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 | | |
| ICD-9: | 847.1 | | |

| | |
|---|---|
| Flat Rate Services | $375.00 |
| Mileage, tolls | $ 61.75 |
| **TOTAL** | $ 436.75 |

Interim Bill

**   Customer Copy - Use remittance copy for terms and payment  **
1.5% INTEREST PER MONTH WILL BE CHARGED TO ALL PAST DUE ACCOUNTS
Federal Identification # 58 0506554
*  Crawford & Company  *  P.O. Box 105159  *  Atlanta, GA  30348-5159  *

ML00102

# BILLING DOCUMENT



February 16, 2004

Send Payment To:

Crawford & Company
P.O. Box 105159
Atlanta, GA 30348-5159

For LTD / STD Services from
Our PHILADELPHIA, PA DISABILITY MANAGEMENT Office
Phone: 610-359-1860

```
**********************************************************************
*                                                     PAYMENT        *
*      PAYMENT IDENTIFICATION CODE                   AMOUNT DUE       *
**********************************************************************
*                                                                    *
*          306-12837                         $      436.75           *
*                                                                    *
*                                                                    *
*               INVOICE DUE DATE   03/17/2004                        *
*                                                                    *
**********************************************************************
```

CLIENT SERVICE INFORMATION:

| | | |
|---|---|---|
| | Invoice: | 00306-012837 |
| Policy: | N/A | Our File: | 00306-013967 |
| Claim: | 699501171006 | Program: | 013281 |
| Beneficiary: | KERNAGHAN GAIL | | METLIFE DISABILITY - CT |
| Disab Dt: | 11/22/1994 | Insured: | METLIFE |
| Soc Sec Num: | 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 | | |
| ICD-9: | 847.1 | | |

---

REMITTANCE INSTRUCTIONS:

- Please enclose remittance copy with payment OR

- Include above PAYMENT IDENTIFICATION CODE on check/attachment

---

Thank you for your business.
We appreciate your prompt payment.

REMITTANCE COPY
1.5% Interest per month will be charged to all past due accounts
Federal Identification # 58 0506554
*  Crawford & Company  *  P.O. Box 105159  *  Atlanta, GA  30348-5159  *

ML00103

# BILLING DOCUMENT



Itemization of Charges                                    Page 1

Policy:          N/A                      Invoice:    00306-013967
Claim:           699501171006             Our File:   00306-013967
Beneficiary:     KERNAGHAN GAIL           Program:    013281
Disab Dt:        11/22/1994
Soc Sec Num:     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                           METLIFE DISABILITY - CT
ICD-9:           847.1                    Insured:    METLIFE
                                          Bus Code:   444 LTD-MED CASE MGT

| Date of Service | Explanation of Service or Expense |
|---|---|
| 02/10/2004 | Travel Time |
| 02/10/2004 | Mileage, 170 @ 0.34 |
| 02/10/2004 | Tolls |
| 02/10/2004 | Interpret/Translate In Person Clmt/Family |
| 02/12/2004 | Status Report |
| 02/12/2004 | Review/Analysis New Info Corresp |

FLAT RATE          375.00
Tolls, Mileage      61.75
                   436.75          Interim Bill

Federal Identification # 58 0506554
*   Crawford & Company   *   P.O. Box 105159   *   Atlanta, GA   30348-5159   *

ML00104

CLAIM # 699501171006

**Metropolitan Life Insurance Company**                    **MetLife**
Met Disability
PO Box 14590
Lexington, KY 40511-4590

KATHLEEN TEEPS RN, BA, ABDA, MHP
NURSE CONSULTANT

\*\*Return Phone:  (315) 792-2553
\*\*Return Fax:     (315) 792-2490

OCTOBER 30, 2003

# TO: DR. UPADNYAY'S OFFICE

## RE: GAIL KERNAGHAN-DOB-08/15/52
## CLAIM # 699501171006

## TELEPHONE: 302-730-8848

## FAX: 302-730-8846

PAGES INCLUDING COVER:---2---
## THIS INFORMATION IS CONFIDENTIAL
MESSAGE:

Attached please find a **Physical Capacities Evaluation** completed by you
on 3/31/03.  Please indicate if any of the above limitations have changed
in any way and resign and date below original signature.  If her
condition has changed in any way, please provide medical
documentation of that change.  Please respond to the above fax number
with this information, by November 10, 2003, as your patient has a long
term disability claim and this information is required to continue
disability benefits.  Thank you.  Kathleen Teeps RN, BA

ML00107

Claim # L44501'1006.

