IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                    :
                                                   :
            Plaintiff,                             :   C.A. No. 05-402 (GMS)
                                                   :
      v.                                           :
                                                   :
METROPOLITAN LIFE INSURANCE                        :
COMPANY, as fiduciary and administrator of The    :
IBM Long-Term Disability Plan,                     :
                                                   :
            Defendant.                             :
                                                   :

**VOLUME II OF X**

**APPENDIX TO**
**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWERING**
**BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**McCarter & English LLP**

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware  19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date:   April 13, 2006

ME1\5600684.1

## <u>TABLE OF CONTENTS</u>

<u>TITLE</u>                                                                                           <u>PAGE</u>

Excerpts of the Administrative Record .................................................................B52-B101

ME1\5600684.1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 13, 2006, I caused a copy of the foregoing Appendix to Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)

ME1\5600684.1



**Delaware
Back Pain
& Sports
Rehabilitation Centers**

*Depend on us to
get you better faster.*

- **Depend on teamwork
for better health:**
  - Physical medicine
    & rehabilitation
  - Interventional pain
    management/
    injections
  - EMG
  - Chiropractic care
  - Rehabilitation
    therapy
  - Exercise physiology
  - Psychology/pain
    management
    counseling
  - Massage therapy
  - Wellness/nutrition
    programs
  - QFCEs

- **Nonsurgical solutions:**
  - Auto, work & sports
    injuries
  - Back & neck pain
  - Shoulder pain
  - Leg, ankle &
    foot pain
  - Hand & wrist pain
    (carpal tunnel
    syndrome)
  - Arm pain
  - Arthritis, neuritis
    & bursitis pain
  - Headaches

- **Effective renabilitation:**
  - Musculoskeletal
    injury
  - Nerve injury
  - Postsurgical
    rehabilitation
  - Sciatica
  - Stroke
  - Postpolio syndrome
  - Spinal cord
    & brain injury
  - Joint replacement

RA03-5DX

# FAX COVER SHEET

Date: _____ 4/1/03 _____

To: _____ Kathleen Teeps _____

Fax No.: _____ 315-792-2490 _____

From: _____ Kathryne - Dr. Upadhyay _____

Our Phone Number:    (302) 730-8848
Our Fax Number:      (302) 730-8846

Number of pages including this cover sheet: _____ 2 _____

Special Message: _Re: Gail Kernaghan_
_Updated form._

_____

_____

This message is confidential, intended only for the named recipient(s) and
may contain information that is privileged or exempt from disclosure under
applicable law. If you are not the intended recipient(s), you are notified that
the dissemination, distribution or copying of this message is strictly
prohibited. If you receive this message in error, or are not the named
recipient(s), please notify the sender by either fax address or telephone
number above and discard this fax.
Thank you.



**Five convenient locations:**
Foulk Road Office Park Plaza: (302) 529-8783 • 2006 Foulk Road, Suite B, Wilmington, DE 19810 • Fax: (302) 529-7470
Medical Arts Complex: (302) 764-0271 • 700 Lea Boulevard, Suite 102, Wilmington, DE 19802 • Fax: (302) 762-4076
Omega Professional Center: (302) 733-0980 • 87-B Omega Drive, Newark, DE 19713 • Fax: (302) 733-7495
Glasgow Medical Center: (302) 832-8894 • 2600 Glasgow Avenue, Suite 210, Newark, DE 19702 • Fax: (302) 832-8897
Walker Square: (302) 730-8848 • 830 Walker Road, Suite 11-1, Dover, DE 19901 • Fax: (302) 730-8846
**www.delawarebackpain.com**

ML00113



EFTS coordinator:

I have changed account number of my bank account & would appreciate if all future funds be deposited, to this new account number. attached is the routing number.

If you have any questions, please contact me at 302-659-1293.

Thanks
Gail Kimmelton
SS# 299 52 9641





# DELAWARE FEDERAL CREDIT UNION

**MAIN OFFICE:** 150 E. Water Street • Dover, DE 19901
Phone 302-739-4496 • Fax 302-739-2868

*Gail Kernaghan*
*363 Valley Mist Dr*
*Clayton, DE 19938*

*SS# 299 52 9291*
*C/Acn 0945011710006*

## DIRECT DEPOSIT INFORMATION
## For DELAWARE FEDERAL CREDIT UNION MEMBERS
### (Credits to Savings or Share Draft/Checking Accounts)

When you wish to have a **Payroll, Pension,** or other **Benefit Check** Directly Deposited to your Delaware Federal Credit Union Account, you will need to provide the following information to the check issuer:

1. Indicate whether you wish to have the entire amount credited to:
   - *GAIL* ☒ Savings
   - ☒ Checking

2. Your Credit Union Account number: (i.e. 1234 or 12345)

   **YOUR ACCOUNT NUMBER:** Savings ☐ ☐ ☐ ☐ ☐

   Checking `4` `5` `6` `2` `1` `7` `5`

   **Suffix** (i.e. 01, 02, 75, 76, 78)

3. Use the Credit Union name and address as listed below:
   *Delaware Federal Credit Union*
   *150 E. Water St.*
   *Dover, DE 19901*

4. The Credit Union Routing/Transit/ABA number is 231176554.

**\*\*You** can make arrangements directly with the Credit Union in order to have Club Account or IRA deposits, and loan payments distributed from this Direct Deposit.

Because of the Credit Union method of check processing, you need only supply the above information.

**\*\*\*NOTE:** *DO NOT* supply a voided check or check copy. This will only cause a delay in receiving your money.

Delaware Federal
Credit Union
150 East Water St.
Dover, Delaware 19901

ML00115

ATTN: Theresa Zammielleo

Claim# 64950117
1006

## PERSONAL PROFILE

NAME: Gail Kernaghen    CLAIM #: 64950117/1006    SSN: 229 58 _ _ _ 1006

**CLAIMANT:** Please describe your daily activities in the following areas. Use additional pages when necessary. Please complete this form and return it in the envelope provided as soon as possible but no later than 30 days from date of receipt. Failure to answer any of these questions may delay the initial decision or continuation of your benefits.

## GENERAL INFORMATION

1. Please provide us with a brief description of your present condition(s). Describe any physical and/or psychiatric/psychological limitations related to your return to work: pain resulting from accident lower back & right hip area. Severe enough to limit clear rational thinking.

2. Have you been hospitalized in the last 12 months? If so, please list:

| Hospital Name | Address | Dates of Admission |
|---|---|---|
| NO | | |

3. Please list all Attending Physicians and Specialists to which you have been referred for this condition(s):

| Physician's Name | Address | Phone | Specialty |
|---|---|---|---|
| Dr Upadhyay | 830 Walker Rd Dover | 302 730 8848 | Pain |

4. Do you take medication for your condition(s)?    Yes _____  No _____
   Please provide the following:

| Medication | Dosage | How often taken | Start Date | End Date |
|---|---|---|---|---|
| Yrcodines | 7.5/50mg | 3x daily | 1/95 | — |
| Tizanidin Hcl | 4mg | 2 tabs daily | 1/2002 | — |
| Celexa | 20mg | 1 tab daily | 1/2002 | — |
| Neurontin | 300mg | 2 tab daily | 1/2000 | — |
| BLX tabs | 10mg | 1 tab daily | | |
| Insulin R & Lantos | | | | |

If you need help taking medication, please explain:

No help taking medication

ML00116

021210002368

5. Please list all medical insurance companies/carriers:

Name                Group#              Address                    Telephone #

Optimum Choice  CO268002*01                               1-800 638 8846
Preffed              4 Taft Cover Rockvill MD 20850

6. Please indicate any testing that has been performed within the last 12 months. (CT Scan, MRI, stress test,
physical/functional capacity evaluation, etc.): EVALUATION Avg 2001 by independent
doctor selected by Met life

7. Provide us with a detailed description of your daily routine: wake, breakfast, read, lunch
YHCA-water exercise, nap, light grocery shopping, dinner
TV/read, bed

8. Do you live alone?    Yes _____    No  ✓
If no, who lives with you? (Names, Relationships and Ages) husband

9. If you have family dependents (e.g., children, parents) do they depend on you for care? If so, please explain:
No

10. What is your present height?    5' 5"    weight?  200
Are you right or left handed?    left

11. What time do you get up in the morning?    9    Go to bed?  11 30 AM
Have your sleeping habits changed since your condition(s) began? Please explain:
yes sleeping erratic often awake early AM (3am - 5am) unable
to return to sleep

Have there been any changes in your ability to care for your personal needs and grooming?
Please explain: cut back - simplified personal care - no blow
dry/curling iron; clothes simple

2

ML00117

021210002368

12. Have you tried any type of work or volunteer activity since you left work? Please give details, including names, dates, wages/compensation, duties, etc. Volunteer local library Milford Public Library 1 day week - 3 hours; understanding when cannot make date. assist patrons on internet ~ not paid - except in smiles / thank you

13. When do you expect to return to your last job/occupation either on a full-time or part-time basis? Please explain in detail: Do not anticipate return. illness eratic unable to guarantee ability to perform at any consistency pain overwelms thought processes

14. Do you feel you could return to your job/occupation if accommodations were made? If so, please describe your accommodation needs: No unfortunatly. IBM made numerous accomodations but I was unable to perform consistently enough

15. Please provide us with a brief description of any other sources of income you are receiving at this time, including any Social Security or Railroad Retirement entitlements, Worker's Compensation, Pension, Self employment, No Fault, etc., and benefits received from any other insurance:

| Name | Effective Dates | Amount |
|------|-----------------|--------|
| Ø    |                 |        |
|      |                 |        |
|      |                 |        |

---

**HOUSEHOLD CARE**

1. Have your eating habits changed since your disability began? Please explain: yes - have become insulin dependent diabetic & try to adhear to carbohydrate counting

2. Do you require assistance in preparing your meals? Please explain: Must be alert - have burned items on stove by forgetting - use microwave instead of stove.

