IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                    :
                                                   :
          Plaintiff,                               :   C.A. No. 05-402 (GMS)
                                                   :
     v.                                            :
                                                   :
METROPOLITAN LIFE INSURANCE                        :
COMPANY, as fiduciary and administrator of The    :
IBM Long-Term Disability Plan,                     :
                                                   :
          Defendant.                               :
                                                   :

**VOLUME III OF X**

**APPENDIX TO**
**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWERING**
**BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

MᴄCᴀʀᴛᴇʀ & Eɴɢʟɪsʜ LLP

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date:   April 13, 2006

## TABLE OF CONTENTS

**TITLE**                                                                                          **PAGE**

Excerpts of the Administrative Record ...............................................................................B102-B153

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 13, 2006, I caused a copy of the foregoing Appendix to Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)

ME1\5600684.1

# McNeill, Wilkin, Colella, Kuppens and Associates

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Pasadena, CA
(800) 655-4298, (626) 564-0831
Fax (626) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

October 12, 1998

Ed Peters
Met Life LTD Claims (NY)
PO Box 3017
Utica, NY  13504

|ııII|ıII|ıIıI|ııIııIı|ıII

Re:   Gail A. Kernaghan
LTD:  UDS 699501171006; Group 35750
SSN:  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

Dear Mr. Peters:

I attended the hearing with Mrs. Kernaghan on October 9, 1998 at Dover, Delaware.  Please allow two to three months for the administrative law judge to issue a decision.

Sincerely,

William E. Wilkin
Attorney-Representative

/wew

OCT 15 1998

JPA
034

# McNeill, Wilkin, Colella, Kuppens and Associates

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

July 2, 1998

6995011710006

Pasadena, CA
(800) 655-4298, (626) 564-0831
Fax (626) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

Ed Peters
Met Life LTD Claims (NY)
PO Box 3017
Utica, NY  13504

Re:          Gail A. Kernaghan
Claim No:    094097630; Group 35750
SSN:         **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**

Dear Mr. Peters:

Mrs. Kernaghan's claim for Title II benefits is currently pending at the Office of Hearings and Appeals in Philadelphia, Pennsylvania.  Mrs. Kernaghan's file has been assigned to Judge Bernstein.  However, a hearing date has not been scheduled.

If you have any questions, please call me at 1-800-677-0531.

Sincerely,

William E. Wilkin
Attorney-Representative

WEW/km

ML00188

U034

# McNeill, Wilkin, Colella, Kuppens and Associates

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Pasadena, CA
(800) 655-4298, (626) 564-0831
Fax (626) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

August 18, 1998

Ed Peters
Met Life LTD Claims (NY)
PO Box 301
Utica, NY  13504

|..||..||..||.||.||..||..||..||

**Regarding:**   Gail A. Kernaghan
**UDS #:**        699501171006

Dear Mr. Peters:

The Social Security disability case for Mrs. Kernaghan has been pending at the "hearing" level since June 12, 1998.  I have been informed that a hearing will be scheduled for October 9, 1998 in Dover, Delaware.

Please call me if you have any questions.  My telephone number is 1-800-677-0531.

Sincerely,

William E. Wilkin
Attorney-Representative

WEW/km

SEP 10 1998

B104                    ML00189                    JPA
                                                    U034

6995011710006

30750

new charge

**MetLife**
Met Disability
P. O. Box 3017
Utica, NY 13504-3017

## AUTHORIZATION FOR EFT DISABILITY PAYMENTS

routing #
not the one off checks

### INSTRUCTIONS:

...rm in the envelope provided. Be certain

...the bank designated below for deposit
...arrangement at any time by writing to

...ial and will not be released by MetLife

...ited to my account in error, I authorize
...MetLife without charges or penalties

DELAWARE FEDERAL CREDIT UNION
302-424-2969

SEP 17 1998    ELECTRONIC FUNDS TRANSFER
INFORMATION FORM

NAME Kernaghan, Gail A

CU ACCOUNT # 307 12

SAVINGS_____    CHECKING  X

CREDIT UNION ROUTING & TRANSIT

# 231176554

CREDIT UNION AUTHORIZATION

value -78

NN -02

...TION:

Sec. No.: 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

_____ Savings _____

__ Credit Union

(Street)

19401
(City, State, ZIP Code)

...this number from your bank)

B105

ML00190

JOHN T KERNAGHAN
GAIL KERNAGHAN
10 EAST SARATOGA ROAD
MILFORD  DE  19963

2001

75-197/519

DATE

PAY TO THE
ORDER OF _____    $

Delaware

_____ DOLLARS

DELAWARE FEDERAL CREDIT UNION  231
DOVER, DE 19903
Payable Thru First Security State Bank, Sleepy Eye, MN

FEDERAL CREDIT UNION

MEMO _____

JE1681.SCR (0896)

Please note changes. lemon change pay monthly. New Acct...

**TOTAL PAGE.03 **

# MEDICAL CONSULTANT REFERRAL FORM

Consultant: _Dr. Lim Ortho_

Specialist name: _Kathy Schaller_     Extension: _2473_

Claim number: _6995 0117 1006_     Date of Referral: _7-7-98_

Employee name: _Gail Kernaghan_     Date of Birth: _85-52_ Sex: _F_

Date last worked: _1-21-94_   STD Effective Date: _____   LTD Effective Date: _1-5-95_

Own Occ: _____     Any Occ: _✗_     Any Occ Transition Date: _____

Job Title: _Advisory Programmer_ Job Description Attached: yes _✗_   no ____

Job Classification:   Sedentary _✗_   Light ____   Medium ____   Heavy ____

Primary Diagnosis: _Healed fractured L-3_   Secondary Diagnosis _Diabetic_

Summary: _On 1-17-93 Ms. Kernaghan had a sledding accident in which the L-3 vertebrae burst. She has had pain since. She has been treated with physical therapy and conservative treatment._
_Ortho Dr had told her there was not much he could do seeing she had diabetes. Updated medical is located in file._

Physician: _Dr. Phillip Maurer_     Specialty: _Orthopd/anaselogist_
Phone: _888-678-4632_     Fax: _____

ML00191

*Gail Kernaghan (45)* **Reason(s) for Referral**

_____ How consistent with clinical evidence is the diagnosis stated?

_____ How consistent with the objective findings are the symptoms reported?

_____ Is the prescribed treatment appropriate for symptoms and objective findings?

_____ How realistic is the current estimate of likely improvement/recovery?

_____ How appropriate is the stated time estimate for return to work?

_____ Recommendations for job accomodations.

_____ How reasonable are the restrictions prescribed in light of the objective clinical findings and of the nature of the job?

_____ What could be done to facilitate this employee's return to work?

_____ If unable to do his/her own job, what other work might he/she be able to do safely at this time, e.g., sedentary, light, medium, etc.?

_____ The period of disability exceeds accepted Duration Control Guidelines. Please comment on appropriate duration.

Comments: _____

Could you please comment on what her current functionality is at this time. Please review the medical that has been submitted and comment.

INTRO. 45 yo ♀, advanced programmer for IBM, diabetic since age 20, had rheumatic fever age 6, sustained L3 vertebra burst fracture in a sledding accident 01-17-93. Treated conservatively, did RTW, until dlw 11-21-94. ETE 16+. BS in Bio, M.T. Lab, MBA. Prior hosp lab tech, IBM since 1985. SSDIB denied, most recently 6-6-96.

ML00192

GAIL KERNAGHAN

PROGRESS NOTE

APRIL 16, 1998:          The patient returns for follow up evaluation having
                         undergone provocative discography on 03/30/98.

                         The results are negative for provocation of high
                         intensity concordant pain at any of the levels. The
                         disc morphology is essentially normal at all levels.
                         At L2-3 and L3-4 there are some endplate defects with
                         a small amount of contrast extending into the
                         vertebral bodies of L3.

                         Physical examination finds tenderness over the right
                         posterior-superior iliac spine and sacral sulcus. The
                         possibility of right sacroiliac joint dysfunction as a
                         source of her symptoms could be investigated.  She has
                         had previous facet joint injections by other
                         physicians with no affect.  The patient is an Insulin
                         dependent diabetic and any steroid injection needs to
                         be monitored closely for any increase in her glucose
                         levels.

