IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN, :
:
Plaintiff, : C.A. No. 05-402 (GMS)
:
v. :
:
METROPOLITAN LIFE INSURANCE :
COMPANY, as fiduciary and administrator of The :
IBM Long-Term Disability Plan, :
:
Defendant. :
:

## VOLUME IV OF X

### APPENDIX TO
### DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWERING
### BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

MᴄCᴀʀᴛᴇʀ & Eɴɢʟɪsʜ LLP

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date: April 13, 2006

ME1\5600684.1

## TABLE OF CONTENTS

**TITLE**                                                                                                                              **PAGE**

Excerpts of the Administrative Record ............................................................................B154–B204

## <u>CERTIFICATE OF SERVICE</u>

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 13, 2006, I caused a copy of the foregoing Appendix to Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served on the following counsel in the indicated manner:

<u>CM/ECF Filing</u>

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899


<u>/s/ Paul A. Bradley</u>
Paul A. Bradley (DE ID. No. 2156)

JPC-1489    SPU    E  # 526214  DISCHARGE DATE    04/96
     Thomas Jefferson University                Name:      KERNAGHAN, GAIL
                           Med Rec #:  01106941
       Report of Operation                  Proc Date:  11/04/96

PREOPERATIVE DIAGNOSIS:    RIGHT LUMBAR FACET DISEASE.

POSTOPERATIVE DIAGNOSIS:  SAME.

PROCEDURE:                RIGHT L2-L3, L3-L4, L4-L5, AND L5-S1
                          INTRA-ARTICULAR FACET INJECTIONS, STEROID
                          INJECTIONS, ARTHROGRAMS.

SURGEON:                  ERIC R. RATNER, M.D.

ASSISTANT:                CHRISTOPHER G. GHARIBO, M.D.

ANESTHESIOLOGIST:         KIRTI K. DOSHI, M.D.

ANESTHESIA:               MONITORED ANESTHESIA CARE.

INDICATIONS FOR SURGERY:  The patient has right-sided lumbar facet
pain.

The patient was seen in the Holding Area, and IV was placed.  The
patient was taken back to the Operating Room and placed in the prone
position.  The lumbar area was prepped and draped using Betadine and
sterile drapes in the usual fashion.  Under fluoroscopic, slightly
oblique projection the superior articular processes of L3, L4, L5
and S1 were identified.  The facet joints were also identified under
fluoroscopic guidance.  Each area above was anesthetized using 1%
lidocaine, a total of 10 cc.  A 3-1/2", 22-gauge needle was guided
into the facet joints at L2-L3, L3-L4, L4-L5, and L5-S1.  Each
needle was injected with 0.5 cc of nonionic contrast dye.  Excellent
arthrogram was achieved at each level.  Each needle was injected
with 0.75% bupivacaine and 20 mg of Aristocort.  All needles were
withdrawn intact.  The patient was taken to the Recovery Room in
excellent condition and will be discharged from the Short Procedure
Unit without complications and will follow up at the Jefferson Pain
Center in 1-2 weeks with Dr. Ratner.

DD: 11/04/96
DT: 11/04/96
TL211/JOB: 7381

                         Surgeon:      ERIC R. RATNER, M.D.


XXcc: ERIC R. RATNER, M.D.

ML00264



# UNIVAL

# IME REQUEST FORM

Transmittal Date _____     Number of Pages _____

**REFERRAL FROM:**

Company _____ MetLife _____     Contact _Sal Marchese_

Address _____ Long Term Disability _____     Phone _1 800 638-0064_

_____ P.O. Box 3017 _____     Fax _(315) 792-2514_

_____ Utica, NY 13504 _____     Verbal Requested? _____ Yes ___✓___ No

**PATIENT INFORMATION (Please Print)**

Name _Gail Kernaghan_     Address _10 East Saratoga Rd._

City _Milford_     State _DE_     Zip Code _19963_

Phone _(302) 424-2425_     Soc. Sec. _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_     Birthdate _8/15/52_

Date of Loss _11/21/94_     Claim/Control Number _940 97630_

Employer _IBM_     Group Number _____

Attending Physician(s) _Dr. Mousavi_

NATURE OF COMPLAINT - DIAGNOSIS _Radiculopathy L5-S1, Chronic_
_Lower back Pain_

**SERVICE REQUESTED:** ☐ FULL SERVICE          ☐ LOCATE AND MAKE APPOINTMENT

**SPECIALTY REQUESTED:**

☐ ORTHOPEDIC              ☐ PSYCHIATRY              ☐ CARDIOLOGY
☑ NEUROLOGY               ☐ INTERNAL MEDICINE      ☐ OCCUPATIONAL MEDICINE
☐ NEUROSURGERY            ☐ PHYSIATRY (PM&R)       ☐ CHIROPRACTIC
☐ GENERAL MEDICINE        ☐ DERMATOLOGY            ☐ RHEUMATOLOGY
☐ OTHER _____

_Mailed_
_4/24/97_
_S.M._

**TYPE OF EVALUATION:**

☐ SHORT TERM DISABILITY          ☐ WORKERS COMPENSATION
☑ LONG TERM DISABILITY           ☐ AUTOMOBILE LIABILITY
☐ INDIVIDUAL DISABILITY          ☐ CREDIT DISABILITY
☐ WAIVER OF PREMIUM              ☐ MEDICAL RECORDS REVIEW
☐ OTHER _____          ☐ A D & D

B155          ML00265

Comments _____

## Authorization

I authorize any medical professional, hospital or other medical-care institution, insurance support organization, pharmacy, governmental agency, insurance company, group policyholder, employer or benefit plan administrator to provide Metropolitan or an agent, attorney, consumer reporting agency or independent administrator, acting on its behalf, information concerning advice, care or treatment provided the patient, employee or deceased names below, including information relating to mental illness, use of drugs or use of alcohol. I also authorize my employer, group policyholder or benefit plan administrator to provide Metropolitan with financial or employment-related information.

I understand that such information will be used by Metropolitan for the purpose of evaluating my claim for insurance benefits and that I or any authorized representative will receive a copy of this authorization upon request.

This authorization is valid from the date signed for the duration of the claim.

_____     _____
Employee's Signature (or Legal Guardian if applicable)     Date Signed (Mo./Day/Year)

2

NYHO-HZ979G

B156

ML00266

Under the Long Term Disability Plan, totally disabled
means that during the first 12 months after you complete
the waiting period, you cannot perform the important
duties of your regular occupation with IBM because of a
sickness or injury. After expiration of that 12 month
period, totally disabled means that, because of a
sickness or injury, you cannot perform the important
duties of your occupation or of any other gainful
occupation for which you are reasonably fit by your
education, training or experience. You must be under a
doctor's care for your disability. At your own expense
proof of disability, satisfactory to Metropolitan, must
be submitted to Metropolitan. "Your regular occupation
with IBM" means the regular occupation you had with IBM
as of your last day of active status.

ML00267

Page 4
Con't.  Kernaghan, Gail

procedures are completed.   This regimen could consist of Motrin
800mg tid, Ultram 100mg prn q 6h, and Flexeril 10mg po qd.

Thank you once again for your referral of Ms. Kernaghan to the
Jefferson Pain Center. We will keep you informed as to the results
of the facet blocks and our findings and keep you advised as to any
future procedures planned in the future.

Yours truly,

Eric R. Ratner, M.D.
Attending, Anesthesiology
Jefferson Pain Center


Tom McGrath, M.D.
Fellow, Jefferson Pain Center

TM:pl

Gail Kernaghan
Follow Up
1/7/97

Gail was seen at this office for a follow up visit on 1/7/97. The patient states that she is still having pain. She was seen in the Pain Clinic at Jefferson, who gave her the block in the region, without benefit. She returned home, and keeps calling them, however they will not respond to her calls.

On examination, there is tenderness in the L3 region, and positive straight leg raising, and flexion of the spine is only 35 degrees. Neurological exam, mental status, alert, oriented x 3, with good judgement, calculation, recent and remote memory. Cranial nerves, funduscopic exam did not reveal any abnormalities. Visual fields are full by confrontation, eom's full, no nystagmus. Pupils were equal, reactive to light and accommodation. Normal lower cranial nerves. Motor, normal tone and strength. Deep tendon reflexes are 2+, plantar response flexor. Gait and coordination are within normal limits.

The plan would be to continue on Percocet, continue on physical therapy, and hydrotherapy, and return to this office prn.

Shahla V. Mousavi, M.D.

ML00272

Gail Kernaghan
Follow UP
10/22/96

Gail was seen at this office for a follow up visit on 10/22/96. She was seen in the Pain Clinic for evaluation and consultation. Apparently, they had recommended treatment, and injection of some anesthetic in the epidural region. However, she is not certain about this procedure.

On examination, mental status, alert, oriented x 3 with good judgement, calculation, recent and remote memory. Cranial nerves, funduscopic exam did not reveal any abnormalities. Visual fields are full by confrontation. Eom's full, no nystagmus. Pupils were equal, reactive to light and accommodation. Normal lower cranial nerves. Motor normal tone and strength. Deep tendon reflexes 2+, plantar response flexor. Gait and coordination within normal limits. There is tenderness in the L3 region, with spasm of the paraspinal muscles.

The plan would be to wait for the procedure to be done. The patient will return to the office after the above.

Shahla V. Mousavi, M.D.

*Shahla V. Mousavi, M.D., F.A.C.I.P.*

NEUROLOGY

NEUROMUSCULAR DISEASE

TELEPHONE (302) 629-0266

FAX (302) 629-3418

MOBILE PHONE (302) 542-4400

DIPLOMATE AMERICAN BOARD OF PAIN MEDICINE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

Gail Kernaghan
Follow Up
2/15/96

Mrs. Kernaghan was seen at this office for a follow up visit on 2/15/95.
The back pain continues.  EMG was compatible with radiculopathy.

Examination revealed positive straight leg raising, tenderness in the right
sacro-iliac joint, spasm of paraspinal muscles.  Neurological exam was
unremarkable.

The plan would be to schedule the patient for MRI.  In the meantime, we will
try some physical therapy.

Shahla V. Mousavi, M.D.

701 MIDDLEFORD ROAD • SEAFORD, DELAWARE  19973                    ML00274

Shahla V. Mousavi, M.D., F.A.C.U.P.

NEUROLOGY

NEUROMUSCULAR DISEASE

TELEPHONE (302) 629-0266

FAX (302) 629-3418

MOBILE PHONE (302) 542-4400

DIPLOMATE AMERICAN BOARD OF PAIN MEDICINE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

Gail Kerragham
Follow Up
2/6/96

Gail was seen at this office for a follow up visit on 2/6/96. She is complaining of severe back pain, especially with the cold weather the back is worsening. The pain is predominantly on the right side, with occasional radiation to the right leg. Occasionally it radiates to the knee, and occasionally to the toes. However, she is not certain which toe. Presently, she is on muscle relaxant as well as Percocet, as well as Effexor.

Exam revealed tenderness in the mid-lumbar region, severe spasm of the paraspinal muscles. Positive straight leg raising on the right side. Motor exam, sensory exam, gait and coordination did not reveal any abnormalities.

IMPRESSION: Possible lumbosacral radiculopathy.

