IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                    :
                                                   :
            Plaintiff,                             :    C.A. No. 05-402 (GMS)
                                                   :
      v.                                           :
                                                   :
METROPOLITAN LIFE INSURANCE                        :
COMPANY, as fiduciary and administrator of The    :
IBM Long-Term Disability Plan,                     :
                                                   :
            Defendant.                             :

## VOLUME V OF X

### APPENDIX TO
### DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWERING
### BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**MCCARTER & ENGLISH LLP**

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware  19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date:   April 13, 2006

## TABLE OF CONTENTS

**TITLE**                                                                                              **PAGE**

Excerpts of the Administrative Record ............................................................................B205-B254

i

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 13, 2006, I caused a copy of the foregoing Appendix to Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)



August 23, 1995

Disability Claims Section
Cosby Manor Road
P.O. Box 3017
Utica, N.Y. 13504

Christopher Doherty, Esq.
Claim Review Associates
312 Union Wharf
Boston, Ma.  02109

RE:  Long Term Disability
Claim No.:94097630
Group No.:35750
S.S. No.: 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
Claimant: Gail Kernaghan
Group: IBM

Dear Mr. Doherty,

We have received the necessary authorization form and are enclosing copies of the
medical, vocational and Social Security information in our file.

Please handle this claim for Social Security Disability Benefits and keep us advised
accordingly.

Yours truly,


Ed Herrin
Social Security Coordinator
Met DisAbility
(315) 792-2351

0010W

ML00338

# CRA

Social Security Advocacy

August 7, 1995

**Ed Herrin**
**Met Life**
Cosby Manor Road
PO Box 3017
Utica, NY  13504

|  |  |
|---|---|
| GROUP LIFE DISABILITY CLAIMS | |
| AUG 15 1995 | |
| Pending | |
| In Payments | 8/14/95 tele |
| Terminated | |
| No Record | ☐ Files ☐ CRT |

312 Union Wharf
Boston, MA 02109
(617) 367-2163
(800) 825-7734
FAX (617) 367-1243

Great Falls, VA
(703) 757-7605
(800) 677-0531
FAX (703) 757-0457

Pasadena, CA
(818) 564-0300
(800) 655-4298
FAX (818) 564-9493

Re:    Gail Kernaghan        35750
Claim No.:    094097630

Dear Mr. Herrin:

Please be advised that we have filed Ms. Kernaghan's Request for Hearing documents with the Social Security office in Poughkeepsie, NY. Please allow at least six to eight months for the assignment of an Administrative Law Judge to this case.

Please send a copy of Ms. Kernaghan's LTD file to our Boston office. Enclosed please find the necessary authorization to release this information. Also enclosed find a copy of the signed Appointment of Representative form.

We will continue to keep you updated as to the status of this file. If you have any questions, please call us at 1-800-825-7734.

Sincerely,

Laura Cella Donovan

Laura Cella-Donovan
Representative

LCD/jab

ML00339

| NAME (Claimant) (Print or Type) | SOCIAL SECURITY ER |
|---|---|
| Gail Kernaghan | 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 |
| WAGE EARNER (if different) | SOCIAL SECURITY NUMBER |

**Section I**        APPOINTMENT OF REPRESENTATIVE

I appoint this individual **Laura Cella-Donovan, 312 Union Wharf, Boston, MA 02109**
(Name and Address)

to act as my representative in connection with my claim or asserted right under:

☒ Title II (RSDI)     ☐ Title XVI (SSI)     ☐ Title IV FMSHA (Black Lung)     ☐ Title XVIII (Medicare Coverage)

I authorize this individual to make or give any request or notice; to present or elicit evidence; to obtain information; and to receive any notice in connection with my pending claim or asserted right wholly in my stead.

| SIGNATURE (Claimant) | ADDRESS |
|---|---|
| X Gail A. Kernaghan | 21 Edgewood Drive Rhinebeck, NY 12572 |
| TELEPHONE NUMBER (Area Code) (914) 876-2095 | DATE ✓ 7-27-95 |

**Section II**        ACCEPTANCE OF APPOINTMENT

I, **Laura Cella-Donovan**, hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not, as a current or former officer or employee of the United States, disqualified from acting as the claimant's representative; and that I will not charge or receive any fee for the representation unless it has been authorized in accordance with the laws and regulations referred to on the reverse side hereof. In the event that I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Section III satisfies this requirement.)

I am a / an **Attorney**
(Attorney, union representative, relative, law student, etc.)

| SIGNATURE (Representative) | ADDRESS |
|---|---|
| Laura Cella-Donovan | 312 Union Wharf Boston, MA 02109 |
| TELEPHONE NUMBER (Area code) (617) 367-2163 | DATE 7-21-95 |

**Section III** (Optional)        WAIVER OF FEE

I waive my right to charge and collect a fee under Section 206 of the Social Security Act, and I release my client (the claimant) from any obligations, contractual or otherwise, which may be owed to me for services I have performed in connection with my client's claim or asserted right.

| SIGNATURE (Representative) | DATE |
|---|---|
| | |

WAIVER OF DIRECT PAYMENT        ML00340

I ONLY waive my right to direct certification of a fee from the withheld past due benefits of my client (the claimant). I do NOT, however, waive my right to petition for and be authorized to charge and collect a fee directly from my client.

| SIGNATURE (Representative) | DATE |
|---|---|
| | |

Form SSA-1696-U4 (3-88)      (See Important Information on Reverse)      FILE COPY

## AUTHORIZATION FOR RELEASE OF LONG-TERM
## DISABILITY INFORMATION

I hereby authorize Met Life to release information from their long-term disability file to Laura Cella-Donovan of 312 Union Wharf, Boston, Massachusetts for use in my appeal for Social Security disability benefits.

X _____

Gail Kernaghan
21 Edgewood Drive
Rhinebeck, NY  12572
914-876-2095
Claim #:  094097630

✓ 7-27-95
Date

ML00341

**RUNNING CLAIM CYCLE**

Category

1.   Transaction Code                                        _____

2.   Name and Address                                      _____

3.   Date Last Pay                                            _____

4.   Date Last Medical                                      _____

5.   Approver Call-Up Dates                               _____

6.   Medical Call-Up Dates                                 _____

7.   Carve Outs (Dates and Amounts)                   _____

8.   Deductions (Dates and Amounts)                   _____

9.   Overpayment                                             _____

10.  Social Security Development                          _____

11.  Psychiatric Limitation                                  _____

12.  Education, Training and Experience               _____
      in File

13.  Second Phase Begins                                  _____

14.  Medical Evaluation                                     *delete system med, cu*

15.  Other                                                        _____

APPROVER ____*SM*_____

DATE _____*7/25/95*_____

ML00344

MM6962.GRN(0490)

RUNNING CLAIM CYCLE

Category

1.  Transaction Code _____
2.  Name and Address _____
3.  Date Last Pay _____
4.  Date Last Medical _____
5.  Approver Call-Up Dates _____
6.  Medical Call-Up Dates _____
7.  Carve Outs (Dates and Amounts) _____
8.  Deductions (Dates and Amounts) _____
9.  Overpayment _____
10. Social Security Development    Chnge ss type  to  ~~type~~ IDI
11. Psychiatric Limitation _____
12. Education, Training and Experience  _____
    in File
13. Second Phase Begins _____
14. Medical Evaluation
15. Other    handle  04
             Re instate clm and
             Follow with a J CU.

APPROVER ____Sal_____

DATE ____7/24/95_____

ML00345

MM6962.GRN(0490)

## DISABILITY MANAGEMENT SERVICES

**SADZKOSKI, I., DIRECTOR**
Lennon, S.
**GRZANOWICZ, G., MGR.**
Collins, S.
**ODDY, P., MGR.**
**Hartz, J.**

**STAFF SECTION**
Bogdan, A.
D'Amore, P.
Desens, J.
LaNeve, R.
McCarthy, R.
Noonan, P.
Noone, R.
Radell, R.
Radigan, A.
Robilotto, M.
Surprenant, J.
Warchal, M.

**LTD I**
**Zito, F., Supv.**
Cahill, K., Senior
Blase, N.
Feener, P.
Gage, S.
Higgins, C.
Jeck, B.
Kemler, C.
Maggard, M.
Nelson, L.
Viehmann, B.
Yahnke, T.

**LTD CLERICAL UNIT**
**Catera, S., Supv.**
Peckham, C., IME
Chruscicki, D., IME

**LTD II**
**Linke, A., Supv.**
Schmidt, B., Senior
Brown, B.
Come, P.
Dzimitrowicz, R.
Ferguson, K.
LaGares, J.
LaGasse, B.
Maggiore, A.
Manley, E.
Monaco, A.
Pohorecki, D.
Rubino, M.

**LTD III**
**Briend, P., Supv.**
Backman, J., Senior
VanDeusen, D., Senior
Cerosky, K.
Czech, S.
Marvin, K.
Moran, N.
Paladino, J.
Santoro, M.
Tyo-Ferguson, T.
Whittemore, K.
Wojtowycz, C.

