IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                :
                                               :
            Plaintiff,                         :    C.A. No. 05-402 (GMS)
                                               :
      v.                                       :
                                               :
METROPOLITAN LIFE INSURANCE                    :
COMPANY, as fiduciary and administrator of The :
IBM Long-Term Disability Plan,                 :
                                               :
            Defendant.                         :
                                               :

**VOLUME VI OF X**

**APPENDIX TO**
**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWERING**
**BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

McCARTER & ENGLISH LLP

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware  19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date:   April 13, 2006

## TABLE OF CONTENTS

**TITLE**                                                                                                        **PAGE**

Excerpts of the Administrative Record ..............................................................................B255-B305

i

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 13, 2006, I caused a copy of the foregoing Appendix to Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)

## Group Insurance Master Data IBM - LTD

1.  **Policyholder Name**                                    **Group Number**
    IBM Corporation - Disabled prior to 1/1/93              90080
    IBM Corporation - Disabled as of 1/1/93                35750

2.  **Subdivision**            **Paypoint**          **Employee Covered**
    001 - 66.67% Plan          See Attached          FT, Some PT
    002 - 50% Plan eff 4/1/94  use 2 digit           Hourly, Salary
                               number for branch

3.  **Issue Date**                **Revision Date**
    January 1, 1993              April 1, 1994 50% Option plan (sub 2).

4.  **Limited Liability**        No( )      Yes(x)
    If yes, please describe: LL for claims disable as of 1/1/93 under 35750. The
    liability changes from 8040 to 8060 on December 31 of the year in which LTD
    benefits begin. For claimants disabled prior to 1/1/93, claims are immediately
    set up as coverage 8060 under report 90080.

5.  **Fiduciary Responsibility**         Employer( )      Metropolitan(x)

6.  **Waiting Period**      6 Months( )      26 Weeks( )      180 Days( )      Other(x)
    LTD begins at the end of 52 weeks A&S over a 2 year period. Also refer to
    "Layoff/Leaves of Absence" #24.
    Branches 28, 60, 99, 100 have a 26 week waiting period.

7.  **Partial Payment Basis**     Calendar Days( )      Work Days(x)      30 Days( )

8.  **Benefit Duration**          (x) EE Disabled prior to age 60 - to end of month age
                                  65. Disabilities Age 60 or later pay 5 yrs. Duration is
                                  based on age when LTD begins.

                                  ( ) To End Of Month Age 65.

                                  ( ) Other - See Remarks.

9.  **Benefit Formula**     ( ) 50% BME Less Reductions (please specify in remarks)

                            ( ) 60% BME Less Reductions (please specify in remarks)

                            ( ) 50% BME With 70% Excess (please specify in remarks)

                            ( ) 60% BME With 70% Excess (please specify in remarks)

                            (x) Other (please specify in remarks)
                            66.67% BME less reductions.
                            20% BME less reductions eff 4/1/94

10. **Maximum Monthly Benefit**     $8,000

11. **Minimum Monthly Benefit**     $100.00

12. **Electronic Funds Transfer**     No( )          Yes(x)          ML00401

13. <u>Maternity Coverage</u>     No( )          Yes(x)

14. <u>Rehabilitation Provision</u>          No( )     Yes(x) - See Remarks
          Standard 50% of earnings used as reduction for 24 months.

15. <u>Recurrent Disabilities</u>          3 Months( )     6 Months( )     Other(x) 90 days

16. <u>Definition of Total Disability</u>     Standard( )     Other(x) - See Remarks
     12 months of LTD for own occ.  Any and all thereafter.

17. <u>Where Are Insurance Records Maintained?</u>     Firm

18. <u>Is There Other Disability Coverage With Met?</u>     No
     CP( )     T&P( )     CI( )
     A&S( ) - Duration:
     Salary Continuation( ) - Duration

19. <u>Has Zero Benefit Procedure Been Accepted?</u>          No(x)     Yes( )

20. <u>Checks & Correspondence</u>          ( ) All initial and adjustment checks to employer.
          Repetative to employee.  Non-routine
          correspondence thru employer.

          ( ) All checks to employee.  Non-routine
          correspondence thru employer.

          (x) Other - See Remarks

21. <u>Currency</u>     U.S.(x)          Canadian( )

22. <u>Validation of Prior Carrier Enrollment Cards</u>          No(x)          Yes( )

23. <u>Probationary Period</u>          None

24. <u>Layoff/Leave of Absence Provisions</u>
     For employees on approved Leave of Absence, the waiting period for LTD will be
     a continuous period of 12 months starting on the day of the Leave and continues
     while you are on Leave, or are are approved for IBM Sickness & Accident.

25. <u>Is Actively at Work Required for This Issue/Revision?</u>          No( )          Yes(x)

26. <u>Is Actively at Work Required for Increase in Basic Monthly Earnings?</u>
     No( )          Yes(x)

27. <u>Seperate Pension Supplement Checks</u>     No(x)          Yes( )

ML00402

28. <u>Social Security Freeze Effective With This Revision</u>    No( )    Yes(x)
Frozen at initial award amount. The freeze includes both COLA and Earnings
increases.

29. <u>Social Security Benefit Limitation</u>    No(x)    Yes( )
If yes, please describe:

30. <u>Mental/Nervous Limitation</u>    No(x)    Yes( )
If yes, please describe:

31. <u>Pre-Existing Condition</u>    No( )    Yes(x)
If yes, please describe: Standard. If 3 months prior to coverage, receiving
treatment or consultation, not covered for condition if disabled within 12 months
after coverage begins.

32. <u>Survivor Benefits</u>    No(x)    Yes( )
If yes, please describe:


Reductions:
    Primary Social Security Disability (Including Estimates*)
    Worker's Compensation
    No-Fault Auto
    Canadian Pension Plan (Canadian SS)
    Company Retirement Benefits
    Rehab Earnings

*    SS estimates will be used as a reduction beginning with the third LTD payment.
If claimant wishes to have estimate removed due to hardship, have him contact
the IBM Site Line Personnel Department.

Correspondence: (Always include serial number)

*    IBM uses the following telephone number for claimants' inquiries:
    1-800-638-0064

*    All Checks sent directly to claimant. In addition, when the first check is
produced, the Specialist needs to do a Void/Redirect sheet to have an approval
notice enclosed with the check.

*    Call IBM at Releigh, NC location when notified of claimant's death
    (1-800-426-0338).

*    <u>Copies</u> of narrative approval letters should be sent to the following address:

            IBM Corporation
            1701 North Street, Dept. 36F
            Building 14-2
            Endicott, NY 13760
    Attention: Mary Burbee

    In addition, send copies to Line Manager, Personnel Manager and Site Medical
Department.

ML00403

Correspondence (cont.)

\* Please advise IBM Retirement Center and claimant 3 MONTHS PRIOR TO AGE 65 of termination at age 65 so that they can prepare claimant's retirement benefits.

\* When a claim is approved, if we will ask for updated medical information within 12 months, a letter should be sent to the claimant advising we will be asking for updated medical information. The date of the future request should also be provided along with the any and all definition of disability.

\* Requests for medical update,        cc Line Mananager, Site Medical Dept.
\* Suspend letters,                     cc Line Manager, Site Medical Dept.
\* Termination letters,                 cc Line Manager, Site Medical Dept,
                                        Poughkeepsie Retirement Center, Mike Maitre.

**Termination Letters:**
When terminating a claim, add the following info after the ERISA statement: "You may wish to contact your Site Human Resources Department for further guidance."

\* Telephone Calls

When receiving a call, state the following in a pleasant voice:
"MetLife IBM Disability Claims"
Name
"How may I help you?"
If placing caller on hold, state "May I place you on hold"

**Adjustment of S&A End Date and LTD Start Date:**
We will use the day following the projected S&A end date as the day LTD benefits will begin.

There will be occassions where IBM will give a "loan" of additional S&A benefits to the claimant. This "loan" will be the responsibility of IBM to recoup and will not affect the projected S&A end date.

**Security Risk Claimants:**
If a claim comes in with a Security Risk form attached, this claimant is only to be handled by certain personnel.

**Master Tax File:**
Access to claim information on the Master Tax File must be accessed using the Certificate Number, and not the Social Security Number.

Prepared By                             3/21/94
Roger Noone                             Date

ML00404

| IV | 00 | TEST | TING |
|---|---|---|---|
| IV | 01 | RCM | RALCOM CORPORATION |
| IV | 02 | SRA | SCIENCE RES ASSOCS, INC. |
| IV | 06 | TPA | TP AUSTIN |
| IV | 07 | ISSC | INTGD SYSTMS SOLUTNS CORP |
| IV | 08 | ISSC | INTGD SYSTMS SOLUTNS CORP |
| IV | 10 | CHQ | CORPORATE HEADQUARTERS |
| IV | 11 | PS | PERSONAL SYSTEMS |
| IV | 12 | IBMU | IBM UNITED STATES |
| IV | 13 | EST | ENTRY SYS TECH |
| IV | 14 | OPD | OFFICE PRODUCTS |
| IV | 15 | FSC | FEDERAL SYSTEMS COMPANY - eff 2/1/94 sold to Loral 35985 |
| IV | 16 | ASDD | ADVANCED SYS DEVELOPMENT |
| IV | 17 | SSD | SYSTEM SUPPLIES DIV |
| IV | 18 | AS | APPLICATION SOLUTIONS |
| IV | 19 | IBMU | IBM UNITED STATES |
| IV | 20 | GSD | GENERAL SECTOR DIVISION |
| IV | 21 | TPCH | TP CHARLOTT |
| IV | 22 | RES | IBM RESEARCH |
| IV | 23 | NSD | NATIONAL SERVICE DIVISION |
| IV | 24 | AS | APPLICATION SOLUTIONS |
| IV | 25 | STD | SYSTEMS TECHNOLOGY DIV |
| IV | 26 | ES | ENTERPRISE SYSTEMS |
| IV | 27 | PERF | TP HIGH PERF PROD |
| IV | 28 | WW1 | GEMINI UNIT 1 - Change to AMBRA Computer |
| IV | 29 | TP | TECHNOLOGY PRODUCTS |
| IV | 30 | DPG | DATA PROCESSING GROUP |
| IV | 31 | SDD | SYSTEMS DEVELOPMENT |
| IV | 32 | SMD | SYSTEMS MANUFACTURING |
| IV | 33 | CD | COMPONENTS |
| IV | 34 | DPMG | DATA PROCESSING MKTG GRP |
| IV | 35 | STAR | ADSTAR |
| IV | 36 | SWD | SOUTH-WEST MARKETING DIV |
| IV | 37 | SCD | SYSTEMS COMMUNICATION |
| IV | 38 | SPD | SYSTEM PRODUCTS |
| IV | 39 | ES | ENTERPRISE SYSTEMS |
| ~~IV~~ | ~~4A~~ | ~~CSBU~~ | ~~CONSUMER SYSTEMS BUS UNIT~~ |
| IV | 40 | GBG | GENERAL BUSINESS GRP |
| IV | 41 | IP | INFORMATION PRODUCTS |
| IV | 42 | GTD | GENERAL TECHNOLOGY DIV |
| IV | 43 | NS | NETWORKING SYSTEMS |
| IV | 44 | PCC | IBM PERS COMPUTER COMPANY |
| IV | 45 | ACIS | ACADEMIC INFO SYSTEMS |
| IV | 46 | SPD | SYSTEM PRODUCTS DIVISION |
| IV | 47 | IIS | IBM INFORMATION SERVICES |
| IV | 48 | GSS | ISG SOFTWARE & BUS SVCS |
| IV | 49 | GBGI | GENERAL BUSINESS COMPLEX |
| IV | 50 | AP | IBM ASIA PACIFIC |
| IV | 51 | AADM | ARMONK ADMINISTRATION |
| IV | 53 | LES | LOW END STORAGE |
| IV | 54 | ABS | APPLICATION BUS SYSTEMS |
| IV | 55 | REAL | IBM REAL ESTATE SERVICES |
| IV | 56 | ESC | EMPLOYMENT SOLUTIONS CORP |
| IV | 58 | FSSC | IBM FED SECTOR SVCS CORP - eff 2/1/94 sold to Loral 35985 |
| IV | 59 | IBMU | IBM UNITED STATES |
| IV | 60 | WW4 | GEMINI UNIT 2 - Change to Technical Service Solutions |
| IV | 61 | HADM | HARRISON ADMINISTRATION |
| IV | 62 | OPTO | TP ENDICOTT ELECTRONICS |
| IV | 63 | MED | MULTIMEDIA |
| IV | 64 | NS | NETWORKING SYSTEMS |

