IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                    :
                                                   :
            Plaintiff,                             :   C.A. No. 05-402 (GMS)
                                                   :
      v.                                           :
                                                   :
METROPOLITAN LIFE INSURANCE                        :
COMPANY, as fiduciary and administrator of The    :
IBM Long-Term Disability Plan,                     :
                                                   :
            Defendant.                             :
                                                   :

**VOLUME VII OF X**

**APPENDIX TO**
**DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWERING**
**BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

McCARTER & ENGLISH LLP

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date:   April 13, 2006

## <u>TABLE OF CONTENTS</u>

<u>TITLE</u>                                                                                          <u>PAGE</u>

Excerpts of the Administrative Record ...........................................................................B306-B356

i

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 13, 2006, I caused a copy of the foregoing Appendix to Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)

ME1\5600684.1



**DELAWARE BACK PAIN & SPORTS REHABILITATION CENTERS**

*Physical Medicine/Rehabilitation*
*Sports Medicine/EMG*
Barry L. Bakst, D.O.
Craig D. Sternberg, M.D.
Arnold B. Glassman, D.O.
Anne C. Mack, M.D.
Stephen M. Beneck, M.D.
Asit P. Upadhyay, D.O.
Susan T. Depoliti, M.D.

*Interventional Pain Management/Neurology*
YiLi Zhou, M.D., Ph.D.

*Pain Management Counseling*
Irene Fisher, Psy.D.

*Chiropractic Care*
Kristi M. Dillon, D.C.
Brian S. Baar, D.C.
Debra Kennedy, D.C.
Kenneth Ward, D.C.
Mary B. Beierschmitt, D.C.
Marjorie E. Mackenzie, D.C.

Foulk Office Plaza • 2006 Foulk Road • Suite B • Wilmington, DE 19810 • (302) 529-8783 • Fax (302) 529-7470
Medical Arts Complex • 700 Lea Boulevard • Suite 102 • Wilmington, DE 19802 • (302) 764-0271 • Fax (302) 762-4076
Omega Professional Center • 87 Omega Drive • Building B • Newark, DE 19713 • (302) 733-0980 • Fax (302) 733-7495
Glasgow Medical Center • 2600 Glasgow Avenue • Suite 210 • Newark, DE 19702 • (302) 832-8894 • Fax (302) 832-8897
Walker Square • 830 Walker Road • Suite 11-1 • Dover, DE 19901 • (302) 730-8848 • Fax (302) 730-8846

FOLLOW UP VISIT
RE: Gail Kernaghan
DATE: 06/06/02

Patient is here for follow up evaluation of low back pain. She is following with Dr. Tamesis for her right shoulder and her elevated rheumatoid serology.

Her pain is stable at a 5/10 it is tolerable and she is now sleeping well at night. She is not depressed or anxious since she has been on Effexor.

Her current medications are Effexor XR 75, Vicodin a half tab six times a day, Zanaflex 8 mg qhs and Neurontin 200 mg qhs. She is not having any side effects from her medications.

Patient has no lumbar radicular symptoms or bowel or bladder incontinence issues.

<u>PHYSICAL EXAMINATION:</u> Height is 5'5", weight is 206 lb, BP is 136/77, temperature is 95.7.

The patient comes into the office she has a nonantalgic gait. She is able to mount and dismount the exam table readily.

Exam of the lumbosacral spine shows SI joints bilaterally are tender.

Examination of the right shoulder shows the sternoclavicular and AC joint well located, biceps tendon is nontender. Some tenderness noted in the anterior deltoid. The Neer impingement sign is negative, the Hawkins is slightly positive and equivocally so.

<u>IMPRESSIONS:</u>  1.  SI joint dysfunction causing low back pain.
                2.  Reactive anxiety and depression.

ML00462

FOLLOW UP VISIT
RE: Gail Kernaghan
DATE: 06/06/02
PAGE 2

    3. Right rotator cuff tendonopathy.
    4. Elevated ESR and ANA followed by rheumatology.

**RECOMMENDATIONS:** I will continue the patient on her medications without any changes at this time. She is to continue with her self-directed home exercise program.

Follow up with Dr. Tamesis for her positive ANA. She will see me in eight weeks.


Asit P. Upadhyay, D.O.
APU/klc
dt: 06/09/02
cc: David Reyes, M.D.
    29 Gooden Ave.
    Dover, DE 19904

ML00463



**DELAWARE BACK PAIN & SPORTS REHABILITATION CENTERS** ®

*Physical Medicine/Rehabilitation*
*Sports Medicine/EMG*
Barry L. Bakst, D.O.
Craig D. Sternberg, M.D.
Arnold B. Glassman, D.O.
Anne C. Mack, M.D.
Stephen M. Beneck, M.D.
Asit P. Upadhyay, D.O.
Susan T. Depoliti, M.D.

*Interventional Pain Management/Neurology*
YiLi Zhou, M.D., Ph.D.

*Pain Management Counseling*
Irene Fisher, Psy.D.

*Chiropractic Care*
Kristi M. Dillon, D.C.
Brian S. Baar, D.C.
Debra Kennedy, D.C.
Kenneth Ward, D.C.
Mary B. Beierschmitt, D.C.
Marjorie E. Mackenzie, D.C.

Foulk Office Plaza • 2006 Foulk Road • Suite B • Wilmington, DE 19810 • (302) 529-8783 • Fax (302) 529-7470
Medical Arts Complex • 700 Lea Boulevard • Suite 102 • Wilmington, DE 19802 • (302) 764-0271 • Fax (302) 762-4076
Omega Professional Center • 87 Omega Drive • Building B • Newark, DE 19713 • (302) 733-0980 • Fax (302) 733-7495
Glasgow Medical Center • 2600 Glasgow Avenue • Suite 210 • Newark, DE 19702 • (302) 832-8894 • Fax (302) 832-8897
Walker Square • 830 Walker Road • Suite 11-1 • Dover, DE 19901 • (302) 730-8848 • Fax (302) 730-8846

David Reyes, M.D.                          FOLLOW UP VISIT
29 Gooden Ave.                             RE: Gail Kernaghan
Dover, DE 19904                            DATE: 04/22/02

Dear Dr. Reyes:

Patient is here for follow up evaluation of right shoulder pain and back pain. She had a positive ANA and SED rate. She is scheduled to see a rheumatologist next week.

MRI of the right shoulder came back with impingement syndrome with a rotator cuff tendonopathy.

For pain she has been using Vicodin ES t.i.d. for back pain. She also takes Zanaflex 8 mg in the evening as needed for stiffness and 8 mg at bedtime to help her sleep throughout the night. She is also using Neurontin 100 mg at bedtime for sleep induction.

She did not go on Depakote because of the possibility of weight gain which is a real issue for her.

Patient has no lumbar radicular symptoms or bowel or bladder incontinence issues.

PHYSICAL EXAMINATION: Height is 5'5", weight is 196 lb, BP is 110/70, temperature is 96.5.

The right shoulder continues to show pain on extreme flexion although the Neer and Hawkins impingement sign are negative. Although the shoulder exams nonspecifically there is significant findings on the MR.

The low back shows tenderness especially in the right SI joint.

ML00464

FOLLOW UP VISIT
RE:  Gail Kernaghan
DATE:  04/22/02
PAGE 2


No ankle clonus is noted.  Lower extremity strength is 5/5 symmetric.

IMPRESSIONS:  1.  Low back pain secondary to SI joint dysfunction.
2.  Right shoulder impingement syndrome.
3.  Reactive depression and anxiety.
4.  Lumbar facet syndrome, improved.

RECOMMENDATIONS:  The patient will see Dr. Tamesis for her abnormal
rheumatologic screen.  It is interesting that she has sacroiliitis in light of an elevated SED
rate and a positive ANA.  The seronegative spondyloarthropathies need to be considered
significantly, however, patient needs to be checked for Lupus as well.

Because of the tendonopathy I feel that the patient would best be served with an
orthopedic consult.  She will probably most like need acromioplasty with decompression
after a trial of subacromial cortisone injection.  For this reason I will have her followed by
orthopedics since she seems to have more of a surgical problem.

Follow up with me in six weeks.


Asit P. Upadhyay, D.O.
APU/klc
dt:  04/23/02

ML00465



**DELAWARE BACK PAIN & SPORTS REHABILITATION CENTERS**

*Physical Medicine/Rehabilitation*
*Sports Medicine/EMG*
Barry L. Bakst, D.O.
Craig D. Sternberg, M.D.
Arnold B. Glassman, D.O.
Anne C. Mack, M.D.
Stephen M. Beneck, M.D.
Ant P. Upadhyay, D.O.
Susan L. Denoliff, M.D.

*Interventional Pain Management/Neurology*
YiLi Zhou, M.D., Ph.D.

*Pain Management Counseling*
Irene Fisher, Psy.D.

*Chiropractic Care*
Kristi M. Dillon, D.C.
Brian S. Baar, D.C.
Debra Kennedy, D.C.
Kenneth Ward, D.C.
Mary B. Beierschmitt, D.C.
Marjorie E. Mackenzie, D.C.

