IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                    :
                                                   :
                Plaintiff,                         :    C.A. No. 05-402 (GMS)
                                                   :
         v.                                        :
                                                   :
METROPOLITAN LIFE INSURANCE                        :
COMPANY, as fiduciary and administrator of The    :
IBM Long-Term Disability Plan,                     :
                                                   :
                Defendant.                         :
                                                   :

## VOLUME VIII OF X

### APPENDIX TO
### DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWERING
### BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**MCCARTER & ENGLISH LLP**

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware  19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date:   April 13, 2006

## TABLE OF CONTENTS

**TITLE**                                                                    **PAGE**

Excerpts of the Administrative Record ............................................................B357-B407

i

ME1\5600684.1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 13, 2006, I caused a copy of the foregoing Appendix to Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)

PENDING CIM.

PAM

## DISABILITY MANAGEMENT REFERRAL
Group LTD File Review Request

To: Rehabilitation Unit                     Date: 1-9-95

From: DOREEN HEINRICH          Claim No.: 94097630

Claimant: GAIL KERNAGHAN       Telephone No.: (    )

Account Name: IBM

Contact: _____       Telephone No.: (    )

Initial Referral [ ✓ ]          Supplemental Referral [ ]

Standard rehabilitation provision?     Yes [ ✓ ]     No [ ]

   If no, explain _____

Is this individual still employed?     Yes [ ]     No [ ]

**Please review the attached claim for:**

   [ ] Coordinate Return to Work        [ ] Vocational Rehabilitation/Placement
   [ ] Medical Status                   [ ] Vocational Review
   [ ✓ ] Medical Case Management        [ ] Hypothetical Assessment
   [ ] Other: _____

**Specialist's Comments:** _____
Please Review medical and advise
if the limitations given by
A/P would preclude her from working
own occ.

Referral Approved By: Doreen Heinrich          Date: 1-9-95

**Rehab Recommendations:** Possibly to have surgery -
Continues to have facet block injection (x2)
Continual pain. Feel we need to med manag-
next med 6 mos- refer twice follow.
Am Friday en BH

Reviewer's Signature: Doreen Heinrich          Date: 1/6/95

ML00530

Claim 94097630

## REFERRAL

Today's Date 1/16/95
Referral Date 1/9/95
Referral Source Claim
Date Hired 7/1/85

Group Name IBM
Group No. 35750
Group Contact XXXXX ?
Phone No. (   )   ?

## EMPLOYEE

Last Kernaghan    First Gail    S.S. No 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
Address 21 Edgewood Drive
City Rhinebeck    State NY    Home Phone 914 876-2095
Zip 12572
SSN 014194    IW 6/3/94
Fd. 1842    Occupation Advisory Programmer
DOB 8/15/52    Sex F    Marital M

## VENDOR

Name _____    Date Assigned _____/__
Address _____    Fax No. (   ) _____
City _____    Phone No. (   ) _____
ZipCode _____ State ____    Contact _____

## ADMITTING/DIAGNOSIS

ICD9 7226
Rehab Coordinator (initials) PDL

ML00531

## PROVIDER

Physician
Last ___Carl___          First ___Alles___
Address _____
City _____ State _____ ZipCode _____
Phone ( ) _____ Fax No. ( ) _____

Hospital _____
Address _____
City _____ State _____ — ZipCode _____
Phone ( ) _____

## BENEFITS
(not used)

## Case Disposition

FIP Accept Date _____
FIP Refuse Date (not used)

## Closure

Closure Date ____/____/____
Closure Reason [  ]
Closure Codes [  ]  [  ]  [  ]  [  ]

ML00532

Claim No. _____

## REHAB COORDINATOR

Transition: 7226
Annual Salary: $ 53700
Base Benefit: $ 2983.

Rehab Status: _____
Reserve: $ _____
Reserve Date: _____

Diagnosis: Fx (L)3 burst fx.
Poss surgery

Medical Data: diabetic — facet block
Dr v 12/2/94 @
Class 4 phys @ Class 4 M.D.    Dr. Ow.
Able to do clerical admin 4 x day

IME: _____

Labs: _____

Diagnostics: X Ray, spine,
shoulder, hips, bone scan

Treatment Plan: Poss. surgery
(class)

S.S Awarded: DEY
Job Title: Advisory Programmer
Physical Demands:

Mental/Nervous: NO
No. of Years in Present Job: 5 yr
(S) L, M, H, VH)

Work History: Programmer, Service Planner,
Program Service Mgr.
Educational History: MBA Comp Science

ML00533

Rehab Plan: _____

_____

_____

Follow-up Date: _____

Rehab Progress Notes: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ML00534

2. Does patient's medical condition involve any limitations on exposure to the following:

| | No Limitation | Some Limitation | Avoid Completely | Cannot Determine |
|---|---|---|---|---|
| Dust/Gases/Fumes | | | | |
| Chemicals/Solvents | | | | |
| Temperature Extremes | | | | |
| Noise Levels | | | | |
| Allergenic Agents | | | | |
| Stairs/Ladders | | | | |
| Scaffolds/Heights | | ✓ | | |
| Enclosed Spaces | | | | |
| Dirty/Damp Areas | ✓ | | | |

Explanation:

3. Because of the patient's medical conditions, are there any limitations on any of the following activities: please check appropriate box and explain any limitation be

| | No Limitation | Some Limitation | Avoid Completely | Cann Dete |
|---|---|---|---|---|
| Transportation  ~Some / walk a lint~ | | | | |
| Standing | | ✓ | | |
| Sitting | | ✓ | | |
| Change of Position (sitting/standing) | | ✓ | | |
| Assuming Cramped/Unusual Positions | | ✓ | | |
| Reaching (forward/overhead) | | ✓ | | |
| Pushing/Pulling/Twisting (arm/leg controls) | | ✓ | | |
| Grasping/Handling | ✓ | | | |
| Finger Dexterity | ✓ | | | |
| Repetitive Movement (hands/feet) | ✓ | | | |
| Climbing (stairs/ladders/scaffolds) | | ✓ | | |
| Balancing (exposure to falling) | | ✓ | | |
| Bending/Stooping/Squatting | | | | |
| Operating Truck/Dolly/Small Vehicle | ✓ | | | |
| Operating Heavy Equipment | ✓ | | | |
| Operating Electrical Equipment | ✓ | | | |
| Concentrated Visual Attention | ✓ | | | |
| Other | | | | |

## Carrying & Lifting Requirements

| Intensity In Pounds: | Frequency: Percentage of Workday | | | |
|---|---|---|---|---|
| | Never | Less Than 20% | 20%-60% | Greater Than 60% |
| 0-15 | | | ✓ | |
| 16-30 | | ✓ | | |
| 31-45 | ✓ | | | |
| >45 | ✓ | | | |

ML00535

# TELEPHONE MEMORANDUM

☐ Return File to: _____    ☐ Drop In    ☐ Rush

Call Received from: _____    Phone #: ( )

Call Made to: _Gail Kernaghan_    Phone #: _914 876-2095_

Firm and Group Number: _____

Employee: _____

Claim Number: _____    Social Security Number: _____

☐ Please Return Call        ☐ Returned Your Call

**MESSAGE**

Called – 12-15-94 – Advised her we
Didn't rec. Medical yet.

Call Received/Made by: _____    Date: ___ / ___ / ___    Time: _____

**REPLY**

She called the Doctors office
& they are waiting for his
signature ~~per~~ Before they send it.
You should have it by Wednesday.

