IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                    :
                                                   :
                Plaintiff,                         :   C.A. No. 05-402 (GMS)
                                                   :
        v.                                         :
                                                   :
METROPOLITAN LIFE INSURANCE                        :
COMPANY, as fiduciary and administrator of The    :
IBM Long-Term Disability Plan,                     :
                                                   :
                Defendant.                         :
                                                   :

**VOLUME VIIII OF X**

**APPENDIX TO
DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWERING
BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

MᴄCᴀʀᴛᴇʀ & Eɴɢʟɪsʜ LLP

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date:   April 13, 2006

**TABLE OF CONTENTS**

**TITLE**                                                                    **PAGE**

Excerpts of the Administrative Record ..............................................................B408-B458

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 13, 2006, I caused a copy of the foregoing Appendix to Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served on the following counsel in the indicated manner:

CM/ECF Filing

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

/s/ Paul A. Bradley
Paul A. Bradley (DE ID. No. 2156)

MEI\5600684.1

From: BELLAMAC--KGNVM                    Date   & time     08/18/94 15:58:57
To: DORNEYK --KGNVMC     Dorney, Kevin
cc: KERN    --KGNVMC

From: S.J.BELLAMACINA (BELLAMAC) KGNVMC
        OCCUPATIONAL HEALTH SERVICES AT KINGSTON EV2A/088
        8/695-6122 (ALT. EXT. 6502)
SUBJECT: (C) MEDICAL EVALUATION FORM

Employee:  GAIL KERNAGHAN_____  Serial: 142425_____
Div./Dept: 37/ 84TA_____Work Location: KINGSTON_____
Manager:   KEVIN DORNEY_____

Purpose:
( ) Employment Evaluation      ( ) Return to Work
(X) Status Review  8/18/94     ( ) Periodic Evaluation

Disposition:

(X) No Medical Issues
( ) Medical issues identified that result in the following medical
    RESTRICTIONS: ( ) PERMANENT  ( ) TEMPORARY  EXPIRES: --/--/94

    _____
    _____
    _____
    _____

    ( ) Possible Accommodations:

    _____
    _____
    _____

( ) Medical issues identified that result in the following
    RECOMMENDATIONS to the employee/management:
    ( ) PERMANENT   ( ) TEMPORARY    EXPIRES: --/--/--

    _____
    _____

    ( ) Possible Accommodations:

    _____
    _____
    _____

    ================================================================

Review/Follow Up Date: EMPLOYEE TO CALL ME IN SEVERAL WEEKS/ ON OR ABOUT
                       9/21/94
COMMENTS: RESUME NORMAL SCHEDULE_____
    _____
    _____


*** MAKE A COPY OF THIS REPORT FOR YOUR FILES

Susan J. Bellamacina,RN, C.O.H.N.
Nurse Program Administrator
Occupational Health Services
Workforce Solutions An IBM Company

```
From: BELLAMAC--KGNVM                    Date  ia time    05/31/94 15:54:18
To: DORNEYK --KGNVMC    Dorney, Kevin
cc: KERN    --KGNVMC
```

From: S.J.BELLAMACINA (BELLAMAC) KGNVMC
        OCCUPATIONAL HEALTH SERVICES AT KINGSTON EV2A/088
        8/695-6122 (ALT. EXT. 6502)
SUBJECT: (C) MEDICAL EVALUATION FORM

Employee: GAIL KERNAGHAN_____ Serial: 142425_____
Div./Dept: 37/ 84TA_____Work Location: KINGSTON_____
Manager:   KEVIN DORNEY_____

Purpose:
( ) Employment Evaluation       ( ) Return to Work
(X) Status Review 5/31/94       ( ) Periodic Evaluation

Disposition:

( ) No Medical Issues
(X) Medical issues identified that result in the following medical
    RESTRICTIONS: ( ) PERMANENT  (X) TEMPORARY  EXPIRES: 06/13/94
    WORK 5-7 HRS/ DAY_____
    CHANGE POSITIONS AS NEEDED_____
    _____
    _____
    _____

    ( ) Possible Accommodations:
    _____
    _____
    _____

( ) Medical issues identified that result in the following
    RECOMMENDATIONS to the employee/management:
    ( ) PERMANENT   ( ) TEMPORARY      EXPIRES: --/--/--
    _____
    _____
    _____
    _____

    ( ) Possible Accommodations:
    _____
    _____
    ================================================================

Review/Follow Up Date: 6/13/94 10:00 AM

COMMENTS:  ADDITIONAL MEDICAL DOCUMENTATION PENDING_____
    _____
    _____


*** MAKE A COPY OF THIS REPORT FOR YOUR FILES

Susan J. Bellamacina,RN, C.O.H.N.
Nurse Program Administrator
Occupational Health Services
Workforce Solutions An IBM Company

                                                        ML00584
```

From: BELLAMAC--KGNVM
To: DORNEYK --KGNVMC    Dorney, Kevin
cc: KERN    --KGNVMC

Date  in time    05/03/94 15:45:2(

From: S.J.BELLAMACINA (BELLAMAC) KGNVMC
    OCCUPATIONAL HEALTH SERVICES AT KINGSTON EV2A/088
    8/695-6122 (ALT. EXT. 6502)
SUBJECT: (C) MEDICAL EVALUATION FORM

Employee:  GAIL KERNAGHAN_____ Serial: 142425_____
Div./Dept: 37/ 84TA_____ Work Location: KINGSTON_____
Manager:   KEVIN DORNEY_____
_____

Purpose:
( ) Employment Evaluation    (X) Return to Work MON, 5/2/94
( ) Status Review            ( ) Periodic Evaluation

Disposition:

( ) No Medical Issues
(X) Medical issues identified that result in the following medical
    RESTRICTIONS: ( ) PERMANENT  (X) TEMPORARY  EXPIRES: 05/23/94
    WORK 4 HRS/ DAY_____
    MUST BE ABLE TO CHANGE POSITIONS AS NEEDED_____
    _____
    _____
    _____

    ( ) Possible Accommodations:
    _____
    _____
    _____

( ) Medical issues identified that result in the following
    RECOMMENDATIONS to the employee/management:
    ( ) PERMANENT   ( ) TEMPORARY    EXPIRES: --/--/--
    _____
    _____
    _____
    _____

    ( ) Possible Accommodations:
    _____
    _____
    _____
    ======================================================

Review/Follow Up Date: BY MON, 5/23/94

COMMENTS: ADDITIONAL DOCUMENTATION PENDING_____
    WORK SCHEDULE/LIMITS TO BE RE-EVALUATED BY MON, 5/23/94_____
    _____


*** MAKE A COPY OF THIS REPORT FOR YOUR FILES

Susan J. Bellamacina,RN, C.O.H.N.
Nurse Program Administrator
Occupational Health Services
Workforce Solutions An IBM Company

ML00585

From: PATG    --KGNVMC                    Date   α time    11/19/93 09:16:56
To: DORNEYK --KGNVMC    Dorney, Kevin
cc: KERN    --KGNVMC

From: _PATRICIA GIFFORD RN COHN__ TIE LINE 8-695-8700 (9-385)
        OCCUPATIONAL HEALTH SERVICES_KINGSTON
        DEPT. EV2A / 088
SUBJECT: (C) MEDICAL EVALUATION FORM

Employee: _GAIL KERNAGHAN_____  Serial: _142425_____
Div./Dept: _26/84TA_____Work Location: _KGN_____
Manager:  _KEVIN DORNEY_____

Purpose:
( ) Employment Evaluation       ( ) Return to Work
(X) Status Review               ( ) Periodic Evaluation

Disposition:

( ) No Medical Issues
(X) Medical issues identified that result in the following medical
    RESTRICTIONS: ( ) PERMANENT  (X) TEMPORARY  EXPIRES: --/--/--
    _WORK 5 TO 8 HOURS PER DAY_____
    ___MUST BE ABLE TO CHANGE POSITIONS FREQUENTLY AS NEEDED_____
    _____
    _____

    ( ) Possible Accommodations:
    _____
    _____
    _____

( ) Medical issues identified that result in the following
    RECOMMENDATIONS to the employee/management:
    ( ) PERMANENT  ( ) TEMPORARY    EXPIRES: --/--/--
    _____
    _____
    _____

    ( ) Possible Accommodations:
    _____
    _____

    ==============================================================

Review/Follow Up Date: AFTER 12/24 PMD APPT.

COMMENTS: _____
          _____
          _____

*** MAKE A COPY OF THIS REPORT FOR YOUR FILES

PATRICIA GIFFORD RN COHN    KGNVMC(PATG)
OCCUPATIONAL HEALTH SERVICES
W.F.S. AN I.B.M. COMPANY

From: BELLAMAC--KGNVM
To: DORNEYK --KGNVMC    Dorney, Kevin    Date and time    10/06/93 15:29:2.
cc: KERN    --KGNVMC

From: S.J.BELLAMACINA (BELLAMAC) KGNVMC
      OCCUPATIONAL HEALTH SERVICES AT KINGSTON EV2A/088
      8/695-6122 (ALT. EXT. 6502)
SUBJECT: (C) MEDICAL EVALUATION FORM

Employee: GAIL KERNAGHAN_____ Serial: 142425_____
Div./Dept: 26/84TA_____Work Location: KINGSTON_____
Manager:  KEVIN DORNEY_____

Purpose:
( ) Employment Evaluation    ( ) Return to Work
(X) Status Review 10/6/93    ( ) Periodic Evaluation

Disposition:

( ) No Medical Issues
(X) Medical issues identified that result in the following medical
    RESTRICTIONS: ( ) PERMANENT  (X) TEMPORARY  EXPIRES: 11/30/93
    WORK 5-8 HRS/ DAY AS TOLERATED_____
    MUST BE ABLE TO CHANGE POSITIONS FREQUENTLY AS NEEDED_____

    ( ) Possible Accommodations:
    _____
    _____
    _____
    _____

( ) Medical issues identified that result in the following
    RECOMMENDATIONS to the employee/management:
    ( ) PERMANENT   ( ) TEMPORARY    EXPIRES: --/--/--
    _____
    _____
    _____
    _____

    ( ) Possible Accommodations:
    _____
    _____
    _____
    ===================================================

Review/Follow Up Date: TUES, 11/30/93 2:00PM

COMMENTS: _____
          _____
          _____
          _____

*** MAKE A COPY OF THIS REPORT FOR YOUR FILES

Susan J. Bellamacina,RN, C.O.H.N.
Nurse Program Administrator
Occupational Health Services
Workforce Solutions An IBM Company

ML00587

From: PATG    --KG  MC                              and time    07/21/93 10:
To: DORNEYK --KG  MC    Dorney, Kevin
cc: KERN    --KGNVMC

From: _PATRICIA GIFFORD RN COHN__ TIE LINE 8-695-8700 (385)
      OCCUPATIONAL HEALTH SERVICES_KINGSTON
      DEPT. EV2A / 088
SUBJECT: (C) MEDICAL EVALUATION FORM

Employee: _GAIL KERNAGHAN_____ Serial: __142425_____
Div./Dept: _26-84TA_____ Work Location: __KGN_____
Manager: _KEVIN DORNEY_____

Purpose:
( ) Employment Evaluation    ( ) Return to Work
(X) Status Review            ( ) Periodic Evaluation

Disposition:

( ) No Medical Issues
(X) Medical issues identified that result in the following medical
    RESTRICTIONS: ( ) PERMANENT  (X) TEMPORARY  EXPIRES: --/--/--
    _WORK 4 TO 8 HOURS DAILY AS TOLERATED_____
    _____
    _____
    _____

    ( ) Possible Accommodations:
    _____
    _____
    _____

( ) Medical issues identified that result in the following
    RECOMMENDATIONS to the employee/management:
    ( ) PERMANENT   ( ) TEMPORARY    EXPIRES: --/--/--

    _____
    _____
    _____

    ( ) Possible Accommodations:
    _____
    _____
    =================================================================

Review/Follow Up Date: _TO BE SCHEDULED

COMMENTS: _____
          _____
          _____


*** MAKE A COPY OF THIS REPORT FOR YOUR FILES

PAT GIFFORD RN COHN____KGNVMC(PATG)
OCCUPATIONAL HEALTH SERVICES
W.F.S. AN I.B. M. COMPANY

ML00588

