IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GAIL KERNAGHAN,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, as fiduciary and administrator of The IBM Long-Term Disability Plan,<br><br>    Defendant. | :<br>:<br>:<br>: C.A. No. 05-402 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## VOLUME X OF X

## APPENDIX TO
## DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

MCCARTER & ENGLISH LLP

Paul A. Bradley (DE ID No. 2156)
Tanya Pino Jefferis (DE ID No. 4298)
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19899
(302) 984-6300
Attorneys for Defendant
Metropolitan Life Insurance Company

Date: April 13, 2006

## TABLE OF CONTENTS

**TITLE**                                                                                                  **PAGE**

Excerpts of the Administrative Record ................................................................................B459-B471

ME1\5600684.1

## CERTIFICATE OF SERVICE

I, Paul A. Bradley, undersigned counsel of record, hereby certify that on April 13, 2006, I caused a copy of the foregoing Appendix to Defendant's Answering Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served on the following counsel in the indicated manner:

<u>CM/ECF Filing</u>

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

                                              <u>/s/ Paul A. Bradley</u>
                                              Paul A. Bradley (DE ID. No. 2156)

ME1\5600684.1

| Employee Name (Last, First and Initial) | Employee Serial | Date of Appraisal | |
|---|---|---|---|
| Kernagahn, Gail A. | 142425 | 01/27/94 | Page 2 of 7 |

## Performance Planning

PRODUCT/SERVICES - key words to describe the major outputs expected from the employee. They must address individual and/or team market-driven quality objectives based on customer requirements that the employee can reasonably be expected to achieve. The assessment should be a measurement of the employee's contribution to the achievement of the organization's goals and customer satisfaction objectives.

### Technical                                              Relative Importance: 1
Product/Service key words:

- Develop/Maintain a technical knowledge of the AIX/ESA product necessary to carry out job assignments.
- Participate in market driven quality activities, recommending improvements to department processes.
- Develop and maintain the AIX/ESA deliverables schedule. Ensure all affected parties are kept up to date with the schedule, dates, and changes. This includes maintaining a product control plan. Develop and maintain a product project file, that includes all checkpoint documents ensuring a audit reay position.
- Act as the organization focal point for any audit activities.
- Maintain the locations DCR process. This includes tracking DCRs, chairing the DCR review board, and resolving any issues.
- Maintain the locations WAD process. Resolve any issues.
- Maintain the locations SPE process. Track SPE's, resolve issues.
- Document the locations SPE, WAD, and DCR process. Resolve any defects with those processes.
- Act as the release management focal point for any AIX/ESA deliverables.
- Coordinate and chair the AIX/ESA weekly status meeting. This includes controlling the meeting, documenting issues and follow-ups, and producing meeting minutes on a timely basis.
- Begin to develop a knowledge of the CMVC database.
- Assume additional responsibilities as required.

    CONSIDERATIONS
- Quality of staffwork and presentations.
- Completeness and accuracy of deliverables.
- Feedback from location members.
- Achieving committed schedules.
- Personal Observations.

**Actual Achievement:**

**Level of Achievement:**  _ Far Exceeded  ✓ Exceeded  _ Met  _ Did Not Meet


ML00639

| Employee Name (Last, First and Initial) | Employee Serial | Date of Appraisal | |
|---|---|---|---|
| Kernagahn, Gail A. | 142425 | 01/27/94 | Page 3 of 7 |

## Leadership / Communications

Product/Service key words:

**Relative Importance: 1**

- Utilize effective oral and written communication skills.
- Communicate with others in a constructive and professional manner to further the goals of the organization, to foster an environment of teamwork and to strengthen the reputation/credibility of yourself, the department, the AIX/ESA development community and the product.
- Maintain an effective working relationship with other IBM groups.
- Develop and maintain effective working relationships with other departments.
- Keep management informed of key issues through regular status reports and presentations, recommending solutions as appropriate.
- Contribute to teamwork and positive morale.
- Assist other department members as required and lead by example.

