## CERTIFICATE OF SERVICE

I, Tanya Pino Jefferis, undersigned counsel of record, hereby certify that on April 24, 2006, I caused a copy of the foregoing Defendant MetLife's Reply Brief to Its Motion for Summary Judgment to be served on the following counsel in the indicated manner:

<u>CM/ECF Filing</u>

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

/s/ Tanya Pino Jefferis
Paul A. Bradley (DE ID. No. 2156)

ME1\5605901.1