```
                    FERRY, JOSEPH & PEARCE, P.A.
                         Attorneys at Law
                     824 Market Street, Suite 904
                           P.O. Box 1351
                      Wilmington, DE 19899-1351
                           (302)575-1555
                        (302) 575-1714 (fax)
```
Rick S. Miller
rmiller@ferryjoseph.com


                              June 20, 2006

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

    Re:  *Kernaghan v. Metropolitan Life Ins. Co.*
         C.A. No. 05-402 (GMS)

Dear Judge Sleet:

    On behalf of the parties in the above-referenced matter, I am pleased to report that the case has been resolved.  I anticipate the filing of a stipulation of dismissal on or before July 14, 2006.  If the Court has any questions, I would be pleased to answer them.

                                   Respectfully submitted,

                                   /s/Rick S. Miller
                                   Rick S. Miller (#3418)

cc:  The Honorable Mary Pat Thynge (hand delivered)
     Gail Kernaghan
     William F. Taylor, Jr., Esquire (e-service)
     Clerk of the Court (e-filed)