FERRY, JOSEPH & PEARCE, P.A.
Attorneys at Law
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302)575-1555
(302) 575-1714 (fax)

Rick S. Miller
rmiller@ferryjoseph.com

July 18, 2006

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Kernaghan v. Metropolitan Life Ins. Co.*
      C.A. No. 05-402 (GMS)

Dear Judge Sleet:

In my previous letter to the Court reporting on the settlement of this matter, I thought the case would be dismissed by July 14, 2006. Unfortunately, the paperwork is not yet finalized. I anticipate that the case will be dismissed on or before July 28, 2006. If the Court has any questions, I would be pleased to answer them.

Respectfully submitted,

/s/Rick S. Miller
Rick S. Miller (#3418)

cc:  The Honorable Mary Pat Thynge (hand delivered)
     Gail Kernaghan
     William F. Taylor, Jr., Esquire (e-service)
     Clerk of the Court (e-filed)