IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GAIL KERNAGHAN,                                        :
                                                      :
                Plaintiff,                            :   C.A. No. 05-402 (GMS)
                                                      :
        v.                                            :
                                                      :
METROPOLITAN LIFE INSURANCE                           :
COMPANY, as fiduciary and administrator of The        :
IBM Long-Term Disability Plan,                        :
                                                      :
                Defendant.                            :
                                                      :

## STIPULATED ORDER OF DISMISSAL

It is hereby stipulated, agreed and ordered, by and among counsel for the parties and the Court, that the above-captioned action is hereby dismissed with prejudice, each party to bear its own fees and costs.

/s/ William F. Taylor, Jr.                     /s/ Rick S. Miller
William F. Taylor, Jr., Esq. (#2936)           Rick S. Miller, Esquire (#3418)
McCARTER & ENGLISH, LLP                        Ferry, Joseph & Pearce, P.A.
919 N. Market Street, Suite 1800               824 North Market Street, Suite 904
P.O. Box 111                                   P.O. Box 1351
Wilmington, DE  19899                          Wilmington, DE  19899

Attorney for Metropolitan Life Insurance       Attorney for Gail Kernaghan
Company


SO ORDERED, this_____day of June, 2006.


_____
United States District Court Judge


ME1\5706355.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing

Stipulation of Dismissal was served on August 24, 2006, upon the following

counsel of record in the manner indicated:

### By Hand:

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington DE 19801

Under penalty of perjury, I declare the foregoing is true and correct.

/s/Rick S. Miller
Rick S. Miller (#3418)