## Physical Capacities Evaluation     ❖MetLife

Name of Claimant **Gail Kernaghan**   SSN **299 - 57 - 9291**

**Important:** Please complete the following items based on your clinical evaluation of the claimant and other testing results. Any items that you do not believe you can answer should be marked n/a (not answerable).

**Note:** In terms of an 8 hour workday "occasionally" equals 0% to 33%; "frequently" 34% to 66%; "continuously" 67% to 100%.

**I.** In an 8-hour workday, claimant can: (Circle full capacity for each activity)

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.) | Sit | - | No | - | 1 | ② | 3 | 4 | 5 | ⑥ | 7 | 8 | (hrs.) |
| B.) | Stand | - | No | - | 1 | ② | 3 | 4 | 5 | 6 | 7 | 8 | (hrs.) |
| C.) | Walk | - | No | - | ① | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (hrs.) |

**II.** Claimant can lift:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Up to 10 lbs. | ( ) | ( ) | ( ✓ ) | ( ) |
| B.) | 11 - 20 lbs. | ( ) | ( ✓ ) | ( ) | ( ) |
| C.) | 21 - 50 lbs. | ( ✓ ) | ( ) | ( ) | ( ) |
| D.) | 51 - 100 lbs. | ( ✓ ) | ( ) | ( ) | ( ) |
| E.) | 100 + lbs. | ( ✓ ) | ( ) | ( ) | ( ) |

**III.** Claimant can carry:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Up to 10 lbs. | ( ) | ( ✓ ) | ( ) | ( ) |
| B.) | 11 - 20 lbs. | ( ✓ ) | ( ) | ( ) | ( ) |
| C.) | 21 - 50 lbs. | ( ✓ ) | ( ) | ( ) | ( ) |
| D.) | 51 - 100 lbs. | ( ✓ ) | ( ) | ( ) | ( ) |
| E.) | 100 + lbs. | ( ✓ ) | ( ) | ( ) | ( ) |

**IV.** Claimant can use hands for repetitive action such as:

| | | Simple Grasping | | Pushing & Pulling | | Fine Manipulating | |
|---|---|---|---|---|---|---|---|
| A.) | Right | ( ✓ ) Yes | ( ) No | ( ✓ ) Yes | ( ) No | ( ✓ ) Yes | ( ) No |
| B.) | Left | ( ✓ ) Yes | ( ) No | ( ✓ ) Yes | ( ) No | ( ✓ ) Yes | ( ) No |

**V.** Claimant can use feet for repetitive movements as in operating foot controls:

| | Right | | Left | | Both | |
|---|---|---|---|---|---|---|
| | ( ) Yes | ( ✗ ) No | ( ) Yes | ( ✗ ) No | ( ) Yes | ( ✗ ) No |

**VI.** Claimant is able to:

| | | Not at all | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Bend | ( ) | ( ✓ ) | ( ) | ( ) |
| B.) | Squat | ( ) | ( ✓ ) | ( ) | ( ) |
| C.) | Crawl | ( ✓ ) | ( ) | ( ) | ( ) |
| D.) | Climb | ( ✓ ) | ( ) | ( ) | ( ) |
| E.) | Reach above shoulder level | ( ) | ( ✓ ) | ( ) | ( ) |

**VII.** Restriction of activities involving:

| | | None | Mild | Moderate | Total |
|---|---|---|---|---|---|
| A.) | Unprotected heights | ( ✗ ) | ( ) | ( ) | ( ) |
| B.) | Being around moving machinery | ( ) | ( ✗ ) | ( ) | ( ) |
| C.) | Exposure to marked changes in temperature & humidity | ( ) | ( ) | ( ✗ ) | ( ) |
| D.) | Driving automotive equipment | ( ) | ( ✗ ) | ( ) | ( ) |
| E.) | Exposure to dust, fumes & gases | ( ) | ( ) | ( ✗ ) | ( ) |

Remarks (on above, on other functional limitations): _mnd prolonged sit 30 min_

Date **8/25/02**   Signature of Physician _(signature)_

no change
3/31/03 _(signature)_

** TOTAL PAGE.02 **

B51     ML00112