3

021210 002368

3. What type of housework do you perform? (Please circle all that apply)
(Laundry) Vacuuming (Dusting) (Washing dishes) Mopping Household repairs Lawn care
Snow shoveling Other: _____

How often do you do this housework? *Only when able ; husband does all heavy housework, lawn & household repairs*

Have there been any changes in your ability to care for your household since your disability began?
Please explain: *Yes. prior to disability I did housework now husband responsible*

4. Have you experienced changes in your shopping habits? Please explain: *Yes. Shopping erratic on days feel well ( shorter in duration. do not carry items have someone carry items to car*

5. Do you drive?                                           Yes ✓   No ___
Do you take public transportation?                         Yes ___  No ✓
If you need assistance when you travel, who goes with you and how are you helped?
*Any long drives ( 730 min) someone else drives ; frequent stops. Heated seat*

Has there been any change in the distance or time you travel? Please explain: *See Above*

Has your physician restricted your travel or driving in any way? Please explain: *medication No driving while taking*

---

**INTERESTS, HOBBIES AND SOCIAL ACTIVITIES**

1. What kind of interests, hobbies or activities do you participate in? (Please circle all that apply)

Bowling   Exercising   Fishing   Walking   Knitting   Movies    Swimming   Sewing
(Reading)  (Television)  (Computer) Coaching  Sports    Movies    Other: *Deep Water Walking*

How often do you do these activities? (Please circle)
Daily  (Twice a Week)  Weekly   Approx. time spent: *45MIN*

Have there been any changes in your participation level? Please explain: *Prior to injury ran 3mi 3x week*

4

ML00119

02121 0002368

2. Are you active with family, church, social or other groups? Please explain: *No*

_____

How often do you participate in these activities?    Daily    Twice a Week    Weekly    Other: *N/A*

What positions/offices do you hold in the club or group?

_____

_____

Have there been changes in your ability to take part in the above activities since your disability began?

Please explain: *Yes do not have energy for any outside responsibilities*

---

## TRAINING, EDUCATION AND EXPERIENCE

1. **Training/Educational Background**

   Circle highest grade completed:    1 2 3 4 5 6 7 8    9 10 11 12    13 14 15 16    i7 (18)

   High School        GED        College Degree        (Graduate School)

   Degrees received: *MS/C/CS*        Dates attended: *9/81 – 3/86*

   Major: *Computer Science*        Minor: *business*

   List any other vocational or business courses attended:

   | School | Program | Date completed | Certificate/License obtained |
   |---|---|---|---|
   | | | | |
   | | | | |
   | | | | |

   Were you in the Armed Forces?    Yes    (No)    Dates: _____ to _____

   Branch of service _____ Highest Rank _____ Specialty _____

5

ML00120

021210 002368

**2. Work Experience**
Describe each job worked within the last 15 years. Resumes are appreciated, please include if available.

| From/To | Job Title | Responsibilities | Supervisory Experience Yes/No |
|---|---|---|---|

7/85  1/95  Software Program Mgr.                    Managerial

Manage large software development project

No current resume available

Has anyone assisted you in the completion of this form? If so, please have them co-sign below.

Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

DAY PHONE #: 302 659 1293          EVENING PHONE #: SAME

SIGNATURE: _David A. Kunigler_        DATE: 12/2/02

CO-SIGNATURE: _____        RELATIONSHIP: _____

rev. 4/13/98

6

621210002368

# AUTHORIZATION

I authorize any medical professional, hospital or other medical care institution, insurance support organization, pharmacy, governmental agency, (insurance company) (plan policyholder) employer or benefit plan administrator to provide Metropolitan or an agent, attorney, (consumer reporting agency) or independent administrator, acting on its behalf, information concerning advice, care or treatment provided the patient, employee or deceased names below, including information relating to mental illness, use of drugs or use of alcohol.  I also authorize my employer, group policyholder or benefit plan administrator to provide Metropolitan with financial or employment-related information.

I understand that such information will be used by Metropolitan for the purpose of evaluating my claim for insurance benefits and that I or any authorized representative will receive a copy of this authorization upon request.

This authorization is valid from the date signed for the duration of the claim

_____    _____
SIGNATURE                    DATE

B61                                          ML00122



**DELAWARE
BACK PAIN
& SPORTS
REHABILITATION
CENTERS**®

**Physical Medicine/Rehabilitation
Sports Medicine/EMG**
Barry L. Bakst, D.O.
Craig D. Sternberg, M.D.
Arnold B. Glassman, D.O.
Anne C. Mack, M.D.
Stephen M. Beneck, M.D.
Asit P. Upadhyay, D.O.
Susan T. Depoliti, M.D.

**Interventional Pain Management/Neurology**
YiLi Zhou, M.D., Ph.D.

**Pain Management Counseling**
Irene Fisher, Psy.D.

**Chiropractic Care**
Kristi M. Dillon, D.C.
Brian S. Baar, D.C.
Debra Kennedy, D.C.
Kenneth Ward, D.C.
Mary B. Beierschmitt, D.C.
Marjorie E. Mackenzie, D.C.

Foulk Office Plaza • 2006 Foulk Road • Suite B • Wilmington, DE 19810 • (302) 529-8783 • Fax (302) 529-7470
Medical Arts Complex • 700 Lea Boulevard • Suite 102 • Wilmington, DE 19802 • (302) 764-0271 • Fax (302) 762-4076
Omega Professional Center • 87 Omega Drive • Building B • Newark, DE 19713 • (302) 733-0980 • Fax (302) 733-7495
Glasgow Medical Center • 2600 Glasgow Avenue • Suite 210 • Newark, DE 19702 • (302) 832-8894 • Fax (302) 832-8897
Walker Square • 830 Walker Road • Suite 11-1 • Dover, DE 19901 • (302) 730-8848 • Fax (302) 730-8846

FOLLOW UP VISIT
RE: Gail Kernaghan
DATE: 04/05/02

Patient is here for follow up evaluation of right shoulder and back problems. Her right SI joint is causing her a great deal of pain today.

She is also continuing with some right shoulder problems.

She was on Neurontin and Paxil and started to get some hallucinations. She also takes Vicodin and Zanaflex.

Her pain is significantly exacerbated since she has been on a change of medications.

<u>PHYSICAL EXAMINATION</u>: Height is 5'5", weight is 196 lb, BP is 130/70, temperature is 96.2.

The patient comes into the office she has a nonantalgic gait. She mounts and dismounts the exam table readily.

Exam of the right shoulder shows tenderness on extension in the glenohumeral joint. The Neer and Hawkins impingement sign are negative, Speed's test is negative. No tenderness at the biceps tendon or the coracoid process. The AC and sternoclavicular joint are well located and nontender.

Exam of the low back shows the SI joint is tender on the right with tenderness in the greater trochanteric bursa. The IT band also has increase in tone and tenderness noted there as well.

ML00123



**WIDE OPEN MRI**
Dover

(302) 730   3

page(s):

MDTEL
INTERNATIONAL CORPORATION

Patient: KERNAGHAN, GAIL
Referring Physician: ASIT UPADHYAY DO
Date of Birth: 8/15/52
Date of Exam: April 8, 2002

# MRI EXAMINATION OF THE RIGHT SHOULDER

**CLINICAL HISTORY:** This is a 49 year old woman with right shoulder pain.

**TECHNIQUE:** Coronal oblique, proton density SE, T2-weighted fast spin echo, axial gradient echo, and sagittal oblique STIR sequences were acquired through the shoulder region.

**COMPARISONS:** None.

**FINDINGS:**

MUSCULOTENDINOUS STRUCTURES: Minimal tendinosis is present in the distal supraspinatus tendon. No rotator cuff tear or biceps tendon tear. No muscle atrophy or edema.

CORACOACROMIAL ARCH: The acromion has a curved (Type II) configuration. Only minimal AC joint arthrosis is present, without substantial osteophytosis. Minimal-mild subacromial bursal fluid is present.

GLENOHUMERAL JOINT: No effusion, osteochondral lesion, or loose body detected. No labral tear, paralabral cyst, or Hill-Sachs lesion detected.

This report has been reviewed by R. Craig Platenberg, M.D.

**CONCLUSION: MRI EXAMINATION OF THE RIGHT SHOULDER (4/8/2002)**
1. Minimal supraspinatus tendinosis. No rotator cuff tear.
2. Minimal-mild subacromial bursal fluid, consistent with very low-grade bursitis.
3. No labral tear.

Robert D. Boutin, M.D./jcf/4/8/2002-62970/
726.10

*1306 South Dupont Highway - Dover, DE 19901 - Phone: 302-730-9300 Fax: 302-730-9400*

B63

ML00124

FOLLOW UP VISIT
RE: Gail Kernaghan
DATE: 04/05/02
PAGE 2


IMPRESSIONS: 1. Chronic low back pain secondary to right SI joint dysfunction.
2. Lumbar facet syndrome, improved.
3. Right shoulder pain rule out rotator cuff injury.


RECOMMENDATIONS: I will order an MRI of the right shoulder to assure the patient does not have any overt pathology there in the shoulder. We will consider a subacromial injection.

The patient should continue with her self-directed home exercise program for the low back.

Pharmacologically, continue with Vicodin and Zanaflex. I will add Depakote titrating upwards to 1 g over the next month. We will discontinue Paxil due to its excessive sedation and probably stop Neurontin as well because it is probably causing hallucinations.

Occupationally, the patient is working full-time without restrictions and may continue to do so. The patient will follow up with me in two weeks she will call or return sooner if there are any problems in the interim.