                         The patient will be seeing Dr. Balderston to discuss
                         the results as well as how they implicate upon future
                         management.


Philip M. Maurer, M.D., D.A.B.P.M.:as
Dictated but not read


ADDENDUM: (04/16/98)  The patient has seen Dr. Balderston.  He suggested
                      right sacroiliac joint injection. The procedure will
                      be scheduled.


Philip M. Maurer, M.D., D.A.B.P.M.:as
Dictated but not read

ML00194

GAIL KERNAGHAN

PROGRESS NOTE

APRIL 16, 1998:    She has had a discogram which was negative for
discogenic pain. Dr. Maurer mentioned the possibility
of a sacroiliac injection.  I have recommended that
she consider this modality.

At this point she is not a surgical candidate.  I will
see her again prn.

Richard A. Balderston, M.D.:as

ML00195

CONSULTATION

GAIL KERNAGNAN

FEBRUARY 24, 1998:

HISTORY:
Ms. Kernagnan is a 45 year old female who back in January of 1993 had a sledding accident and sustained an L3 burst fracture. She was treated conservatively with bed rest and an orthosis which she wore for six months. Since that time she has had recurrent and recalcitrant low back pain with right hip and occasional right leg numbness and pain down to her toes. She claims her back symptoms are significantly more disabling than her leg symptoms at this time. She has had physical therapy with minimal relief. She has had three epidurals with no significant benefit and facet blocks that only gave her minor relief of her symptoms. She takes one to three Percocets daily for her pain. Her pain is actively related and is best when lying flat.

PHYSICAL
EXAMINATION:
She is tender over L3. L1-S1 nerve roots are 5/5 in strength. Reflexes are symmetric. Sensation is intact to light touch in lower extremity dermatomes.

RADIOGRAPHIC
INTERPRETATION:
X-ray examination reveals a healed fracture of the L3 vertebral body with minimal retropulsion into the canal. Flexion-extension views show no significant instability at this site.

TREATMENT:
The patient at this time was advised of the possible pathology causing her symptomatology. At this time she has had significant conservative interventions and our best effort would be to obtain a discogram to hopefully elucidate if this was the entity causing her symptoms. We will obtain the study and see her back in clinic after this has been obtained.

Anthony Moreno, M.D. for
Richard A. Balderston, M.D.: as

ML00196

B110

Metropolitan Life Insurance Company

**MetLife®**

**Met DisAbility**
P.O. Box 3017
Utica, NY 13504

~~JUN 0 1 1998~~

May 19, 1998

Dr. Phillip Maurer                          RE:  Long Term Disability
1800 Lombard St.                                 Claim No:  699501171006
Philadelphia, PA  19146                          Group No: 35750
                                                 S.S. No:  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
                                                 Claimant: Gail Kernaghan

Dear Dr. Maurer:

This is in reference to your patient, our claimant, Gail Kernaghan.

As her Long Term Disability provider, we need to determine her current medical status for continuation of disability benefits.

Please assist us with the following items/questions:

1.  Copies of office notes, test results, lab reports and operative reports, etc. covering dates from initial visit through Present.

2.  Current treatment plan, including medications prescribed.

3.  Treatment dates.

Enclosed is a signed authorization and self-addressed envelope for use in reply.

Thank you for your anticipated cooperation.

Yours truly

*Kathy Schaller*

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064
315-792-2514 fax

B111                                                          ML00197

**MetLife**®

June 18, 1998

Disability Claims Section
Cosby Manor Road
P.O. Box 3017
Utica, N.Y. 13504

McNeill,Wilkin,Colella,Kuppens & Assoc.
112 Union Wharf
Boston, MA 02109

RE: Long Term Disability
Claim No.: 6980017806
Group No.: 35750
S.S.#    : 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
Claimant : Gail Kernaghan

Dear Sir

We are unable to send any new medical information on file for Gail Kernaghan, since no new medical was gathered.

Thank you for your attention to this matter.

Yours truly,

Ed Peters
Social Security Coordinator
Met DisAbility
(315) 792-2351

ML00198

# McNeill, Wilkin, Colella, Kuppens and Associates

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Pasadena, CA
(800) 655-4298, (626) 564-0831
Fax (626) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

June 12, 1998

Ed Peters
Met Life LTD Claims (NY)
PO Box 3017
Utica, NY 13504

**Regarding:** Gail A. Kernaghan
**Claim No.:** 094097630; Group 35750

Dear Mr. Peters:

Thank you for the medical information you sent on May 19, 1998.  Since then, I have received the enclosed Reconsideration denial dated June 6, 1998.

I sent the "Request for Hearing" and associated forms today to the Social Security office in Dover, Delaware.  Please allow at least one hundred and twenty (120) days for the file to be transferred to the correct Office of Hearings and Appeals and for an Administrative Law Judge to be assigned to the claim.

This claim will be handled by my Great Falls, Virginia office.  I will continue to keep you updated on the status of this case.

Sincerely,

William E. Wilkin
Representative

/wew

JUN 17 1998

JPA

B113                                    ML00199

**MetLife**

May 19, 1998

Disability Claims Section
Cosby Manor Road
P.O. Box 3017
Utica, N.Y. 13504

McNeill,Wilkin,Colella,Kuppens & Assoc.
112 Union Wharf
Boston, MA 02109

RE: Long Term Disability
    Claim No.: 699501171006
    Group No.: 35750
    S.S.#     : 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
    Claimant  : Gail Kernaghan

Dear Sir

We are enclosing a copy of the latest medical information on file for Gail
Kernaghan.

Please include this information with that previously submitted on behalf of the
claimant and keep us advised as to the status of the claim for Social Security
Disability Benefits.

Thank you for your attention to this matter.



Yours truly,

Ed Peters
Social Security Coordinator
Met DisAbility
(315) 792-2351

B114                                                    ML00201

699 501 5. 006

## McNeill, Wilkin, Colella, Kuppens and Associates

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Pasadena, CA
(800) 655-4298, (626) 564-0831
Fax (626) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

May 7, 1998

Ed Peters
Met Life LTD Claims (NY)
PO Box 3017
Utica, NY  13504

**Regarding:**    Gail A. Kernaghan
**Claim #:**        094097630; Group 35750

Dear Mr. Peters:

The Social Security disability case for Gail A. Kernaghan was denied at the "Initial Claim" level on April 30, 1998 (copy enclosed).  Today I filed the forms requesting Reconsideration for Mrs. Kernaghan.

I shall keep you advised on the status of this case.  Please call me at 1-800-677-0531 if you have any questions.

Sincerely,

William E. Wilkin
Attorney-Representative

/wew

CPA

ML00202

MAY 1 3 1998

Metropolitan Life Insurance Company

**MetLife®**

Met DisAbility
P.O. Box 3017
Utica, NY 13504

May 16, 1998

Gail Kernaghan
10 East Saratoga Rd.
Milford, DE   19963

Long Term Disability
Claim No:  699501171006
Group No: 35750
S.S. No:  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
Serial No:  142425

Dear Ms. Kernaghan:

We are writing in reference to your Long Term Disability claim

This is to advise you that we have requested additional medical information from your
attending physician, Dr. Phillip Maurer.  Please contact his office within the next thirty
days to be sure this information is submitted on behalf of your claim.

This information is needed in order to evaluate your claim for continuance of benefits.

If you have any questions, please contact our office.

Yours truly

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064
315-792-2514 fax

ML00208

Metropolitan Life Insurance Company

**MetLife**®

Met DisAbility
P.O. Box 3017
Utica, NY 13504

May 19, 1998

Dr. Phillip Maurer
1800 Lombard St.
Philadelphia, PA   19146

RE:   Long Term Disability
      Claim No:  699501171006
      Group No: 35750
      S.S. No:  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
      Claimant: Gail Kernaghan

Dear Dr. Maurer:

This is in reference to your patient, our claimant, Gail Kernaghan.

As her Long Term Disability provider, we need to determine her current medical status for continuation of disability benefits.

Please assist us with the following items/questions:

1.   Copies of office notes, test results, lab reports and operative reports, etc. covering dates from initial visit through Present.