The patient will be scheduled for EMG and NCT of the lower extremities, and have follow up after that. The possibility of trigger point stimulation is considered.

Shahla V. Mousavi, M.D.

701 MIDDLEFORD ROAD • SEAFORD, DELAWARE 19973

ML00275



**Thomas Jefferson University Hospital**
*Jefferson Health System*

Jefferson Pain Center

834 Chestnut Street
Ben Franklin House, Suite T 150
Philadelphia, PA 19107-5127

215-955-PAIN
Fax: 215-923-5086

October 8, 1996

Shahla Mousadi, M.D.
701 Middleford Road
Seaford, DE  19973

Re:  Kernaghan, Gail
Date of Evaluation: 10/8/96

Dear Doctor Mousadi:

Thank you for your referral of Ms. Kernaghan to the Jefferson Pain Center. Gail indicated that there were two reasons for her referral. The first is regarding the issue of a spinal cord stimulator and the second is her concern regarding her current opioid regimen. Ms. Kernaghan's primary complaint was chronic lower back pain and right hip pain with occasional radiation of pain to her right lower extremity. She stated that the date of onset was January 17, 1993 when she was injured in a sledding accident which led to a burst fracture of L3. She said that since this accident in 1993 she has had axial low back pain which is dull and aching as well as right buttock pain which has been increasing in severity. Within the last six months she has been experiencing radiation of this pain to the right lower extremity along the anterolateral aspect to the last three toes of the right foot. Gail indicated that she has diabetic neuropathy as well. She has no bowel or bladder dysfunction. She has difficulty sleeping and when she does not take Ambien she wakes up periodically throughout the night. Gail stated that she has been seeing you since August, 1995 to the present time and that it is your feeling that her pain is secondary to a right L5-S1 radiculopathy. She has tried trigger point stimulation.

An EMG in February, 1996 was suggestive of an L5-S1 radiculopathy. An MRI in March, 1996 did not show any evidence of a radiculopathy. A bone scan was performed which was negative for osteomyelitis.

Ms. Kernaghan is also seeing Dr. Gray in Middleford, Delaware who is her primary physician, and has been since August, 1995 to the present time. Prior to her moving to Delaware Ms. Kernaghan had

B163

ML00276

System Members:     • Bryn Mawr Hospital     • Great Valley Health     • Thomas Jefferson University
                    • Bryn Mawr Rehab        • Lankenau Hospital           Hospital

Page 2
Con't.   Kernaghan, Gail

been treated by Dr. Allen Carl who is an orthopedist at Albany
Medical Center from January, 1993 through August, 1995. Dr. Carl
had discussed with her the possibility of an anterior-posterior
fusion, but that in light of her diabetes, he felt that
consideration of this surgery should be delayed. She said that Dr.
Carl had given her cortisone injections to her hip and that he had
done various diagnostic facet blocks in the past which have helped
her for periods of time. While she was at the Albany Medical Center
she also saw Dr. Barry Greenhouse from October, 1993 through
August, 1995 and that he had prescribed a TENS unit which was
helpful for approximately 4-5 months and had suggested cryo surgery
which the patient had refused.  In Albany the patient had undergone
physical therapy from May, 1992 to January, 1995 and has undergone
ultrasound physical therapy while in Delaware from January to
April, 1996.

Ms. Kernaghan describes her pain as an axial low back pain which is
dull and aching with radiation to the right buttock.  She says that
she is not having any right lower extremity pain at the present
time.  She stated that the pain was increased with weather changes,
standing longer than 15 minutes, sitting for more than 1/2 hour,
hormonal cycle, as well as flexion of the torso.  The pain is
decreased by the supine positioning, heat, and medications.

The patient is <u>allergic</u> to sulfa.

Her <u>past medical history</u> is significant for IDDM since the age of
20. She uses a sliding scale and takes Humulin NPH 11-12 Units and
1-2 Units of Regular each morning. At 4 pm she takes 3-4 Units of
NPH and 3-4 Units of Regular. She indicated that she has diabetic
neuropathy of all her toes bilaterally. She has a history of
rheumatic fever as well.  She stated that she has a problem with
anesthesia when she had a tubal ligation where there were PVCs
which appeared during the surgery and she was observed in the CCU
for one day.

<u>Social history</u>: Ms. Kernaghan indicated that she was formerly
employed as a program manager at IBM and that she was able to

ML00277

Page 3
Con't.  Kernaghan, Gail

return to work after her accident, however, only on a part-time
basis until January, 1994.  She has since been unemployed due to
her pain. She is married and lives with her husband and children
and there is no litigation in progress regarding her pain
condition.

Her underline current medications are as previously indicated.  She is taking
Humulin insulin NPH and Regular as well as a sliding scale,
Percocet 3 tablets q day, Gantrium 25mg po bid, Effexor 37.5mg bid,
and Ambien q hs.

On underline physical examination her BP was 138/69, heart rate 64/min,
respiratory rate of 18/min. She is 5'5" and weighs 160 pounds. Her
exam was essentially unremarkable. She had a negative straight leg
test bilaterally and questionable Patrick's sign. Contralateral
straight leg was negative. She had good heel and toe walking. She
was able to flex her torso and touch her toes without pain, but
torso extension did elicit minimal pain. She exhibited minimal
tenderness to palpation at approximately L3 axially and had some
minimal tenderness of the right buttock. She stated that she had
tenderness of the lumbar facets when palpated.

underline Impression: Gail is suffering from lower back pain with radiation
to the right buttock and occasional radiation to the anterolateral
right thigh, leg, and foot. Possible pain generators are the facets
joints, discogenic irritation of the nerve root secondary to
chemical irritation or compression from discs.

underline Plan: After a detailed discussion with Ms. Kernaghan regarding our
findings and impressions, she has been scheduled for facet blocks
of the lumbar region.  Gail will contact Dr. Carl and request him
to forward information to us regarding the levels at which he had
done facet blocks and his specific findings at that time. After
review of this information, specific facet levels for the facet
blocks will be determined. Aqua therapy was discussed and to
consider lumbar epidural steroid injections and possibly spinal
cord stimulation at a later point following.  A specific drug
regimen recommendation can be outlined after interventional

ML00278

B165

Shahla V. Mousavi, M.D., F.A.C.

NEUROLOGY

NEUROMUSCULAR DISEASE

TELEPHONE (302) 629-0266

FAX (302) 629-3418

MOBILE PHONE (302) 542-4400

DIPLOMATE AMERICAN BOARD OF PAIN MEDICINE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

Gail Kerraghanm
Follow up
9/19/95

Gail Kerragham was seen at this office for follow up visit on 9/19/95.
The patient is still complaining of pain in the back, off and on. However,
the medications are beneficial. The patient complains of difficulty with
flexion. She has difficulty with thinking and being groggy.

On exam today, there was limitation of flexion of the spine, and right
lateral flexion. Otherwise, unremarkable.

The plan will be to continue the same medication. The patient will return
to this office after a month.

Shahla V. Mousavi, M.D.

701 MIDDLEFORD ROAD • SEAFORD, DELAWARE  19973

ML00279

*Shahla V. Mousavi, M.D., F.A.C.P.*

NEUROLOGY

NEUROMUSCULAR DISEASE

TELEPHONE (302) 629-0266

FAX (302) 629-3418

MOBILE PHONE (302) 542-4400

DIPLOMATE AMERICAN BOARD OF PAIN MEDICINE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

Gail Kernaghan
Follow up
12/7/95

Gail was seen at this office for a follow up visit on 12/7/95. She is still complaining of severe back pain, where the fracture was, as well as pain in the right hip and right sacro-iliac joint.

The patient presently is on Percocet, Effexor, and Baclofen. She is still in severe pain. The pain is predominantly in the right S-I joint.

Exam today revealed tenderness in the right S-I joint, positive straight leg raising, spasm of paraspinal muscles. There is no defininte weakness. The reflexes are normal. Sensory exam revealed reduced sensation in the right S1 distribution.

IMPRESSION: Possible S1 radiculopathy.

At the present time, I recommend the patient to continue the same medication, start on TENS treatment, continue exercising, and to return to this office after 3 months.

Shahla V. Mousavi, M.D.

701 MIDDLEFORD ROAD • SEAFORD, DELAWARE  19973

ML00280

*Au Delmarva Neurology - Pain Center*

*Shahla V. Mousavi, M.D., F.A.C.I.P.*

NEUROLOGY
NEUROMUSCULAR DISEASE
FAX (302) 629-3418
MOBILE PHONE (302) 542-4400
DIPLOMATE AMERICAN BOARD OF PAIN MEDICINE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES
(302) 629-0266
(410) 629-1350

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY
(302) 947-1730
(302) 422-8700

Gail Kernigan
Follow Up
5/21/96

Gail was seen at this office for a follow up visit on 5/21/96. The pain in the back continues. Presently, she is on Percocet and Effexor, and Dantrium.

Exam revealed tenderness in the lumbosacral region, and tenderness in the right S-I region, tenderness in the L3 region, positive straight leg raising. Sensory exam revealed reduced sensation in the distribution of right S1 region, and L5 as well. Mental status, alert, oriented x 3 with good judgement, calculation, recent and remote memory. Cranial nerves, funduscopic exam did not reveal any abnormalities. Visual fields are full by confrontation, eom's full, no nystagmus. Pupils are equal, and reactive to light and accommodation, normal lower cranial nerves. Motor, normal tone and strength. Deep tendon reflexes 2±, plantar response, flexor. Gait and coordination within normal limits.

The plan would be to continue the same medication, which includes Effexor and Percocet, and Dantrium. Also, start the patient on trigger point stimulation. She will return to this office for six treatments of trigger point stimulation.

Shahla V. Mousavi, M.D.

B168

ML00281

*Shahla V. Mousavi, M.D., F.A.C.I.P.*
NEUROLOGY
NEUROMUSCULAR DISEASE
TELEPHONE (302) 629-0266
FAX (302) 629-3418
MOBILE PHONE (302) 542-4400
DIPLOMATE AMERICAN BOARD OF PAIN MEDICINE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

Gail Kernaghan
3/19/96
Follow Up

Gail was seen at this office for a follow up visit on 3/19/96.  The patient had an MRI of the lumbosacral region which did not reveal any abnormalities except for compression fracture of L3.  The patient's complaint continues, starting predominantly on the right hip region, and continuing to the posterior part, up to the knee.  Occasionally, it goes down to the toes, and predominantly last two toes.  In the MRI there was no evidence of radiculopathy.  This was discussed with Dr. Davies, who suggested that if the symptoms continue, MRI of the pelvis should be considered.

The patient stated that she has stopped exercising, and since then her symptoms have improved.

Examination revealed tenderness in the L3 region.  Straight leg raising is negative.  There is tenderness in the right S-1 joint.  On neurological exam there was a suggestion of reduced sensation in the right S1 root distribution.  The patient stated that since she has stopped exercising, her symptoms have improved.

At the present time, it is recommended to the patient to stay out of any physical activity that is too strenuous, however, after the symptoms have subsided, she may go back on light exercise.  The patient should be continued on the present medications, including Percocet, prn and Effexor, 37.5 mg. daily.  The patient will return to this office after 2 months unless the symtoms worsen or continue.

Shahla V. Mousavi, M.D.