**RAYTHEON**
**Basciotta, G., Supv.**
Aceto, S.
Gado, P. Senior
Robilotta, C., Senior
Sokolowski, V.
Goldsmith, K.
Redmond, E.
Wiedmer, C.

**SEARS/ALLSTATE/IBM**
**Austin, R., Supv.**
Achen, R., Senior
Gondek, R., Senior
Abrams, E.
Brognano, J.
Christman, J.
Ciccone, P.
Flagler, D.
Fournier, D.
Heinrich, D.
Kessler, V.
Marchese, S.
Martin, J.
Rivenburgh, D.
Rohan, S.
Salerno, M.
Thompson, S.

**SPECIAL SERVICES UNIT**
**Laino, N., Supv.**
Balfe, M.M., Senior
Briend, D., Senior
Campbell, L., Senior
Lake, L., Senior
Anderson, K.
Bertolini, K.
Campbell, E.
Hepworth, M.
Peters, E.
Swiderski, B.
Usyk, C.

\_\_\_\_FOR YOUR INFORMATION
\_\_\_\_FOR YOUR SIGNATURE
\_\_\_\_AS REQUESTED
\_\_\_\_PLEASE HANDLE
\_\_\_\_PLEASE REVIEW & RETURN

---

*Ed,*
*Please see SS denial letter.*    ML00347

B211          *Thanks*

FROM: *Elaine Cancelino*   DATE: JUL 18 1995

Claimant: _Coni Kerrigrim_

Firm: _IBM_

Group #: _35750_

☑ Education, Training, & Experience in file

_ Job Description in file

Claimant's Age: _42_

Definition of Liability:
☑ Regular Occupation only
Expires: _1/96_

_ Any and All Occupations:
Social Security Status:

_ Awarded

☑ Denied

_ Pending

_Joe_
_Elaine_

DX. L3 Burst Fracture   DOD: 11/22/94

REASON FOR REFERRAL: _Mail_

BRIEF SUMMARIZATION OF PROBLEM: _Rec'd. SS denial. Agency involved. Rec'd. $50 fee charge for a statement of FC from AP._

SUGGESTION: _Send to Ed Peters, when I get back remove estimate (we have denial letter and reimb agree). Sent letter to typ_ _telling AP it is EE's respons to pay the fee_

RECOMMENDED COURSE OF ACTION (COMPLETED BY SENIOR REVIEWER): _Remove estimate + send to Ed Peters._
_Rae._  _first_
_7/18/55_

Prepared By: _Elaine Cancelino_

Date: _JUL 17 1995_

Senior Reviewer : _____

Supervisor: _____

Date: _____

B212

ML00348

mmltd2


**MetLife**

Metropolitan Life Insurance Company
Met DisAbility
P.O. BOX 3017
UTICA, N.Y. 13504

*9409 7630*
*Doreen*

05/22/95

GAIL A KERNAGHAN
21 EDGEWOOD DR.

RHINEBECK              NY        12572

**Group/Contract Number**        35750

**Employee Identification Number**        299529291        KERNAGHAN, GAIL A

In accordance with the terms of your Group Plan, we request that
you complete the Supplemental Statement of Claimant below. If an
asterisk (*) appears here (*    ), you must also have your physician
complete the enclosed Attending Physician's Statement of Functional
Capacity.

This information is essential to the further processing of your claim.
If we do not receive a reply within a reasonable time, we will assume
that no further benefits are being claimed.

It is the responsibility of the claimant or the beneficiary to notify MetLife
of any change in disability status. This would include return to work, recovery
or death.

Disability Management Services

GROUP LIFE
DISABILITY CLAIMS

JUN 23 1995

---

**Supplemental Statement of Claimant**

| | |
|---|---|
| 1. Is the above address correct?    Yes | Pending |
| | In Payments |
| 2. If you are confined to a hospital or other institution, please give its name and address. | Terminated |
| | No Record    ☐ Files ☐ CRT |

3. (a) Have you at any time since the beginning of this disability,
       or are you now, engaged in any work or business?        (a)  NO

   (b) If so, in what work or business?        (b) _____

4. During what period have you been so engaged? _____

5. Name and address of your employer. If self-employed,
   give business address.

ML00351        June 12, 1995
               **Date**                                    *Gail A Kernaghan*
                                                          **Signature of insured**

B213

# B. BARRY GREENHOUSE, M.D., P.C. 94097630

### PAIN MANAGEMENT CENTER

Doreen

## STATEMENT OF ACCOUNT

**To:** _Met life_

**Re:** _Gail Kernahan_    _IBM 3570_
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

**Date:** _6/19/95_

JUN 21 1995

Pending
In Payments   6/7/95 Doe
Terminated
No Record   Files  CRT

**Activity:**   _Statement of Functional Capacity_    50.00

**Please include a copy of this invoice with payment.**

* **All Outstanding Balances are Due Upon Receipt.**

    Please make checks payable to:

        B. Barry Greenhouse, M.D., P.C.,
        Tax ID # 14-1763077
        and mail to the address below.

        Thank You.

ML00352

**Balance Due  $  50.00**

B214

**❖❖ MetLife**®

June 30, 1995

Disability Claims Section
Cosby Manor Road
P.O. Box 3017
Utica, N.Y. 13504

Ms. Gail Kernaghan
21 Edgewood Dr.
Rhinebeck, NY 12572

RE:  Long Term Disability
Claim No.: 94097630
Group No.: 35750
S. S. No.: 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
Phone:914-876-2095
Group: IBM

Dear Ms  Kernaghan

Our records indicate that you are not receiving Social Security Disability Insurance Benefits.

Based on the medical information in your claim file, it appears you may be eligible for such disability insurance benefits.

You should be aware that you have a right to be represented by a qualified person in dealing with the Social Security Administration at any stage of your claim.

If you are approved for Social Security Disability Insurance Benefits, you will realize several advantages:

*    Social Security Disability Insurance Benefits are often not taxable at all or at worst taxable at relatively low rates.

*    Social Security Disability Insurance Benefits increase automatically to reflect rises in the cost of living.

*    As soon as you have been entitled to Social Security Disability Insurance Benefits for 24 consecutive months, you become eligible for Medicare coverage, even though you are under age 65.

*    Failure to establish a claim for Social Security Disability Insurance Benefits may adversely affect your Social Security  Old-Age (Retirement) Benefits.

ML00353



Since it is to your advantage to receive Social Security Disability Insurance Benefits, we have given your name to Claim Review Associates a firm that specializes in obtaining Social Security Disability Insurance Benefits for claimants.

A representative from Claim Review Associates, will contact you in the near future to discuss the feasibility of pursuing a claim for Social Security Disability Insurance Benefits. We strongly urge that you take advantage of this service. Statistics have shown that people with representation have been more successful than those without representation in obtaining Social Security Disability Insurance Benefits on appeal.

If you currently have an attorney, or other qualified person representing you, simply advise Claim Review Associates when contacted.

This is a voluntary program. Please extend your full cooperation to the representative who contacts you as he/she will be doing everything possible to help you and your family in receiving Social Security Disability Insurance Benefits.

Should Social Security benefits be awarded while you are represented by CRA and your application results in a retroactive award, a recalculation of the benefits properly payable during the retroactive period will be performed. The results of this adjustment may necessitate in you reimbursing Met Life for the monies advanced prior to your Social Security award.

Kindly note that your representative's fee will be paid directly to them by Social Security out of the retroactive benefits payable and Met Life will credit you with all or a portion of the approved fee.

Yours truly,

Ed Herrin
Social Security Coordinator
Met DisAbility

Phone #(315) 792-2351

cc: Claim Review Associates

0008W

ML00354

## DISABILITY MANAGEMENT SERVICES

**SADZKOSKI, I., DIRECTOR**
Lennon, S.
**GRZANOWICZ, G., MGR.**
Collins, S.
**ODDY, P., MGR.**
Hartz, J.

### STAFF SECTION
Bogdan, A.
D'Amore, P.
Desens, J.
LaNeve, R.
McCarthy, R.
Noonan, P.
Noone, R.
Radell, R.
Radigan, A.
Robilotto, M.
Surprenant, J.
Warchal, M.

### LTD I
**Zito, F., Supv.**
Cahill, K., Senior
Blase, N.
Feener, P.
Gage, S.
Higgins, C.
Jeck, B.
Kemler, C.
Maggard, M.
Nelson, L.
Viehmann, B.
Yahnke, T.

### LTD CLERICAL UNIT
**Catera, S., Supv.**
Peckham, C., IME
Chruscicki, D., IME

### LTD II
**Linke, A., Supv.**
Schmidt, B., Senior
Brown, B.
Come, P.
Dzimitrowicz, R.
Ferguson, K.
LaGares, J.
LaGasse, B.
Maggiore, A.
Manley, E.
Monaco, A.
Pohorecki, D.
Rubino, M.