ML00405

| IV | 65 | PAC | ENDICOTT PACKAGING |
|---|---|---|---|
| IV | 66 | POWR | TP ENDICOTT POWER |
| IV | 68 | WFS | WORKFORCE SOLUTIONS |
| IV | 69 | SSD | SERVICES SECTOR DIVISION |
| IV | 71 | PCC | IBM PERS COMPUTER CO - NA |
| IV | 72 | IBMU | IBM UNITED STATES |
| IV | 73 | RMD | RETAIL MARKETING |
| IV | 74 | PENN | PENNANT SYSTEMS M&S |
| IV | 75 | AWSD | ADV WORKSTATIONS &SYS DIV |
| IV | 76 | PRGS | PROGRAMMING SYSTEMS |
| IV | 77 | ADV | ADVANTIS |
| IV | 78 | EDUQ | EDUQUEST |
| IV | 79 | FSM | FEDERAL SYSTEMS MARKETING |
| IV | 80 | LII | LEXMARK INTERNATIONAL INC |
| IV | 81 | LII | LEXMARK INTERNATIONAL INC |
| IV | 82 | RLMC | ROLM COMPANY |
| IV | 83 | ISD | INDUSTRIAL SECTOR DIV |
| IV | 84 | CRED | IBM CREDIT CORPORATION |
| IV | 85 | SERV | TP ENDICOTT SERVICES |
| IV | 88 | ISSC | INTGD SYSTHS SOLUTNS CORP |
| IV | 89 | RLMS | ROLM SYSTEMS |
| IV | 90 | WTC | IBM WORLD TRADE CORP |
| IV | 91 | SBC | SERVICE BUREAU CORP |
| IV | 92 | PENN | PENNANT SYSTEMS |
| IV | 93 | EMEA | IBM WORLD TRADE E/ME/A |
| IV | 94 | LA | IBM WT LATIN AMERICA |
| IV | 95 | PSPR | PS PROGRAMMING |
| IV | 96 | FSC | FEDERAL SYSTEMS COMPANY - eff 3/1/94 sold to Loral 35985 |

99 - 8E

100 - Fairway - eff 1/1/94

ML00406

July 11, 2002

Steve D'Argenio
MetLife Disability
Oriskany, NY

RE:     CLAIMANT: Gail Kernaghan
        FILE#:       699501171006
        INSURED:   IBM

Dear Steve:

Please find enclosed the results of our investigation on Gail Kernaghan.  If you have any
questions or concerns, please do not hesitate to call us at 1-800-253-5990.

We thank you for assigning this case to us.  We look forward to hearing from you again
soon.  NWI is committed to servicing our customers 7 days a week, 24 hours a day.
Please think of NWI for all of your investigative needs.

Thanks again!


THE NWI TEAM


ML00407

NWI INVESTIGATIVE GROUP, INC.
NWI CASE# 41322 Disability
Your File#: 699501171006

# *INVESTIGATION RESULTS*

Claimant:           Gail Kernaghan
Insured:            IBM
Type of Claim:      Disability
D.O.I.:             11/22/1994
Injury:             Back
Your File#:         699501171006
Address Given       363 Valley Mist Drive
                    Clayton, DE 19938

Date Opened: 7/2/2002          Date Completed:     7/10/2002

# *OBSERVATIONS*

On Saturday, July 6, 2002, Investigator conducted an early morning through mid afternoon surveillance at Claimant's residence located at 363 Valley Mist Drive in Clayton, DE. Investigator did not observe any outside Claimant activity for the duration of the day. Investigator noted that the weather on this day was hazy, hot, and humid.

On Sunday, July 7, 2002, Investigator conducted an early morning through mid afternoon surveillance and Investigator observed no outside Claimant activity. Investigator noted that the weather on this day was hazy, hot, and humid.

Investigator's Note: Investigator was unable to obtain video of Claimant's residence and vehicle due to Claimant's residence being situated off of the main road approximately 500 yards down a private drive.

ML00408

NWI INVESTIGATIVE GROUP, INC.
NWI CASE# 41322 Disability
Your File#: 699501171006

## *INVESTIGATION DETAIL*

**DATE:**
**Saturday**
**July 6, 2002**
**6:00 a.m.**

> Investigator arrived at Claimant's residence located at 363 Valley Mist Drive in
> Clayton, DE. Investigator observed the residence to be situated off of the main
> road approximately 500 yards down a private drive. Investigator observed the
> names "Kernaghan" and "Gallagher" on the mailbox. Investigator observed no
> sign of outside Claimant activity at this time. Investigator established a suitable
> surveillance position approximately fifty yards west of Claimant's mailbox with a
> view of the entrance and driveway.

> At 8:26 a.m., Investigator observed a red Chevrolet Blazer exit the driveway.
> There appeared to be only one male occupant.

> At 9:00 a.m., Investigator confirmed Claimant's presence at the residence

> At 4:00 p.m., Investigator terminated surveillance and departed the area due to the
> lack of outside Claimant activity. The weather on this day was hazy, hot, and
> humid.

**DATE:**
**Sunday**
**July 7, 2002**
**6:00 a.m.**

> Investigator arrived at Claimant's residence located at 363 Valley Mist Drive in
> Clayton, DE. Investigator observed no sign of outside Claimant activity.
> Investigator established a suitable surveillance position approximately fifty yards
> west of Claimant's mailbox with a view of Claimant's driveway entrance.

> At 9:30 a.m., Investigator confirmed Claimant's presence at the residence.

> At 12:00 p.m., Investigator conducted a spot check of the residence and observed
> no outside Claimant activity.

> At 12:12 p.m., Investigator approached a neighbor's residence to conduct
> neighborhood canvassing at 239 Valley Mist Drive and received no response.
> Investigator resumed surveillance.

> At 1:30 p.m., Investigator confirmed Claimant's presence at the residence.

ML00409

NWI INVESTIGATIVE GROUP, INC.
NWI CASE# 41322 Disability
Your File#: 699501171006

At 4:00 p.m., Investigator terminated surveillance and departed the area due to the lack of outside Claimant activity. The weather on this day was hazy, hot, and humid.

CB/MD:lc
MM

**NOTE:  All original videotapes will be saved for 3 years.**

ML00410

# PHYSICIAN CONSULTANT REVIEW

**DATE OF REVIEW:** June 20, 2001

**CLAIMANT NAME:** KERNAGHAN, GAIL

**CLAIM NUMBER:** 699501171006

**CLAIMANT SS#:** 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

**REFERRAL SOURCE:** Stephanie Seely, Utica office.

**Diagnosis:** Chronic hip and back pain.

**File History/Summary:**
This claimant was initially injured in a sledding accident in 1993, and underwent extensive medical treatment since that time. The majority of the information in this file is quite outdated, including both vocational and medical records. We were able to find an attending physician statement of functional capacity dated 03/07/01 using the ACS system. Under section 2 of the form, there are no limitations listed. Under section 3 it state she can use transportation and stand for up to thirty minutes. She can sit for up to ten minutes, change positions every 30-60 minutes, and can perform grasping and handling as well as finger activities. Repetitious movements of the hands is limited by pain and it is advised that she does not climb, balance, bend, or use any vehicles.

Lifting of up to ten pounds is listed. Despite the fact that she obviously has some retained capabilities, the attending physician writes that her condition is unimproved, and she is disabled for both her own and any occupation, which is clearly contradictory to the information noted above.

She had a desire to return to work in a teaching capacity, and in fact worked with a vocational counselor to the point where she apparently registered for a course during the spring 2001 semester at the University of Delaware.

**Questions Posed and Answers:**
1. Q: Would an FCE or IME be appropriate to assess restrictions and limitations? A: FCE would be appropriate if there was a concern regarding her capabilities to perform at more than a light or sedentary duty level. If it is not anticipated that she will potentially return to work in a physical demand level greater than these noted, an FCE would not be necessary. With regard to an IME, given the fact that her injury is now eight years old, there is vague medical information, and the attending physician statements are not consistent, I feel that an IME may be valuable with regard to getting a more objective and overall assessment of the long-term implications of her condition with a definitive medical statement with regard to her capability to pursue vocational efforts.

# PHYSICIAN CONSULTANT REVIEW

June 20, 2001
KERNAGHAN, GAIL
Claim Number: 699501171006
Page 2

2. Q: Is claimant totally disability for her own or any occupation based on the medical information? A: I do not believe that she is totally disabled for any occupation, and since I am not familiar with her usual and customary job which she has obviously not performed in almost seven years, cannot comment with regard to her own occupation.

3. Q: Would you recommend any further diagnostic test or medical therapies? A: In the absence of the ability to perform a physical examination and in the absence of current detailed medical records, I cannot make any specific recommendations at this time. However, those questions should certainly be posed to any independent medical examiner who may come in contact with the claimant.

4. Q: Could the claimant work part-time in a sedentary position? A: It would appear based on the information provided, her known activity level, her enrollment in classes, and her desire to return to work presumably in a sedentary type position, that part-time work in a sedentary position would be appropriate.

**Summary of Activity:**
The comprehensive medical file was reviewed, including DCS documents. The attending physician was not contacted at this point in time as there did not appear to be any significant information, which would otherwise be obtained through that contact.