---

David Reyes, M.D.
1078 South State Street
Dover, Delaware 19901

**FOLLOW UP EVALUATION**
**RE: Gail Kernaghan**
**DATE: 10/01/02**

Dear Dr. Reyes:

The patient is here for follow up evaluation of chronic low back pain. She is continuing with pain up in her neck but her back pain is more bothersome.

Her back pain is about a 6 on average. She not describing any clear lumbar radicular symptoms. Her pain is generally worse with bad weather. It is better if she can lie down and rest on her left side.

Her current medications are Vicodin ES ½ pill 6 times a day, Celexa 20mg daily, Zanaflex 8mg q.h.s. and Neurontin 200mg at bedtime. She is stable on her current medications.

**Physical Examination:** Height is 5'5", weight 208, BP 128/72, temp 95.7.

The patient comes into the office with a non-antalgic gait, and moves about the exam room without difficulty.

Neurologically, the patient is awake, alert and oriented x 3. Speech is clear and appropriate. Cranial nerves two through twelve are intact grossly. Pupils are reactive. No ataxia or dysmetria noted.

**Impressions:**
1. Chronic low back pain; S/P L3 burst fracture.
2. Diabetes.
3. Right shoulder myofascial pain improved.

B310

ML00466

**FOLLOW UP EVALUATION**
**RE: Gail Kernaghan**
**Date: 10/01/02**
**Page 2**

**Recommendations:**
I will continue the patient on her current medications with no changes. I cannot use sustained release opioids such as Kadian or MS Contin due to her sulfa allergy. We may consider using Duragesic, however, the patient is known to have some sensitivity to medications. OxyContin made her extremely lethargic and irritable.

As required and recommended by the drug enforcement administration, I will obtain a second opinion from one of my colleagues, Dr. Ameer, who practices in Milford. He will see the patient sometime in the next four weeks.

The patient will follow up with me in four weeks as required. She may call or return sooner if there are any problems in the interim.

Warmest regards,

Asit P. Upadhyay, D.O.

APU/mc

ML00467



**DELAWARE BACK PAIN & SPORTS REHABILITATION CENTERS**

*Physical Medicine/Rehabilitation*
*Sports Medicine/EMG*
Barry L. Bakst, D.O.
Craig D. Sternberg, M.D.
Arnold B. Glassman, D.O.
Anne C. Mack, M.D.
Stephen M. Beneck, M.D.
Asit P. Upadhyay, D.O.
Susan T. Depalti, M.D.

*International Pain Management/Neurology*
Yili Zhou, M.D., Ph.D.

*Pain Management Counseling*
Irene Fisher, Psy.D.

*Chiropractic Care*
Kristi M. Dillon, D.C.
Brian S. Baar, D.C.
Debra Kennedy, D.C.
Kenneth Ward, D.C.
Mary B. Beierschmitt, D.C.
Marjorie E. Mackenzie, D.C.

FOLLOW UP EVALUATION
RE: Gail Kernaghan
DATE: 8/29/02

The patient is here for evaluation of right shoulder pain and low back problems. She recently had an injection by Dr. Tamesis. She has continued to have some myofascial pain in the right upper trap as well as some cervical spine discomfort. She does not describe any clear cervical radicular symptoms. Her low back continues to bother her with right-sided pain. She is describing some deconditioning and leg weakness. Her back pain is generally worse with bad weather. She has no clear lumbar radicular symptoms.

Her current medications are insulin and Vicodin ES 3 a day, Celexa 20mg daily, Zanaflex 8mg q.h.s. and Neurontin 200mg. q.h.s. She is stabilized on her current dose of medications.

**Physical Examination:** Height is 5'5", weight 206, BP 128/71, temp 97.2.

The patient comes into the office with a non-antalgic gait, able to mount and dismount the exam table readily.

The right shoulder shows tenderness in the upper traps. The AC joint and sternoclavicular are well located and nontender. Neer and Hawkins' impingement sign is negative. Speed's test is negative with the biceps tendon being nontender.

Cranial nerves are intact grossly. Deep tendon reflexes of the biceps, triceps, patella and Achilles are 2/4 and symmetric. No ankle clonus.

**Impressions:**
1. Right shoulder myofascial pain.
2. Chronic low back pain, S/P L3 burst fracture.
3. Diabetes.

ML00468

**FOLLOW UP EVALUATION**
**RE:  Gail Kernaghan**
**Date: 8/29/02**
**Page 2**

**Recommendations:**
Continue the patient on her current medications with no changes.

I spent an inordinate amount of time with this patient reviewing her physical capacity and going over an evaluation with her regarding her work status. A copy of this evaluation can be noted in the attached form.

Occupationally, the patient is excused from work. It may be unreasonable for her to work even at sedentary duty. She is excused from jury duty as well.

Follow up with me in four weeks.

Asit P. Upadhyay, D.O.
APU/mc

B313                                                      ML00469



**DELAWARE BACK PAIN & SPORTS REHABILITATION CENTERS**

*Physical Medicine/Rehabilitation*
*Sports Medicine/EMG*
Barry L. Bakst, D.O.
Craig D. Sternberg, M.D.
Arnold B. Glassman, D.O.
Anne C. Mack, M.D.
Stephen M. Beneck, M.D.
Asif P. Upadhyay, D.O.
Susan T. Depoliti, M.D.

*Interventional Pain Management/Neurology*
Yi-Li Zhou, M.D., Ph.D.

*Pain Management Counseling*
Irene Fisher, Psy.D.

*Chiropractic Care*
Kristi M. Dillon, D.C.
Brian S. Baar, D.C.
Debra Kennedy, D.C.
Kenneth Ward, D.C.
Mary B. Beierschmitt, D.C.
Marjorie E. Mackenzie, D.C.

Foulk Office Plaza • 2000 Foulk Road • Suite B • Wilmington, DE 19810 • (302) 529-8783 • Fax (302) 529-7470
Medical Arts Complex • 700 Lea Boulevard • Suite 102 • Wilmington, DE 19802 • (302) 764-9254 • Fax (302) 762-4076
Omega Professional Center • 87 Omega Drive • Building B • Newark, DE 19713 • (302) 733-0980 • Fax (302) 733-7495
Glasgow Medical Center • 2600 Glasgow Avenue • Suite 210 • Newark, DE 19702 • (302) 832-8894 • Fax (302) 832-8897
Wasko, Niponi, • 830 Walker Road • Suite 11-4 • Dover, DE 19901 • (302) 730-8848 • Fax (302) 730-8846

### FOLLOW UP EVALUATION
### RE: Gail Kernaghan
### DATE: 8/01/02

The patient is here for follow up evaluation of right shoulder pain and lower back pain. She recently saw Dr. Tamesis and was told that there was no significant rheumatologic diagnosis. She is pending follow evaluation with Dr. Tamesis for injection of her right shoulder. She has been participating in therapy and her right shoulder range of motion was markedly improved. She continues to have difficulty with dressing due to her right shoulder problems.

The patient continues with back pain and she reports that she has been miserable recently. She is using Vicodin ES, Neurontin 200mg q.h.s. and Zanaflex 8mg q.h.s. for her low back pain. Effexor is making her sedated and she would like to stop using that medication.

She is not describing any lumbar radicular symptoms or bowel or bladder incontinence issues.

**Physical Examination:** Height is 5'5", weight 206, BP 143/84, temp 97.6.

The patient comes into the office with a non-antalgic gait. She moves about the exam room without difficulty.

Neurologically, patient awake, alert and oriented x 3. Speech is clear and appropriate. Cranial nerves two through twelve are intact grossly. Pupils are reactive.

Exam of the skin shows no venous puncture marks.

Exam of the right shoulder shows biceps tendon is nontender. AC and sternoclavicular joints are well located and nontender. Range of motion shows forward flexion to 170 degrees, abduction only to 90 degrees and extension only to about 40 degrees which is markedly limited.

ML00470

**FOLLOW UP EVALUATION**
**RE:  Gail Kernaghan**
**Date: 8/01/02**
**Page 2**

The low back shows tenderness in the SI joints bilaterally. Lumbosacral range of motion shows forward flexion to only to about 50 degrees and extension to around 30 degrees with pain and stiffness in those SI joints on extension.

The deep tendon reflexes of the patella and Achilles are 2/4 and symmetric. No ankle clonus is noted.

**Impressions:**
1.    Chronic low back pain secondary to SI joint dysfunction.
2.    Right shoulder impingement syndrome.
3.    Reactive depression and anxiety.

**Recommendations:**
I will have the patient wean off Effexor over a week and start Celexa 20mg daily. I gave her samples and a prescription. Continue with Neurontin and Zanaflex. Also she can continue with Vicodin.

Suggest she switch over to Kadian sustained release Morphine since she is using Vicodin rather regularly. This will avoid high Tylenol doses. The patient should continue with her exercise program with her shoulder and back.