ML00536

B363

Call Returned by: _____    Date: ___ / ___ / ___    Time: _____

DEC  9 '94 10:35   FROM  97 752 8887                     PAGE.001

# IBM INTERNAL USE ONLY

## Ceris / PA Controls Department

## Endicott, New York

◆ **CLASSIFICATION**

  • **IBM Confidential** _____    **IBM Internal Use Only** _____

◆ **NUMBER OF PAGES**    10    **Plus 1 cover page**

◆ **SEND TO:**

  • **Name:** Doreen    **Location:** Met Life

  • **Dept:** _____    **Phone #** 1-800-638-0064

  • **Fax #** 1-315-792-2514

◆ **FROM:**

  • **Name:** Cami Rozelle    **Location:** IBM Endicott

  • **Dept:** Payroll    **Phone #** 1-607-755-4964

  • **Fax #** 1-607-755-4152

ML00537

◆ **SPECIAL INSTRUCTIONS**    B364

SICKDAYS              EMPLOYEE SICK DAY CALCULATION           Page 01 of 10
                          IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                    Total S&A time:    1858:05

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 11/27/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 12/04/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 12/11/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 12/18/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 12/25/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 01/01/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

S&A benefits expire on Thursday for weekending 12/30/94 with 2082:05 hours

12/29/94

LDW - 11/21/94   Monday

S+A Expires - 1/4/95

fax 8-495-6204

KgnVMC
(DORNEYK)

B365

ML00538

SICKDAYS **EMPLOYEE SICK DAY CALCULATION** Page 02 of 10
IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan  Total S&A time: 1858:05

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 01/08/93 | 0:00 | 0:00 | 8:00 | 8:00 | 8:00 | 24:00 | 24:00 |
| 01/15/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 01/22/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 64:00 |
| 01/29/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 104:00 |
| 02/05/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 144:00 |
| 02/12/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 184:00 |
| 02/19/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 224:00 |
| 02/26/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 264:00 |
| 03/05/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 304:00 |
| 03/12/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 344:00 |
| 03/19/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 384:00 |

S&A benefits expire on Thursday for weekending 12/30/94 with 2082:05 hours

ML00539

SICKDAYS                    EMPLOYEE SICK DAY CALCULATION              Page 03 of 10
                                IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                          Total S&A time:    1858:05

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 03/26/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 424:00 |
| 04/02/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 464:00 |
| 04/09/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 504:00 |
| 04/16/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 544:00 |
| 04/23/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 584:00 |
| 04/30/93 | 3:30 | 3:30 | 3:30 | 8:00 | 3:30 | 22:00 | 606:00 |
| 05/07/93 | 4:00 | 3:00 | 4:00 | 3:30 | 3:15 | 17:45 | 623:45 |
| 05/14/93 | 4:00 | 4:00 | 4:00 | 4:00 | 4:00 | 20:00 | 643:45 |
| 05/21/93 | 4:00 | 4:00 | 4:00 | 4:00 | 4:00 | 20:00 | 663:45 |
| 05/28/93 | 4:00 | 4:00 | 4:00 | 4:00 | 4:00 | 20:00 | 683:45 |
| 06/04/93 | 0:00 | 3:00 | 3:00 | 3:30 | 4:00 | 13:30 | 697:15 |

S&A benefits expire on Thursday for weekending 12/30/94 with 2082:05 hours

ML00540

SICKDAYS                 EMPLOYEE SICK DAY CALCULATION          Page 04 of 10
                             IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                          Total S&A time:    1858:05

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|-------------|--------|---------|-----------|----------|--------|--------------|---------------|
| 06/11/93    | 4:00   | 4:00    | 4:00      | 4:00     | 4:00   | 20:00        | 717:15        |
| 06/18/93    | 4:00   | 4:00    | 4:00      | 4:00     | 4:00   | 20:00        | 737:15        |
| 06/25/93    | 3:00   | 3:30    | 3:30      | 4:00     | 4:00   | 18:00        | 755:15        |
| 07/02/93    | 3:30   | 3:30    | 8:00      | 4:00     | 2:00   | 21:00        | 776:15        |
| 07/09/93    | 0:00   | 0:00    | 0:00      | 0:00     | 0:00   | 0:00         | 776:15        |
| 07/16/93    | 3:30   | 3:30    | 2:30      | 4:00     | 4:00   | 17:30        | 793:45        |
| 07/23/93    | 3:00   | 4:00    | 2:00      | 4:00     | 4:00   | 17:00        | 810:45        |
| 07/30/93    | 3:30   | 4:00    | 3:00      | 0:00     | 0:00   | 10:30        | 821:15        |
| 08/06/93    | 3:00   | 3:00    | 2:00      | 2:30     | 2:30   | 13:00        | 834:15        |
| 08/13/93    | 3:30   | 4:00    | 2:00      | 3:30     | 3:0?   | 16:00        | 850:15        |
| 08/20/93    | 0:00   | 0:00    | 0:00      | 0:00     | 0:00   | 0:00         | 850:15        |

S&A benefits expire on Thursday for weekending 12/30/94 with 2082:05 hours

ML00541

SICKDAYS           EMPLOYEE SICK DAY CALCULATION              Page 05 of 10
                        IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                    Total S&A time:    1858:05

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 08/27/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 850:15 |
| 09/03/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 850:15 |
| 09/10/93 | 0:00 | 0:00 | 0:00 | 1:00 | 0:30 | 1:30 | 851:45 |
| 09/17/93 | 0:00 | 1:00 | 0:00 | 8:00 | 0:00 | 9:00 | 860:45 |
| 09/24/93 | 0:00 | 0:00 | 0:45 | 1:00 | 1:30 | 3:15 | 864:00 |
| 10/01/93 | 0:00 | 0:00 | 8:00 | 0:30 | 1:30 | 10:00 | 874:00 |
| 10/08/93 | 0:00 | 3:00 | 1:30 | 3:30 | 0:00 | 8:00 | 882:00 |
| 10/15/93 | 0:00 | 3:00 | 1:30 | 3:30 | 1:15 | 9:15 | 891:15 |
| 10/22/93 | 1:00 | 3:00 | 0:00 | 3:00 | 1:30 | 8:30 | 899:45 |
| 10/29/93 | 0:00 | 3:00 | 0:00 | 3:00 | 0:00 | 6:00 | 905:45 |
| 11/05/93 | 1:00 | 3:30 | 1:30 | 0:45 | 8:00 | 14:45 | 920:30 |

S&A benefits expire on Thursday for weekending 12/30/94 with 2082:05 hours

SICKDAYS                    EMPLOYEE SICK DAY CALCULATION              Page 06 of 10
                               IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                              Total S&A time:   1858:05

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 11/12/93 | 3:00 | 0:45 | 8:00 | 0:00 | 0:00 | 11:45 | 932:15 |
| 11/19/93 | 1:30 | 3:00 | 1:00 | 0:30 | 1:00 | 7:00 | 939:15 |
| 11/26/93 | 1:30 | 4:00 | 1:30 | 0:00 | 0:00 | 7:00 | 946:15 |
| 12/03/93 | 1:30 | 3:00 | 2:00 | 0:00 | 4:00 | 10:30 | 956:45 |
| 12/10/93 | 1:00 | 3:00 | 1:00 | 3:00 | 1:30 | 9:30 | 966:15 |
| 12/17/93 | 2:30 | 8:00 | 8:00 | 3:00 | 1:30 | 23:00 | 989:15 |
| 12/24/93 | 3:30 | 0:00 | 0:00 | 8:00 | 0:00 | 11:30 | 1000:45 |
| 12/31/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 1000:45 |
| 01/07/94 | 8:00 | 4:00 | 1:00 | 1:30 | 2:00 | 16:30 | 1017:15 |
| 01/14/94 | 2:00 | 1:45 | 1:00 | 2:00 | 1:30 | 8:15 | 1025:30 |
| 01/21/94 | 3:30 | 2:15 | 1:30 | 1:00 | 0:15 | 8:30 | 1034:00 |

S&A benefits expire on Thursday for weekending 12/30/94 with 2082:05 hours

SICKDAYS                EMPLOYEE SICK DAY CALCULATION              · Page 07 of 10
                            IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                          Total S&A time:    1858:05

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 01/28/94 | 1:30 | 1:00 | 1:30 | 1:15 | 1:00 | 6:15 | 1040:15 |
| 02/04/94 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 1040:15 |
| 02/11/94 | 1:30 | 1:00 | 2:00 | 2:30 | 3:00 | 10:00 | 1050:15 |
| 02/18/94 | 3:00 | 2:00 | 1:30 | 0:00 | 0:00 | 6:30 | 1056:45 |
| 02/25/94 | 2:30 | 2:00 | 5:00 | 8:00 | 4:30 | 22:00 | 1078:45 |
| 03/04/94 | 3:00 | 8:00 | 3:00 | 8:00 | 4:00 | 26:00 | 1104:45 |
| 03/11/94 | 3:30 | 3:00 | 2:00 | 1:30 | 3:30 | 13:30 | 1118:15 |
| 03/18/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1158:15 |
| 03/25/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1198:15 |
| 04/01/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1238:15 |
| 04/08/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1278:15 |