```
From: BELLAMAC--KG:  1C                    Da  and time   06/07/93 09:
To: DORNEYK --KG: 1C   Dorney, Kevin
cc: KERN   --KGNVMC
```

From: S.J.BELLAMACINA (BELLAMAC) KGNVMC
    OCCUPATIONAL HEALTH SERVICES AT KINGSTON EV2A/088
    8/695-6122 (ALT. EXT. 6502)
SUBJECT: (C) MEDICAL EVALUATION FORM


Employee:  GAIL KERNAGHAN_____  Serial: 142425_____
Div./Dept: 26/ 84TA_____ Work Location: KINGSTON_____
Manager:   KEVIN DORNEY_____

Purpose:
( ) Employment Evaluation     ( ) Return to Work
(X) Status Review 6/7/93       ( ) Periodic Evaluation

Disposition:

( ) No Medical Issues
(X) Medical issues identified that result in the following medical
    RESTRICTIONS: ( ) PERMANENT  (X) TEMPORARY  EXPIRES: 07/23/93

    - WORK 4 HRS/ DAY IN OFFICE AS TOLERATED_____
    - CAN INCREASE HOURS GRADUALLY UP TO ADDITIONAL 2 HRS/ DAY FROM HOME
      TERMINAL AS TOLERATED...TO BE WORKED OUT WITH MANAGER_____

    ( ) Possible Accommodations:
      _____
      _____
      _____
      _____

( ) Medical issues identified that result in the following
    RECOMMENDATIONS to the employee/management:
    ( ) PERMANENT   ( ) TEMPORARY    EXPIRES: --/--/--
      _____
      _____
      _____
      _____

    ( ) Possible Accommodations:
      _____
      _____
      ===========================================================

Review/Follow Up Date: WED, 7/21/93 9:00 AM

COMMENTS: _____
      _____
      _____


*** MAKE A COPY OF THIS REPORT FOR YOUR FILES

Susan J. Bellamacina,RN, C.O.H.N.
Nurse Program Administrator
Occupational Health Services
Workforce Solutions An IBM Company

                            B414

                                              ML00589

From: CMICHOS --KG  4Z                    D:   and time   04/26/93  13
To: WASHBURN--KG  4Z    Washburn, Bruce W.

From: Charlotte Michos (CMICHOS)KGNVMZ
      MHV Medical at Kingston EV2/088
      8/695-7020
SUBJECT: (C) MEDICAL EVALUATION FORM

Employee: Gail Kernaghan_____  Serial: 142425_____
Div./Dept: 26/84UA_____  Work Location: Kingston _____
Manager:   Bruce Wasburn_____

Purpose:
( ) Employment Evaluation        (X) Return to Work
( ) Status Review                ( ) Periodic Evaluation

Disposition:

( ) No Medical Issues
(X) Medical issues identified that result in the following medical
    RESTRICTIONS: ( ) PERMANENT  (X) TEMPORARY  EXPIRES: 06/15/93
    - Change position as needed_____
    - Part-time work schedule as tolerated: 20 hours/ week. Employee ___
    and mngr. to work out home and/or office work._____
    _____

    ( ) Possible Accommodations:
    _____
    _____
    _____

( ) Medical issues identified that result in the following
    RECOMMENDATIONS to the employee/management:
    ( ) PERMANENT   ( ) TEMPORARY     EXPIRES: --/--/--
    _____
    _____
    _____
    _____

    ( ) Possible Accommodations:
    _____
    _____
    ====================================================================

Review/Follow Up Date: Will contact employee in 1 month,send Profs note

COMMENTS: Medical documentation on file for S&A: 1/17/93-4/23/93_____
    _____
    _____


*** MAKE A COPY OF THIS REPORT FOR YOUR FILES

cc: KERN    --KGNVMZ

Charlotte Michos, RN
Sr. Associate Nurse
Occupational Health Services
Workforce Solutions, an IBM Company

ML00590

IBM

# Medical Status and Summary Report

5/20/85

| | | | |
|---|---|---|---|
| Applicant | GAIL KERNAGHAN | Job Title | PROGRAMMER |
| Recruiter | LILLIAN MALLIA | ☐ Temporary  ☒ Permanent—PRE | |
| Employee | | Serial No. | 142425 |
| Department | 6146 | Manager | J. G. Carlson |

## Purpose:

☒ Employment—PRE PERM   ☐ Power Vehicle   ☐ Security

☐ Return to Work   ☐ Cafeteria   ☐ Work with Chemicals

☐ Status Review   ☐ Maintenance   ☐ Record Review

## Restrictions

☐ Not to lift or carry over_____ lbs.   ☐ Temporary   ☐ Permanent

☐ Not to operate company motor vehicles   ☐ Wears contact lens

☐ May operate only selected machines   ☐ Hearing protection issued

☐ No work on elevations   ☐ Not to work in area above 85dB

☐ No excess walking   ☐ Avoid telephone communications

☐ No excess standing   ☐ Contact Medical Dept.

☐ No stooping, crouching, bending   ☒ Other: _not to wear contact lens_

☒ Avoid dust and fumes   _in E safety glass area._

☐ Vision problem, see Medical Dept.

☐ Avoid job where color is a factor

Status/Restrictions to be reviewed _____

## Employment Classification

☐ Acceptable without reservation for any type of employment

☒ Acceptable for limited employment (see restrictions)

☐ Employment considered hazardous to self or others

Comments: _____

Signature _J. Lyann M.D._   Date: _5-20-85_

1. Medical Dept.   2. Personnel   3. Manager   4. Employee

628-0790-0

B416

ML00591

ALBANY MEDICAL CENTER HOSPITAL

# AMBULATORY SURGICAL UNIT
# POST-OPERATIVE INSTRUCTIONS

DT 08/16/94 PR1244219
SERIAL:0052 7302
KERNAGHAN, GAIL
DOB 08/15/1952 SEX F
TUUC       PTYP AS
CARL MD. AL     PATIENT IDENTIFICATION
ALBANY MEDICAL CENTER
OP CARD

**PROCEDURE:**

|  | YES | NO | N/A |
|---|---|---|---|
| 1. Keep operative area clean and dry | [ ] | [ ] | [ ] |
| 2. Keep dressing dry and intact unless instructed by surgeon. | [ ] | [ ] | [ ] |
| 3. Keep operative area elevated if an extremity for 24 hours. | [ ] | [ ] | [ ] |
| 4. Apply sling. | [ ] | [ ] | [ ] |
| 5. Apply ice to operative area | [ ] | [ ] | [ ] |
| 6. a. Shower | [ ] | [ ] | [ ] |
| b. Tub Bath | [ ] | [ ] | [ ] |
| c. Swimming | [ ] | [ ] | [ ] |
| c. Douching | [ ] | [ ] | [ ] |
| e. Sexual Activity | [ ] | [ ] | [ ] |
| 7. Avoid stress on suture line. (no lifting, pushing, climbing) | [ ] | [ ] | [ ] |
| 8. Driving. | [ ] | [ ] | [ ] |
| 9. Observe for: | | | |
| a. Increased drainage | [ ] | [ ] | [ ] |
| b. Redness | [ ] | [ ] | [ ] |
| c. Swelling | [ ] | [ ] | [ ] |
| d. Odor | [ ] | [ ] | [ ] |
| e. Generalized elevated temperature over 101° | [ ] | [ ] | [ ] |
| f. Excessive bleeding. | [ ] | [ ] | [ ] |
| 10. Medications | [ ] | [ ] | [ ] |
| 11. Do not eat for two hours following procedure. | [ ] | [ ] | [ ] |
| 12. Resume usual diet. | [ ] | [ ] | [ ] |

13. Follow-up appointment with Dr. _____ Date _____ Time _____

14. May return to work _____

15. Complications

16. Any questions call Dr. _____ Phone _____

Number to reach you for follow-up phone call _____

**Ambulatory Surgery Unit at Albany Medical Center #445-4200, 445-4445**

1) Flat or next block
2) remove bandaid 24 hour toxite
3) how long pain is ↓ for
4) resume normal activities

5) call for needle site problems or ↑ temp

B417

ML00592

**IBM CONFIDENTIAL**          **CERTIFICATE OF MEDICAL DISABILITY**

**TO BE COMPLETED BY MANAGER:**

INSTRUCTIONS:  When an employee is absent from work for a significant illness, injury or communicable disease, complete the section below and forward to the employee prior to the expected return to work.  Request that the employee have the form completed by his/her private health care provider and bring the form to the IBM Occupational Health Services unit on the day of return to work (if location is remote from an OHS unit, mail or FAX the form and telephone OHS for a return to work interview.)

Employee _Kernaghan, Gail_          Serial Number _142425_          Last Day Worked / Location  Mo. Day Year _____

Manager _Kevin Dorney_          PROFS Node/ID _KWVMC(DORNEYK)_          Telephone Number _8-695-8220_

**TO BE COMPLETED BY PRIVATE HEALTH CARE PROVIDER:**

DATES OF DISABILITY          From: Mo Day Yr _3/14/94_          To: Mo Day Yr _5/9/94_

DATES OF HOSPITALIZATION          From: Mo Day Yr _N/A_          To: Mo Day Yr _____

Diagnosis _S/P L3 burst fx._

Date First Treated: _1/17/93_

Expected Return To Work Date: _5/9/94_          Full Time ___ Part Time _X_

Recommended Work Restrictions/Accommodations: _No heavy lifting bending or twisting_

Type of Surgery (if performed): _Spinal fusion   1/93 for L3 burst fx_

Physician's Signature _Allen Carl_          Physician's Name _Allen Carl MD_          Date _6/7/94_

Physician's Address (Street, City, State, Zip Code) _AMC Suite A730   New Scotland Ave, Albany, NY 12208_          Telephone No. _518-262-5636_

(  ) ___-___

**(CMD SCRIPT 6/93)**

ML00593

B. BARRY GREENHOUSE, M.D., P.C.
PAIN MANAGEMENT CENTER
3 COLUMBIA CIRCLE • ALBANY, NY 12203
(518) 464-0039

*Phil Kernighan*                                   JUN 13        Age
**Full Name**

_____ Date
**Address**

**Rx** (Use separate form for each prescription)

*There is no reason*
*Mrs Kernighan cannot*
*work while taking*
*effexor*

Refill   1   2   3   4   5   NR

Primary Diagnosis: _____

Anticipated Rx Outcome: _____

**Signature:** _____    DEA No.: **AG9565803**

**New York State License No.: _089671_**

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES "D A W" IN THE BOX BELOW

Dispense As Written

ML00594

**IBM Confidential**

**≡≡≡≡**
**IBM**

**Authorization**
**for Release of Medical Information**

(except for Alcohol and Drug Treatment records) **to IBM / by IBM**

Please print or type all information requested.

| Physician/Health Care Provider/Organization |
| --- |
| ALLEN CARL MD. |

Street Address
Albany Medical College  47 New Scotland

| City | State | Zip Code |
| --- | --- | --- |
| ALBANY | NY | 12208-3479 |

Area Code/Telephone Number
(518) 262-5636

| Name | If Employee, Serial | Div./Dept./B.O. | Location |
| --- | --- | --- | --- |
| GAIL KERNAGHAN | 142 425 | 37/84TA | KINGSTON |

I understand that it may be helpful for the International Business Machines Corporation (IBM) and its wholly owned subsidiaries and the above named physician/health care provider/organization to exchange medical information about me to enable assessment and evaluation of my health status as it relates to the work environment; to assist in my rehabilitation; to determine my eligibility for benefits under the IBM Sickness and Accident Income Plan, or other IBM benefit plans; and/or for other proper medical purposes. This exchange of information may include information already known to the health care organization, such as that which was previously learned from my request for benefits or case management. It is also my understanding that any information so furnished will be disclosed only to those with a need to know or as required by law. I recognize that in accordance with IBM policy, I generally have a right of access to medical records retained by IBM. I therefore authorize and request IBM and the above named physician/health care provider/organization to exchange medical information as requested, including a summary of hospital, clinical or other medical records in their possession, and any other such documents as they may deem appropriate, concerning my medical condition during the period:

| from: | to: |
| --- | --- |
| 1/93 | THRU 1/95 |

Please forward the requested information in the enclosed IBM envelope to:

| International Business Machines Corporation (IBM) |
| --- |
| **I B M  -  KINGSTON** |
| IBM Medical Department |
| **OCCUPATIONAL HEALTH SERVICES** |
| Address |
| **NEIGHBORHOOD  ROAD  EV 2/088** |
| **KINGSTON, NEW YORK 12401** |

(Signature of parent or guardian, if minor or where required)

| Signature (indicate parent or guardian) | Date |
| --- | --- |
| Gail Kernaghan | 5/31/94 |

Witness (Type or print Name)
Susan J. Bellancin #, RN Corra

| Witness' Signature | Date |
| --- | --- |
| Susan J Bellancena | 5/31/94 |

This authorization may be altered or cancelled at any time by notice in writing to the IBM medical department or to the physician/health care provider/organization to which it is directed.

ML00595

**IBM Confidential**

IBM

**Authorization
for Release of Medical Information**

(except for Alcohol and Drug Treatment records) **to IBM / by IBM**

Please print or type all information requested.

Physician/Health Care Provider/Organization
*DR. GREENHOUSE*

Street Address

| City *ALBANY* | State *N.Y.* | Zip Code *12208* |
| --- | --- | --- |

Area Code/Telephone Number

| Name *GAIL KERNAGHAN* | If Employee, Serial *142425* | Div./Dept./B.O. *37/84TA* | Location *KINGSTON* |
| --- | --- | --- | --- |

I understand that it may be helpful for the International Business Machines Corporation (IBM) and its wholly owned subsidiaries and the above named physician/health care provider/organization to exchange medical information about me to enable assessment and evaluation of my health status as it relates to the work environment; to assist in my rehabilitation; to determine my eligibility for benefits under the IBM Sickness and Accident Income Plan, or other IBM benefit plans; and/or for other proper medical purposes. This exchange of information may include information already known to the health care organization, such as that which was previously learned from my request for benefits or case management. It is also my understanding that any information so furnished will be disclosed only to those with a need to know or as required by law. I recognize that in accordance with IBM policy, I generally have a right of access to medical records retained by IBM. I therefore authorize and request IBM and the above named physician/health care provider/organization to exchange medical information as requested, including a summary of hospital, clinical or other medical records in their possession, and any other such documents as they may deem appropriate, concerning my medical condition during the period:

| from: *3/94* | to: *thru 1/95* |
| --- | --- |

Please forward the requested information in the enclosed IBM envelope to:

International Business Machines Corporation (IBM)
IBM - KINGSTON
IBM Medical Department
OCCUPATIONAL HEALTH SERVICES
Address
NEIGHBORHOOD ROAD EV2/088

KINGSTON, NEW YORK  12401

(Signature of parent or guardian, if minor or where required)

| Signature (Indicate parent or guardian) *Gail Kernaghan* | Date *5/31/94* |
| --- | --- |
| Witness (Type or print Name) *Susan J. Bellamacin A RN COHN* | |
| Witness' Signature *Susan J Bellamacin* | Date *5/31/94* |

This authorization may be altered or cancelled at any time by notice in writing to the IBM medical department or to the physician/health care provider/organization to which it is directed.

ML00596

From: KERN    --KGNVMC                          Date    α time    05/31/94 10:54:37
To: BELLAMAC--KGNVMC    Bellamacina, S. J.

FROM: KGNVMC(KERN)              Gail A.Kernaghan, 8/695-5343
AIX/ESA PPS Service Planning
SUBJECT: Dr. Greenhouse

FYI.. in case you need this. B. Barry Greenhouse
                             Pain Management Center
                             3 Columbia Circle
                             Albany, NY 12203


Gail

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ML00597

Case 1:05-cv-00402-GMS    Document 39    Filed 04/13/2006    Page 19 of 54



### The Albany Medical College

47 New Scotland Avenue
Albany, New York 12208-3479

DIVISION OF ORTHOPAEDIC SURGERY
(518) 262-5636

May 2, 1994

To Whom it May Concern,

    Gail Kernaghan is under my care for an orthopedic
condition.  She may return to work on a part time basis.
If you have any questions concerning this patient,  you
may call my office at the above telephone number.

Sincerely,

Allen Carl, MD

ML00598