  <u>CONSIDERATIONS</u>
- Feedback from peers/seniors.
- Feedback from other IBM groups.
- Assistance sought/provided.
- Personal Observations.

**Actual Achievement:**

**Level of Achievement:**   _ Far Exceeded   ✓ Exceeded   _ Met   _ Did Not Meet

ML00640

B460

IBM Confidential

| Employee Name (Last, First and Initial) | Employee Serial | Date of Appraisal | |
|---|---|---|---|
| Kernagahn, Gail A. | 142425 | 01/27/94 | Page 4 of 7 |

## Operations

Product/Service key words:

**Relative Importance: 1**

- Ensure staffwork is complete, thorough and accurate.
- Utilize sound business knowledge to expedite issue resolution.
- Represent location in meetings, including market driven quality meetings.
- Lead department work groups/task forces. Participate in location task forces.
- Recognize when to utilize the escalation process.
- Plan your work to meet department objectives.
- Be flexible to business needs.
- Adhere to all safety and security guidelines.

    <u>CONSIDERATIONS</u>
- Time Distribution.
- Staffwork accuracy and timeliness.
- Issue resolution.
- Personal Observations.

**Actual Achievement:**

**Level of Achievement:** _ Far Exceeded  _ Exceeded  _ Met  _ Did Not Meet

ML00641

B461

IBM Confidential

# IBM Long Term Disability Plan

*1/93 - 4/1/93 group #90080*
*4/1/96 — group #35750*

## Summary

- The Long Term Disability Plan covers employees who:

    - are regular or regular part-time employees of IBM or a participating domestic, wholly-owned subsidiary of IBM; and

    - are in active status or are on an approved leave of absence (other than a military leave of absence or any pre-retirement bridge leave of absence); and

    - are regularly assigned in the United States of America, its territories and possessions and the Commonwealth of Puerto Rico.

    It is in effect for you starting January 1, 1993, or (if later) your first day of such employment, except if you have an application pending for benefits under the IBM Medical Disability Income Plan or are entitled to receive, currently or in the future, benefits under the IBM Medical Disability Income Plan.

- Under the Long Term Disability Plan, you are eligible for a monthly income benefit, subject to the limitations and conditions of the Plan, if you are totally disabled and have completed the waiting period.

- The Long Term Disability Plan provides 66 2/3 percent of regular monthly compensation with a maximum monthly benefit of $8,000 reduced by payments from certain other sources (see "COORDINATION WITH OTHER SOURCES OF PAYMENT") and a minimum monthly benefit of $100.

- You submit your application for Long Term Disability benefits directly to Metropolitan Life Insurance Company.

## WAITING PERIOD

For all covered persons, except those who are on a leave of absence, the waiting period means:

A. A total of 52 weeks of your regularly scheduled IBM work time that falls within a continuous 24 months during which you are totally disabled and eligible to receive benefits under the IBM Sickness and Accident Income Plan.

For covered employees on an approved leave of absence, the waiting period means:

B. A continuous period of 12 months in which you are totally disabled and that starts with a day on which you are on an approved leave of absence from IBM and during which you remain on approved leave of absence or you become eligible to receive benefits under the IBM Sickness and Accident Income Plan. If you become eligible for any other group long term disability coverage after the first day of your total disability, you cannot complete the waiting period under this provision B.

## REGULAR MONTHLY COMPENSATION

Your regular monthly compensation is your salary based on your regularly scheduled hours, not exceeding 40 hours a week. For employees under commission or incentive plans, regular monthly compensation means the average of your base compensation and commission payments paid during the 36 full calendar months preceding the month in which your last day worked occurs or, if greater, the current salary equivalent. If you have not been under a commission or incentive plan for a full 36 months, the actual number of months will be used. The amount of your Long Term Disability benefit is determined by your last regular monthly compensation amount as of the date you are entitled to first receive benefits under this Plan.