Asit P. Upadhyay, D.O.
APU/klc
dt: 04/11/02
cc: David Reyes, M.D.
29 Gooden Ave.
Dover, DE 19904

B64

ML00125

| Specimen # | | Type | Primary | Report Status | | |
|---|---|---|---|---|---|---|
| 239-306-0758-0 | | R | RN | FINAL | PG | 1 |

TIME 1102

CC:1

CD- 02012018767

DOB: 08/15/52

FASTING N

302-659-1293

KERNAGHAN, GAIL A

353 VALLEY MIST DR

CLAYTON , DE 19938-

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 08/27/02 | 08/27/02 | 08/28/02 | 1571 |

| Sex | Age (Y-Vos) |
|---|---|
| F | 050/00 |

T3 1

Clinical Information
C026000201

Physician ID UPADHYAY A
UPADHYAY

UPIN: F46777
ASIT UPADHYAY MD

830 WALKER RD STE 11-1
DOVER , DE 19901-
302-730-8848 DEW

29/28/02 08:21

Patient ID 299529291

07210160
DH
DH

LabCorp®

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC WITH DIFFERENTIAL/PLATELET** | | | | | |
| White Blood Cell (WBC) Count | 4.7 | | X 10-3/uL | 4.0 - 10.5 | RN |
| Red Blood Cell (RBC) Count | 4.26 | | X 10-6/uL | 3.80 - 5.10 | RN |
| Hemoglobin | 13.1 | | g/dL | 11.5 - 15.0 | RN |
| Hematocrit | 37.7 | | % | 34.0 - 44.0 | RN |
| MCV | 89 | | fL | 80 - 98 | RN |
| MCH | 30.7 | | pg | 27.0 - 34.0 | RN |
| MCHC | 34.7 | | g/dL | 32.0 - 36.0 | RN |
| RDW | 14.2 | | % | 11.7 - 15.0 | RN |
| Platelets | 252 | | X 10-3/uL | 140 - 415 | RN |
| Polys | 59 | | % | 40 - 74 | RN |
| Lymphs | 31 | | % | 14 - 46 | RN |
| Monocytes | 7 | | % | 4 - 13 | RN |
| Eos | 2 | | % | 0 - 7 | RN |
| Basos | 1 | | % | 0 - 3 | RN |
| Polys (Absolute) | 2.8 | | X 10-3/uL | 1.8 - 7.8 | RN |
| Lymphs (Absolute) | 1.5 | | X 10-3/uL | 0.7 - 4.5 | RN |
| Monocytes (Absolute) | 0.3 | | X 10-3/uL | 0.1 - 1.0 | RN |
| Eos (Absolute Value) | 0.1 | | X 10-3/uL | 0.0 - 0.4 | RN |
| Baso (Absolute) | 0.0 | | X 10-3/uL | 0.0 - 0.2 | RN |
| | | | | | RN |
| **HEPATIC FUNCTION PANEL (7)** | | | | | |
| Protein, Total, Serum | 6.3 | | g/dL | 6.0 - 8.5 | RN |
| Albumin, Serum | 3.5 | | g/dL | 3.5 - 5.5 | RN |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | RN |
| Bilirubin, Direct | 0.11 | | mg/dL | 0.00 - 0.40 | RN |
| Alkaline Phosphatase, Serum | 75 | | IU/L | 25 - 150 | RN |
| AST (SGOT) | 20 | | IU/L | 0 - 40 | RN |
| ALT (SGPT) | 17 | | IU/L | 0 - 40 | RN |
| BUN | 16 | | mg/dL | 5 - 26 | RN |
| Creatinine, Serum | 0.8 | | mg/dL | 0.5 - 1.5 | RN |
| BUN/Creatinine Ratio | 20 | | | | |

LAB: RN LABCORP RARITAN          DIRECTOR: MARLENE DESQUITADO, MD
     69 FIRST AVE RARITAN, NJ 08869-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-633-5227 LAB: 908-526-2400
LAST PAGE OF REPORT

KERNAGHAN, GAIL A     PATID: 299529291     REPORT DATE: 08/27/2002

©2002 Laboratory Corporation of America® Holding
All Rights Reserved



**LabCorp™**

| SPECIMEN # | TYPE | PRIMARY LAB | REPORT STATUS | | T3 N 01 | FAX |
|---|---|---|---|---|---|---|
| 098-306-1157-0 | S | RN | PRELIM | PG 1 | | 04-11-02 11:11 |

TIME 1322
1 YELLO

DOB: 08/15/52
FASTING N

CD- 92006726855

PHYSICIAN ID: UPADHYAY A
UPADHYAY   299529291

SEX F   AGE(YR/MOS) 049/07

CLAYTON , DE 19938-

CLINICAL INFORMATION
C026800201

PATIENT ID   TVOL

ACCOUNT   UPIN: F46777
REHABILITATION ASSOCIATES   07880862
DR'S BAKST AND DR STERNBERG   DC
BLDG B 87 OMEGA DR   DC
NEWARK , DE 19713-
302-733-0980   NOE

| DATE OF COLLECTION | DATE ENTERED | DATE REPORTED | |
|---|---|---|---|
| 04/08/02 | 04/08/02 | 04/11/02 | 0476 |

| | | RESULT | | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|---|
| Aldolase | | 4.6 | U/L | 1.2 - 7.6 | BN |

LAB: BN LABCORP BURLINGTON
1447 YORK COURT BURLINGTON, NC 27215-2230

DIRECTOR: FRANK HANCOCK, MD

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-633-5221 LAB: 908-526-2400
FINAL REPORT WILL FOLLOW

REPORT
299529291   04/08/02

© 2001 Laboratory Corporation of America™ Holdings
All Rights Reserved

KERNAGHAN, GAIL A

B66

ML00127



**WIDE OPEN MRI**
Dover

MEDTEL

Patient: KERNAGHAN, GAIL
Referring Physician: ASIT UPADHYAY DO
Date of Birth: 8/15/52
Date of Exam: April 8, 2002

## MRI EXAMINATION OF THE RIGHT SHOULDER

<u>**CLINICAL HISTORY:**</u> This is a 49 year old woman with right shoulder pain.

<u>**TECHNIQUE:**</u>　Coronal oblique, proton density SE, T2-weighted fast spin echo, axial gradient echo, and sagittal oblique STIR sequences were acquired through the shoulder region.

<u>**COMPARISONS:**</u>　None.

<u>**FINDINGS:**</u>

**MUSCULOTENDINOUS STRUCTURES:** Minimal tendinosis is present in the distal supraspinatus tendon. No rotator cuff tear or biceps tendon tear. No muscle atrophy or edema.

**CORACOACROMIAL ARCH:** The acromion has a curved (Type II) configuration. Only minimal AC joint arthrosis is present, without substantial osteophytosis. Minimal-mild subacromial bursal fluid is present.

**GLENOHUMERAL JOINT:** No effusion, osteochondral lesion, or loose body detected. No labral tear, paralabral cyst, or Hill-Sachs lesion detected.

This report has been reviewed by R. Craig Platenberg, M.D.

## CONCLUSION: MRI EXAMINATION OF THE RIGHT SHOULDER (4/8/2002)

1. Minimal supraspinatus tendinosis. No rotator cuff tear.
2. Minimal-mild subacromial bursal fluid, consistent with very low-grade bursitis.
3. No labral tear.

*Robert D. Boutin, MD*

Robert D. Boutin, M.D./jcf/4/8/2002-62970/
726.10



## LabCorp

| SPECIMEN # | TYPE | PRIMARY LAB | REPORT STATUS | | | |
|---|---|---|---|---|---|---|
| 098-306-1157-0 | S | RN | PRELIM | PG 1 | T3 N 01 | FAX |

| | | |
|---|---|---|
| TIME 1322 | | 04-10-02  11:10 |
| 1 YELLO | | C026800201 |

| DOB: | |
|---|---|
| 08/15/52 | |
| FASTING N | |

CD= 92006726855

| | | | |
|---|---|---|---|
| 302-659-1293 | SEX AGE (YR&MO) | PHYSICIAN # | PATIENT ID | TVOL |
| KERNAGHAN, GAIL A | F | 049/07 | ACCOUNT 299529291 | |

UPIN: F46777

| | |
|---|---|
| 363 VALLEY MIST DR | REHABILITATION ASSOCIATES    07880862 |
| CLAYTON    , DE  19938- | DR'S BAKST AND DR STERNBERG    DC |
| | BLDG B  87 OMEGA DR    DC |
| | NEWARK    , DE  19713- |

| DATE OF COLLECTION | DATE ENTERED | DATE REPORTED | | 302-733-0980  NDE |
|---|---|---|---|---|
| 04/08/02 | 04/08/02 | 04/10/02 | 0477 | |

| | | | | |
|---|---|---|---|---|
| Antinuclear Antibodies (ANA) | See Below | | NEG <=1:40 | RN |
| Homogeneous | 1:80 | | | RN |
| | | Negative  <=1:40 | | |
| | | Borderline  =1:80 | | |
| | | Positive  >=1:160 | | |
| Speckled Pat. | 1:80 | | | RN |
| | | Negative  <=1:40 | | |
| | | Borderline  =1:80 | | |
| | | Positive  >=1:160 | | |

Note:                                                              RN
A positive ANA result may occur in healthy individuals or
be associated with a variety of diseases.  See interpre-
tation below :

| Pattern | Antigen Detected | Suggested Disease Association |
|---|---|---|
| Homogeneous (Smooth) | DNA(ds,ss,), Histone | High titers - SLE |
| Speckled | Sm, RNP, SCL-70, SS-A/SS-B | SLE, MCTD, Scleroderma,Sjogrens |
| Nucleolar | SCL-70, PM-1/SCL | High titers Scleroderma Polymyositis/Scleroderma Overlap |
| Centromere | Centromere | PSS w/Crest Syndrome variable |

| | | | |
|---|---|---|---|
| Lyme Ab/Total Immunoglobulins | NEGATIVE | 0.00 - 0.90 | RN |

Note: The CDC currently advises
that Western blot testing be
performed following all equiv-
ocal or positive EIA results.
Final diagnosis should include
appropriate clinical findings
and a positive EIA which is
also positive by Western blot.

| | | |
|---|---|---|
| | Negative  <or=0.90 | |
| | Equivocal 0.91 -1.09 | |
| | Positive  >or=1.10 | |

LAB: RN LABCORP RARITAN          DIRECTOR: MARLENE DESQUITADO, MD
     69 FIRST AVE RARITAN, NJ 08869-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-6J3-5221 LAB: 888-200-5439

| | | | |
|---|---|---|---|
| KERNAGHAN, GAIL A | | REPORT 299529291 | ©2001 Laboratory Corporation of America™ Holdings All Rights Reserved |
| | | 04/08/02 | |