2.   Current treatment plan, including medications prescribed.

3.   Treatment dates.

Enclosed is a signed authorization and self-addressed envelope for use in reply.

Thank you for your anticipated cooperation.

Yours truly

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064
315-792-2514 fax

B117

ML00209

myelogram done

disogram done Dr. Maurer.

fusion will not work, disc is not
herinated.
Joint behind hip bone.

within next month should go back.

Gail Kernaghan
10 East Saratoga Rd
Milford, DE 19963

ML00211

6995 0117 1000

## McNeill, Wilkin, Colella, Kuppens & Crowe, P.C.

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

February 20, 1998

Pasadena, CA
(800) 655-4298, (626) 564-0831
Fax (626) 564-1886

**Ed Peters**
**Met Life LTD Claims**
PO Box 3017
Utica, NY 13504

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

|..||..||..||..||.||....|.|||...||

|   Re:      | Gail A. Kernaghan          |
|------------|-----------------------------|
| Claim #:   | 094097630; Group 35750      |

Dear Mr. Peters:

The Social Security Disability "Initial Claim" for Mrs. Kernaghan has been filed with her local district office. Please allow ninety (90) days for a disability decision at this level. We will notify you if a decision is rendered before the expiration of this ninety-day period.

Please note that this file continues to be handled out of our Great Falls, Virginia office. If you have any questions, my telephone number is 1-800-677-0531.

Sincerely,

*William E. Wilkin*

William E. Wilkin
Attorney-Representative

WEW/dsc

FEB 25 1998

ML00212

*ER: HU UNIVERSITY At 3-DEC-1997 09:53 Page 1*

*Myelogram) results*

Patient Loc: SDS                                           0489603
Status: O                                         GAIL KERNAGHAN
MFID: 0489603                        DOB: 15-Aug-52  Sex: F

*C 99 5011 7/006*
*Group 3575()*

Allegheny University Hospitals
Hahnemann Division

R a d i o l o g y   C o n s u l t a t i o n

Physician: Schwartzman, Robert Jay, M.D.

758888    4-Nov-97   12:44 PM  Requested by: Robert Jay Schwartzman, M.D. *215-762-7090*
Ionic Contrast
758889    4-Nov-97   12:44 PM  Requesting MD: Robert Jay Schwartzman, M.D.
Lumbar Myelogram
Diagnosis:
  LUMBAR RADICULAPATHY
History:
  COMPRESSION FX L3, RADIATING

--------------------------------------------------------------

LUMBAR MYELOGRAM                         11-4-97

HISTORY: Post-traumatic burst compression fracture of the L3
vertebral body. Evaluate for low back pain extending into the lower
extremities.

IMPRESSION:

There is a burst compression fracture affecting the L3 vertebral
body. There is mild retropulsion of the posterior aspect of the
superior end-plate of this vertebral body into the central canal,
producing mild central stenosis. The rest of the examination is
essentially unremarkable in appearance.

FINDINGS:  Using sterile technique and under fluoroscopic guidance
a 22 gauge spinal needle was inserted into the subarachnoid space
at the level of L4/5.  Subsequently, 12 cc. of Omnipaque 240 was
inserted into the subarachnoid space without difficulty.  The
needle was subsequently withdrawn and multiple spot films of the
lumbosacral spine conus region were obtained.  The patient
tolerated the procedure well and left the Radiology Department in
satisfactory condition shortly after obtaining a post-myelogram CT
scan of the entire lumbosacral spine.

ML00214

*forward slipping of 1 vert on the 1 below it*

Examination of these images demonstrates a burst compression
fracture of the L3 vertebral body.  There is no evidence of post-
traumatic spondylolisthesis.  There is a mild scoliosis at this
level with convexity to the left. Thee is retropulsion of the
posterior aspect of the superior end-plate of the L3 vertebral
body  into the central canal, producing mild anterior thecal sac
compression.  No other extradural impressions upon the contrast
column are identified elsewhere throughout the lumbosacral spine
and the remaining disc levels demonstrate no evidence of spinal
stenosis. There is no evidence of focal nerve root truncation or
under-filling at any level.  The region of the conus appears
unremarkable. The conus terminates at the level of approximately
L1/2.

*pushing back of 1 vertabrae*
*a skeletal membrane*

JAN 19 1998

B120





ML00215

B121

**MetLife**®

12/01/1997

                                        Disability Claims Section
                                        Cosby Manor Road
                                        P.O. Box 3017
                                        Utica, N.Y. 13504

McNeill,Wilkin,Colella,Kuppens & Assoc.
112 Union Wharf
Boston, MA 02109

                            RE: Long Term Disability
                                Claim No.: 699501171006
                                Group No.: 35750
                                S.S.#     : 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
                                Claimant : Gail Kernaghan

Dear Sir

We are enclosing a copy of the latest medical information on file for Gail
Kernaghan.

Please include this information with that previously submitted on behalf of the
claimant and keep us advised as to the status of the claim for Social Security
Disability Benefits.

Thank you for your attention to this matter.

Yours truly,

Ed Peters
Social Security Coordinator
Met DisAbility

ML00217

*0049509171006*
35750

# McNeill, Wilkin, Colella, Kuppens & Crowe, P.C.

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Pasadena, CA
(800) 655-4298, (626) 564-0831
Fax (626) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

November 17, 1997

Ed Herrin
Met Life LTD Claims (NY)
PO Box 3017
Utica, NY  13504

|ıılılllıllılllıllılılılılll

Re:        Gail A. Kernaghan
SSN:       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
Claim No:  094097630

Dear Mr. Herrin:

Enclosed please find a copy of the "Action of Appeals Council on Request for Review." This denial of our request for review means that the Appeals Council agreed with Linda Bernstein, the Administrative Law Judge who denied Mrs. Kernaghan's claim for disability benefits.

The claimant now has the option of commencing a lawsuit against the Commissioner of Social Security in Federal District Court within sixty days of the date of the Appeals Council denial.

After careful review and a good chat with Mrs. Kernaghan, I will advise her not to pursue a lawsuit in this instance. To survive federal court review, the government only has to establish that their denial is supported by what the Social Security Act calls "substantial evidence." That means that all of the evidence doesn't have to support the denial for them to survive a court challenge  Using that standard, the Administrative Law Judge's decision may be supported by sufficient evidence to meet that test.

Given the recent opinion by Mrs. Kernaghan's Philadelphia neurosurgeon for a new fusion, I think a new initial claim based on that evidence would be far stronger than a court review of the evidence available at the 1996 hearing. I shall go ahead with that course unless you direct otherwise. Please contact me at 1-800-677-0531 on that subject or with any questions.

Sincerely,

William E. Wilkin
Representative

NOV 25 1997

u 034

B123

ML00218

William E. Wilkin
1144 Walker Rd., Suite F
Great Falls, VA 22066-1837

\--                         \--

                              ML00221

*MET Disdatlit*
*Cosby Manor RD*
*Box 3017*
*Utica*
*NY 13504*

UNIT # _7BM_

# PHYSICIAN'S REPORT OF PHYSICAL CAPACITY

**INSTRUCTIONS FOR PHYSICIAN:** The purpose of this report is to assist us in making a determination of disability and rehabilitation potential. Please complete and be as detailed as possible.

Patient Name: _Gail Kernaghan_      Claim #: _6995 0117 1006_

Date of Birth: _8-15-52_      Occupation: _Advisory Programmer_
SS# _299 52 92 91_

Place an X in each of the appropriate boxes to describe the extent of the specific activity the patient is able to perform.