B169

701 MIDDLEFORD ROAD • SEAFORD, DELAWARE  19973

ML00282

Gail Kernighan
Follow Up
7/2/96

Gail was seen at this office for follow up visit on 7/2/96.   The patient
stated that the trigger point stimulation made her condition worse, and we
stopped, and cancelled the appointment for her.  She complained of pain in
the back, pain in the right hip, and radiation pain to the right leg.
Orthopedic evaluation was requested, however, she refuses to see an
orthopedist.

On examination, there is positive straight leg raising, tenderness in the
right sacroiliac, and right hip region.  Deep tendon reflexes are 2+,
plantar response flexor.  Gait did not reveal any abnormalities.  Sensory
exam revealed reduced sensation in the right S1 distribution.  Traction
will be considered on her next appointment.  In the meantime, I would like
to take her off Percocet, if possible, and use it only prn, and add Elavil
at hs.

The patient is to return to this office after a month.

Shahla V. Mousavi, M.D.

ML00283

Gail Kernaghan
Follow Up
7/30/96

Gail was seen at this office for a follow up visit on 7/30/96. The patient is complaining of severe pain. Apparently, she was out of medication last week.

Examination revealed tenderness in the L3 region. There is positive straight leg raising on the right side. The pain radiates to the right leg, all the way to the ankle.

Neurological exam, mental status, alert, oriented x 3 with good judgement, calculation, recent and remote memory. Cranial nerves, funduscopic exam, did not reveal any abnormalities. Visual fields are full by confrontation. Eom's are full, no nystagmus. Pupils are equal, and reactive to light and accommodation. Normal lower cranial nerves. Motor, normal tone and strength. Deep tendon reflexes are 2+, plantar response flexor. Gait and coordination is within normal limits.

The plan would be to try to cut down the Percocet, add Tegretol, 200 mg. po, bid, increase the Effexor to 2 tablets, and add Toradol if the above medication is not beneficial. The patient was recommended to be seen by an orthopedist, however, at the present time, she refuses, since apparently she was told by an orthopedist that there is not much treatment, especially with the diabetes. The patient is to return to this office after a month.

Shahla V. Mousavi, M.D.

B171                                                        ML00284

Gail Kernaghan
Follow Up
8/27/96

Gail was seen at this office for a follow up visit on 8/27/96. She is complaining of severe back pain radiating to the leg. She is also having some emotional problems. Apparently her husband has left her. She was under a lot of stress trying to cope with her pain and the emotional stress, and handling her daughter as well. The daughter is 16, a very good girl, working, studying, and taking care of her mother as well.

Examination revealed tenderness in the lumbar region, as well as the right sacro-iliac joint. There is positive straight leg raising, and spasm of paraspinal muscles. Neurological exam, mental status, the patient is depressed, however, alert, oriented x 3, with good judgement, calculation, recent and remote memory. She is very pleasant. Cranial nerves, funduscopic exam, did not reveal any abnormalities. Visual fields are full by confrontation. Eom's full, no nystagmus. Pupils were equal, reactive to light and accommodation. Normal lower cranial nerves. Motor, normal tone and strength. Deep tendon reflexes 2+, plantar response flexor. Gait and coordination were within normal limits.

The plan would be that the patient was recommended to go to the Philadelphia Pain Center for possible electrical stimulation in the area. However, at the present time she is refusing because of the other problems going on. She was recommended to start exercising, use physical therapy and hydrotherapy, and when she is ready, she will be referred to Philadelphia. The patient is to return to the office prn.

                                        Shahla V. Mousavi, M.D.

August 16, 1995
Initial Consultation
Kernaghan, Gail

Gail Kernaghan is a 42 year old female who apparently injured
her back with fracture of the L-3 in 1993 during sledging
accident.  Patient sustained a fracture and had multiple
physical therapy and conservative treatment, however was told
that a part of it is fused a part of it is not fused and surgical
fusion is postponed since the patient does not have
neurological symptoms.  Past history is remarkable for
diabetes mellitus.  Patient received treatment with acupuncture which
was not beneficial.  Presently she is on Efexor 37.5 BID
Flexoril 10 mg po TID and Dehydrocortison (DHC) two tablets every
four hour PRN.  Patient, also, insullin dependent diabetic and
is on ten unit NPH in the morning as well as 224 unit in the
morning and 224 unit in the PM.  Patient is married and has
daughter who is 15 years old.  Patient also complains of
rheumatic fever at the age of six.  Present medication consist of
what is mentioned above.  Patient is allegic to Sulfur.
Examination revealed tenderness in mid lombar region.  There
is limitation of flexion and extension of the body.  Natural
flexion is ok.  Patient's main complaint is during when she
stands up.  Neurlogical exam is normal.

Plan:  Obtain the record from other physican.  Continue
assigned medication.  Return to this office after a month.


SVM:de

ML00286

# McNeill, Wilkin, Colella, Kuppens and Associates

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Pasadena, CA
(800) 655-4298, (818) 564-0831
Fax (818) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

February 12, 1997

**Ed Herrin**
**Met Life LTD Claims**
PO Box 3017
Utica, NY  13504

**Regarding:**  Gail A. Kernaghan    *35750*
**Claim No.:**   094097630    **SSN: 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**

Dear Mr. Herrin:

Due to a large backlog at the Appeals Council, the file has not been assigned to a particular branch for review.  A branch must be assigned before our office will receive a copy of the hearing audiocassette necessary to file the appeal brief.

I shall update you in approximately 120 days.  Please call me at 1-800-677-0531 if you should have any questions.

Sincerely,

William E. Wilkin
Representative

WEW/ld

# McNeill, Wilkin, Colella, Kuppens and Associates

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Pasadena, CA
(800) 655-4298, (818) 564-0831
Fax (818) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

November 11, 1996

Ed Herrin
Met Life LTD Claims
PO Box 3017
Utica, NY  13504
||..||..||..||.||..||.||....||..||..||

Re:  Gail A. Kernaghan
Claim No.: 094097630;  Group No.: 35750          NOV 14 1996

Dear Mr. Herrin:

Enclosed please find the Notice of Denial in the Social Security disability case for Mrs. Kernaghan. I filed a request for review with the Appeals Council today.

It will take the government's contractor at least sixty days to produce a copy of the hearing audiocassette.  When that audiocassette arrives, I shall listen to the hearing and compose a written appeal letter.  Because the Appeals Council is taking at least ten months before it begins to review any appeal letter, please allow at least one hundred and twenty (120) days for our first update in this case.

Sincerely,

William E. Wilkin
Representative

WEW/dsc

Enclosure

ML00291

## Disability Management Services

Scalise, V., Director
Eddy, P., Director
Collins, S. Sec.

| LTD I | LTD II | LTD III | Special Services |
|---|---|---|---|
| ito, F. Unit Mgr m032 | Linke, A., Unit Mgr u066 | Briend, P. Unit Mgr u133 | Laino, N. Unit Mgr x009 |
| ahill, K. Sr Spec.m104 | Schmidt, B., Sr. Spec.u069 | Backman, Joan Sr. Spec u121 | Balfe, M. Sr. Spec.m065 |
| erberick, L. u155 | Brown, B.u062 | Bielawny, K. u016 | Briend, D. Sr. Spec.m003 |
| osiak, C. u004 | Iannone, D.u065 | Douglas, D. u056 | Campbell, L. Sr. Spec. m135 |
| rooks, K. u027 | Ferguson, K. u061 | Durrigan, M.U029 | Lake, L. Sr. Spec.x010 |
| atson, G. u270 | Jacobus, Jay u192 | Edkins, R. u142 | Aceto, A. x004 |
| ool, D u100 | Klimacek W. u032 | Lanigan, M. u034 | Ames, L. m023 |
| iggins, C. u144 | Knutti, B. u017 | LaRue, B. | Amderson, K. u125 |
| emler, C. u055 | Maneen, M. u033 | Leclair. J. | Bertolini, K. u040 |
| insella, E. u076 | Manley, E. u036 | Manley, M. u129 | Burger, D. x005 |
| alick, D. u025 | Monaco, A. u077 | Richards, M. u118 | Combs, J. u018 |
| urphy, R. u259 | Rubino, M. u068 | Scaparo, T. u124 | Dipierro, M. u013 |
| elson, L. u084 | Scalzo, A. u112 | Sylvester, M. RN u233 | Godlewski, K.x006 |
| icoletta, J. u101 | Stachnik, L. | Teall, F. u070 | Guarnieri, P. x007 |
| arslow, S. u011 | White, K. u019 | Trozzi. G. u135 | Owen, M. m009 |
| armon, R. u157 | Preston, P. u095 | Usyk, C. u067 | Peters, E. m147 |
| irk, P. u127 | Woodward, F. u159 | Van Slyke, J. u079 | Rahn, S. x008 |
| iehmann, B. u037 | | Bogdan, A. RN u105 | Snell, G. u039 |
| awyer, N. u078 | | Duda, C. u249 | Swiderski, B. m102 |
| olo, C. u160 | | White, J. u163 | Uryniak, M. u156 |
| ajac, M. u148 | | Aversa, M u164 | Whittemore, K. u140 |
| ceto, S. u071 | | | Wood, T. m014 |
| | | | Herrin, E. SS Coordinator m017 |

| Net I&R | Paper II | Sears/Allstate/IBM | |
|---|---|---|---|
| tewart, V. , Unit Mgr.m004 | George, R. Unit Mgr u143 | Austin, R., Unit Mgr. u022 | |
| arallo, D., RN | Basciotta, D. Sr. Spec u081 | Achen, R. Sr. Spec. u134 | |
| urney, D., Sr. Spec.m008 | Baldanza, L. u126 | Gondek, R., Sr. Spec. u102 | Staff Section |
| mith A., Sr. Spec.m006 | Coffin, K. u085 | Abrams, J. u038 | |
| alhoun, D. m020 | Hinderling, L. u098 | Bonaros, G. u230 | Blase, N. x106 |
| eener, P. m150 | Jones-Flansburg u020 | Cancelino, E. u257 | Campbell, E. x107 |
| lo, P m010 | Palumbo, L. u002 | Christnan, J u057 | D'Amore P. u117 |
| odkin, S. | Pohorecki, D.u058 | Ciccone, P. u041 | Desens, J. |
| iddy, D. m018 | Van Deusen, D.u115 | Czech, S. u028 | Ferdula, S. x105 |
| challer, K. m021 | Burton, L. u099 | Fisher, M. u007 | LaNeve, R. |
| haling, T. m015 | Arnold, K. u167 | Fournier, D. u087 | McCarthy, R. |
| arr, J. m036 | | Froio, K. u088 | Noone, R. x103 |
| ahnke, T. m047 | | Hagerty, M. u108 | Radell, R. u114 |
| | | Heinrich, D. u043 | Radigan, A. m063 |
| aytheon | | Kessler, V. u044 | Robilotto, M. m106 |
| | | Marchese, S. u059 | Serprenant, J. x108 |
| asciotta, G. Unit Mgr u120 | | Martin, J. u045 | Warchal, R. |
| oonan, P. Rehab Coordinator u130 | | Rohan, S. u145 | Landau, P. |
| onilotta, C. Sr. Spec. | | Ruiz D. u122 | |
| onte, M. u031 | | Salerno, M. u072 | |
| roz, J. u015 | | Stone, T. u256 | LTD Clerical Unit |
| ciortino, B. u260 | | Thompson, S. u046 | Catera, S. Supv. u111 |
| okolowski, C. u030 | | Lyons, M. u012 | Fernalld, N. Supv. m007 |
| iedmer, C. u116 | | Screen, L. u231 | Kauth R.u026 |
| | | | IME CLERKS      COPY/FAX |



ML00297       ED HERRIN

SEP 18 1996

F41
Please file

NAME _____    DATE _____    B176

# McNeill, Wilkin, Colella, Kuppens and Associates

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Boston, MA 02109
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

Pasadena, CA 91106
(800) 655-4298, (818) 564-0300
Fax (818) 564-9493

September 12, 1996

Ed Herrin
Met Life LTD Claims (NY)
PO Box 3017
Utica, NY 13504

        Re:   Gail A. Kernaghan
*claim*  LTD:  094097630        35750      SEP 17 1996
        SSN:   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

Dear Mr. Herrin:

The hearing for Mrs. Kernaghan was held on September 11, 1996 at Dover, Delaware.  Please
allow two to three months for the administrative law judge to issue a decision.