### LTD III
**Briend, P., Supv.**
Backman, J., Senior
VanDeusen, D., Senior
Cerosky, K.
Czech, S.
Marvin, K.
Moran, N.
Paladino, J.
Santoro, M.
Tyo-Ferguson, T.
Whittemore, K.
Wojtowycz, C.

### RAYTHEON
**Basciotta, G., Supv.**
Aceto, S.
Gado, P. Senior
Robilotta, C., Senior
Sokolowski, V.
Goldsmith, K.
Redmond, E.
Wiedmer, C.

### SEARS/ALLSTATE/IBM
**Austin, R., Supv.**
Achen, R., Senior
Gondek, R., Senior
Abrams, E.
Brognano, J.
Christman, J.
Ciccone, P.
Flagler, D.
Fournier, D.
Heinrich, D.
Kessler, V.
Marchese, S.
Martin, J.
Rivenburgh, D.
Rohan, S.
Salerno, M.
Thompson, S.

### SPECIAL SERVICES UNIT
**Laino, N., Supv.**
Balfe, M.M., Senior
Briend, D., Senior
Campbell, L., Senior
Lake, L., Senior
Anderson, K.
Bertolini, K.
Campbell, E.
Hepworth, M.
Peters, F.
Swiderski, B.
Usyk, C.

____FOR YOUR INFORMATION
____FOR YOUR SIGNATURE
____AS REQUESTED
____PLEASE HANDLE
____PLEASE REVIEW & RETURN

------------------------------------------------------------

*ED,*
*PIEASE SEE ATTACHED*

*Hanks*

FROM: _____ *D. H.* _____    DATE: _____ *6-19-95*

ML00355

B217

## Social Security Referral Worksheet

**MetLife**

| YES | NO | |
|-----|-----|---|
| (✓) | ( ) | Is claimant totally disabled for any and all occupations? |
| ( ) | (✓) | Is claimant age 64 or older? |
| ( ) | (✓) | Is claim on zero or minimum benefit for it's duration? |
| ( ) | (✓) | Does the claimant have an attorney for Social Security? |
| ( ) | (✓) | Is the claimant receiving Social Security Retirement? |
| ( ) | (✓) | Is there a Social Security denial on file for earnings? |
| ( ) | ( ) | Is claim subject to a psychiatric limitation? |

NOTE: If your answer is NO to the first question or YES to any one of the others, the claimant would not be considered a candidate for agency assistance and the Social Security Type Code should be reviewed.

### Additional Reduction Information

| | | |
|---|---|---|
| Is Social Security Frozen? | (✓) YES | ( ) NO |
| Is primary S.S. only carved out? | (✓) YES | ( ) NO |
| Are both primary and family SS reductions? | ( ) YES | (✓) NO |
| Is only Disability SS a reduction? | (✓) YES | ( ) NO |
| Are both Disability and Retirement SS reduced? | ( ) YES | (✓) NO |

### Reason For Referral:

( ) Claimant indicates he/she no longer wants to pursue Social Security Disability benefits on his/her own.

( ) Claimant repeatedly misses filing time.

( ) Claimant repeatedly gets denied.

(✓) Other: *I feel she may be a good candidate for SS. assistance*

Prepared by: *Doreen Henik*          Date: *6-19-95*

ML00356

## TELEPHONE MEMORANDUM

☐ Return File to:_____    ☐ Drop In    ☐ Rush

Call Received from:_____    Phone #: (   )

Call Made to: GAIL KERNASHAN    Phone #: 914 876-2095

Firm and Group Number:_____

Employee:_____

Claim Number:_____    Social Security Number:_____

☐ Please Return Call    ☐ Returned Your Call

**MESSAGE**

S.S. status?

Just DENIED - sent a copy
to you yesterday.

Call Received/Made by:_____    Date:___/___/___    Time:_____

**REPLY**

O/C

ML00357

B219

Call Returned by:_____    Date:___/___/___Time:_____

**RUNNING CLAIM CYCLE**

Category

1.  Transaction Code                                    _____

2.  Name and Address                                   _____

3.  Date Last Pay                                       _____

4.  Date Last Medical                                   _____

5.  Approver Call-Up Dates                             _____

6.  Medical Call-Up Dates                              _____

7.  Carve Outs (Dates and Amounts)                     _____

8.  Deductions (Dates and Amounts)                     _____

9.  Overpayment                                        _____

10. Social Security Development                        _____

11. Psychiatric Limitation                             _____

12. Education, Training and Experience                 _____
    in File

13. Second Phase Begins                               _____

14. Medical Evaluation                                _____

15. Other                                             _____

**V. KESSLER**

MAR 0 6

GROUP LIFE CLAIMS
DISABILITY CLAIMS

APPROVER _____

DATE _____

ML00358

Form **W-4S**

Department of the Treasury
Internal Revenue Service

## Request for Federal Income Tax Withholding From Sick Pay

▶ File this form with the payer of your sick pay.

OMB No. 1545-0717

**1995**

Type or print your full name  *Kernaghan, Gail A.*

Your social security number  *299 53 9291*

Home address (number and street or rural route)  *21 Edgewood Drive*

City or town, state, and ZIP code  *Rhinebeck, NY  12572-1006*

Claim or identification number (if any)

I request income tax withholding from my sick-pay payments. I want the following amount to be withheld from each payment. (See worksheet below.)   $ *450*

Employee's signature ▶  *Gail Kernaghan*        Date ▶ *2-25-95*

- - - - - - - - - -  Detach along this line. Give the top part of this form to the payer; keep the lower part for your records.  - - - - - - - - - -

### Worksheet (Keep for your records—Do Not Send to the Internal Revenue Service)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income you expect in 1995. | 1 | *36,000* |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 1995, you may have to reduce your itemized deductions if your income is over $114,700 ($57,350 if married filing separately). Get Pub. 919, Is My Withholding Correct for 1995?, for details. Call 1-800-829-3676 to order this and any other IRS publication or form you may need. If you do not plan to itemize deductions, see the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness . | 2 | |
| 3 | Subtract line 2 from line 1 . | 3 | *36,000* |
| 4 | Exemptions. Multiply $2,500 times the number of personal exemptions. For 1995, the value of your personal exemption(s) is reduced if your income is over $114,700 ($172,050 if married filing jointly, $143,350 if head of household, or $86,025 if married filing separately). Get Pub. 919 for details. | 4 | *36,000* |
| 5 | Subtract line 4 from line 3 . | 5 | *36,000* |
| 6 | Tax. Figure your tax on line 5 by using Tax Rate Schedules X, Y, or Z on the back. DO NOT use the Tax Table or Tax Rate Schedule X, Y, or Z in the 1994 Form 1040 instructions . | 6 | *5400* |
| 7 | Credits (credit for child and dependent care expenses, etc.) . | 7 | |
| 8 | Subtract line 7 from line 6 . | 8 | *5400* |
| 9 | Estimated income tax withheld and to be withheld from other sources during 1995 or paid with Form 1040-ES | 9 | *0* |
| 10 | Subtract line 9 from line 8 . | 10 | |
| 11 | Enter the number of sick-pay payments you expect to receive this year . | 11 | *12* |
| 12 | Divide line 10 by line 11. Round off to the nearest dollar. This is the amount that should be withheld from each sick-pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under Amount To Be Withheld. If it does, enter this amount on Form W-4S above . | 12 | *450* |

## General Instructions

**Paperwork Reduction Act Notice.**—We ask for the information on this form to carry out the Internal Revenue laws of the United States. The Internal Revenue Code requires the information under sections 3402(o) and 6109 and their regulations. Failure to provide the information will result in no withholding on your payment(s).

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: **Recordkeeping** 40 min.; **Learning about the law or the form** 6 min.; **Preparing the form** 25 min.; and **Copying, assembling, and sending the form** 11 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the **Internal Revenue Service**, Attention: Tax Forms Committee, PC:FP, Washington, DC 20224. **DO NOT** send the tax form to this address. Instead, give it to your payer.

**Purpose of Form.**—File this form with the payer of your sick pay if you want Federal income tax withheld. You don't have to file it if your employer makes the payments because employers are already required to withhold income tax from sick pay. File it only if the payer is a third party, such as an insurance company.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.**—Sick pay is a payment you receive:

**1.** Under a plan your employer takes part in, and

**2.** In place of wages for any period when you are temporarily absent from work because of sickness or injury.

**Amount To Be Withheld.**—Enter on this form the amount you want withheld from each payment. The amount:

**1.** Must be in whole dollars (for example, $35, not $34.50).

**2.** Must be at least $20 a week.

*(Continued on back.)*

Form **W-4S** (1995)

Form W-4S (1995)

**3.** Must not reduce the net amount of each sick pay payment you receive to less than $10.

**4.** For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a less-than-regular payment of $80.

**Caution:** *You may be subject to a penalty if your tax payments during the year are not at least 90% of the actual tax liability shown on your tax return. For more information, see* **Pub. 505,** *Tax Withholding and Estimated Tax. You can pay tax during the year through withholding or estimated tax payments, or both. To avoid the penalty, make sure you have enough tax withheld or file* **Form 1040-ES,** *Estimated Tax for Individuals. You can estimate your income tax liability by using the worksheet on page 1.*

**Statement of Income Tax Withheld.**—After the end of the year, you will receive a Form W-2 reporting the taxable sick pay paid and income tax withheld during the prior year. These amounts are reported to the Internal Revenue Service.