JEFFREY KAHN, M.D., F.A.A.P.M.R., C.I.M.E.
Diplomate, American Board of Physical Medicine and Rehabilitation
Fellow, North American Spine Society
Certified, American Board of Independent Medical Examiners

JK/JT

ML00412

**Medical/Vocational Index**



MetLife Disability
PO Box 14590
Lexington KY 40511-4590

# MetLife Disability IPC Referral Form

**Claim #:** 699501171006

**To:** Utica_MD

**Requester:** Stephanie Seely    **Phone:** 1756, hard of hearing person    **WQ:** u390

| Claimant Name: | Gail Kernaghan | IPC Requested: | John D. Thomas II MD UT |
|---|---|---|---|
| | | Employer Name: | Ibm |
| D.O.B.: | 08/15/52 | Report Number: | 35750 |
| Gender: | Female | Max Pay Date: | 08/20/17 |
| SS#: | 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 | DDC: | 1/5/95 |
| LDW: | 11/21/94 | | |
| Date of Referral: | 06/08/2001 | Referring Office: | Utica |
| EE Phone: | 312-.42-2425 | Fax: | |
| Type: LTD | Appeal: | Dbl: | Any Occ |
| Claimant's Job Title: | IBM product advisory computer programmer | Please Call AP: | Yes |

## Attending Physician Information

| Attending Physician Name: | Dr Shahla.Mousav,MD.i | State/Time Zone: | Seaford Delaware |
|---|---|---|---|
| Specialty: | Pain Management/ Neurology, Neuromuscular Disease | AP Phone: | 302-629-0266 |
| Phone Call Scheduled with Attending Physician: | No | | |

## Brief Summary of Claim (Describe the situation that needs to be addressed)

ML00413

| Primary Dx: | EE's condition has stayed the same over last few years. Radiculopathy with back and hip pain. | Secondary Dx: | diabetic |

## Summary

Last medical states chronic pain is the issue. Flexion of spine is limited to 25 degrees. Right lateral flexion is limited. Tenderness in the L#-4 region with spasm of paraspinal muscles. Tenderson in right hip and right sacroiliac joint and sciatic notch. 3/6/00 AP statement of functional capacity gives avoid completely for everything except transportation, standing, sitting, change of position which has moderate/mild limitation. Can't lift or carry any weight. Finger dexterity is only area that there are no restriction/limitations for. However EE has been participating in efforts to take some college courses to work towards a PhD level for computer specialization program. She would like to teach computer courses. She doesn't seem to appear to be having pain sitting for long period of time ( 1-2 hours). She walks a mile a day on good days. She volunteers at the library one to two times a week. She works on computer at home. She walks without any noted gait or abnormalties. ( Voc CM has been working with her and made observation).

## Specific Questions or Issues to be addressed by IPC

| A. | Would FCE or IME be appropriate to assess restrictions and limitations? |
| B. | Is EE TD for own/any occupation based on objective medical information? |
| C. | Would you recommend any further diagnostic test or therapeutic medical avenues to treat patient? |
| D. | Could she work part time in a sedentary position? |
| E. | |

## Please Review the following Tagged Items in the file:

(List items and DCN)

| Nurse Home Visit, Recent medical submitted, AP letter, medical history in file. |

ML00414

**Metropolitan Life Insurance Company**

**Met DisAbility**
P. O. Box 3017
Utica, NY 13504

**MetLife®**

January 18, 2001

Gail Kernaghan
10 East Saratoga Road
Milford, DE   19963

Long Term Disability
Claim No.:  699501171006
Group No.:  35750
S. S. No:  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
Serial No.: 142425

Dear Ms. Kernaghan:

This letter is with regard to your Long Term Disability claim.

We are updating your disability claim, and we need the following information.  Please complete the following questions and attached Authorization form(s) and return within 30 days.

**1.). The following questions should be answered to reflect your current income other than our Company's Long term Disability benefits.**

|  | YES | AMOUNT | HOW OFTEN | NO |
|---|---|---|---|---|
| A. Social Security or Railroad Retirement | _____ | $_____ | _____ | / |
| 1. Primary (amount to person disabled) | _____ | $_____ | _____ | / |
| B. Workers Compensation or similar legislation? | _____ | $_____ | _____ | / |
| C. No Fault Auto? | _____ | $_____ | _____ | / |
| D. Monthly Income Disability benefits from any Group Life Policies? | _____ | $_____ | _____ | ✓ |
| E. State Disability? | _____ | $_____ | _____ | ✓ |
| F. Pension or Retirement | _____ | $_____ | _____ | ✓ |
| G. Wages, Salary, Commissions or other pay? | _____ | $_____ | _____ | / |
| H. Other sources of income? | _____ | $_____ | _____ | / |

ML00415

B269

JAN 3 1 2001

**2) For any Yes answer in item 1, provide the following information:**

    1. Name and Address of Source.
    2. Policy or Claim Number if any.
    3. Exact date benefits commenced or will commence.

_____

_____

_____

_____

_____

**3) Since you became disabled, have you acquired (or do you plan to acquire) any additional education, training or vocational rehabilitation?**

_____yes    ✓_____no    If yes, please describe:

_____

_____

_____

_____

**4) Are you currently working or have you worked at any time since the beginning of your disability for any employer or in your own business?**

_____yes    ✓_____no    If yes, please describe:

_____

_____

_____

_____

ML00416

**5.) Please list all of your treating sources below:**

| Doctor | Address | Specialty | Last Visit |
|--------|---------|-----------|------------|
| Dr Mousavi | 201 Riverside DR Seaford, DE 19973 phone 302 629 0246 | pain mgr. | 12/7/00 |

**6.) Please list your current address and phone number:**

Phone number: 302-424-2425

Address: 10 E. Saratoga Road Milford, DE 19963

_Signature_ (signed)           _Date_ 1/28/01

If you have any questions, please call us at 800-638-0064 x 2473.

Yours truly

_Kathy Schaller_ (signed)

Kathy Schaller
Case Management Specialist
Met DisAbility
800-638-0064 x 2473
315-792-2514 fax

B271

ML00417



# UNIVERSITY OF DELAWARE

## DIVISION OF CONTINUING EDUCATION
John M. Clayton Hall
Newark, DE 19716-7410
FAX: 302/831-0701

## FAX Transmittal Form

Date: 2/5/01

To: Lisa Housley

From: Brenda Feraker

Telephone: 302-831-1174

No. Pages including cover: 3

Subject:

ML00418



# Doctoral Program in Educational Leadership with a Specialization in Educational Technology

This document contains the program description for the educational technology specialization in the University of Delaware's Ed.D. in Educational Leadership in Curriculum and Instruction. Applications for the next round of admissions to the program are due on February 28, 2001. In order to receive an application packet, contact Ms. Louise Stevens, Willard Hall Education Building Room 113, telephone (302) 831-1165, or send e-mail to lstevens@udel.edu.

The doctoral program in Educational Technology is an interdisciplinary program stressing the relationship between curriculum design, instructional theory, and information technology. The program is based on the assumption that new media and the Internet can have a positive effect on teaching and learning. The program provides an opportunity for the doctoral candidate to consider the impact of technology on the future of schooling and to provide systemic leadership in using technology effectively.

## I. Prerequisites (in addition to admission requirements)

- Working knowledge of educational technology and proficiency using the Internet. Formal coursework in educational technology, inservice workshops, and on-the-job experience can be used to meet this prerequisite.
- Experience working with educational technology in school teaching or some other branch of educational practice.
- Each candidate must take the courses EDUC 632 (Using the Internet for Curriculum Applications) and EDUC 685 (Multimedia Literacy), or their equivalent, prior to entering the program.

## II. Program Requirements

A. Core Courses (24 credits). Candidates will complete the core courses required in the Ed.D. in Leadership in Curriculum and Instruction. As described in the policy guidelines, there are electives and options in the core requirements. Candidates should confer with their doctoral advisor to select courses that complement the educational technology specialization.

B. Specialization (18 credits). All candidates must complete at least four of the courses listed below, for a total of 12 credits. The remainder of the specialization will be determined in conference between the candidate and the doctoral adviser. For example, the remaining six credits may be used to take other scheduled courses (approved by the student's adviser), to engage in research in collaboration with a faculty member, and to take independent reading courses focused on the student's research topic. Note: EDUC 885 is a rotating topics course that may be taken multiple times in different topic areas.

EDUC 885: Ed Tech Topics in Education

- Curriculum and Educational Technology (Tony Whitson)
- Social Impact of Information Technology (John Courtright)
- Advanced Multimedia Design and Development (Fred Hofstetter)
- Web-based Learning Environments: Advanced Design and Development (Fred Hofstetter)
- Cognition and Instructional Technology (John St. Julien)
- Computer-Based Instruction (Dick Venezky)
- Assistive Technology (Al Cavalier)

ML00419

- Computer-Assisted Instruction in Remedial/Special Education (Cindy Okolo)
- Advanced Applications of Computers in Teaching Writing (Charles MacArthur)
- Distance Education Technology: Advanced Theory and Techniques (Al Cavalier)

IFS 885: Children and Computers (Dan Shade)

**C. Executive Position Paper (12 credits).** Candidates will fulfill the Executive Position Paper (EPP) requirement as described in the policy guidelines. When you get to this stage in the program, you should study the document Beyond the Coursework, which lists the steps you go through to complete the doctorate.

# III. Advisors

D. Archbald, A. Cavalier, R. Ferretti, F. Hofstetter, C. MacArthur, C. Okolo, J. St. Julien, J. Whitson.

# IV. Supporting Faculty

B. Anderson, N. Brickhouse, M. Halio, J. Courtright, G. Mulford, M. Roe, D. Shade, P. Sine, P. Toccafondi, L. Wilson, D. Venezky.

# V. Course Scheduling

The latest course scheduling advisory will help you decide what courses to enroll in.

# VI. Grad School Policies and Procedures

All ed tech graduate students must comply with the policies and procedures of the Graduate School. These policies and procedures are documented in the online graduate catalog, which is keyword searchable. Whenever you have a question about a specific policy, such as incompletes or sustaining status, simply go to the online catalog and click the Search button, and use the search engine to find what you're looking for.

---

**GRE Scores Not Required.** Please note that the Graduate Records Examination (GRE) is *not* required for entrance into this Ed.D. program.

---

Your contact for this program is Dr. Fred T. Hofstetter, Professor of Instructional Technology at the University of Delaware. Send questions or comments to fth@udel.edu. Dr. Hofstetter also maintains a listserver that sends periodic updates via e-mail to persons interested in this program. To add your name to the listserver, follow these steps:

- Address an e-mail message to: majordomo@udel.edu
- Leave the subject line blank.
- In the body of the message, type:

        subscribe ed-tech-doctoral *your_email_address*

- Replace *your_email_address* with your actual e-mail address.
- Soon after you send the message, you'll receive a reply from Majordomo welcoming you to the list.