Asit P. Upadhyay, D.O.
APU/mc

cc:    Dr. David Reyes

B315                                        ML00471

**Delaware Back Pain and Sports Rehabilitation Centers**
**Asit P. Upadhyay, DO**
License C2-0005648 (DE)
830 Walker Rd Suite11-I
Dover DE 19901
730.8848
*302.730.8846 fax*

## *LABRATORY TESTING REQUEST*

Patient: ~~Gavil Kinbur~~ _____ DOB _____

Dx: _____ (995.2)

- ☒ CBC    diff    plt
- ☒ LFT
- ☒ BUN & Creat
- ___ lytes
- ___ UA

- ___ Pregnancy test
- ___ Urine tox screen
- ___ GC/MS oxycodone screen (LabCor 712349\Quest 3111)

- ___ ESR
- ___ TSH
- ___ Lymes Test
- ___ ANA
- ___ RF
- ___ C - reactive protein
- ___ HLA B27
- ___ RPR
- ___ CPK
- ___ Aldolase
- ___ B.12
- ___ Folate
- ___ RBS
- ___ SPEP

_____ MD/DO

Date 8/1/02

Please have your insurance information ready when presenting to the laboratory.
This is a non-fasting test.

ML00472

*Scan Only*

Metropolitan Life Insurance Company

**MetLife**

Met DisAbility
P. O. Box 14590
Lexington, KY 40511-4590

November 26, 2002

Gail Kernaghan                          Long Term Disability
363 Valley Mist Dr.                     Claim No:  699501171006
Clayton, DE 19938                       Group No: 35750
                                        S.S. No: 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

Dear Ms. Kernaghan:

This is in reference to your claim for Long Term Disability Benefits.

Please note that under the terms of your Group Plan, you are required to provide periodic proof of continuing disability when requested by the insurance company.

On August 29, 2002, a request for updated medical information was faxed to your attending physician, Dr. Upadnyay.  On that same date, a letter was sent to you advising of this request, and requesting that you complete a Personal Profile form and a Medical Authorization and return these forms to our office.  On September 17, 2002, a second request was faxed to Dr. Upadnyay's office for this information.  To date this information has not been received.

Under the IBM Long Term Disability Plan, you must provide MetLife with proof that you continue to be under the appropriate care and treatment of a doctor on a continuous basis. It is your responsibly to see that we are provided with this medical documentation from your treating physicians.

You were also sent a letter on October 24, 2002, advising you that this information was needed from you or Dr. Santiago within the next thirty days, to avoid suspension of your Long Term Disability Benefits.

- Copies of all office notes covering dates of treatment from April 2002 through present (obtained from your attending physician)
- Copies of all test results covering dates of treatment from April 2002 through present (obtained from your attending physician)
- Completed Personal Profile Evaluation
- Completed Medical Authorization

As we still have not received the required information, we can only assume that you are not claiming further benefits.  Therefore, we have suspended your benefits effective November 25, 2002.

ML00473

If the required information is not received within 30 days from the date of this letter, we will have no alternative but to terminate your claim.

If you have any questions concerning this, please do not hesitate to contact our office.

Yours truly

Theresa Zammiello
Case Management Specialist
Met DisAbility
1-800-638-0064 x 2473
1-800-230-9531 fax
tzammiello@metlife.com

ML00474

**DELAWARE
BACK PAIN
& SPORTS
REHABILITATION
CENTERS**
®

**Physical Medicine/Rehabilitation**
**Sports Medicine/EMG**
Barry L. Bakst, D.O.
Craig D. Sternberg, M.D.
Arnold B. Glassman, D.O.
Anne C. Mack, M.D.
Stephen M. Beneck, M.D.
Asit P. Upadhyay, D.O.
Susan T. Depoliti, M.D.

*Interventional Pain Management/Neurology*
YiLi Zhou, M.D., Ph.D.

*Pain Management Counseling*
Irene Fisher, Psy.D.

**Chiropractic Care**
Kristi M. Dillon, D.C.
Brian S. Baar, D.C.
Debra Kennedy, D.C.
Kenneth Ward, D.C.
Mary B. Beierschmitt, D.C.
Marjorie E. Mackenzie, D.C.

Foulk Office Plaza • 2006 Foulk Road • Suite B • Wilmington, DE 19810 • (302) 529-8783 • Fax (302) 529-7470
Medical Arts Complex • 700 Lea Boulevard • Suite 102 • Wilmington, DE 19802 • (302) 764-0271 • Fax (302) 762-4076
Omega Professional Center • 87 Omega Drive • Building B • Newark, DE 19713 • (302) 733-0980 • Fax (302) 733-7495
Glasgow Medical Center • 2600 Glasgow Avenue • Suite 210 • Newark, DE 19702 • (302) 832-8894 • Fax (302) 832-8897
Walker Square • 830 Walker Road • Suite 11-1 • Dover, DE 19901 • (302) 730-8848 • Fax (302) 730-8846

## FAX COVER SHEET

**Date:** 11/6/02

**To:** Theresa Zammiedo

**Fax #:** 1 800 530 9531

**From:** Natali

**Our Phone Number:**   **(302) 730-8848**

**Our Fax Number:**   **(302) 730-8846**

**Number of pages including this cover sheet:**   ②

**Special Message:** This form was faxed to
1 866 690 1244 as requested 8/29/02. A
copy was also sent along with records
to your Lexington Ky address on that same
date

* **This message is confidential, intended only for the named
recipient(s) and may contain information that is privileged or
exempt from disclosure under applicable law.  If you are not the
intended recipient(s), you are notified that the dissemination,
distribution or copying of this message is strictly prohibited.  If
you receive this message in error, or are not the named
recipient(s), please notify the sender by either fax address or
telephone number above and discard this fax.  Thank you**

ML00475

Claim# GKN11026

## Physical Capacities Evaluation

**MetLife**

Name of Claimant _Gail Kernaghan_ SSN _299 - 57 - 9291_

**Important:** Please complete the following items based on your clinical evaluation of the claimant and other testing results. Any items that you do not believe you can answer should be marked n/a (not answerable).

**Note:** In terms of an 8 hour workday "occasionally" equals 0% to 33%; "frequently," 34% to 66%; "continuously," 67% to 100%.

I. In an 8-hour workday, claimant can: (Circle full capacity for each activity)

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A.) | Sit • | No | - | 1 | (2) | 3 | 4 | 5 | (6) | 7 | 8 | (hrs.) |
| B.) | Stand - | No | - | 1 | (2) | 3 | 4 | 5 | (6) | 7 | 8 | (hrs.) |
| C.) | Walk • | No | - | 1 | (2) | 3 | 4 | 5 | 6 | 7 | 8 | (hrs.) |

II. Claimant can lift:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Up to 10 lbs. | ( ) | ( ) | ( ✓ ) | ( ) |
| B.) | 11 - 20 lbs. | ( ) | ( ✓ ) | ( ) | ( ) |
| C.) | 21 - 50 lbs. | ( ✓ ) | ( ) | ( ) | ( ) |
| D.) | 51 - 100 lbs. | ( ✓ ) | ( ) | ( ) | ( ) |
| E.) | 100 + lbs. | ( ✓ ) | ( ) | ( ) | ( ) |

III. Claimant can carry:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Up to 10 lbs. | ( ) | ( ✓ ) | ( ) | ( ) |
| B.) | 11 - 20 lbs. | ( ) | ( ) | ( ) | ( ) |
| C.) | 21 - 50 lbs. | ( ✓ ) | ( ) | ( ) | ( ) |
| D.) | 51 - 100 lbs. | ( ✓ ) | ( ) | ( ) | ( ) |
| E.) | 100 + lbs. | ( ✓ ) | ( ) | ( ) | ( ) |

IV. Claimant can use hands for repetitive action such as:

| | | Simple Grasping | | Pushing & Pulling | | Fine Manipulating | |
|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No |
| A.) | Right | ( ✓ ) Yes | ( ) No | ( ✓ ) Yes | ( ) No | ( ✓ ) Yes | ( ) No |
| B.) | Left | ( ✓ ) Yes | ( ) No | ( ) Yes | ( ✓ ) No | ( ✓ ) Yes | ( ) No |

V. Claimant can use feet for repetitive movements as in operating foot controls:

| Right | | Left | | Both | |
|---|---|---|---|---|---|
| ( ) Yes | ( X ) No | ( ) Yes | ( X ) No | ( ) Yes | ( X ) No |

VI. Claimant is able to:

| | | Not at all | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Bend | ( ) | ( ✓ ) | ( ) | ( ) |
| B.) | Squat | ( ) | ( ✓ ) | ( ) | ( ) |
| C.) | Crawl | ( ✓ ) | ( ) | ( ) | ( ) |
| D.) | Climb | ( ✓ ) | ( ) | ( ) | ( ) |
| E.) | Reach above shoulder level | ( ) | ( ✓ ) | ( ) | ( ) |

VII. Restriction of activities involving:

| | | None | Mild | Moderate | Total |
|---|---|---|---|---|---|
| A.) | Unprotected heights | ( X ) | ( ) | ( ) | ( ) |
| B.) | Being around moving machinery | ( ) | ( X ) | ( ) | ( ) |
| C.) | Exposure to marked changes in temperature & humidity | ( ) | ( X ) | ( ) | ( ) |
| D.) | Driving automotive equipment | ( X ) | ( ) | ( ) | ( ) |
| E.) | Exposure to dust, fumes & gases | ( ) | ( ) | ( X ) | ( ) |

**Remarks (on above, on other functional limitations):**

_may prolonged sit 30 min_

Date _8/29/0_ Signature of Physician _[signature]_

MA3313.GRA (3295)

*Scan Only*

Metropolitan Life Insurance Company

**MetLife®**

Met DisAbility
P. O. Box 14590
Lexington, KY 40511-4590

October 24, 2002                    **Second Request**

Gail Kernaghan                              Long Term Disability
363 Valley Mist Dr.                         Claim No: 699501171006
Clayton, DE 19938                           Group No: 35750
                                            S.S. No: 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

Dear Ms. Kernaghan:

This is in reference to your claim for Long Term Disability Benefits.