S&A benefits expire on Thursday for weekending 12/30/94 with 2082:05 hours

SICKDAYS           EMPLOYEE SICK DAY CALCULATION           Page 08 of 10
                      IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan
                                              Total S&A time:    1858:05

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 04/15/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1318:15 |
| 04/22/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1358:15 |
| 04/29/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1398:15 |
| 05/06/94 | 3:50 | 4:00 | 3:45 | 3:45 | 4:00 | 19:20 | 1417:35 |
| 05/13/94 | 3:00 | 4:00 | 4:00 | 4:00 | 4:00 | 19:00 | 1436:35 |
| 05/20/94 | 4:15 | 4:00 | 4:00 | 4:30 | 4:15 | 21:00 | 1457:35 |
| 05/27/94 | 3:00 | 3:00 | 8:00 | 4:00 | 4:00 | 22:00 | 1479:35 |
| 06/03/94 | 0:00 | 4:15 | 3:15 | 4:15 | 4:15 | 16:00 | 1495:35 |
| 06/10/94 | 3:15 | 3:30 | 3:30 | 3:45 | 4:15 | 18:15 | 1513:50 |
| 06/17/94 | 3:00 | 2:45 | 5:00 | 2:35 | 2:15 | 15:35 | 1529:25 |
| 06/24/94 | 2:00 | 2:30 | 2:00 | 2:30 | 2:15 | 11:15 | 1540:40 |

S&A benefits expire on Thursday for weekending 12/30/94 with 2082:05 hours

ML00545

SICKDAYS              EMPLOYEE SICK DAY CALCULATION              Page 09 of 10
                          IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                    Total S&A time:    1858:05

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 07/01/94 | 3:00 | 2:15 | 2:00 | 3:30 | 8:00 | 18:45 | 1559:25 |
| 07/08/94 | 0:00 | 3:00 | 1:45 | 2:30 | 2:45 | 10:00 | 1569:25 |
| 07/15/94 | 0:00 | 3:00 | 1:45 | 2:30 | 2:45 | 10:00 | 1579:25 |
| 07/22/94 | 3:00 | 2:30 | 2:00 | 3:30 | 3:30 | 14:30 | 1593:55 |
| 07/29/94 | 2:30 | 3:00 | 2:00 | 8:00 | 2:00 | 17:30 | 1611:25 |
| 08/05/94 | 2:00 | 3:00 | 2:00 | 2:30 | 3:00 | 12:30 | 1623:55 |
| 08/12/94 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 1623:55 |
| 08/19/94 | 0:00 | 8:00 | 2:00 | 0:00 | 0:00 | 10:00 | 1633:55 |
| 08/26/94 | 0:00 | 0:00 | 3:30 | 3:00 | 3:00 | 9:30 | 1643:25 |
| 09/02/94 | 2:30 | 3:15 | 5:00 | 2:30 | 2:45 | 16:00 | 1659:25 |
| 09/09/94 | 0:00 | 2:10 | 2:00 | 2:45 | 8:00 | 14:55 | 1674:20 |

S&A benefits expire on Thursday for weekending 12/30/94 with 2082:05 hours

ML00546

SICKDAYS

**EMPLOYEE SICK DAY CALCULATION**
**IBM Internal Use Only**

Page 10 of 10

Employee Serial: 142425
Employee Name: GA Kernaghan

Total S&A time: 1858:05

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 09/16/94 | 0:00 | 5:00 | 5:00 | 4:30 | 4:15 | 18:45 | 1693:05 |
| 09/23/94 | 3:00 | 3:45 | 4:30 | 8:00 | 4:00 | 23:15 | 1716:20 |
| 09/30/94 | 5:30 | 8:00 | 4:00 | 0:00 | 0:00 | 17:30 | 1733:50 |
| 10/07/94 | 0:00 | 4:30 | 5:00 | 3:45 | 4:30 | 17:45 | 1751:35 |
| 10/14/94 | 8:00 | 4:30 | 4:00 | 4:00 | 4:30 | 25:00 | 1776:35 |
| 10/21/94 | 2:45 | 3:30 | 3:45 | 3:00 | 8:00 | 21:00 | 1797:35 |
| 10/28/94 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 1797:35 |
| 11/04/94 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 1797:35 |
| 11/11/94 | 3:00 | 4:30 | 3:30 | 3:30 | 8:00 | 22:30 | 1820:05 |
| 11/18/94 | 2:30 | 8:00 | 8:00 | 8:00 | 8:00 | 34:30 | 1854:35 |
| 11/25/94 | 3:30 | 0:00 | 0:00 | 0:00 | 0:00 | 3:30 | 1858:05 |

S&A benefits expire on Thursday for weekending 12/30/94 with 2082:05 hours

ML00547

## TELEPHONE MEMORANDUM

☐ Return File to: _____    ☐ Drop In    ☐ Rush

Call Received from: _____    Phone #: (   )

Call Made to: _Gail Kernighan_    Phone #: 914 885-5343

Firm and Group Number: _____    876-2095

Employee: _____

Claim Number: _____    Social Security Number: _____

☐ Please Return Call        ☐ Returned Your Call

**MESSAGE**

Called - 11-30-94 - No answer

She will call her mgr. & have
him send in info. we need
for S.A. Dt.

ML00548

Call Received/Made by: _____    Date: ___/___/___    Time: _____

**REPLY**

Also she has an appt. with
her A/P on Friday she will
have him send us any updated
info. he can.
(cross) Dr. is planning on surgery.

Call Returned by: _D.H._    Date: 12/2/94    Time: _____

B375

## TELEPHONE MEMORANDUM

☐ Return File to: _____    ☐ Drop In    ☐ Rush

Call Received from: _Kammy___IBM_payroll___ Phone #: (   )
                                     title

Call Made to: _____    Phone #: (   )
                                     title

Firm and Group Number: _IBM___

Employee: _Gail   Kernaghan___

Claim Number: _____    Social Security Number: _____

☐ Please Return Call    ☐ Returned Your Call

**MESSAGE**  Cal was done prev.

      DLW • 10-14-94 Shows still work.
      6-3-94

mgr is out of office till monday —
she will contact mgr on Monday,
+ get exact times worked.

Call Received/Made by: _____    Date: ___/___/___  Time: _____

**REPLY**

V. KESSLER

NOV 30 1994

GROUP LIFE CLAIMS
DISABILITY CLAIMS

ML00549

B376

Call Returned by: _____    Date: ___/___/___  Time: _____

## TELEPHONE MEMORANDUM

☐ Return File to: _____    ☐ Drop In    ☐ Rush

Call Received from: _____ Phone #: (    )

Call Made to: _Payroll_ _____ title (KAMIE) _____ Phone #: (607) 755-4890
                              title                                    1964

Firm and Group Number: _____

Employee: _____

Claim Number: _____ Social Security Number: _____

☐ Please Return Call        ☐ Returned Your Call

**MESSAGE**

NEED S&A CALC.

O/C

Call Received/Made by: _____ DOREEN HEDRICH _____ / _____ Time: _____

**REPLY**

NOV 3 0 1994

GROUP LIFE CLAIMS
DISABILITY CLAIMS

ML00550

B377

Call Returned by: _____ Date: ____ / ____ Time: _____

## TELEPHONE MEMORANDUM

☐ Return File to: _____    ☐ Drop In    ☐ Rush

Call Received from: _Kevin Dorney_ _Mgr._  Phone #: (914) 385-8220
                                    title

Call Made to: _____  Phone #: (    )
                       title

Firm and Group Number: _____

Employee: _Gail Kernaghan_____

Claim Number: _____  Social Security Number: _____

☐ Please Return Call        ☐ Returned Your Call

**MESSAGE**

Ee   is   not   working   any more.

The   estimated   S+A   expiration
date   is   12/23/94.