```
From: KERN    --KGNVMC                  Date  .d time    03/21/94 10:51:11
To: BELLAMAC--KGNVMC    Bellamacina, S. J.
cc: DORNEYK --KGNVMC
```

```
FROM: KGNVMC(KERN)            Gail A.Kernaghan, 8/695-5343
AIX/ESA Release Management            FAX 8-693-4201
SUBJECT: Personal
```

Susan:

I met with Dr Carl in Albany last week and he recommended that I not return to work until I see him again on 4/6/94. I am scheduled for a 3-D CAT scan on 3/24/94 to determine if there is compression in the spin and where it is originating from.
I will get a return to work slip from him and contact you to set up a meeting.
My home terminal is not working well, so please contact me at home if you need any additional information 876-2095.

Cheers,
Gail

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ML00599
```

From: KERN      --KGNVM                Date  .d time      03/09/94 10:15:0
To: BELLAMAC--KGNVMC    Bellamacina, S. J.

FROM: KGNVMC(KERN)              Gail A.Kernaghan, 8/695-5343
AIX/ESA Release Management             FAX 8-693-4201
SUBJECT: Update

Susan:

I've seen no appreciable improvement in my back from the acupuncture
(and it's been an extremely painful experience) so I've contacted
Dr. Carl's office and will be going in 3/16/94 for visit. I will
update you with his recommendations.

Cheers,
Gail

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

ML00600

```
From: KERN    --KGNVM               Date   d time      09/30/93 09:38:4(
To: DORNEYK --KGNVMC
cc: BELLAMAC--KGNVMC

FROM: KGNVMC(KERN)           Gail A.Kernaghan, 8/695-5343
AIX/ESA Release Management         FAX 8-693-4201
SUBJECT: Medical
```

Kevin:

Progression of my recovery is not as the doctor had anticipated.
As a result, he has requested that I see people at the back
clinic in Albany, to assist in reducing the back pain that I am
having, in hopes that this will prevent surgery. I have an
appointment next Tuesday, 10/5. Once I've completed the initial
visit, I'll be better able to tell you the impact this will have
on my work schedule.

Sorry.