## DISABILITY BENEFIT PERIOD

The disability benefit period applicable to you while you are totally disabled and the Plan is in force is determined in accordance with the following table:

| Your Age When the Long Term Disability Benefit Period Begins | Disability Benefit Period |
|---|---|
| Prior to age 60 | To age 65 |
| On or after age 60 | 5 years |

# WHAT IS NOT COVERED

Long Term Disability benefits will not be paid for a total disability caused by:

1. Active participation in a riot.

2. Active participation in a war or any warlike action in time of peace.

3. Committing or trying to commit a felony.

In addition, no Long Term Disability benefits will be paid:

1. For any period of total disability for which you are entitled to receive benefits under the IBM Medical Disability Income Plan.

2. For a disability which starts within the first 12 months that you are covered under the Long Term Disability Plan and which is caused by a pre-existing condition. Pre-existing condition means a sickness or physical condition for which, in the 3 months immediately before you become covered under the Long Term Disability Plan,

   a) symptoms existed which would ordinarily cause a person to seek diagnosis, care or treatment; or

   b) medical advice or treatment, including prescribed drugs or medicines, was provided to you by a doctor.

   This pre-existing condition limitation will not apply to employees who were employed by IBM before January 1, 1992, and who remain continuously employed by IBM after that date.

3. If you fail to submit satisfactory proof at your expense to Metropolitan, when requested, that your total disability still exists.

   Metropolitan will have the right, while you are receiving Long Term Disability benefits, to have you examined, at Metropolitan's expense, by doctors of Metropolitan's choice when and as often as Metropolitan reasonably chooses.

4. For any period of time during which you are engaged in employment for wage or profit, except the first 24 months of employment which results in rehabilitation earnings.

## COORDINATION WITH OTHER SOURCES OF PAYMENT

Eligibility for payment of Social Security Disability Income benefits, or disability benefits under the laws of any state, does not guarantee you benefits under the Long Term Disability Plan.

The benefits payable under the Long Term Disability Plan will be reduced by:

- the actual or estimated primary Social Security Disability Income benefits which you are (or upon making timely and proper request and submitting due proof, would be) entitled to by reason of your disability. Any further increase in the level of Social Security benefits which becomes effective after you are first entitled to receive Social Security benefits will not reduce your monthly Long Term Disability payment.

- any benefits you are entitled to receive under any Workers' Compensation law, occupational disease law, or insurance or other arrangement established to conform to any state or other governmental disability benefits law.

- any benefits you are entitled to receive for loss of earnings or their equivalent under any insurance or other plan pursuant to a motor vehicle No-Fault Law. However, your Long Term Disability benefit will not be reduced by benefits under a No-Fault Law if the No-Fault Law requires that Long Term Disability benefits be paid first.

- 50 percent of your rehabilitation earnings. Rehabilitation earnings mean your wages or profits from employment that Metropolitan accepts as being designed to rehabilitate you during a period of disability. Your Long Term Disability benefit will be further reduced by any amount by which 100 percent of your rehabilitation earnings plus any Social Security Disability Income benefits, Workers' Compensation payment or any other type of disability payment exceeds 100 percent of your highest regular monthly compensation in the 3 years prior to the expiration of the IBM Sickness and Accident Income Plan benefit.

- the amount of any core vested rights or core retirement benefits, as described in the IBM Retirement Plan, that you have elected to receive under the IBM Retirement Plan.

- any separation allowance, special separation program payment or other severance payment or separation incentive payment which you are granted or are entitled to receive because of retirement, separation or the start of a pre-retirement bridge leave of absence. "Pre-retirement bridge leave of absence" means any leave of absence during which you will become eligible to retire and for which you must commit, in advance, to retire at or before the scheduled end of the leave of absence.

However, your Long Term Disability benefit amount will never be less than $100.