ML00129

10Apr 2002 11:51 FROM:LABCOR. TO:3028328897 LABC. PAGE 005



**LabCorp**

| SPECIMEN # | TYPE | PRIMARY/LAB | REPORT STATUS | PG | | | |
|---|---|---|---|---|---|---|---|
| 098-306-1157-0 | S | RN | PRELIM | 2 | T3 N 01 | | FAX |

1 YELLO

TIME 1322

CD- 92006726855

DOB: 08/15/52

FASTING N

302-659-1293

SEX F AGE (WT AGE.) 049/07

KERNAGHAN, GAIL A

363 VALLEY MIST DR

CLAYTON , DE 19938-

| DATE OF COLLECTION | DATE ENTERED | DATE REPORTED | |
|---|---|---|---|
| 04/08/02 | 04/08/02 | 04/10/02 | 0477 |

04-10-02 11:10

C026800201

UPADHYAY A

UPADHYAY 299529291 TVOL

ACCOUNT UPIN: F46777

REHABILITATION ASSOCIATES 07880862

DR'S BAKST AND DR STERNBERG DC

BLDG B 87 OMEGA DR DC

NEWARK , DE 19713-

302-733-0980 NDE

**FINAL REPORT WILL FOLLOW**

KERNAGHAN, GAIL A

REPORT 299529291

©2001 Laboratory Corporation of America™ Holdings All Rights Reserved

04/08/02

B69

ML00130

## LabCorp

| SPECIMEN # | TYPE | PRIMARY LAB | REPORT STATUS | | | |
|---|---|---|---|---|---|---|
| 098-306-1157-0 | S | RN | PRELIM PG 2 | T3 N 01 | | FAX |

ADDITIONAL INFORMATION

TIME 1322     04-09-02   11:11
1 YELLO

DOB:     C026800201

08/15/52

CD: 97006726855    FASTING N

PATIENT INFORMATION

302-659-1293    SEX AGE (YR MOS)    UPADHYAY A    RECEIVED    TVOL

KERNAGHAN, GAIL A    F   049/07    UPADHYAY    299529291

361 VALLEY MIST DR    UPIN: F46777

CLAYTON      , DE   19938-    REHABILITATION ASSOCIATES    07880862

     DR'S BAKST AND DR STERNBERG    DC

| DATE OF COLLECTION | DATE ENTERED | DATE REPORTED | | BLDG B 87 OMEGA DR | | DC |
|---|---|---|---|---|---|---|
| 04/08/02 | 04/08/02 | 04/09/02 | 0474 | NEWARK , DE 19713- | | |

302-733-0980    NDE

| TEST | | | | RESULTS | UNITS | REFERENCE INTERVAL |
|---|---|---|---|---|---|---|
| HLA-B27 | | | | WILL FOLLOW | | XZ |
| Lyme Ab/Total Immunoglobulins | | | | WILL FOLLOW | | RN |

LAB: RN LABCORP RARITAN    DIRECTOR: MARLENE DESQUITADO, MD
     69 FIRST AVE RARITAN, NJ 08869-0000

LAB: BN LABCORP BURLINGTON    DIRECTOR: FRANK HANCOCK, MD
     1447 YORK COURT BURLINGTON, NC 27215-2230

LAB: XZ LABCORP BURLINGTON    DIRECTOR: FRANK HANCOCK MD
     1447 YORK COURT BURLINGTON, NC 27215-2230

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-633-5221 LAB: 908-526-2400
                 FINAL REPORT WILL FOLLOW

© 2001 Laboratory Corporation of America® Holdings
All Rights Reserved

KERNAGHAN, GAIL A      REPORT      04/08/02
                       299529291

ML00131

09 Apr 2002 11:23 FROM: LABCORP        TO:3028328897        LABC         PAGE 003

**LabCorp**

| 098-306-1157-0 | S | RN | PRELIM | PG | 1 | T3 N 01 | | FAX |
|---|---|---|---|---|---|---|---|---|

TIME 1322                                                    04-09-02    11:11
1 YELLO                          DOB:
                                 08/15/52      C026800201
CD= 92006726855                  FASTING N     UPADHYAY A                299529291
302-659-1293        SEX  AGE(YR/MOS)    UPADHYAY                UPIN: F46777
KERNAGHAN, GAIL A        F   049/07    REHABILITATION ASSOCIATES          07860862
363 VALLEY MIST DR                     DR'S BAKST AND DR STERNBERG        DC
CLAYTON         , DE 19938-            BLDG B  87 OMEGA DR                DC
                                       NEWARK       , DE  19713-
04/08/02  04/08/02  04/09/02   0474    302-733-0980      NDE

| CBC WITH DIFFERENTIAL/PLATELET | | | | | |
|---|---|---|---|---|---|
| White Blood Cell (WBC) Count | 5.6 | | X 10-3/uL | 4.0 - 10.5 | RN |
| Red Blood Cell (RBC) Count | 4.22 | | X 10-6/uL | 3.80 - 5.10 | RN |
| Hemoglobin | 11.9 | | g/dL | 11.5 - 15.0 | RN |
| Hematocrit | 36.3 | | % | 34.0 - 44.0 | RN |
| MCV | 86 | | fL | 80 - 98 | RN |
| MCH | 28.1 | | pg | 27.0 - 34.0 | RN |
| MCHC | 32.7 | | g/dL | 32.0 - 36.0 | RN |
| RDW | 15.5 | H | % | 11.7 - 15.0 | RN |
| Platelets | 297 | | X 10-3/uL | 140 - 415 | RN |
| Polys | 58 | | % | 40 - 74 | RN |
| Lymphs | 34 | | % | 14 - 46 | RN |
| Monocytes | 7 | | % | 4 - 13 | RN |
| Eos | 1 | | % | 0 - 7 | RN |
| Basos | 0 | | % | 0 - 3 | RN |
| Polys (Absolute) | 3.2 | | X 10-3/uL | 1.8 - 7.8 | RN |
| Lymphs (Absolute) | 1.9 | | X 10-3/uL | 0.7 - 4.5 | RN |
| Monocytes(Absolute) | 0.4 | | X 10-3/uL | 0.1 - 1.0 | RN |
| Eos (Absolute Value) | 0.1 | | X 10-3/uL | 0.0 - 0.4 | RN |
| Baso(Absolute) | 0.0 | | X 10-3/uL | 0.0 - 0.2 | RN |
| | | | | | RN |
| HEPATIC FUNCTION PANEL (7) | | | | | |
| Protein, Total, Serum | 6.5 | | g/dL | 6.0 - 8.5 | RN |
| Albumin, Serum | 3.8 | | g/dL | 3.5 - 5.5 | RN |
| Bilirubin, Total | 0.3 | | mg/dL | 0.1 - 1.2 | RN |
| Bilirubin, Direct | 0.08 | | mg/dL | 0.00 - 0.40 | RN |
| Alkaline Phosphatase, Serum | 58 | | IU/L | 25 - 150 | RN |
| AST (SGOT) | 19 | | IU/L | 0 - 40 | RN |
| ALT (SGPT) | 19 | | IU/L | 0 - 40 | RN |
| RHEUMATOID ARTHRITIS FACTOR | | | | | |
| RA Latex Turbid. | 4.6 | | IU/mL | 0.0 - 13.9 | RN |
| BUN | 14 | | mg/dL | 5 - 26 | RN |
| Creatinine, Serum | 0.8 | | mg/dL | 0.5 - 1.5 | RN |
| BUN/Creatinine Ratio | 17 | | | | |
| TSH | 1.312 | | mcIU/mL | 0.350 - 5.500 | RN |

***EFFECTIVE FEBRUARY 25, 2002 the TSH results will be***
   determined by a 3rd Generation assay with a minimum
   reportable value of 0.004 mcIU/mL.

| | | | | Non-Reactive | RN |
|---|---|---|---|---|---|
| RPR | Non-Reactive | | | | |
| Sedimentation Rate-Westergren | 10 | | mm/hr | 0 - 20 | RN |
| Creatine Kinase, Total, Serum | 109 | | U/L | 24 - 173 | RN |
| Aldolase | | | WILL FOLLOW | | BN |
| Antinuclear Antibodies (ANA) | | | WILL FOLLOW | | |

© 2001 Laboratory Corporation of America™ Holdings
All Rights Reserved

REPORT
299529291                04/08/02

KERNAGHAN, GAIL A

ML00132

130-5896

# M.D. IPA
A MAMSI Health Plan

## OPTIMUM CHOICE
A MAMSI Health Plan

# PRIMARY CARE PHYSICIAN REFERRAL
P.O. Box 930 • Frederick, MD 21705
301-360-8053 or 1-800-342-6141

REFERRAL NO. 6437342

## 1. MEMBER IDENTIFICATION

| MEMBER NUMBER | MEMBER NAME (Last, First, MI) | MEMBER BIRTHDATE IF MEMBER NUMBER UNKNOWN |
|---|---|---|
| 410812801012 11 Dill | Kernaghan, Gail | 8/15/52 |

| PRIMARY CARE PHYSICIAN (PCP) NAME | PCP TELEPHONE |
|---|---|
| DAVID Reyes MD | 302-735-7780 |

| CONSULTANT'S NAME |
|---|
| DR. Asit P. Upadhyay |

| CONSULTANT ADDRESS | CONSULTANT TELEPHONE |
|---|---|
| 850 Walter Rd. Suite 114 | 302 730 0848 |

## 2. REFERRAL AUTHORIZATION (Retroactive referrals are not valid)

THIS REFERRAL IS ONLY AN AUTHORIZATION FOR SERVICES DELIVERED BY PRACTITIONERS WHO ARE UNDER CONTRACT WITH PHYSICIANS HEALTH PLAN OF MARYLAND, INC. (See back of form for services requiring Health Plan preauthorization and for services with special requirements.) Referrals are not valid for covering physicians.