### NUMBER OF HOURS PER WORK SHIFT

| | 0 | 1–2 | 3–4 | 5–6 | 7–8 |
|---|---|---|---|---|---|
| 1. Sitting | | 1 | | | |
| 2. Standing | | | ✓ | | |
| 3. Walker | | | | ✓ | |
| 4. Bending Over | | | | | |
| 5. Twisting | O | | | | |
| 6. Climbing | | 1 | | | |
| 7. Reaching Above Shoulder Level | | 1 | ☒ | | |
| 8. Crouching/Stooping | O | | | | |
| 9. Kneeling | O | | | | |
| 10. Balancing | O | | | | |
| 11. Pushing or Pulling | O | | | | |

12. Repetitive Use of Foot Control

| | 0 | 1–2 | 3–4 | 5–6 | 7–8 |
|---|---|---|---|---|---|
| A. Right Foot Only | O | | | | |
| B. Left Foot Only | | | 4 | | |
| C. Both Feet | N/A | | | | |

13. Repetitive Use of Hands

| | 0 | 1–2 | 3–4 | 5–6 | 7–8 |
|---|---|---|---|---|---|
| A. Right Hand Only | | OK | | | |
| B. Left Hand Only | | OK | | | |
| C. Both Hands | | OK | | | |

14. Grasping
   A. Simple/Light

| | 0 | 1–2 | 3–4 | 5–6 | 7–8 |
|---|---|---|---|---|---|
| 1. Right Hand Only | | OK | | | |
| 2. Left Hand Only | | OK | | | |
| 3. Both Hands | | OK | | | |

ML00222

B125

B. Firm/Strong

| | 0 | 1–2 | 3–4 | 5–6 | 7–8 |
|---|---|---|---|---|---|
| 1. Right Hand Only | | OK | | | |
| 2. Left Hand Only | | OK | | | |
| 3. Both Hands | | OK | | | |

15. Fine Finger Dexterity

| | 0 | 1–2 | 3–4 | 5–6 | 7–8 |
|---|---|---|---|---|---|
| A. Right Hand Only | | OK | | | |
| B. Left Hand Only | | OK | | | |
| C. Both Hands | | OK | | | |

16. Use of Head and Neck in:

| | | | | | |
|---|---|---|---|---|---|
| A. Static Position | Shoulder pain from bad posture | | | | |
| B. Twisting | | | | | |
| C. Looking Up | OK | | | | |
| D. Looking Down | OK | | | | |

| | NEVER 0% OF TIME | OCCASIONALLY 1–33% OF TIME | FREQUENTLY 33–66% OF TIME | CONTINUALLY MORE THAN 66% |
|---|---|---|---|---|
| 17. Lifting or Carrying: | | | | |
| A. 10 lbs. or less | 0–5 lb occasionally | | | |
| B. 11 to 25 lbs. | 0 | | | |
| C. 26 to 50 lbs. | 0 | | | |
| D. 51 to 75 lbs. | 0 | | | |
| E. 76 to 100 lbs. | 0 | | | |
| F. Over 100 lbs. | 0 | | | |
| 18. Frequency of Interpersonal Relationships | | rare | | |
| 20. Frequency of Stressful Situations | | rare | | |
| 21. Frequency of Decision Making | | occasional | | |

Is the patient able to:

| | YES | NO | |
|---|---|---|---|
| 21. Operate a motor vehicle | ☑ | ☐ | without Rx |
| 22. Operate trucks, forklifts and/or other equipment | ☐ | ☑ | |

ML00223

– 3 –

|  | YES | NO |
|---|---|---|
| 23. Be around moving equipment and/or machinery | ☐ | ☑ |
| 24. Walk on uneven ground | ☐ | ☑ |
| 25. Be exposed to dust, gas or fumes | ☐ | ☑ |
| If yes: are respirators required | ☐ | ☑ |
| 26. Be exposed to marked changes in temperature or humidity | ☐ | ☑ |

27. Within the restrictions described above, how many hour can the patient work?  Please check one.
   7–8 hrs_____   5–6 hrs_____   3–4 hrs_____   1–2 hrs_____   0 hrs ☐

28. When do you anticipate releasing the patient to full-time work activity? _Unknown_____

29. Do you suggest that the patient become involved in any of the following: Please check as many as app.
   _____Physical Therapy                    _____ Work Hardening Program
   NO _____Occupational Therapy       NO _____ Vocational Rehabilitation
   _____Pain Management Program        _____ Psychological Counseling

30. Have you referred this patient to another physician or specialist for additional medical testing/evaluation?
   ____✓____YES           _____NO
   If yes, please give the name and address of the physician/specialist and the date of the referral.
   Dr. Schwatzman

Preparer's Name: ___S. Mousavi MD____       Specialty: _Neurology_____

Address:_____

Telephone #:_____


_____ S. Rown  11/5/97_____
(Signature/Date)

ALL DELMARVA NEUROLOGY
AND PAIN CENTER
701 MIDDLEFORD ROAD
SEAFORD, DE 19973
302-629-0266

prpc.frm/cn

ML00224

Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**MetLife®**

September 12, 1997

SECOND REQUEST

Gail Kernaghan                      RE:   Long Term Disability
10 E. Saratoga Rd.                         Claim No.:  699501171006
Milford, DE  19943                        Group No.:  35750
                                          S.S. No.:   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



Dear Ms. Kernaghan

We are writing in reference to your long Term Disability claim.

This is to advise you that we have requested additional medical
information from your attending physician, Shahla Mousavi, M.D.,
to evaluate your claim for continuation of benefits.

Please be advised this is our second request for this
information, if we do not receive the information requested, it
may result in suspension of benefits.

We ask that you contact his office immediately to be sure this
information is submitted on behalf of your claim.

Your cooperation is appreciated.

Yours truly

*Kathy Schaller*
Kathy Schaller
Case Management Specialist
Met DisAbility
800-638-0064


ltdhKSgk/sl

ML00226

Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**MetLife®**

September 11, 1997

SECOND REQUEST

Shahla Mousavi, M.D.          RE:   Long Term Disability
701 Middleford Rd.                  Claim No.:  699501171006
Seaford, DE  19973                  Group No.:  35750
                                    S.S. No.:   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
                                    Claimant:   Gail Kernaghan

Dear Dr. Mousavi

We are the Long Term Disability carrier for your patient, Gail
Kernaghan, and we need additional information from you.  Please
respond to the following:

1)   What are her current restrictions and limitations?  What
     activities is she able to perform?

2)   Please indicate the prognosis for this patient returning to
     work in her previous occupation or in any other occupation.

3)   Please complete the attached Physician's Report of Physical
     Capacity.

Attached you will find a copy of an Independent Medical Exam
performed by Dr. J. Rafael Yanez on June 5, 1997.  Would you
please review and comment on his findings.  We will assume that
if we do not receive a reply from you within thirty days that you
concur with Dr. Yanez's findings.

An authorization for release of this information is enclosed.

Thank you for your cooperation.  Should you have any questions,
please contact me at 1-800-638-0064.

Yours truly

*Kathy Schaller*

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064

ltdhKSgk.3/gec

Enclosure

B129

ML00227

FROM : JEFFERSON PAIN CTR        FAX NO. : 12159235086              08-12-97  14:19   P.02

**Thomas Jefferson University Hospital**
*Jefferson Health System*

Jefferson Pain Center
_____

834 Chestnut Street
Ben Franklin House, Suite T 150
Philadelphia, PA 19107-5127

215-955-PAIN
Fax: 215-923-5086

August 1, 1997

**Via Fax- 315-792-2514**

Ms. Kathy Schaller
Case Management Specialist
Met DisAbility
Cosby Manor Road
PO Box 3017
Utica, NY 13504

RE:    Long Term Disability
       Claim #:      699501171006
       Group #:      35750
       SSN:          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
       Claimant:     Gail Kernaghan

Dear Ms. Schaller:

Please consider this an invoice for $150 for additional information regarding the above referenced individual.

Please make check payable to me and send it to:

       Jefferson Pain Center
       834 Chestnut Street, Suite T-150
       Philadelphia, PA 19107

As soon as I receive the payment, I will send you the information requested.

Thank you.