Sincerely,

William E. Wilkin
Representative

/wew

ML00298

# McNeill, Wilkin, Colella, Kuppens and Associates

*A professional corporation providing*
*Social Security Advocacy*

1144 Walker Road, Suite F
Great Falls, VA 22066-1837
(800) 677-0531, (703) 757-7605
Fax (703) 757-0457

Boston, MA 02109
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

Pasadena, CA 91106
(800) 655-4298, (818) 564-0300
Fax (818) 564-9493

September 3, 1996

Ed Herrin
Met Life LTD Claims
PO Box 3017
Utica, NY 13504

**Regarding:** Gail Kernaghan
**Claim #:** 94097630    35750 

Dear Mr. Herrin:

As you are aware, the Social Security disability case for Mrs. Kernaghan has been pending at the "hearing" level. I have been informed that a hearing will be scheduled for **September 11, 1996** in Dover Delaware.

Please call me if you have any questions. My telephone number is 1-800-677-0531.

Sincerely,

William E. Wilkin
Representative

WEW/ld

B178    ML00299

DISTRIBUTION LIST

| Ronda Austin | U022 | IZLRAU |
| Robert Gondek | U102 | IJCGONDK |
| Valerie Kessler | U044 | IZLVAL |
| Ellie Abrams | U038 | IZLELVA |
| Greg Boparos | U230 | IZLECN |
| Elaine Cancelino | U257 | IZLCANC |
| Judy Christman | U057 | IZLJUDY |
| Patty Ciccone | U041 | IZLFATC |
| Susan Czech | U028 | IZSUEC |
| MaryJo Fisher | U007 | IZLMARY |
| Deb Fournier | U087 | IZLDEBF |
| Rob Froio | U088 | IZLFROIO |
| Mike Hagerty | U108 | IZLHAG |
| Doreen Heinrich | U043 | IZLDORE |
| Sal Marchese | U059 | IZLSAL |
| Joanne Martin | U045 | IZLJOAN |
| David Ruiz | U122 | IZLRUIZ |
| Mark Salerno | U072 | IZLMARKS |
| Tauni Stone | U256 | IZLSTONE |
| Sue Thompson | U046 | IZLSUE |
| Marion Lyons | U012 | IZLYONS |
| Lisa Screen | U231 | IZLISA |
| Kathleen Teeps | U132 | IZLTEEPS |

RC follow-up.     Sal
                  6/12/96

ML00300

B179

UNIT # _____    _____

## PHYSICIAN'S REPORT OF PHYSICAL CAPACITY        35750

**INSTRUCTIONS FOR PHYSICIAN:** The purpose of this report is to assist us in making a determination of disability and rehabilitation potential. Please complete and be as detailed as possible.

Patient Name: _Grail Kernaghan_          Claim #: _94097630_

Date of Birth: _8/15/52_                 Occupation: _____

Place an X in each of the appropriate boxes to describe the extent of the specific activity the patient is able to perform.

**NUMBER OF HOURS PER WORK SHIFT**

| | 0 | 1-2 | 3-4 | 5-6 | 7-8 |
|---|---|---|---|---|---|
| 1. Sitting | | ✓ | | | |
| 2. Standing | | ✓ | | | |
| 3. Walking | O | | | | |
| 4. Bending Over | O | | | | |
| 5. Twisting | | ✓ | | | |
| 6. Climbing | | ✓ | | | |
| 7. Reaching Above Shoulder Level | O | | | | |
| 8. Crouching/Stooping | O | ✓ | | | |
| 9. Kneeling | | ✓ | ✓ | | |
| 10. Balancing | | | ✓ | | |
| 11. Pushing or Pulling | O | | | | |

| 12. Repetitive Use of Foot Control | 0 | 1-2 | 3-4 | 5-6 | 7-8 |
|---|---|---|---|---|---|
| A. Right Foot Only | | | ✓ | | |
| B. Left Foot Only | | | ✓ | | |
| C. Both Feet | | | | | ✓ |

MAY 22 1996

| 13. Repetitive Use of Hands | 0 | 1-2 | 3-4 | 5-6 | 7-8 |
|---|---|---|---|---|---|
| A. Right Hand Only | | | | | ✓ |
| B. Left Hand Only | | | | | ✓ |
| C. Both Hands | | | | | ✓ |

| 14. Grasping | 0 | 1-2 | 3-4 | 5-6 | 7-8 |
|---|---|---|---|---|---|
| A. Simple/Light | | | | | |
| 1. Right Hand Only | | | | | ✓ |
| 2. Left Hand Only | | | | | ✓ |
| 3. Both Hands | | | | | ✓ |
| B. Firm/Strong | | | | | |
| 1. Right Hand Only | | | | | ✓ |
| 2. Left Hand Only | | | | | ✓ |
| 3. Both Hands | | | | | ✓ |

| 15. Fine Finger Dexterity | 0 | 1-2 | 3-4 | 5-6 | 7-8 |
|---|---|---|---|---|---|
| A. Right Hand Only | | | | | ✓ |
| B. Left Hand Only | | | | | ✓ |
| C. Both Hands | | | | | ✓ |

LTD-74    REV. 1/91

ML00301

B180



Social Security Advocacy

1144 Walker Road
Suite F
Great Falls, VA  22066-1837
(703) 757-7605
(800) 677-0531
FAX (703) 757-0457

June 3, 1996

**Ed Herrin**
**Met Life LTD Claims**
Cosby Manor Rd
PO Box 3017
Utica, NY 13504
|..||..||..||.|.|.||..|..||..||

Boston, MA
(617) 367-2163
(800) 825-7734
FAX (617) 367-1243

Pasadena, CA
(818) 564-0300
(800) 655-4298
FAX (818) 564-9493

**Re:**     Gail Kernaghan
**Claim No:**    094097630   *35750*
**SSN:**      ~~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~~

*JUN 5 1996*
*5/22/96 mail*

Dear Mr. Herrin:

Mrs. Kernaghan's claim has been pending at the  Philadelphia, Pennsylvania Office of Hearings and Appeals.   Although the file has been assigned to Judge Bernstein, a hearing date has not yet been set.

We will update you as soon as we have additional information.   Should you have any questions, please contact our Virginia office at 1-800-677-0531.

Sincerely,

*William C. Wilkin*

William E. Wilkin
Representative

WEW/ld

*ED HERRIN*
*JUN 06 1996*

ML00303



Social Security Advocacy

1144 Walker Road
Suite F
Great Falls, VA 22066-1837
(703) 757-7605
(800) 677-0531
FAX (703) 757-0457

April 29, 1996

Boston, MA
(617) 367-2163
(800) 825-7734
FAX (617) 367-1243

**Ed Herrin**
**Met Life LTD Claims**
Cosby Manor Rd
PO Box 3017
Utica, NY 13504

Pasadena, CA
(818) 564-0300
(800) 655-4298
FAX (818) 564-9493

|||||||||||||||||||||

Re:        Gail Kernaghan        *35750*      MAY 3  1996
Claim No:  094097630
SSN:       **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**

Dear Mr. Herrin:

Ms. Kernaghan's claim for Title II benefits is currently pending at the Office of Hearings and Appeals in Philadelphia, Pennsylvania. Due to large backlogs, it may be three to four more months before a judge is assigned to the claim.

If you have any questions, please phone us in Virginia at 1-800-677-0531.

Sincerely,

*William E. Wilkin*

William E. Wilkin
Representative

WEW/nh

ED HERRIN

MAY 03 1996

ML00304

## Disability Management Services

Scalise, V.,Director
Oddy, P., Director
Hartz, J.
Collins, S. Sec.

### LTD I

Zito, F. Unit Mgr m032
Cahill, K. Sr Spec.m104
Blase, N. u123
Higgins, C.u144
Berberick, L.u155
Kermier, C.u055
Bosiak, C. u004
Nelson, L. u084
Viehmann, B. u037
Brooks, K. u027
Kinsella, E. u076
Malick, D. u025
Parslow, S. u011
Sawyer, N. u078
Zajac, M. u148

### LTD II

Linke, A., Unit Mgr u066
Schmidt, B., Sr. Spec.u069
Brown, B.u062
Iannone, D.u065
Dzimitrowicz, R.u107
Ferguson, K.u061
Jacobus, Jay u192
Knutti, B. u017
Maneen, M u033
Manley, E. u036
Monaco, A. u077
Rubino, M. u068
Murphy, R. u259
Scalzo, A. u112
White, K.  u019

### LTD III

Briend, P. Unit Mgr u133
Backman, Joan Sr. Spec u121
Bielawny, K. u016
Douglas, D. u056
Durrigan, M.
Edkins, R.u142
Jeck, R. u082
Lanigan, M u034
Manley, M. u129
Marvin, K.
Teall, F. u070
Tyo-Ferguson, T. u132
Usyk, C. u067
Van Slyke, J. u079
Whittemore, K. u140
Bogdon, A. u105
Sylvester, M. u233
Come, P. u137

### Special Services

Laino, N. Unit Mgr m060
Balfe, M. Sr. Spec.m065
Briend, D. Sr. Spec.m003
Campbell, E. Sr. Spec.u131
Campbell, L. Sr. Spec.m135
Lake, L. Sr. Spec.m019
Aceto, A. u136
Ames, L. m023
Anderson, K.u125
Bertolini, K.u040
Bunger, D.u141
Combs, J. u018
DiPierro, M. u013
Godlewski, K.u110
Guarnieri, P. u146
Owen, M. m009
Rahn, S. u149
Snell, G. u039
Swiderski, B.m102
Uryniak, M. u156
Wood, T. m014
Herrin, E. SS Coordinator m017
Peters, E. SS Coordinator m147

### Met I&R

Stewart, V. , Unit Mgr.m004
Taralio, D., RN
Furney, D., Sr. Spec.m008
Smith A., Sr. Spec.m006
Calhoun, D. m020
Feener, P. m150
Flo, P m010
Godkin, S.
Liddy, D. m018
Taylor, K.
Whaling, T. m015
Zaniewski, R.
Fahnke, T. m047

### Raytheon

Basciotta, G. Unit Mgr u120
Noonan, P. Rehab Coordinator u130
Ronilotta, C. Sr. Spec.
Aceto, S. u071
Aroz, J. u015
Sciortino, B. u260
Sokolowski, C. u030
Niedmer, C. u116

### Paper II

George, R. Unit Mgr u143
Basciotta, D. Sr. Spec u081
Baldanza, L. u126
Coffin, K. u085
Hinderling, L. u098
Jones-Flansburg u020
Palumbo, L. u002
Pohorecki, D.u058
Van Deusen, D.u115

### Sears/Allstate/IBM

Austin, R., Unit Mgr. u022
Achen, R. Sr. Spec. u134
Gondek, R., Sr. Spec.u102
Abrams, C. u038
Bonaros, G. u230
Cancelino, E. u257
Christnan, J u057
Ciccone, P. u041
Czech, S. u028
Fisher, M. u007
Fournier, D. u087
Froio, R. u088
Hagerty, M. u108
Heinrich, D. u043
Kessler, V. u044
Marchese, S. u059
Martin, J. u045
Rohan, S. u145
Salerno, M. u072
Stone, T. u256
Thompson, S.u046
Kauth, M.
Lyons, M. u012
Screen, L. u231
Landau, P.