**Changing Your Withholding.**—Form W-4S remains in effect until you change or cancel it. You can do this by giving a new Form W-4S or a written notice to the payer of your sick pay.

## Worksheet

You can use the worksheet on the front to estimate the amount of income tax you want withheld from each sick-pay payment. Use your tax return for last year and the worksheet as a basis for estimating tax liability, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have all your tax liability covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** *If any of the amounts on the worksheet change after you file Form W-4S, you may file a new Form W-4S to request a change in the amount withheld.*

## Specific Instructions

### Worksheet on Page 1

### Line 2—Deductions

**Itemized Deductions.**—You may have to reduce your itemized deductions if your income is over $114,700 ($57,350 if married filing separately). Get Pub. 919 for details.

**Standard Deduction—Individuals (Other Than the Elderly or Blind).**—The standard deduction has been increased. For 1995, the amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . | $6,550* |
| Head of household . . . . . | 5,750* |
| Single . . . . . . . . | 3,900* |
| Married filing separately . . | 3,275* |

*If you are age 65 or over or blind, add to this amount the additional amount that applies to you as shown in the next paragraph.

**Additional Amount for the Elderly or Blind.**—An additional standard deduction amount of $750 is allowed for a married individual or qualifying widow(er) who is 65 or over or blind ($1,500 if both 65 or over and blind, $3,000 on a joint return if both spouses are 65 or over and blind). An additional standard deduction amount of $950 is allowed for an unmarried individual (single or head of household) who is 65 or over or blind ($1,900 if both).

**Limited Standard Deduction for Dependents.**—If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $650 or (b) earned income up to the standard deduction amount plus any additional amount for the elderly or blind for your filing status. Refer to Pub. 505 if you are 65 or over or blind.

**Certain Individuals Not Eligible for Standard Deduction.**—For the following individuals, the standard deduction is zero:

**1.** A married individual filing a separate return if either spouse itemizes deductions.

**2.** A nonresident alien individual.

**3.** An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

**Line 6—Tax.**—Use the appropriate Tax Rate Schedule below to figure your tax.

**Line 7—Credits.**—Include on this line any tax credits you are entitled to claim, such as credit for child and dependent care expenses, earned income credit, etc.

**Line 9.**—Enter the amount of income tax you expect will be withheld this year on income other than sick pay. Include income tax withheld from wages, pensions, and any payments made using Form 1040-ES.

## 1995 Tax Rate Schedules

**Caution:** *Do not use these Tax Rate Schedules to figure your 1994 taxes. Use only to figure your 1995 estimated taxes.*

### Single—Schedule X

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $23,350 | -------- 15% | $0 |
| 23,350 | 56,550 | $3,502.50 + 28% | 23,350 |
| 56,550 | 117,950 | 12,798.50 + 31% | 56,550 |
| 117,950 | 256,500 | 31,832.50 + 36% | 117,950 |
| 256,500 | -------- | 81,710.50 + 39.6% | 256,500 |

### Head of household—Schedule Z

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $31,250 | -------- 15% | $0 |
| 31,250 | 80,750 | $4,687.50 + 28% | 31,250 |
| 80,750 | 130,800 | 18,547.50 + 31% | 80,750 |
| 130,800 | 256,500 | 34,063.00 + 36% | 130,800 |
| 256,500 | -------- | 79,315.00 + 39.6% | 256,500 |

### Married filing jointly or Qualifying widow(er)—Schedule Y-1

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $39,000 | -------- 15% | $0 |
| 39,000 | 94,250 | $5,850.00 + 28% | 39,000 |
| 94,250 | 143,600 | 21,320.00 + 31% | 94,250 |
| 143,600 | 256,500 | 36,618.50 + 36% | 143,600 |
| 256,500 | -------- | 77,262.50 + 39.6% | 256,500 |

### Married filing separately—Schedule Y-2

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,500 | -------- 15% | $0 |
| 19,500 | 47,125 | $2,925.00 + 28% | 19,500 |
| 47,125 | 71,800 | 10,660.00 + 31% | 47,125 |
| 71,800 | 128,250 | 18,309.25 + 36% | 71,800 |
| 128,250 | -------- | 38,631.25 + 39.6% | 128,250 |

ML00360

✪ *Printed on recycled paper*

*U.S. Government Printing Office: 1994 — 375-123*

**≋ MetLife®**

## TRAINING, EDUCATION AND EXPERIENCE STATEMENT

Claimant's Name: **Kernaghan, Gail A**    S.S. No.: **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**

For a complete evaluation of your claim, MetLife needs some additional information. Please complete the entire form.

Feel free to use an additional sheet of paper if you need more space.

## EDUCATIONAL BACKGROUND

Circle highest grade completed    1  2  3  4  5  6  7  8  9  10  11  **(12)**

Did you attend college?    Yes ✓    No ____

Number of years of advanced education: **6**

College majors: 1. **BS (Biology)**    2. **MBA (Comp Science)**

Degrees received/dates: **1974**    **1986**

List any other vocational or business courses completed with date of completion.

**Medical Technologist MT(ASCP)    1974-1975    Lab technologist**

Were you in the armed forces?    Yes ____    No ✓

If yes, please provide dates:    From _____    To _____

Branch of Service _____    Highest rank _____    Specialty _____

## WORK EXPERIENCE

List chronologically all the jobs you have had making sure to indicate:

1.    Type of work

2.    Physical requirements

3.    Supervisory experience

ML00361

| Dates | Type of Work | Physical Requirements | Supervisory Experience (If Any) |
|---|---|---|---|
| 1984-1995 | IBM | Sitting at CRT, typing, twisting | Manager 1989-91 |
| 1976-1984 | St Joseph Hospital MT(ASCP) | bending, lifting chemical reagents | Weekend Supervisor |
| 1975-1976 | Lorain Community Hospital | " | N/A |
| 1974-1975 | Penneys Cashier/Clerk | Standing | N/A |

Additional courses taken not listed above (please include completion dates), hobbies and/or special skills. Please be specific.

**· reading**

B223

I know it is a crime to fill out this form with facts I know are false or to leave out facts I know are important.

Claimant's Signature **Gail Kernaghan**    Date **2/18/95**

statement ltd:lb

Metropolitan Life Insura.    ...npany

Met DisAbility
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**MetLife®**

March 1, 1995

Gail Kernaghan                    RE:    Long Term Disability
21 Edgewood Dr.                          Claim No.:   94097630
Rhinebeck, NY 12572                      Group No.:   35750
                                         S.S. No.:    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
                                         Serial No.:  142425

Dear Ms. Kernaghan

This is in reference to your claim for Long Term
Disability benefits.

MetLife and IBM have agreed to waive the onset of the
estimated Social Security reduction until September 1,
1995.  Please forward a copy of the decision from the
Social Security Administration to our office as it
becomes available to you.

Thank you for your cooperation.

Yours truly

Doreen Heinrich
Case Management Specialist
Met DisAbility
800-638-0064

ltdhDHgk/ha

ML00362

**RUNNING CLAIM CYCLE**

Category

1.  Transaction Code _____

2.  Name and Address _____

3.  Date Last Pay _____

4.  Date Last Medical _____

5.  Approver Call-Up Dates _____

6.  Medical Call-Up Dates _____

7.  Carve Outs (Dates and Amounts) _____

8.  Deductions (Dates and Amounts) _____

9.  Overpayment _____

10. Social Security Development _____SSI type   Sb  DEY_____

11. Psychiatric Limitation _____

12. Education, Training and Experience
    in File _____

13. Second Phase Begins _____

14. Medical Evaluation _____

15. Other _____

APPROVER _____Sal_____

DATE _____2/24/95_____

ML00363

MM6962.GRN(0490)

## DISABILITY MANAGEMENT SERVICES

**SADZKOSKI, I., DIRECTOR**
Lennon, S.
**GRZANOWICZ, G., MGR.**
Collins, S.
**ODDY, P., MGR.**
Hartz, J.

**STAFF SECTION**
Bogdan, A.
D'Amore, P.
Desens, J.
LaNeve, R.
McCarthy, R.
Noonan, P.
Noone, R.
Radell, R.
Radigan, A.
Robilotto, M.
Surprenant, J.
Warchal, M.

**LTD I**
**Zito, F., Supv.**
Cahill, K., Senior
Blase, N.
Feener, P.
Gage, S.
Higgins, C.
Jeck, B.
Kemler, C.
Maggard, M.
Nelson, L.
Viehmann, B.
Yahnke, T.