This Web page was last modified on November 28, 2000.

ML00420

```
** TX STATUS REPORT **          AS OF   FEB 05 '01 15:19   PAGE.01


      DATE  TIME      TO/FROM     MODE  MIN/SEC  PGS   CMD#  STATUS
  19  02/05 15:18 913028310701   EC--S  00'32"  002   104   OK
```

**MetLife**®
Metropolitan Life Insurance
PO Box 3017, Utica, NY 13507

# *Fax Cover Sheet*

*Date:* 2|5|01                    *Time:*

                                   302 831 0701

*To:* Brenda Foraker

                                          2385
*From:* **Rehab Unit**            **Phone:** (315) 792-~~2496~~
        Lisa Housley, MS, CRC     **Fax:**   (315) 792-2490

*RE:* Gail Kernaghan

*Number of pages including cover sheet:* ___2___

*Message:*

ML00421

# MetLife

**Attending Physician's Statement of Functional Capacity**
The information provided is to be used for claims evaluation and auditing purposes only.
The patient is responsible for having this form completed without expense to Metropolitan or the Employer.

Met DisAbility
P.O. Box 3017
Utica, NY 13504-3017

| Patient Name | | | Group Number | Social Security # |
|---|---|---|---|---|
| First<br>GAIL | Middle<br>A | Last<br>KERNAGHAN | 0035750 | 299529291 |

**I. History and Diagnosis**

A. Date symptoms first appeared/or accident occured: 1/17 19 93

B. Date patient ceased work: 1/5 19 93

C. Date of most recent examination: 3/1/2000 19 ___

D. Frequency of visits: 3 per 6 mths

E. Past history: None

F. Subjective symptoms: back pain

G. Objective findings (including test results):

H. Primary diagnosis affecting work ability: back pain

I. Secondary diagnosis affecting work ability:

J. Present and future course of treatment: pain mant

K. Other known injuries or presently active diseases that may aff

**Does patient's medical condition allow exposure to the following; please check appropriate box and explain any limitation below:**

| | No Limitation | Some Limitation | Avoid Completely | Cann Deter |
|---|---|---|---|---|
| Dust/Gases/Fumes | | ✓ | | |
| Chemicals/Solvents | | ✓ | | |
| Temperature Extremes | | ✓ | | |
| Noise Levels | | ✓ | | |
| Allergenic Agents | | | ✓ | |
| Stairs/Ladders | | | ✓ | |
| Scaffolds/Heights | | | ✓ | |
| Enclosed Spaces | | | ✓ | |
| Drafts/Damp Areas | | | ✓ | |

Explanation:

**Because of the patient's medical conditions, are there any limitations on any of the following activites; please check appropriate box and explain any limitation below.**

| | No Limitation | Some Limitation | Avoid Completely | Cannot Determine |
|---|---|---|---|---|
| Transportation | | | | |
| Standing | | ✓ | | |
| Sitting | | ✓ | | |
| Change of Position (sitting/standing) | | ✓ | | |
| Assuming Cramped/Unusual Positions | | | ✓ | |
| Reaching (forward/overhead) | | | ✓ | |
| Pushing/Pulling/Twisting (arm/leg controls) | | | ✓ | |
| Grasping/Handling | | | ✓ | |
| Finger Dexterity | ✓ | | | |
| Repetitive Movement (hands/feet) | | | ✓ | |
| Climbing (stairs/ladders/scaffolds) | | | ✓ | |
| Balancing (exposure to falling) | | | ✓ | |
| Bending/Stooping/Squatting | | | ✓ | |
| Operating Truck/Dolly/Small Vehicle | | | ✓ | |
| Operating Heavy Equipment | | | ✓ | |
| Operating Electrical Equipment | | | ✓ | |
| Concentrated Visual Attention | | | ✓ | |
| Other | | | | |

Explanation:

MAR 06 2000

B276          ML00431

*Please use this space to identify the severity, frequency and duration of the activity. For each relevant body function please use this space to add any additional comments regarding limitations on duration, flexibility etc.*

| | Frequency: Percentage of Workday | | | |
|---|---|---|---|---|
| | Never | Less than 20% | 20% - 60% | Greater than 60% |
| 0-15 | ✓ | | | |
| 16-30 | ✓ | | | |
| 31-45 | ✓ | | | |
| Greater than 45 | ✓ | | | |

Explanation:

---

**5.  Is there a past or present psychological problem that might interfere with patient's ability to work? If yes, please list your findings according to the DMS-III multiaxial classification.**

Yes ☑     No ☐     Not Determined ☐

Explanation:

---

**If you have any additional information that is relevant to patient's work ability, please indicate below.**

---

**Progress Evaluation**

☑ Recovered     ☐ Improved     ☑ Unimproved     ☐ Retrogressed

(Please check appropriate box and explain below.)
Explanation:

---

**Disability Evaluation**

| | For Any Occupation | | | For His/Her Occupation | | |
|---|---|---|---|---|---|---|
| Is patient now totally disabled?<br>If No, when was patient able to resume work activities? | Yes ☑ | No ☐ | Cannot Determine ☐ | Yes ☐ | No ☐ | Cannot Determine ☐ |
| When do you think patient will be able to resume work activities? | ____ 19 ___ | | Cannot Determine ☐ | ____ 19 ___ | | Cannot Determine ☐ |
| Approximate Date | ____ 19 ___ | | | ____ 19 ___ | | |

ML00432

---

Board Certified Specialty

City or Town                      State

# ALL DELMARVA NEUROLOGY – PAIN CENTER
## SHAHLA V. MOUSAVI, M.D., F.A.C.I.P.

**NEUROLOGY**
**NEUROMUSCULAR DISEASE**

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THER.

*A-P lette*

February 9, 1999

Patient: Gail Kernaghan

Mr. Kernaghan was seen at the Seaford office on 2/9/98. The patient's condition is the same. The pain is continuous. Recently, she has complained of pain on the right hip. She also states that she has gained weight from 135 to 175 pounds. However, her diabetes is under control.

On examination blood pressure is 140/85, pulse 100, respirations 20, temperature 98.6. The flexion of the spine is limited to 25 degrees. Right lateral flexion is limited. There is tenderness in the L3-4 region with spasm of paraspinal muscles. There is also tenderness in the right hip and right sacroiliac joint and sciatic notch.

Neurological exam, mental status and cranial nerves, motor and sensory exam did not reveal any abnormalities.

The plan would be to continue on Percocet, Ambien, and Baclofen. The possibility of trigger point stimulation was requested by the patient and she is willing to have that. She will be scheduled for the test and have a follow-up after that.

Shahla V. Mousavi, M.D.
SVM/gee

ML00433

701 MIDDLEFORD ROAD–SEAFORD, DELAWARE 19973 (302)629-0266 FAX(302)629-3418
431 SAVANNAH ROAD–LEWES, DELAWARE 19958 (302)645-7447
LONGNECK MEDICAL CENTER–MILLSBORO, DELAWARE 19966 (302)947-1730
314 MAIN STREET KELWAY PLAZA–NEWARK, DELAWARE 19711 (302)737-0330

SHAHLA V. ____ ___ M.D.
701 MIDDLEFORD ROAD
SEAFORD, DELAWARE 19973

TELEPHONE (302) 629-0266                    DEA REG. NO. AM2906773

NAME _Grant Kasugafan_____ AGE _____

ADDRESS _____ DATE _2/22/99_

℞

Hydrocodon 5/500

1 Tab Q 8 hours   No Refills

# 270

☐ LABEL

REFILL __1__ TIMES

DISPENSE AS WRITTEN            8/_____ , M.D.

SUBSTITUTION PERMITTED        _____ , M.D.

OTHER MEDICATIONS
PRESCRIBED:

2/1/99 - AMBIAN 10MG

2/9/99 - BACLEJAN 10MG

ML00434

B279

## ALL DELMARVA NEUROLOGY — PAIN CENTER
## SHAHLA V. MOUSAVI, M.D., F.A.C.I.P.
### NEUROLOGY
### NEUROMUSCULAR DISEASE

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
NERVE CONDUCTION STUDIES

EVOKED POTENTIALS
BIOFEEDBACK TREATMENT
PHYSICAL THERAPY

August 3, 1998

Patient:   Gail Kernagan

Gail Kernagan was seen at the Lewes office on 8/3/98. The patient is still having the problem with back pain and pain the right sacroiliac joint.

**EXAMINATION:** Exam revealed blood pressure 130/80, pulse 80, respirations 16, temperature 98.4.

Cranial nerves II-XII normal. Motor normal tone and strength. Deep tendon reflexes 2+, plantar response flexor. Gait and coordination within normal limits. There is tenderness in the L3 region as well as the right sacroiliac joint with positive straight leg raising an spasm of paraspinal muscles.

**PLAN:**  The plan would be to continue on the same medications and start the patient traction and return to this office PRN.

Shahla V. Mousavi, M.D.

SVM/gee

ML00435

B280

701 MIDDLEFORD ROAD-SEAFORD, DELAWARE 19973 (302)629-0266 FAX(302)629-3418
431 SAVANNAH ROAD-LEWES, DELAWARE 19958 (302)645-7447
LONGNECK MEDICAL CENTER-MILLSBORO, DELAWARE 19966 (302)947-1730
314 MAIN STREET-KELWAY PLAZA-NEWARK, DELAWARE 19711 (302)737-0330

# ALL DELMARVA NEUROLOGY — PAIN CENTER
## SHAHLA V. MOUSAVI, M.D., F.A.C.I.P.
### NEUROLOGY
### NEUROMUSCULAR DISEASE

**ELECTROENCEPHALOGRAPHY**
**ELECTROMYOGRAPHY**
**NERVE CONDUCTION STUDIES**

**EVOKED POTENTIALS**
**BIOFEEDBACK TREATMENT**
**PHYSICAL THERAPY**

May 11, 1998

Patient: Gail Kerneghan

Gail was seen at this office for a follow-up visit in Lewes on 5/11/98. The patient states that she was seen by an anesthesiologist who placed her on Vicodin. The patient's pain continues and they thought that it was coming from the lumbosacral region.

EXAMINATION: Tenderness in the L3 region and right hip region.

Neurological exam — mental status, cranial nerves, motor and sensory exam did not reveal any abnormalities.

PLAN: The plan would be continue the same medications except the Percocet was changed to Vicodin. The patient is to return to this office after three months unless there is a question.