On August 29, 2002, a request for updated medical information was faxed to your
attending physician, Dr. Upadnyay. On that same date, a letter was sent to you advising
of this request, and requesting that you complete a Personal Profile form and a Medical
Authorization and return these forms to our office. On September 17, 2002, a second
request was faxed to Dr. Upadnyay's office for this information. To date this information
has not been received.

Under the IBM Long Term Disability Plan, you must provide MetLife with proof that you
continue to be under the appropriate care and treatment of a doctor on a continuous basis.
It is your responsibly to see that we are provided with this medical documentation from
your treating physicians.

**In order to continue your LTD claim, we must receive the following information
from you or your physician within 30 days of this letter or your benefits will be
suspended awaiting the verification of your continued disability:**

- **Copies of all office notes covering dates of treatment from April 2002 through
  present (obtained from your attending physician)**
- **Copies of all test results covering dates of treatment from April 2002 through
  present (obtained from your attending physician)**
- **Completed Personal Profile Evaluation (for your completion)**
- **Completed Medical Authorization (for your completion)**

If you have any questions concerning this, please do not hesitate to contact our office.

ML00477

Yours truly

Theresa Zammiello
Case Management Specialist
Met DisAbility
1-800-638-0064 x 2473
1-800-230-9531 fax
tzammiello@metlife.com

ML00478

**Metropolitan Life Insurance Company**

**MetLife®**

**Met DisAbility**
P. O. Box 14590
Lexington, KY 40511-4590

August 29, 2002

Gail Kernaghan                          Long Term Disability
363 Valley Mist Dr.                     Claim No: 699501171006
Clayton, DE 19938                       Group No: 35750
                                        S.S. No: 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

Dear Ms. Kernaghan:

We are writing in reference to your Long Term Disability claim

This is to advise you that we have requested updated medical information from your attending physician, Dr. Upadnyay.  This information is needed to evaluate you claim for continued Long Term Disability Benefits.

Please contact their offices within the next 14 days to be sure this information is submitted on behalf of your claim.

Also, please complete the enclosed Personal Profile and Authorization to Furnish Medical Information and return these forms to our office within the next 14 days.

If you have any questions, please contact our office.  Your cooperation is appreciated.

Yours truly

Theresa Zammiello
Case Management Specialist
Met DisAbility
1-800-638-0064 x 2473
800-230-9531 fax

ML00479

Metropolitan Life Insurance Company
MetLife Disability, PO Box 14590, Lexington KY 40511-4590
**Phone: 800-638-0064 X2473          Fax: 1-866-690-1264**

# MetLife

# FAX

| To: | Dr. Upadnyay | From: | Theresa Zammiello |
|-----|--------------|-------|-------------------|
| Fax: | 302-730-8846 | Pages: | 2 |
| Date: | 08/29/2002 | Claim #: | 699501171006 |
| | | SS#: | 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 |
| | | DOB: | 08/15/52 |

**Re:    Claim for Gail Kernaghan**

*THIS COVER SHEET SHOULD BE RETURNED WITH ANY CORRESPONDENCE PROVIDED TO MetLife. FAILURE TO PROVIDE THE CLAIM NUMBER, AND/OR SOCIAL SECURITY NUMBER AND DATE OF BIRTH WILL CAUSE A DELAY IN THE HANDLING OF THE INFORMATION PROVIDED TO MetLife.*

**Comments:** We are currently evaluating Ms. Kernaghan's claim for continuation of Long Term Disability benefits. Please assist us with the following information. An authorization is on file with your office.

1) Please complete the attached Physical Capacities Evaluation form

2) Please provide copies of all office notes and test results covering dates of treatment from April 2002 through present

Thank you for your assistance.
Theresa Zammiello
Case Management Specialist

   The information contained in the following pages is confidential and intended only for the individual named above. ANY OTHER USE, DISSEMINATION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND IS A TORTUOUS INTERFERENCE WITH OUR CONFIDENTIAL BUSINESS RELATIONSHIPS. If this document was erroneously sent to you, please notify us immediately at the number listed above and then destroy this document.

ML00480

*faxed 8/29/02*

## Physical Capacities Evaluation                ❄ MetLife

Name of Claimant  Gail Kernaghan          SSN  299 - 52 - 9291

**Important:** Please complete the following items based on your clinical evaluation of the claimant and other testing results. Any items that you do not believe you can answer should be marked n/a (not answerable).

**Note:** In terms of an 8 hour workday "occasionally" equals 0% to 33%; "frequently," 34% to 66%; "continuously," 67% to 100%.

**I.**  In an 8-hour workday, claimant can: (Circle full capacity for each activity)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A.) | Sit - | No | · | 1 | (2) | 3 | 4 | 5 | (6) | 7 | 8 | (hrs.) |
| B.) | Stand - | No | · | 1 | (2) | 3 | 4 | 5 | 6 | 7 | 8 | (hrs.) |
| C.) | Walk - | No | · | 1 | (2) | 3 | 4 | 5 | 6 | 7 | 8 | (hrs.) |

**II.**  Claimant can lift:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Up to 10 lbs. | ( _____ ) | ( _____ ) | ( ✓ ) | ( _____ ) |
| B.) | 11 - 20 lbs. | ( _____ ) | ( ✓ ) | ( _____ ) | ( _____ ) |
| C.) | 21 - 50 lbs. | ( ✓ ) | ( _____ ) | ( _____ ) | ( _____ ) |
| D.) | 51 - 100 lbs. | ( ✓ ) | ( _____ ) | ( _____ ) | ( _____ ) |
| E.) | 100 + lbs. | ( ✓ ) | ( _____ ) | ( _____ ) | ( _____ ) |

**III.**  Claimant can carry:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Up to 10 lbs. | ( _____ ) | ( ✓ ) | ( _____ ) | ( _____ ) |
| B.) | 11 - 20 lbs. | ( ✓ ) | ( _____ ) | ( _____ ) | ( _____ ) |
| C.) | 21 - 50 lbs. | ( ✓ ) | ( _____ ) | ( _____ ) | ( _____ ) |
| D.) | 51 - 100 lbs. | ( ✓ ) | ( _____ ) | ( _____ ) | ( _____ ) |
| E.) | 100 + lbs. | ( ✓ ) | ( _____ ) | ( _____ ) | ( _____ ) |

**IV.**  Claimant can use hands for repetitive action such as:

| | | Simple Grasping | | Pushing & Pulling | | Fine Manipulating | |
|---|---|---|---|---|---|---|---|
| A.) | Right | ( ✓ )Yes | ( ____ )No | ( ____ )Yes | ( ✓ )No | ( ✓ )Yes | ( ____ )No |
| B.) | Left | ( ✓ )Yes | ( ____ )No | ( ____ )Yes | ( ✓ )No | ( ✓ )Yes | ( ____ )No |

**V.**  Claimant can use feet for repetitive movements as in operating foot controls:

| Right | | Left | | Both | |
|---|---|---|---|---|---|
| ( ____ )Yes | ( X )No | ( ____ )Yes | ( X )No | ( ____ )Yes | ( X )No |

**VI.**  Claimant is able to:

| | | Not at all | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A.) | Bend | ( _____ ) | ( ✓ ) | ( _____ ) | ( _____ ) |
| B.) | Squat | ( _____ ) | ( ✓ ) | ( _____ ) | ( _____ ) |
| C.) | Crawl | ( ✓ ) | ( _____ ) | ( _____ ) | ( _____ ) |
| D.) | Climb | ( ✓ ) | ( _____ ) | ( _____ ) | ( _____ ) |
| E.) | Reach above shoulder level | ( _____ ) | ( ✓ ) | ( _____ ) | ( _____ ) |

**VII.**  Restriction of activities involving:

| | | None | Mild | Moderate | Total |
|---|---|---|---|---|---|
| A.) | Unprotected heights | ( X ) | ( _____ ) | ( _____ ) | ( _____ ) |
| B.) | Being around moving machinery | ( _____ ) | ( X ) | ( _____ ) | ( _____ ) |
| C.) | Exposure to marked changes in temperature & humidity | ( _____ ) | ( X ) | ( _____ ) | ( _____ ) |
| D.) | Driving automotive equipment | ( X ) | ( _____ ) | ( _____ ) | ( _____ ) |
| E.) | Exposure to dust, fumes & gases | ( _____ ) | ( _____ ) | ( X ) | ( _____ ) |

**Remarks** (on above, on other functional limitations):

_may prolonged sit 30 min_

Date  8/29/02   Signature of Physician  _[signature]_

MAS313.GRN(0299)

** TOTAL PAGE.02 **

MetLife Disability
P.O. Box 14590
Lexington, KY 40511
Fax: 1-866-690-1264

Medical / Vocational Index

Claim #: 69950117 1006

# UNIVAL

DATE: 3·29·02

TO: Thea Davis

FROM: Client Services

FAX: 866-690-1264

RE: **Claimant Confirmation Letter**

_____ Claimant Name: Gail Kernaghan

_____ SS Number: 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

_____ DOB: 8-15-52

_____ Employer Name: Gail Kernaghan

_____ Date of Service: 4-15-02

Number of Pages (including cover): 4

Comments:

ML00485

# UNIVAL

March 27, 2002

Ms. Gail Kernaghan
363 Valley Mist Drive
Clayton, DE  19938

RE:  Claim number 699501171006

Dear Ms. Kernaghan:

This letter is to advise you that a medical appointment has been made for you on 4/15/02 at 1:00 PM.  UNIVAL has arranged this appointment at the request of Met DisAbility Utica.  Your failure to attend this appointment may jeopardize your certification status as a part of your Disability Claim Benefits.  **You may not cancel or change this appointment without the express approval of Met DisAbility Utica and notifying UNIVAL at 800-332-4463.**  If an emergency situation arises which prevents you from attending this appointment you must contact your case manager at Met DisAbility Utica as soon as possible at 800-300-4296.