Call Received/Made by: _Sal_  Date: _11/28/94_ Time: _9:45_

**REPLY**

ML00551

B378

Call Returned by: _____  Date: __/__/__ Time: _____

mm3181.GRN 2/89

## TELEPHONE MEMORANDUM

☐ Return File to: _____    ☐ Drop In      ☐ Rush

Call Received from: _____    Phone #: (   )

Call Made to: _____KEVIN DORNE_____ title ___Mgr.___    Phone #: (914) 385-8220

title

Firm and Group Number: _____

Employee: _____

Claim Number: _____    Social Security Number: _____

☐ Please Return Call          ☐ Returned Your Call

**MESSAGE**     RE - SoA Exp.

How many hours is she working?
Need to Know when SoA will exp.

Called - 11-11-94- out of the office, will RMC
  11-23-94   left message on machine

Call Received/Made by: _____    Date: ___/___/___    Time: _____

**REPLY**

ML00552

B379

Call Returned by: _____    Date: ___/___/___    Time: _____

mm3181.GRN 2/89



21 Edgewood Dr.
Rhinebeck, NY 12572
November 1, 1994

Metropolitan Life Insurance
Disability Management Services
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

RE:  Long Term Disability
     Claim #: 94097630
     Group #: 35750
     S.S. # : 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
     Serial #: 142425

On September 29,1994, I received notification from you that my
request for Long Term Disability Benefits were being denied
because I returned to work on July 12,1994. This information was
incorrect, and I contacted both IBM Medical Nurse (Susan
Bellamancinia) who was handling my case as well as your
Disability Management Specialist, Ellie Abrams. Ellie contacted
Susan who corroborated that I did not returned to full time work
on July 12, 1994.
In order to rectify this, Ellie requested that I obtain an
updated physician statement which I have attached to this note.
She has also requested that I provide a brief description of my
accident and current medical status.
I had an accident on 1/17/94, which resulted a shattered spinal
column (burst L3 fracture). I have been attempting through
various means (physical therapy, acupuncture, pain management,
TENS unit) to control the pain to a tolerable level. I have been
coming to work in a limited capacity (3-5 hours a day). My
management has been considerate of my situation by providing me
with work items that do not over-tax my situation. Unfortunately,
none of these  pain control modalities have provided me enough
relief so that I can return to work full time. I have just
completed a series of three facet block injections which provided
my surgeon information which has lead him to suggest both an
anterior and posterior spinal fusion of three vertebrae. This
will be an eight hour surgical procedure with an approximate one
year rehabilitation time. I have an appointment with him on
December 2, 1994 to discuss in depth this surgical procedure.
As a result of the chronic pain and related stress, I was placed
on insulin injections in 3/94, which has further exacerbated my
medical condition.
If there is any additional information required, please don't
hesitate to give me a call at 914-876-2095.

                    Regards,

                    Gail Kernaghan
                    Gail Kernaghan

ML00553

**IBM**  ·  Statement of Attending Physician  ·  **MetLife®**

| Employee Name | _Gail A. Kernaghan_ | **Application For Long Term Disability Benefits** |
|---|---|---|

Social Security No. _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_

Employee Address _21 Edgewood Dr. Rhinebeck, NY 12572_

Please complete this form in its entirety by providing all medical history from the date the patient first became disabled. A recent medical exam is required which must be no more than two months old when the claim is received by Metropolitan. Missing information will delay the processing of this claim.

The patient has authorized release of any and all information pertaining to this claim to Metropolitan Life Insurance Co. The information provided is to be used for claims evaluation and auditing purposes only.

The patient is responsible for having this form completed without expense to Metropolitan or IBM.

Return completed statement to employee for transmittal to MetLife.

## I. History

| | | Mo | Day | Year |
|---|---|---|---|---|
| A. Date symptoms first appeared/or accident occurred: | | 1 | 17 | 93 |
| B. Date of first visit: | | 1 | 18 | 93 |
| C. Date last seen: | | 9 | 27 | 94 |
| D. Date of next exam: | | 12 | 2 | 94 |

E. Has patient ever had same or similar condition(s)?

Yes ☐  No ☒

If yes give details and dates of past history including all medical and surgical reports, diagnostic testing, x-rays, electrocardiograms, and hospitalization.

F. The present condition of the patient:

Ambulatory ☒   Bed confined ☐   House confined ☐   Hospital confined ☐   Institutionalized ☐

## Diagnosis

**State Primary Diagnosis Affecting Work Ability**

_Pain resulting from L3 burst fracture_

**State Secondary Diagnosis Affecting Work Ability**

List Objective Findings (give dates and reports of surgery, x-rays, electrocardiograms, etc.)

_1/18/93 X-ray spine, pelvis, Rt shoulder, CT lumbar_
_1/20/93 Bone Scan_
_1/21/93 MRI Lumbar spine, MRI Thoracic Spine_
_5/93 - 12/93 PT_

List Objective Findings (give dates and reports of surgery, x-rays, electrocardiograms, etc.)

List Subjective Symptoms

_4/15/93 hip joint injection_
_1/3/94 Bone Scan_
_3/24/94 3D CAT Scan_
_8/16/94 - 9/27/94 Facet Blocks_

List Subjective Symptoms

_Pain_
_Depression_

Is This Disability Incurred or Suffered as a result of:

| | | |
|---|---|---|
| Active Participation in a Riot | ___ Yes | ✓ No |
| Addiction to Alcohol or Narcotic Drugs | ___ Yes | ✓ No |
| Engaging In A Criminal Act | ___ Yes | ✓ No |
| War, Insurrection, or Rebellion | ___ Yes | ✓ No |

ML00554

## Treatment Plan

Present Treatment Plan

_FU after blocks in office_

Future/Proposed Treatment Plan

_consider for surg Rx_
_or live c it_

## 2. Functional Limitations

Does patient's medical condition allow exposure to the following? Please check appropriate box and explain any limitation below.

| | | | Limitations | | |
|---|---|---|---|---|---|
| | None | Some | Avoid Completely | Cannot Determine | Other Significant Factors or Comments |
| Dust/Gases/Fumes | ✓ | | | | |
| Chemicals/Solvents | ✓ | | | | |
| Temperature Extremes | ✓ | | | | |
| Noise Levels | ✓ | | | | |
| Allergenic Agents | ✓ | | | | |
| Stairs/Ladders/Scaffolds/Heights | | ✓ | | | |
| Enclosed Spaces | ✓ | | | | |
| Drafts/Damp Areas | ✓ | | | | |

Because of the patient's medical conditions, are there any limitations on any of the following activities? Please check appropriate box and explain any limitation below.

| | | | Limitations | | |
|---|---|---|---|---|---|
| | None | Some | Avoid Completely | Cannot Determine | Other Significant Factors or Comments |
| Commuting: (a) Ability to drive | | ✓ | | | |
| (b) Use of public transportation | | ✓ | | | |
| Walking | ✓ | | | | |
| Standing | | ✓ | | | |
| Sitting | | ✓ | | | |
| Change of Position (sitting/standing) | | ✓ | | | |
| Assuming Cramped/Unusual Positions | | ✓ | | | |
| Reaching (forward/overhead) | | ✓ | | | |
| Pushing/Pulling/Twisting (arm/leg controls) | | ✓ | | | |
| Grasping/Handling | ✓ | | | | |
| Finger Dexterity | ✓ | | | | |
| Repetitive Movement (hands/feet) | ✓ | | | | |
| Climbing (stairs/ladders/scaffolds) | | ✓ | | | |
| Balancing (exposure to falling) | | ✓ | | | |
| Bending/Stooping/Squatting | | ✓ | | | |
| Operating Truck/Dolly/Small Vehicle | ✓ | | | | |
| Operating Heavy Equipment | ✓ | | | | |
| Operating Electrical Equipment | ✓ | | | | |
| Concentrated Visual Attention | ✓ | | | | |

ML00555

Evaluation of carrying and lifting abilities includes both the intensity (how much weight) and frequency (how often) of the activity. For each weight class listed below, please indicate the reasonable top limit of frequency.

| Intensity in Pounds | | Frequency: Percentage of Workday | | |
|---|---|---|---|---|
| | Never | Less than 20% | 20%-60% | Greater than 60% |
| 0-15 | | | ✓ | |
| 16-30 | | ✓ | | |
| 31-45 | ✓ | ✓ | | |
| Greater than 45 | ✓ | | | |

NYHO-HZ979B

3. **Physical Impairment**     defined in Federal Dictionary of Occupational Title

- [ ] Class 1 - No limitation of functional capacity; capable of heavy work * No restrictions. (0-10%)
- [ ] Class 2 - Medium manual activity * (15-30%)
- [ ] Class 3 - Slight limitation of functional capacity; capable of light work * (35-55%)
- [X] Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary * ) activity. (60-70%)
- [ ] Class 5 - Severe limitation of functional capacity; incapable of minimum (sedentary * ) activity. (75-100%)

Remarks:

4. Indicate below if you have any additional information that is relevant to this patient's work ability.

ML00556

5. **Cardiac** (If Applicable)

(a) Functional capacity .......................... Class 1 (No limitation) [X]    Class 2 (Slight limitation) [ ]

(American Heart Ass'n)    Class 3 (Marked limitation) [ ]    Class 4 (Complete limitation) [ ]

(b) Blood Pressure (last visit) ..................... _____

systolic/diastolic

6. **MENTAL/NERVOUS IMPAIRMENT** (if applicable)

(a) Please define "stress" as it applies to this claimant.