Cheers,
Gail

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

9/30/93
    F/u appt is on sched for 10/6/93

    T.C. to emp. - ? change appt to later that week
        - emp will reschedd appt per
            to late wk n sept          AJB
```

ML00601

M Confidential                                    CERTI CATE OF MEDICAL DISABILITY

MEDI  TEM
OCT *** 9 *** *M  **TMENT

**TO BE COMPLETED BY MANAGER:**

INSTRUCTIONS: When an employee is absent from work for a significant illness, injury or communicable disease, complete the section below and forward to the employee prior to the expected return to work. Request that the employee have the form completed by his/her private health care provider and bring the form to the IBM Occupational Health Services' unit on the day of return to work (If location is remote from an OHS unit, mail or FAX the form and telephone OHS for a return to work interview.)

| Employee | Serial Number | Location | Last Day Worked |
|---|---|---|---|
| Gail Kernaghan | 142425 | | Mo.    Day    Yr. |
| Manager | PROFS Node / ID | | Telephone Number |

**TO BE COMPLETED BY PRIVATE HEALTH CARE PROVIDER:**

| Dates of Disability | | | | | | Dates of Hospitalization | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From: Mo 1 | Day 17 | Yr 93 | To: Mo 8 | Day 1 | Yr 93 | From: Mo 1 | Day 17 | Yr 93 | To: Mo 1 | Day 31 | Yr 93 |

Diagnosis:

L3 burst fracture

Date First Treated: 1/17/93

Expected Return To Work Date: 8/1/93         Full Time ☐    Part Time ☒

Recommended Work Restrictions / Accommodations:

no heavy lifting, bending or twisting

Type Surgery (if performed): N/A

ML00602

| Physician's Signature | Date |
|---|---|
| | 10.4.93 |
| Physician's Name | |
| Allen Carl, MD | |
| Physician's Address  (City / State / Zip) | Telephone Number |
| AMC Suite A280  New Scotland Av | 518 26 25636 |
| Albany NY 12208 | B427 |

ZM04-8068-6 Rev. 11/92 (U/M 050)                    PRINTED IN U.S.A.

M Confidential                    CERT. CATE OF MEDICAL DISABILITY

## TO BE COMPLETED BY MANAGER:

INSTRUCTIONS: When an employee is absent from work for a significant illness, injury or communicable disease, complete the section below and forward to the employee prior to the expected return to work. Request that the employee have the form completed by his/her private health care provider and bring the form to the IBM Occupational Health Services' unit on the day of return to work (If location is remote from an OHS unit, mail or FAX the form and telephone OHS for a return to work interview.)

| Employee Gail Kernaghan | Serial Number 142428 | Location | Last Day Worked Mo. Day Yr. |
|---|---|---|---|
| Manager | PROFS Node / ID | | Telephone Number |

## TO BE COMPLETED BY PRIVATE HEALTH CARE PROVIDER:

| Dates of Disability From: Mo 1 Day 17 Yr 93 To: Mo 8 Day 1 Yr 93 | Dates of Hospitalization From: Mo 1 Day 17 Yr 93 To: Mo 1 Day 31 Yr 93 |
|---|---|

Diagnosis:

L3 burst fracture

Date First Treated: 1/17/93

Expected Return To Work Date: 8/1/93 Part-time    Full Time ☐    Part Time ☐

Recommended Work Restrictions / Accommodations:

No heavy lifting, bending or twisting.

Type Surgery (if performed): N/A

ML00603

| Physician's Signature Allen Carl, MD | Date 7/6/93 |
|---|---|
| Physician's Name AMC, Suite A380, New Scotland Ave. | Telephone Number 578-262-5636 |
| Physician's Address (City / State / Zip) Albany, NY 12208 | B428 |

ZM04-8068-6 Rev. 11/92 (U/M 050)    PRINTED IN U.S.A.    *Emp. has been working part-time since 4/26/93

From: BELLAMAC--KGNVMC                          Date and time    07/20/93 12:
To: BACARR  --KGNVMC     Carr, Betty A.

From: S.J.BELLAMACINA (BELLAMAC) KGNVMC
      OCCUPATIONAL HEALTH SERVICES AT KINGSTON EV2A/088
      8/695-6122 (ALT. EXT. 6502)
Subject: (c) Kevin Dorney's emp: Gail Kernaghan

Betty- As per Kevin's message, you are the covering manager.

Gail is on my schedule for tomorrow, but I believe she is
currently out of work again at this time based on some
medical documentation I rec'd.

I would like to verify that is is out of work, and perhaps
call her or ask you to call her to make sure that she
will not be coming in for that appt that had been scheduled
when I last saw her on 6/7/93. I plan to take a vacation
day tomorrow.

Please call me, if you can, prior to 2:00 PM today. If
we cannot make contact with Gail today, and she does
come in, Pat Gifford, RN will see her.

Thanks,
Susan

. . . . . . . . . . . . . . . . .

Susan J. Bellamacina,RN, C.O.H.N.
Nurse Program Administrator
Occupational Health Services
Workforce Solutions An IBM Company

ML00604

B429

KERNAGHAN, GAIL                    DOB:  8-15-52

MARCH 25, 1993

She is doing better.  She may now sleep without her brace.  I
have given her the okay to ambulate for up to a mile to a mile
and a half at a time.  I'd like her to start stationary bike
riding and work her way up from five minutes at a time to 30
minutes at a time.  Her right hip discomfort is also improving. I
have also given her the okay to swim.  She is to take her brace
off by the side of the pool; do no swimming on her belly; only on
her side or her side. In a month from now we will probably get
her out of her brace and start some physical therapy.  If she
wants to go on any long trips or do any exertional activity, I
suggested that she try this at home on her own first before she
goes and does it routinely.  As far as returning to work as a
programmer, it is really up to her.  She will call us if she
feels she needs to do this in the very near future.  She has
given us a form to be completed so that she can return to work
but i have explained to her that she should not consider return-
ing to work until she feels much more comfortable.  We will see
her in a month and start her on some physical therapy and proba-
bly dispense with her brace.  Her x-rays today show that she
maintains about a 6 degree kyphosis which is no different than
the past measurements.  We will see her in a month but she will
call us if she wants to return to work earlier.


                          Allen Carl, M.D.

AC/lg


                              B430                         ML00605

KERNAGHAN, GAIL                    DOB:  8-15-52

FEBRUARY 11, 1993

She has a 5 degree kyphosis. Her right hip is better.  She does
have some left sided thigh discomfort.  She has been having
trouble with bowel movements and I suggested she cut back on her
Tylenol #3 and use Toradol alone. I have given her a prescription
for more Toradol. I'd like her to increase her ambulation dis-
tance to about a mile per day.  When we see her the next time I
would like her to start stationary biking.  She needs to try to
keep her diabetes under control as best she can so that there is
less of a chance of her going on to poor healing.  There is a 10%
chance that things may not heal satisfactorily. If that were the
case and the pain were to arise, she might be one of those
patients who would require late surgery.  I plan to see her back
in four weeks unless she needs us beforehand.  We also went over
the MRI results with her so that she could see where her abnor-
malities are.


                         Allen Carl, M.D.

AC/lg

ML00606

WFS Workforce Solutions
An IBM Company

Neighborhood Road, MS 088
Kingston, NY 12401
914 385-6502
Fax 385-8266

4/13/93

Dr. Allen Carl
Albany Medical College-A280
Albany, NY 12208

Subject: Gail Kernaghan    , S/N:142425, DOB: 8/15/52

Dear Dr. Carl:

In order to assure the health and safety of the above-named employee
in the work place, would you please provide us with a summary in
regard to the following medical condition(s):

Fracture of Spine

Please include a current diagnosis, treatment, prognosis, and re-
commend any medical work restrictions you feel appropriate.

Enclosed you will find a signed Employee Authorization for Release
of Medical Information with the specified dates along with a form
you may use for your convenience.

Thank you for your assistance.

Very truly yours,

Charlotte Michos, BS, RN
Senior Associate Nurse
Occupational Health Services

ML00607

Note: Certificate of Disability form forwarded
to BMS as well

IBM Confidential



# Authorization
## for Release of Medical Information

(except for Alcohol and Drug Treatment records) **to IBM / by IBM**

Please print or type all information requested.

| Physician/Health Care Provider/Organization | |
|---|---|
| Dr Allen Carl | University Orthopedic Surgeons |

| Street Address |
|---|
| Albany Medical College Suite A-230 |

| City | State | Zip Code |
|---|---|---|
| Albany | NY | 12208 |

| Area Code/Telephone Number | |
|---|---|
| 518 262-5633 | 445-5636 |

Shunt:

| Name | If Employee, Serial | Div/Dept/B.O. | Location |
|---|---|---|---|
| ★ Gail Kernaghan | 142885 | E5/89A/884 | KGN |

I understand that it may be helpful for the International Business Machines Corporation (IBM) and its wholly owned subsidiaries and the above named physician/health care provider/organization to exchange medical information about me to enable assessment and evaluation of my health status as it relates to the work environment; to assist in my rehabilitation; to determine my eligibility for benefits under the IBM Sickness and Accident Income Plan, or other IBM benefit plans; and/or for other proper medical purposes. This exchange of information may include information already known to the health care organization, such as that which was previously learned from my request for benefits or case management. It is also my understanding that any information so furnished will be disclosed only to those with a need to know or as required by law. I recognize that in accordance with IBM policy, I generally have a right of access to medical records retained by IBM. I therefore authorize and request IBM and the above named physician/health care provider/organization to exchange medical information as requested, including a summary of hospital, clinical or other medical records in their possession, and any other such documents as they may deem appropiate, concerning my medical condition during the period:

Hemost
657-2316

| from: | to: |
|---|---|
| 4/93 | 10/93 |

Please forward the requested information in the enclosed IBM envelope to:

| International Business Machines Corporation (IBM) |
|---|
| IBM Medical Department |
| Address **EV2A/088**<br>**NEIGHBORHOOD ROAD**<br>**KINGSTON, NY 12401** |

(Signature of parent or guardian, if minor or where required)

| Signature (indicate parent or guardian) | Date |
|---|---|
| Gail A. Kernaghan | 4/5/93 |

| Witness (Type or print Name) |
|---|
| BRUCE W. WASHBURN |

| Witness Signature | Date |
|---|---|
| Bruce W. Washburn | 4/5/93 |