## AWARDS

You must submit prompt notice and written proof to Metropolitan of any award, including any retroactive award, settlement, compromise, or other determination which results in payment or entitlement to any amounts derived from primary Social Security Disability Income benefits, Workers' Compensation payments, any other disability payments or rehabilitation earnings or earnings replacement benefits.

For any retroactive award other than benefits under the IBM Medical Disability Income Plan, Metropolitan will then compute the amounts of your future Long Term Disability benefits and the amount of any adjusted monthly benefits, for the period already paid or credited to you before Metropolitan received notice and proof of your retroactive award. The adjusted monthly benefit amount means the difference between:

- the amount of monthly Long Term Disability benefits already paid or credited to you for that period of disability, and
- the amount by which those monthly Long Term Disability benefits would have been reduced had the retroactive award been taken into account when Metropolitan computed the Long Term Disability benefits for that period of disability.

If Metropolitan notifies you that the amount of adjusted monthly benefits is less than the amount of monthly Long Term Disability benefits already paid or credited to you, then you must promptly refund the difference.

If you do not promptly refund the required amount, Metropolitan may, in addition to other rights Metropolitan may have, reduce the amount of any future benefits payable under this Plan (including the $100 minimum benefit) by the amount of the refund.

If you are entitled to additional benefits due to an underpayment, Metropolitan will pay you the additional amount in a lump sum.

If you are retroactively approved for benefits under the IBM Medical Disability Income Plan, you are not entitled to Long Term Disability benefits. You are required to refund to Metropolitan any Long Term Disability benefits you received for the period of disability for which you received benefits under the IBM Medical Disability Income Plan.

## RETURN TO WORK

In the event that you again become actively employed with IBM after having received benefits under the Long Term Disability Plan and you subsequently become disabled again, eligibility for further disability benefits will depend on the nature of the later disability and the period of elapsed time from the original disability. Specifically, if the later disability is due to the same or related cause or causes as the original disability and occurs within 90 days following your return to active work, such disability will be considered a continuation of the previous disability.

## TAXATION OF BENEFITS

Long Term Disability benefits are subject to federal income tax reporting and withholding requirements. Shortly after the end of each calendar year, you will be issued a W-2 form showing the taxable disability benefits paid to you and the amount of taxes withheld. State income tax laws vary and benefits will be reported to state tax authorities where required.

## HOW TO FILE A CLAIM

The forms necessary to file a claim for Long Term Disability benefits under this plan may be obtained from IBM line managers or area/site personnel, or directly from Metropolitan, who will also be ready to answer questions about those benefits and to assist you in filing claims.

The instructions included in the claim package should be followed carefully. This will expedite the processing of the claim. Be sure all questions are answered fully.

The Statement of Employee form is to be completed by you. Have your doctor complete the Statement of Attending Physician form and return it to you. Send these and other applicable forms to Metropolitan at the address shown on the claim package.

Send the Statement of Employer - Application for Long Term Disability Benefits to your line manager at IBM for completion, who will then forward the form to Metropolitan. When the claim has been processed, you will receive written notification of the benefits payable. If any benefits have been denied, you will receive a written explanation.

In order for your Long Term Disability benefits to begin on a timely basis, written notice of injury or sickness on which a claim may be based should, if possible, be given to Metropolitan 3 months prior to the date you would be entitled to first receive Long Term Disability benefits. In no case should this notice be given any later than 12 months after the date you would be entitled to first receive Long Term Disability benefits.

Proof of such injury or sickness should, if possible, be provided to Metropolitan within 90 days after the date you would be first entitled to receive Long Term Disability benefits. In no case should this proof be provided any later than 12 months after the date you would be entitled to first receive Long Term Disability benefits.

Determinations of disability must be based on medical information current at the time you would be entitled to first receive Long Term Disability benefits. Do not submit your application for benefits more than 3 months prior to the date you would be entitled to first receive Long Term Disability benefits or it will be considered an incomplete application and will be returned to you. Metropolitan will ask you to resubmit your application no earlier than 3 months before and no later than 12 months after the date you would be entitled to first receive Long Term Disability benefits.