CONSULTANT MAY PROVIDE CARE AS INDICATED. *The maximum number of referral visits is one (except for standing referrals – see instructions below) and services must be obtained within three (3) months of referral date except for procedures & diagnoses that have been authorized by the health plan. (See reverse.) Refer to Practitioner Manual for exceptions to this policy.*

- ☐ 1. INITIAL CONSULTATION ONLY
- ☐ 2. DIAGNOSTIC TEST (Specify)
- ☐ 3. CONSULTATION WITH INITIAL OFFICE TREATMENT FOR THE FOLLOWING PROCEDURES ONLY:
- ☒ 4. STANDING REFERRAL #VISITS 3 VALID TO DATE 10/30/02 (Valid for up to 6 months for certain conditions listed on the back of this form)
- ☐ 5. OTHER:

## 3. DIAGNOSIS/MEDICAL HISTORY REASON FOR REFERRAL

Rt shoulder pain

Consult & Tx

OTHER INSURANCE COVERAGE (COB): ☐ YES ☐ NO
☐ HEALTH INSURANCE ☐ MVA ☐ WORKERS' COMP.

| PERSON INSURED | INSURANCE COMPANY NAME |
|---|---|

Attached: ☐ Narrative Report ☐ X-Ray ☐ Lab Report
☐ Copy of Medical Report
☐ Other

| PRIMARY CARE PHYSICIAN SIGNATURE | REFERRAL DATE |
|---|---|
| David Reyes MD | 7/30/02 |

**PRIMARY CARE PHYSICIAN INSTRUCTIONS**
1. Must complete sections 1, 2 and 3.
2. Referral Authorization Box must be signed and dated by the Primary Care Physician.
3. If you are initially authorizing a surgical procedure, you must specify procedure in box two, above, item three; or box three.
4. Promptly forward CONSULTANT AND CLAIMS SUBMISSION COPIES to Participating Consultant only. Behavioral health referrals are to psychiatrists except in geographic exception areas noted in your Practitioner Manual.
5. Provide Member with their copy.

**CONSULTANT INSTRUCTIONS**
1. IMPORTANT: Enter your PRACTITIONER NUMBER BELOW YOUR SIGNATURE ON THE HCFA-1500.
2. Retain CONSULTANT COPY for your records.
3. If Box 2 - Referral Authorization - is not signed and dated by the Primary Care Physician, claim will be denied.
4. Consultant must fill out CONSULTANT TREATMENT PLAN to obtain authorization for any surgical procedure or other services NOT specified by Primary Care Physician and to report findings. (May attach CONSULTANT letter to Treatment Plan.)

**CONSULTANT BILLING PROCEDURES** for services authorized by Primary Care Physician.
1. Submit a copy of a valid referral with every claim.

**STANDING REFERRAL INSTRUCTIONS**
1. Standing Referrals may be requested by the Primary Care Physician (complete this Form) or the Physician Consultant (Consultant Treatment Plan Form).
2. Standing Referrals are valid only for certain conditions listed on the back of this form.
3. Standing Referrals may be granted for a specific number of visits and/or up to 6 months.
4. Follow all other Primary Care Physician and Consultant instructions.

**MEMBER INSTRUCTIONS**
1. Keep "Member Copy" for your records. Provide "Consultant and Claims Submission Copies" to the participating consultant.
2. If the referral is mailed by the Primary Care Physician, ensure consulting physician has received their copy of the referral or Consultant Treatment Plan at the time of service.
3. IMPORTANT: A Primary Care Physician referral is not a guarantee of benefits. Benefits may be subject to contractual exclusions and only available if the member is eligible at the time services are rendered.

NOTE: This form must be accompanied by a completed HCFA-1500 form.

40 04 22 006  7/00

CLAIM SUBMISSION COPY

ML00133



ML00144

```
        DCC                UDS Diary  -Comments-              ONE  PAGE

Cl# 699501171006   Bsns Nm IBM CORPORATION                     Sal Cont? N
Rept# 0035750 Cv 8040 Pl 000 Sb 0001 SP 0037       Ownr Id U034 Oper Id M078
SSN 299529291 FI G MI A LN KERNAGHAN               Inact Dt    Reason Cd
Flag comments for callup?   Cllp Oper       CllpDt
C   Type: G  Subject: M  Who: P  Direction: N  Level:                DRC:
D Diary Dt <<<   Description of Event    >>>  Diary Comment Text
   090199    FOLLOW UP WITH DR. SHAHLA'S OFFICE BY PHONE IN REFERENCE TO OUR REQ
             EST FOR THE COMPLETION OF THE FUNCTIONAL CAPACITY FORM THAT WAS SEN
             TO HIM TWICE. 302-629-0266




Sc        Upd Dt 092199    Stat Cd 00       DLW 112194    Tr Origin N  UPDATE
```

med: Date of last visit: 6-23-99 - [DLV 10-5-99]

Dx: 729.2 - Radiculopathy

treatment: Baclafen 10mg
Ambien 10mg
~~Hydrocodone 5/500~~
Hydocodone 5/500

ML00145

left message 10-15-99 1:15 pm

Date: 10/11/99 Time: 09:57:08 AM         B74

# ALL DELMARVA NEUROLOGY – PAIN CENTER
## SHAHLA V. MOUSAVI, M.D., F.A.C.I.P.
### NEUROLOGY
### NEUROMUSCULAR DISEASE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

February 9, 1999

Patient: Gail Kernaghan

Mr. Kernaghan was seen at the Seaford office on 2/9/98. The patient's condition is the same. The pain is continuous. Recently, she has complained of pain on the right hip. She also states that she has gained weight from 135 to 175 pounds. However, her diabetes is under control.

On examination blood pressure is 140/85, pulse 100, respirations 20, temperature 98.6. The flexion of the spine is limited to 25 degrees. Right lateral flexion is limited. There is tenderness in the L3-4 region with spasm of paraspinal muscles. There is also tenderness in the right hip and right sacroiliac joint and sciatic notch.

Neurological exam, mental status and cranial nerves, motor and sensory exam did not reveal any abnormalities.

The plan would be to continue on Percocet, Ambien, and Baclofen. The possibility of trigger point stimulation was requested by the patient and she is willing to have that. She will be scheduled for the test and have a follow-up after that.

Shahla V. Mousavi, M.D.
SVM/gee

701 MIDDLEFORD ROAD-SEAFORD, DELAWARE 19973 (302)629-0266 FAX(302)629-3418
431 SAVANNAH ROAD-LEWES, DELAWARE 19958 (302)645-7447
LONGNECK MEDICAL CENTER-MILLSBORO, DELAWARE 19966 (302)947-1730
314 MAIN STREET KELWAY PLAZA-NEWARK, DELAWARE 19711 (302)737-0330

ML00148

SHAHLA V. ~USAVI, M.D.
701 MIDDLEFORD ROAD
SEAFORD, DELAWARE 19973

TELEPHONE (302) 629-0266                         DEA REG. NO. AM2906773

NAME _____ Grant Vernesfran _____ AGE _____

ADDRESS _____ DATE 2/22/99

Rx

Hydrocodon 5/500

1 Tab Q 8 hspen    NO REFILLS

# 270

☐ LABEL

REFILL ____1____ TIMES

DISPENSE AS WRITTEN _____ , M.D.

SUBSTITUTION PERMITTED _____ , M.D.

OTHER MEDICATIONS
PRESCRIBED:

2/1/99 - AMBIAN 10MG

2/9/99 - BACLEJAN 10MG

ML00149

# ALL DELMARVA NEUROLOGY – PAIN CENTER
## SHAHLA V. MOUSAVI, M.D., F.A.C.I.P.
### NEUROLOGY
### NEUROMUSCULAR DISEASE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

August 3, 1998

Patient:  Gail Kernagan

Gail Kernagan was seen at the Lewes office on 8/3/98. The patient is still having the problem with back pain and pain the right sacroiliac joint.

**EXAMINATION:** Exam revealed blood pressure 130/80, pulse 80, respirations 16, temperature 98.4.

Cranial nerves II–XII normal. Motor normal tone and strength. Deep tendon reflexes 2+, plantar response flexor. Gait and coordination within normal limits. There is tenderness in the L3 region as well as the right sacroiliac joint with positive straight leg raising an spasm of paraspinal muscles.

**PLAN:**  The plan would be to continue on the same medications and start the patient traction and return to this office PRN.

Shahla V. Mousavi, M.D.

SVM/gee

B77

701 MIDDLEFORD ROAD–SEAFORD, DELAWARE 19973 (302)629–0266 FAX(302)629–3418
431 SAVANNAH ROAD–LEWES, DELAWARE 19958 (302)645–7447
LONGNECK MEDICAL CENTER–MILLSBORO, DELAWARE 19966 (302)947–1730
314 MAIN STREET KELWAY PLAZA–NEWARK, DELAWARE 19711 (302)737–0330

ML00150

# ALL DELMARVA NEUROLOGY – PAIN CENTER
## SHAHLA V. MOUSAVI, M.D., F.A.C.I.P.
### NEUROLOGY
### NEUROMUSCULAR DISEASE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

May 11, 1998

Patient: Gail Kerneghan

Gail was seen at this office for a follow-up visit in Lewes on 5/11/98. The patient states that she was seen by an anesthesiologist who placed her on Vicodin. The patient's pain continues and they thought that it was coming from the lumbosacral region.

EXAMINATION:  Tenderness in the L3 region and right hip region.

Neurological exam – mental status, cranial nerves, motor and sensory exam did not reveal any abnormalities.

PLAN:  The plan would be continue the same medications except the Percocet was changed to Vicodin. The patient is to return to this office after three months unless there is a question.

Shahla V. Mousavi, M.D.
SVM/gee

B78

701 MIDDLEFORD ROAD–SEAFORD, DELAWARE 19973 (302)629–0266 FAX(302)629–3418
431 SAVANNAH ROAD–LEWES, DELAWARE 19958 (302)645–7447
LONGNECK MEDICAL CENTER–MILLSBORO, DELAWARE 19966 (302)947–1730
314 MAIN STREET KELWAY PLAZA–NEWARK, DELAWARE 19711 (302)737–0330

ML00151

**Metropolitan Life Insurance Company**

**Met DisAbility**
**P. O. Box 3017**
**Utica, NY 13504**

**MetLife®**

May 17, 1999

All Delmarva Neurology
And Pain Center
701 Middleford Road
Seaford, DE   19973

RE:  Long Term Disability
Claim No: 699501171006
Group No:  35750
S. S. No:  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
Claimant:  Gail Kernaghan

To Whom It May Concern:

Enclosed you will find a check in the amount of $70.00 which represents pre-payment for medical information requested on the above claimant.  You had requested $50.00 for office notes and $20.00 for the doctor to complete forms.