Sincerely,

Eric R. Ratner, MD

*Called Dr Ratner's office and told them to disregard this request. KS 8/12/97*

B130                                              ML00228

System Members:
• Bryn Mawr Hospital        • Paoli Memorial Hospital          • Jefferson HealthCARE:
• Bryn Mawr Rehab          • Thomas Jefferson University Hospital    Great Valley Health physicians, JeffCARE physicians,
• Lankenau Hospital        • Jefferson Home Health            duPont Hospital for Children physicians
• Methodist Hospital

FROM : JEFFERSON PAIN CTR        FAX NO. : 12159235086                08-12-97   14:19   P.01

Thomas Jefferson University Hospital

*Jefferson Health System*

Jefferson Pain Center

834 Chestnut Street
Ben Franklin House, Suite T 150
Philadelphia, PA 19107-5127

215-955-PAIN
Fax: 215-923-5086

# FAX

Date **8-1-97**

Number of pages including cover sheet **2**

To: *Kathy Schaller*
*Met Disability*

From: *Eric Ratner MD*

Phone    *800-038-0064*
Fax Phone    *315-792-2514*
CC:

Phone    215-955- *7300*
Fax Phone    215-955-923-5086

**REMARKS:**

☐ Urgent        ☐ For your review        ☐ Reply ASAP        ☐ Please comment

**IMPORTANT**:THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAYCONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT. YOU ARE HEREBY NOFITIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHINE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.

ML00229

*6995011971006*
*35750*

# McNeill, Wilkin, Colella, Kuppens & Crowe, P.C.

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Pasadena, CA
(800) 655-4298, (818) 564-0831
Fax (818) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

July 20, 1997

Ed Herrin
Met Life LTD Claims (NY)
PO Box 3017
Utica, NY 13504

**Regarding:** Gail A. Kernaghan     *35750*     JUN 23
**Claim No.:** 094097630

*SS 299529291*

Dear Mr. Herrin:

I submitted my written arguments to the Appeals Council today. It may be fifteen months before the appeals judges even read my arguments given the current backlog. I shall check on the progress of the appeal regularly and shall update you in 120 days.

Please call me at our Virginia office at 1-800-677-0531 if you should have any questions.

Sincerely,

William E. Wilkin
Representative

\wew

ML00230

**Disability Management Services**

Scalise, V., Director
Oddy, P., Director

Collins, S. Sec.
Lennon, Sec.

### LTD I
Zito, F., Unit Mgr. M032
Aceto, Stephen U017
Bastson, Gina U270
Bosiak, Candice U004
Brooks, Kerry U027
Cool Donna U100
Ellis. Laurie
Higgins, Connie U144
Kinsella, Evelyn
Kirk, Paige
Murphy, Richard U259
Parslow, Sharon U011
Sawyer, Nancy
Stone, Tauni
LaRaia, Mary Ann U083

### LTD II
Linke, A., Unit Mgr. U006
Archer, Cynthia U150
Biel, Mary Ann U169
Faroni,Kristin U202
Jacobus, Jay U065
Knutti, Bonnie U017
Maneen, Mark U033
Manley, Edward U036
Pawloski, karen U073
Preston, penelope U095
Rubino, Marcella U068
Scalzo, Andrea U112
Schmidt, Beverly U069
Stachnik, Lauri U168
Treadway, Amy
White, Kimberly U019
Woodward, Fay U159

### LTD III
Briend. P. Unit Mgr. U133
Aversa, Maria U164
Backman, Joan U121
Burns, Colleen U052
Haas, Jane U279
Manley, Maribeth U129
Nellis, Christine U084
O'Connor, Sharon U091
Olney, Donna U106
Robinson, Sharon U281
Scaparo, Terri U124
Sudakow, Linda U245
Trozzi, Grace U135
Usyk Charlene U067
White, Jacqueline U163
Silvestri, Tony U283
Bogden, Alice U105
Sylvester, Mary U233

### LTD IV
Cahill, Kim, Unit Mgr. U216
Ciccone, Patricia U041
Harmon, Rosemary U157
Kemler, Constance U055
Laskowsky, Ken U074
Malick, Denise U025
Monaco, Anna U077
Nelson, Linda U084
Race, Gerard U278
Sharpe, Shaun U255
Volo, Christopher U160
Zajac, Michele U148
McSween, Sally U298

### LTD V
Basciotta, Guy, Mgr. U120
Bielawny, Krista U016
Czeck, Susan, U028
Douglas, Deborah U056
Duda, Christine, U248
Durigan, Marlene, U29
Edkins, Richard U142
LaPlante, Chad C224
Marvin, Kathy U138
Miller, Mary Jo U007
Smith, Kathy U049
Surace, Carla U261

### PAPER II
George, Rosanne, Mgr. U143
Arnold, Kimberly U167
Baldanza, Lisa U126
Basciotta, Diane U081
Burton, Lori U099
Coffin, Karen U085
Graziano, Shelly
Hinderling, Loreley U098
Jones-Flansburg, Janice U020
Leon, Violet U162
Palumbo,Lisa U002
Pohorecki, Darren U058
Wojcik, Joseph U158
Zakris, Mary Ann U021
LaClair, Jayne U152
Atkinson, Joseph U101
Zakrzewski, Kathleen U297

### WAIVER OF PREMIUM
Achen, R., Unit Mgr. U134
Come, Paula U137
Conover, Tina
Gauthier, Pamela
Jeck, Robert U192
Pavese, Judith
Perry, Jennifer
Van Deusen, Dianne
Viehmann, Betty

### SPECIAL SERVICES
Lain, N., Unit Mgr. M060
Aceto, Anthony X004
Ames, Lawrence M023
Anderson, Kay U125
Bertolini, Karen U040
Bunger, Deborah X005
Combs, Joan M014
DiPierro, Michael U013
Feldman, Steven X011
Fusco,Michelle M009
Godlewski, Karl X006
Guarnieri, Patricia
Herrin, Ed M017
Lake, Lori X010
NaNeve, Richard M037
Peters, Edward U267
Rahn, Shelley X008
Snell Gordon U039
Uryniak, Matthew M156
Wood, Thomas M014

### SEARS/IBM
Austin, Ronda, Mgr. U022
Abrams, Elva U038
Bonaros, Gregory U230
Cancelino, Elaine U257
Christman, Judy U057
Fournier, Deborah U087
Heinrich, Doreen U043
Kessler, Valerie U044
Marchese, Salvatore U059
Ruiz, David U122
Salerno, Mark U072
Thompson, Susan U046
Kauth, Rosemary U026
Lyons, Marion M061
Screen, Lisa M231
Teepe, Kathleen U132
Schaller, Kathy U034

### LTD CLERICAL UNIT
Catera, S., Supv. U111
Fernalld, N., Supv. M007
Johnson, Michele
IME Clerk
COPY/FAX

### RAYTHEON
Martin, H., Mgr. U246
Bradley, Scott U273
Constabile, David U005
Ermacor, Kimberly U189
Iannone, Diane
Kinney, Patricia U061
LaPlante, Karen U102
Lyon, Daniel U088
Mahady, Judy U275
Martin, JoAnne U045
McManus, Laura U284
Mitchell, Robbie U277
Noonan, Paul U130
Planty, Stephanie
Raiello, David U153
Robilotta, Cheryl U119
Schaller, Michelle U280
Sciortino, Brian U260
Sokolowski, Virginia U030
Wiedmer, Cynthia U116

### MET I&R
Stewart, Vincent, Mgr. M004
Feener, Paula M150
Flo, Pamela M10
Furney, Dan M008
Hagerty, Michael M039
Liddy, David M018
Schaller, Kathryn M021
Smaldone, Janice M036
Smith, Antoinette M006
Tarallo, Deanne M028
Taylor, Kevin M151
Welden, Linda M029
Whaling, Tabitha M015
Yehnke, Tracy M047
Zaniewski, Rene M152
Landau, Pamela M016

Val 7/29/97

ML00231

Val, Please pay Unival bill for #735 for IME
also pay Recordex bill for #25.41 for medical records.