### Staff Section

D'Amore P. u117
Desens, J.
LaNeve, R.
McCarthy, R.
Noone, R.  x103
Randell, R. u114
Radigan, A. m063
Robilotto, M. m106
Serprenant, J.
Warchal, M.

### LTD Clerical Unit

Catera, S. Supv. u111
Fernalld, N. Supv. m007
IME Clerks
COPY / FAX

*There is an old pu on OK I.*

*MMS*
*4/22/96*

ML00307

NAME _____    DATE _____

## Disability Management Services

icalise, V.,Director
ddy, P., Director
artz, J.
:ollins, S. Sec.

### ID I

Zito, F. Unit Mgr M032
:ahill, K. Sr Spec M04
lase, H.4123
liggins, C. U144
Berberick, L.U155
Kermier, C.U055
Bosiak, C.4604
Nelson, L. U034
Viehmann, B.U037
Brooks, A.U027
Kinsella, E.U076
Malick, D. U025
Parslow, S. U011
Sawyer, N.U078
Zajac, M. U148

### LTD II

Linke, A., Unit Mgr U066
Schmidt, B., Sr. Spec. U069
Brown, B.U062
Iannone, D.U065
Dzimitrowicz, R. U107
Ferguson, K. U061
Jacobus, Jay U112
Knutti, B.U017
Maneen, M U033
Manley, E. U036
Monaco, A.U077
Rubino, M.U068
Murphy, R.U259
Scalzo, A.U112
White, K. U019

### LTD III

Briend, P. Unit Mgr U133
Backman, Joan Sr. Spec U121
Bielawny, K.U016
Douglas, D.U056
Durrigan, M.
Edkins, R.U142
Jeck, R. U082
Lanigan, M U034
Manley, M.U129
Mervin, K.
Teall, F.U070
Tyo-Ferguson, T. U132
Usyk, C.U067
Van Slyke, J.U079
Whittemore, C.U140
Bogdon, A. U105
Sylvester, M. U233
Come, P. U137

### Special Services

Laino, M. Unit Mgr M060
Balfe, M. Sr. Spec. M065
Briend, D. Sr. Spec.M003
Campbell, E. Sr. Spec.U131
Campbell, L. Sr. Spec.M135
Lake, L. Sr. Spec. M019
Aceto, A.U156
Ames, L. M023
Anderson, K.U125
Bertolini, K.U040
Bunger, D. U141
Combs, J. U018
DiPierro, M.U013
Godlewski, K.U110
Guarnieri, P. U146
Owen, M.M009
Rahn, S. U149
Snell, G. U039
Swiderski, B.M102
Uryniak, M.U156
Wood, T. M014
Merrin, E. SS Coordinator M017
Peters, E. SS Coordinator U147

### Met I&R

Stewart, V. , Unit Mgr.M004
Farallo, D., RN
Furney, D., Sr. Spec.M008
Smith A., Sr. Spec.M006
:alhoun, D.M020
:eener, P.M150
tto, P M013
iodkin, S.
iddy, D. M018
aylor, K.
maling, T.M015
aniewski, R.
ahnke, T. M047

### sytheon

asciotta, G. Unit Mgr U120
oonan, P. Rehab Coordinator U130
onilotta, C. Sr. Spec.
ceto, S.U071
roz, J.U015
ciortino, B.U240
okoiwski, C. U030

### Paper II

George, R. Unit Mgr U143
Basciotta, D. Sr. Spec U081
Baldanza, L.U126
Coffin, K. U085
Minderling, L. U098
Jones-Flensburg U020
Palumbo, L.U002
Pohorecki, D.U058
Van Deusen, D. U115

### Sears/Allstate/IBM

Austin, R., Unit Mgr. U022
Achen, R. Sr. Spec. U134
Gondek, R., Sr. Spec. U102
Abrams, E.U038
Bonaros, G.U030
Cancelino, E.U257
Christnan, J U057
Ciccone, E.U041
Czech, S.U028
Fisher, N.U007
Fournier, D.U087
Froio, R.U088
Hagerty, M. U108
Heinrich, D.U043
Kessler, J. U044
Marchese, S.U059
Martin, J.U045
Rohan, S. U145
Salerno, N.U072
Stone, T. U256
Thompson, S. U046
Kauth, R.
Lyons, M.U012
Screen, T.U231
Landau, P.

### Staff Section

D'Amore P. U117
Desens, J.
LaNeve, R.
McCarthy, R.
Moone, R.X103
Randell, R.U114
Radigan, A.M065
Robilotto, M.M106
Serprenant, J.
Warchal, M.

### LTD Clerical Unit

Catera, S. Supv. U111
Fernald, H. Supv.M007
COPY / FAX

---

See Diary    Thanks

_[handwritten signature]_

ME _[signature]_    DATE _[handwritten date]_    2/2r/9C    ML00308

UNIT #      35750

## PHYSICIAN'S REPORT OF PHYSICAL CAPACITY

INSTRUCTIONS FOR PHYSICIAN: The purpose of this report is to assist us in making a determination of disability and rehabilitation potential. Please complete and be as detailed as possible.

Patient Name: Gail Kernaghan          Claim #: 94097630

Date of Birth: 8/15/52          Occupation:

Place an X in each of the appropriate boxes to describe the extent of the specific activity the patient is able to perform.

| | NUMBER OF HOURS PER WORK SHIFT | | | | |
|---|---|---|---|---|---|
| | 0 | 1-2 | 3-4 | 5-6 | 7-8 |
| 1. Sitting | | ✓ | | | |
| 2. Standing | | ✓ | | | |
| 3. Walking | 0 | ✓ | | | |
| 4. Bending Over | 0 | | | | |
| 5. Twisting | 0 | ✓ | | | |
| 6. Climbing | 0 | ✓ | | | |
| 7. Reaching Above Shoulder Level | 0 | | | | |
| 8. Crouching/Stooping | 0 | | | | |
| 9. Kneeling | | ✓ | | | |
| 10. Balancing | 0 | | | | |
| 11. Pushing or Pulling | 0 | | | | |

12. Repetitive Use of Foot Control

| | | | | | |
|---|---|---|---|---|---|
| A. Right Foot Only | | | | | |
| B. Left Foot Only | | | | | |
| C. Both Feet | ~ | ✓ | - | | |

13. Repetitive Use of Hands



    A. Right Hand Only
    B. Left Hand Only
    C. Both Hands

14. Grasping

    A. Simple/Light



       1. Right Hand Only
       2. Left Hand Only
       3. Both Hands

    B. Firm/Strong



       1. Right Hand Only
       2. Left Hand Only
       3. Both Hands

15. Fine Finger Dexterity



    A. Right Hand Only
    B. Left Hand Only
    C. Both Hands

GROUP LIFE
DISABILITY CLAIMS

NOV 6 1995

No Record   ☐ Files ☐ CRT

ML00309

B186

LTD-74      REV. 1/91

16. Use of Head and Neck in:
    A. Static Position
    B. Twisting
    C. Looking Up
    D. Looking Down

| NUMBER OF HOURS PER WORK SHIFT | | | | |
|---|---|---|---|---|
| 0 | 1–2 | 3–4 | 5–6 | 7–8 |
| | O | | ⊗ | |
| | | | | |
| | | | | |

| | NEVER 0% OF TIME | OCCASIONALLY 1-33% OF TIME | FREQUENTLY 33-66% OF TIME | CONTINUALLY MORE THAN 66% |
|---|---|---|---|---|

17. Lifting or Carrying:
    A. 10 lbs. or less
    B. 11 to 25 lbs.
    C. 26 to 50 lbs.
    D. 51 to 75 lbs.
    E. 76 to 100 lbs.
    F. over 100 lbs.
18. Frequency of Interpersonal Relationships
19. Frequency of Stressful Situations
20. Frequency of Decision Making

| | NEVER | OCCASIONALLY | FREQUENTLY | CONTINUALLY |
|---|---|---|---|---|
| A | O | | | |
| B | | | | |
| C | | | | |
| D | | | | |
| E | | | | |
| F | | | | |
| 18 | ? | | | |
| 19 | O | | | |
| 20 | | | OK | |

Is the patient able to:

| | | YES | NO |
|---|---|---|---|
| 21. | Operate a motor vehicle | ✓ | |
| 22. | Operate trucks, forklifts and/or other equipment | | ✓ |
| 23. | Be around moving equipment and/or machinery | | ✓ |
| 24. | Walk on uneven ground | | ✓ |
| 25. | Be exposed to dust, gas or fumes | Ok | |
| | If yes; are respirators required | | |
| 26. | Be exposed to marked changes in temperature or humidity | | ✓ |

27. Within the restrictions described above, how many hours can the patient work?  Please check one.
    7–8 hrs_____    5–6 hrs_____    3–4 hrs_____    1–2 hrs_____    0 hrs ✓

28. When do you anticipate releasing the patient to full–time work activity?  not known

29. Do you suggest that the patient become involved in any of the following:  Please check as many as app
    _____ Physical Therapy            _____ Work Hardening Program
    _____ Occupational Therapy        _____ Vocational Rehabilitation              ML00310
    ✓ Pain Management Program       _____ Psychological Counseling

30. Have you referred this patient to another physician or specialist for additional medical
    testing/evaluation?        yes ___ ✓ no
    If yes, please give the name and address of the physician/specialist and the date of the referral.

Preparer's Name: _____    Specialty: Neurology

Address: _____

_____

Telephone #: _____    (Signature/Date)

B187

Shahla V. Mousavi, M.D., F.A.C.E.P.

NEUROLOGY
NEUROMUSCULAR DISEASE
TELEPHONE (302) 629-0266
FAX (302) 629-3418
MOBILE PHONE (302) 542-4400
DIPLOMATE AMERICAN BOARD OF PAIN MEDICINE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

Gail Kerraghanm
Follow up
9/19/95

Gail Kerragham was seen at this office for follow up visit on 9/19/95.
The patient is still complaining of pain in the back, off and on. However,
the medications are beneficial. The patient complains of difficulty with
flexion. She has difficulty with thinking and being groggy.