**LTD CLERICAL UNIT**
**Catera, S., Supv.**
Peckham, C., IME
Chruscicki, D., IME

**LTD II**
**Linke, A., Supv.**
Schmidt, B., Senior
Brown, B.
Come, P.
Dzimitrowicz, R.
Ferguson, K.
LaGares, J.
LaGasse, B.
Maggiore, A.
Manley, E.
Monaco, A.
Pohorecki, D.
Rubino, M.

**LTD III**
**Briend, P., Supv.**
Backman, J., Senior
VanDeusen, D., Senior
Cerosky, K.
Czech, S.
Marvin, K.
Moran, N.
Paladino, J.
Santoro, M.
Tyo-Ferguson, T.
Whittemore, K.
Wojtowycz, C.

**RAYTHEON**
**Basciotta, G., Supv.**
Aceto, S.
Gado, P. Senior
Robilotta, C., Senior
Sokolowski, V.
Goldsmith, K.
Redmond, E.
Wiedmer, C.

**SEARS/ALLSTATE/IBM**
Austin, R., Supv.
Achen, R., Senior
Gondek, R., Senior
Abrams, E.
Brognano, J.
Christman, J.
Ciccone, P.
Flagler, D.
Fournier, D.
Heinrich, D.
Kessler, V.
Marchese, S.
Martin, J.
Rivenburgh, D.
Rohan, S.
Salerno, M.
Thompson, S.

**SPECIAL SERVICES UNIT**
**Laino, N., Supv.**
Balfe, M.M., Senior
Briend, D., Senior
Campbell, L., Senior
Lake, L., Senior
Anderson, K.
Bertolini, K.
Campbell, E.
Hepworth, M.
Peters, E.
Swiderski, B.
Usyk, C.

ML00364

____FOR YOUR INFORMATION
____FOR YOUR SIGNATURE
____AS REQUESTED
____PLEASE HANDLE
____PLEASE REVIEW & RETURN

---

RONDA,
PLEASE SEE ATTACHED. JOHN HEAD'S OKAY to
WAIVE THE ONSET Dt. OF THE SS. Est.
til 8-31-95.

thats
B226

FROM: _____ D.H.    DATE: 2-22-95

E'll
App
RA

Metropolitan Life Insurance Comy
Northeast Region
55 Greens Farms Road, Westport, CT 06880-6157
Tel 203 454-5335    Fax 203 454-5355

**MetLife®**

**Jonathan M. Head**
Regional Director
Group - Northeast Regional Operations

February 21, 1995

Ms. Rhonda Austin
Supervisor, Long-Term Disability Unit
MetLife
P.O. Box 3017
Utica, NY 13504

RE:  **MS. GAIL KERNAGHAN**
      **SOCIAL SECURITY # 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**

Dear Rhonda,

Please process the enclosed *Social Security Request* for IBM.

Sincerely,

Jonathan M. Head
Regional Director

JMH:ld

Enclosure

ML00365



**Workforce Solutions**
*An IBM Company*

*Town of Mount Pleasant, RT 9*
*North Tarrytown, NY 10591*
*Telephone 914 332 2000*

February 17, 1995

Ms. Sharon Bush
Metropolitan Life Insurance Company
55 Green Farm Road
Westport, CT 06880

Reference:  Ms. Gail Kernaghan
            Social Security Number 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

Dear Sharon:

I have reviewed and approved the above referenced employee's
request to waive the onset of the estimated social security
reduction to her LTD benefit until August 31, 1995, (or until a
decision is made by Social Security Administration, whichever
occurs earlier.

Thank you for your assistance in ensuring Ms. Kernaghan is
advised of the waiver.

Sincerely,

A. M. Epps
Program Manager
Benefits Programs

AME/asc
Enclosures

cc:  Ms. R. Austin

ML00366



**Workforce Solutions**
*An IBM Company*

*Town of Mount Pleasant, RT ·*
*North Tarrytown, NY 10591*
*Telephone 914 332 2000*

February 17, 1995

Ms. Sharon Bush
Metropolitan Life Insurance Company
55 Green Farm Road
Westport, CT 06880

Reference: Ms. Gail Kernaghan
           Social Security Number 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

Dear Sharon:

I have reviewed and approved the above referenced employee's request to waive the onset of the estimated social security reduction to her LTD benefit until August 31, 1995, (or until a decision is made by Social Security Administration, whichever occurs earlier.

Thank you for your assistance in ensuring Ms. Kernaghan is advised of the waiver.

                          Sincerely,

                          A. M. Epps
                          Program Manager
                          Benefits Programs

AME/asc
Enclosures

cc:  Ms. R. Austin

ML00367

TELECOMMUNICATIONS TRANSMITTAL INSTRUCTIONS

DATE: 2-2-95

TO: ATTENTION OF: ANDREA EPPS

DEPT OR ROOM: IBM

CITY & STATE:

FAX NUMBER: 914-332-3906

The information contained in the following pages is confidential
and intended only for the individual named above. **ANY OTHER USE,
DISSEMINATION, OR COPYING OF THIS COMMUNICATION IS STRICTLY
PROHIBITED AND IS A TORTIOUS INTERFERENCE WITH OUR CONFIDENTIAL
BUSINESS RELATIONSHIPS.** If this document was erroneously sent to
you, please notify us _immediately_ at the number listed below and
then destroy this document.

FROM : DOREEN HEINRICH

DEPT : METLIFE

PHONE: 1 800 - 638 - 0064

FAX #: 315 - 792 - 2514

METROPOLITAN LIFE INSURANCE CO.
DISABILITY CLAIMS SECTION
COSBY MANOR ROAD
P.O. BOX ~~3043~~ 3017
UTICA, NY  13504-~~3043~~ 3017

NUMBER OF PAGES TO BE SENT: 3 (INCLUDING THIS PAGE)

ANDREA,
PLEASE SEE ATTACHED REQUEST to
WAIVE the ONSET Dt. OF the
SOCIAL SECURITY ESTIMATE.
THANKS

B230

ML00368

TYPE OF CLAIM: DISABILITY
DATE OF APPOINTMENT: FEBRUARY 08, 1995
TIME OF APPOINTMENT: 09:00 AM

IN ADDITION, PLEASE HAVE THE DOCUMENTS LISTED ON THE NEXT PAGE READY FOR YOUR
APPOINTMENT.

WE CANNOT ACCEPT PHOTOCOPIES OF DOCUMENTS. THE ABOVE ITEMS MUST BE ORIGINAL
DOCUMENTS OR CERTIFIED COPIES. WE WILL RETURN YOUR DOCUMENTS TO YOU. BE SURE
YOU KEEP YOUR APPOINTMENT EVEN IF YOU DO NOT HAVE ALL YOUR DOCUMENTS.

PLEASE BE AVAILABLE NEAR YOUR PHONE APPROXIMATELY FIVE MINUTES BEFORE YOUR
SCHEDULED APPOINTMENT TIME. IF YOU ARE UNABLE TO KEEP YOUR APPOINTMENT, PLEASE
CONTACT US AT THE ABOVE NUMBER TO RESCHEDULE YOUR APPOINTMENT.

GAIL A. KERNAGHAN                                         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
(NH NAME)                                                (NH SSN)

YOU SHOULD TRY TO KEEP YOUR APPOINTMENT BECAUSE OUR TALK WILL HELP IN FILING
THE NECESSARY APPLICATION. WE CAN'T DECIDE IF YOU ARE ELIGIBLE FOR BENEFITS
UNTIL YOU FILE AN APPLICATION. AND, THE DATE YOU FILE AN APPLICATION CAN MAKE A
DIFFERENCE IN THE AMOUNT WE CAN PAY YOU. WE CAN USE THE DATE YOU CONTACTED US
AS YOUR FILING DATE FOR SOCIAL SECURITY BENEFITS IF YOU FILE AN APPLICATION
WITHIN 6 MONTHS OF THE DATE OF THIS LETTER.

WHEN YOU FILE AN APPLICATION, WE WILL REVIEW THE CASE AND MAKE A DECISION. IF
YOU DO NOT AGREE WITH WHAT WE DECIDE, YOU CAN APPEAL THE DECISION.

WE WILL NEED THE DOCUMENTS LISTED BELOW TO COMPLETE YOUR CLAIM FOR BENEFITS:
PROOF OF AGE
MEDICAL EVIDENCE
PROOF OF DIRECT DEPOSIT
PROOF OF W-2/EARNINGS FOR 1994.