Shahla V. Mousavi, M.D.
SVM/gee

ML00436

701 MIDDLEFORD ROAD–SEAFORD, DELAWARE 19973 (302)629-0266 FAX(302)629-3418
431 SAVANNAH ROAD–LEWES, DELAWARE 19958 (302)645-7447
LONGNECK MEDICAL CENTER–MILLSBORO, DELAWARE 19966 (302)947-1730
314 MAIN STREET KELWAY PLAZA–NEWARK, DELAWARE 19711 (302)737-0330



# CONCENTRA

MANAGED CARE SERVICES, INC.

| | | | |
|---|---|---|---|
| **CLIENT:** | Gail Kernaghan | **DIAGNOSIS:** | Healed Fracture L3 Radiculopathy |
| **CLAIM#:** | 6995011711006 | **INSURED:** | IBM |
| **REFERRAL SOURCE:** | Lisa Houshey | **D.O.I.:** | 1/18/93 |
| **ACCOUNT:** | Met Disability | **REFERRAL DATE:** | 11/12/98 |
| **ADDRESS:** | P.O. Box 3017 | **CMC FILE #:** | 2256284-2 |
| | Utica, NY 13504 | **REPORT DATE:** | 11/25/98 |
| **Length of Time File Open:** | **8 days** | | |

## INITIAL VOCATIONAL REPORT/MET DISABILITY HOME VISIT

**Referral Request:**
File initially referred for home visit vocational assessment to clarify vocational potential of the claimant. After meeting with claimant and discussing file with account, a Labor Market Survey was requested to be included with initial report information.

**Medical History:**
Claimant injured back in a sledding accident on January 18, 1993 and has ongoing severe pain since that time. In addition, Mrs. Kernaghan is a diabetic and has a history of rheumatic fever and depression.

**Treating Physicians:**
Joseph Raezes, D.O., South Side Family Practice
1078 South State Street, Dover, Delaware 19901
1-302-735-8855

Mousavi Shahla, M.D., 701 Middleford Road
Seaford, Delaware 19973
1-302-645-2703

Richard Plotzeker, M.D.
611-A West 15th Street
Wilmington, Delaware 19802
1-302-658-7012

ML00437

Listed below are the claimant's current medications:

| | | | |
|---|---|---|---|
| Vicoden | 500mg | 3 times a day | Prescribed by Dr. Mousavi |
| Bacolfen | 10mg | 2 times a day | Prescribed by Dr. Mousavi |
| Valiu | 5mg | As needed | Prescribed by Dr. Mousavi |
| Prozac | 10mg | Once a day | Prescribed by Dr. Raezes |
| Ambelian | 10mg | Once a night | Prescribed by Dr. Raezes |
| Insulin | 10 units NPH and 5 units Regular in the morning | | |
| | 5 units regular at dinner | | |
| | 10 units NPH at night | | |

All insulin prescribed by Dr. Plotzker.

Mrs. Kernaghan reported her treatment history to include wearing a body cast, having epidural and facet block injections. She has also attended physical therapy, utilized a TENS unit and acupuncture.

**Current Medical Treatment:**

Mrs. Kernaghan reported that she has constant pain in her back and right hip.

Weather, physical activity or any over stimulation triggers pain.

Current treatment consists of taking medications, as prescribed, using a heating pad and laying down every two to three hours for at least half an hour at a time.

Twice a week she is scheduled for a water walking class at the YMCA, claimant reported that she cannot always attend the class, because sometimes her pain will not allow her to travel the twenty minute drive to the facility. Mrs. Kernaghan perceives her disability as in a state in which she will not improve anymore beyond her current functional ability.

Mrs. Kernaghan reported that she is up and able to move about for approx. two hours and then has to lay down because the pain level has increased. The claimant also reported that her memory and concentration are effected by her pain tolerance and her medications. If she has to drive somewhere, she will not take the valium or other medications that make her drowsy.

A medical report from Rafel Yanez, M.D. neurosurgeon, indicates that the claimant is capable of sedentary work.

**Daily Activities/Physical Appearance:**

Mrs. Kernaghan reported that she gets up around 9:00 a.m. and it takes her a while to function.

Claimant reported that her body is very stiff first thing in the morning and does not loosen up until around 10:00 a.m. after her medication has taken affect.

Her daily activities consist of reading, watching T.V., dusting and cooking meals on a good day. On a bad day she will lay down with her heating pad, take medications and may use her TENS unit.

Mrs. Kernaghan reported that prior to being prescribed her current sleeping medications she would only get three to four hours of sleep; she now gets seven hours of sleep a night.

Prior to her disability, Mrs. Kernaghan reported that she would go to the local YMCA at 6:00 a.m., run up to three miles, go to work, do housework, grocery shop and work full-time.

Mrs. Kernaghan sat at her kitchen table throughout the hour and half interview. She stated that the day we met was a "good day". The claimant answered the presented questions in an orderly fashion and was willing to provide any information as requested. Her home was very clean, neat, organized and attractive.

ML00438

The claimant was neatly dressed in jeans and a casual top and sweater. Mrs. Kernaghan does not utilize any braces or hearing aides. She does wear glasses.

The claimant also reported that she has gained 30 pounds since the onset of her injury, due to the fact that she is home and snacks. She reported that she is independent to care for herself, however, her husband, who is an LPN cares for her feet because of her diabetics. Ms. Kernaghan did report that she forgets more often now than before her injury.

Mrs. Kernaghan lives with her husband and daughter in a two story colonial type home. She reported that her husband does most of the housework and her eighteen year old, college freshmen daughter also helps out with the household chores and shopping. If Mrs. Kernaghan returned to work, her family is independent and can care for themselves.

The claimant has a home computer that she says that she hardly ever uses. Again she reads a lot.

### Education:

Mrs. Kernaghan reported that she has a Master's Degree in Computer Information Science; a Bachelor's Degree in Biology and certified as a MT(ASCP) - Medical Technologist. She has no military experience.

### Work History:

The claimant reported her work history as follows:

IBM                     July 1985 to January 1995
                        Program Manager - Managed people and projects; negotiated contracts with vendors.
Position                was sedentary in regards to physical demands.

St. Joseph's Hospital   1975 to 1985
                        Hematology, ISOTOPE Technician & week-end supervisor - Supervised staff in hospital
lab;                    operated equipment to test blood for specific procedures. Wage $20,0000/yr.

Mrs. Kernaghan reported that she would like to return to labor market but does not know what she could do that would allow her to rest during the day and be sensitive to her condition when her pain was so bad that she could not go to work one or two days during the week.

### Motivation/Potential for Return to Work

There does not appear to be any medical reason that would impede the claimant to return to work. She is not a surgical candidate, her condition is not terminal and no new treatment regimes are being initiated.

I believe Mrs. Kernaghan is not currently disabled from any occupation. If she cannot work full-time then she would be disabled from her own occupation, because it would require full-time work with ongoing mental concentration.

Mrs. Kernaghan is motivated to return to work in a part-time position, in which she can only work one to two hours a day, for three to four days a week

Mrs. Kernaghan's daughter is a college freshmen and independent in care. The claimant did report that she was concerned about losing her benefits if she started a part-time job and could never get up to full-time hours.

I believe that Mrs. Kernaghan would be cooperative with vocational rehabilitation.

Mrs. Kernaghan's husband is employed full-time as a State of Delaware Employee. He is an LPN in a State Hospital that is approximately 25 miles from his residence. Her daughter is employed partite and attends a local

ML00439

community college and lives at home. The Kernaghan's are purchasing their home in a modern, rural community. Her husband is a former IBM employee.

**Summary Of Assets /Limitations In Regards to Return To Work**
Mrs. Kernaghan`s assets are her education, experience and remarkable work history.
Mrs. Kernaghan has accepted the fact that she will not be able to return to her former employment because her pain level will not allow her to concentrate to perform her job duties on a full-time basis.
Her limitations consist of not foreign herself capable of working full-time, and her pain tolerance .

**Areas of Further Investigation**
Per the account's request a Labor Market Survey and Vocational Exploration was conducted in order to determine the potential for placement in Mrs. Kernaghan's local labor within her physical capabilities. The following occupational alternatives are feasible based upon transferable skills and physical limitations:

| Job Title | D.O.T. # | Physical Demands |
|---|---|---|
| 1. Laboratory Assistant | 024.381-010 | Light |
| 2. Technical Support Specialist | 033.162-018 | Light |
| 3. Program Aide | 195.270-010 | Light |
| 4. Computer Operator | 213.362-010 | Sedentary |

Mrs. Kernaghan would qualify to provide training in the above areas as an adjunct teacher and/or a consultant. Research was conducted from November 20, 1998 to November 24, 1998 utilizing the local newspaper, employer listings and the Department of Labor.

The potential employers identified reports that job duties fall within sedentary to light demand levels. According to the Occupational Outlook Handbook, the growth rate of employment opportunities is expected to increase about as fast as the average for all occupations through the years 2005. Based upon the Delaware Department of Labor statistics for Sussex County a laboratory assistant, earns an average of $9.54 an hour, Technical Support Specialists earn an average of $9.87 an hour and Computer Operators earn an average of $10.92 an hour.

## *LOCAL LABOR SURVEY INFORMATION:*

**JOB TITLE:**                                      Laboratory Assistant/Instructor
**EMPLOYER:**                                  Delaware State University
**ADDRESS:**                                      1200 N. Dupont Highway
                                                 Dover, DE 19901-2277

**POTENTIAL OPENING:**                  No
**REQUIRED QUALIFICATIONS:**      Degree (B.S.) and previous experience
**PREFERRED QUALIFICATIONS:**      5 years experience
**JOB DUTIES/PHYSICAL DEMANDS:**    Light - assist students and professor with lab work; reports

**HOURLY WAGE:**                                $10.50

ML00440

| | |
|---|---|
| HIRING FREQUENCY: | One-two per year |
| # OF POSITIONS WITH EMPLOYER: | 30 throughout different departments |

| | |
|---|---|
| JOB TITLE: | Technical Support Specialist |
| EMPLOYER: | University of Delaware |
| ADDRESS: | Newark, DE 19716 (positions located in Lewes & Georgetown, DE) |
| POTENTIAL OPENING: | Yes |
| REQUIRED QUALIFICATIONS: | B.S. Degree, previous experience |
| PREFERRED QUALIFICATIONS: | 3-5 years experience |
| JOB DUTIES/PHYSICAL DEMANDS: | Light - provide assistance to students taking comput courses; assist in computer lab. |
| HOURLY WAGE: | $10-$11 |
| HIRING FREQUENCY: | One-two per year |
| # OF POSITIONS WITH EMPLOYER: | 15 - employer has various off campus sites; two site the claimant's area. |

| | |
|---|---|
| JOB TITLE: | Laboratory Assistant |
| EMPLOYER: | Delaware Department of Health & Social Services |
| ADDRESS: | 1901 N. Dupont Highway<br>New Castle, DE 19720(locations in Dover, Milford Georgetown, DE) |
| POTENTIAL OPENING: | Yes |
| REQUIRED QUALIFICATIONS: | B.S. Degree, previous experience |
| PREFERRED QUALIFICATIONS: | N/A |
| JOB DUTIES/PHYSICAL DEMANDS: | Light - obtain information from clients; assist in lab clients of procedures. |
| HOURLY WAGE: | $8-$10 |
| HIRING FREQUENCY: | Six - seven per year |
| # OF POSITIONS WITH EMPLOYER: | 20 in claimant's area - this is a statewide employer |