        Dr. James Bonner
        217 Kedron Ave
        Folsom, PA  19033
        610-532-2633

Please contact Dr. Bonner's office to confirm this appointment date and time.  At the time of confirmation please request direction to the office location if you are not familiar with the area.  When you arrive for your appointment do not provide any of your personal insurance information for billing.  Billing arrangements have already been made with the doctor's office.  This appointment is at no cost to you.  If there are questions at the time of check in please direct the doctor's office to call us at 1-800-332-4463.  Please provide picture identification upon arrival at the doctor's office.

Thank you in advance for your cooperation in this matter.  If you have questions or concerns please contact your case manager Met DisAbility Utica at 800-300-4296.

Sincerely yours,

UNIVAL Appointment Administration

cc:   Ms. Theresa Zammiello
      Met DisAbility Utica

© UNIVAL 2001

PHYSICAL THERAPY PHYSICIANS
JAMES F. BONNER, M. D.
WILLIAM C. MURPHY, D. O., LPT
PETER B. BANDERA, M. D.
217 KEDRON AVENUE
FOLSOM, PA  19033

TELEPHONE (610) 532-2633    FAX (610) 532-7856

May 2, 2002

Ellen Harbin, R.N.
Unival
2890 Carpenter Road
Suite 1400
P.O. Box 130770
Ann Arbor, MI  48113

RE:  Gail Kernaghan
CL# 699501171006

Dear Ms. Harbin:

Gail Kernaghan was seen by me on 4/15/02.  All Waddell's signs were negative.
I would recommend the continuation of medical follow-up, analgesic medication and
intermittent outpatient physical therapy.  My length of the examination I performed on
4/15/02 which consisted of the history, physical exam, review of records and generation
of report was a little over one hour.

I am a physician licensed in the State of Pennsylvania and I have conducted an
exam on Gail Kernaghan.  I hereby affirm that the contents of my report dated 4/15/02
and 5/2/02 as true.

If you should require any further information, please do not hesitate to contact
me.

Sincerely,

James F. Bonner, M.D.
Board Certified
Physical Medicine and Rehabilitation
License # MD039149L

TOTAL P.04

ML00487

# UNIVAL

March 27, 2002

James Bonner, MD
217 Kedron Ave
Folsom, PA 19033

RE: Ms. Gail Kernaghan
Claim NO: 699501171006
SSN: 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
Date of Birth: 8/15/52
Employer Name: IBM

*Please*
### REVIEW THIS LETTER PRIOR
### TO THE EVALUATION

Dear Dr. Bonner:

**This is an Independent Examination only. Please DO NOT treat, prescribe, or perform any procedures not requested in this instruction letter.**

Thank you for agreeing to evaluate Ms. Gail Kernaghan in your office on 4/15/02 at 1:00 PM for a Physical Medicine & Rehab medical examination. We request that you examine the patient with special attention to the condition of back pain and any other complaints the patient has, within your specialty. This individual is referred for evaluation only; no treatments or other services are to be provided.

**If you have seen this claimant before, either in consultation or as a patient, DO NOT proceed. Please call UNIVAL immediately at 1-800-332-4463.**

**This employee is a 49 year old female Advisory Programmer for IBM for 9 years with MBA in Computer Science. Her diagnosis is back pain, status post sledding accident. IPC report as well as home visit report of 6/29/00 have been reviewed. IPC opinion of the employee's current condition, her functionality, treatment and prognosis are agreed with.**

Following your examination of the claimant please provide a narrative report on your letterhead which addresses:

- Review of Medical Records (if provided)
- Medical History/Medication History
- Supporting Clinical Data for all opinions
- Conclusions

If medical records were provided, please mention them in your typed narrative report. The conclusion portion of your narrative must identify all supporting clinical data for your opinions. Please include in the header of your narrative report and on any forms provided for your completion the following information: (1) claimant's first and last name, (2) claimant's social security number, (3) claim number (see above), (4) claimant's date of birth, (5) Employer's name (see above), and (6) date of service.



Please address each of the following areas completely in your narrative.  Do not render any opinion related to return to work status or treatment recommendations.

1.  **What is your diagnosis?**
2.  **Identify all subjective complaints.**
3.  **Identify all objective findings.  Do the objective data correlate with the subjective complaints?  If not, why? Please support your disagreement with your clinical findings.**
4.  **What objective testing did you perform and observe during your examination of the claimant?  Please state all tests performed.  Please identify all testing results, which substantiate your diagnoses.**
5.  **Please identify all functional limitations.**
6.  **Please define this claimant's current level of functionality and abilities based on your review of all material provided, medical documentation, and physical examination according to DOT physical demands.**
7.  **Please list specific capabilities and limitations, based on physical exam findings and objective documentation.**
8.  **Please check for any Waddell's signs and document.**
9.  **Please make any recommendations for treatment, therapies, or tests.**
10.  **Length of the exam.**
11.  **Physician's name, specialty and license number.**
12.  **Statement of validation.**
13.  **Please complete enclosed forms, if any.**

## Please follow these instructions for faxing, mailing and billing

- Your completed typed narrative report on your letterhead is to be faxed to UNIVAL five (5) business days from the examination date.
- Your original signed narrative, the original forms, your invoice and your W-9 are to be mailed to UNIVAL within seven (7) business days from the examination.  Mail to UNIVAL, P.O. Box 130770, Ann Arbor, Michigan 48113-0770.

### Toll Free Fax Number  1-800-382-8611

### Toll Free Phone Number  1-800-332-4463

This appointment may not be changed or cancelled without the approval of UNIVAL.  If this claimant contacts your office to cancel or change this appointment please notify us immediately.

Thank you for your prompt attention in this evaluation.  If you should have any questions please call our Customer Service Desk at 800-332-4463.  Due to the confidentiality of this information please do not release or distribute your report to any party other than UNIVAL.

Sincerely yours,

UNIVAL Appointment Administration

© UNIVAL 2001

2890 Carpenter Road, Suite 1400 • P.O. Box 130770 • Ann Arbor, Michigan 48113-0770
1-800-332-4463    FAX 734-973-2734
Web Page: http://www.UNIVAL.MSS.com    E-Mail Service: CUNIVAL.MED

TOTAL P.04

ML00489

## LTD CYCLE CHECK SHEET

Claimant **Gail Kernaghan**    Claim No. **94097630**

THE FOLLOWING ENTRY/ENTRIES ARE INCORRECT:

**Agree** _____

_____

_____

_____

_____

**MAILING INSTRUCTIONS:**

Enclose check with _____ approval notice(s) to firm

Enclose check with _____ approval notice(s) to payee

Mail _____ approval notice(s) to firm

Mail **ed 1** approval notice(s) to payee

Mail _____ approval notice(s) to _____

Additional Instructions _____

[ ]    Void check

[ ]    Do not release approval notices

   [ ]    As requested by original approver

   [ ]    Incorrect entry (see above explanation)

[✓]    Return claim to **Sal**

Cycle date    ~~**ELAINE CANCELINO**~~

Checked by    ~~FEB 2 1 1997~~

Today's date _____

Mailing instructions followed as indicated

Handled by _____

Date _____

ML00504

| Claim Number | Group Number | Sub | Ser | Social Security Certificate No. | Claimant's Name | |
|---|---|---|---|---|---|---|
| 94097630 | 35750 | 001 | 037 | 299529291 | KERNAGHAN          GAIL | A |

PAGE 0

**MetLife®**

02/21/97

THE PROJECTION OF FUTURE BENEFITS ASSUMES THE CONTRACT IS RENEWED
EACH YEAR AND THAT DEDUCTIONS REMAIN THE SAME.