(b) What stress and problems in interpersonal relations has claimant had on job?

- [ ] Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations)
- [ ] Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
- [ ] Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
- [X] Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
- [ ] Class 5 - Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)

Remarks:

7. **Progress Evaluation** (Consider patient's overall progress as of the most recent exam)

| Recovered | Yes [ ] | No [X] | Unimproved | Yes [ ] | No [X] | Explain any changes: |
| Improved | Yes [ ] | No [X] | Retrogressed | Yes [ ] | No [X] | |

8. **Disability Evaluation**   We are seeking your medical opinion on this topic. It will be our responsibility to assess it against vocational data, such as level of earnings (and job availability).

The following questions take into account whether the patient can perform the important duties of his/her job with reasonable continuity, including commuting to work. They also take into account whether the patient can perform the important duties of any other job with reasonable continuity including commuting to work. In answering these questions please consider his/her age, physical and mental capacities, education, training, and experience.

|  | For His/Her Occupation | | | | For Any Occupation | | |
|---|---|---|---|---|---|---|---|
| Is patient now totally disabled? | Yes [X] | No [ ] | Cannot Determine [ ] | | Yes [ ] | No [ ] | Cannot Determine [X] |
| If No,  when was patient able to resume work activities? | 19_____ | | Cannot Determine [ ] | | 19_____ | | Cannot Determine [ ] |

If Yes, when do you think patient will be able to resume work activities?

|  | For His/Her Occupation | For Any Occupation |
|---|---|---|
| Approximate Date: | 19_____ | 19_____ |
| Indefinite: | | |
| Never: | | |
| Cannot Determine: | ✓ | |

If Yes, is patient a suitable candidate for:

(a) vocational rehabilitation (retraining for a different occupation) Yes [ ]  No [ ] [X] CAnnot

(b) therapeutic (physical) rehabilitation    Yes [ ]  No [ ]  Determine

9. In your opinion is the patient competent to endorse checks and direct the use of their proceeds?    Yes [X]  No [ ]   at this

10. **Remarks:** If you have additional information relative to this disability claim, please attach information to the claim.    Time

**It is a crime to fill out this form with facts you know are false or to leave out facts you know are important.**

Allen Carl MD          Orthopedics

Name of Physician          Board Certified Specialty

Suite A280  AMC  Albany  NY  12208

Street Address          City or Town          State          Zip Code

(518) 489 3812

Telephone Number          10 26 04

Date          Signature

B383          5          NYHO-HZ979C

## TELEPHONE MEMORANDUM

☐ Return File to: _____ *Ellie* _____    ☐ Drop In   ☐ Rush

Call Received from: *Gail Kernihan* _____   Phone #: ( ) 914 385 5343

Call Made to: _____   Phone #: ( ) (#) 914 876 2095

Firm and Group Number: *IBM* _____

Employee: *Same* _____

Claim Number: _____ 940 976 30 _____   Social Security Number: 299 52 9291

☐ Please Return Call   ☐ Returned Your Call

**MESSAGE**

Did not RTW 7/12/94.

Working P.T.

Attempted to RTW.

Have not completed SDA I have 8 to 10 wks left.

I'll request paperwork & c/u/s.

Call Received/Made by: _____   Date: ___ / ___ / ___   Time: _____

**REPLY**

ELLIE ABRAMS

OCT 04 1994

GROUP LIFE CLAIMS
DISABILITY CLAIMS

When you have completed SDA re submit your claim we will review.

GROUP LIFE
DISABILITY CLAIMS

OCT 0 4 1994

| | |
|---|---|
| Pending | |
| In Payments | |
| Termir ted | |
| No Record | ☐ Files ☐ CRT |

ML00557

Call Returned by: _____   Date: ___ / ___ / ___   Time: _____

B384

mm3181 GRN 2/90

Metropolitan Life Insuranc... Company

Disability Management Services
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**MetLife®**

September 29, 1994

Gail Kernaghan                    RE:  Long Term Disability
21 Edgewood Drive                      Claim No.:   94097630
Rhinebeck, NY  12572                   Group No.:   35750
                                       S.S. No.:    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
                                       Serial No.:  142425

Dear Ms. Kernaghan

We are writing in reference to your claim for Long Term
Disability Benefits.

Your claim has been thoroughly evaluated.  In reviewing
the material submitted by you and IBM, we have determined
that because you returned to work on July 12, 1994, you
did not accumulate the required Sickness and Accident
hours, you have not completed the waiting period and
cannot be considered Totally Disabled.

If you have any questions, please contact our office.

Yours truly

*EA,*
Ellie Abrams
Disability Management Specialist
Disability Management Services
1-800-638-0064  x2473

ltdhEAgk/dlm

cc:  Kevin Dorney
cc:  Occupational Health Services
cc:  Mary Burbee

B385                                    ML00558

---------------------------------------------------------------------
WFS Workforce Solutions, An IBM Company

                                   522 South Road
                                   EV2A, P-906
                                   Poughkeepsie, NY   12601
                                   914/433-1950


                                   September 12, 1994


Metropolitan Life Insurance Company
Disability Management Services
Cosby Manonr Road
P. O. Box 3017
Utica, NY   13504


Dear Ms. Abrams,

Enclosed is the copy of the medical record of Gail Kernaghan that you
requested.

If I can be of any further assistance, please do not hesitate to
contact me.

Sincerely,

*Patricia Gifford rn*

Patricia Gifford, R.N.

ljf
Attachments

ML00561

Metropolitan Life Insurance Company

Disability Management Services
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**MetLife**

## TELECOMMUNICATIONS TRANSMITTAL INSTRUCTIONS

ATTENTION: _Occupational Health Services_
DEPT.: _Med Records_
FAX NO.: _914 385 8266_

FROM: _Ellie Abrams_
DEPT.: MET LIFE LTD
PHONE NO.: 1-800-638-0064
FAX NO.: 315-792-2514

# OF PAGES _2_

EMPLOYEE: _Gail Kernaghan_
SERIAL NO.: _14242S_

Dear Dr.

Please forward a copy of the employee's medical records
to our office. Attached is a signed authorization.

As the claim remains pending, please forward by express
mail to:      MET LIFE
              DISABILITY CLAIMS
              COSBY MANOR RD.
              UTICA, NY 13504

Thank you for your cooperation.

Yours truly

_Ellie Abrams_
Disability Management Specialist
Disability Management Services

16. List all physicians who have treated you since the beginning of this disability.    Dates of Treatment

| Name | Address | Phone Number | From | To |
|------|---------|--------------|------|-----|
| DR. ALLEN CARL | Albany Medical Center Suite 200 New Scotland Ave ( Albany NY 12808 | (518) 262-5086 | 1-17-05 | Current |
| DR. BARRY GREENBERG | Pain Mgmt Center 3 Columbia Cir. Albany, NY 12203 | 518-464-0091 | 1-05 | Current |

17. Benefits payable under the IBM Long Term Disability Plan will be reduced by benefits you are eligible to receive from other sources. Please complete the following:

| | Applied (Yes) (No) | Date Applied Mo./Day/Yr. | Status Approved/Pending Denied | Amount Approved | Date Benefits Begin |
|---|---|---|---|---|---|
| Primary Social Security Disability | N | | | | |
| Workers' Compensation | N | | | | |
| Income replacement under no fault. | N | | | | |

Please submit a copy of any Workers' Compensation Award, Social Security Award Certificate, Social Security Disability Denial Notice or other correspondence received from Workers' Compensation, Social Security or any other provider of a disability benefit which reduces the LTD benefit. If not yet received, submit a copy when received.