**This authorization may be altered or cancelled at any time by notice in writing to the IBM medical department or to the physician/health care provider/organization to which it is directed.**

ML00608

RICHARD L. JACOBS, M.D.
DEA #AJ6360046

ALLEN L. CARL, M.D.
DEA #AC1469205
RICHARD L. UHL, M.D.
DEA #BU1051565

MARC D. FUCHS, M.D.
DEA #BF1006394
JOHN E. BARKER, R.S.A., O.P.A-C
NYS REG. #_X00063-1

**UNIVERSITY ORTHOPAEDIC SURGEONS**
SUITE A280, ALBANY MEDICAL COLLEGE
ALBANY, NEW YORK 12208
TELEPHONE: (518) 262-5636

NAME  Gail Kernighan                          AGE _____

ADDRESS _____  DATE  11/5/93

℞  Pt improving c P.T.

For eval of hip pain

Continue present work
☐ Label       responsibilities
REFILL  1  2  3  4  5  6  12  NR

PRINT NAME _____

SIGNATURE _____ M.D.

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW

Dispense As Written                    11/16/93
                                        PU

ML00609

**IBM**

**Medical History Sheet**

Employee Name _____    Employee Serial Number _____

| Date | History |
|------|---------|
|      |         |

TELEPHONE: (518) 262-5636

RICHARD L. JACOBS, M.D.
DEA NO AJ 6360046

ALLEN L. CARL, M.D.                    MARC D. FUCHS, M.D.
DEA NO. AC 1469205                     DEA NO. BF 1006394

RICHARD L. UHL, M.D.
DEA NO. BU 1051565

**UNIVERSITY ORTHOPAEDIC SURGEONS**
SUITE A280, ALBANY MEDICAL COLLEGE
ALBANY, NEW YORK 12208

NAME: _Gail Kernaghan_____    AGE _____

ADDRESS: _____    DATE _4/13/93_

**R**

Pt. is three mo. S/P PSF
L1-3 for L3 fx.

Pt. may return to
P.T. work

☐ Label

REFILL  1  2  3  4  5  6  12  NR

PRINT NAME _____

SIGNATURE _____    M.D.

**THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW**

Dispense As Written

ML00610

138162

P.O. Box M, King of Prussia, PA 19406 • (215) 2‥ 200

# SmithKline Bio-Science Laboratories

| PATIENT NAME | AGE | SEX | SPECIMEN DATE | DATE RECEIVED | DATE REPORTED | LAB NO. | CLIENT NO. |
|---|---|---|---|---|---|---|---|
| KERNAGHAN  GAIL | 32 | F | 05/20/85 | 05/22/85 | 05/23/85 | 000441 | 11112016 |

TEST NAME          RESULTS                        ADULT REFERENCE RANGE          SITE

DRUG & THC SCREEN,UR              PAGE NO.   1 OF   1                    01
DRUG ABUSE, URINE

                    NO DRUGS DETECTED

            URINE SPECIMENS ARE ROUTINELY ANALYZED FOR THE
            PRESENCE OF THE FOLLOWING DRUGS:

        AMPHETAMINES                  NARCOTICS (CONT')
        BARBITURATES                      OXYCODONE(PERCODAN)
        BENZODIAZEPINES                   PHENCYCLIDINE(PCP)
        GLUTETHIMIDE(DORIDEN)             PENTAZOCINE(TALWIN)
        NARCOTICS + OTHER BASES           PROPOXYPHENE(DARVON)
            COCAINE                       QUININE
            CODEINE                   PHENOTHIAZINES
            HYDROMORPHONE(DILAUDID)   PHENYTOIN(DILANTIN)
            MEPERIDINE(DEMEROL)       TRICYCLICS
            METHADONE                     AMITRIPTYLINE(ELAVIL)
            METHAQUALONE(QUAALUDE)        DOXEPIN(SINEQUAN)
            MORPHINE                      IMIPRAMINE(TOFRANIL)

            **ALL DRUGS DETECTED ARE CONFIRMED**

CANNABINOID SCREEN
            RESULT---NONE DETECTED
                LIMIT OF DETECTION: 50 MCG/L
                            NORMAL:NONE DETECTED

        * ALL TESTS PER THIS REQUEST ARE COMPLETED *

                                        ML00611
    01 J.M. DOLPHIN,MD, LAB DIRECTOR
                                B436

SEE REVERSE FOR SITE LOCATION


SKBL

                    IBM KINGSTON, NY
                    ATTN: MEDICAL DEPT
                    NEIGHBORHOOD RD
            JZ      KINGSTON            NY  12401

B437                    ML00612

IBM N3I9SI

## BAUSCH & LOMB OCCUPATIONAL VISION TESTS
### WITH THE ORTHO-RATER

CARD

NAME _GAiL   KERNAGbAN_ NO._142425_

DEPT._____ JOB _Pre/Perm - DATA Systems_
                        _ASSuRANce_

AGE _____ M ____ F __✓__ EXP._____

NONE _____  ALL-WAYS __✓__  BI-FOCAL ____  FAR ____ NEAR __✓__ ONLY ____  IRRE-GULAR ____  JOB SPECIAL ____  SAFETY ____

DATE _____ TESTER _C. Wugnr̃n_ CLERK _____

EXAM. IN LAST YEAR _____ CHANGE IN RX _____
NOTE:

_Contacts_

BAUSCH & LOMB INCORPORATED

| Rx – 0 | FAR | | | VISUAL | PERFORMANCE | | PROFILE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHORIA** VERTICAL | X | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | | | |
| LATERAL | X | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| **ACUITY** BOTH | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | (10) | 11 | 12 | 13 | 14 | 15 |
| RIGHT | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| LEFT | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| DEPTH | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | | | | |
| COLOR | 0 | 1 | 2 | 3 | 4 | 5 | (6) | | | | | | | | | |
| Rx – 0 | NEAR | | | | | | | | | | | | | | | |
| **ACUITY** BOTH | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | (9) | 10 | 11 | 12 | 13 | 14 | 15 |
| RIGHT | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | (10) | 11 | 12 | 13 | 14 | 15 |
| LEFT | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| **IORIA** VERTICAL | X | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | | | | |

# IBM

**Audiometric Examination**

**IBM CONFIDENTIAL**

NAME: _GAL_ _KERNAGHN_
FIRST     M.I.     LAST

RETURN SHEET TO: _016_

**EXAM DATE**

| JAN | FEB | MAR | APR | MAY | JUN |
| JUL | AUG | SEP | OCT | NOV | DEC |

DAY

YEAR — 1960  1970  1980

**EXAM LOC** 0 1 6

**SERIAL** 1 4 2 1 4 5

---

## CURRENT INFORMATION

Dept. # **61LG**     Job Shift:

Job Title: **DATA SYSTEMS ASSURANCE**

Time on This Job: DAYS WKS MOS YRS

**Noise Exposure Prior to Test:**

TIME SINCE: 30 MIN / 1 HR / 2 HRS / 4 HRS / 8 HRS / 14+HRS / UNK.

DURATION: NONE / 1-30 MIN / 1 HR / 3 HRS / 3 HRS / 8 HRS

Protection Worn: ALWAYS / USUALLY / SELDOM / NEVER

Type of Protection Issued (NIOSH #)

Ear Plug Size:  Right Ear / Left Ear — SMALL / MEDIUM / LARGE / EXTRA

**Examination:**

NOT PERFORMED     RIGHT NORMAL     LEFT NORMAL

| | RIGHT EAR | | LEFT EAR | |
| | YES | NO | YES | NO |
| EAR DRUM ABNORMAL | | | | |
| CANAL INFLAMED | | | | |
| DISCHARGE | | | | |
| CERUMEN (WAX) IMPACTED | | | | |
| OTHER | | | | |

---

## HISTORY

**EXAM TYPE:** BASE / ENTRY / SURVEY / CORRECTION / PERIODIC / VHSE / EXIT / WITH PLUGS

Have you ever, or since your last exam had a:

A. HEAD INJURY     B. RECURRING OR PERSISTENT:     HISSING

BUZZING / RINGING / ROARING / EAR ACHES / EAR INFECTION

FREQ. COLDS / DIZZINESS / NASAL ALLERGY / SINUS INFECTIONS

If Aware of Loss of Hearing Indicate Cause and Age at Onset: EXPLOSION / MILITARY / INDUSTRY / SURGERY

AT BIRTH / INFECTION / INJURY / HOBBIES / MEDICATION

OTHER / HEREDITARY / UNKNOWN

Age: BIRTH

Is Loss Progressive?  YES  NO  UNKNOWN

Wears Hearing Aid?  YES

Has Had Otologist Consultation?  YES

Family Hearing Problem?  MOTHER / FATHER / SIBLING

Previous Noise Exposure:

Non-IBM     <1 / 1-5 / 6-10 / 11-15 / >15

Industrial (Yrs)

Military — ARMS / ARTILL. / ENGS. / <3 MO / 1-4 YRS / >4 YRS

Current Non-IBM Noise Exposure:     SNOWMOBILE

MCYCL / POWER EQUIP / AIRCRAFT / FARMING / MUSIC / RACING / HUNTING TARGET / OTHER

Ear Protection Worn?  YES  NO

---

## CURRENT JOB EXPOSURE:

NOT APPLICABLE     NO CHANGE     NO INFORMATION

| 1 | dBA | | | OCC/DAY | | DAYS/WK | |
| | TYPE | STDY INT IMP | HRS/DAY | | MIN/DAY | | WKS/MO |
| 2 | dBA | | | OCC/DAY | | DAYS/WK | |
| | TYPE | STDY INT IMP | HRS/DAY | | MIN/DAY | | WKS/MO |
| 3 | dBA | | | OCC/DAY | | DAYS/WK | |
| | TYPE | STDY INT IMP | HRS/DAY | | MIN/DAY | | WKS/MO |

---

## AUDIOMETRY TEST

TIME OF DAY     HOUR     MINS

| | RIGHT EAR | | LEFT EAR |
| Calibration Standard | KHZ | dB | | KHZ | dB |
| | .5 | 5 | | .5 | 5 |
| ANSI | 1 | 10 | | 1 | 5 |
| ISO | 2 | 5 | | 2 | 5 |
| ASA | 3 | 5 | | 3 | 5 |
| OTHER | 4 | 5 | | 4 | 10 |
| | 6 | | | 6 | 10 |
| | 8 | | | 8 | |

AUDIOMETER #:     TEST ADMINISTERED BY:     PROTECTION FITTED BY:

COMMENTS: _____

B438     ML00613     Signature: _C. Hoope RN_

**IBM**

# Medical Examination

**The law prohibits discrimination because of age, sex, religion, race, color, national origin, and requires affirmative action in the hiring of the handicapped and veterans.**

BRANCH OFFICE OR PLANT NAME _Kingston  IBM_    BR. OFF. NO. _____    DEPT. _6126_    DIV. _26_    DATE OF EXAMINATION _5/20/85_

POSITION APPLYING FOR _Programmer_

1. APPLICANT'S NAME _Kernaghan, Gail A._    2. ADDRESS _1356 Westwood Dr. Lorain, Ohio 44053_

3. SEX — MALE _____ FEMALE _✓_    4. DATE OF BIRTH _8-15-52_

5. IN WHAT COUNTRIES HAVE YOU TRAVELED OR LIVED ABROAD? _____

## APPLICANT'S MEDICAL HISTORY

**To Be Completed By Applicant**

6. Check below if you have ever had: if so, indicate number and date of illness    _#3 Diagnosed 9/70; #24 1956_    if none, check here _____

| | | | | |
|---|---|---|---|---|
| 1___Epilepsy | 8___Bloodspitting | 15___Varicose Veins | 22___Fainting Spells | 29___Cancer or Tumors | 36___Frequent Sore Throat |
| 2___Arthritis | 9___Poliomyelitis | 16___Swollen Glands | 23___Rectal Trouble | 30___Frequent Indigestion | 37___Chorea (St. Vitus Dance) |
| 3_✓_Diabetes | 10___Tuberculosis | 17___Typhoid Fever | 24___Rheumatic Fever | 31___Peptic (Stomach) Ulcer | 38___Dermatitis (Skin Trouble) |
| 4___Paralysis | 11___Discharge (Ear) | 18___Heart Trouble | 25___Kidney Trouble | 32___Backache or Sprain | 39___Frequent Nose Bleeding |
| 5___Jaundice | 12___Earaches | 19___Chronic Cough | 26___Veneral Disease | 33___Asthma or Hayfever | 40___Frequent Headaches or |
| 6___Malaria | 13___Pleurisy | 20___Hernia (Rupture) | 27___Shortness of Breath | 34___Difficulty of Urination | Dizziness |
| 7___Gout | 14___Pneumonia | 21___Frequent Colds | 28___Chronic Constipation | 35___High Blood Pressure | |

Diseases of childhood _Measles, Mumps, Chicken Pox_

State details of illness, operations, of injuries: _Tubal Ligation – Dec 1984_    illnesses not listed above: _None_

Operations (including tonsils)

Injuries (including fractures)

8. Have you any impairment of sight or hearing? _Sight_

9. Has your weight changed in past two years? _No_    Increased _____ decreased _____ lbs.

10. Last employment _St. Joseph Hospital_    Type of industry: _Health Care_

11. What vaccinations or inoculations have you had? _Smallpox DPT_

12. Have you ever received treatment for alcohol or drug habit? _No_

13. When did you last consult a physician? Physician's Name _Dr. ____    Date _4/85_

14. Do you smoke? _No_    How much? _____

15. Are you applying for or receiving any pension or disability payments? _No_

16. Have you ever been refused insurance?    If yes, explain _No_

17. Have you any compensation claim pending?    If yes, explain _No_

18. Family record

## FAMILY RECORD AND MEDICAL HISTORY

ML00614