If notice or proof is not given on time, the delay will not cause a claim to be denied or reduced as long as the notice or proof is given as soon as reasonably possible.

Metropolitan will have the right, while you are receiving Long Term Disability benefits, to have you examined, at Metropolitan's expense, by doctors of Metropolitan's choice when and as often as Metropolitan reasonably chooses.

QUESTIONS ABOUT CLAIMS

If there is any question about a claim payment, you can call Metropolitan's Customer Service number, 1-800-638-0064.

RIGHTS IF CLAIM IS DENIED

In the event a claim has been denied in whole or in part, you can request a review of your claim by Metropolitan. This written request for review should be sent to Group Claims Review at the address of the Metropolitan office that processed the claim, within 60 days after you receive notice of denial of the claim. When requesting a review, please state the reasons you believe the claim was improperly denied and submit any data, questions or comments you deem appropriate.

Metropolitan will re-evaluate all the information and you will be informed of the decision in writing within sixty days of receipt of your request.

(Also see ERISA INFORMATION.)

LEGAL ACTIONS

No legal action may be started to obtain benefits until 60 days after proof is given. No legal action may be started more than two years after the time proof must be given.

TERMINATION OF COVERAGE UNDER THE LONG TERM DISABILITY PLAN

Your coverage ends on the earliest of the following dates:

- the date your employment with IBM ends.

- the date you are no longer in a class which remains eligible for the Long Term Disability Plan.

- the date the Long Term Disability Plan ends.

IF THE LONG TERM DISABILITY PLAN ENDS OR IS MODIFIED

IBM reserves the right to end, suspend, or amend the Long Term Disability Plan at any time, in whole or in part. If the Plan is amended, the benefits payable could be reduced. In addition, benefits may be discontinued at any time for any group of employees.

If the Plan ends, Long Term Disability benefits will be paid until the date the Plan ended, except in the following circumstances:

If the Plan ends in the calendar year in which you become entitled to first receive Long Term Disability benefits, Long Term Disability benefits will be payable until the end of that calendar year.

If the Plan ends during your waiting period and you would have been entitled to first receive Long Term Disability benefits in the next calendar year, Long Term Disability benefits will be payable until the end of that calendar year.

In no event, however, will benefits be paid beyond the end of the disability benefit period which applies to you.

## PLAN FUNDING

If you are entitled to first receive Long Term Disability benefits prior to January 1, 1994, IBM will fund all Long Term Disability benefits under the Plan.

If you are entitled to first receive Long Term Disability benefits on or after January 1, 1994, Long Term Disability benefits payable under the terms of the Long Term Disability Plan are insured by Metropolitan Life Insurance Company through the end of the calendar year in which you are entitled to first receive such benefits. Thereafter, the Long Term Disability benefits will be funded by IBM, which may pay those benefits directly or continue to insure them on a year-by-year basis.

# ERISA INFORMATION

### NAME OF THE PLAN

The IBM Long Term Disability Plan

### NAME AND ADDRESS OF EMPLOYER MAINTAINING THE PLAN

IBM Corporation
Old Orchard Road
Armonk, NY 10504

### EMPLOYER IDENTIFICATION NUMBER

13-0871985

### PLAN NUMBER

525

### TYPE OF PLAN

Employee Welfare Plan Including:

Long Term Disability Benefits

### CLAIM AND ERISA APPEALS

Metropolitan Life Insurance Company
IBM Disability Claims
P. O. Box 3017
Utica, NY 13504

### PLAN ADMINISTRATOR NAME, BUSINESS ADDRESS AND TELEPHONE NUMBER

Director of Compensation and Benefits
WFS Workforce Solutions
An IBM Company
South Road
Mail Station - P914
Poughkeepsie, NY 12601
Telephone: (914) 433-4413