If you should have any questions, please feel free to call us.

Yours truly

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064
315-792-2514 fax

Enclosure

ML00152

*All Delmarva Neurology - Pain Center*
*Shahla V. Mousavi, M.D., F.A.C.P.M.*
NEUROLOGY
NEUROMUSCULAR DISEASE
PAIN MANAGEMENT
DIPLOMATE AMERICAN BOARD OF PAIN MEDICINE
302-737-0330

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES
(302) 629-0266

EVOKED POTENTIALS
PHYSICAL THERAPY
(302) 947-1730

TO WHOM IT MAY CONCERN

PLEASE BE ADVISED THAT IN ORDER FOR US TO SEND YOU THE
INFORMATION THAT YOU HAVE REQUESTED, WE WOULD LIKE FOR YOU
TO SEND US #50 00 BECAUSE THERE IS A FEE FOR PREPARATION OF
MEDICAL RECORDS THAT MUST BE PAID IN ADVANCE.

AS SOON AS WE RECEIVE THE ABOVE, WE WILL BE MORE THAN GLAD
TO SEND YOU THE INFORMATION. THANK YOU FOR YOUR COOPERATION
IN THIS MATTER.

MEDICAL RECORDS

PATIENTS NAME: GAIL KERNAGHAN

CLAIM #: 699501171006

DATE OF ACCIDENT:

tax ID
510281133

MAY 10 1999

B80

ML00153

701 MIDDLEFORD ROAD • SEAFORD, DELAWARE  19973
LONGNECK MEDICAL CENTER • MILLSBORO, DELAWARE  19966
314 EAST MAIN STREET • SUITE 300 KELWAY PLAZA • NEWARK, DE  19711

*Shahla V. Mousavi, M.D., F.A.C.I.P.*

NEUROLOGY

NEUROMUSCULAR DISEASE

701 MIDDLEFORD ROAD • SEAFORD, DELAWARE  19973 • TELEPHONE 629-0266

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

To Whom it may concern:

Please be advised that there is a $20.00 fee for filling out insurance forms, which must be pre-paid.

After this fee is received, we will be glad to fill out your forms.

Sincerely,

Shahla V. Mousavi, M.D.F.A.C.I.P.

SVM/pph

Tax ID
510281133

B81

ML00154

ALL DELMARVA NEUROLOGY
AND PAIN CENTER
701 MIDDLEFORD ROAD
SEAFORD, DE 19973
302-629-0266




METLIFE
LTD CLAIM SECTION
PO BOX 3017
UTICA NY  13504-3017

ML00155

B82

Metropolitan Life Insurance Company

**MetLife®**

Met DisAbility
P.O. Box 3017
Utica, NY 13504

April 29, 1999

Dr. Shahla Mousavi                     RE:  Long Term Disability
701 Middleford Rd.                          Claim No:  699501171006
Seaford, DE   19973                          Group No.:  35750
                                             S.S. No:  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
                                             Claimant:  Gail Kernaghan

Dear Dr. Mousavi:

This is in reference to your patient, our claimant, Gail Kernaghan.

As her Long Term Disability provider, we need to determine her current medical status
for continuation of disability benefits.

Please assist us with the following items/questions:

    1. Copies of office notes, test results, lab reports, etc. covering dates from April
       1998 through Present.

    2. Current treatment plan, including medications prescribed.

    3. Please complete the attached Attending Physician's Statement of Functional
       Capacity.

Enclosed is a signed authorization.  You may use the attached self-addressed envelope for
your response or fax to 315-792-2514.

Thank you for your anticipated cooperation.  If you have any questions, please do not
hesitate to contact me at the number listed below.

Yours truly

Kathy Schaller
Case Management Specialist
Met DisAbility     800-638-0064

ML00156

**Metropolitan Life Insurance Company**

**Met DisAbility**
**P. O. Box 3017**
**Utica, NY 13504**

**MetLife**®

April 29, 1999

Gail Kernaghan
10 East Saratoga Road
Milford, DE   19963

Long Term Disability
Claim No:  699501171006
Group No:  35750
S.S. No:  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
Serial No:  142425

Dear Ms. Kernaghan:

We are writing in reference to your Long Term Disability claim

This is to advise you that we have requested additional medical information from your attending physicians, Dr. S. Mousavi.  Please contact his office within the next two weeks to be sure this information is submitted on behalf of your claim.

This information is needed in order to evaluate your claim for continuance of benefits.

If you have any questions, please contact our office.

Yours truly

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064
315-792-2514 fax

B84

ML00157

**Metropolitan Life Insurance Company**

**Met DisAbility**
**P. O. Box 3017**
**Utica, NY 13504**

**MetLife**®

March 9, 1999

Gail Kernaghan
10 East Saratoga Road
Milford, DE   19963

Long Term Disability
Claim No:  699501171006
Group No:  35750
S. S. No:  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
Serial No:  142425

Dear Ms. Kernaghan:

This letter is with regard to your Long Term Disability claim.

We are updating your disability claim, and we need the following information.  Please complete the following questions and attached Authorization form(s) and return within 30 days.

**1.)  The following questions should be answered to reflect your current income other that our Company's Long term Disability benefits.**

|  | YES | AMOUNT | HOW OFTEN | NO |
|---|---|---|---|---|
| A. Social Security or Railroad Retirement | _____ | $_____ | _____ | ✓ |
| 1. Primary (amount to person disabled) | _____ | $_____ | _____ | ✓ |
| B. Workers Compensation or similar legislation? | _____ | $_____ | _____ | ✓ |
| C. No Fault Auto? | _____ | $_____ | _____ | ✓ |
| D. Monthly Income Disability benefits from any Group Life Policies? _____ | | $_____ | _____ | ✓ |
| E. State Disability? | _____ | $_____ | _____ | ✓ |
| F. Pension or Retirement | _____ | $_____ | _____ | ✓ |
| G. Wages, Salary, Commissions or other pay? | _____ | $_____ | _____ | ✓ |
| H. Other sources of income? | _____ | $_____ | _____ | ✓ |

ML00158          APR 15 1999

**2) For any Yes answer in item 1, provide the following information:**

    1.  Name and Address of Source.
    2.  Policy or Claim Number if any.
    3.  Exact date benefits commenced or will commence.

*N/A*

_____

_____

_____

_____

_____


**3)  Since you became disabled, have you acquired (or do you plan to acquire) any additional education, training or vocational rehabilitation?**

_____yes    ✓_____no    If yes, please describe:

_____

_____

_____

_____


**4)  Are you currently working or have you worked at any time since the beginning of your disability for any employer or in your own business?**

_____yes    ✓_____no    If yes, please describe:

_____

_____

_____

_____

ML00159

**5.) Please list all of your treating sources below:**

| Doctor | Address | Specialty | Last Visit |
|--------|---------|-----------|------------|
| Dr. S. Mousavi | 701 Middleford Rd  Seaford, DE 19973 | Pain Management | 2/99 |

**6.) Please list your current address and phone number:**

Phone number: 302-424-2425

Address: 10 East Saratoga Road  Milford, DE 19963

_Gail A. Kernaghan_
Signature

3/20/99
Date

If you have any questions, please call us at 800-638-0064.

Yours truly

_Kathy Schaller_

Kathy Schaller
Case Management Specialist
Met DisAbility
800-638-0064
315-792-2514 fax

ML00160

*Facsimile*

6995 01171.00 6

**RECEIVED** NOV 20 1998



# CONCENTRA
## MANAGED CARE, INC.

700 American Avenue
Suite 300
King of Prussia, PA 19406

Date: 11/20/98

Number of pages including cover sheet: 10

To:

Barbara Mauny /
Christiana, DE

Phone:

Fax phone: (302) 454-1677

CC:

From:



# CONCENTRA
## MANAGED CARE, INC.

**DAVID E. LEMBACH, M.Ed.**
**CRC, CDMS**
CASE MANAGEMENT SUPERVISOR

700 AMERICAN AVENUE, SUITE 300
KING OF PRUSSIA, PA 19406
(610) 337-8733  (800) 257-7414, EXT. 109
(610) 992-5533 FAX

**REMARKS:**  ☐ Urgent  ☒ For your review  ☐ Reply ASAP  ☐ Please comment

RE GAIL KERNAGHAN

FAXING

1) DOT RESEARCH ⟩ OPEN OPTIONS
   TSA LIST

2) DUN + BRADSTREET LIST (24 EMPLS.)

3) BAE
   MAILING
   - ALL OF ABOVE
   - NARRATIVE DESCRIPTIONS OF BA LIST.

DEC 11 1998

B88

ML00170

11/20/98
To: Barbara Mallory, Christiana, DE
From: D. Lembach; King of Prussia
Re.: G. Kernaghan

TSA based on the two below positions. I kept the exertional level to light and sedentary duty because that was what was in her employment history. Since she appears to have some anxiety problems I had the program screen out occupation that wuold be in noisy environments. I am faxing you the TSA list of jobs and DOT codes and mailing you narrative descriptions of the titles.

*********** JOB CHARACTERISTICS ***********************************************
DOT Code 030167014  1st 3 Digits 030   Data 1  People 6  Things 7
TITLE SYSTEMS ANALYST                       GOE Code 110101
Holland Code IER   G 2  V 2  N 2  S 4  P 4  Q 3  K 4  F 4  M 4  E 5  C 5
GED R 5 M 4 L 5     SVP 7      SOC 1712
PD S08O 09O 10F 12F 13F 15F 18O
ENVCOND 053                         WF 233
% CHANGE 110.0      TEMP DPJ       ID NO 705
MPSM 893              MIL 3971990
OAP 52        MOD-FOR-HANDICAPPED +
VL CR,HS,PR,RW,WN
LS 047,053,092
SH 13,17,18,42,43,44,45,46,47,48,52,79
-----------------------------------------
[(profess. & kin.)] Analyzes user requirements, procedures, and problems to automate processing or to improve existing computer system: Confers with personnel of organizational units involved to analyze current operational procedures, identify problems, and learn specific input and output requirements, such as forms of data input, how data is to be summarized, and formats for reports. Writes detailed description of user needs, program functions, and steps required to develop or modify computer program. Reviews computer system capabilities, workflow, and scheduling limitations to determine if requested program or program change is possible within existing system. Studies existing information processing systems to evaluate effectiveness and develops new systems to improve production or workflow as required. Prepares workflow charts and diagrams to specify in detail operations to be performed by equipment and computer programs and operations to be performed by personnel in system. Conducts studies pertaining to development of new information systems to meet current and projected needs. Plans and prepares technical reports, memoranda, and instructional manuals as documentation of program development. Upgrades system and corrects errors to maintain system after implementation. May assist COMPUTER PROGRAMMER (profess. & kin.) 030.162-010 in resolution of work problems related to flow charts, project specifications, or programming. May prepare time and cost estimates for completing projects. May direct and coordinate work of others to develop, test, install, and modify programs.