NAME _K. Schaller_    DATE _7-29-97_    route/cn    B133



*699 501171006*

# UNIVAL

## STATEMENT
TAX I.D. 38-2240756

July 11, 1997

Ms. Doreen Heinrich
Met DisAbility
Long Term Disability
P.O. Box 3017
Utica NY  13504

| Referral Date | Professional Service | Appt Date | SSN | |
|------|------|------|------|------|
| 05/05/97 | Kernaghan, Gail | 06/05/97 | 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 | |
| | Claim # 94097630 | | | |
| | Physician Locator Service - Unival | | | 135.00 |
| 06/05/97 | Dr. Yanez (NEUROSURGERY) Exam & Report | | | 600.00 |
| | | | Balance Due $ | 735.00 |

*VKesser*    **JUL 1 7 1997**

---

## Medical Examiner's Voucher

Group Claims Acct. 40-304-03

Cost Center Number  **437100**

Exam Date  **6-5-97**

Fee  $  **735.00**

Examiner's Name & Address
**UNIVAL**

~~2890 Carpenter Road, Suite 1400 • P.O. Box 130770~~

~~Ann Arbor, Michigan  48113-0770~~

Provider's Tax I.D. Number:
OR  1. Employer's I.D. #  **38-2240756**
2. Social Security #

Authorizing Signature  *Laura Papenbagen*

G11722 (0188) Printed in U.S.A.

**Metropolitan Life ®**
AND AFFILIATED COMPANIES
*Metropolitan Life Insurance Company*
One Madison Avenue, New York, NY 10010-3690

**To the Examiner:**
Please complete this voucher by entering your reasonable and customary fee. If you are a Metropolitan Medical Examiner, retain voucher for payment under the draft system. If you are not under the draft system, please return this voucher with your bill, and payment of your fee will be made directly by Metropolitan Life Insurance Company.

**Authorizing Code:**
☐ 61 A&S    ☐ 74 T&P, CP
☐ 69 Met I&R    ☑ 75 LTD

Policyholder  **IBM**

Group Experience Number  **367510**
Name of Insured  **Gail Kernaghan**
**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**

Date  **7-11-97**

ML00235    MM7394.GRN(0590)

2890 Carpenter Road, Suite 1400 • P.O. Box 130770 • Ann Arbor, Michigan 48113-0770
1-800-332-4463  FAX 313-973-2734
Web Page: http://www.UNIVAL-MED.com    E-Mail: Service@UNIVAL-MED.com

B134

**J. RAFAEL YANEZ, M.D., F.A.C.S.**
**NIDIA DE YANEZ, M.D., P.C.**
1001 S. Bradford Street
Suite 9
Dover, DE 19901
302 674-9100 · FAX: 302 674-9114

27 June 1997

RECEIVED JUL 0 7 1997

Re: Gail Kernaghan
    Addendum to IME report

Based on my extensive evaluation of June, 1997
of the above patient, I found no neurological
damage and the radiological studies were also
normal. Therefore, based on the above there
is no neurological foundation for her inability
to work.

J. Rafael Yanez, M.D., F.A.C.S.

JRY:sew

ML00241

B135

To:
MAR-05-1997  08:47          From: Unival
                            ·NIVAL
6-16-97  11:13am  p. 2  of 5
313 973 2734    P.01/04


**MetLife®**

MET DISABILITY
SHORT TERM DISABILITY
P.O. BOX 3014
UTICA, NEW YORK 13504

RECEIVED JUL 0 7 1997

# CERTIFIED CONSULTANT'S EVALUATION SUMMARY FORM

CLAIMANT'S NAME    Gail Kernaghan

DATE OF EXAMINATION    6/5/97

I. Please provide brief answers to the following questions:

A. Known injuries *presently* affecting work ability.

See IME report

B. *Presently* active disease(s) affecting work ability.

diabetic - insulin dependent

C. Relevant past history including surgery.

see IME report

D. Objective findings and test results.          ML00242

see report

II. Does patient's medical condition allow exposure to the following; please check appropriate box and explain any limitation below.

|  | No Limitation | Some Limitation | Avoid Completely | Cannot Determine |
|---|---|---|---|---|
| Dust/Gases/Fumes |  |  |  | x |
| Chemicals/Solvents |  |  |  | x |
| Temperature Extremes |  |  |  | x |
| Noise Levels | x |  |  |  |
| Allergenic Agents |  |  |  | x |
| Stairs/Ladders |  | x |  |  |
| Scaffolds/Heights |  |  | x |  |
| Enclosed Spaces | x |  |  |  |
| Drafts/Damp Areas | x |  |  |  |

Explanation:
        See report

III. Because of the patient's medical conditions, are there any limitations on any of the following activities; please check appropriate box and explain any limitation below.

|  | No Limitation | Some Limitation | Avoid Completely | Cannot determine |
|---|---|---|---|---|
| Transportation |  | x |  |  |
| Standing |  | x |  |  |
| Sitting |  | x |  |  |
| Change of Position (sitting/standing) |  | x |  |  |
| Assuming Cramped/Unusual Positions |  | x |  |  |
| Reaching (forward/overhead) |  | x |  |  |
| Pushing/Pulling/Twisting (arm/leg controls) |  | x |  |  |
| Grasping/Handling | x |  |  |  |
| Finger Dexterity | x |  |  |  |
| Repetitive Movement (hands/feet) | x |  |  |  |
| Climbing (stairs/ladders/scaffolds) |  | x |  |  |
| Balancing (exposure to falling) |  | x |  |  |
| Bending/Stooping/Squatting |  | x |  |  |
| Operating Truck/Dolly/Small Vehicle |  | x |  |  |
| Operating Heavy Equipment |  |  | x |  |
| Operating Electrical Equipment | x |  |  |  |
| Concentrated Visual Attention | x |  |  |  |
| Other |  |  |  |  |

Explanation:
        See report

ML00243

B137

MAR-05-1997  08:48          From: Unival
                            NIVAL

6-16-97  11:13am  p. 4  of 5
313 973 2734    P.03/04

IV. Evaluation of carrying and lifting abilities includes both the intensity and frequency of the activity. For each weight class listed below, please indicate the reasonable top limit of frequency. Please provide an explantion below with any additional comments regarding limitations on duration, handlability and distance (in front of body and above floor).

| Intensity in Pounds | Frequency: Percentage of Workday | | | |
|---|---|---|---|---|
| | Never | Less than 20% | 20%-60% | Greater than 60% |
| 0-15 | | | | X |
| 16-30 | | | | X |
| 31-45 | | | X | |
| >-45 | X | X | | |

Explanation:

V. Is there a past or present psychological problem that might interfere with patient's ability to work? If yes, please list your findings according to the DSM-III multiaxial classification.

Yes            No            Not Determined

_____No comment as is outside my specialty_____

_____

_____

_____

VI. Additional comments or observations.

_____See report_____

_____

_____

_____

_____

_____

ML00244

DATE COMPLETED ____June 27, 1997____

SIGNATURE ____

B138

# UNIVAL

## FAX TRANSMITTAL

| TO: Kathy Schaller | DATE: 7-9-97 |
|---|---|
| ORGANIZATION: Met | FAX: 315-792-2514 |
| FROM: Pam | |
| SUBJECT: Gail Kernaghan | NUMBER OF PAGES: 7 |

Dear Kathy :

This transmits:

☐ Appointment Confirmation Letter

☒ IME Narrative Report

☐ IME Evaluation Summary Form

☐ Work Function Impairment Form

☐ FCE Summary Form

☐ Physician Evaluation Form

☐ Other_____

☒ Addendum_____

The noted item(s) pending and requested from physician:

☐ IME Narrative Report

☐ IME Evaluation Summary Form

☐ Work Function Impairment Form

☐ FCE Summary Form

☐ Addendum_____

☐ Comments_____

This facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any distribution, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this information in error, please immediately notify us by telephone and return the information to us at the address listed below. Receipt by anyone other than the intended recipient is not a waiver of confidentially privilege.

2890 Carpenter Road. Suite 1400 . P.O. Box 130770 . ANN ARBOR, MICHIGAN 48113-0770

800-332-4463 . FAX 313-973-2734

ML00245

RECEIVED JUN 2 7 1997

J. RAFAEL YANEZ, M.D., F.A.C.S.
NIDIA DE YANEZ, M.D., P.C.
1001 S. Bradford Street
Suite 9
Dover, DE 19901
302 674-9100 • FAX: 302 674-9114

27 June 1997


Re:  Gail Kernaghan
     Addendum to IME report


Based on my extensive evaluation of June, 1997
of the above patient, I found no neurological
damage and the radiological studies were also
normal.  Therefore, based on the above there
is no neurological foundation for her inability
to work.