On exam today, there was limitation of flexion of the spine, and right
lateral flexion. Otherwise, unremarkable.

The plan will be to continue the same medication. The patient will return
to this office after a month.

Shahla V. Mousavi, M.D.

August 16, 1995
Initial Consultation
Kernaghan, Gail

Gail Kernaghan is a 42 year old female who apparently injured
her back with fracture of the L-3 in 1993 during sledging
accident.  Patient sustained a fracture and had multiple
physical therapy and conservative treatment, however was told
that a part of it is fused a part of it is not fused and surgical
fusion is postponed since the patient does not have
neurological symptoms. Past history is remarkable for
diabetes mellitus.  Patient received treatment with acupuncture which
was not beneficial.  Presently she is on Efexor 37.5 BID
Flexoril 10 mg po TID and Dehydrocortison (DHC) two tablets every
four hour PRN.  Patient, also, insullin dependent diabetic and
is on ten unit NPH in the morning as well as 224 unit in the
morning and 224 unit in the PM.  Patient is married and has
daughter who is 15 years old.  Patient also complains of
rheumatic fever at the age of six.  Present medication consist of
what is mentioned above.  Patient is allegic to Sulfur.
Examination revealed tenderness in mid lombar region.  There
is limitation of flexion and extension of the body.  Natural
flexion is ok.  Patient's main complaint is during when she
stands up.  Neurlogical exam is normal.

Plan:  Obtain the record from other physican.  Continue
assigned medication.  Return to this office after a month.


SVM:de

ML00312

# CRA

Social Security Advocacy

1144 Walker Road
Suite F
Great Falls, VA  22066-1837
(703) 757-7605
(800) 677-0531
FAX (703) 757-0457

Boston, MA
(617) 367-2163
(800) 825-7734
FAX (617) 367-1243

Pasadena, CA
(818) 564-0300
(800) 655-4298
FAX (818) 564-9493

January 17, 1996

**Ed Herrin**
**Met Life LTD Claims**
Cosby Manor Rd
PO Box 3017
Utica, NY 13504

| | | |
|---|---|---|
| **Re:** | Gail Kernaghan |
| **Claim No:** | 094097630 |
| **SSN:** | **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** |

Dear Mr. Herrin:

Ms. Kernaghan's claim for Title II benefits is currently pending at the Office of Hearings and Appeals in Philadelphia, PA.  Due to large backlogs,  it may be three to four more months before a judge is assigned to the claim.

If you have any questions, please give our Virginia office a call.  Our telephone number is 1-800-677-0531.

Sincerely,

William E. Wilkin

William E. Wilkin
Representative

WEW/ks

ML00313

## Disability Management Services

calise, V.,Director
ddy, P., Director
artz, J.
ollins, S. Sec.

### TD 1

fto, F. Unit Mgr M032
shill, K. Sr Spec. M84
lase, N.4123
iggins, C. 4144
erberick, L. 4155
ermier, C. 4055
zsiak, C. 4604
ttson, L. 4084
iehmann, B. 4037
rooks, K. 4027
ansella, E. 4076
mlick, D. 4025
arslow, S. 4011
mwyer, N. 4078
jiac, M. 4148

### LTD II

Linke, A., Unit Mgr 4066
Schmidt, B., Sr. Spec. 4069
Brown, B. 4062
Iannone, D. 4065
Dzimitrowicz, R. 4107
Ferguson, K. 4061
Jacobus, Jay 4192
Knutti, B. 4017
Maneen, M 4033
Manley, E. 4036
Monaco, A. 4077
Rubino, M. 4068
Murphy, R. 4259
Scalzo, A. 4112
White, K. 4019

### LTD III

Briend, P. Unit Mgr 4133
Backman, Joan Sr. Spec 4121
Bielawny, K. 4016
Douglas, D. 4056
Durrigan, M.
Edkins, R. 4142
Jeck, R. 4062
Lanigan, M 4034
Manley, M. 4129
Marvin, K.
Teall, F. 4070
Tyo-Ferguson, T. 4132
Usyk, C. 4067
Van Slyke, J. 4079
Whittemore, K. 4140
Bogdon, A. 4165
Sylvester, M. 4233
Come, P. 4137

### Special Services

Laino, M. Unit Mgr M060
Balfe, M. Sr. Spec. M065
Briend, D. Sr. Spec. M003
Campbell, E. Sr. Spec. 4131
Campbell, L. Sr. Spec. M135
Lake, L. Sr. Spec. M019
Aceto, A. 4136
Ames, L. M023
Anderson, K. 4125
Bertolini, K. 4040
Bunger, D. 4141
Combs, J. 4018
DiPierro, M. 4013
Godlewski, L. 4110
Guarnieri, P. 4146
Owen, M. M009
Rahn, K. 4149
Snell, G. 4039
Swiderski, B. M102
Uryniak, N. 4156
Wood, T. M014
Kerrin, E. SS Coordinator M017
Peters, E. SS Coordinator 4147

### t I&R

ewart, V. , Unit Mgr. M004
ralio, D., RN
rney, D., Sr. Spec. M018
ith A., Sr. Spec. M006
lhoun, D. M020
ener, P. M150
b, P M010
dkin, S.
ddy, D. M018
ylor, K.
aling, T. M015
niewski, J.
inke, T. M047

### rtheon

sciotta, G. Unit Mgr 4120
onan, P. Rehab Coordinator 4130
nilotta, C. Sr. Spec.
eto, S. 4071
x, J. 4015
iortino, B. 4240
toiwski, C. 4030

### Paper II

George, R. Unit Mgr 4143
Basciotta, D. Sr. Spec 4081
Baldanza, L. 4126
Coffin, K. 4085
Hinderling, L. 4098
Jones-Flansburg 4020
Palumbo, L. 4002
Pohorecki, D. 4058
Van Deusen, D. 4115

### Sears/Allstate/IBM

Austin, R., Unit Mgr. 4022
Achen, R. Sr. Spec. 4134
Gondek, R., Sr. Spec. 4102
Abrams, E. 4638
Bonaros, G. 4230
Cancelino, E. 4257
Christnan, J 4057
Ciccone, P. 4041
Czech, S. 4028
Fisher, M. 4007
Fournier, D. 4087
Frolo, M. 4088
Hagerty, M. 4108
Heinrich, D. 4043
Kessler, V. 4044
Marchese, S. 4059
Martin, J. 4045
Rohan, S. 4145
Salerno, M. 4072
Stone, T. 4256
Thompson, S. 4046
Keuth, R.
Lyons, M. 4012
Screen, L. 4231
Landau, P.

### Staff Section

D'Amore P. 4117
Desens, J.
LaNeve, R.
McCarthy, R.
Noone, R. X103
Randell, R. 4114
Radigan, A. M063
Robilotto, M. M106
Serprenant, J.
Warchal, M.

### LTD Clerical Unit

Catera, S. Supv. 4111
Fernald, N. Supv. M007
COPY / FAX

see @ Ding input: 12/12/95.

E  Sal Marchere    DATE  12/12/95

ML00315

B191

35750



Social Security Advocacy

1144 Walker Road
Suite F
Great Falls, VA  22066-1837
(703) 757-7605
(800) 677-0531
FAX (703) 757-0457

Boston, MA
(617) 367-2163
(800) 825-7734
FAX (617) 367-1243

Pasadena, CA
(818) 564-0300
(800) 655-4298
FAX (818) 564-9493

November 22, 1995

**Ed Herrin**
**Met Life LTD Claims**
Cosby Manor Rd
PO Box 3017
Utica, NY 13504

**Regarding:**   Gail Kernaghan
**Claim No.:**    094097630

Dear Mr. Herrin:

Because of the geographic location of Ms. Kernaghan,  her file will be handled by our office in Great Falls, Virginia.

This office will continue to keep you updated as to the status of this case.  If you have any questions, please call him at 1-800-677-0531.

Sincerely,

William E. Wilkin
Representative

WEW/ks

ML00316

## DISABILITY MANAGEMENT SERVICES

**SADZKOSKI, I., DIRECTOR**
Lennon, S.
**GRZANOWICZ, G., MGR.**
Collins, S.
**ODDY, P., MGR.**
Hartz, J.

**STAFF SECTION**
Bogdan, A.
D'Amore, P.
Desens, J.
LaNeve, R.
McCarthy, R.
Noonan, P.
Noone, R.
Radell, R.
Radigan, A.
Robilotto, M.
Surprenant, J.
Warchal, M.

**LTD I**
**Zito, F., Supv.**
Cahill, K., Senior
Blase, N.
Feener, P.
Gage, S.
Higgins, C.
Jeck, B.
Kemler, C.
Maggard, M.
Nelson, L.
Viehmann, B.
Yahnke, T.

**LTD CLERICAL UNIT**
**Catera, S., Supv.**
Peckham, C., IME
Chruscicki, D., IME

**LTD II**
**Linke, A., Supv.**
Schmidt, B., Senior
Brown, B.
Come, P.
Dzimitrowicz, R.
Ferguson, K.
LaGares, J.
LaGasse, B.
Maggiore, A.
Manley, E.
Monaco, A.
Pohorecki, D.
Rubino, M.

**LTD III**
**Briend, P., Supv.**
Backman, J., Senior
VanDeusen, D., Senior
Cerosky, K.
Czech, S.
Marvin, K.
Moran, N.
Paladino, J.
Santoro, M.
Tyo-Ferguson, T.
Whittemore, K.
Wojtowycz, C.

**RAYTHEON**
**Basciotta, G., Supv.**
Aceto, S.
Gado, P. Senior
Robilotta, C., Senior
Sokolowski, V.
Goldsmith, K.
Redmond, E.
Wiedmer, C.

**SEARS/ALLSTATE/IBM**
**Austin, R., Supv.**
Achen, R., Senior
Gondek, R., Senior
Abrams, E.
Brognano, J.
Christman, J.
Ciccone, P.
Flagler, D.
Fournier, D.
Heinrich, D.
Kessler, V.
Marchese, S.
Martin, J.
Rivenburgh, D.
Rohan, S.
Salerno, M.
Thompson, S.

**SPECIAL SERVICES UNIT**
**Laino, N., Supv.**
Balfe, M.M., Senior
Briend, D., Senior
Campbell, L., Senior
Lake, L., Senior
Anderson, K.
Bertolini, K.
Campbell, E.
Hepworth, M.
Peters, E.
Swiderski, B.
Usyk, C.