ML00370

Please check appropriate box for equipment occupation requirements. When more than one exposure or activity is listed per line, cross-out that which does not apply.

| Exposure to: | 0% | 1-19% Working Day | 20%-60% Working Day | 61%-100% Working Day |
|---|---|---|---|---|
| Dust/gas/fumes | | | | |
| Chemicals/solvents | | | | |
| Temperature extremes | | | | |
| High noise levels | | | | |
| Allergenic agents | | | | |
| Enclosed spaces | | | | |
| Wet conditions | | | | |
| Reduced lighting levels | | | | |
| Electrical sources | | | | |
| Other | | | | |

Explanation:

| Required Activities: | 0% | 1-19% Working Day | 20%-60% Working Day | 61%-100% Working Day |
|---|---|---|---|---|
| Sitting | | | | |
| Standing | | | | |
| Walking | | | | |
| Climb stairs/ladder/scaffold | | | | |
| Balancing (Exposure to falling) | | | | |
| Cramped/unusual positions | | | | |
| Extended reach forward/overhead | | | | |
| Push/pull/twist | | | | |
| Grasp/handle | | | | |
| Bend/stoop/squat | | | | |
| Fine hand dexterity | | | | |
| Highly repetitive motion | | | | |
| Forceful wrist twisting | | | | |
| Operate truck/dolly/small vehicle | | | | |
| Operate heavy equipment | | | | |
| Fine visual auditory attention | | | | |
| Precise verbal/written communication | | | | |
| Other | | | | |

## Carrying & Lifting Requirements

| Intensity In Pounds: | Frequency: Percentage of Workday | | | |
|---|---|---|---|---|
| | Never | Less Than 20% | 20%-60% | Greater Than 60% |
| 0-15 | | | | |
| 16-30 | | | | |
| 31-45 | | | | |
| > 45 | | | | |

ML00371

## TELEPHONE MEMORANDUM

☐ Return File to: _____    ☐ Drop In    ☐ Rush

Call Received from: _____ Phone #: (   )

Call Made to: _CReDit Union_ _____ Phone #: (914) 536-4444
                          title

Firm and Group Number: _____

Employee: _____

Claim Number: _____ Social Security Number: _____

☐ Please Return Call        ☐ Returned Your Call

**MESSAGE**

Routing # ok
Acct # 5-9473200

Call Received/Made by: _____ Date: ___/___/___ Time: _____

**REPLY**

DOREEN HEINRICH

FEB 2 1995

CREDIT LIFE CLAIMS
DISABILITY CLAIMS

ML00372

Call Returned by: _____ Date: ___/___/___ Time: _____

| Claim Number | Case Number | Sub | Branch | Social Security Certificate No. | Claimant's Name | | |
|---|---|---|---|---|---|---|---|
| 94097630 | 35750 | 001 | 037 | 299529291 | KERNAGHAN | GAIL | A |

PAGE 0

**✳ MetLife®**

03/06/95

THE PROJECTION OF FUTURE BENEFITS ASSUMES THE CONTRACT IS RENEWED EACH YEAR AND THAT DEDUCTIONS REMAIN THE SAME.

ML00380

LTD CYCLE CHECK SHEET

Claimant ———————————————— Claim No. ————————————————

THE FOLLOWING ENTRY/ENTRIES ARE INCORRECT:

MAILING INSTRUCTIONS:

Enclose check with _____ approval notice(s) to firm

Enclose check with _____ approval notice(s) to payee

Mail _____ approval notice(s) to firm

Mail _____ approval notice(s) to payee

Mail _____ approval notice(s) to _____

Additional Instructions _____

☐  Void check

☐  Do not release approval notices

☐  As requested by original approver

☐  Incorrect entry  (see above explanation)

☒  Return to

Cycle date _____

Checked by _____

Today's date _____

V. KESSLER
MAR 0 8 1995
GROUP LIFE CLAIMS
DISABILITY CLAIMS

Mailing instructions followed as indicated

Handled by _____

Date _____

ML00381

| Claim Number | Trans | App. No. | Reason | Status | Next Pay Date | | |
|---|---|---|---|---|---|---|---|
| 94097630 | 88 | 0457 | | 06 | 031995 | 02/24/95 | PG 1 |

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | Cert. | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | 00000 | 8040 | 001 | 299529291 | 142425 | 01171995 | | |

| Last Name | First Name | M | Sex | Insured Legal Address Line 1 | | H Sal |
|---|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 21 EDGEWOOD DR. | | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | RHINEBECK | NY | 12572 | 36 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd | |
|---|---|---|---|---|---|---|---|---|
| 08151952 | 11221994 | 2213 | 01051995 | | 121995 | | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 11211994 | 0811 | 011995 | 082017 | 19 22 | 23 23 | UE | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 12021994 | | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| 100.00 | | 04151995 | 2 | 08011995 | T | 061995 | 2 | 7226 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Z | 01/01/96 | IC | | |

| | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **C A R V E + O U T S** / **S U P P L E M E N T S** | 01 | 011995 | 082017 | 0010000 | 099 | | 02 | 091995 | 082017 | 0118700 | 022 | |
| | | | | | | | | | | | | |

| MISC DED | 01 | 031995 | 082017 | 045000 | 60 | A | | |
|---|---|---|---|---|---|---|---|---|

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpay-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

Computer Use Only Enter All Accounting Adjustments on Reverse Side

| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0000000 | 0 | |

LINE MANAGER
IBM CORPORATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
POUGHKEEPSIE          NY 12602

SYSTEMS COMMUNICATION          B236

GAIL A KERNAGHAN
21 EDGEWOOD DR.
RHINEBECK          NY 12572

| Claim Number | * I – Issue Check | O – Report Issue of a Check Via OCC<br>T – Refund Withholding |
|---|---|---|

## Manual Payments

**Manual Payment Reason – Circle One:     I     O     T     ***

| Pay From<br>MMDDYY | Pay To<br>MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Personal Refund Check

| Dt-of-Chk<br>MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Return or Void Met–Check or Draft

| Dt-of -Chk<br>MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

## Correction to Prior Adjustments

**REPORT TO: MASTER FILE_____     HISTORY FILE _____     PCAS _____     MASTER TAX FILE_____**

| D/C | Dt-of-Adj<br>MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ML00383

## LTD CYCLE CHECK SHEET

Claimant _____ Claim No. _____

THE FOLLOWING ENTRY/ENTRIES ARE INCORRECT:

_____ SS  type  Sb  DEY _____

_____

_____

_____

MAILING INSTRUCTIONS:

Enclose check with _____ approval notice(s) to firm

Enclose check with _____ approval notice(s) to payee

Mail _____ approval notice(s) to firm

Mail ____/____ approval notice(s) to payee   with letter

Mail _____ approval notice(s) to _____

Additional Instructions _____

☐  Void check

☐  Do not release approval notices

☐  As requested by original approver

☐  Incorrect entry  (see above explanation)

☑  Return claim to  Doleen  as  requested

Cycle date ___2/24/95___

Checked by ___SJ___

Today's date ___2/24/95___

Mailing instructions followed as indicated

Handled by _____

Date _____

ML00384

| Claim Number | Group Number | Sub | | | Social Security Certificate No. | Claimant's Name | | |
|---|---|---|---|---|---|---|---|---|
| 94097630 | 35750 | 001 | 037 | | 299529291 | KERNAGHAN | GAIL | A |

METROPOLITAN LIFE INSURANCE COMPANY          **MetLife**
DISABILITY MANAGEMENT SERVICES
P.O. BOX 3017, UTICA, NY 13504

PAGE 01

02/24/95

GAIL A KERNAGHAN
21 EDGEWOOD DR.
RHINEBECK     NY  12572

RE:  GROUP  DISABILITY  CLAIM  -   ADJUSTED BENEFIT NOTICE

THE AMOUNT OF YOUR BASIC MONTHLY BENEFIT IS  $2,983.48

THIS AMOUNT WILL BE REDUCED DURING THE PERIODS SHOWN BELOW BY INCOME WHICH YOU
ARE RECEIVING OR ARE ELIGIBLE TO RECEIVE FROM THE FOLLOWING SOURCES:

| SOURCE | AMOUNT PER MONTH | FROM | THROUGH |
|---|---|---|---|
| EST. PRIMARY SOCIAL SECURITY | $1,187.00 | 09-1995 | 08-2017 |

PROVIDING REDUCTIONS REMAIN AS LISTED ABOVE, AND YOU REMAIN TOTALLY DISABLED
AS DEFINED IN YOUR GROUP PLAN, YOUR BENEFIT SCHEDULE WILL BE AS FOLLOWS :

| | FROM | THROUGH | DAYS | GROSS AMOUNT | CODE | EXPLANATION |
|---|---|---|---|---|---|---|
| # | 01-1995 | 01-1995 | 19 | $2,576.64 | | # THIS IS A PARTIAL MONTH PAYMENT. |
| | 02-1995 | 08-1995 | | $2,983.48 | | |
| | 09-1995 | 08-2017 | | $1,796.48 | | |

LINE MANAGER                                              AMOUNT PAYABLE
IBM CORPORATION          SYSTEMS COMMUNICATION            TO DATE
                                                         ------------
                                                         |**********|
                                                         ------------

ML00385

B239

| Claim Number | Group Number | Sub | Dept | Social Security / Certificate No. | Claimant's Name | |
|---|---|---|---|---|---|---|
| 94097630 | 35750 | 001 | 037 | 299529291 | KERNAGHAN        GAIL | A |



02/24/95

THE PROJECTION OF FUTURE BENEFITS ASSUMES THE CONTRACT IS RENEWED
EACH YEAR AND THAT DEDUCTIONS REMAIN THE SAME.