| | |
|---|---|
| JOB TITLE: | Computer Operator/Instructor |
| EMPLOYER: | Wesley College |
| ADDRESS: | 120 North State Street<br>Dover, DE 19901 |
| POTENTIAL OPENING: | Yes |
| REQUIRED QUALIFICATIONS: | A.A. or B.S. Degree |
| PREFERRED QUALIFICATIONS: | 5-10 years experience in field |
| JOB DUTIES/PHYSICAL DEMANDS: | Light-Sedentary; Operate computer in computer lab students in computer lab; instruct (teach) basic com |
| HOURLY WAGE: | $10-$12 |
| HIRING FREQUENCY: | five-six per year |
| # OF POSITIONS WITH EMPLOYER: | 10 |

| | |
|---|---|
| **JOB TITLE:** | Computer Operator/Instructor |
| **EMPLOYER:** | Delaware Technical & Community College |
| **ADDRESS:** | P.O. Box 610 |
| | Georgetown, DE |
| **POTENTIAL OPENING:** | Yes |
| **REQUIRED QUALIFICATIONS:** | B.S. or A.A. Degree |
| **PREFERRED QUALIFICATIONS:** | 4-6 years experience |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - operate computer in tutoring lab; assist with computer; instruct students on basic computer |
| **HOURLY WAGE:** | $10-$12 |
| **HIRING FREQUENCY:** | six-seven per year |
| **# OF POSITIONS WITH EMPLOYER:** | 10-15 |

| | |
|---|---|
| **JOB TITLE:** | Computer Operator |
| **EMPLOYER:** | Bay Health Center |
| **ADDRESS:** | 640 S. State Street |
| | Dover, DE 19901 |
| **POTENTIAL OPENING:** | Yes |
| **REQUIRED QUALIFICATIONS:** | Previous experience - 3-5 years |
| **PREFERRED QUALIFICATIONS:** | Degree - additional years of experience |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - operate computer in lab for research |
| **HOURLY WAGE:** | $9-$11/hr |
| **HIRING FREQUENCY:** | One-two per year |
| **# OF POSITIONS WITH EMPLOYER:** | 5 |

| | |
|---|---|
| **JOB TITLE:** | Program Aide |
| **EMPLOYER:** | Delaware Department of Social Services |
| **ADDRESS:** | 1901 N. Dupont Hwy. |
| | New Castle, DE 19720 (locations in Dover, Milford Georgetown, DE) |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | A.A. Degree |
| **PREFERRED QUALIFICATIONS:** | 3-5 years experience |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - assist case manager with program infor |
| **HOURLY WAGE:** | $8.32 - $9.51 |
| **HIRING FREQUENCY:** | As needed |
| **# OF POSITIONS WITH EMPLOYER:** | N/A |

| | |
|---|---|
| **JOB TITLE:** | Technical Support Specialist |
| **EMPLOYER:** | Wilmington College |
| **ADDRESS:** | 320 Dupont Highway |
| | New Castle, DE 19720 (locations in Dover & Georg |

ML00442

| | |
|---|---|
| **POTENTIAL OPENING:** | Yes |
| **REQUIRED QUALIFICATIONS:** | B.S. or M.S. Degree - 5-10 years work experience |
| **PREFERRED QUALIFICATIONS:** | N/A |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Teach basic computer class to undergraduate and se students. |
| **HOURLY WAGE:** | $12-$14 |
| **HIRING FREQUENCY:** | One-two per year |
| **# OF POSITIONS WITH EMPLOYER:** | 4-5 |
| | |
| **JOB TITLE:** | Computer Operator/Instructor |
| **EMPLOYER:** | Department of Air Force |
| **ADDRESS:** | Dover Air Force Base |
| | Dover, DE 19901 |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | 3-5 years experience |
| **PREFERRED QUALIFICATIONS:** | 5-10 years experience and degree |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - Teach basic computer to seminar studen |
| **HOURLY WAGE:** | $9.50-$10.50 |
| **HIRING FREQUENCY:** | One-two per year |
| **# OF POSITIONS WITH EMPLOYER:** | 5-6 |
| | |
| **JOB TITLE:** | Technical Support Specialist |
| **EMPLOYER:** | City of Dover |
| **ADDRESS:** | P.O.Box 7100 |
| | Dover, DE 19903-7100 |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | 3-5 years experience |
| **PREFERRED QUALIFICATIONS:** | A.A. or B.S. Degree |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - Teach basic computer course to city resi provide support to computer staff. |
| **HOURLY WAGE:** | $8.23-$9.82 |
| **HIRING FREQUENCY:** | One-two per year as needed |
| **# OF POSITIONS WITH EMPLOYER:** | 3-4 |
| | |
| **JOB TITLE:** | Technical Support Specialist |
| **EMPLOYER:** | Capitol School District |
| **ADDRESS:** | 945 Forest St. |
| | Dover, DE 19901 |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | B.S. Degree |
| **PREFERRED QUALIFICATIONS:** | 5-10 years work experience |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - teach basic computers to district teacher |
| **HOURLY WAGE:** | $10.54 to $11.21 |

ML00443

**HIRING FREQUENCY:**
**# OF POSITIONS WITH EMPLOYER:**

| | |
|---|---|
| **JOB TITLE:** | Technical Support Specialist |
| **EMPLOYER:** | Delaware Department of Public Instruction |
| **ADDRESS:** | Townsend Building |
| | 401 Federal St., Dover, DE 19901 |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | B.S. Degree |
| **PREFERRED QUALIFICATIONS:** | M.S. Degree |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Sedentary - teach computer basics to local instructor |
| **HOURLY WAGE:** | $12.37 to $13.84 |
| **HIRING FREQUENCY:** | One-two per year |
| **# OF POSITIONS WITH EMPLOYER:** | 3-4 |
| | |
| **JOB TITLE:** | Laboratory Assistant/Instructor |
| **EMPLOYER:** | Polytech |
| **ADDRESS:** | 823 Walnut Shade Road |
| | Woodside, DE 19980 |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | 3-5 years previous experience |
| **PREFERRED QUALIFICATIONS:** | 5-10 years experience, A.A. or B.S. Degree |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Light - Teach lab techniques to clients and non-tradi students. |
| **HOURLY WAGE:** | $9.54 - $11.32 |
| **HIRING FREQUENCY:** | One-two per year |
| **# OF POSITIONS WITH EMPLOYER:** | 3 |
| | |
| **JOB TITLE:** | Lab Assistant/Instructor |
| **EMPLOYER:** | Sussex Vo-Tech |
| **ADDRESS:** | P.O. Box 351, Route 9 |
| | Georgetown, DE 19947-0351 |
| **POTENTIAL OPENING:** | No |
| **REQUIRED QUALIFICATIONS:** | 3-5 years previous experience |
| **PREFERRED QUALIFICATIONS:** | 5-7 years experience, B.S. Degree |
| **JOB DUTIES/PHYSICAL DEMANDS:** | Light - Instruct CNA students on lab terminology a |
| **HOURLY WAGE:** | $9.37 to $10.52 |
| **HIRING FREQUENCY:** | One-two per year |
| **# OF POSITIONS WITH EMPLOYER:** | 2 |
| | |
| **JOB TITLE:** | Computer Operator |
| **EMPLOYER:** | Lake Forest School District |
| **ADDRESS:** | 5423 Killens Pond Road |

ML00444

| | |
|---|---|
| **POTENTIAL OPENING:** | Felton, DE 19943 |
| **REQUIRED QUALIFICATIONS:** | No |
| **PREFERRED QUALIFICATIONS:** | 2-4 years experience |
| **JOB DUTIES/PHYSICAL DEMANDS:** | A.A. Degree |
| | Sedentary - operate computer in district office |
| **HOURLY WAGE:** | $9.88 to $10.57 |
| **HIRING FREQUENCY:** | As needed |
| **# OF POSITIONS WITH EMPLOYER:** | 3 |

**Conclusion**

Four alternative occupations: Laboratory Assistant, Technical Support Specialist, Program Aide and Computer Operator were identified during this Labor Market Survey that would provide the claimant the opportunity to return to the labor market on a part time basis and allow for periods of rest. The identified job opportunities are within a 20 to 60 mile radius of the claimant's home. A total of fifteen employment opportunities were identified to show job availability.

The above information is a sampling of the positions for which Mrs. Kernaghan would qualify in her local labor market.

Thank you for the opportunity of providing this information. If I can be of further assistance, please contact me at (302)454-8900 Ext. 3010.

Sincerely,


Barbara Baynard Mallory, M.S. CDMS
Sr. Case Manager

ML00445

# CONCENTRA
## MANAGED CARE SERVICES

|  |  |
|---|---|
| **To Account:** | Met Life |
| **Attention Of:** | *Lisa Housley* |
|  | Met Disability |
|  | POB 3017 |
|  | Utica, NY  13504 |
| **Account File:** | 69950117006; Group 35750 |
| **Insured:** | IBM |
| **Concentra #:** | 237775 |

|  |  |
|---|---|
| **Date:** | 6/29/00 |
| **Client Name:** | *Gail Kernaghan* |
| **D.O.I.:** | 11/22/94 |
| **Diagnosis:** | Radiculopathy |

Dear Ms. Housley,

This will acknowledge our receipt of your request for services on the above-referenced client.

Thank you for this referral.  We will give this assignment our prompt attention.

This file has been assigned to Barbara Stevenson, CRC, CCM.