ML00505

| Claim Number | Trans | App. No. | Reason | Status | Next Pay Date | | | | | | PG 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 94097630 | 11 | 0443 | RA | 06 | 021997 | 02/21/97 | | | | | |

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | Cert. | | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | 00000 | 8060 | 001 | 299529291 | 142425 | | 01171995 | | |

| Last Name | First Name | M | Sex | Insured Legal Address Line 1 | | H Sal |
|---|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 10 EAST SARATOGA RD | | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | MILFORD | DE | 19963 | 10 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd |
|---|---|---|---|---|---|---|---|
| 08151952 | 11221994 | 2213 | 01051995 | | 121997 | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 11211994 | 0811 | 011995 | 082017 | 19 22 | 23 23 | APP | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 01071997 | | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| 100.00 | | 05102017 | X | | | | | 7226 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Z | | 01/01/96 | BC | | |

| CARVE OUTS SUPPLEMENTS | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01 | 011995 | 082017 | 0010000 | 099 | | | | | | | |

| MISC DED | 01 | 031995 | 082017 | 0045000 | 50 |
|---|---|---|---|---|---|

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

| Computer Use Only Enter All Accounting Adjustments on Reverse Side | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
| | | | | | | | | | 0000000 | 0 | |

```
LINE MANAGER
IBM CORPORATION              SYSTEMS COMMUNICATION         GAIL A KERNAGHAN
* * * * * * * * * * * * *                                 10 EAST SARATOGA RD
POUGHKEEPSIE              NY 12602              B333        MILFORD    DE 19963
```

| Claim Number | * I – Issue Check | O – Report Issue of a Check Via OCC |
|---|---|---|
| | | T – Refund Withholding |

## Manual Payments

**Manual Payment Reason – Circle One:**     I     O     T     *

| Pay From MMDDYY | Pay To MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Personal Refund Check

| Dt-of-Chk MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Return or Void Met–Check or Draft

| Dt-of -Chk MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

## Correction to Prior Adjustments

**REPORT TO: MASTER FILE_____     HISTORY FILE _____     PCAS _____     MASTER TAX FILE_____**

| D/C | Dt-of-Adj MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ML00507

(n50013 grn skl 02/89)

# Disability Turnaround

**MetLife**

ML00508

PG 1

| Claim Number | Trans | App. No. | Reason | Status | Next Pay Date | |
|---|---|---|---|---|---|---|
| 94097630 | 14 | 0442 | E | 04 | 021997 | 02/04/97 |

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | Cert. | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | 00000 | 8060 | 001 | 299529291 | 142425 | 01171995 | | |

| Last Name | First Name | M | Sex | Insured Legal Address Line 1 | H Sal |
|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 10 EAST SARATOGA RD | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | MILFORD | DE | 19963 | 10 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd |
|---|---|---|---|---|---|---|---|
| 08151952 | 11221994 | 2213 | 01051995 | | 121997 | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 11211994 | 0811 | 011995 | 082017 | 19 22 | 23 23 | JAP | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 05281996 | | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| 100.00 | | 05102017 | X | | | | | 7226 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Z | 01/01/96 | IC | | |

**CARVE OUTS + SUPPLEMENTS**

| No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 011995 | 082017 | 0010000 | 099 | | | | | | | |

| MISC DED | 01 | 031995 | 082017 | 0045000 | 50 |
|---|---|---|---|---|---|

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

Computer Use Only Enter All Accounting Adjustments on Reverse Side

| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0000000 | 0 | |

LINE MANAGER
IBM CORPORATION
*****************
POUGHKEEPSIE
NY 12602

SYSTEMS COMMUNICATION

B335

GAIL A KERNAGHAN
10 EAST SARATOGA RD
MILFORD     DE 19963

n50012.grn.skl  12/92

| Claim Number | | * I – Issue Check | | O – Report Issue of a Check Via OCC<br>T – Refund Withholding | | | | | | |

## Manual Payments

**Manual Payment Reason – Circle One:**     I          O          T          *

| Pay From<br>MMDDYY | Pay To<br>MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Personal Refund Check

| Dt-of-Chk<br>MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Return or Void Met–Check or Draft

| Dt-of -Chk<br>MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

## Correction to Prior Adjustments

**REPORT TO: MASTER FILE_____    HISTORY FILE _____    PCAS _____    MASTER TAX FILE_____**

| D/C | Dt-of-Adj<br>MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ML00509

B336

ML00510

| Claim Number | App. No. | Reason | Status | Next Pay Date | | PG 1 |
|---|---|---|---|---|---|---|
| 94097630 | 0443 | SF | 06 | 081995 | 08/16/95 | |

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | Cert. | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | 00000 | 8040 | 001 | 299529291 | 142425 | 01171995 | | |

| Last Name | First Name | M | Sex | Insured Legal Address Line 1 | H Sal |
|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 10 EAST SARATOGA RD | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | MILFORD | DE | 19963 | 10 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd |
|---|---|---|---|---|---|---|---|
| 08151952 | 11221994 | 2213 | 01051995 | | 121995 | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 11211994 | 0811 | 011995 | 082017 | 19 22 | 23 23 | IDY | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 12021994 | | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| 100.00 | | 08271995 | J | 08201995 | S | | | 7226 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Z | | 01/01/96 | IC | | |

| CARVE OUTS + SUPPLEMENTS | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01 | 011995 | 082017 | 0010000 | 099 | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| MISC DED | 01 | 031995 | 082017 | 0045000 | 50 |
|---|---|---|---|---|---|

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpay-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

Computer Use Only Enter All Accounting Adjustments on Reverse Side

| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0000000 | | |

LINE MANAGER
IBM CORPORATION
*************
POUGHKEEPSIE            NY 12602

SYSTEMS COMMUNICATION            B337

GAIL A KERNAGHAN
10 EAST SARATOGA RD
MILFORD            DE 19963

| Claim Number | * I – Issue Check | O – Report Issue of a Check Via OCC<br>T – Refund Withholding |
|---|---|---|

## Manual Payments

**Manual Payment Reason – Circle One:     I     O     T     ***

| Pay From<br>MMDDYY | Pay To<br>MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Personal Refund Check

| Dt-of-Chk<br>MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Return or Void Met–Check or Draft

| Dt-of -Chk<br>MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

## Correction to Prior Adjustments

**REPORT TO: MASTER FILE_____     HISTORY FILE _____     PCAS _____     MASTER TAX FILE_____**

| D/C | Dt-of-Adj<br>MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ML00511

**MetLife**

| Claim Number | Trans | App. No. | Reason | Status | Next Pay Date | | ML00512 | | PG 1 |
|---|---|---|---|---|---|---|---|---|---|
| 94097630 | 11 | 0465 | RA | 06 | 081995 | 07/25/95 | | | |

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | Cert. | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | .001 | 0370 | 00000 | 8040 | 001 | 299529291 | 142425 | 01171995 | | |

| Last Name | First Name | M | SEX | Insured Legal Address Line 1 | | H Sal |
|---|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 10 East Sarahsson Rd. / 21 EDGEWOOD DR. | | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | Milford / RHINEBECK | DE / NY | 1996.3 / 12572 | 36 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd |
|---|---|---|---|---|---|---|---|
| 08151952 | 11221994 | 2213 | 01051995 | | 121995 | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 11211994 | 0811 | 011995 | 082017 | 19 22 | 23 23 | IDY | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMC-Dt | Physician Name | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 12021994 | | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| 100.00 | | 08241995 | B | 08201995 | S | 061995 | 2 | 7226 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P | Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Z | | 01/01/96 | IC | | |

| CARVE OUTS — SUPPLEMENTS | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01 | 011995 | 082017 | 0010000 | 099 | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| MISC DED | 01 | 031995 | 082017 | 0045000 | 50 |
|---|---|---|---|---|---|

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mtho | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

Computer Use Only Enter All Accounting Adjustments on Reverse Side

| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0000000 | | |

LINE MANAGER
IBM CORPORATION            B339    SYSTEMS COMMUNICATION      @      GAIL A KERNAGHAN
* * * * * * * * * * *                                                21 EDGEWOOD DR.
POUGHKEEPSIE               NY 12602                                  RHINEBECK            NY 12572

| Claim Number | | | | | |
|---|---|---|---|---|---|
| | **\* I – Issue Check** | | **O – Report Issue of a Check Via OCC** **T – Refund Withholding** | | |

### Manual Payments

**Manual Payment Reason – Circle One:**     I     O     T     \*

| Pay From MMDDYY | Pay To MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### Personal Refund Check

| Dt-of-Chk MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Return or Void Met–Check or Draft

| Dt-of -Chk MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

### Correction to Prior Adjustments

**REPORT TO: MASTER FILE_____    HISTORY FILE _____    PCAS _____    MASTER TAX FILE_____**

| D/C | Dt-of-Adj MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

B340

ML00513

LTD CYCLE CHECK SHEET

Claimant _____    Claim No. _____

THE FOLLOWING ENTRY/ENTRIES ARE INCORRECT:

_____

_____

_____

_____

_____

MAILING INSTRUCTIONS:

Enclose check with _____ approval notice(s) to firm

Enclose check with _____ approval notice(s) to payee

Mail _____ approval notice(s) to firm

Mail _____ approval notice(s) to payee

Mail _____ approval notice(s) to _____

Additional Instructions _____

_____

- [ ] Void check
- [✓] Do not release approval notices
  - [ ] As requested by original approver
  - [ ] Incorrect entry (see above explanation)
- [✓] Return claim to    *Elaine      as requested*

Cycle date _____7/25/95_____         *and delete*

Checked by _____Sal_____              *system med. cu.*

Today's date _____7/25/95_____

Mailing instructions followed as indicated

Handled by _____

Date _____

ML00514

| Claim Number | Group Number | Sub | E | H | Social Security Certificate No. | Claimant's Name | |
|---|---|---|---|---|---|---|---|
| 94097630 | 35750 | 001 | 037 | | 299529291 | KERNAGHAN          GAIL | A |

**⚌ MetLife®**

PAGE 0

07/25/95

THE PROJECTION OF FUTURE BENEFITS ASSUMES THE CONTRACT IS RENEWED
EACH YEAR AND THAT DEDUCTIONS REMAIN THE SAME.