18. Please attach any information you have regarding liens, garnishments, court orders, etc. which may affect the amount of the Long Term Disability payment.    N/A

## Certification

I know it is a crime to fill out this form with facts I know are false or to leave out facts I know are important.

I have read the above and provided complete answers to all questions and said answers are true and correct to the best of my knowledge.

## Authorization

I authorize any medical professional, hospital or other medical-care institution, insurance support organization, pharmacy, governmental agency, insurance company, group-policyholder, employer or benefit plan administrator to provide Metropolitan or an agent, attorney, consumer reporting agency or independent administrator, acting on its behalf, information concerning advice, care or treatment provided the patient, employee or deceased names below, including information relating to mental illness, use of drugs or use of alcohol. I also authorize my employer, group policyholder or benefit plan administrator to provide Metropolitan with financial or employment-related information.

I understand that such information will be used by Metropolitan for the purpose of evaluating my claim for insurance benefits and that I or any authorized representative will receive a copy of this authorization upon request.

This authorization is valid from the date signed for the duration of the claim.

_____
Employee's Signature (or Legal Guardian if applicable)

8/21/05
Date Signed (Mo./Day/Year)

ML00563

IBM CONFIDENTIAL

MEDICAL  SUMMARY  INFORMATION

PRINT DATE:  05/11/93                LAST REVIEW DATE:  05/93 *

NAME:  KERNAGHAN       ,        GAIL      ,GA    SEX:  FEMALE

IBM ID: 142425    BIRTHDAY: 08/15/52    DATE OF HIRE: 07/85

DEPT/SHIFT (as of review date above):  48CA/1      MRL  016

ICDA CODES

2509 DIABETES MELLITUS, WITHOUT MENTION OF ACIDOSIS OR COMA

WORK RESTRICTIONS

COMMENTS   On oral meds

* Last Review Date will be updated at next download

ML00564

**Medical History Sheet**

Employee Name _Kernaghan, Gail_ Employee Serial Number _142425_

| Date | History |
|------|---------|
| 8/18/94 | think she could get the relief she's currently experiencing |
| | Plans to work full day - request to be later off limited hours |
| | NKF - Resume nl schedule |
| | F/u on or about 9/21/94 _J Bellamacina, RN Ca_ |
| | |
| 8/29/94 | Tel. update from employee: |
| | - relief was short lived - "worn-off" since med last week. |
| | - 2nd facet block was reschd to 9/12 & 3rd 9/27 |
| | - "Trying hard" to work the full days |
| | Will keep me updated. _J Bellamacina, RN Ca_ |
| | |
| 9/8/94 | T.C. from employee: |
| | - Clarifies working 5 - 5½ hrs/day |
| | Has not been able to work full time since med/block wore off |
| | _J Bellamacina, RN Ca_ |
| | |
| | |
| | |
| | |

ML00565

ZM04-8030-3 U/M 050

**IBM Confidential**

# Medical History Sheet

Employee Name _Keinaghen, Gail_ _____ Employee Serial Number _142425_

| Date | History |
|------|---------|
| 7/14/94 | Tel. update from employee: <br> - Came back to work on Tues 7/12 from vacation. <br> - worked 6 hrs yesterday - tired <br> - next appt with Dr Carl 8/3. <br> - Facet blocks sched for 8/94 & beginning of Sept. Ortho will be done pelvise vs. steroids (Series of 3) due to concern of other MDs re effects on Blood Sugar. <br> A Bellavosino, RN, COHN |
| 8/18/94 | F/u c̄ employee: <br> - States per Dr. Carl, problem area either L2-L3 or L3-L4 <br> Facet Blocks to 1 of these areas to assess exact location problem for surgical fusion. Series of 3 planned. First given 8/16 - Steroid was used. Blood Glucose ↑. Feels good, some aches <br> No meds 5 days prior to Block but needed to resume "anti-depressant Effexor" as discussed c̄ PMD. States moods OK now. <br> - Has tx option decision to make ; fusion by Dr Carl or exposing for pain mgmt as suggested by Dr Greenhouse. <br> - Attitude very positive - did not |

B391<br>ML00566

**IBM**

**Medical History Sheet**

Employee Name _Kernaghan, Gail_     Employee Serial Number _142.425_

| Date | History |
|------|---------|
| 6/9/94 | T.C. from Employer: |
| | - Info from Dr. Carl Comey |
| | - Per Dr. Greenhouse — no reason she |
| | cannot work while taking Effexor |
| | ⁓ Will send note |
| | _A.J. Bellamacine_ RN, COHN |
| 6/13/94 | F/u c̄ employee |
| | - worked 28-30 hrs /wk since last F/u |
| | 5-5½ hrs /day |
| | - Plan to gradually ↑ hrs. Developed c̄ |
| | employee |
| | - Gail will try to ↑ - cooperative. |
| | F/u sched 6/23/94 |
| | Prod note re Effexor filed _A.J. Bellamacine_, RN, COHN |
| 6/16/94 | CMD from Dr. Carl rec'd for disability |
| | 3/14/94 - 5/9/94.  S/P L3 Burst Fx |
| | RTW 5/9/94 Part-time — No heavy lifting, |
| | bending or twisting (not job requirement?) |
| | info filed   _A.J. Bellamacine_ RN, COHN |
| 6/23/94 | F/u c̄ emp. |
| | - has been able to get up to 5½ hrs work max |
| | - further schedule worked out for |
| | employee to attempt to ↑ hrs. at work |
| | _A.J. Bellamacine_, RN, COHN |

ML00567

B392

2M04-8030-3 U/M 050

IBM Confidential

# IBM
## Medical History Sheet

Employee Name _Keenaghan, Gail_    Employee Serial Number _142 425_

| Date | History |
|------|---------|
| 5/27/94 | recently. |
| | Mgr. will review concerns c̄ employee & refer to |
| | OHS.      J.G. Bellamacina, RN COH |
| | |
| 5/31/94 | F/u c̄ employee — Gail aware of mgr. concerns : |
| | - Facet Blocks sched. 8/94 (out-pt surg) — |
| | was resched. from 5/94 due to problems |
| | with Blood Sugar per employee. States |
| | early AM 7200 & mid day (10 am) ~50. |
| | - Sched to see Dr Greenhouse (pain mgmt) |
| | 6/8 or 6/10. Rp. muscle relaxant Baclofen (? sp) |
| | tid since second wk back to work. States |
| | makes her sleepy so she takes it after she |
| | gets to work. Continues on Effexor (Info |
| | per pharmacist review not in database but |
| | in a group by itself — closest thing related to |
| | Prozac or Zoloft; could have adverse |
| | effects 'spaced out, irritability, insomnia.' |
| | Possible adverse effects on behavior reviewed |
| | c̄ employee. Emp. to discuss with her MD. |
| | States working 4-5 hrs/day since RTW & away |
| | from work 2 days. |
| | Emp aware of high # absence S/A hours. |
| | Has MetLife package for review. |
| | T/c work 5-7 hrs/day |
| | Change position as needed |
| | F/u 6/13/94   10 AM. |
| | Additional documentation is pending |

ML00568

B393

IBM Confidential

M04-8030-3 U/M 050

**Medical History Sheet**

Employee Name _Gail Kernaghan_    Employee Serial Number _142425_

| Date | History |
|------|---------|
| | Absence Dates: 3/16/94 - 5/2/94 |
| | Hospitalized: |
| | Dr. Allen Carl |
| | Burst Fx L-3 (not healed as per 3-D C-T 3/24/94 |
| | Feldene, Effexor & TENS Unit |
| | Job Assign. Programmer |
| | Restrictions: part time basis 4 hrs/day |
| | Change positions as needed |
| | RTO. Hy Min 5/23/94 |
| | Emp states Dr. Carl decided not to do Facet Blocks at this time due to Blood Sugars out of Control. Currently under care of Pain Mgmt Dr Greenhouse & Internist Dr. Heller (emp started on insulin 4/5/94). Feeling much, much better. Pain more tolerable, feels difference with Blood sugar more controlled & watching diet very carefully. |
| | AJ Bellamocina, RN, COHN |
| 5/7/94 | T.C. from mgr. Kevin Dorsey    ML00569 |
| | - Emp. working 3-5 hrs/days and oow at least 1 day/wk |
| | - mgr. concerned emotional states of employee.   B394 |
| | Change noted behavior: irritability, spaced out |
| | Aware she's on pain meds. Husband furlough[ed] |