**Father** _____

| | Age | Health |
|---|---|---|
| Living | 59 | fair |
| Deceased | Age | Cause of death |

**Mother** _____

| | Age | Health |
|---|---|---|
| Living | 53 | fair |
| Deceased | Age | Cause of death |

Brothers: No. _1_    If not in good health state cause of illness (or death): _____

Sisters: No. _1_    If not in good health state cause of illness (or death): _____

19. Family medical history: Has any member of your immediate family ever had:

| Disease | Yes | No | Member of Family | Disease | Yes | No | Members of Family |
|---|---|---|---|---|---|---|---|
| Tuberculosis | | ✓ | | Apoplexy (Stroke) | | ✓ | |
| Cancer | | ✓ | | Heart Trouble | | ✓ | |
| Epilepsy | | | | Kidney Trouble | | | |
| Diabetes | | | | High Blood Pressure | ✓ | | _Mother_ |

**The information that I have provided on this questionnaire is accurate to the best of my knowledge. I have read, understand, and agree that IBM will require a medical examination and if further medical information is required, I agree to provide signed release statement as requested to secure the information.**

**This and other medical information will be held in strict confidence. It will be released only where required by law. Non-confidential information regarding work restrictions relating to job assignment will be provided to management and personnel.**

_Gail A. Kernaghan_

BM CONFIDENTIAL

# MEDICAL EXAMINATION
## (FOR PHYSICIAN'S USE ONLY)

| 1. General appearance | Alat, W.D. W.N. | 2. Personal hygiene | good |
|---|---|---|---|

| 3. Height | 4. Weight | 5. Temperature (Oral) | 6. Skin | 7. Scalp |
|---|---|---|---|---|
| 65 | 134 1/4 | | acne. | ✓ |

**8. Vision** — Indicate any eye diseases and date of same _____

| | Distant (Snellen) | Near (Jaeger type) | | Color Vision |
|---|---|---|---|---|
| Vision Without Glasses: | R. ___ L ___ | R. ___ L ___ | | Red   Blue   Green |
| Vision With Glasses: | R. 24/20 L 20/20 | R. 14/14 L 14/17 | Visual Field — Restricted to: R. ___ % L. ___ % | |

**Oculomotor**
Pupils: ✓     Fundi: ✓
Reaction of pupils to light: ✓
Accommodation: ✓

| 9. Hearing at 20 feet | Pass 20/40 | Drums | Cerumen | 10. Nose | Sinuses |
|---|---|---|---|---|---|
| R. ___ % L ___ % | | ✓ | ⌣ | | ✓ |

| 11. Throat Condition | ✓ | Pharynx | ✓ | Mucous Membranes | 12. Tongue | ✓ | 13. Tonsils | ✓ |
|---|---|---|---|---|---|---|---|---|

| 14. Teeth—gums | recent dental work | 15. Lymph nodes | ✓ | 16. Thyroid | ✓ |
|---|---|---|---|---|---|

| 17. Chest | ✓ | 18. Breasts | NE | 19. Spine | ✓ |
|---|---|---|---|---|---|

| 20. Lungs | clean to A | 21. Pulse | |
|---|---|---|---|

| 22. Heart | RSR, no ⊕, not a gallop appreciated | 23. Blood pressure Sys. 110   Dia. 68 |
|---|---|---|

| 24. Abdomen | soft; nl. BS. | 25. Rectal Hemorrhoids NE   Fistula NE   Pilonidal NE |
|---|---|---|

| 26. Hernia | R. NE   Inguinal Rings   L NE | Umbilical ⌣ | 27. Varicosities ⊖ |
|---|---|---|---|

| 28. Genitalia | NE | Prostate ⌣ | Hydrocele ⌣ | Varicocele ⌣ |
|---|---|---|---|---|

| 29. Extremities | Upper R. ✓ L ✓ | Lower R. ✓ L ✓ | Arches R. ✓ L ✓ |
|---|---|---|---|

| 30. Neurological: | Reflexes ✓   Romberg ✓ | Gait ✓   Tremor ✓ | 31. Nervous and mental status ✓ |
|---|---|---|---|

## LABORATORY

| Urine sp. gr. | Albumin | Sugar | Micrsopic (If indicated) | Serology | Date | Lab. |
|---|---|---|---|---|---|---|
| NA | neg | neg | PH 7.0 | | | |

| Hemoglobin (Sahli)  Red blood count (If indicated)  White blood count diff. (If indicated) | Fluroscopy (If indicated) |
|---|---|
| HEMATOCRIT = 40 | |

| Chest X-Ray | | | Other laboratory tests |
|---|---|---|---|
| Date not done | Pleura | | CHROMOTOLOGY |
| Spine | Aorta | ML00615 | |
| Heart | Lungs | | |

**Physical disabilities—to be completed by examining physician**

| 01___Amput. arm/hand | 07___Loss use hand | 14___Partially blind | 31___Cardiac | B. Other disability |
|---|---|---|---|---|
| 02___Amput. leg/foot | 08___Loss use foot | 15___Rest. vis. field | 32___Tuberculosis | (Explain) |
| 03___Amput. part hand | 09___Spinal deformity | 16___Deaf | 33___Psychiatric disorder | |
| 04___Amput. part foot | 11___Totally blind | 22___Hard of hearing | 34___Diabetes | |
| 05___Loss use arm | 12___Blind, one eye | 23___Deaf-mute | 35___Epilepsy | |
| 06___Loss use leg | 13___Legally blind | 30___Hernia | | |

**Consulting opinion**

**Remarks**
① Type II D.M. - on Micronase - followed by P.P. (was on insulin in past)  - no coughritis

② Hx. of R.F. (no avid & or P.E. for this)
- wears contact lens     B440
- avoid dust + fumes
- not to wear C.S. in sealed glove area

**Classification**

| | |
|---|---|
| 1. I Acceptable without reservation for any type of employment _____ | |
| 2. II Acceptable for limited employment (Indicate appropriate restrictions) _____ | X |
| 3. III Employment hazardous to self or others _____ | |

If there is a correctable impairment, the estimated disability time for correction is _____
periodic medical re-evaluation at _____ intervals

5-20-88     T. Dasen M.D.

IBM CONFIDENTIAL

Drug, Alcohol, Emotional History

1. Do you drink any alcoholic beverages?  Yes___ No ✓

    If yes, on the average, how much of each do you drink per week:

        Beer    (12 oz.)  Amount  0
        Wine    (6 oz.)   Amount  0
        Liquor  (1 oz.)   Amount  0

2. Have you ever been treated for an alcohol problem?  Yes___ No ✓

3. Please indicate any medicines you currently are taking?

        Non-prescribed pain killers, 3 or more times a week  -0-
        Prescription pain killers, 3 or more times a week    -0-
        Antacids, 3 or more times a week                     -0-

| | | Micronase 2.5mg |
|---|---|---|
| ✓ Vitamins | ✓ Heart Medicine | ✓ Diabetic Pills | ✓ Sedatives |
| ✓ Minerals | ✓ Blood Pres. Pills | ✓ Insulin | ✓ Anti-depressant |
| ✓ Water Pills | ✓ Blood Thinners | ✓ Antibiotics | ✓ Tranquilizers |
| ✓ Antihistamines | ✓ Hormones | ✓ Sleeping Pills | ✓ Birth Control P |
| ✓ Other | | | |

4. Have you ever or do you currently use:

| | | | | |
|---|---|---|---|---|
| Marijuana | Yes___ No ✓ | Heroin | Yes___ No ✓ |
| Cocaine | Yes___ No ✓ | Barbituates | Yes___ No ✓ |
| LSD | Yes___ No ✓ | Hashish | Yes___ No ✓ |
| Codeine | Yes___ No ✓ | Amphetamines | Yes___ No ✓ |
| PCP (Angel Dust) | Yes___ No ✓ | Other Drugs | Yes___ No ✓ |

5. Do we have your permission to test your urine for drugs?  Yes ✓ No___

6. Any psychiatric problem or emotional difficulty?  Yes___ No ✓

    If yes, how many years ago did it begin?  _____

    Have you sought professional help for this problem?  Yes___ No ✓
    Are you currently under treatment for this problem?  Yes___ No ✓

Additional Comments

#3.  DIABETES- DIAGNOSED  1972 -  in  INSULIN - 1974 - 1984
    MICRONASE  2.5 mg  q day
#24  -  RHEUMATIC  FEVER  CHILDHOOD - 1957- WENT TO CLEVELAND
    CLINIC - for a checkup - Everything was fine.

B441

ML00616

Applicant Signature _David A. Kirkpatrick_  Date 5-16-85  Nurse Signature _C. Clugher R.N._

<u>IBM CONFIDENTIAL</u>

1.  All medical information will be classified as "Confidential".

2.  Information regarding use of drugs may be disclosed to the appropriate personnel department to assist in the employment process.

3.  I certify that my answers are true to the best of my knowledge and belief.  I understand that misrepresenting facts may be the cause for refusal of employment or separation from the company.


<u>5/16/95</u>
Date

<u>Paul A. Kernaghan</u>
Applicant Signature



Advised of IBM's policy regarding alcohol and drugs.

Denies abuse, past or present, of illegal drugs, over the counter medications or alcohol.

Denies emotional problems significant enough to warrant professional assistance.

Denies ever having any violent behavior.



<u>5/20/95</u>
Date

<u>C. Hugh RN.</u>
Nurse Signature


ML00617

Metropolitan Life Insur.  : Company

Disability Management Services
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**MetLife®**

September 14, 1994

Gail Kernaghan                — RE:   Long Term Disability
21 Edgewood Dr.                       Claim No.:  94097630
Rhinebeck, NY 12572                   Group No.:  35750
                                      S.S. No.:   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
                                      Serial No.: 142425

Dear Ms. Kernaghan

We are in receipt of your claim for Long Term Disability
Benefits.

You will be notified under separate cover regarding the
status of your claim.

Thank you for your cooperation.

Yours truly

Ellie Abrams (sw)

Ellie Abrams
Disability Management Specialist
Disability Management Services
800-638-0064

ltdhEAgk/hf

ML00618

*********************   NATIONAL PAYROLL SERVICE FAX   *********************

O: _____ *Ellie* _____

ROM: _____ *Judd* _____

EASON: _____ *STA calc* _____

ATE: _____ *9/6/94* _____

AGES TO FOLLOW: _____ *10* _____

OMMENTS: _____ ~~*Koo*~~ _____ ~~*$5 $160*~~ _____

_____ *Kernaghan* _____ *142425* _____

_____

_____

_____

B444

ML00619

*1-315-792-2514*

SICKDAYS                EMPLOYEE SICK DAY CALCULATION          Page 01 of 10
                              IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                    Total S&A time:    1560:25

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 07/03/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 07/10/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 07/17/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 07/24/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 07/31/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 08/07/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

S&A benefits expire on Tuesday for weekending 10/07/94 with 2080:25 hours

*LDW 6/3/94*

*94/2*

*S&A expires 10/9/94*

ML00620

SEP  7 '94  9:48  FROM `07 752 8887                              PAGE.003

SICKDAYS              EMPLOYEE SICK DAY CALCULATION        Page 02 of 10
                         IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                    Total S&A time:   1560:25

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 08/14/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 08/21/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |
| 08/28/92 | 0:00 | 0:00 | 8:00 | 8:00 | 8:00 | 24:00 | 24:00 |
| 09/04/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 09/11/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 09/18/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 09/25/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 10/02/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 10/09/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 10/16/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 10/23/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |

S&A benefits expire on Tuesday for weekending 10/07/94 with 2080:25 hours

B446                                              ML00621

SEP  7 '94  9:45  FROM  07 752 8887
Case 1:05-cv-00402-GMS   Document 39    Filed 04/13/2006   Page 43 of 54    PAGE.004

Employee Serial: 142425
Employee Name: GA Kernaghan                          Total S&A time:    1560:25

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 10/30/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 11/06/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 11/13/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 11/20/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 11/27/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 12/04/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 12/11/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 12/18/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 12/25/92 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 01/01/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 24:00 |
| 01/08/93 | 0:00 | 0:00 | 0:00 | 0:00 | 8:00 | 8:00 | 32:00 |

S&A benefits expire on Tuesday for weekending 10/07/94 with 2080:25 hours

Case 1:05-cv-00402-GMS   Document 39   Filed 04/13/2006   Page 44 of 54

SICKDAYS                EMPLOYEE SICK DAY CALCULATION          Page 04 of 10
                            IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                     Total S&A time:    1560:25

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 01/15/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 32:00 |
| 01/22/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 72:00 |
| 01/29/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 112:00 |
| 02/05/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 152:00 |
| 02/12/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 192:00 |
| 02/19/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 232:00 |
| 02/26/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 272:00 |
| 03/05/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 312:00 |
| 03/12/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 352:00 |
| 03/19/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 392:00 |
| 03/26/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 432:00 |

S&A benefits expire on Tuesday for weekending 10/07/94 with 2080:25 hours

ML00623

EMPLOYEE SICK DAY CALCULATION
IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan

Total S&A time:    1560:25

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 04/02/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 472:00 |
| 04/09/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 512:00 |
| 04/16/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 552:00 |
| 04/23/93 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 592:00 |
| 04/30/93 | 3:30 | 3:30 | 3:30 | 8:00 | 3:30 | 22:00 | 614:00 |
| 05/07/93 | 4:00 | 3:00 | 4:00 | 3:30 | 3:15 | 17:45 | 631:45 |
| 05/14/93 | 4:00 | 4:00 | 4:00 | 4:00 | 4:00 | 20:00 | 651:45 |
| 05/21/93 | 4:00 | 4:00 | 4:00 | 4:00 | 4:00 | 20:00 | 671:45 |
| 05/28/93 | 4:00 | 4:00 | 4:00 | 4:00 | 4:00 | 20:00 | 691:45 |
| 06/04/93 | 0:00 | 3:00 | 3:00 | 3:30 | 4:00 | 13:30 | 705:15 |
| 06/11/93 | 4:00 | 4:00 | 4:00 | 4:00 | 4:00 | 20:00 | 725:15 |

S&A benefits expire on Tuesday for weekending 10/07/94 with 2080:25 hours

ML00624

SICKDAYS                    EMPLOYEE SICK DAY CALCULATION              Page 06 of 10
                               IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                        Total S&A time:   1560:25

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 06/18/93 | 4:00 | 4:00 | 4:00 | 4:00 | 4:00 | 20:00 | 745:15 |
| 06/25/93 | 3:00 | 3:30 | 3:30 | 4:00 | 4:00 | 18:00 | 763:15 |
| 07/02/93 | 3:30 | 3:30 | 8:00 | 4:00 | 2:00 | 21:00 | 784:15 |
| 07/09/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 784:15 |
| 07/16/93 | 3:30 | 3:30 | 2:30 | 4:00 | 4:00 | 17:30 | 801:45 |
| 07/23/93 | 3:00 | 4:00 | 3:00 | 4:00 | 4:00 | 18:00 | 819:45 |
| 07/30/93 | 3:30 | 4:00 | 3:00 | 0:00 | 0:00 | 10:30 | 830:15 |
| 08/06/93 | 3:00 | 3:00 | 2:00 | 2:30 | 2:30 | 13:00 | 843:15 |
| 08/13/93 | 3:30 | 4:00 | 2:00 | 3:30 | 3:00 | 16:00 | 859:15 |
| 08/20/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 859:15 |
| 08/27/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 859:15 |

S&A benefits expire on Tuesday for weekending 10/07/94 with 2080:25 hours

ML00625

SICKDAYS    EMPLOYEE SICK DAY CALCULATION   Page 07 of 10
        IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan      Total S&A time: 1560:25

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 09/03/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 859:15 |
| 09/10/93 | 0:00 | 0:00 | 0:00 | 1:00 | 0:30 | 1:30 | 860:45 |
| 09/17/93 | 0:00 | 1:00 | 0:00 | 8:00 | 0:00 | 9:00 | 869:45 |
| 09/24/93 | 0:00 | 0:00 | 0:45 | 1:00 | 1:30 | 3:15 | 873:00 |
| 10/01/93 | 0:00 | 0:00 | 8:00 | 0:30 | 1:30 | 10:00 | 883:00 |
| 10/08/93 | 0:00 | 3:00 | 1:30 | 3:30 | 0:00 | 8:00 | 891:00 |
| 10/15/93 | 0:00 | 3:00 | 1:30 | 3:30 | 1:15 | 9:15 | 900:15 |
| 10/22/93 | 1:00 | 3:00 | 0:00 | 3:00 | 1:30 | 8:30 | 908:45 |
| 10/29/93 | 0:00 | 3:00 | 0:00 | 3:00 | 0:00 | 6:00 | 914:45 |
| 11/05/93 | 1:00 | 3:30 | 1:30 | 0:45 | 8:00 | 14:45 | 929:30 |
| 11/12/93 | 3:00 | 0:45 | 8:00 | 0:00 | 0:00 | 11:45 | 941:15 |

S&A benefits expire on Tuesday for weekending 10/07/94 with 2080:25 hours

ML00626

SEP 7 '94 9:50 FROM 507 752 8887

SICKDAYS                 EMPLOYEE SICK DAY CALCULATION              Page 08 of 10
                           IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                     Total S&A time:   1560:25

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 11/19/93 | 1:30 | 3:00 | 1:00 | 0:30 | 1:00 | 7:00 | 948:15 |
| 11/26/93 | 1:30 | 4:00 | 1:30 | 0:00 | 0:00 | 7:00 | 955:15 |
| 12/03/93 | 1:30 | 3:00 | 2:00 | 0:00 | 4:00 | 10:30 | 965:45 |
| 12/10/93 | 1:00 | 3:00 | 1:00 | 3:00 | 1:30 | 9:30 | 975:15 |
| 12/17/93 | 2:30 | 8:00 | 8:00 | 3:00 | 1:30 | 23:00 | 998:15 |
| 12/24/93 | 3:30 | 0:00 | 0:00 | 8:00 | 0:00 | 11:30 | 1009:45 |
| 12/31/93 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 1009:45 |
| 01/07/94 | 8:00 | 4:00 | 1:00 | 1:30 | 2:00 | 16:30 | 1026:15 |
| 01/14/94 | 2:00 | 1:45 | 1:00 | 2:00 | 1:30 | 8:15 | 1034:30 |
| 01/21/94 | 3:30 | 2:15 | 1:30 | 1:00 | 0:15 | 8:30 | 1043:00 |
| 01/28/94 | 1:30 | 1:00 | 1:30 | 1:15 | 1:00 | 6:15 | 1049:15 |

S&A benefits expire on Tuesday for weekending 10/07/94 with 2080:25 hours

SEP  7  '94  9:50  FROM  507  752  8887                                    PAGE.010

SICKDAYS                    EMPLOYEE SICK DAY CALCULATION            Page 09 of 10
                               IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan                        Total S&A time:    1560:25

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 02/04/94 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 1049:15 |
| 02/11/94 | 1:30 | 1:00 | 2:00 | 2:30 | 3:00 | 10:00 | 1059:15 |
| 02/18/94 | 3:00 | 2:00 | 1:30 | 0:00 | 0:00 | 6:30 | 1065:45 |
| 02/25/94 | 2:30 | 2:00 | 5:00 | 8:00 | 4:30 | 22:00 | 1087:45 |
| 03/04/94 | 3:00 | 8:00 | 3:00 | 8:00 | 4:00 | 26:00 | 1113:45 |
| 03/11/94 | 3:30 | 3:00 | 2:00 | 1:30 | 3:30 | 13:30 | 1127:15 |
| 03/18/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1167:15 |
| 03/25/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1207:15 |
| 04/01/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1247:15 |
| 04/08/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1287:15 |
| 04/15/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1327:15 |

S&A benefits expire on Tuesday for weekending 10/07/94 with 2080:25 hours

B453                                          ML00628

SICKDAYS          EMPLOYEE SICK DAY CALCULATION         Page 10 of 10
                        IBM Internal Use Only

Employee Serial: 142425
Employee Name: GA Kernaghan

Total S&A time:    1560:25

| Week Ending | Monday | Tuesday | Wednesday | Thursday | Friday | Weekly Total | Running Total |
|---|---|---|---|---|---|---|---|
| 04/22/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1367:15 |
| 04/29/94 | 8:00 | 8:00 | 8:00 | 8:00 | 8:00 | 40:00 | 1407:15 |
| 05/06/94 | 3:50 | 4:00 | 3:45 | 3:45 | 4:00 | 19:20 | 1426:35 |
| 05/13/94 | 3:00 | 4:00 | 4:00 | 4:00 | 4:00 | 19:00 | 1445:35 |
| 05/20/94 | 4:15 | 4:00 | 4:00 | 4:30 | 4:15 | 21:00 | 1466:35 |
| 05/27/94 | 3:00 | 3:00 | 8:00 | 4:00 | 4:00 | 22:00 | 1488:35 |
| 06/03/94 | 0:00 | 4:15 | 3:15 | 4:15 | 4:15 | 16:00 | 1504:35 |
| 06/10/94 | 3:15 | 3:30 | 3:30 | 3:45 | 4:15 | 18:15 | 1522:50 |
| 06/17/94 | 3:00 | 2:45 | 5:00 | 2:35 | 2:15 | 15:35 | 1538:25 |
| 06/24/94 | 2:00 | 2:30 | 2:00 | 2:30 | 2:15 | 11:15 | 1549:40 |
| 07/01/94 | 3:00 | 2:15 | 2:00 | 3:30 | 0:00 | 10:45 | 1560:25 |

S&A benefits expire on Tuesday for weekending 10/07/94 with 2080:25 hours

Metropolitan Life Insurance Company

Disability Management Services
Cosby Manor Road
P.O. Box 3017
Utica, NY 13504

**❉ MetLife®**

## TELECOMMUNICATIONS TRANSMITTAL INSTRUCTIONS

ATTENTION: *Occupational Health Services*
DEPT.: *Med Records*
FAX NO.: *914 385 8266*

FROM: *Ellie Abrams*
DEPT.: MET LIFE LTD
PHONE NO.: 1-800-638-0064
FAX NO.: 315-792-2514

# OF PAGES *2*

EMPLOYEE: *Gail Kernaghan*
SERIAL NO.: *142425*

Dear Dr.

Please forward a copy of the employee's medical records
to our office.  Attached is a signed authorization.

As the claim remains pending, please forward by express
mail to:     MET LIFE
             DISABILITY CLAIMS
             COSBY MANOR RD.
             UTICA, NY 13504

Thank you for your cooperation.

Yours truly

*Ellie Abrams*
Disability Management Specialist
Disability Management Services

ML00630

## TELEPHONE MEMORANDUM

☐ Return File to: _____    ☐ Drop In    ☐ Rush    **607**

Call Received from: _____    Phone #: (    )    **755**

Call Made to: _Judol — Payroll_    Phone #: (    )    **4840**
title                                                                title

Firm and Group Number: _IBM_

Employee: _Gail Kernaghan Serial # 142425_

Claim Number: _940976 30_    Social Security Number: _____

☐ Please Return Call    ☐ Returned Your Call

**MESSAGE**

_Need S & A calc._

_Call 1 800 456 3200_

_left mess._

_Called again for calcs._

ELLIE ABRAMS                    ELLIE ABRAMS
AUG 29 1994
GROUP LIFE CLAIMS              GROUP LIFE CLAIMS
DISABILITY CLAIMS             DISABILITY CLAIMS

Call Received/Made by: _____    Date: ___/___/___  Time: ____
SEP 06 1994

**REPLY**

ML00633

Call Returned by: _____    Date: ___/___/___  Time: _____

mm3181.GRN 2/89                    B456

FILE: NOVA REPORT A0 (KGD191) 06/16/94 09:49:14                                    PAGE 1