---------------------      ------------------------
*********** JOB CHARACTERISTICS ***********************************************
DOT Code 078261038  1st 3 Digits 078   Data 2  People 6  Things 1
TITLE MEDICAL TECHNOLOGIST                  GOE Code 020402
Holland Code ISA   G 2  V 2  N 2  S 3  P 1  Q 2  K 2  F 2  M 3  E 5  C 3
GED R 5 M 4 L 5     SVP 7      SOC 3620
PD L08F 09F 10F 11O 12F 13F 15F 18F 19O

ML00171

ENVCOND 053                    WF 211 294
% CHANGE 26.48      TEMP TJ      ID NO 573
MPSM 925                MIL 3690021
OAP 10        MOD-FOR-HANDICAPPED
VL RW,RO
LS 043,065,074
SH 23,24,59,60,61,62,63,64,65,75

---

[(medical ser.)] Performs medical laboratory tests, procedures,
experiments, and analyses to provide data for diagnosis, treatment, and
prevention of disease: Conducts chemical analyses of body fluids, such as
blood, urine, and spinal fluid, to determine presence of normal and
abnormal components. Studies blood cells, their numbers, and morphology,
using microscopic technique. Performs blood group, type, and compatibility
tests for transfusion purposes. Analyzes test results and enters findings
in computer. Engages in medical research under direction of MEDICAL
TECHNOLOGIST, CHIEF (medical ser.) 078.161-010. May train and supervise
students. May specialize in area such as hematology, blood-bank, serology,
immunohematology, bacteriology, histology, or chemistry.

---

-- OPEN OPTIONS --
CRA Managed Care

SEARCH ATTRIBUTES:

---

G 2
V 2
N 2
S 3
P 1
Q 2
K 2
F 2
M 3
E 5
C 3
R 5
M 4
L 5
SVP 1,2,3,4,5,6,7
PHYSDEM NOT M,H,V
EC NOT 054,055,14O,14F,14C
WF 233,211,294

---

-- OPEN OPTIONS --        Page 1
CRA Managed Care

---

DOT CODE JOB TITLE

```
078261014 MICROBIOLOGY TECHNOLOGIS
078261038 MEDICAL TECHNOLOGIST
022261010 CHEMICAL LABORATORY TECH
024381010 LABORATORY ASSISTANT
169267014 EXAMINER
187167062 MANAGER, BRANCH OPERATIO
213132010 SUPERVISOR, COMPUTER OPE
168167066 QUALITY-CONTROL COORDINA
191267010 APPRAISER, REAL ESTATE
075127034 NURSE, INFECTION CONTROL
075167014 QUALITY ASSURANCE COORDI
030167014 SYSTEMS ANALYST
079267010 UTILIZATION-REVIEW COORD
160162030 AUDITOR, DATA PROCESSING
162157018 BUYER
031132010 SUPERVISOR, NETWORK CONT
032262010 USER SUPPORT ANALYST
033162018 TECHNICAL SUPPORT SPECIA
075124010 NURSE, SCHOOL
161267018 FORMS ANALYST
163267010 FIELD REPRESENTATIVE
075374022 NURSE, STAFF, OCCUPATION
168267090 INSPECTOR, WATER-POLLUTI
031262010 DATA COMMUNICATIONS ANAL
054107010 CLINICAL SOCIOLOGIST
195107042 CORRECTIONAL-TREATMENT S
195227010 PROGRAM AIDE, GROUP WORK
033362010 COMPUTER SECURITY SPECIA
079157010 HYPNOTHERAPIST
129107014 CHRISTIAN SCIENCE PRACTI
168167074 REVIEWING OFFICER, DRIVE
002262010 FLIGHT-TEST DATA ACQUISI
075374014 NURSE, OFFICE
079101022 PODIATRIST
079371014 ORTHOPTIST
187167222 MANAGER, BOWLING ALLEY
210382042 FIXED-CAPITAL CLERK
210382010 AUDIT CLERK
214267010 RATE ANALYST, FREIGHT
007362010 NESTING OPERATOR, NUMERI
040361014 SEED ANALYST
078362030 CARDIOPULMONARY TECHNOLO
806381074 INSPECTOR, PROCESSING
972382022 PHOTO MASK TECHNICIAN, E
019261022 TEST TECHNICIAN
029261010 LABORATORY TESTER
029361014 FOOD TESTER
031262014 NETWORK CONTROL OPERATOR
040361010 LABORATORY TECHNICIAN, A
078362038 ELECTROMYOGRAPHIC TECHNI
213362010 COMPUTER OPERATOR
259357026 SALES REPRESENTATIVE, UP
429387010 COTTON CLASSER
710131042 SUPERVISOR, THERMOSTATIC
```

ML00173

710381042 CALIBRATOR, BAROMETERS
726130010 SUPERVISOR, ELECTRONICS
726361018 GROUP LEADER, PRINTED CI
851262010 SEWER-LINE REPAIRER, TEL
011261022 LABORATORY ASSISTANT, ME
689364014 PROCESS CONTROLLER
012281010 SMOKE TESTER
029381010 CLOTH TESTER
191157010 PAWNBROKER
199167018 ENERGY-CONTROL OFFICER
219267010 HANDICAPPER, HARNESS RAC
369367010 FUR-STORAGE CLERK
412161010 GAME-BIRD FARMER
191367010 PERSONAL PROPERTY ASSESS
195367034 SOCIAL-SERVICES AIDE
199167010 RADIATION MONITOR
221362030 COMPUTER PROCESSING SCHE
529367022 QUALITY-CONTROL TECHNICI
168367018 CODE INSPECTOR
339371014 SCALP-TREATMENT OPERATOR
379364010 AUTOMOBILE TESTER
701381010 REPAIRER, HANDTOOLS
213382010 COMPUTER PERIPHERAL EQUI
299387018 STAMP CLASSIFIER
354677010 FIRST-AID ATTENDANT
559387014 INSPECTOR
726685062 PROGRAMMING EQUIPMENT OP
078361034 RADIATION-THERAPY TECHNO
078367010 CARDIAC MONITOR TECHNICI
079362010 MEDICAL ASSISTANT
129107010 CHRISTIAN SCIENCE NURSE
168367022 PERSONNEL QUALITY ASSURA
209687018 REVIEWER
239137014 CUSTOMER SERVICE REPRESE
249387010 BROADCAST CHECKER
296367014 COMPARISON SHOPPER
153367010 CLOCKER
710381030 HYDROMETER CALIBRATOR
153387010 IDENTIFIER, HORSE
730367010 FINAL INSPECTOR
730684086 TESTER
153287010 HOOF AND SHOE INSPECTOR
153367014 HORSE-RACE TIMER
979687026 TYPE-COPY EXAMINER
827584014 GAS-LEAK TESTER
762687018 BOX REPAIRER II

ML00174

All SIC: 806
      822
      8222
County: Kent(DL)
      Sussex(DL)

Total Count: 24

DUN + BRADSTREET

- GAIL KERNAUGHAN

- COLLEGES / UNIVERSITIES
  JR. COLLEGES
  HOSPITALS

- KENT + SUSSEX (COS.) DE

ML00175

| | | | | |
|---|---|---|---|---|
| 00-933-1463 | Wilmington College Inc | W A Carter Prtnr RR 1 | Georgetown | DE |
| 01-260-3788 | Delaware State University | 1200 Dupont Hwy Thoma | Dover | DE |
| 02-304-2471 | Aroostook Medical Center In | 725 Horsepond Rd | Dover | DE |
| 04-873-3513 | University of Delaware | | Georgetown | DE |
| 05-723-1185 | Delaware Dept Hlth Social S | 100 Sunnyside Rd | Smyrna | DE |
| 06-737-3803 | Wesley College Inc | 120 N State St | Dover | DE |
| 06-988-5374 | Beebe Medical Center Inc | 424 Savannah Rd | Lewes | DE |
| 07-373-9120 | Delaware Tchncal Cmnty Clle | RR 18 | Georgetown | DE |
| 07-706-5926 | Bay Health Medical Center I | 640 S State St | Dover | DE |
| 11-433-7629 | Delaware State University | 1200 N Dupont Hwy | Dover | DE |
| 11-489-5369 | University of Delaware | 700 Pilottown Rd | Lewes | DE |
| 14-724-7811 | Delaware Dept Hlth Social S | 546 S Bedford St | Georgetown | DE |
| 16-953-8832 | Department of Air Force | 260 Chad St | Dover | DE |
| 18-511-3420 | Delaware Dept Hlth Social S | 117 Causey Ave | Milford | DE |
| 36-428-4968 | Bay Health Medical Center I | 21 W Clarke Ave | Milford | DE |
| 55-654-8121 | University of Delaware | 1833 S Dupont Hwy | Dover | DE |
| 61-435-7077 | Wilmington College Inc | 821 Silver Lake Blvd | Dover | DE |
| 61-714-2336 | Delaware Tchncal Cmnty Coll | 1832 N Dupont Hwy | Dover | DE |
| 78-816-5207 | University of Delaware | RR 6 Box 48 | Georgetown | DE |
| 80-767-3306 | Children and Fmly First of | 410 S Bedford St | Georgetown | DE |
| 93-336-1693 | Delaware Tchncal Cmnty Clle | 1832 N Du Pont Hwy | Dover | DE |
| 94-858-2853 | Pace Inc | 707 Walker Rd | Dover | DE |
| 94-925-4551 | State of Delaware | Denny S Rd | Dover | DE |
| 96-739-5666 | Advance Counseling | 115 N Walnut St Ste C | Milford | DE |