                    J. Rafael Yanez, M.D., F.A.C.S.

JRY:sew

ML00249

## TELEPHONE MEMORANDUM

☐ Return File to:_____     ☐ Drop In     ☐ Rush

Call Received from:_____ Phone #: (   )

Call Made to: _Pam Brozozowski Unival_ Phone #: (   )
                              title                        title
                                                          _1-800-332-4463_

Firm and Group Number:_____

Employee: _Gail Kernaghan_          _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_

Claim Number: _____     Social Security Number: _____

☐ Please Return Call            ☐ Returned Your Call

**MESSAGE**

I M E done on 6-5-97

· need report

Ann Marie (RN at Unival) will call back
to let me know status of report.

Call Received/Made by: _K. Schaefer_ Date: _7, 8, 97_ Time: _____

**REPLY**

ML00250

B141

Call Returned by: _____     Date: ___/___/___ Time: _____

# McNeill, Wilkin, Colella, Kuppens & Crowe, P.C.

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

June 10, 1997

Pasadena, CA
(800) 655-4298, (818) 564-0831
Fax (818) 564-1886

**Ed Herrin**
**Met Life LTD Claims**
PO Box 3017
Utica, NY 13504

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

IllullullullIllulluulllull

**Regarding:**   Gail A. Kernaghan
**Claim No.:**   094097630   **SSN: 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**

Dear Mr. Herrin:

Today, our office spoke with an employee at the Appeals Council regarding Gail A. Kernaghan's claim. A branch has just been assigned to the file; however, this branch is still working early 1996 filings. Mrs. Kernaghan's appeal was filed in November 1996. Due to this backlog, no order has gone to the government contractor to produce our copy of the hearing audiocassette. The audiocassette is necessary for the appeal brief.

We will continue to monitor this case and shall update you in approximately 120 days. Please call me at 1-800-677-0531 if you should have any questions.

Sincerely,

*William E. Wilkin*

William E. Wilkin
Representative

WEW/ld

ML00251

UNIVAL

May 15, 1997

Ms. Doreen Heinrich
Met DisAbility
Long Term Disability
P.O. Box 3017
Utica NY  13504

                    RE: Ms. Gail Kernaghan        35750
                    Claim No: 94097630
                    SSN:  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              SS

Dear Ms. Heinrich:

   An Independent Medical Examination has been confirmed today for Ms.
Gail Kernaghan with J. Rafael Yanez, MD.

       Appointment: Thursday, June 5, 1997 at 10:00 AM

       Physician:   J. Rafael Yanez, MD
                    Neurosurgery
                    Medical Arts Building
                    1001 S Bradford Street
                    Suite 9
                    Dover DE  19904

                    Telephone:  (302)674-9100
                    Contact:    Sally

   The fee is $500.00 for the examination and narrative report and a
no-show fee of $100.00 , cancellation requires 48 hour notice, and
instructions have been forwarded to the doctor advising that any fee
increases require prior approval.

   UNIVAL's fee is $135.00 and this billing will be included with the
physician's report.

   Thank you for this opportunity to be of service.

                    Very truly yours,

                    Pam Brzozowski
                    Pam Brzozowski
                    Administrative Assistant

                         B143                        ML00252

©1993  UNIVAL
          2890 Carpenter Road, Suite 1400 • P.O. Box 130770 • Ann Arbor, Michigan 48113-0770
                    1-800-332-4463   FAX 313-973-2734
          Web Page: http://www.UNIVAL-MED.com   E-Mail: Service@UNIVAL-MED.com

**Metropolitan Life**®
AND AFFILIATED COMPANIES

May 15, 1997

Ms. Gail Kernaghan
10 East Saratoga Road
Milford DE   19963

Firm:
SSN: 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

Dear Ms. Kernaghan:

In accordance with the terms of your group plan, we have requested
the physician named below to examine you as our consultant.  The
reason for this examination is that we would like to have an
independent evaluation of your condition to help us in the
administration of your claim.  Please understand that we are not, in
any way, questioning the integrity or ability of your own physician.

This letter is to confirm your medical appointment on Thursday,
June 5, 1997 at 10:00 AM.  No cancellation or change in this
appointment can be made without our approval.  The appointment details
are:

                    Thursday, June 5, 1997 at 10:00 AM
                    J. Rafael Yanez, MD
                    Neurosurgery
                    Medical Arts Building
                    1001 S Bradford Street
                    Suite 9
                    Dover DE   19904
                    (302)674-9100

Please obtain x-rays and/or test results from your own physician
and bring them with you to this examination.

**You must bring the actual films of any MRI's or x-rays you that
you may have had done.**

When you arrive for your appointment, do not provide any of your
personal insurance information for billing.  Billing arrangements have
already been made with the doctor's office.  If for any reason you are
unable to keep your appointment, please **telephone our office
immediately at (800)638-0064, advising why you cannot keep this
appointment.**

ML00253

Thank you for your cooperation, Ms. Kernaghan.  If you have any questions, please call our office at (800)638-0064.

Doreen Heinrich
Met DisAbility
MetLife

ML00254

May 15, 1997

J. Rafael Yanez, MD
Medical Arts Building
1001 S Bradford Street
Suite 9
Dover DE  19904

*Please*
REVIEW THIS LETTER PRIOR
TO THE EVALUATION.

                    Re:  Ms. Gail Kernaghan
                    Claim No.: 94097630
                    SSN: 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
                    Date of Loss: 11/21/94

Dear Dr. Yanez:

    Thank you for agreeing to examine Ms. Gail Kernaghan in your office
on Thursday, June 5, 1997 at 10:00 AM for a Neurosurgery Independent
Medical Examination.  No changes are allowed in this appointment
without UNIVAL approval.  We request that you examine the patient with
special attention to the condition  of "radiculopathy L5-S1 and
chronic lower back pain" and any other physical complaints the patient
has, within your specialty.

    This person is referred for evaluation only.  No treatment services
are to be provided.

    Total disability for this group plan is defined as a condition
where by the claimant is:


                    "SEE ATTACHED"

    Following your examination, please provide a narrative report which
includes your Objective and Subjective findings.  Your narrative
should follow the enclosed guidelines "INDEPENDENT MEDICAL EVALUATION
NARRATIVE SUMMARY REQUIREMENTS" and answer the following questions:

  1. Subjective complaints.

  2. Objective Findings.  Do they correlate with the subjective
     complaints?  If not, why?  Please explain.

  3. Impression/Diagnosis.

  4. Is the patient able to work at his/her own job at this time?
     If not, why?  Please explain.


                    B146                              ML00255

UNIVAL

Re:  Ms. Gail Kernaghan
Page 2


5. List physical capacities/restrictions.  Indicate if they are
   permanent or temporary.  If temporary, please note the
   anticipated duration of the restriction.

6. Is the patient able to perform any job for which he/she may be
   reasonably qualified?  If not, why?  Please explain.

7. What is your prognosis for this patient - - - including return
   to work?  What plan of treatment would you recommend?

            **Please be sure to complete the enclosed
            CERTIFIED CONSULTANT'S EVALUATION SUMMARY FORM
            and include it with your narrative report.**

   To assist you in your evaluation, we are enclosing copies of
medical information from the claimant's file.  In addition we have
enclosed information concerning the claimant's vocational background.

   Your findings should not be discussed with the claimant.  However,
we have no objection to you discussing your findings with the
claimant's attending physician where appropriate.  The information you
provide is to be used for claims administration and auditing purposes
only.

   Where appropriate, we will furnish a copy of your report to the
Social Security Administration, claimant or a representative of the
claimant.  Any requests for copies of your report should be referred
to MetLife for handling.

   A fee of $500.00 for the examination and narrative report and a
no-show fee of $100.00 , cancellation requires 24 hours notice was
confirmed with Sally of your office at the time this appointment was
arranged.  No additional charges are allowed unless specifically
authorized in advance by UNIVAL.

   PLEASE SEND YOUR BILL WITH THE REPORT (INCLUDING COMPLETED FORMS)
WITHIN 4 DAYS TO:

            UNIVAL
            2890 Carpenter Road, Suite 1400
            P.O. Box 130770
            Ann Arbor, MI  48113-0770                    B147

   When your report is completed, please FAX it (including completed

ML00256

UNIVAL

Re:  Ms. Gail Kernaghan
Page 3

forms) immediately to UNIVAL on our toll free FAX number
1-800-382-8611.  After FAXing, mail the report (including completed
forms) and bill to UNIVAL in the enclosed self-addressed envelope.