____FOR YOUR INFORMATION
____FOR YOUR SIGNATURE
____AS REQUESTED
____PLEASE HANDLE
____PLEASE REVIEW & RETURN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*New mail.*

ML00318

FROM: *BRIAN*          DATE: *11-13-95*

MMF610 CBN(0701)

## QUALITY REVIEW WORKSHEET

| DATE 11-13-95 | | TYPE OF COVERAGE LTD | | | | |
|---|---|---|---|---|---|---|
| TO SAL MARCHESE | | DIAGNOSIS: S/P L3 BURST FX  ICD-9 7226 | | | | |
| REVIEWER BRIAN SWINERSKI | | INITIAL DECISION: | A | D | T | |
| CLAIM NUMBER 9409 7630 | | TRANSITION | A | D | T | (P) |
| CLAIMANTS NAME GAIL KERNAGHAN | | OTHER | | | | |

| 1. ACCEPTING PROPER / CONTINUED LIABILITY | |
|---|---|
| A. | Covered under plan |
| B. | Disabled while covered |
| C. | Timely submission |
| D. | Definition of TD |
| E. | Exclusions |
| F. | Compliance with previous audits |
| G. | Disability management |
| H. | Miscellaneous |

| 2. CORRECT BENEFIT / BENEFIT CALCULATION | |
|---|---|
| A. | Salary |
| B. | Formula & % |
| C. | Number days |
| D. | E/P, I/L |
| E. | Carve outs |
| F. | Taxes |
| G. | Calculations |
| H. | Overpayments |
| I. | System items with $ impact |
| J. | Compliance with previous audits |
| K. | Miscellaneous |

| 3. FILE DOCUMENTATION | |
|---|---|
| A. | Occupation |
| B. | Documentation |
| C. | Letters |
| D. | Verification |
| E. | Decision rationale / future plans |
| F. | Other income |
| G. | Cost Containment referrals |
| H. | Compliance with previous audits |
| I. | Miscellaneous |

| 4. OTHER | |
|---|---|
| A. | SHU referrals |
| B. | System items with No $ impact |
| C. | Birth certificate |
| D. | Miscellaneous |

| 5. COMPLETE AND ACCURATE FILE | ✓ |
|---|---|

Good job of developing transition.

ML00319

| | TIMELINESS | | | | | | INDIV | OFFICE |
|---|---|---|---|---|---|---|---|---|
| | INITIATION OF CLAIM MANAGEMENT | | INITIAL DECISION | | TRANSITION | | QUALITY RATING | |
| DAYS | INDIV | OFFICE | INDIV | OFFICE | INDIV | OFFICE | 5 | |
| 0 to 5 | 5 | 5 | 5 | 5 | | | $ FILE VALUE | |
| 6 to 10 | 4 | 4 | 4 | 4 | (YES) | YES | 29,427.96 | |
| 11 to 15 | 3 | 3 | 3 | 3 | | | $ FINANCIAL ERROR | |
| 16 to 20 | 2 | 2 | 2 | 2 | NO | NO | | |
| >21 | 1 | 1 | 1 | 1 | | | | |

QM2  FOR FILE AUDITING PURPOSES ONLY.  THE COMMENTS AND RECOMMENDATIONS MADE ON THIS REVIEW ARE FOR AUDITING AND QUALITY PURPOSES ONLY AND ARE NOT TO BE CONSTRUED AS PART OF THE CLAIM ADMINISTRATION AND DETERMINATION PROCESS.

## DISABILITY MANAGEMENT SERVICES

SCALISE, V., DIRECTOR
Collins, S.
Hartz, J.

**MET J&R**

Stewart, V., Unit Mgr.
Tarallo, D., RN
Furney, D., Sr. Spec.
Smith, A., Sr. Spec.
Calhoun, D.
Feener, P.
Flo, P.
Godkin, S.
Liddy, D.
Taylor, K.
Whaling, T.
Zaniewski, R.

**PAPER II**

George R., Unit Mgr.
Basciotta, D., Sr. Spec.
Baldanza, L.
Coffin, K.
Hinderling, L.
Jones-Flansburg, J.
Palumbo, L.
Pohorecki, D.
Van Deusen, D.

**SEARS**

Austin, R., Unit Mgr.
Achen, R., Sr. Spec.
Gondek, R., Sr. Spec.
Abrams, E.
Bonaros, G.
Cancelino, E.
Christman, J.
Ciccone, P.
Czech, S.
Fisher, M.
Fournier, D.
Heinrich, D.
Kessler, V.
Marchese, S.
Salerno, M.
Stone, T.
Thompson, S.

**RAYTHEON**

Basciotta, G., Unit Mgr.
Noonan, P., Rehab. Coordinator
Robilotta, C., Sr. Spec.
Aceto, S.
Mroz, J.
Sciortino, B.
Sokolowski, V.
Wiedmer, C.

Sal- I had wanted new medical
for June - Agree c you- please get new med
from new pp and send to Rehab
FROM: Pam Landauro DATE 10/12/95
Thx                    BSh

ML00323

## DISABILITY MANAGEMENT SERVICES

**SADZKOSKI, I., DIRECTOR**
Lennon, S.
**GRZANOWICZ, G., MGR.**
Collins, S.
**ODDY, P., MGR.**
Hartz, J.

**STAFF SECTION**
Bogdan, A.
D'Amore, P.
Desens, J.
LaNeve, R.
McCarthy, R.
Noonan, P.
Noone, R.
Radell, R.
Radigan, A.
Robilotto, M.
Surprenant, J.
Warchal, M.

**LTD I**
**Zito, F., Supv.**
Cahill, K., Senior
Blase, N.
Feener, P.
Gage, S.
Higgins, C.
Jeck, B.
Kemler, C.
Maggard, M.
Nelson, L.
Viehmann, B.
Yahnke, T.

**LTD CLERICAL UNIT**
**Catera, S., Supv.**
Peckham, C., IME
Chruscicki, D., IME

**LTD II**
**Linke, A., Supv.**
Schmidt, B., Senior
Brown, B.
Come, P.
Dzimitrowicz, R.
Ferguson, K.
LaGares, J.
LaGasse, B.
Maggiore, A.
Manley, E.
Monaco, A.
Pohorecki, D.
Rubino, M.

**LTD III**
**Briend, P., Supv.**
Backman, J., Senior
VanDeusen, D., Senior
Cerosky, K.
Czech, S.
Marvin, K.
Moran, N.
Paladino, J.
Santoro, M.
Tyo-Ferguson, T.
Whittemore, K.
Wojtowycz, C.

**RAYTHEON**
**Basciotta, G., Supv.**
Aceto, S.
Gado, P. Senior
Robilotta, C., Senior
Sokolowski, V.
Goldsmith, K.
Redmond, E.
Wiedmer, C.

**SEARS/ALLSTATE/IBM**
**Austin, R., Supv.**
Achen, R., Senior
Gondek, R., Senior
Abrams, E.
Brognano, J.
Christman, J.
Ciccone, P.
Flagler, D.
Fournier, D.
Heinrich, D.
Kessler, V.
Marchese, S.
Martin, J.
Rivenburgh, D.
Rohan, S.
Salerno, M.
Thompson, S.

**SPECIAL SERVICES UNIT**
**Laino, N., Supv.**
Balfe, M.M., Senior
Briend, D., Senior
Campbell, L., Senior
Lake, L., Senior
Anderson, K.
Bertolini, K.
Campbell, E.
Hepworth, M.
Peters, E.
Swiderski, B.
Usyk, C.

____FOR YOUR INFORMATION
____FOR YOUR SIGNATURE
__✓_AS REQUESTED
____PLEASE HANDLE
____PLEASE REVIEW & RETURN

---

*Please Review as requested, then refer back to me so I can Request Medical from New AP. Dr. Mousaui.*

B196                                    ML00324

FROM: ___Sal___          DATE: ___8/19/95___

Claimants Name: _Kernaghan, Jail_

Group Number: _94097630_

On Search For: _Pamela Landau_

Sol- Return
this to Bou off.
you have finished
Terese 9/18

ML00325

B197

GROUP LIFE
DISABILITY CLAIMS

OCT 9  1995

Pending
In Payments
Terminated
No Record

PERSONAL PROFILE EVALUATION

EMPLOYEE NAME  *Gail Kernaghan*                    UNIT #  *3 5 /*

SOCIAL SECURITY #  *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*      LTD CLAIM #  *9409763 0*

Return to:

METROPOLITAN LIFE INSURANCE CO
DISABILITY CLAIMS SECTION
COSBY MANOR ROAD
PO BOX 3017
UTICA NY 13504

GROUP LIFE
DISABILITY CLAIMS
*35756*
OCT 0 6 1995
*8/24*
Pending
No Record    ☐ Files ☐ CRT

CLAIMANT:  Please complete this form and return it in the envelope provided as
soon as possible.  Failure to answer any of these questions may delay the
processing of your claim for benefits.

1. Please provide us with a brief description of your present condition.
   Describe any physical complaints or limitations.
   *- Continued pain from fractured vertebrae. Physically & emotionally
   controlled by pain medication. Back & hip pain make it difficult
   to function.*

2. Briefly describe all of your daily activities in a typical day. *I wake up and so 2 hrs*
   *getting my body moving from the stiffness & numbness from sleep. I attempt to go to the*
   *physical rehabilitation center, 3 days/week. I read, talk, take a nap, try to go for*
   *walk, wait for my daughter to stop by, and watch TV.*

   Do you need any special help to take care of your personal needs and
   grooming?  If so, explain what kind of help you require (washing, bathing,
   dressing, etc.), why, and how often: *Not usually. I am normally*
   *able to handle personal hygiene activities.*

   What kind of housework do you do (laundry, vacuuming, dusting, mopping,
   washing dishes, household repairs, lawn care, shoveling snow, etc.)?
   *I do no housework on a normal basis. My husband (with assistance*
   *from my daughter) do all the housework. When I am feeling up to it, I*
   *will pitch in & help with a few tasks such as dusting.*

   How often do you do this housework (daily, weekly, twice a week)?

   Does anyone help you with housework? *Yes* If yes, explain why and how
   often: *Roles have reversed in our household. My husband has assumed primary*
   *responsibility for all household tasks. Occasionally I can pitch in and assist.*
   *For example, our laundry room is now on the main floor in the house. If my daughter*
   *runs to the laundry I can sort & wash while I am feeling OK.*

   Does anyone help you shop? *Yes* If yes, explain: _____
   *The medication I take has made me forgetful. I now need to have a*
   *grocery list. My daughter or husband help with that. I also need*
   *assistance because I am unable to lift grocery bags.*

Have there been any changes in your ability to care for your household
needs since your condition began?  If so, explain:

*Yes, I previously was able to manage the household finances. Because the medication is strong, I have been forgetful about paying bills. My husband has also assumed this responsibility.*

3. What kinds of hobbies, interests, or other activities do you have ~~shing,~~
bowling, sewing, swimming, traveling, sports, movies, etc.)

*During 4/95 m 8/95 I learned to swim as part of my therapy. I attempted to swim once a week. Unfortunately since moving to Delaware there is no pool within a close radius. I also enjoy reading.*

How often do you do these activities (daily, weekly, twice a week, etc.)?

*reading daily*

4. Do you participate in any social or community type of activities?  Yes _____
No __✓__  If yes, list and briefly describe each activity

*I gave up all social/community activities with the accident. My ability to fulfill responsibilities, was so erratic that it was impossible for me to continue.*

How long have you been active in these activities?  Do you hold any offices
in any group?