ML00386

| Claim Number | Trans | App. No. | Reas | Status | Next Pay Date | | | | | | | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94097630 | 06 | 0457 | RA | 06 | 011995 | 01/18/95 | | | | | | |

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | Cert. | | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | 00000 | 8040 | 001 | 299529291 | 142425 | | 01171995 | | |

| Last Name | First Name | M | Sex | Insured Legal Address Line 1 | H Sal |
|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 21 EDGEWOOD DR. | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | RHINEBECK | NY | 12572 | 36 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd |
|---|---|---|---|---|---|---|---|
| 08151952 | 11221994 | 2213 | 01051995 | | 121995 | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 11211994 | 0811 | 011995 | 082017 | 19 22 | 23 23 | UE | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 12021994 | 04/15/1995 | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes | |
|---|---|---|---|---|---|---|---|---|---|
| 100.00 | | 0215 1995 X / 02151995 2 | | 08011995 | T | 061995 | 2 | 7226 | ML00387 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Z | 01/01/96 | IC | | |

| CARVE OUTS SUPPLEMENTS | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01 | 011995 | 082017 | 0010000 | 099 | | 02 | 031995 / 091995 | 082017 | 0118700 | 022 | C |
| | | | | | | | | | | | | |

**MISC DED**

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

Computer Use Only Enter All Accounting Adjustments on Reverse Side

| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0000000 | 0 | |

LINE MANAGER
IBM CORPORATION
* * * * * * * * *
POUGHKEEPSIE          NY 12602

SYSTEMS COMMUNICATION

B241

GAIL A KERNAGHAN
21 EDGEWOOD DR.
RHINEBECK     NY 12572

ms0012.grn.skl 12/92

| Claim Number | * I – Issue Check | O – Report Issue of a Check Via OCC |
|---|---|---|
| | | T – Refund Withholding |

## Manual Payments

**Manual Payment Reason – Circle One:**     I     O     T     *

| Pay From MMDDYY | Pay To MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Personal Refund Check

| Dt-of-Chk MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Return or Void Met–Check or Draft

| Dt-of -Chk MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

## Correction to Prior Adjustments

**REPORT TO: MASTER FILE_____    HISTORY FILE _____    PCAS _____    MASTER TAX FILE_____**

| D/C | Dt-of-Adj MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ML00388

B242

(n58013 nrn ck1 02/80)

## LTD CYCLE CHECK SHEET

Claimant _____ Claim No. _____

**THE FOLLOWING ENTRY/ENTRIES ARE INCORRECT:**

_____

_____

_____

_____

**MAILING INSTRUCTIONS:**

Enclose check with _____ approval notice(s) to firm

Enclose check with _____ approval notice(s) to payee

Mail _____ approval notice(s) to firm

Mail _al 1__ approval notice(s) to payee

Mail _____ approval notice(s) to _____

Additional Instructions _____

☐ Void check

☐ Do not release approval notices

☐ As requested by original approver

☐ Incorrect entry  (see above explanation)

☑ Return claim to ___*Dolln*___ *as regards*___

Cycle date _____*11/18/95*_____

Checked by _____*s d*_____

Today's date _____*1/18/95*_____

Mailing instructions followed as indicated

Handled by _____

Date _____

ML00389

| Number | Number | Sub | Branch | Certificate No. | Claimant's Name | | |
|--------|--------|-----|--------|-----------------|------------------|---|---|
| 94097630 | 35750 | 001 | 037 | 299529291 | KERNAGHAN | GAIL | A |

PAGE 01

METROPOLITAN LIFE INSURANCE COMPANY  **MetLife**
DISABILITY MANAGEMENT SERVICES
P.O. BOX 3017, UTICA, NY 13504

01/18/95

   GAIL A KERNAGHAN
   21 EDGEWOOD DR.
   RHINEBECK   NY 12572


RE: GROUP DISABILITY CLAIM - NOTICE OF APPROVAL

THE AMOUNT OF YOUR BASIC MONTHLY BENEFIT IS $2,983.48

THIS AMOUNT WILL BE REDUCED DURING THE PERIODS SHOWN BELOW BY INCOME WHICH YOU
ARE RECEIVING OR ARE ELIGIBLE TO RECEIVE FROM THE FOLLOWING SOURCES:

| SOURCE | AMOUNT PER MONTH | FROM | THROUGH |
|--------|------------------|------|---------|
| EST. PRIMARY SOCIAL SECURITY | $1,187.00 | 03-1995 | 08-2017 |

PROVIDING REDUCTIONS REMAIN AS LISTED ABOVE, AND YOU REMAIN TOTALLY DISABLED
AS DEFINED IN YOUR GROUP PLAN, YOUR BENEFIT SCHEDULE WILL BE AS FOLLOWS :

| | FROM | THROUGH | DAYS | GROSS AMOUNT | CODE | EXPLANATION |
|---|------|---------|------|--------------|------|-------------|
| # | 01-1995 | 01-1995 | 19 | $2,576.64 | | # THIS IS A PARTIAL MONTH PAYMENT. |
| | 02-1995 | 02-1995 | | $2,983.48 | | |
| | 03-1995 | 08-2017 | | $1,796.48 | | |

LINE MANAGER
IBM CORPORATION   SYSTEMS COMMUNICATION   AMOUNT PAYABLE
                      THROUGH 12/31/94
                      ------------
                      |**********|
                      ------------

       ML00390

| Number | Number | Sub | Branch | Certificate No. | Claimant's Name | |
|---|---|---|---|---|---|---|
| 94097630 | 35750 | 001 | 037 | 299529291 | KERNAGHAN | GAIL | A |

**MetLife®**

01/18/95

THE PROJECTION OF FUTURE BENEFITS ASSUMES THE CONTRACT IS RENEWED
EACH YEAR AND THAT DEDUCTIONS REMAIN THE SAME.

ML00391

**Disability Turnaround**   MetLife

| Claim Number | Trans | App. No. | Reason | Status | Next Pay Date |
|---|---|---|---|---|---|
| 94097630 | 06 02 | 0469 | | 02 | 09/22/94 |

PG 1

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | Cert. | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | 00000 | 8040 | 001 | 299529291 | 142425 | 08291994 | | |

| Last Name | First Name | M | Sex. | Insured Legal Address Line 1 | | H Sal |
|---|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 21 EDGEWOOD DR. | | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | RHINEBECK | NY | 12572 | 36 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd |
|---|---|---|---|---|---|---|---|
| 08151952 | 11201994 06041994 | 2213 | | | 121994 | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 11211994 06031994 | 0811 | 011995 101994 | 082017 | 922 15 21 | 23 23 | UE DE50 | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | Max-Mo-Ben* | Dist*. | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 12021994 08041994 | | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| 100.00 | | 02151995 10011994 | 2 3 | 02011995 | T | 061995 | 2 | 7226 |

| Fut-Sus-Dt | Reas. | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 09211994 | 9471358 | C | | | Z | 10/01/95 | IC | | |

| C A R V E + O U T S | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **S U P P L E M E N T S** | 01 | 101994 01995 | 082017 | 0010000 | 099 | C | 02 | 031995 | 082017 | 0118700 | 020 | A |

| MISC DED | | | | | |
|---|---|---|---|---|---|

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

**Computer Use Only Enter All Accounting Adjustments on Reverse Side**

| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0000000 | 0 | |

```
LINE MANAGER
IBM CORPORATION              SYSTEMS COMMUNICATION       GAIL A KERNAGHAN
* * * * * * * * * * * * * *                              21 EDGEWOOD DR.
POUGHKEEPSIE          NY 12602              B246          RHINEBECK      NY 12572
n50012.gm.skt  12792
```

| (Claim Number) | * I – Issue Check | O – Report Issue of a Check Via OCC<br>T – Refund Withholding |
|---|---|---|

## Manual Payments

**Manual Payment Reason – Circle One:**    I        O        T        *

| Pay From<br>MMDDYY | Pay To<br>MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Personal Refund Check

| Dt-of-Chk<br>MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Return or Void Met–Check or Draft

| Dt-of -Chk<br>MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

## Correction to Prior Adjustments

**REPORT TO: MASTER FILE_____    HISTORY FILE _____    PCAS _____    MASTER TAX FILE_____**

| D/C | Dt-of-Adj<br>MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ML00393

B247

(n50013.grn.skl 02/89)

| Claim Number | Trans | App. No. | Reason | Status | Next Pay Date | | |
|---|---|---|---|---|---|---|---|
| 94097630 | 02 88 | 0469 | PM | 01 | 09/09/94 | ML00394 | PG 1 |