Sincerely,

Donna Gunkel, R.N., B.S.N.
Manager

JUL 0 6 2000

B291

ML00446



**Metropolitan Life Insurance**
**PO Box 3017, Utica, NY 13507**

# *Fax Cover Sheet*

**Date:** 7-17-2000                    **Time:**

**To:** Barbara Sivons              302-378-7450

**From: Rehab Unit**              **Phone: (315) 792-2496**
                                 **Fax:    (315) 792-2490**

**RE:**

**Number of pages including cover sheet:** _____

**Message:**

Re: Medical
Gail Kernaghan

ML00447

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | CMD# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 14 | 07/17 | 14:06 | 215 453 6939 | G3--S | 01'41" | 003 | | OK |

ML00448



# CONCENTRA
## MANAGED CARE SERVICES, INC.

| phone | fax |

**REFERRAL #**

| ACCT. MGR OFFICE | ACCOUNT MANAGER | ACCT. MGR # | CASE MANAGER | DIARY DATE | REFERRAL DATE |
|---|---|---|---|---|---|
| *Liverpool, NY* | *Gail Vernold* | 33017 | | | 6-28-00 |

**CLIENT NAME**
LAST *Kernaghan*  FIRST *Gail*   M☐ / F☑  MDL/INTL

**REFERRED BY** *Lisa Screen Hershey*

**ADDRESS** *10 East Saratoga Rd.*

**BILL TO** *Met Disability*

**CITY/STATE/ZIP** *Milford, DE 19963*

**ADDRESS** *P. O. Box 3047*

**PHONE** *(914) 876-2095*   **SOCIAL SECURITY #** *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*

**CITY/STATE/ZIP** *Utica, NY 13504*

**ACCOUNT FILE #** *6995 011710 06  Gr # 35750*

**PHONE** *1-800-300-4296 x 2385*   Fax 315-792-2490

**W.C.** | **LIABILITY** | **AUTO** | **S.T.D.** | **L.T.D.** | **OTHER**
**(JURISDICTION)**

**DIAGNOSIS** *Radiculapathy*   **DIAGNOSIS CODE**

**DATE OF BIRTH** *8-15-52*   **DATE OF INJURY** *11-22-94*

**ATTENDING PHYSICIAN** *Dr. Shahla Mousavi*   **PHONE**

**CLIENT'S EMPLOYER** *IBM Corp.*

**PHYSICIAN'S ADDRESS** *701 Middleford Rd.*

**EMPLOYER'S ADDRESS**

**CITY/STATE/ZIP** *Seaford, DE 19973*

**CITY/STATE/ZIP**

**HOSPITAL**

| EMPLOYER CONTACT | PHONE | ATTORNEY'S NAME | PHONE |
|---|---|---|---|

**WEEKLY INDEMNITY PAYMENT** *$2983 48/mo*   **ESTABLISHED WEEKLY WAGE** *4475 00/mo*

**ATTORNEY'S STREET ADDRESS**

**OCCUPATION** *Advisory Programmer*

**CITY/STATE/ZIP**

**INSURED (IF OTHER THAN EMPLOYER)**   | **CASE TYPE** | **REFERRAL TYPE** | **RECEIVED REFERRAL FROM CHS^** ___ YES ___ NO |

*Case Handling Guidelines*

CC: To all those listed on QSI

I. **REQUIRED QSI Attached** (check one)
   ☐ Specific Account QSI
   ☐ Standard CONCENTRA QSI

Other CC: *Voc. Case Mgmt*

II. UR Vendor (if applicable): _____

III. Other Special Handling Instructions (if applicable):

*Interest inventory / assessment*
*Job exploration P.t.*

ML00449

Case 1:05-cv-00402-GMS    Document 36    Filed 3/...

# MetLife®

## Attending Physician's statement or Functional Capacity

The information provided is to be used for claims evaluation and auditing purposes only.
The patient is responsible for having this form completed without expense to Metropolitan or the Employer.

Met DisAbility
P.O. Box 3017
Utica, NY 13504-3017

| Patient Name | | | Group Number | Social Security # |
|---|---|---|---|---|
| First | Middle | Last | | |
| GAIL | A | KERNAGHAN | 0035750 | 299529291 |

### 1. History and Diagnosis

A. Date symptoms first appeared/or accident occured: 1/17 19 93

B. Date symptoms ceased work: 1/5 19 93

C. Date of most recent examination: 3/1/2000 19 ___

D. Frequency of visits: 3 months

E. Past history: None

F. Subjective symptoms: back pain

G. Objective findings (including test results):

H. Primary diagnosis affecting work ability: back pain

I. Secondary diagnosis affecting work ability:

J. Present and future course of treatment: pain mgmt

K. Other known injuries or presently active diseases that may affect work abilities:

### 2. Does patient's medical condition allow exposure to the following; please check appropriate box and explain any limitation below:

| | No Limitation | Some Limitation | Avoid Completely | Cannot Determine |
|---|---|---|---|---|
| Dust/Gases/Fumes | | ✓ | | |
| Chemicals/Solvents | | ✓ | | |
| Temperature Extremes | | ✓ | | |
| Noise Levels | | ✓ | | |
| Allergenic Agents | | ✓ | | |
| Stairs/Ladders | | | ✓ | |
| Scaffolds/Heights | | | ✓ | |
| Enclosed Spaces | | | ✓ | |
| Drafts/Damp Areas | | | ✓ | |

Explanation:

### 3. Because of the patient's medical conditions, are there any limitations on any of the following activites; please check appropriate box and explain any limitation below.

| | No Limitation | Some Limitation | Avoid Completely | Cannot Determine |
|---|---|---|---|---|
| Transportation | | ✓ | | |
| Standing | | ✓ | | |
| Sitting | | ✓ | | |
| Change of Position (sitting/standing) | | ✓ | | |
| Assuming Cramped/Unusual Positions | | | ✓ | |
| Reaching (forward/overhead) | | | ✓ | |
| Pushing/Pulling/Twisting (arm/leg controls) | | | ✓ | |
| Grasping/Handling | | | ✓ | |
| Finger Dexterity | ✓ | | | |
| Repetitive Movement (hands/feet) | | | ✓ | |
| Climbing (stairs/ladders/scaffolds) | | | ✓ | |
| Balancing (exposure to falling) | | | ✓ | |
| Bending/Stooping/Squatting | | | ✓ | |
| Operating Truck/Dolly/Small Vehicle | | | ✓ | |
| Operating Heavy Equipment | | | ✓ | |
| Operating Electrical Equipment | | | ✓ | |
| Concentrated Visual Attention | | | ✓ | |
| Other | | | ✓ | |

Explanation:

MAR 06 2000

ML00450

B295

K85508.GRN(09/13/1997)

Evaluation of carrying and lifting abilities includes both the intensity and frequency of the activity. For each weight class listed be
it of frequency. Please provide an explanation below with any additional comments regarding limitations on duration, handlability and
or).

| Intensity in Pounds | Frequency: Percentage of Workday | | | |
|---|---|---|---|---|
| | Never | Less than 20% | 20% - 60% | |
| 0-15 | ✓ | | | |
| 16-30 | ✓ | | | |
| 31-45 | ✓ | | | |
| Greater than 45 | ✓ | | | |

lanation:

___

Is there a past or present psychological problem that might interfere with patient's ability to work? If yes, please list your findings according to the DMS-III multiaxial classification.

Yes ☑         No ☐              Not Determined ☐

Explanation:

___

you have any additional information that is relevant to patient's work ability, please indicate below.

___

rogress Evaluation

Recovered ☐    Improved ☐    Unimproved ☑    Retrogressed ☐
(Please check appropriate box and explain below:)
Explanation:

___

sability Evaluation

|  | For Any Occupation | | For His/Her Occupation | |
|---|---|---|---|---|
| patient now totally disabled? | Yes ☑  No ☐ | Cannot Determine ☐ | Yes ☐  No ☐ | Cannot Determine ☐ |
| No, when was patient able to resume work activities? | ___ 19 ___ | Cannot Determine ☐ | ___ 19 ___ | Cannot Determine ☐ |
| Yes, when do you think patient will be able to resume work activities? | | | | |
| Approximate Date: | ___ 19 ___ | | ___ 19 ___ | |
| Indefinite: | ✓ | | | |
| Never: | ___ | | ___ | |
| Cannot Determine: | ___ | | ___ | |

ML00451

B296

of Physician                    Board Certified Specialty

Address                City or Town                State

one Number            Date        Signature

Met DisAbility
P.O. Box 3017
Utica, NY 13504-3017

GAIL A. KERNAGHAN
10 EAST SARATOGA RD
MILFORD DE 19963

**Group/Contract Number**    0035750

**Employee Identification Number**    299529291

In accordance with the terms of your Group Plan, we request that
you complete the Supplemental Statement of Claimant below. If an
asterisk (*) appears here ( * ), you must also have your physician
complete the enclosed Attending Physician's Statement of Functional
Capacity.

This information is essential to the further processing of your claim.
If we do not receive a reply within a reasonable time, we will assume
that no further benefits are being claimed.

It is the responsibility of the claimant or the beneficiary to notify MetLife
of any change in disability status. This would include return to work, recovery
or death.

Disability Management Services

---

## Supplemental Statement of Claimant

1. Is the above address correct?    _Yes_

2. If you are confined to a hospital or other institution,
   please give its name and address.

3. (a) Have you at any time since the beginning of this disability,
   or are you now, engaged in any work or business?    (a) _No_
   (b) If so, in what work or business?    (b) _____

4. During what period have you been so engaged?    _____

5. Name and address of your employer. If self-employed,
   give business address.    _____

_2/17/00_
**Date**

_Gail A. Kernaghan_
**Signature of insured**

ML00452

B297



**CONCENTRA**
MANAGED CARE SERVICES, INC.

130 Second Ave.
Waltham, MA 02451
(888) 214 8064

MET LIFE
Attn: LISA HOUSHEY
P.O. BOX 3017
5950 AIRPORT RD.
UTICA, NY 13504

Please Remit to:

Reprint Date: 07/20/99
Invoice Date: 11/25/98

**Invoice #:  4679594**

Referral #:        2256284-1          3307/01
Service Dates:    11/03/98 - 11/09/98

**Total Amount Due:    33.00**

**For questions regarding this invoice, please call (888) 214 8064**

Comments:

IRS # 04-2658593            Please detach here and return with your payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Reprint Date:    07/20/99        Invoice Date:    11/25/98
Client Name:    GAIL KERNAGHAN
Claim #:
Employer:        IBM
Date of Injury:    01/18/93

**Invoice #:    4679594**

Account:    19561 MET LIFE
Adjuster:    LISA HOUSHEY
Ref #:    2256284-1

| Date | Activity | Code | Prof Hours | T & W Hours | Miles | Expense | Sub Totals |
|------|----------|------|-----------|-------------|-------|---------|-----------|
| 11/03/98 | CALL CLIENT | 20 | 0.20 | | | | |
| | LONG DISTANCE CHARGE | 62 | | | | 0.50 | |
| 11/05/98 | CALL CARRIER | 24 | 0.00 | | | | |
| 11/09/98 | CALL CARRIER | 24 | 0.00 | | | | |
| 11/09/98 | REPORT | 50 | 0.30 | | | | |
| Professional Hours  65.00/HR | | | 0.50 | | | | 32.50 |
| Expenses | | | | | | 0.50 | 0.50 |

THIS INVOICE IS DUE AND PAYABLE UPON RECEIPT.

Please Pay this Amount    33.00

PAST DUE PLEASE REMIT

ML00453

IRS # 04-2658593            Concentra Managed Care Services, Inc., 130 Second Ave., Waltham, MA 02451            875516

**Metropolitan Life Insurance Company**

# MetLife®

**MetLife Disability**
**PO Box 3017**
**Utica, NY 13504**

September 1, 1999

Gail Kernaghan
10 E. Saratoga Rd.
Milford, DE. 19963-2107

Claim No.:  699501171006
Employer:   IBM
Group No.:  35750
SS. No.:    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
Serial No.:  142425

Dear Ms. Kernaghan:

We are writing in reference to your Long Term Disability Benefits.

Be advised that we have requested additional medical information from your physician, Dr. Shahla Mousavi. Please follow up with his office to be assured the requested information is submitted on behalf of your claim.