ML00515

| Claim Number | Trans | App. No. | Reason | Status | Next Pay Date | | | |
|---|---|---|---|---|---|---|---|---|
| 94097630 | 88 | 0465 | | 06 | 071995 | 07/24/95 | | PG 1 |

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | Cert. | | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | 00000 | 8040 | 001 | 299529291 | 142425 | | 01171995 | | |

| Last Name | First Name | M | Sex | Insured Legal Address Line 1 | H Sal |
|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 21 EDGEWOOD DR. | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | RHINEBECK | NY | 12572 | 36 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd |
|---|---|---|---|---|---|---|---|
| 08151952 | 11221994 | 2213 | 01051995 | | 121995 | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 11211994 | 0811 | 011995 | 082017 | 19 22 | 23 23 | IDO | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 12021994 | | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| 100.00 | | 08011995 | T | 08201995 | S | 061995 | 2 | 7226 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Z | | 01/01/96 | IC | | |

| | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARVE OUTS + SUPPLEMENTS | 01 | 011995 | 082017 | 0010000 | 099 | | | | | | | |

| MISC DED | 01 | 031995 | 082017 | 0045000 | 50 | |
|---|---|---|---|---|---|---|

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

**Computer Use Only Enter All Accounting Adjustments on Reverse Side**

| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0000000 | 0 | |

LINE MANAGER
IBM CORPORATION
***************
POUGHKEEPSIE          NY 12602

SYSTEMS COMMUNICATION

B343

GAIL A KERNAGHAN
21 EDGEWOOD DR.
RHINEBECK          NY 12572

| Claim Number | * I – Issue Check | O – Report Issue of a Check Via OCC |
|---|---|---|
| | | T – Refund Withholding |

### Manual Payments

**Manual Payment Reason – Circle One:**    I        O        T        *

| Pay From MMDDYY | Pay To MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### Personal Refund Check

| Dt-of-Chk MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Return or Void Met–Check or Draft

| Dt-of -Chk MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

### Correction to Prior Adjustments

**REPORT TO: MASTER FILE_____    HISTORY FILE _____    PCAS _____    MASTER TAX FILE_____**

| D/C | Dt-of-Adj MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ML00517

(n50013.pro.skl 02/89)

## LTD CYCLE CHECK SHEET

Claimant _____    Claim No. _____

THE FOLLOWING ENTRY/ENTRIES ARE INCORRECT:

_____

_____

_____

_____

_____

MAILING INSTRUCTIONS:

Enclose check with _____ approval notice(s) to firm

Enclose check with _____ approval notice(s) to payee

Mail _____ approval notice(s) to firm

Mail ___/___ approval notice(s) to payee    *with letter*

Mail _____ approval notice(s) to _____

Additional Instructions _____

_____

☐ Void check

☐ Do not release approval notices

    ☐ As requested by original approver

    ☐ Incorrect entry (see above explanation)

☑ Return claim to  *Elaine    as requested*

Cycle date _____ *7/24/95*

Checked by _____ *Sal*

Today's date _____ *7/24/95*

    Mailing instructions followed as indicated

    Handled by _____

    Date _____

| Claim Number | Group Number | Sub Div | Shift | Social Security Certificate No. | Claimant's Name | |
|---|---|---|---|---|---|---|
| 94097630 | 35750 | 001 | 037 | 299529291 | KERNAGHAN        GAIL | A |

PAGE 01

METROPOLITAN LIFE INSURANCE COMPANY          **MetLife®**
DISABILITY MANAGEMENT SERVICES
P.O. BOX 3017,  UTICA, NY  13504

                                    07/24/95

          GAIL A KERNAGHAN
          21 EDGEWOOD DR.
          RHINEBECK        NY  12572


RE:  GROUP  DISABILITY  CLAIM  -   ADJUSTED BENEFIT NOTICE

THE AMOUNT OF YOUR BASIC MONTHLY BENEFIT IS  $2,983.48


THIS AMOUNT WILL BE REDUCED DURING THE PERIODS SHOWN BELOW BY INCOME WHICH YOU
ARE RECEIVING OR ARE ELIGIBLE TO RECEIVE FROM THE FOLLOWING SOURCES:

| SOURCE | AMOUNT PER MONTH | FROM | THROUGH |
|---|---|---|---|
| | N/A | | |

THE FOLLOWING DEDUCTIONS AFFECT YOUR GROSS BENEFIT :

| DEDUCTION | AMOUNT PER MONTH | FROM | THROUGH |
|---|---|---|---|
| FEDERAL TAX | $450.00 | 03-1995 | 08-2017 |

PROVIDING REDUCTIONS REMAIN AS LISTED ABOVE, AND YOU REMAIN TOTALLY DISABLED
AS DEFINED IN YOUR GROUP PLAN, YOUR BENEFIT SCHEDULE WILL BE AS FOLLOWS :

| | FROM | THROUGH | DAYS | GROSS AMOUNT | CODE | EXPLANATION |
|---|---|---|---|---|---|---|
| # | 01-1995 | 01-1995 | 19 | $2,576.64 | | # THIS IS A PARTIAL MONTH PAYMENT. |
| | 02-1995 | 08-2017 | | $2,983.48 | | |


LINE MANAGER
IBM CORPORATION          SYSTEMS COMMUNICATION          AMOUNT PAYABLE
                                                        TO DATE
                                                        ------------
                                                        |**********|
                                                        ------------

                         B346              ML00519

| Claim Number | Group Number | Sub | Sh | Social Security Certificate No. | Claimant's Name | |
|---|---|---|---|---|---|---|
| 94097630 | 35750 | 001 | 037 | 299529291 | KERNAGHAN | GAIL | A |



07/24/95

THE PROJECTION OF FUTURE BENEFITS ASSUMES THE CONTRACT IS RENEWED
EACH YEAR AND THAT DEDUCTIONS REMAIN THE SAME.

ML00520

| Claim Number | Group Number | Sub | Loc | Social Security/Certificate No. | Claimant's Name | | |
|---|---|---|---|---|---|---|---|
| 94097630 | 35750 | 001 | 037 | 299529291 | KERNAGHAN | GAIL | A |

PAGE 01

☸ **MetLife**®

07/24/95

GAIL A KERNAGHAN
21 EDGEWOOD DR.
RHINEBECK        NY   12572


RE: GROUP LIFE DISABILITY CLAIM

THIS IS TO ADVISE YOU OF AN ADJUSTMENT TO YOUR GROUP LIFE DISABILITY CLAIM.

SINCE PRIMARY SOCIAL SECURITY        BENEFITS HAVE BEEN DENIED,
WE HAVE REMOVED THIS REDUCTION.

AN ADJUSTED BENEFIT SCHEDULE IS ATTACHED FOR YOUR RECORDS.


GROUP LIFE CLAIMS
DISABILITY MANAGEMENT SERVICES


ML00521

ML00522

PG 1

| Claim Number | Trans | App. No. | Reason | Status | Next Pay Date | |
|---|---|---|---|---|---|---|
| 94097630 | 88 | 0457 | 06 | 031995 | 03/06/95 | |

| Group | Sub | Branch | Cisco | Covg. | Corr. No. | Soc. Sec. | Cert. | | Dt-Report | Leg-Set | Layoff |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35750 | 001 | 0370 | 00000 | 8040 | 001 | 299529291 | 142425 | | 01171995 | | |

| Last Name | First Name | M | Sex | Insured Legal Address Line 1 | H Sal |
|---|---|---|---|---|---|
| KERNAGHAN | GAIL | A | F | 21 EDGEWOOD DR. | |

| Insured Legal Address Line 2 | City | St | Zip Code | St-Cd | St-Wk |
|---|---|---|---|---|---|
| | RHINEBECK | NY | 12572 | 36 | 36 |

| Birth-Dt | Disab-Dt | Disb-Cd | Orig-Disb-Dt | 2nd Disb-Cd | Lim-Liab-Dt | Ded-FICA | Occup-Cd |
|---|---|---|---|---|---|---|---|
| 08151952 | 11221994 | 2213 | 01051995 | | 121995 | | |

| Dt-First-Work | Dt-Last-Work | Service | Dt-First-Pay | Dt-Last-Pay | PR-First | PR-Last | SS Typ | Pen-Typ | Wage Typ |
|---|---|---|---|---|---|---|---|---|---|
| 07011985 | 11211994 | 0811 | 011995 | 082017 | 19 22 | 23 23 | IDO UE | 0 | M |