IBM

# Medical History Sheet

Employee Name _Keanoghan, Gail_     Employee Serial Number _142425_

| Date | History |
|------|---------|
| 11-16-93 (Cont) | standing work station but has problems moving it up & down – usually gets another employee to do it for her – Also is getting a lisi system and the heads weigh 60-80 lbs and will not be able to be accommodated on the stand up station. Restrictions discussed & will remain the same – Some time take work home – Mgr. is accommodating. Next visit to Dr. Carl is 12/14 – P. Gifford RN |
| 12/1/93 | F/u ē employee: <br> – PT 2x/wk Albany – Cyber (?up) flexion + extension. Has noticed "some improvement" <br> – Dr. Banks (PhD) – pain management: progressive relaxation, imagery. <br> – States fy @ biz 2wk ago <br> – working approx 32 hrs/wk <br> – Sched for F/u ē Dr. Carl 12/23/93 <br> AJ Bellamacino, RNCOHN |
| 3/9/94 | Note from employee: <br> "so appreciable improvement" in back from acupuncture <br> Sched to see Dr. Carl 3/10/94  AJ Bellamacino RNCOHN |
| 3/21/94 | Note from employee: <br> OOW since seeing Dr. Carl 3/10/94 as advised <br> Sched 3-) CAT Scan 3/24/94 <br> AJ Bellamacino RNCOHN |
| 4/7/94 | will not RTW today – T/C from employee. Saw MD last night. 3D showed L2-3 had not fused together as had been thought. Facet inflamed |

B395

ML00570

IBM Confidential

04-8030-3 U/M 050

**Medical History Shee**

Employee Name _Keenaghan, Gail_ _____ Employee Serial Number _142 425_

| Date | History |
|------|---------|
| 10/27/93 | T.C. from employee |

ML00571

- Cont'd P.T. Albany. Has discussed
  use of standing work station ē P.T. +
  would like to try it as difficulty sitting
- reviewed ē emp. that Dr. Carl keeps
  sending same info + would like a
  'progress report.' Gail is due for
  F/u with Dr. Carl early Nov + will
  obtain updated info for use.

Msg left for Erg. Contact person Bruce Bower
re emp. need for use of standing work-
station.

Emp to F/u ē P. Gifford prn - rec'd ē
emp. (I will be on vacation.) _P. Billerman, R.N._

| 11/01/93 | Spoke ē Employee + Bruce Bower - He took standing work station to her office and will set up. _P. Gifford R.N._ |
| 11-5-93 | Spoke ē Bruce Bower - IH - relates employee did not want him to set up her terminal - She will have a support person from her area install the terminal on the standing Work Station - _P. Gifford R.N._ |
| 11-16-93 | Employee to OHS - Brings note from Dr. Carl to continue present work responsibilities. Saw Dr. Carl on 11/5/93 - is to continue P.T. in Albany 2x week - Still has pain in her Ⓡ hip. Rainy days + pre-menstrual days are more painful. Saw Radiologist on 11-15-93 and had a fluoroscopic exam of Ⓡ hip as well as injection of Cortisone and short term + long term pain medication in her Ⓡ hip - Relates she has been using the |

B396

# Medical History Sheet

Employee Name _Kerxaghan, Gail_    Employee Serial Number _142425_

| Date | History |
|---|---|
| 10/6/93 | F/u case mgmt T/L non-occup fx back 9/17/93 |
| | - F/u with Dr. Carl in Albany 10/5/93 |
| | fx healed, but not aligned, and felt to be causing pressure → pain. Orthotic & mold. current med plan is for PT at least 2x/wk in Albany to increase strength of muscles supporting spine (no longer wears brace) which hopefully will relieve pressure & reduce pain. Therapy with goal of pain mgmt had also been suggested by Dr Carl. |
| | - Init eval by P.T. was 10/6. Gail is personally evaluating the suggestion of therapy. Some resource info offered that might be helpful in her decision making process |
| | - currently working min 30 hrs/wk, tried to get to 8 hrs, and states 1 wk made it to 38 hrs. Vacation month of Aug. & was hopeful of low full time in Sept, but has not been able to do so. |
| | T/L - work 5-8 hrs/day as tolerated |
| | - must be able to change position frequently as needed. |
| | F/u sched 11/30/93 2:00 pm - this will be at end of course of PT & after F/u c Dr Carl 11/11. Consideration of use of a standing work station offered - Gail is planning to review this with Dr. Carl & will let me know. Note has moved to Fed work. |
| | Ref to mgr & employee |

ML00572

**Medical History Shee**

Employee Name _Geil Kernaghan_    Employee Serial Number _142425_

| Date | History |
|------|---------|
| 7/21/93 | Employee seen on recheck - Walking slowly - No unable limping - Relates she saw Dr. Carlon 6/30/93 - medication changed to Toradol 1 tab up to 4x day - averages 3x day - also Tylenol c Codeine which she uses when traveling as sitting in car is uncomfortable. Goes to Physical Therapy 2 hrs - 2x week - increasing endurance in upper body - Brace is off and she feels this set her back - Has increased discomfort c̄ P.T. and on rainy days - Rt. hip and lower back are areas of most discomfort. Relates she has increased her hours to 5 hr 1 day c̄ some infrequent work at home as her job entails talking to people. No travel in her job - Drives 31 miles to work - & planning to move to Red Hook which will be a shorter commute. Walks daily - Restrictions discussed and she agrees Work 4-8 hrs per day as tolerated is appropriate - mgr. is accommodating. She will see Dr. Carl in 6 months. Recheck appt will be scheduled - P.Gyfford RN |
| 9/24/93 | Record reviewed<br>- Certify of Med. Disability on File<br>- continues on limited sched.<br>- will sched F/U 1st wk 10/93<br>R Sellamacini, RN COH<br><br>B398<br><br>ML00573 |
| 9/30/93 | Emp. is on sched for F/U 10/6. Copied on note to mgr. from emp. : 1 problem c̄ back & pain - Has appt Albany 10/5. T.C. c̄ emp - emp. will reschedule 10/6 appt per. SyB. |

**IBM**

**Medical History Sheet**

Employee Name __Gail Kernaghan__  Employee Serial Number __142425__

| Date | History |
|------|---------|
| 6/7/93 | F/U ap. T/L non occip inj/p.p back 1/17/93 |
| | - doing well. RTW 20 hrs/week 4/26/93 |
| | Comes to work each day, but c/o feeling |
| | very tired by the end of the week. |
| | - using AMOTEK Chair Comfortably. |
| | - PT started 2 wks ago 2-3x/wk |
| | Did not tolerate 3x/week. Does |
| | exercises at home. % residual problem |
| | both hips (worse on ®). Rx Relafen |
| | - last F/U c Dr. Carl 4/93, next 6/30. |
| | Keeps in phone contact c MD prn |
| | - Continues to wear brace c short |
| | periods 5 brace pa. day as tolerated |
| | - finding that she is logging on to |
| | terminal for awhile. |
| | - work hrs discussed. Gail feels |
| | she cannot tolerate > 4 hrs/day at |
| | work, but may be able to do |
| | additional time from home. |
| | terminal. |
| | Will ↑ work to 4-6 hrs/day as tolerated. |
| | No more than 4 hrs/day at work. Will |
| | ↑ hrs using home terminal up to 2 additional |
| | hrs/day as tolerated - to be worked out with |
| | mgr. |
| | Emp to provide updated info from Dr Carl |
| | after visit 4/30/93 |
| | F/U ap. Wed, 7/21/93 9:00 AM  [signature] |