```
                          Wfs WorkForce Solutions              DATE: Jun 16 1993
                     Vacation - Absence - Overtime Report

Manager Name:     KG  DORNEY                          Dept No:  84TA
Employee Name:    GA  KERNAGHAN                       Serial:   142425
Employee Status:  10                                 Division: 37
```

```
|=================================================================|
|                                                                 |
|                      Year to Date Summary                       |
|                                                                 |
|=================================================================|
```

```
Vacation        Hours    Absence        Hours  %    Incd        Overtime
-----------------------  -------------------------------  ---------------------------
Annual          120.0   | Pers Ill  11  478.4 54.4    1   YTD Hours            0.0
Excess      *     0.0   | Ind Acc   13               0      Pct              0.0
Deferred    *     0.0   | Pers Bus  21   56.0  6.4    1   Rq Hours             0.0
Taken       *     0.0   | Jury Duty 22               0      Pct              0.0
Must Take   *   120.0   | Mgmt Dir  24               0   6 Week Viol            0
Overtaken   *     0.0   | Milt Res  26               0   Non-Sch Viol           0
PC Hol Taken      0.0   | Non Paid  71               0
IBM Hol Taken     0.0   |

* Provided by NEDS        |                                 ---------------------------
                          | TOTAL         534.4 60.7    2   Mileage:            0.0
-----------------------   -------------------------------
```

```
|=================================================================|
|                                                                 |
|           Monthly  Overtime/Vacation/Absence  Summary           |
|                                                                 |
|=================================================================|
```

| | IBM Hldy (31) Hours | PC Hldy (16) Hours | Vaca- tion (30) Hours | Pers Bus (21) Hours | Pers Ill (11) Hours | Ind Acc (13) Hours | Mgmt Dir (24) Hours | Other Abs Hours | Over- time Hours |
|---|---|---|---|---|---|---|---|---|---|
| Mnth Yr | | | | | | | | | |
| 06 94 | | | | | | | | | |
| 05 94 | | | | | 81.1 | | | | |
| 04 94 | | | | | 168.0 | | | | |
| 03 94 | | | | | 148.5 | | | | |
| 02 94 | | | | 48.0 | 41.5 | | | | |
| 01 94 | | | | 8.0 | 39.3 | | | | |

```
|=================================================================|
|                                                                 |
|           Weekly  Overtime/Vacation/Absence  Detail             |
|                                                                 |
|=================================================================|
```

| WE YY-MM-DD | SAT HRS CD | SUN HRS CD | MON HRS CD | TUE HRS CD | WED HRS CD | THU HRS CD | FRI HRS CD | OT HRS | ABS HRS | WK HRS |
|---|---|---|---|---|---|---|---|---|---|---|
| 94-06-03 M | X | X |  |  |  |  |  | 0.0 | 0.0 | 40.0 |
| 94-05-27 A | X | X | 3.0 11 | 3.0 11 | 8.0 11 | 4.0 11 | 4.0 11 | 0.0 | 22.0 | 18.0 |
| 94-05-20 A | X | X | 4.2 11 | 4.0 11 | 4.5 11 | 4.2 11 | 4.0 11 | 0.0 | 20.9 | 19.1 |
| 94-05-13 A | X | X | 3.0 11 | 4.0 11 | 4.0 11 | 4.0 11 | 4.0 11 | 0.0 | 19.0 | 21.0 |
| 94-05-06 A | X | X | 3.8 11 | 4.0 11 | 3.7 11 | 3.7 11 | 4.0 11 | 0.0 | 19.2 | 20.8 |
| 94-04-29 A | X | X | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 0.0 | 40.0 | 0.0 |
| 94-04-22 A | X | X | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 0.0 | 40.0 | 0.0 |
| 94-04-15 A | X | X | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 0.0 | 40.0 | 0.0 |
| 94-04-08 A | X | X | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 0.0 | 40.0 | 0.0 |
| 94-04-01 A | X | X | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 0.0 | 40.0 | 0.0 |
| 94-03-25 A | X | X | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 0.0 | 40.0 | 0.0 |
| 94-03-18 A | X | X | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 8.0 11 | 0.0 | 40.0 | 0.0 |
| 94-03-11 A | X | X | 3.5 11 | 3.0 11 | 2.0 11 | 1.5 11 | 3.5 11 | 0.0 | 13.5 | 26.5 |
| 94-03-04 | | X | 3.0 11 | 3.0 11 | 3.0 11 | 8.0 11 | 4.0 11 | 0.0 | 26.0 | 14.0 |
| 94-02-25 A | X | X | 2.5 11 | 2.0 11 | 5.0 11 | 8.0 11 | 4.5 11 | 0.0 | 22.0 | 18.0 |
| 94-02-18 A | X | X | 3.0 11 | 2.0 11 | 1.5 11 | 8.0 21 | 8.0 21 | 0.0 | 22.5 | 17.5 |
| 94-02-11 A | X | X | 1.5 11 | 1.0 11 | 2.0 11 | 2.5 11 | 3.0 11 | 0.0 | 10.0 | 30.0 |
| 94-02-04 A | X | X | 8.0 21 | 8.0 21 | 8.0 21 | 8.0 21 | 8.0 21 | 0.0 | 40.0 | 0.0 |
| 94-01-28 A | X | X | 1.5 11 | 1.0 11 | 1.5 11 | 1.2 11 | 1.0 11 | 0.0 | 6.2 | 33.8 |
| 94-01-21 A | X | X | 3.5 11 | 2.2 11 | 1.5 11 | 1.0 11 | 0.2 11 | 0.0 | 8.4 | 31.6 |
| 94-01-14 A | X | X | 2.0 11 | 1.7 11 | 1.0 11 | 2.0 11 | 1.5 11 | 0.0 | 8.2 | 31.8 |
| 94-01-07 A | X | X | 8.0 11 | 4.0 11 | 1.0 11 | 1.0 11 | 2.0 11 | 0.0 | 16.5 | 23.5 |

```
+- A = Timecard Adjustment,   M = Timecard Missing
```

ML00636

```
FILE: NOVA REPORT A0 (KGD191) 06/16/94 09:49:14                    PAGE 2

Explanation of Absence codes:

11(12) - Pers Ill                        13(14) - Industrial Accident
21(15,17,20,27,34) - Pers Business       22     - Jury Duty
24(18,23,25,28,29) - Mgmt Dir Time Off   26     - Milt Res
71(73,78,79) - Unpaid Absence

-------------------------------------------------------------------------
```

ML00637