-1-

ML00176

· 11/20/96  PRI 16:08 FAX 310 892 5533    CRA REHAB K OF P    ⌀008

Wilmington College Inc                                    Single Location
Georgetown, DE 19947                                      00-933-1463
(302) 856-5780                  8221 0000

Delarware State University      Ms Hazel J Shovell        Single Location
Dover, DE 19901                 Director                  01-260-3788
(302) 739-5164                  8221 0102

Aroostook Medical Center Inc    Mr Todd Costello          Single Location
Dover, DE 19901-7232            Director                  02-304-2471
(302) 674-7688                  8062 0000

University of Delaware          F G Simpson               Single Location
Georgetown, DE 19947            Branch Manager            04-873-3513
(302) 855-1620                  8221 0102

Delaware Dept Hlth Social Svcs  Mr Arnold Morris          Single Location
Smyrna, DE 19977-1746           Principal                 05-723-1185
(302) 653-8556                  8069 0200

Wesley College Inc              Mr Scott Miller           Single Location
Dover, DE 19902-3835            President                 06-737-3803
(302) 736-2300                  8221 0101

Beebe Medical Center Inc        Mr Jeffrey M Fried        Single Location
Lewes, DE 19958-1462            President                 06-988-5374
(302) 645-3300                  8062 0000

Delaware Tehncal Cmnty Cllege   Mr Tim Kavel              Single Location
Georgetown, DE 19947            Administration            07-373-9120
(302) 856-5400                  8222 9902

Bay Health Medical Center Inc   Mr Dennis Clima           Single Location
Dover, DE 19901-3530            Chief Executive Officer   07-706-5928
(302) 734-4701                  8062 0000

Delaware State University       Dr William B Delauder     Single Location
Dover, DE 19901-2202            President                 11-433-7629
(302) 739-4911                  8221 0000

University of Delaware          Mr Nadsworth Owen         Single Location
Lewes, DE 19958-1242                                      12-489-5368
(302) 645-4000                  8221 0102

Delaware Dept Hlth Social Svcs  Jean Richardson           Single Location
Georgetown, DE 19947-1852       Branch Manager            14-724-7811
(302) 856-5490                  8093 9902

Department of Air Force         Mr Col R Parke            Single Location
Dover, DE 19902-7260            Principal                 16-953-8832
(302) 677-2525                  8062 0000

Delaware Dept Hlth Social Svcs  Ms Melissa Mc Ginty       Single Location
Milford, DE 19963-1933          Regional Director         18-511-3420
(302) 422-1305                  8093 9902

Bay Health Medical Center Inc   Mr Joe Whiting            Single Location
Milford, DE 19963-1840          Chief Operating Officer   36-428-4968
(302) 422-3311                  8062 0000

University of Delaware          Mr David Roselle          Single Location
Dover, DE 19901-5128            Branch Manager            55-654-8121
(302) 735-8200                  8221 0102

Wilmington College Inc          Ms Alice Corning          Single Location
Dover, DE 19904-2458            Principal                 61-435-7077

                               -1-

                              ML00177

| | 8221 0101 | |
|---|---|---|
| (302) 734-2594 | | |
| Delaware Tchncal Cmnty College<br>Dover, DE 19901-2221<br>(302) 739-4621 | Mr Michael Castle<br>Branch Manager<br>8222 0000 | Single Location<br>61-714-2336 |
| University of Delaware<br>Georgetown, DE 19947-9623<br>(302) 856-7303 | Mr Mark Isaacs<br>Director<br>8221 0102 | Single Location<br>78-816-5207 |
| Children and Fmly First of Del<br>Georgetown, DE 19947-1850<br>(302) 856-2388 | Mr Bud Lewis<br>Principal<br>8069 0101 | Single Location<br>80-767-3306 |
| Delaware Tchncal Cmnty Cllege<br>Dover, DE 19901-2221<br>(302) 741-2700 | Mr Orlando J George Jr<br>President<br>8222 0000 | Single Location<br>93-336-1693 |
| Face Inc<br>Dover, DE 19904-2768<br>(302) 678-4911 | 8069 0102 | Single Location<br>94-858-2853 |
| State of Delaware<br>Dover, DE 19903<br>(302) 739-4069 | Dr Orlando George<br>President<br>8222 9903 | Single Location<br>94-925-4551 |
| Advance Counseling<br>Milford, DE 19963-1447<br>(302) 424-1322 | Ms Lori Malloy<br>Owner<br>8063 0000 | Single Location<br>96-739-5666 |

-2-

ML00178



# CONCENTRA
## MANAGED CARE, INC.

56 W. MAIN STREET, SUITE 201
CHRISTIANA, DELAWARE 19702



Lisa Houshey
Met Disability
P.O. Box 3017
Utica, NY 13504

13504-3017

B97

ML00179

# McNeill; Wilkin, Colella, Kuppens and Associates, P.C.

*Practice limited to Social Security*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Pasadena, CA
(800) 655-4298, (626) 564-0831
Fax (626) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

December 29, 1998

Ed Peters
Met Life LTD Claims (NY)
PO Box 3017
Utica, NY  13504
IııIIııIIııIıIıIIıııIıIIııII

> Re:    Gail A. Kernaghan
> Claim: 699501171006 UDS# 699501171006
> SSN:   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

Dear Mr. Peters:

Enclosed please find the Notice of Denial of December 11, 1998 in the Social Security disability claim for Mrs. Kernaghan.  I filed a request for review with the Appeals Council today.

It will take the government's contractor at least six months to produce a copy of the hearing audiocassette.  When that audiocassette arrives, I shall listen to the hearing tape and compose a written appeal letter.  Because the Appeals Council is taking at least ten to fifteen months before it begins to review any appeal letter, please allow at least one hundred and twenty (120) days for my first update in this case.

Please call me at Great Falls with any questions at 1-800-677-0531.

Sincerely,

William E. Wilkin
Attorney-Representative

/wew

Enclosure

JAN 0 4 1998



# CONCENTRA
## MANAGED CARE, INC.

November 2, 1998

Met Disability
P. O. Box 3017
Utica, NY 13504

Attn: Lisa Housley

|  |  |
|---|---|
| Re: | Gail Kernaghan |
| Acct. File #: | 699501171006 |
| CMC File #: | 2256284 |

Dear Ms. Housley:

This is to confirm receipt of your referral on Gail Kernaghan. This file has been assigned to Fern Schor, Case Manager.

Therefore, you may expect a report by November 12, 1998.

Thank you for your referral.

Sincerely,

*Clara Fusco*

Clara Fusco
Secretary

NOV 05 1998

B99

ML00184

# CONCENTRA

MANAGED CARE, INC.

709 WESTCHESTER AVENUE, SUITE L11
WHITE PLAINS, NEW YORK 10604



Met Disability
P. O. Box 3017
Utica, NY  13504

Attn:  Lisa Housley

ML00185

B100

# CONCENTRA
## MANAGED CARE

149 NEW KARNER ROAD
ALBANY, NY 12205
(518) 456-8270, FAX (518) 452-8814

709 WESTCHEST AVENUE
SUITE L11
WHITE PLAINS, NY 10604
(914) 949-6272, FAX (914) 949-8139

100 COSSWAYS PARK DRIVE WEST
SUITE 107
WOODBURY, NY 11797-2021
(516) 364-2500, FAX (516) 364-4257

1249 FRONT STREET
SUITE 101
BINGHAMTON, NY 13905
(607) 724-3082, FAX (607) 724-8035

609 DINGENS STREET
BUFFALO, NY 14206
(716) 891-9591, FAX (716) 891-9360

6 OW THIRD STREET
JAMESTOWN, NY 14701
(716) 661-3630, FAX (716) 661-3633

4705A CROSSROADS PAK DRIVE
LIVERPOOL, NY 13088
(315) 451-7600, FAX (315) 451-7603

333 METRO PARK
SUITE N-210
ROCHESTER, NY 14623
(716) 272-3500, FAX (716) 272-3505

| Field | Value |
|---|---|
| CMC FILE# | |
| FIELD SERVICE REP | Gail Arnold |
| FSR OFFICE | Liverpool, NY |
| FSR# | 33017 |
| CASE MANAGER | |
| DIARY DATE | |
| REFERRAL DATE | 10-28-98 |
| CLIENT NAME LAST | Kernaghan FIRST Gail |
| REFERRED BY | Lisa Horeskey |
| ADDRESS | 21 Edgewood Drive |
| BILL TO | Met DisAbility |
| CITY/STATE/ZIP | Rhinebeck, NY 12592 |
| ADDRESS | P.O. Box 3017 |
| PHONE | (914) 876-2095 |
| SOCIAL SECURITY # | 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 |
| CITY/STATE/ZIP | Utica, NY 13504 |
| ACCOUNT FILE # | 6995 0117 1006 |
| PHONE | 1-800-300-4296 x 2385 |
| DATE OF BIRTH | 8-15-52 |
| DATE OF INJURY | 1-18-93 |
| DIAGNOSIS | burst compression fx L3 radiculopathy |
| DIAGNOSIS CODE | |
| ATTENDING PHYSICIAN | Dr. Schwatzman / Mousavi |
| PHONE | (629-0266) |
| CLIENT'S EMPLOYER | IBM |
| PHYSICIAN'S ADDRESS | 701 Middle Rd. |
| CITY/STATE/ZIP | Seaford, DE 19973 |
| OCCUPATION | Advisory Programmer |

## Case Handling Guidelines

I. **REQUIRED** QSI Attached (check one)
☐ Specific Account QSI
☐ Standard CONCENTRA QSI
II. UR Vendor (if applicable): _____
III. Other Special Handling Instructions (if applicable):

CC: To all those listed on QSI
Other CC: Base Benefit $2,983.48/mo

Voc Assessment

B101

ML00186

*CHS = CONCENTRA Health Services