   This appointment cannot be cancelled or changed without the
approval of UNIVAL.  If the patient contacts you to cancel or change
the appointment, please call us immediately at 1-800-332-4463.

   Thank you very much for this evaluation, Dr. Yanez.

                     Very truly yours,

                     *Pam Brzozowski*

                     Pam Brzozowski
                     Administrative Assistant

cc:  Ms. Doreen Heinrich
     Met DisAbility


┌─────────────────────────────────────────────────────────────┐
│ P.S.  Please FAX your report (including completed forms)      │
│       immediately upon its competion to UNIVAL.  Our toll     │
│       free FAX number is 1-800-382-8611.                      │
└─────────────────────────────────────────────────────────────┘


**THIS REPORT IS NOT TO BE DISTRIBUTED TO ANY PARTY OTHER THAN
   UNIVAL.**

ML00257

2890 Carpenter Road, Suite 1400 • P.O. Box 130770 • Ann Arbor. Michigan 48113-0770
1-800-332-4463   FAX 313-973-2734
Web Page: http://www.UNIVAL-MED.com    E-Mail: Service@UNIVAL-MED.com

INDEPENDENT MEDICAL EVALUATION
NARRATIVE SUMMARY REQUIREMENTS

The narrative summary should include the following information:

1. A list of the documents reviewed before, during or after the examination that were used to assist in the evaluation of the claimant's disability status.

2. The claimant's chief complaint upon which the disability is based.  Also, any secondary complaints that may affect the claimant's ability to work.

3. The claimants family and social history.

4. A restatement of the reason for the examination.  For example the statement should include that the examination is to assist in the determination of the claimant's functional limitations and disability status based upon the diagnosis.

5. Review of history, which includes: the functional limitations as described by the attending physician, referencing of any objective evidence provided such as lab or x-rays, summary of the material reviewed and a review of the current treatment plan.

6. A review of the current and prior medications taken in relation to the disabling condition.

7. The physical examination should be focused and include:

   behavioral observations;
   quantitative measures as appropriate to the diagnosis;
   precise language (avoid the use of vague terminology);
   a functional capacity assessment and the basis for any limitations.

8. A final assessment to include the diagnosis and summary of condition.

9. An overall disability determination and the criteria used in reaching the determination.

ML00258

2890 Carpenter Road, Suite 1400 • P.O. Box 130770 • Ann Arbor, Michigan 48113-0770
1-800-332-4463   FAX 313-973-2734
Web Page: http://www.UNIVAL-MED.com     E-Mail: Service@UNIVAL-MED.com



# UNIVAL

## FAX TRANSMITTAL

| | |
|---|---|
| **TO:** Elaine Carcolino | **DATE:** 5-20-97 |
| **ORGANIZATION:** Met | **FAX:** 315-792-2514 |
| **FROM:** Pam | |
| **SUBJECT:** Gail Kanagham | **NUMBER OF PAGES:** 2 |

Dear ___Elain___ :

This transmits:

- ☒ **Appointment Confirmation Letter**
- ☐ IME Narrative Report
- ☐ IME Evaluation Summary Form
- ☐ Work Function Impairment Form
- ☐ FCE Summary Form
- ☐ Physician Evaluation Form
- ☐ Other_____
- ☐ Addendum_____

The noted item(s) pending and requested from physician:

- ☐ IME Narrative Report
- ☐ IME Evaluation Summary Form
- ☐ Work Function Impairment Form
- ☐ FCE Summary Form
- ☐ Addendum_____
- ☐ Comments_____
  _____

This facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any distribution, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this information in error, please immediately notify us by telephone and return the information to us at the address listed below. Receipt by anyone other than the intended recipient is not a waiver of confidentiality privilege.

2890 Carpenter Road, Suite 1400 . P.O. Box 130770 . ANN ARBOR, MICHIGAN 48113-0770

800-332-4463 . FAX 313-973-2734

B150                ML00259



May 15, 1997

Ms. Doreen Heinrich
Met DisAbility
Long Term Disability
P.O. Box 3017
Utica NY 13504

                    RE: Ms. Gail Kernaghan
                    Claim No: 94097630
                    SSN:  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

Dear Ms. Heinrich:

    An Independent Medical Examination has been confirmed today for Ms.
Gail Kernaghan with J. Rafael Yanez, MD.

        Appointment: Thursday, June 5, 1997 at 10:00 AM

        Physician:    J. Rafael Yanez, MD
                      Neurosurgery
                      Medical Arts Building
                      1001 S Bradford Street
                      Suite 9
                      Dover DE  19904

                      Telephone:  (302)674-9100
                      Contact:    Sally

    The fee is $500.00 for the examination and narrative report and a
no-show fee of $100.00 , cancellation requires 48 hour notice, and
instructions have been forwarded to the doctor advising that any fee
increases require prior approval.

    UNIVAL's fee is $135.00 and this billing will be included with the
physician's report.

    Thank you for this opportunity to be of service.

                    Very truly yours,

                    Pam Brzozowski
                    Pam Brzozowski
                    Administrative Assistant

                    B151                                    ML00260

©1993 UNIVAL
· 2890 Carpenter Road, Suite 1400 · P.O. Box 130770 · Ann Arbor, Michigan 48113-0770 ·



# INVOICE

**RECORDEX SERVICES, INC.**
18 Great Valley Parkway • Suite 190
P.O. Box 3017
Malvern, PA 19355
(800) 525-2922 • FAX (610) 640-3844
EIN: 51-0370082

Invoice No. : CQ1306
Invoice Date: 04/22/9...
...
...
EIN          : 51-03700...

ATTN:...
S. MANCUSO
LTD DISAB SECTION
PO BOX 30...
UTICA  NY  13504  ...17

BW06382064

**Patient:** GAIL KERNAGHAN  9A097630

SUMMARY OF CHARGES FOR MEDICAL RECORDS REQUESTED

| CODE | SERVICE RENDERED | UNIT AMT | QTY | TAX | EXT AMT |
|------|------------------|----------|-----|-----|---------|
| | | | | | |

POSTAGE & HANDLING:
TAX:

LESS: PAID IN ADVANCE:

**AMOUNT DUE**    ➡    25.41

V. KESSLER

YOUR REQUEST HAS BEEN PROCESSED    JUL 29 1997
PLEASE MAKE PAYMENT PROMPTLY

VISA / MASTERCARD ACCEPTED        ML00261

B152

REMITTANCE

RECORDEX SERVICES, INC.

Great Valley Corporate Center
18 Great Valley Parkway, Suite 190
Malvern, PA 19355
1-800-525-2922
(610) 640-0600
FAX (610) 640-5844

Recordex Services, Inc. has been retained by the Medical Record Department of

The Pain Center

to fulfill requests for copies of medical records. We wish to emphasize that the increasing demands for patient data pose a rising threat to the confidentiality of the patient's medical information. Recordex Services strives to take every opportunity to safeguard patients' right to privacy as outlined in the AHA's Patient Bill of Rights. Specifically, all patients have the right "to expect that all communications and records pertaining to their care will be treated as confidential by the hospital and any other party entitled to review certain information in such records." As one such party, we ask that all information transmitted herewith be treated with utmost respect and the dignity such personal medical information warrants.

Enclosed are the reproduced medical documents specifically authorized by the patient or his/her legal representative. Each medical record was carefully reviewed to assure proper disclosure to you, the requestor. Any re-disclosure without the express written consent of the person to whom the information pertains is prohibited. Please be advised that the use of the information for other than the stated purpose is prohibited. Based upon guidelines provided by the American Health Information Management Association, the information should also be destroyed after the stated need has been fulfilled.

If you have any questions, please do not hesitate to contact us at 1-800-525-2922 and one of our Customer Service Representatives will be happy to assist you.

Thank you for your cooperation in maintaining the patient's right to privacy.

\ral\nondiscl.doc

ML00263