5. **EXPERIENCE:**  Please list all of the jobs you have held:

| Occupation | Employment Dates | | Usual Duties |
|---|---|---|---|
| IBM | 7/85 | to present | project office, planner, manager |
| St Joseph Hospital | 9/75 | to 7/85 | Lab Technician MT(ASCP) |
| Lorain Community Hospital | 1979 | to 1976 | " " |
| Fairview General Hospital | 1974 | to 1975 | " " |
| | | to | |

6. Have you ever tried to resume any type of work?  Yes __✓__  No _____
If yes, give details, including names, dates, compensation paid, duties,
etc.  *I attempted to return to work full time at IBM from 5/93 ~ 1/95 but was unable to build up strength/control pain sufficiently to be successful in any of these attempts.*

7. Please provide us with a brief summary of your educational background
including any academic, commercial, or vocational training you may have
received:

**EDUCATION:**  Please circle the highest grade level achieved:

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  (16+)

*HS*         *BS*

**DEGREES/CERTIFICATIONS:**  Please indicate any Degrees/Certifications held:

*BS (Biology) ; MT (ASCP) Lab technician ; MCIS - MBA*

<u>VOCATIONAL TRAINING</u>:  Please indicate any Vocational Training Courses you
have had:

_None_

<u>SKILLS</u>:  Please describe the skills you have acquired as the result of your
education, training, work experience and hobbies:

_Management, negotiation skills ; Lab technician_

<u>MILITARY</u>:  If you were in the military, please outline your military
responsibilities:

_None_

8. Do you expect to return to your last occupation either on a full or
   part-time basis?  Please explain: _No. My health is governed by my pain level. It has taken me awhile to accept the fact that I cannot return to my job._

9. Do you expect to return to some other type of occupation either on a full
   or part-time time basis?  Please explain: _No. In order to function, I have been given medication that has given side effects. I also not drive when I need to take some of this. No employer would consider employing me._

10. Please provide us with a brief description of <u>any other</u> sources of income
    you are receiving at this time, including any Social Security entitlements,
    Worker's Compensation, Railroad Retirement awards, etc., and benefits
    received from any insurance.
    _Child Support $78/month_

DATE _10/12/99_            SIGNATURE OF CLAIMANT _Gail Kninghan_

B200

ML00328

GI-63791

## DISABILITY MANAGEMENT SERVICES

**SADZKOSKI, I., DIRECTOR**
Lennon, S.
**GRZANOWICZ, G., MGR.**
Collins, S.
**ODDY, P., MGR.**
**Hartz, J.**


**STAFF SECTION**
Bogdan, A.
D'Amore, P.
Desens, J.
LaNeve, R.
McCarthy, R.
Noonan, P.
Noone, R.
Radell, R.
Radigan, A.
Robilotto, M.
Surprenant, J.
Warchal, M.

**LTD I**
**Zito, F., Supv.**
Cahill, K., Senior
Blase, N.
Feener, P.
Gage, S.
Higgins, C.
Jeck, B.
Kemler, C.
Maggard, M.
Nelson, L.
Viehmann, B.
Yahnke, T.


**LTD CLERICAL UNIT**
**Catera, S., Supv.**
Peckham, C., IME
Chruscicki, D., IME

**LTD II**
**Linke, A., Supv.**
Schmidt, B., Senior
Brown, B.
Come, P.
Dzimitrowicz, R.
Ferguson, K.
LaGares, J.
LaGasse, B.
Maggiore, A.
Manley, E.
Monaco, A.
Pohorecki, D.
Rubino, M.


**LTD III**
**Briend, P., Supv.**
Backman, J., Senior
VanDeusen, D., Senior
Cerosky, K.
Czech, S.
Marvin, K.
Moran, N.
Paladino, J.
Santoro, M.
Tyo-Ferguson, T.
Whittemore, K.
Wojtowycz, C.


**RAYTHEON**
**Basciotta, G., Supv.**
Aceto, S.
Gado, P. Senior
Robilotta, C., Senior
Sokolowski, V.
Goldsmith, K.
Redmond, E.
Wiedmer, C.

**SEARS/ALLSTATE/IBM**
**Austin, R., Supv.**
Achen, R., Senior
Gondek, R., Senior
Abrams, E.
Brognano, J.
Christman, J.
Ciccone, P.
Flagler, D.
Fournier, D.
Heinrich, D.
Kessler, V.
Marchese, S.
Martin, J.
Rivenburgh, D.
Rohan, S.
Salerno, M.
Thompson, S.

**SPECIAL SERVICES UNIT**
**Laino, N., Supv.**
Balfe, M.M., Senior
Briend, D., Senior
Campbell, L., Senior
Lake, L., Senior
Anderson, K.
Bertolini, K.
Campbell, E.
Hepworth, M.
Peters, E.
Swiderski, B.
Usyk, C.


____FOR YOUR INFORMATION
____FOR YOUR SIGNATURE
____AS REQUESTED
____PLEASE HANDLE
__✓_PLEASE REVIEW & RETURN

_Teresa_

Audit claim

Please review letter

Thanks

Sal - letter + plan
your letter + plan
look fine
some Hr. to Drs. Carl & Greenho
would suggest
_Teresa_
9/11

B201

FROM: ____Sal____     DATE: ___9/11/95___

ML00333

EE NAME Gail Kernaghan               CLAIM # 94097630
DOB 8/15/52                          GROUP # 35750
DOH  7/1/85   DLW 11/21/94   DDC _____  S+A EXP 1/4/95
LTD. EFF DT  1/5/95          A/O DT.  1/96

OCCUP. Advisory Programmer  84-95  sitting at CRT,
        Typing + Twisting.
TEE BS (Biology), MBA (Comp Science). 1974-75 Penny's credit clerk,
75-76 Lorain Com. Hospital bending + lifting chemical agents 76-84 St. Josephs Hosp.
SSD STATUS ~~Reconsideration~~ denial, ALJ pending.
   Agency clm.

SUMMARY 43 YR. old Programmer 8 years of service.
Pain resulting from
x = L3 burst fracture. DLW = 12/2/94, diabetes, Depression.
7/93 X-Ray spine, 7/26/93 Bone Scan, 11/26/93 MRI lumbar spine + Thoracic spine
43-12/93 PT, 11/15/93 hip joint injection, 1/3/94 Bone Scan,
12/4/94 3D Cat Scan, 8/16/94-9/27/94 facet blocks.
~ working PT with JBM then stopped. Pt. contemplating surgery.
~ Reviewed claim wants to review updated medical.
   Trans 1/96.
   Agency clm ALJ pending

ACTION PLAN Request update medical from AP in RE
     to current status, phys. cap. form  surgery and tx.
     Request PPE from ee and ask about
     surgery.

     Assess any occ eligibility once updated medical info.
     from AP's (Dr. Carl, Dr. Greenhouse) rec'd

ML00334

B202

94087630





10 East Saratoga Road
Milford, DE 19962-2107
August 17, 1995

MetLife
Disability Claims Section
Cosby Manor Road
P.O. Box 3017
Utica, N.Y. 13504

Doreen:

I am requesting a change of Electronic Funds Transfer of my
disability check. We have moved to the above address, and my new
Bank is Wilmington Trust. Their bank routing number is 0311-0009
-2 (check digit). Their address is Wilmington Trust Company,
Corporate Demand Services, 87 Read's Way, New Castle, DE 19720.
They have provided me with a direct deposit sign up form which I
have enclosed if you need it.

Thanks for your help.

Gail A. Kernaghan
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                                35750

ML00336

FOR SALE BY THE SUPERINTENDENT OF DOCUMENTS, US GOVERNMENT PRINTING OFFICE
WASHINGTON, DC 20402 STOCK NO. 048-000-00363-7

**Standard Form 1199A**
(Rev. June 1987)
Prescribed by Treasury
Department
Treasury Dept. Cir. 1076

OMB No. 1510-0007
Expiration Date 1/31/90

# DIRECT DEPOSIT SIGN-UP FORM

## DIRECTIONS

- To sign up for Direct Deposit, the payee is to read the back of this form and fill in the information requested in Sections 1 and 2. Then take or mail this form to the financial institution. The financial institution will verify the information in Sections 1 and 2, and will complete Section 3. The completed form will be returned to the Government agency identified below.

- A separate form must be completed for each type of payment to be sent by Direct Deposit.

- The claim number and type of payment are printed on Government checks. (See the sample check on the back of this form.) This information is also stated on beneficiary/annuitant award letters and other documents from the Government agency.

- Payees must keep the Government agency informed of any address changes in order to receive important information about benefits and to remain qualified for payments.

## SECTION 1 (TO BE COMPLETED BY PAYEE)

**A** NAME OF PAYEE (last, first, middle initial)

ADDRESS (street, route, P.O. Box, APO/FPO)

CITY          STATE          ZIP CODE

TELEPHONE NUMBER
AREA CODE

**B** NAME OF PERSON(S) ENTITLED TO PAYMENT

**C** CLAIM OR PAYROLL ID NUMBER

Prefix          Suffix

**D** TYPE OF DEPOSITOR ACCOUNT     ☐ CHECKING     ☐ SAVINGS

**E** DEPOSITOR ACCOUNT NUMBER

**F** TYPE OF PAYMENT (Check only one)
☐ Social Security
☐ Supplemental Security Income
☐ Railroad Retirement
☐ Civil Service Retirement (OPM)
☐ VA Compensation or Pension
☐ Fed Salary/Mil. Civilian Pay
☐ Mil. Active _____
☐ Mil. Retire. _____
☐ Mil. Survivor _____
☐ Other _____
(specify)

**G** THIS BOX FOR ALLOTMENT OF PAYMENT ONLY (if applicable)
TYPE          AMOUNT

### PAYEE/JOINT PAYEE CERTIFICATION

I certify that I am entitled to the payment identified above, and that I have read and understood the back of this form. In signing this form, I authorize my payment to be sent to the financial institution named below to be deposited to the designated account.

SIGNATURE _Gail R. Kingham_     DATE 8-16-95

SIGNATURE          DATE

### JOINT ACCOUNT HOLDERS' CERTIFICATION (optional)

I certify that I have read and understood the back of this form, including the SPECIAL NOTICE TO JOINT ACCOUNT HOLDERS.

SIGNATURE          DATE

SIGNATURE          DATE

## SECTION 2 (TO BE COMPLETED BY PAYEE OR FINANCIAL INSTITUTION)

GOVERNMENT AGENCY NAME

GOVERNMENT AGENCY ADDRESS

ML00337

## SECTION 3 (TO BE COMPLETED BY FINANCIAL INSTITUTION)

NAME AND ADDRESS OF FINANCIAL INSTITUTION

**WILMINGTON TRUST CO.
CORPORATE DEMAND SERVICES
87 READ'S WAY
NEW CASTLE, DE 19720**

ROUTING NUMBER

| 0 | 3 | 1 | 1 | - | 0 | 0 | 9 |

CHECK DIGIT
2

DEPOSITOR ACCOUNT TITLE

### FINANCIAL INSTITUTION CERTIFICATION

I confirm the identity of the above-named payee(s) and the account number and title. As representative of the above-named financial institution, I certify that the financial institution agrees to receive and deposit the payment identified above in accordance with 31 CFR Parts 240, 209, and 210.

PRINT OR TYPE REPRESENTATIVE'S NAME     SIGNATURE OF REPRESENTATIVE     TELEPHONE NUMBER **302-323-6662**     DATE

Financial institutions should refer to the GREEN BOOK for further instructions.

**THE FINANCIAL INSTITUTION SHOULD MAIL THE COMPLETED FORM TO THE GOVERNMENT AGENCY IDENTIFIED ABOVE.**

NSN 7540-01-058-0224

B204

1199-204