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | Cert. | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | 00000 | 8040 | 001 | 299529291 | 142425 | 08291994 | | |

| Last Name | First Name | M | Sex | Insured Legal Address Line 1 | H Sal |
|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 21 EDGEWOOD DR. | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | RHINEBECK | NY | 12572 | 36 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Dt | Lim-Liab-Dt | Ded-FICA | Occup-Cd |
|---|---|---|---|---|---|---|---|
| 08151952 | 06041994 | 2213 | | | 121994 | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 06031994 | 0811 | 101994 | 082017 | 15 21 | 23 23 | DEY | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 08041994 | | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| 100.00 | | 10011994 | J | | | 99 | | 7226 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09211994 | | | | C | | Z | | 10/01/95 | IC | | |

| CARVE OUTS + SUPPLEMENTS | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01 | 101994 | 082017 | 0010000 | 099 | | | | | | | |

ELLIE ABRAMS

SEP 21 1994

GROUP LIFE CLAIMS DISABILITY CLAIMS

| MISC DED | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr. | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

**Computer Use Only Enter All Accounting Adjustments on Reverse Side**

| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0000000 | 0 | |

LINE MANAGER
IBM CORPORATION
* * * * * * * * * * * * * *
POUGHKEEPSIE          NY 12602

SYSTEMS COMMUNICATION

B248

GAIL A KERNAGHAN
21 EDGEWOOD DR.
RHINEBECK          NY 12572

r50012.prs.skt 12/92

| Claim Number | | * I – Issue Check | O – Report Issue of a Check Via OCC |
|---|---|---|---|
| | | | T – Refund Withholding |

## Manual Payments

**Manual Payment Reason – Circle One:**    I    O    T    *

| Pay From MMDDYY | Pay To MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Personal Refund Check

| Dt-of-Chk MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Return or Void Met–Check or Draft

| Dt-of -Chk MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

## Correction to Prior Adjustments

REPORT TO: MASTER FILE_____    HISTORY FILE _____    PCAS _____    MASTER TAX FILE_____

| D/C | Dt-of-Adj MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ML00395

| Claim Number | Trans | App. No. | Reason | Status | Next Pay Date | | | | | ML00396 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 94097630 | 88 01 | 0469 | PM | 01 | | | 08/30/94 | | | | PG 1 |

| Group | Sub | Branch | Class | Covg. | Corr. No. | Soc. Sec. | Cert. | | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | 00000 | 8040 | 001 | 299529291 | 142425 | | 08291994 | | |

| Last Name | First Name | M | Sex | Insured Legal Address Line 1 | | H Sal |
|---|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 21 EDGEWOOD DR. | | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | RHINEBECK | NY | 12572 | 36 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd | |
|---|---|---|---|---|---|---|---|---|
| 08151952 | 06041994 ~~01101993~~ | 2213 | 10/01/1994 | | 121994 | | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 06031994 ~~01171993~~ | ~~0706~~ | 101994 ~~121994~~ | 082017 | 15 21 22 22 | 23 23 | DEY | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 08041994 | | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| 100.00 | | 10011994 | J | ~~09071994~~ | X | | | 7226 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Z | 12/01/95 | IC | | |

| | | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARVE OUTS | SUPPLEMENTS | 01 | 121994 | 082017 | 0010000 | 099 | | | | | | | |

*ELLIE ABRAMS*

*SEP 08 1994*

*GROUP LIFE CLAIMS*
*DISABILITY CLAIMS*

| MISC DED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

**Computer Use Only Enter All Accounting Adjustments on Reverse Side**

| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0000000 | 0 | |

LINE MANAGER
IBM CORPORATION
*************
POUGHKEEPSIE         NY 12602

SYSTEMS COMMUNICATION

B250

GAIL A KERNAGHAN
21 EDGEWOOD DR.
RHINEBECK     NY 12572

| Claim Number | * I – Issue Check | O – Report Issue of a Check Via OCC<br>T – Refund Withholding |
|---|---|---|

## Manual Payments

**Manual Payment Reason – Circle One:**    I        O        T        *

| Pay From<br>MMDDYY | Pay To<br>MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Personal Refund Check

| Dt-of-Chk<br>MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Return or Void Met–Check or Draft

| Dt-of -Chk<br>MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

## Correction to Prior Adjustments

REPORT TO: MASTER FILE_____    HISTORY FILE _____    PCAS _____    MASTER TAX FILE_____

| D/C | Dt-of-Adj<br>MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ML00397

(n50012 nrn nht 02/00)

MetLife

| Claim Number | Year | App No. | Status | Next Pay Data | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 94097630 | 01 | 0469 | PM | | | | | | | | |

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | | Cert. | Dt-Report | Log-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | | 8040 | 001 | 2995292011 | | 142425 | 08-21-1994 | | |

| Last Name | | First Name | | M | Sex | Insured Legal Address Line 1 | | | | | HS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kernaghan | | Gail | | A | F | 21 Edgewood Dr | | | | | |

| Insured Legal Address Line 2 | | | City | | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|---|---|---|
| | | | Rhinebeck | | NY | 12572 | | NY |

1

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd |
|---|---|---|---|---|---|---|---|
| 08151952 | 01181993 | 2213 | | | 121994 | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 01171993 | | 121994 | 082017 | 2222 | 2323 | DEV | O | m |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 447500 | 298348 | | | | | | | |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override field |
|---|---|---|---|---|---|---|---|---|---|
| 08041994 | | | | | | | | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| | | 10011994 | J | 09071994 | X | | | 7226 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | IC | | | |

| 2 CARVE OUTS + SUPPLEMENTS | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 121994 | 082017 | 100 | 098 | 3 | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | ELLIE ABRAMS | | |

| 3 MISC DED | | | | | | AUG 29 1994 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | GROUP LIFE CLAIMS | | |

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| 5 Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |

| 6 | Computer Use Only Enter All Accounting Adjustments on Reverse Side | | | | | | | | | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd |
| | | | | | | | | | | |

ML00398

## DISABILITY MANAGEMENT REFERRAL
Group LTD File Review Request

To:  Rehabilitation Unit                          Date: _____

From: _____    Claim No.: _____

Claimant: _____    Telephone No.: (_____) _____

Account Name: _____

Contact: _____    Telephone No.: (_____) _____

Initial Referral [ ]              Supplemental Referral [ ]

Standard rehabilitation provision?      Yes [ ]          No [ ]

    If no, explain _____

Is this individual still employed?      Yes [ ]          No [ ]

Primary Diagnosis: _____

Transition Date: _____

**Please review the attached claim for:**

    [ ] Coordinate Return to Work        [ ] Vocational Rehabilitation/Placement
    [ ] Medical Status                   [ ] Vocational Review
    [ ] Medical Case Management          [ ] Hypothetical Assessment
    [ ] Other: _____

**Specialist's Comments:** _____

_____

_____

_____

Specialist's Signature: _____    Date: _____

**Rehab Recommendations:** _____

_____

_____

_____

Reviewed By: _____    Date: _____

ML00399

CLAIMANT:_____    GROUP #:_____

I.  Basis for ProRata

    A.  Waiting Period _____

    B.  Birthdate of Claimant _____

    C.  Last Day Worked _____

    D.  Waiting Period:

| <u>180 Days</u> | | <u>140 Days</u> | |
|---|---|---|---|
| <u>Month</u> | <u># of Days</u> | <u>Month</u> | <u># of Days</u> |

    E.  LTD Begins _____    First ProRata_____

    F.  LTD Ends – to age 65 _____

              – 31 months _____    Last ProRata _____

              – 12 months _____

    G.  CI/CP Ends

          CI – Age 50 _____    CP – Age 65 _____

          or 12 months _____    or 12 months _____

        Current Amount of Life Insurance _____

II.  Base Benefit Calculation

    Monthly Salary _____ X _____ % = _____

    Monthly Salary _____ X _____ % = _____

III.  Carve-Outs – Worker's Compensation or State Disability

    A.  $\dfrac{\text{_____}}{\text{Weekly Amt.}} \div \dfrac{\text{_____}}{\text{\# of Days}} = \dfrac{\text{_____}}{\text{Daily Rate}} \times \dfrac{\text{_____}}{\text{\# of Days}} = \dfrac{\text{_____}}{\text{Reduction}}$

    B.  $\dfrac{\text{_____}}{\text{Weekly Amt.}} \times 4.33 = \dfrac{\text{_____}}{\text{Reduction}}$

    C.  $\dfrac{\text{_____}}{\text{Daily Rate}} \times \dfrac{\text{_____}}{\text{\# of Days}} = \dfrac{\text{_____}}{\text{Reduction}}$

    Salary Continuance (Allstate Only)

    A.  $\dfrac{\text{_____}}{\text{Weekly Amt.}} \div \dfrac{\text{_____}}{\text{\# of Days}} = \dfrac{\text{_____}}{\text{Daily Rate}} \times \dfrac{\text{_____}}{\text{\# of Days}} = \dfrac{\text{_____}}{\text{Reduction}}$

    B.  $\dfrac{\text{_____}}{\text{Weekly Amt.}} \times 4.33 = \dfrac{\text{_____}}{\text{Reduction}}$

    C.  $\dfrac{\text{_____}}{\text{Daily Rate}} \times \dfrac{\text{_____}}{\text{\# of Days}} = \dfrac{\text{_____}}{\text{Reduction}}$

ML00400