The requested medical is needed to manage your long-term disability claim properly.

If you should have any questions feel free to call.

Yours truly,

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064 Ext. 2473
Fax: 315-792-2514

*ML00454*

**Metropolitan Life Insurance Company**

**MetLife**®

**MetLife Disability**
**PO Box 3017**
**Utica, NY 13504**

September 1, 1999

Shahla V. Mousavi, MD
All Delmarva Neurology-Pain Center
701 Middleford Rd.
Seaford, DE.  19973

Claim No.:  699501171006
Group No.  35750
SS. No.:    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
Serial No.:  142425

Dear Dr. Mousavi:

This is in reference to your patient, our claimant, Gail Kernaghan.

Attached you will find the attending physician's statement of functional capacity that you
partially completed. Would you please complete section 1 of the enclosed statement? We have
highlighted the information that is requested. Be sure to date this document.

An authorization for release of this information is also enclosed.

If you have any questions concerning this request, please contact me at the number listed below

Thank you for your cooperation.

Yours truly,

*Kathy Schaller*

Kathy Schaller
Case Management Specialist
Met Disability
1-800-638-0064 Ext. 2473
Fax:  315-792-2514
Enclosures

ML00455

# McNeill, Wilkin, Colella, Kuppens and Associates, P.C.

*Practice limited to Social Security*

P.O. Box 5099
Herndon, VA 20172-5099
(800) 677-0531, (703) 464-0150
Fax (703) 464-0505

Pasadena, CA
(800) 655-4298, (626) 564-0831
Fax (626) 564-1886

Boston, MA
(800) 825-7734, (617) 367-4857
Fax (617) 367-1243

July 16, 1999

Gail A. Kernaghan
10 E. Saratoga Road
Milford, DE  19963

Re:    Social Security Disability claim

Dear Mrs. Kernaghan:

Whenever a law firm dissolves or reorganizes, the ethical rules of the profession require that the client be notified and given the opportunity to choose who will represent them.  Your insurance company referred you to a firm named McNeill, Wilkin, Colella, Kuppens and Associates, P.C.

Effective July 16, 1999, that firm will dissolve.  William E. Wilkin, who headed the Virginia office, will continue his practice in Social Security disability law founding the Normandy Group, remaining in Herndon, Virginia.  James E. McNeill, Laura Colella, Michael F. Kuppens and Timothy Whisman will continue their practice in Social Security disability law, as McNeill, Colella, Kuppens and Associates, P.C., remaining in Boston and Pasadena.

It is your legal right to choose who will represent you in your continuing claim for Social Security disability benefits.  Both of the new firms are willing to continue to represent you.  In any event, your current fee arrangement will not change.

Your case in pending at the Appeals Council.  To ensure that your claim is adequately protected, please complete the enclosed form indicating whether you wish William E. Wilkin or McNeill, Colella, Kuppens and Associates, P.C. to represent you.  Whatever your choice, please sign both copies of the enclosed document and return one to each of the parties using the two enclosed envelopes.

Should you have any questions, you can contact either party.  McNeill, Colella, Kuppens and Associates, P.C. can be reached in Boston at 1-800-825-7734.  William E. Wilkin can be reached in Virginia at 1-800-677-0531.

Sincerely,                                    Sincerely,

William E. Wilkin                             James E. McNeill

cc: Ed Peters, Met Life LTD Claims (NY)

COLLEEN MOFFATT

JUL 1 9 1999

ML00456

B301

**Metropolitan Life Insurance Company**

**Met DisAbility**
**P.O. Box 3017**
**Utica, NY 13504**

**MetLife®**

July 20, 1999

Dr. Shahla V. Mousavi
All Delmarva Neurology-Pain Center
701 Middleford Road
Seaford, Delaware 19973

RE:   Long Term Disability
      Claim No: 699501171006
      Group No: 35750
      S.S. No:  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
      Claimant:  Gail Kernaghan

Dear Dr. Mousavi:

This is in reference to your patient, our claimant, Gail Kernaghan.

Thank you for responding to our request for updated medical information for Ms.
Kernaghan.  Attached you will find the Attending Physician's Statement of Functional
Capacity that you partially completed for us.  Could you please complete section #1.  You
will see that we have highlighted the information that is required.  Also, please date on
the second page.

If you have any questions concerning this request, do not hesitate to contact me at the
number listed below.  Thank you for your cooperation concerning this request.

Yours truly

Kathy Schaller
Case Management Specialist
Met DisAbility
1-800-638-0064
315-792-2514 fax

ML00457

# CONCENTRA
### MANAGED CARE SERVICES, INC.

130 SECOND AVE.
WALTHAM, MA 02154-1100
(781) 290-5350

IRS # 04-2658593

**INVOICE NO.    30608673**
Page 1 of 1

DATE
10/20/00

ACCOUNT NO.
181

REFERRAL NO.
237445 - 1

CLIENT NAME
GAIL KERNAGHAN

CLAIM NO.
699501171006

EMPLOYER / INSURED
IBM CORP.

DATE OF INJURY
11/22/94

MET DISABILITY
P.O. BOX 3017

UTICA, NY 13504
ATTN: LISA HOUSLEY

| DATE | ACTIVITY | CODE | PROF HOURS | T and W HOURS | MILES | EXPENSE | SUB TOTAL |
|------|----------|------|------------|---------------|-------|---------|-----------|
| 09/12/00 | CALL CLIENT | 020 | 0.10 | | | | 6.80 |
| 09/18/00 | JOB SEARCH | 033 | 0.80 | | | | 54.40 |
| 09/25/00 | JOB SEARCH | 033 | 0.70 | | | | 47.60 |
| 10/06/00 | JOB SEARCH | 033 | 0.90 | | | | 61.20 |
| 10/06/00 | LETTER TO CLIENT | 040 | 0.30 | | | | 20.40 |
| 10/06/00 | OFFICE PHONE & POSTAGE | 060 | | | | 5.50 | 5.50 |
| 10/09/00 | PROGRESS REPORT | 055 | 0.50 | | | | 34.00 |
| | EXPENSES | | | | | 5.50 | 5.50 |
| | SPECIALIST HOURS  68.00/hours | | 3.30 | | | 5.50 | 224.40 |

THIS INVOICE IS DUE AND PAYABLE UPON RECEIPT.
PLEASE RETURN ONE COPY WITH YOUR REMITTANCE.

CUMULATIVE TOTAL:  1,028.13    **PLEASE PAY THIS AMOUNT** ➤    229.90

ML00458    B303

| Claim Number | Group Number | Sub | Branch | Social Security Certificate No. | Claimant's Name | | |
|---|---|---|---|---|---|---|---|
| 4097630 | 35750 | 001 | 037 | 299529291 | KERNAGHAN | GAIL | A |

PAGE 0:

METROPOLITAN LIFE INSURANCE COMPANY
DISABILITY MANAGEMENT SERVICES
P.O. BOX 3017, UTICA, NY 13504

 **MetLife®**

03/06/95

                    GAIL A KERNAGHAN
                    21 EDGEWOOD DR.
                    RHINEBECK        NY   12572

RE:  GROUP  DISABILITY  CLAIM  -   ADJUSTED  BENEFIT  NOTICE

THE AMOUNT OF YOUR BASIC MONTHLY BENEFIT IS  $2,983.48

THIS AMOUNT WILL BE REDUCED DURING THE PERIODS SHOWN BELOW BY INCOME WHICH YOU
ARE RECEIVING OR ARE ELIGIBLE TO RECEIVE FROM THE FOLLOWING SOURCES:

| SOURCE | AMOUNT PER MONTH | FROM | THROUGH |
|---|---|---|---|
| EST. PRIMARY SOCIAL SECURITY | $1,187.00 | 09-1995 | 08-2017 |

THE FOLLOWING DEDUCTIONS AFFECT YOUR GROSS BENEFIT :

| DEDUCTION | AMOUNT PER MONTH | FROM | THROUGH |
|---|---|---|---|
| FEDERAL TAX | $450.00 | 03-1995 | 08-2017 |

PROVIDING REDUCTIONS REMAIN AS LISTED ABOVE, AND YOU REMAIN TOTALLY DISABLED
AS DEFINED IN YOUR GROUP PLAN, YOUR BENEFIT SCHEDULE WILL BE AS FOLLOWS :

| | FROM | THROUGH | DAYS | GROSS AMOUNT | CODE | EXPLANATION |
|---|---|---|---|---|---|---|
| # | 01-1995 | 01-1995 | 19 | $2,576.64 | | # THIS IS A PARTIAL MONTH PAYMENT. |
| | 02-1995 | 08-1995 | | $2,983.48 | | |
| | 09-1995 | 08-2017 | | $1,796.48 | | |

LINE MANAGER
IBM CORPORATION              SYSTEMS COMMUNICATION

AMOUNT PAYABLE
TO DATE
-------------
|**********|
-------------

ML00460



**DELAWARE BACK PAIN & SPORTS REHABILITATION CENTERS**®

*Physical Medicine/Rehabilitation*
*Sports Medicine/EMG*
Barry L. Bakst, D.O.
Craig D. Sternberg, M.D.
Arnold B. Glassman, D.O.
Anne C. Mack, M.D.
Stephen M. Beneck, M.D.
Asit P. Upadhyay, D.O.
Susan T. Depoliti, M.D.

*Interventional Pain Management/Neurology*
YiLi Zhou, M.D., Ph.D.

*Pain Management Counseling*
Irene Fisher, Psy.D.

*Chiropractic Care*
Kristi M. Dillon, D.C.
Brian S. Baar, D.C.
Debra Kennedy, D.C.
Kenneth Ward, D.C.
Mary B. Beierschmitt, D.C.
Marjorie E. Mackenzie, D.C.

Foulk Office Plaza • 2006 Foulk Road • Suite B • Wilmington, DE 19810 • (302) 529-8783 • Fax (302) 529-7470
Medical Arts Complex • 700 Lea Boulevard • Suite 102 • Wilmington, DE 19802 • (302) 764-0271 • Fax (302) 762-4076
Omega Professional Center • 87 Omega Drive • Building B • Newark, DE 19713 • (302) 733-0980 • Fax (302) 733-7495
Glasgow Medical Center • 2600 Glasgow Avenue • Suite 210 • Newark, DE 19702 • (302) 832-8894 • Fax (302) 832-8897
Walker Square • 830 Walker Road • Suite 11-1 • Dover, DE 19901 • (302) 730-8848 • Fax (302) 730-8846

# FAX COVER SHEET

**Date:** 12/03/02

**To:** Theresa Zammiello

**Fax #:** 1-800-230-9531

**From:** Kathryne Larrivee

**Our Phone Number:** (302) 730-8848

**Our Fax Number:** (302) 730-8846

**Number of pages including this cover sheet:** 22

**Special Message:** RE: Gail Kernaghan

---

* This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender by either fax address or telephone number above and discard this fax. Thank you

ML00461