| Wage | Base Ben | 2nd Base Ben | Eff-Dt | 3rd Base Ben | Eff-Dt | Excess-Amt | Local-Cd | Local-Pct |
|---|---|---|---|---|---|---|---|---|
| 00447500 | 00298348 | | | | | | | 0.000 |

| Dt-Last-Med | Prog-Dt | IME/IMO-Dt | Physician Name | Max-Mo-Ben* | Dist* | Curr* | Calc* | *PLM Override fields |
|---|---|---|---|---|---|---|---|---|
| 12021994 | | | | 0800000 | 4 | U | H | |

| Contrb-Rt* | PCAS* | Ap1-Cu-Dt | Code | Ap2-Cu-Dt | Code | Med-Cu-Dt | Code | ICD9 Codes |
|---|---|---|---|---|---|---|---|---|
| 100.00 | | 04151995 | 2 | 08011995 | T | 061995 | 2 | 7226 |

| Fut-Sus-Dt | Reas | Term/Disallow-Dt | Term-No. | Reason | T&P Invite | Rehab | Mgmt | TRANS DATE | TRANS CD | UNIT | PLAN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Z | 01/01/96 | IC | | |

| C A R V E  O U T S | S U P P L E M E N T S | No | First-Dt | Last-Dt | Amount | Code | Act | No | First-Dt | Last-Dt | Amount | Code | Act |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 01 | 011995 | 082017 | 0010000 | 099 | | 02 | 091995 | 082017 | 0118700 | 022 | D |

| MISC DED | 01 | 031995 | 082017 | 0045000 | 50 |
|---|---|---|---|---|---|

| S/A Ovpy | Pr-Claim-Ovpy | Cause | Mthd | Recov-Comm-Dt MM YY YY | Mode D/P | Recov-Amt | S/A-Ovpay Bal. | Pr-Ovpy-Balance | Ovpay Balance | Gross Ovpy-Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 0000000 | 0000000 | | | | | | 0000000 | 0000000 | | |

| Current Year Overpayment | Ovr-Sys | Gross Amt | Federal | State | Local | FICA | Net Amt |
|---|---|---|---|---|---|---|---|
| | | 0000000 | | | | | |

| Prior Years Overpayment | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount | Yr | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 | 00 | 0000000 |

**Computer Use Only Enter All Accounting Adjustments on Reverse Side**

| Type | Man Cd | Pay From | Pay To | Check Amt | Tot Tax | FICA | Tot-Oth-Ded | Check No. | Tot Adj Amt | Cd | See Reverse Side |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 0000000 | 0 | |

LINE MANAGER
IBM CORPORATION                  SYSTEMS COMMUNICATION
*************                                                      GAIL A KERNAGHAN
POUGHKEEPSIE              NY 12602              B349         21 EDGEWOOD DR.
                                                                                        RHINEBECK -   - NY 12572

n50012.grm.ukl 12292

| Claim Number | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **\* I – Issue Check** | | | **O – Report Issue of a Check Via OCC** <br> **T – Refund Withholding** | | | | | | |

### Manual Payments

**Manual Payment Reason – Circle One:    I        O        T        \***

| Pay From MMDDYY | Pay To MMDDYY | Chk-Amt | Ovpy Rec Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### Personal Refund Check

| Dt-of-Chk MMDDYY | Chk-Amt | Fed | State | Local | FICA | Other | Gross Amt |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Return or Void Met–Check or Draft

| Dt-of -Chk MMDDYY | Chk-Amt | Check-No. | Orig/Dup | Block No. | |
|---|---|---|---|---|---|
| | | | | | |

### Correction to Prior Adjustments

**REPORT TO: MASTER FILE_____   HISTORY FILE _____   PCAS _____   MASTER TAX FILE_____**

| D/C | Dt-of-Adj MMDDYY | Gross Amt | Fed | State | Local | FICA | Other | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ML00523

## TELEPHONE MEMORANDUM

☐ Return File to: _____    ☐ Drop In    ☐ Rush

Call Received from: _____    Phone #: (   )

Call Made to: _Kevin Dorney_ _____ title _mgr.__    Phone #: ( _914_ ) _385-8220_
                title              _432-8338_

Firm and Group Number: _____

Employee: _____

Claim Number: _____    Social Security Number: _____

☐ Please Return Call   ☐ Returned Your Call

**MESSAGE**

_Address ?_

Call Received/Made by: _____    Date: _____ / _____ / _____    Time: _____

**REPLY**

IBM Corp.
84T-700
Neighborhood Rd
Kingston, NY
  12401

ML00524

Call Returned by: _Kevin_ _____    Date: _1/18/95_    Time: _3:15_

| Category | Check-Off/Comments |
|---|---|
| 1. Group | |
| 2. Sub | |
| 3. Branch | |
| 4. S.S. Number | |
| 5. Name | |
| 6. Address | |
| 7. Birth Date | |
| 8. Disability Date | |
| 9. Disability Code | |
| 10. Limited Liability Date | |
| 11. Date-First Pay | |
| 12. Date Last Pay | |
| 13. Prorata First | |
| 14. Prorata Last | |
| 15. Social Security Type | |
| 16. Base Benefit | |
| 17. Excess | |
| 18. Date Last Medical/Medical Call-Up | |
| 19. Approver Call-Up Dates | |
| 20. Social Security Estimates | |
| 21. Workers' Compensation Award | |
| 22. State Disability Benefits | |
| 23. Pension | |
| 24. Rehabilitation Code | |
| 25. Rehab. Referral (w/clause) | |
| 26. Social Security Development | |
| 27. Carveouts (Dates and Amounts) | |
| 28. Psychiatric Limitation | |
| 29. Deductions (Dates and Amounts) | |
| 30. Medical Evaluation | |
| 31. Job Description in File | |
| 32. E.T.E in File | |
| 33. Deductions | |
| 34. Other | |

ML00525

Reviewer: _____

Date: _____

B352

## TELEPHONE MEMORANDUM

☐ Return File to: _____     ☐ Drop In     ☐ Rush

Call Received from: _Gail Kernaghan_____     Phone #: (    )
title

Call Made to: _____     Phone #: (    )
title

Firm and Group Number: _____

Employee: _____

Claim Number: _____     Social Security Number: _____

☐ Please Return Call          ☐ Returned Your Call

**MESSAGE**

She is sending in the
R.A, S.S. Auth, EFT.

Call Received/Made by: _____     Date: _____ / ___ / ___     Time: _____

**REPLY**

DOREEN HEINRICH

JAN 17 1995

GROUP LIFE CLAIMS
DISABILITY CLAIMS

ML00526

Call Returned by: _____     Date: _____ / ___ / ___     Time: _____

mm3181.GRN 2/89                    B353

Claimant _____     Group No. _____

Date of Birth _____ 8-15-52
Last Day Work _____ 11-21-94
S & A Expires _____ 1-4-95

LTD Begins _____ 1-5-95          First Pro Rata _____ 19/22
LTD Ends _____ 8-2017            Last Pro Rata _____ 23/23

Wage _____     Job Description ADVISORY PROGRAMMER
Monthly Salary 4475.00        x 66.67% = 2983.48          BB

DX:                                    Limits:
Pain Resulting from
L3 Burst Fracture

DLV:

12-2-94

SEE Referral to Prem

Carveouts:

A. _____ ÷ _____ = _____ x _____ = _____
   Weekly Am't     # of Days      Daily Rate      # of Days      Reduction

B. _____ x 4.33 = _____
   Weekly Am't          Reduction

C. _____ x _____ = _____
   Daily Rate      # of Days      Reduction

ML00527

B354

SS Estimate:

Effective Date: 3/95          Amount 1187

 **Amy E Kornberger**
07/13/2005 02:17 PM

To: Shelley M Geary/Bsg/MetLife/US@MetLife
cc:
Subject: IPC Report

Amy Kornberger
MetLife Disability
315-792-2362
akornberger@metlife.com

----- Forwarded by Amy E Kornberger/Bsg/MetLife/US on 07/13/2005 02:17 PM -----

 **"Leonard Kessler"**
**<lejkessler@juno.com**
**>**
07/13/2005 01:36 PM

To: metdappeals@metlife.com
cc:
Subject: IPC Report

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Amy,

This is my report RE: Patrice Goodlet, claim of Shelley Geary.

Len Kessler

**PHYSICIAN CONSULTANT REVIEW**

ML00528

**QUESTIONS POSED AND ANSWERS:**

1)The medical documentation is insufficient to support the presence of a psychiatric disorder from 5/1/05 to the present. The claimant appears to have a circumstantial problem secondary to the recent birth of her child, with ongoing legal problems, and a need to work differing shifts.

2)Lacking is a comprehensive psychiatric history, objective mental status findings, a valid DSM IV diagnosis, treatment plan, evidence of adherence to appropriate care, and resultant functional limitations from 5/1/05.

**SUMMARY OF ACTIVITY:**

This review is based upon assessment of the submitted medical documentation.

**ADDITIONAL COMMENTS/RECOMMENDATIONS:**

None.

**L. Kessler, MD**

**Leonard Kessler, MD**

**Board Certified in Psychiatry**

**Independent Physician Consultant Review for MetLife Disability**

ML00529