B399

ML00574

**Medical History Shee[t]**

Employee Name _Gail Kernaghan_     Employee Serial Number _142425_

| Date | History |
|------|---------|
| 4/26/93 (cont) | but lost 70 lbs + has been controlled by diet & oral meds since ———————— |
| | — Next appt. c̄ PMD, Dr. Carl 4/29/93 which will include P.T. assessment |
| | Plan |
| | 1) Part-time work schedule : 20%/week as tolerated. Home + office work to be scheduled c̄ mngr. |
| | 2) Denies any physical activity on job so " Change position as needed " (T.A. agreed on by employee) |
| | 3) Parking permit (temp.) issued, Void p̄ 9/1/93 |
| | 4) Documentation on file for S&A: 4/18/93 — 4/23/93, further documentation pending. See letter onfile 4/13/93 |
| | 5) F/U 1 month — to contact employee (schedule unknown @ this time). MEF to mngr./employee. |
| | ———————— Charlotte Michos, RN |
| 5/1/93 | Medical Documentation rcd from Dr. Carl — filed |
| | F/U appt. scheduled 6/93 |
| | C. Michos R[N] |
| 5/4/93 | Chart Review / mgt update |
| | ICDA 250.9. Diabetes Mellitus (on oral meds) |
| | R@ Curr I |
| | C. Michos RN |

ML00575

B400

# IBM

**Medical History Sheet**

Employee Name ___Gail Kernaghan___   Employee Serial Number ___142425___

| Date | History |
|---|---|
| 4/26/93 (cont) | States on 2/22/93 was seen by Dr. Carl 009 for BP priv. only |
| | — Now bringing in note from PMD to RTW part-time. See previous med. hx notes + letter to PMD for further documentation |
| | — Employee works as Programmer. States she may be working on home program — will arrange c̄ manager. States she may be on-site for some office work + mtgs. |
| | — Employee is ambulating c̄ cane. Has lumbar brace in place. States will have to wear brace until July or Aug. 1993 |
| | — Exercise/Activity level: Driving car for short periods, walking qd, exercise (stationary) bike for 10 min/day (goal). Can tolerate sitting 1 - 1½° at a time |
| | — Experiences pain occasionally but tolerable. On motrin 800mg tid. Has prn Rx of Tyl c̄ Cod. but has not used them recently. Occasional (err) Can sciatica Denies sciatica but c/o leg cramps ā HS — ref
d to PMD |
| | — Gives hx of D.M. controlled by diet + oral meds. Rx: Glucotrol 7.5 mg qd. States in college was on Insulin |

ML00576

B401

Employee Name ___Gail Kernaghan___ Employee Serial Number ___142W25___

| Date | History |
|---|---|
| 4/26/93 | Absence Dates: 1/18/93 — 4/23/93 |
| | Hospitalized: 1/4/93 — 4/30/93   Albany Medical |
| | P.P.   Dr. Carl |
| | Dx.   Fx L₁ - L₃ Spine |
| | Rx.   Bedrest, lumbar brace |
| | Job Assign.   Programmer     B402 |
| | Restrictions:   Part - time work schedule |
| |    Change position as needed    ML00577 |
| | RTC.   To contact employee in 1 month |
| | (employee may be working or home |
| | only — F/u appt. to be arranged) |
| | 40 y.o. ♀ had sledding accident |
| | on 1/12/93 resulting in a spinal fx |
| | of L₁ - L₃. States it was a steep |
| | hill & she was tossed in the air & |
| | flipped several times when her sled went |
| | out of control. States she had assistance |
| | on the scene & was immobilized & |
| | logrolled onto toboggan. States she went |
| | to K Gen ER & was transferred to Albany |
| | Medical Center Spinal Unit |
| | States she was hospitalized # as noted |
| | above, remaining on CBR x 2 wks ē |
| | lumbar brace in place. On 4/31/93 she |
| | was discharged & States she remained |
| | on CBR except for B.R. privileges x 1 month. (CW) |

**Medical History Sheet**

Employee Name _Gail Kernaghan_    Employee Serial Number _142425_

| Date | History |
|------|---------|
| 4/19/93 | Telecon c̄ Dr. Cerl's office staff PMD not available @ this time. States forwarded documentation to employee (by mail) for clearance to RTW. Requested office staff to fax documentation to OHS Notified employee — will RTW when documentation rec'd. in OHS or when employee receives documentation to bring in ———— C. N Chosk |

104-8030-3 U/M 050

IBM Confidential

**IBM**                                                                                      **Medical History Sheet**

Employee Name ___Gail Kernaghan___ Employee Serial Number ___142425___

| Date | History |
|------|---------|
| 4/8/93 | Telecom from employee: RTW status. — States mailed medical release forms to OHS — not rec. as yet — States next appt c̄ PMD is 4/29/93 — States is considering RTW, part-time, doing home term work. Has discussed c̄ mngr. Bruce Washburn. Informed employee to have discussion c̄ PMD, have PMD complete Cert. of Medical Disability form, + F/U c̄ OHS. Employee plans to contact PMD by phone today or 4/9/93 and will F/U c̄ OHS by phone on 4/12/93 —— Charlotte Nichos RN |
| 4/15/93 | Telecom from employee @ home. States plans to RTW part-time. States PMD has forwarded medical documentation to OHS for RTW clearance. Informed employee not rec. as yet. Will notify employee @ home when documentation rec. to RTW —— C. Nichos RN |
| 4/19/93 | Telecom from employee. No medical documentation rec. from PMD for clearance to RTW. Will attempt contact by phone. Medical releases / letter sent to PMD (in addition to Medical Disability form) 4/13/93 C. Nichos RN |

ML00579

B404                                                                                      IBM Confidential

**BM**

**Medical History Sheet**

Employee Name __Gail Kernaghan__ Employee Serial Number __142425__

| Date | History |
|------|---------|
| 3/23/93 | Telecom c̄ mngr. Bruce Washburn, OHS initiated<br>— Employee works as Programmer, B025<br>— States had sledding accident 1/17/93<br>— Fx of spine, in complete body cast. Has been OOW since.<br>Writer doing S+A review: 328° YTD<br>Medical release forwarded to mngr. to send to employee<br>Rvd. Medical Certification process<br>Possible RTW part-time, employee sees PMD today, according to mngr.<br>— C. Michos RN |
| 4/5/93 | Telecom c̄ mngr., Bruce Washburn<br>— OHS initiated Re: RTW<br>Rcd. message that employee may be doing home terminal work.<br>Rvd c̄ mngr. that employee should be seen in Medical RN OHS<br>c̄ necessary documentation + Clearance from PMD for return to work c̄ whatever status<br>— on site or home terminal work<br>— Employee is to make appt. in OHS. See previous note.<br>— C. Michos RN |

B405                     ML00580

IBM Confidential

**IBM**

**Medical History Sheet**

Employee Name _GAIL KERNAGHAN_    Employee Serial Number _142425_

| Date | History |
|------|---------|
| 5-20-85 | NEW HIRE 7-1-85 |
| | TEMP.    **PERM.** ✓ |
| | POSITION DATA SYSTEMS ASSURANCE |
| | PHYSICAL DONE BY    Dr. INGARRA |
| | CLASS II |
| | LIMITS  - avoid dust and fumes. |
| | - not to wear contact lens in safety glass area. |
| | |
| 2-10-88 | Chart reviewed and MSI updated. Class II Restrictions 106 - Avoid dust and/or fumes, 699 - Not to wear contacts in safety glass area. ICDA Code AAAA.    O. Briggs RN COHN |

ML00581

B406

**IBM Confidential**

From: BELLAMAC--KGNVMC                    Date and time   09/13/94 10:12:35
To: DORNEYK --KGNVMC    Kevin Dorney
cc: KERN    --KGNVMC

From: S.J.BELLAMACINA (BELLAMAC) KGNVMC
      OCCUPATIONAL HEALTH SERVICES AT KINGSTON EV2A/088
      8/695-6122 (ALT. EXT. 6502)
Subject: (C) Gail Kernaghan

Kevin- As per our discussion, I want to clarify that Gail
was only able to work full time for about 1 week subsequent
to the the Medical Evaluation form I sent to you on 8/18/94
stating she could resume her normal schedule.

Gail continues to update me re her medical condition, and
treatment plans on a regular basis.

Thank you,
Susan

. . . . . . . .

Susan J. Bellamacina,RN, C.O.H.N.
Nurse Program Administrator
Occupational Health Services
Workforce Solutions An IBM Company